


CITY OF NEW ORLEANS

# DEPARTMENT OF POLICE

P.O. Box 51480
New Orleans, Louisiana 70151

"to protect and to serve"

**MITCHELL J. LANDRIEU**
*MAYOR*

**MICHAEL HARRISON**
*SUPERINTENDENT*

RE: 2016-0026-P

August 1, 2016

Officer Rodney Vicknair

Employee ID# 18458

Officer Vicknair:

    An administrative investigative report completed by Lt. Daniel Anderson, New Orleans Police Department's Eighth District, revealed you violated Departmental Rule and/or Procedure, regarding New Orleans Police Department Operations Manual: **Rule 3: Professional Conduct; Paragraph 1: Professional.**

    On January 15, 2016, a complaint was received in the Public Integrity Bureau office. The complainant stated that on January 10, 2016, her son, ▇▇▇▇▇▇▇ died from a heroin overdose. The complainant stated that her son's girlfriend contacted her to inform her that the officers that responded to the scene were laughing and joking at what had occurred to her son. The complainant stated that her son and his girlfriend are both homeless.

    Lt. Anderson reviewed your body worn camera footage for that day of the incident and observed you and the other officers on the scene being questioned by the victim's girlfriend why you were laughing at the victim's condition. Lt. Anderson observed you explaining to Ms. ▇▇▇▇▇ that you were not laughing at the victim's condition. You could also be heard answering questions asked by Ms. ▇▇▇▇▇ to which you responded "I didn't put the needle in his arm." Later in your conversation with Ms. ▇▇▇▇▇, you were heard stating "I bet if I checked your name you would have warrants".

    As such, Lt. Anderson recommended the following disposition:

Rule 3: Professional Conduct; Paragraph 1: Professionalism – **SUSTAINED.**

    To afford you an opportunity to present facts in mitigation or to explain your actions a hearing was held on June 21, 2016, by Commander Hans Ganthier, Commander of the First District. After all evidence and testimony was examined, Commander Ganthier recommended the following disposition for the alleged violation:

Officer Rodney Vicknair
2016-0026-P
Page -2-

**Rule 3: Professional Conduct; Paragraph 1: Professionalism – Letter of Reprimand.**

This policy reads as follows:

**RULE 3: Professional Conduct**

**Professionalism**

1. Employees shall conduct themselves in a professional manner with the utmost concern for the dignity of the individual with whom they are interacting. Employees shall not unnecessarily inconvenience or demean any individual or otherwise act in a manner which brings discredit to the employee or the New Orleans Police Department.

Moreover, your conduct is contrary to the standards as prescribed by Rule IX, Section 1., paragraph 1.1, of the Rules of the Civil Service Commission for the City of New Orleans. This Rule prescribes:

RULE IX
DISCIPLINARY ACTIONS

Section 1. MAINTAINING STANDARDS OF SERVICE
1.1
When an employee in the classified service is unable or unwilling to perform the duties of his/her position in a satisfactory manner, or has committed any act to the prejudice of the service, or has omitted to perform any act it was his/her duty to perform, or otherwise has become subject to corrective action, the authority shall take action warranted by the circumstances to maintain the standards of effective service. The action may include one or more of the following: (1) removal from the service. (2) involuntary retirement. (3) reduction in pay within the salary range for the employee classification, subject to the provisions of Rule IV, Section 8. (4) demotion to any position of a lower classification that the employee is deemed by the appointing authority and the Director to be competent to fill, accompanied by a reduction in pay, which is within the salary range for the lower classification, subject to the provisions of Rule IV, Section 8. (5) suspension without pay not exceeding one hundred twenty (120) calendar days. (6) fine. (as amended June 10, 1982, effective June 10, 1982)

I approve the penalty recommended by Commander Ganthier. Therefore, in light of the above investigation, a review of any disciplinary record and due to the nature of your violation, you are hereby notified of the **SUSTAINED** violation of **Rule 3, Professional Conduct, Paragraph 1: Professionalism – Letter of Reprimand.**

Officer Rodney Vicknair
2016-0026-P
Page -3-

      Your penalty for this violation is a **LETTER OF REPRIMAND**. This will serve as your official **LETTER OF REPRIMAND**.

      You are advised that you may have a right to appeal this decision to the Civil Service Commission for the City of New Orleans within thirty (30) days from the date of this letter.

      Refer to New Orleans Police Department Chapter 26.2, Adjudication of Misconduct, Paragraph 74, Disciplinary Letter for information on Civil Services Rules governing appeals.

      You are advised that any future violations of a similar nature will result in more severe disciplinary action taken by this office. A photocopy of this disciplinary letter will be retained in your personnel file.

Sincerely,

MICHAEL S. HARRISON
Superintendent of Police

MSH: jwj

cc:    Superintendent's Office
       Department of City Civil Service
       NOPD Personnel Office
       Pension Board
       Field Operations Bureau
       Commander, First District
       Public Integrity Bureau