# NEW ORLEANS POLICE DEPARTMENT
## ANNUAL PERFORMANCE EVALUATION

Employee's name: SPO Rodney Vicknair        Employee ID: 18458

Supervisor's name: Lt. Travis McCabe        Employee ID: 7588

Date of evaluation: 01-21-2018              Evaluation period: 01-21-2018

## To Be Filled Out by the Supervisor Conducting the Performance Appraisal

This form was done by me personally, and I certify by my signature below that I have actually supervised this employee during the rating period specified on the front of this form.

Supervisor's Signature: _[signed]_        Date: 01-21-2018

## To Be Filled Out by the Employee

I certify by my signature that I have read this evaluation or had it read to me. (Your signature does not imply agreement with the rating. You may note your disagreements in the comments below).

Employee's Signature: _[signed]_        Date: 01-21-2018

Employee's comments:

## To Be Filled Out By Reviewer

I certify by my signature that any changes to this form have been reported to both the employee being rated and the supervisor who prepared this form.

Reviewer's Signature: _[signed]_        Date: 2/26/18

Reviewer's comments:

# NEW ORLEANS POLICE DEPARTMENT

Part I: This section is focused on improvement and is intended to create a two-way conversation. On the specific categories cited below, rate the employee on a scale of 1 to 5, with 1 being the least contribution possible, 5 being the highest, and 3 being average.

<u>For each, please be sure to provide specific examples in support of your rating.</u>

How well does the employee:

1) Effectively communicate with (consider oral and written communication as well as listening skills):
    a. Supervisors: 5
    b. Peers within NOPD: 5
    c. Subordinates: NA
    d. Citizens: 4

Specific Examples:
> Officer Vicknair communicates well with supervisors as well as gets along with his peers effectively. This is demonstrated by his willingness to work with others as well as other officers willing to work with him. Officer Edersheim demonstrates good written communication as it pertaining to report writing skills L-22831-17 and G-41019-17

2) Employ safety measures: 5
    a. POST officer safety standards
    b. vehicle operations (accident review board)
    c. Tactical approaches
    d. Arrests (handcuffing procedures, etc.)
    e. Searches
    f. Separated parties during interviews when conflict is apparent. (E.g. Domestic violence calls for service)

Specific Examples:
> Officer Vicknair wears his ballistic vest and has never been involved in a work related traffic accident or injury. Officer Vicknair is a Field Training Officers and instructs new officers on safety procedures while driving and while dealing with suspects.

3) Produce quality written reports, or if not applicable, engage in effective written and oral communications: 5
    a. Overall, reports do not include conclusory language. (E.g. Subject was assaultive, non-compliant, resistant).
    b. Overall, reports do not include boilerplate language. (E.g. During the investigation, the victim gave conflicting statements about the incident to the officer).

Specific Examples:
> Officer Vicknair produces high quality, detailed reports that are rarely returned for correction. This supervisor pays close attention to the report log and has never noted the officer to have a delinquent or inadequate report. L-22831-17 and G-41019-17

4) Exhibit good decision-making skills: 5
    a. Whether the employee utilizes proper crisis intervention tactics when necessary.
    b. Heavily relying on the rank to make decision.
    c. Utilizes Ethical Policing is Courageous (EPIC) strategies to assist other employees to avoid making bad decisions or improper actions.

# NEW ORLEANS POLICE DEPARTMENT

Specific Examples:
> Officer Vicknair rarely consults with supervisors and always make the appropriate decision. This officer relies heavily on paragraph 9 of the New Orleans Police Department Mission Statement when making law enforcement decisions.

5) Conduct community policing by [**for commissioned personnel only**]: 4
   a. Engaging and communicating with the community:
      i. Procedural justice reviewed during random BWC reviews (include item numbers).
      ii. Officers' and Civilians' participation in community events (giveaways, toy drives, etc.)
      iii. Demonstrates on a regular basis an understanding of current issues, trends and complaints in their assigned areas of responsibility.
      iv. Any other engagement you wish to document.

Specific Examples:
> Officer Vicknair conducts Terry Stops in a professional manner and follows departmental guidelines when dealing with citizens. Officer Vicknair conducts many minor traffic violation stops. During these stops he uses the opportunity to make a positive police contact usually with citizens who would have no contact with police officers. L-11244-17 and J-30131-17

   b. Exhibiting problem-solving strategies regarding community needs: 4
      i. Officers' (appropriate) use of proactive Community Policing Signals during proactive patrol and calls for service.
      ii. Officers and civilians contributing to the Community Policing Plans.

Specific Examples:
> Officer Vicknair makes an effort to communicate with random citizens while conduction area patrols.

6) Provide close and effective supervision [**for performance evaluations of supervisors only**]: NA
   a. Supervisor conducted quarterly evaluations through:
      i. Initiating proper interventions to appropriate incidents.
      ii. Identifying patterns and behaviors (positive and negative)
      iii. Address violations or deficiencies in subordinates' investigatory stops, detentions or execution of searches?
      iv. Any other activities that exhibit close and effective supervision.
      v. Uses specific examples in performance evaluations when evaluating subordinates

Specific Examples:
>

# NEW ORLEANS POLICE DEPARTMENT

**Part II: Commendations, citizen complaints, training, discipline, and bias-free policing (please list Y/N/NA)**

On the specific categories cited below, rate the employee by listing Yes, No, or Not Applicable. All supervisors should access INSIGHT to document below criteria. If INSIGHT information is incorrect, list the incorrect information and state why it is incorrect.

7) Did the employee receive any commendations (rank-initiated & civilian)? [ N ]
   a. If yes, please list and describe.

8) Did the employee receive any complaints (rank-initiated & civilian)? [ N ]
   a. If yes, please list, describe the complaint and the outcome.

9) Did the employee comply with attendance policies (sick and other leave)? [ Y ]
   a. If no, please list and describe.

10) Did the employee comply with policies on secondary employment? (Y/N/NA) [ NA ]
    a. If no, please list and describe.

11) Did the employee attend all required POST trainings? (Y/N/NA) [ Y ]
    a. If no, please explain why and what actions were taken.

    b. Did the employee attend any additional training? (Y/N/NA) [ Y ]
       i. If yes, please list and describe:

    Police motorcycle operation training successfully completed.

# NEW ORLEANS POLICE DEPARTMENT

12) Did the employee receive discipline in the past year? (Y/N/NA) [ N ]
   a. If yes, please describe the nature, level of discipline received, general penalty imposed (suspension, letter of reprimand, etc.).

**Part III:** On the specific categories cited below, rate the employee by listing Yes, No, or Not Applicable

All supervisors should utilize personal knowledge to determine the performance below.

13) Did the employee exhibit bias-free policing in the past year? (Y/N/NA) [ Y ]
   a. If yes or no, please list and describe.

14) Did the officer have any violations or deficiencies when making arrests during the rating period? (NOPD Logbooks "Arrest, Search, and Warrant Log" should hold this information). (Y/N/NA) [ N ]
   a. If yes, please list and describe.

15) If the officer conducted search warrants, were they of high quality and accurate? (Y/N/NA) [ N ]
   a. If yes, please list and describe.

16) Is the employee an Authorized Interpreter receiving bilingual pay? (Y/N/NA) [ N ]

17) If the employee is a supervisor assigned in the Special Victims Section, did the supervisor incorporate victim interactions and services into subordinates' performance evaluations? (Y/N/NA) [ NA ]

**Part IV: Quarter 4 INSIGHT Review**

In doing this review please provide documentation of your employee's performance below.
Please note that you should be able to justify/explain the evaluation through documentation
(e.g., logs of activity, observation, notes, etc.)

[✓] I utilized Insight to evaluate the performance of this empoyee on 01-21-2018

[Y] Prior to this meeting (and within this quarter), I met with this employee to discuss information obtained From Insight. If this box is checked enter comments below and indicate the date of the meeting(s) and the outcome of the meeting(s).

- [✓] No further action
- [ ] Monitoring
- [ ] Intervention planned

[N] If employee is a supervisor, the supervisor appropriately utilized Insight during this quarter to enhance effective and constitutional policing and reduce risk?

**Comments:**