1

# NEW ORLEANS POLICE DEPARTMENT
# SEMI-ANNUAL PERFORMANCE EVALUATION

Employee's name: Rodney Vicknair    Employee ID: 18458

Supervisor's name: Sgt. Dowal Barrett    Employee ID: 08822

Date of evaluation: 07/23/2018    Evaluation period: 2nd Qtr 2018

## To Be Filled Out by the Supervisor Conducting the Performance Appraisal

This form was done by me personally, and I certify by my signature below that I have actually supervised this employee during the rating period specified on the front of this form.

Supervisor's Signature: _____    Date: 07-25-18

## To Be Filled Out by the Employee

I certify by my signature that I have read this evaluation or had it read to me. (Your signature does not imply agreement with the rating. You may note your disagreements in the comments below).

Employee's Signature: _____    Date: 7-25-18

Employee's comments:

## To Be Filled Out By Reviewer

I certify by my signature that any changes to this form have been reported to both the employee being rated and the supervisor who prepared this form.

Reviewer's Signature: _____    Date: 9/17/2018

Reviewer's comments:

2

# NEW ORLEANS POLICE DEPARTMENT

Part I: This section is focused on improvement and is intended to create a two-way conversation. On the specific categories cited below, rate the employee on a scale of 1 to 5, with 1 being the least contribution possible, 5 being the highest, and 3 being average.

For each, please be sure to provide specific examples in support of your rating.
2-3 examples are required, any N/A response requires an explanation.
How well does the employee:

1) Effectively communicate with (consider oral and written communication as well as listening skills):
    a. Supervisors: [ 4 ]
    b. Peers within NOPD: [ 3 ]
    c. Subordinates: [ 3 ]
    d. Citizens: [ 4 ]

Specific Examples:
> Officer Vicknair keeps rank advised of what he is working. Officer Vicknair correctly submits departmental forms and emails when required.
> Officer Vicknair participates in roll call/group trainings
> F-19460-18 B-00409-18

2) Employ safety measures: [ 3 ]
    a. POST officer safety standards
    b. vehicle operations (accident review board)
    c. Tactical approaches
    d. Arrests (handcuffing procedures, etc.)
    e. Searches
    f. Separated parties during interviews when conflict is apparent. (E.g. Domestic violence calls for service)

Specific Examples:
> Officer Vicknair does well at separating parties on domestics and calming the scene. Officer Vicknair always double-locks his prisoner's handcuffs.
> C-04575-18
> C-13171-18

3) Produce quality written reports, or if not applicable, engage in effective written and oral communications: [ 4 ]
    a. Overall, reports do not include conclusory language. (E.g. Subject was assaultive, non-compliant, resistant).
    b. Overall, reports do not include boilerplate language. (E.g. During the investigation, the victim gave conflicting statements about the incident to the officer).

Specific Examples:
> Officer Vicknair always submits his reports in a timely fashion, it is rare that his reports are returned for corrections. Officer Vicknair does not use boilerplate language in his reports. He frequently submits FICs and rarely has errors.
> F-11419-18
> B-29515-18

4) Exhibit good decision-making skills: [ 4 ]
    a. Whether the employee utilizes proper crisis intervention tactics when necessary.
    b. Heavily relying on the rank to make decision.
    c. Utilizes Ethical Policing is Courageous (EPIC) strategies to assist other employees to avoid making bad decisions or improper actions.

3

# NEW ORLEANS POLICE DEPARTMENT

Specific Examples: Officer Vicknair is a very proactive officer and does a lot of vehicle stops. In reviewing Officer Vicknair's stops (traffic and pedestrian) he rarely makes a wrong call and often consults his rank for complex scenes if he has a question
F-00797-18 E-17908-18

5) Conduct community policing by **[for commissioned personnel only]**: [ 3 ]
   a. Engaging and communicating with the community:
      i. Procedural justice reviewed during random BWC reviews (include item numbers).
      ii. Officers' and Civilians' participation in community events (giveaways, toy drives, etc.)
      iii. Demonstrates on a regular basis an understanding of current issues, trends and complaints in their assigned areas of responsibility.
      iv. Any other engagement you wish to document.

Specific Examples: F-01139-18
E-38191-18

   b. Exhibiting problem-solving strategies regarding community needs: [ 3 ]
      i. Officers' (appropriate) use of proactive Community Policing Signals during proactive patrol and calls for service.
      ii. Officers and civilians contributing to the Community Policing Plans.

Specific Examples: Officer will check 18As, 21Qs, 107s and 94S
E-35524-18
E-01902-18

6) Provide close and effective supervision **[for performance evaluations of supervisors only]**: [ ]
   a. Supervisor conducted evaluations through: * indicates required.
      i. Initiating proper interventions to appropriate incidents. *
      ii. Identifying patterns and behaviors (positive and negative) *
      iii. Address violations or deficiencies in subordinates' investigatory stops, detentions or execution of searches?*
      iv. Any other activities that exhibit close and effective supervision.
      v. Uses specific examples in performance evaluations when evaluating subordinates

Specific Examples:

4

# NEW ORLEANS POLICE DEPARTMENT

**Part II: Commendations, citizen complaints, training, discipline, and bias-free policing (please list Y/N/NA)**

On the specific categories cited below, rate the employee by listing Yes, No, or Not Applicable. All supervisors should access INSIGHT to document below criteria. If INSIGHT information is incorrect, list the incorrect information and state why it is incorrect.

7) Did the employee receive any commendations (rank-initiated & civilian)? `no`
   a. If yes, please list and describe.

8) Did the employee receive any complaints (rank-initiated & civilian)? `no`
   a. If yes, please list, describe the complaint and the outcome.

9) Did the employee comply with attendance policies (sick and other leave)? `yes`
   a. If no, please list and describe.

10) Did the employee comply with policies on secondary employment? (Y/N/NA) `yes`
    a. If no, please list and describe.

11) Did the employee attend all required POST trainings? (Y/N/NA) `yes`
    a. If no, please explain why and what actions were taken.

    b. Did the employee attend any additional training? (Y/N/NA) `yes`
       i. If yes, please list and describe:

    Officer Vicknair is a FTO, he has attended all required training to keep his FTO status current.

# NEW ORLEANS POLICE DEPARTMENT

12) Did the employee receive discipline in the past year? (Y/N/NA) [no]
    a. If yes, please describe the nature, level of discipline received, general penalty imposed (suspension, letter of reprimand, etc.).

**Part III: On the specific categories cited below, rate the employee by listing Yes, No, or Not Applicable**

All supervisors should utilize personal knowledge to determine the performance below.

13) Did the employee exhibit bias-free policing in the past year? (Y/N/NA) [na]
    a. If yes or no, please list and describe.

14) Did the officer have any violations or deficiencies when making arrests during the rating period? **(NOPD Logbooks "Arrest, Search, and Warrant Log" should hold this information).** (Y/N/NA) [na]
    a. If yes, please list and describe.

15) If the officer conducted search warrants, were they of high quality and accurate? (Y/N/NA) [na]
    a. If yes, please list and describe.

16) Is the employee an Authorized Interpreter receiving bilingual pay? (Y/N/NA) [na]

17) If the employee is a supervisor assigned in the Special Victims Section, did the supervisor incorporate victim interactions and services into subordinates' performance evaluations? (Y/N/NA) [na]

18) If the employee is a Commisioned Officer: Supervisor's shall include a narrative that discusses any areas in which an officer's performance needs to improve, and areas of particular growth and achievement during the rating period.

**Narrative:**

6

Officer Rodney Vicknair is a proactive veteran officer, he volunteers for overtime and special assignments. Officer Vicknair is also a Field Training Officer, even when he doesn't have a recruit he will take the time to teach other officers.

Officer Vicknair submits all forms completed properly. Officer Vicknair completes all reports, FICs, EPRs, CRASH, CITs, etc on time and with very few errors.

Officer Vicknair does have the occasion that he attempts to step into the sergeant shoes. Though he is a senior officer he is not a ranking officer and needs to leave the decision making and training to the sergeants.

Officer Vicknair follows all policies in regards to sick leave.

# Due to Department of Civil Service Annually by April 1

**Date of Evaluation:** February 6, 2017  Final Evaluation January 17, 2018

**Employee Name:** Rodney Vicknair

**Employee Number:** 26565

**Employee Class Title & Class Code:** Police Officer 1 / C7134

**Employee Position Title:** Senior Police Officer/Field Training Officer

**Brief Description of Duties:**

To respond to calls for service and thoroughly investigate, making arrests when necessary.
To conduct criminal patrol in the First Police District and react to observed activity.
To properly report Uniform Crime Report (UCR) incidents and to correctly classify them.
To accurately and timely complete assigned reports.

**Supervisor Name:** Lieutenant Travis McCabe

**Work Unit Name:** First Police District, Second (Evening) Watch

**Department Name:** New Orleans Police Department/First District

3

RODNEY VICKNAIR

# PART I - GOAL PLANNING:

The mission and vision statement and objectives of your department have been prepopulated below by your department's Personnel Officer/PERFORM Liaison. These departmental objectives represent the responsibilities of your department. Every employee within your department contributes (or should contribute) to at least one of them. Please select the one (or more) that apply to your employee.

**Note:** If you do not find an objective that applies to your employee, you can develop one and add it.

## Mission/Vision Statement:

The mission of the New Orleans Police Department is to provide professional police services to the public in order to maintain order and protect life and property. In order to accomplish our mission, we are committed to the philosophy of Community Oriented Policing as a means to inform our organizational decisions and prioritize our crime fighting and quality of life initiatives by engaging each neighborhood and community organization in collaborative problem solving partnerships. We are committed to integrating community and problem-oriented policing into our daily management principles, policies, procedures, recruitment efforts, training, personnel selection, performance evaluation process, resource deployment, tactics and accountability systems.

## Departmental Objectives:

| |
|---|
| Average number of crime against persons and property |
| percentage of changes accepted by District Attorney for prosecution |
| Number of Recruits hired |
| Number of calls for service |
| Number of Police initiated actions |
| Median number of minutes from time call is dispatched to arrived on scene for emergency calls (code 2);Median number of minutes from time call is answered by operator to time dispatched emergency police calls (code 2) |
| Clearance rate for crimes against persons and property; Number of complaints about officers made to the NOPD Public Integrity Bureau that were sustained |

4

## PART I - GOAL PLANNING (cont.):

Using the departmental objectives that you select for your employee, please enter the performance goals you and your employee have established for the upcoming year. Note that the goals should be SMART (i.e., Specific, Measurable, Achievable, Realistic, and Time-bound). To write a SMART goal, please see if the proposed goal answers all of the following questions:

1. What goal needs to be achieved?
2. How is the goal going to be achieved?
3. When is the goal expected to be achieved?
4. Is the goal challenging (but not too easy or difficult) for your employee?

**For example:** A proposed goal for a traffic signal technician could be: Replace the remaining 5 electro-mechanical traffic signals older than 1950 with the state-of-the art digital traffic signals by the end of July 2017. [Supervisor can maintain a log of when/which traffic signals are replaced and make a note of any maintenance issues thereafter.]

**You may establish up to 5 goals, but must establish at least 3 and you are required to provide information about how the progress on these goals will be tracked. Complete the goal form on the following page (page 6). Goals may be revised later only with a thorough supervisor explanation on Page 5.**

PART I - GOAL PLANNING (cont.):

| Proposed Goal | Proposed Measure/Indicator | Complete During Evaluation |
|---|---|---|
| 1. To accurately and completely submit assigned duties/reports. | The Platoon Reports Log which records date reports submitted and if returned for correction. | ☒ Met<br>☐ Not Met<br>☐ N/A |
| 2. To completely comply with departmental policies as it pertains to attendance and Sick/Annual Leave usage. | Officers individual attendance records. | ☒ Met<br>☐ Not Met<br>☐ N/A |
| 3. To competently utilize provided technology, meaning computer generated reports, Body Worn Camera, CIT Forms, MVU, FIC forms, online training. | Recorded Redirection (Form 105). | ☒ Met<br>☐ Not Met<br>☐ N/A |
| 4. To become familiar with departmental policies as is directly related to every day tasks of routine daily police work. | Officer will be questioned about specifics of the policies and her knowledge will be tested. | ☒ Met<br>☐ Not Met<br>☐ N/A |
| 5. To continue working in a Field Training position and coordinate with the police academy taking a leadership training position to train recruits prior to graduation from the academy as well as selection and training of new FTO's. | Officers participation in the FTO program and successfully training new recruits. | ☒ Met<br>☐ Not Met<br>☐ N/A |

*Goals that are new, revised, or otherwise not measurable for this period should be rated "N/A". A Goal Status of "N/A" is equivalent to "Met". If "N/A" is marked, the Supervisor must provide an explanation.

**PART I - GOAL PLANNING (cont.):**

Please provide a detailed explanation here for the goals that have been revised and/or cannot be measured (i.e., N/A goals). Please note that a goal can only be rated as N/A under circumstances beyond employee's control. You can also use this page as an additional space to list/explain goals.

7

# PART II (A) - WORK TASKS (BEHAVIOR EXPECTATIONS):

Please list specific work tasks your employee should perform in order to achieve his/her performance goal(s). You should use the tasks listed in the position description of your employee as needed. You can ask the Personnel Officer/PERFORM Liaison within your department for the individual employee's position description. Work Tasks for revised Goals may also be revised later with thorough supervisor explanation.

**Please note that you can establish as many Work Tasks as you like, but please establish at least 1 for each Goal and put its number in the next column.**

| Tasks | Related Performance Goal Number(s) |
|---|---|
| Officer Vicknair will respond to all assigned CFS and accurately complete them in a timely fashion. | 1 |
| Officer Vicknair will familiarize herself with departmental attendance policies and will comply. | 2 |
| Officer Vicknair will utilize all aspects of provided for technology. | 3 |
| Officer Vicknair will familiarize herself with departmental policies that pertain to he performance. | 4 |
| Officer Vicknair will take a leadership roll in participation in the Field Training Program. | 5 |
| | |
| | |
| | |
| | |

8

## PART II (B) - COMPETENCIES, KNOWLEDGE, SKILLS, AND ABILITIES (KSAs):

In order to achieve performance goals successfully, your employee is required to have, learn, and/or develop certain Competencies/KSAs. In relation to the goals that you have established, which of the following Competencies/KSAs should your employee learn/develop and be evaluated on? You are required to discuss these with your employee. **Please note that you can pick as many Competencies/KSAs as possible, but pick at least 1 for each goal and put its number in the next column.**

| Competencies/KSAs | Related Performance Goal Number(s) |
|---|---|
| ☒ Job-specific Knowledge and Skills (technical and professional skills to perform the job) | 1 |
| ☐ Communication (skill of interacting with everyone at work clearly through written or oral medium) | |
| ☐ Problem Solving/Critical Thinking (ability to resolve difficult work situations or problems and come to successful solutions/conclusions) | |
| ☐ Fostering Diversity (encouraging minorities to get involved in projects/work) | |
| ☒ Work Standards (quality and volume of work) | 1 |
| ☐ Respect for Others (ability to demonstrate polite and courteous behavior to others at work) | |
| ☐ Service Orientation (focus on citizen's needs and well-being) | |
| ☐ Process Improvement (thinking of ways to improve things at work) | |
| ☒ Leadership and Supervision (motivating, delegating, controlling, and mentoring lower-level employees) | 5 |
| ☐ Learning Agility (ability to learn quickly and continuously) | |
| ☒ Work Ethic (demonstrating honesty and integrity) | 2 |
| ☐ Safety Orientation (demonstrating concern for safety at workplace) | |

# PART II (B) - COMPETENCIES, KNOWLEDGE, SKILLS, AND ABILITIES (Cont.):

| | |
|---|---|
| ☐ Proactivity (taking initiative and working independently) | |
| ■ Dependability (ability to demonstrate reliability on the job through attendance, meeting deadlines, and accurate work) | 2 |
| ☐ Regulatory Compliance (following rules and regulations laid down by the City, State, and Federal govt.) | |
| ■ Adaptability (ability to tolerance for uncertainty and demonstrate flexibility in dealing with emergencies at work) | 5 |
| ☐ Information Sharing (with fellow workers and subordinates, delivering the message of higher managers to subordinates) | |
| ☐ Planning and Organization | |
| ■ Technology | 3 |
| ☐ Any Certification(s)/Licensure | |
| ☐ Further Educational Training | |
| ☐ Other (please explain) | |

Note: Please recommend any relevant training to help employees learn or develop the selected competencies. You may use the attached list of training sessions at the end of this document as a guide.

## PART III - NOTES/COMMENTS:

Please make a note of employee's comments and/or briefly summarize the key points of your planning session with the employee. Your employee will also receive a copy of the completed form and be asked to provide his/her comments.

After you have completed this section, print a copy, sign it, obtain the employee's signature, and obtain the Appointing Authority/Designee's signature. The original will remain in employee's personnel file. Make a copy that you will refer to regularly throughout the year to monitor employee's performance and to provide regular feedback, using the supplementary Continuous Monitoring and Feedback Form provided at the end of this document.

**Evaluating Supervisor Notes/Comments:**

**Employee Notes/Comments (Optional but Recommended):**

**Performance Management Plan Approved By:**

Date: 01/17/2017

Employee Name: Rodney Vicknair

Employee Signature: _[signature]_

Supervisor Name: Lieutenant Travis McCabe

Supervisor Signature: _[signature]_

2nd Level Supervisor Name (or Appointing Authority): Commander Hans Ganthier

2nd Level Supervisor Signature (or Appointing Authority): _[signature]_

Appointing Authority Name: Commander Hans Ganthier

Appointing Authority Signature: _[signature]_

**Note: Please note that a failure to sign this form does not mean you are exempt from performance evaluation.**

11

# PART IV (A) - EVALUATIONS:

Refer to Part I and II (Pages 5-9) of this document to provide evaluations of your employee's performance below. Please note that you should be able to justify/explain the evaluations through documentation (e.g., logs of activity, observation, notes, etc.). You must use supplementary material to aid the documentation process.

Please check the boxes that indicate your employee's performance throughout the year.

| Needs Improvement/Performing with Concerns | Acceptable/Well-Placed | Outstanding/High Potential |
|---|---|---|
| ☐ Achieved none of the performance goals* | ☐ Achieved all of the performance goals* | ☒ Achieved all and surpassed at least one of the performance goals* |
| ☐ Able to perform a few of the work tasks | ☐ Able to perform most of the work tasks | ☒ Able to perform all of the work tasks |
| ☐ Still requires improvement/learning on at least one of the selected competencies/KSAs | ☒ Demonstrates improvement/learning on most but not all of the competencies/KSAs | ☐ Demonstrates substantial competence on all of the selected competencies/KSAs |
| ☐ Struggles to finish assigned work with multiple errors on several occasions | ☐ Finishes assigned work with zero to minor errors most of the time | ☒ Delivers high-quality work all the time |
| ☐ Requires some supervision or guidance all the time | ☒ Able to work with minimal supervision or guidance most of the time | ☐ Able to work efficiently without any supervision or guidance most of the time |
| ☐ Has difficulties performing adequately in the current role | ☐ Has adequate ability to work in the current role | ☒ Has high potential to succeed in the current role |
| ☐ This employee could be better placed elsewhere – other team, unit, division, or department. | ☐ This employee performs as well as most of the other employees within the team, unit, division, or department. | ☒ This employee is hard to replace due to the contribution he or she has made to this team, unit, division, or department |

Check your overall rating. A rating of Exceeds Expectations will be rare given the chart provided above:

| ☐ DOES NOT MEET EXPECTATIONS | ☐ MEETS EXPECTATIONS | ☒ EXCEEDS EXPECTATIONS |
|---|---|---|

Employee: *[signature]*
Evaluating Supervisor: *[signature]*
2nd Level Supervisor/ Appointing Authority: *[signature]*
Appointing Authority: *[signature]*

* Exclude N/A goals. This applies only to the goals that were assigned during the performance planning period and tracked throughout the year.

# PART IV (B) - NARRATIVE FEEDBACK:

1. **Strength:** Which areas of work performance has the greatest growth been experienced?

   Officer Vicknair has proven to be an effective Field Training Officer and has also been selected participate in the selection of potential recruits and new FTO's.

2. **Areas of Improvement:** Which areas of performance require further improvement?

   Officer Vicknair routinely calls for supervisor affirmation on routine situations. Officer Vicknair is now working in a semi supervisory roll and need to be confident in his own decisions. It should only be necessary for him to contact a supervisor when required by policy or in unusual circumstances. In over two years in working with Officer Vicknair, this supervisor is very confident in the decisions made by him.

3. **Training Opportunities:** What training opportunities has the department/supervisor provided for helping employee achieve his or her performance goals?

   Officer Vicknair has been advised to make contact with academy personnel and make accommodations for any available training.

4. **Resources/Support:** What additional resources/support is the department/supervisor required to provide employee for further goal achievement?

13

## 5. Additional Remarks/Comments:

None

---

Employee Name: SPO/FTO Rodney Vicknair                     Employee Signature: _[signed]_

Supervisor Name: Lt. Travis McCabe                          Supervisor Signature: _[signed]_

2nd Level Supervisor Name: Commander Hans Ganthier          2nd Level Supervisor Signature: _[signed]_

Appointing Authority Name: Cdr. Hans Ganther                Appointing Authority Signature: _[signed]_

Date: 1-17-2018

---

I acknowledge that I have seen and discussed this evaluation with my supervisor. My signature below does not necessarily indicate agreement with the evaluation provided.

Employee Name: SPO/FTO Rodney Vicknair                      Employee Signature: _[signed]_

I acknowledge that I have discussed this evaluation with the employee. My signature below does not necessarily indicate agreement with statements provided by the employee.

Supervisor Name: Lt. Travis McCabe                          Supervisor Signature: _[signed]_

I acknowledge that I have discussed this evaluation with the employee. My signature below does not necessarily indicate agreement with statements provided by the employee.

2nd Level Supervisor Name: Cdr. Hans Ganther                2nd Level Supervisor Signature: _[signed]_

I acknowledge that I have reviewed this evaluation. My signature below does not indicate necessarily agreement with statements provided by the employee.

Appointing Authority Name: Cdr. Hans Ganther                Appointing Authority Signature: _[signed]_