UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | CIVIL ACTION |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | NO. 21-407 |
| versus | * | |
| | * | SECTION "E" |
| **RODNEY VICKNAIR, *ET AL.*** | * | JUDGE MORGAN |
| | * | |
| | * | MAGISTRATE DIVISION "4" |
| | * | MAGISTRATE JUDGE ROBY |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## EX PARTE MOTION FOR EXTENSION OF TIME

**NOW COMES** Defendant, Rodney Vicknair, and upon representing to this Honorable Court that he was received the Complaint herein and filed a Waiver of Service of the Summons (Record Document 14) on March 31, 2021 with a due date of May 3, 2021, and upon further certifying pursuant to Local Rule 7.8 that there has been no previous extension of time to plead and that Complainant has not filed into the record an objection to an extension of time, **HEREBY MOVES** this Honorable Court for a 21 day extension of time within which to plead or otherwise respond to the Complaint herein.

Respectfully submitted:

/s/ C. Theodore Alpaugh, III
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone:   (504) 529-4141
Facsimile:   (504) 561-0326
Email:          cta@gustebarnett.com

**Attorneys for Defendant,**
**RODNEY VICKNAIR**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 12th day of May, 2021 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ C. Theodore Alpaugh, III
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone:    (504) 529-4141
Facsimile:    (504) 561-0326
Email:    cta@gustebarnett.com

**Attorneys for Defendant,**
**RODNEY VICKNAIR**

C:\Users\ctalpaugh\GBSA, L.L.P\CTAData - Documents\CTA CORP CLIENTS\FOP.Vicknair, Rodney\MTN.extension.CTA.05122021.wpd