## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **NO. 21-407** |
| **versus** | * | |
| | * | **SECTION "E"** |
| **RODNEY VICKNAIR,** *ET AL.* | * | **JUDGE MORGAN** |
| | * | |
| | * | **MAGISTRATE DIVISION "4"** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Extension of Time:

**IT IS HEREBY ORDERED** that the Ex Parte Motion for Extension of Time by Defendant, Rodney Vicknair, for a 21 day extension of time pursuant to Local Rule 7.8 within which to plead or otherwise respond to the Complaint herein, up to and including **May 24, 2021** is **GRANTED** .

New Orleans, Louisiana this _____ day of May, 2021.

_____
**HON. SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**