UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | CIVIL ACTION |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | NO. 21-407 |
| versus | * | |
| | * | SECTION "J" |
| **RODNEY VICKNAIR, *ET AL.*** | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE DIVISION "4" |
| | * | MAGISTRATE JUDGE ROBY |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO PLAINTIFFS' COMPLAINT

**NOW COMES** Defendant, Rodney Vicknair (Vicknair), and for Answer to the Complaint herein, upon information and belief, answers, avers and denies as follows:

### FIRST DEFENSE

This matter should be stayed pending resolution of criminal proceedings against Defendant Vicknair.

### SECOND DEFENSE

Vicknair invokes and asserts his rights under the Fifth Amendment to the United States Constitution and Article I, § 13 of the Louisiana Constitution of 1974.

### THIRD DEFENSE

**AND NOW FURTHER ANSWERING**, Defendant Vicknair responds to the specific allegations of Plaintiffs' Complaint as follows:

Vicknair invokes and asserts his rights under the Fifth Amendment to the United States Constitution and Article I, § 13 of the Louisiana Constitution of 1974.  Without waiving said rights and subject to the reservation of same, and solely in order to comply with Federal Rule of Civil

Procedure 8(b), Vicknair generally denies all of the allegations of the Complaint.

### FOURTH DEFENSE

Vicknair invokes and asserts his rights under the Fifth Amendment to the United States Constitution and Article I, § 13 of the Louisiana Constitution of 1974. Without waiving said rights and subject to the reservation of same, and solely in order to comply with Federal Rule of Civil Procedure 8(c), Vicknair asserts the affirmative defense of failure to state a claim or a right or a cause of action upon which relief may be granted.

### FIFTH DEFENSE

Vicknair invokes and asserts his rights under the Fifth Amendment to the United States Constitution and Article I, § 13 of the Louisiana Constitution of 1974. Without waiving said rights and subject to the reservation of same, and solely in order to comply with Federal Rule of Civil Procedure 8(c), Vicknair asserts the affirmative defense of contributory negligence.

### SIXTH DEFENSE

Vicknair invokes and asserts his rights under the Fifth Amendment to the United States Constitution and Article I, § 13 of the Louisiana Constitution of 1974. Without waiving said rights and subject to the reservation of same, and solely in order to comply with Federal Rule of Civil Procedure 8(c), Vicknair asserts the affirmative defense of statute of limitations and/or prescription.

### SEVENTH DEFENSE

Vicknair invokes and asserts his rights under the Fifth Amendment to the United States Constitution and Article I, § 13 of the Louisiana Constitution of 1974. Without waiving said rights and subject to the reservation of same, and solely in order to comply with Federal Rule of Civil Procedure 8(c), Vicknair asserts the affirmative defense of qualified immunity.

### EIGHTH DEFENSE

Vicknair invokes and asserts his rights under the Fifth Amendment to the United States Constitution and Article I, § 13 of the Louisiana Constitution of 1974. Without waiving said rights and subject to the reservation of same, and solely in order to comply with Federal Rule of Civil Procedure 8(c), Vicknair asserts the affirmative defense of the immunity afforded public officials for discretionary acts under applicable state law.

### NINTH DEFENSE

Vicknair invokes and asserts his rights under the Fifth Amendment to the United States Constitution and Article I, § 13 of the Louisiana Constitution of 1974. Without waiving said rights and subject to the reservation of same, and solely in order to comply with Federal Rule of Civil Procedure 8(c), Vicknair asserts the affirmative defense of fault of third parties.

### RESERVATION OF RIGHTS

To the extent permitted by law, Defendant herein reserves his right to supplement and amend this Answer and to assert additional affirmative defenses as future discovery may warrant and require and/or upon the resolution of the criminal proceedings against him.

**WHEREFORE** Defendant, Rodney Vicknair, prays that, after due proceedings are had, there be judgment in his favor and against Plaintiffs, dismissing the Complaint at Plaintiffs' cost; for all costs, expenses and attorney fees incurred by Defendant herein; and, for such other and further relief as may be equitable and just and this Honorable Court competent to grant.

Respectfully submitted:

/s/ C. Theodore Alpaugh, III
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Email: cta@gustebarnett.com

**Attorneys for Defendant,**
**RODNEY VICKNAIR**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 24th day of May, 2021 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ C. Theodore Alpaugh, III
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Email: cta@gustebarnett.com

**Attorneys for Defendant,**
**RODNEY VICKNAIR**

C:\Users\Ted\Guste, Barnett, Schlesinger & Alpaugh, L.L.P\CTAData - Documents\CTA CORP CLIENTS\FOP.Vicknair, Rodney\ANS.complaint.CTA.05242021.wpd

-4-