UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>   Plaintiff,<br> v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>   Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**Plaintiff's Statement of Material Facts in Support of Summary Judgment**

1. Defendant Rodney Vicknair went to Plaintiff's home in his NOPD vehicle.[1]

2. Defendant Rodney Vicknair went to Plaintiff's home in his NOPD uniform.[2]

3. Defendant Rodney Vicknair was in possession of an NOPD-issued deadly weapon when he went to Plaintiff's home.[3]

4. Defendant Rodney Vicknair went to Plaintiff's home while on NOPD duty.[4]

5. Defendant Rodney Vicknair went to Plaintiff's home with an NOPD trainee in his vehicle.[5]

6. Defendant Rodney Vicknair struck G.H. on the arm with his police baton.[6]

7. Defendant Rodney Vicknair groped G.H.'s breast.[7]

8. Defendant Rodney Vicknair groped G.H.'s buttocks.[8]

---

[1] Ex. A, ¶ 13; Ex. B, ¶ 9.
[2] Id.
[3] Id.
[4] Id.
[5] Id.
[6] Ex. B, ¶ 10.
[7] Ex. B, ¶ 14.
[8] Ex. B, ¶ 15.

9. Defendant Rodney Vicknair digitally penetrated G.H.[9]

10. Defendant Rodney Vicknair locked the doors of his police vehicle while inside it with G.H.[10]

11. In 2020, G.H. was 14-15 years old.[11]

12. G.H. is the minor daughter of Plaintiff Rayne Upton.[12]

13. On September 28, 2020, Defendant Rodney Vicknair was arrested.[13]

14. Per a letter dated March 2, 2021 from the office of New Orleans' Superintendent of Police, Defendant Shaun D. Ferguson, and the Public Integrity Bureau to Rayne Upton, Defendant Rodney Vicknair was found to have violated departmental policies relative to: "sexual battery", "indecent behavior with juveniles", and "malfeasance in office."[14]

15. Defendant Rodney Vicknair was fired by NOPD.[15]

Respectfully Submitted:

| **MOST & ASSOCIATES** | **THE HITE LAW GROUP** |
|---|---|
| */s/ Hope A. Phelps* <br> **HOPE PHELPS (La. Bar No. 37259)** <br> **WILLIAM MOST (La. Bar No. 36914)** <br> 201 St. Charles Ave., Ste. 114, # 101 <br> New Orleans, LA 70170 <br> Tel: 504.256.4615 <br> Email: hopeaphelps@outlook.com <br><br> *Counsel for Plaintiff, Rayne Upton,* <br> *individually and on behalf of* <br> *her minor daughter, G.H.* | **NICHOLAS HITE (La. Bar No. 34305)** <br> 701 Loyola Ave., #403 <br> New Orleans, LA 70113 <br> Tel: 504.252.0678 <br> Email: nicholas@hitelawgroup.com |

---

[9] Ex. B, ¶ 18.
[10] Id.
[11] Ex. B, ¶ 4.
[12] Ex. A, ¶ 4; Ex. B, ¶ 2.
[13] Ex. A, ¶ 20.
[14] March 2, 2021 Letter from Defendant Ferguson and the Public Integrity Bureau to Plaintiff Rayne Upton, attached as Exhibit 1 to Declaration of Rayne Upton (Ex. A).
[15] *See id.*