UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE TRIAL, PRE-TRIAL DATES AND DISCOVERY DEADLINE

Plaintiff has moved to continue the June 27, 2022 trial date and the associated pre-trial dates and discovery deadline because certain documents are protected against discovery under the law enforcement privilege pending the criminal indictment and prosecution of Defendant herein, Rodney Vicknair. (Rec. Doc. 59) Plaintiff's motion and need for relief demonstrate why this case should be stayed for the likely impending criminal prosecution of Vicknair, and Defendants, the City of New Orleans and NOPD Superintendent Shaun Ferguson, offered to Plaintiff to consent to a stay. Plaintiff declined and instead seeks to have it both ways: a continuance as well as keeping the case open for an extended and indefinite period of pre-trial filings and discovery proceedings. The City and Superintendent Ferguson are unwilling to voluntarily consent to a one-sided approach to dealing with the impediment to this civil case presented by the likely indictment and prosecution of Vicknair, and, therefore, oppose Plaintiff's motion for a continuance rather than a stay.

[*Signature block on following page.*]

Respectfully submitted,

*Michael J. Laughlin*

_____
MICHAEL J. LAUGHLIN (LSB #1668)
Assistant City Attorney
DEREK M. MERCADEL (LSB #26805)
Deputy City Attorney
CHURITA H. HANSELL (LSB #25694)
Chief Deputy City Attorney
KEVIN C. HILL (LSB #26338)
Sr. Chief Deputy City Attorney
DONESIA D. TURNER (LSB #23338)
City Attorney
1300 Perdido Street
City Hall – Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Fax: (504) 658-9868
mjlaughlin@nola.gov
dmmercadel@nola.gov
chhansell@nola.gov
kchill@nola.gov
donesia.turner@nola.gov

Attorneys for Defendants, City of New Orleans and Shaun Ferguson, Superintendent of the New Orleans Police Department