UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>        Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, et al.,<br><br>        Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**Joint Motion to Continue Trial, Pre-Trial Dates, and Discovery Deadline**

NOW INTO COURT, jointly come all parties, to respectfully request that this Court reschedule the trial and pre-trial dates in the above-captioned matter.

There are no motions currently pending before this Court. Trial is set to begin April 24, 2023, and the discovery cutoff date is February 28, 2023. R. Doc. 63.

Plaintiff filed a complaint on February 24, 2021. R. Doc. 1.

The parties have begun discovery in this civil proceeding. The parties have exchanged written discovery, and, on February 8, 2022, Plaintiff's counsel deposed City employee Cecile Tebo.

On September 22, 2022, the United States Attorney filed a Bill of Information for Deprivation of Rights Under Color of Law against Defendant Rodney Vicknair.[1]

On October 7, 2022, Defendant Vicknair appeared for a criminal arraignment and pled not guilty to all counts.[2]

Jury trial in the criminal case was set for December 12, 2022.[3]

On November 16, 2022, Defendant Vicknair appeared for a rearraignment and entered a plea of guilty to Count 1 – "deprivation of [G.H.'s] rights while serving as a New Orleans Police

---

[1] *See USA v. Vicknair*, No. 22-212 (E.D. La), R. Doc. 1.
[2] *Id.* at R. Doc. 9.
[3] *Id.* at R. Doc. 14.

1

Officer."[4]

Defendant Vicknair's sentencing is set for March 8, 2023 before Judge Lance M. Africk.[5]

According to the Department of Justice, the case remains active until Defendant Vicknair is sentenced and Plaintiff is barred from discovery of any evidence in their possession while the case is ongoing.

It is Plaintiff's understanding that, once Defendant Vicknair is sentenced, the Department of Justice will produce evidence in response to Plaintiff's requests.

Because the evidence in the possession of the Department of Justice will likely substantially affect the scope of the claims and discovery, the Parties respectfully request that this Court take the trial date, and all pre-trial dates off calendar, and hold a scheduling conference once Defendant Rodney Vicknair is sentenced.

WHEREFORE, the Parties jointly request that this Motion be granted.


Respectfully submitted,

| MOST & ASSOCIATES | THE HITE LAW GROUP |
|---|---|
| */s/ Hope Phelps* <br>**HOPE PHELPS (La. Bar No. 37259)** <br>**WILLIAM MOST (La. Bar No. 36914)** <br>**DAVID LANSER (La. Bar No. 37764)** <br>**CAROLINE GABRIEL (La. Bar. No. 38224)** <br>201 St. Charles Ave., Ste. 114, # 101 <br>New Orleans, LA 70170 <br>Tel: 504.256.4615 <br>Email: hopeaphelps@outlook.com | **NICHOLAS HITE (La. Bar No. 34305)** <br>701 Loyola Ave., #403 <br>New Orleans, LA 70113 <br>Tel: 504.252.0678 <br>Email: nicholas@hitelawgroup.com |

*Counsel for Plaintiff, Rayne Upton,
individually and on behalf of
her minor daughter, G.H.*

---

[4] *Id.* at R. Docs. 23-24.
[5] *Id*. at R. Doc. 26.

2

/s/ James M. Roquemore
JAMES M. ROQUEMORE (LSB # 40035)
Assistant City Attorney
DEREK M. MERCADEL (LSB #26805)
Deputy City Attorney
KEVIN C. HILL (LSB #26338)
Sr. Chief Deputy City Attorney
DONESIA D. TURNER (LSB #23338)
City Attorney
1300 Perdido Street
City Hall – Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Fax: (504) 658-9868
james.roquemore@nola.gov
dmmercadel@nola.gov
kchill@nola.gov
donesia.turner@nola.gov

*Attorneys for Defendants, City of New Orleans and Shaun Ferguson, Superintendent of the New Orleans Police Department*


/s/ C. Theodore Alpaugh, III
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone:     (504) 529-4141
Facsimile:     (504) 561-0326
Email:         cta@gustebarnett.com

**Attorneys for Defendant,**
**RODNEY VICKNAIR**