UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>   Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, et al.,<br><br>   Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

Considering the foregoing *Joint Motion to Continue Trial, Pre-Trial Dates, and Discovery Deadline* by all parties, and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is GRANTED. All pre-trial and trial dates are currently taken off calendar, and a scheduling conference shall be held to pick new dates.

Signed in New Orleans, Louisiana, on this _____ of _____, 2022.

                       _____
                       **UNITED STATES DISTRICT COURT**
                       **EASTERN DISTRICT OF LOUISIANA**