UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON | CIVIL ACTION |
| VERSUS | No. 21-407 |
| RODNEY VICKNAIR, ET AL. | SECTION: "J"(4) |

## ORDER

Considering the foregoing *Joint Motion to Continue Trial, Pre-Trial Dates, and Discovery Deadline* **(Rec. Doc. 64)** filed by all parties,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. All pre-trial and trial dates shall be taken off calendar, and a scheduling conference shall be held to pick new dates

New Orleans, Louisiana, this 15th day of December, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE