UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.,<br><br>        Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

## **MOTION FOR RECONSIDERATION**

Plaintiff Rayne Upton respectfully moves this Court pursuant to Rule 54(b) to reconsider its Order dismissing Plaintiff's municipal liability claims under § 1983 against the City Defendants with prejudice, and revise the Order to dismiss those claims without prejudice. R. Doc. 36.

In footnote 10 of the order, the Court seemed to suggest that it might consider a separately filed motion for leave to amend the complaint. Plaintiff respectfully requests this Court reconsider and revise the "with prejudice" aspect of the order, so that Plaintiff may file a motion for leave to amend her complaint in light of new evidence that supports a § 1983 claim against the City Defendants.

WHEREFORE, Plaintiff prays that the Court grant this motion and reconsider decision to dismiss Plaintiff's municipal liability claims under § 1983 against the City Defendants with prejudice, and revise the Order to dismiss those claims without prejudice.

Respectfully submitted:

| MOST & ASSOCIATES | THE HITE LAW GROUP |
|---|---|
| */s/ Hope A. Phelps* <br> **HOPE PHELPS (La. Bar No. 37259)** <br> **WILLIAM MOST (La. Bar No. 36914)** <br> **DAVID LANSER (La. Bar No. 37764)** <br> **CAROLINE GABRIEL (La. Bar. No. 38224)** <br> 201 St. Charles Ave., Ste. 114, # 101 <br> New Orleans, LA 70170 <br> Tel: 504.256.4615 <br> Email: hopeaphelps@outlook.com | **NICHOLAS HITE (La. Bar No. 34305)** <br> 701 Loyola Ave., #403 <br> New Orleans, LA 70113 <br> Tel: 504.252.0678 <br> Email: nicholas@hitelawgroup.com |

*Counsel for Plaintiff, Rayne Upton,*
*individually and on behalf of*
*her minor daughter, G.H.*