**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.,<br><br>    Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>    Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**<u>ORDER</u>**

CONSIDERING THE FOREGOING *Motion for Reconsideration* filed by the Plaintiff Rayne UPTON:

IT IS ORDERED that the motion is GRANTED. This Court's order dated June 25, 2021 (R. Doc. 36), shall be revised to dismiss Plaintiff's municipal liability claims under § 1983 without prejudice.

SO ORDERED on this the _____ day of _____, 2023, in New Orleans, Louisiana.

_____
JUDGE
