**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

———————————————————— )
                                                          )
RAYNE UPTON, individually and        )
on behalf of her minor daughter, G.H.  )
                                                          )
                                                          )
              Plaintiff,                           )         Docket No. 2:21-cv-407
         v.                                          )
                                                          )         JUDGE: CARL BARBIER
RODNEY VICKNAIR, SHAUN FERGUSON,   )
THE CITY OF NEW ORLEANS; DOE       )
DISTRICT COMMANDER; DOES 1 to 10;  )         MAGISTRATE: KAREN
and XYZ INSURANCE COMPANIES 1 to 10, )                WELLS ROBY
                                                          )
              Defendants.                       )
———————————————————— )

## <u>MOTION FOR RECONSIDERATION</u>

This motion shall be submitted for consideration on **January 25, 2023.**

Respectfully submitted,

Respectfully submitted:

**MOST & ASSOCIATES**                          **THE HITE LAW GROUP**

*/s/ Hope A. Phelps*
**HOPE PHELPS (La. Bar No. 37259)**        **NICHOLAS HITE (La. Bar No.**
**34305)**
**WILLIAM MOST (La. Bar No. 36914)**       701 Loyola Ave., #403
**DAVID LANSER (La. Bar No. 37764)**       New Orleans, LA 70113
**CAROLINE GABRIEL (La. Bar. No. 38224)**  Tel: 504.252.0678
201 St. Charles Ave., Ste. 114, # 101             Email: nicholas@hitelawgroup.com
New Orleans, LA 70170
Tel: 504.256.4615
Email: hopeaphelps@outlook.com

*Counsel for Plaintiff, Rayne Upton,*
*individually and on behalf of*
*her minor daughter, G.H.*