UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAYNE UPTON                                                      CIVIL ACTION

VERSUS                                                           NO. 21-407

RODNEY VICKNAIR, ET AL.                                          SECTION "J"(4)

## SCHEDULING CONFERENCE NOTICE

**\*\*Counsel must call into the conference at 1-(877)-848-7030, Access Code 2704006\*\***

A Scheduling Conference will be held **by telephone** on **WEDNESDAY, FEBRUARY 1, 2023 AT 2:30 P.M.** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

**TRIAL COUNSEL MUST** participate in this conference. If, for good cause, this is not possible, you must file a Motion and Order to Continue prior to the above date.

ISSUED BY:
Gail Chauvin, Section J
Telephone No. (504) 589-7694

**NOTICE**
COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.

**NOTICE OF COMPLIANCE WITH Fed R. Civ. P. 26(a)(1) and 26 (f)**
COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(A)(1) AND 26(f). COUNSEL ARE TO BE PREPARED TO ANSWER THE QUESTIONS BELOW CONCERNING DISCLOSURE.

**IMPORTANT NOTICE TO COUNSEL:**
**COUNSEL MUST PARTICIPATE IN THIS CONFERENCE. A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED.**

**COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:**

**1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures? OR**

**2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will be waived in this case? OR**

**3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case? WRITTEN OBJECTIONS MUST BE FILED THREE (3) DAYS PRIOR TO THE PRELIMINARY CONFERENCE.**