## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and on behalf of her minor daughter, G.H.** | * | **CIVIL ACTION NO. 21-407** |
| | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO WITHDRAW COUNSEL OF RECORD AND TO ENROLL COUNSEL OF RECORD

**NOW INTO COURT**, comes James M. Roquemore [LSA# 40035], on behalf of Defendants, the City of New Orleans and Shaun Ferguson (the "City Defendants"), who represents that the following attorneys currently listed as attorneys of record for the City Defendants in the above-styled case are no longer employed by the New Orleans City Attorney's Office and do not represent the City Defendants: Michael J. Laughlin [LSB# 01668], Churita H. Hansell [LSB# 25694] and Sunni Jones LeBeouf [LSB# 28633]. Accordingly, the City Defendants respectfully move to withdraw Michael J. Laughlin [LSB# 01668], Churita H. Hansell [LSB# 25694] and Sunni Jones LeBeouf [LSB# 28633] as counsel of record for City Defendants in this matter.

In addition, the following attorneys request to be enrolled as attorneys of record on behalf of the City Defendants: James M. Roquemore [LSA# 40035], Assistant City Attorney for the City of New Orleans, as Lead Attorney; Renee E. Goudeau [LSA# 33157]; Corwin St. Raymond [LSA# 31330]; and Donesia D. Turner [LSA# 23338]. The City Defendants consent to such enrollment.

**WHEREFORE**, City Defendants respectfully pray that this Honorable Court grant this Motion and that Michael J. Laughlin [LSB# 1668], Churita H. Hansell [LSB# 25694] and Sunni Jones LeBeouf [LSB# 28633] be withdrawn and that James M. Roquemore [LSA# 40035], Renee E. Goudeau [LSA# 33157], Corwin St. Raymond [LSA# 31330] and Donesia D. Turner [LSA# 23338] be enrolled as counsel of record for the City Defendants in this matter.

Respectfully submitted,

/s/ *James M. Roquemore*_____
JAMES M. ROQUEMORE (LSB #40035)
Deputy City Attorney
RENEE E. GOUDEAU (LSB #33157)
Deputy City Attorney
CORWIN ST. RAYMOND (LSB #31330)
Chief Deputy City Attorney
DONESIA D. TURNER (LSB #23338)
City Attorney
1300 Perdido Street
City Hall – Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Fax: (504) 658-9868
james.roquemore@nola.gov
regoudeau@nola.gov
cmstraymond@nola.gov
donesia.turner@nola.gov

*Attorneys for Defendants, City of New Orleans and Shaun Ferguson, Superintendent of the New Orleans Police Department*