## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon considering the foregoing Motion to Withdraw Counsel of Record and to Enroll Counsel of Record, it is ordered by the Court that attorneys Michael J. Laughlin [LSB# 01668], Churita H. Hansell [LSB# 25694] and Sunni Jones LeBeouf [LSB# 28633] be and are withdrawn as counsel for Defendants, City of New Orleans and Shaun Ferguson, Superintendent of the New Orleans Police Department, and that attorneys James M. Roquemore [LSA# 40035], Assistant City Attorney for the City of New Orleans, as Lead Attorney; Renee E. Goudeau [LSA# 33157]; Corwin St. Raymond [LSA# 31330], and Donesia D. Turner [LSA# 23338] be and are hereby permitted to enroll as additional counsel of record for said defendants in these proceedings.

NEW ORLEANS, LOUISIANA, this_____day of_____, 2023.

_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT JUDGE