**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO CONTINUE SUBMISSION DATE**
**FOR PLAINTIFF'S MOTION FOR RECONSIDERATION**
**AND INCORPORATED MEMORANDUM IN SUPPORT**

Defendants City of New Orleans and Superintendent Shaun Ferguson ("City Defendants") respectfully move the Court to continue the submission date for Plaintiff's Motion for Reconsideration [Doc. 66] (the "Motion for Reconsideration") to the next available submission date.

On December 19, 2022, the Court issued an Order [Doc. 65] which granted the parties' Joint Motion to Continue Trial, Pre-Trial Dates, and Discovery Deadline [Doc. 64]. On January 5, 2023, the Plaintiff filed a Motion for Reconsideration [Doc. 66] and requested that the Court reconsider its Order [Doc. 36] issued on June 25, 2021, which dismissed Plaintiff's municipal liability claims under § 1983 against the defendants, the City of New Orleans and Superintendent Shaun Ferguson, with prejudice.

The current submission date for the Motion for Reconsideration is January 25, 2023. The City Defendants would benefit by having additional time in which to prepare a response to Plaintiff's motion given competing demands for time in other cases. The City Defendants therefore request that the submission date on the Motion for Reconsideration be continued to the Court's next available submission date of February 8, 2023.

Plaintiff's counsel consents to this relief.

WHEREFORE, the City Defendants pray that this Motion be granted and that the submission date for the Plaintiff's Motion for Reconsideration [Doc. 66] be continued to the Court's next available submission date of February 8, 2023.

Respectfully submitted,

/s/ *James M. Roquemore*
JAMES M. ROQUEMORE (LSB #40035)
Deputy City Attorney
RENEE E. GOUDEAU (LSB #33157)
Deputy City Attorney
CORWIN ST. RAYMOND (LSB #31330)
Chief Deputy City Attorney
DONESIA D. TURNER (LSB #23338)
City Attorney
1300 Perdido Street
City Hall – Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Fax: (504) 658-9868
james.roquemore@nola.gov
regoudeau@nola.gov
cmstraymond@nola.gov
donesia.turner@nola.gov

*Attorneys for Defendants, City of New Orleans and*
*Shaun Ferguson, Superintendent of the New Orleans*
*Police Department*