UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Consent Motion to Continue Submission Date for Plaintiff's Motion for Reconsideration:

IT IS HEREBY ORDERED that the Motion is granted and the submission date on Plaintiff's Motion for Reconsideration (R. Doc. 66) is continued to the Court's next available submission date of February 8, 2023.

New Orleans, Louisiana this ___ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE
CARL J. BARBIER