UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON | CIVIL ACTION |
| VERSUS | No. 21-407 |
| RODNEY VICKNAIR, ET AL. | SECTION: "J"(4) |

## ORDER

Before the Court are a *Motion to Withdraw Counsel of Record and to Enroll Counsel of Record* **(Rec. Doc. 69)** and a *Consent Motion to Continue Submission Date for Plaintiff's Motion for Reconsideration* **(Rec Doc. 70)** filed by Defendants, the City of New Orleans and Shaun Ferguson, Superintendent of the New Orleans Police Department,

**IT IS HEREBY ORDERED** that the motion to substitute **(Rec. Doc. 69)** is **GRANTED**. Michael J. Laughlin, Churita H. Hansell and Sunni Jones LeBeouf are withdrawn, and James M. Roquemore, Renee E. Goudeau, and Donesia D. Turner are hereby permitted to enroll as additional counsel of record for said Defendants.

**IT IS FURTHER ORDERED** that the motion to continue submission date **(Rec. Doc. 70)** is hereby **GRANTED**, and the submission date on Plaintiff's Motion for Reconsideration (Rec. Doc. 66) is continued until February 8, 2022.

New Orleans, Louisiana, this 11th day of January, 2023

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE