# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H. ) ) ) )  Plaintiff, ) v. ) ) RODNEY VICKNAIR, SHAUN FERGUSON, ) THE CITY OF NEW ORLEANS; DOE ) DISTRICT COMMANDER; DOES 1 to 10; ) and XYZ INSURANCE COMPANIES 1 to 10, ) ) Defendants. ) ) | Docket No. 2:21-cv-407  JUDGE: CARL BARBIER  MAGISTRATE: KAREN WELLS ROBY |

## *EX PARTE* MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Rayne Upton, who seeks leave of Court to permit the filing of the attached Reply Memorandum in Support of Plaintiff's Motion for Reconsideration (attached hereto as Exhibit A). The attached reply memorandum is responsive to the arguments raised by Defendants in their opposition. The instant motion is currently set for submission on February 8, 2023.

**WHEREFORE**, Plaintiff Rayne Upton respectfully requests leave of this Honorable Court to file his Reply Memorandum in Support of Plaintiff's Motion for Reconsideration.

Respectfully submitted:

1

| MOST & ASSOCIATES | THE HITE LAW GROUP |
|---|---|
| */s/ Hope A. Phelps*<br>**HOPE PHELPS (La. Bar No. 37259)**<br>**WILLIAM MOST (La. Bar No. 36914)**<br>**DAVID LANSER (La. Bar No. 37764)**<br>**CAROLINE GABRIEL (La. Bar. No. 38224)**<br>201 St. Charles Ave., Ste. 114, # 101<br>New Orleans, LA 70170<br>Tel: 504.256.4615<br>Email: hopeaphelps@outlook.com | **NICHOLAS HITE (La. Bar No. 34305)**<br>701 Loyola Ave., #403<br>New Orleans, LA 70113<br>Tel: 504.252.0678<br>Email: nicholas@hitelawgroup.com |

*Counsel for Plaintiff, Rayne Upton, individually and on behalf of her minor daughter, G.H.*