## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

_____

RAYNE UPTON, individually and                    )
on behalf of her minor daughter, G.H.            )
                                                 )
                          Plaintiff,             )              Docket No. 2:21-cv-407
          v.                                     )
                                                 )              JUDGE: CARL BARBIER
RODNEY VICKNAIR, SHAUN FERGUSON,                 )
THE CITY OF NEW ORLEANS; DOE                     )
DISTRICT COMMANDER; DOES 1 to 10;                )              MAGISTRATE: KAREN
and XYZ INSURANCE COMPANIES 1 to 10,             )              WELLS ROBY
                                                 )
                          Defendants.            )
_____         )


### ORDER

After consideration of Plaintiff's *Motion for Leave to File a Reply Memorandum in Support*

*of Plaintiff's Motion for Reconsideration*, and the reason for filing, the Motion is GRANTED.

Plaintiff's proposed Reply shall be filed into the record.

New Orleans, Louisiana this _____ day of _____, 2023


_____
U.S. DISTRICT COURT JUDGE