UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON | CIVIL ACTION |
| VERSUS | No. 21-407 |
| RODNEY VICKNAIR, ET AL. | SECTION: "J"(4) |

## ORDER

Considering the foregoing Ex Parte *Motion for Leave to File a Reply Memorandum* **(Rec Doc. 75)** filed by Plaintiff Rayne Upton,

**IT IS HEREBY ORDERED** that the motion for leave to file **(Rec. Doc. 75)** is **GRANTED**. Plaintiff's reply memorandum shall be filed into the record.

New Orleans, Louisiana, this 8th day of February, 2023

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE