**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS SHAUN
FERGUSON AND THE CITY OF NEW ORLEANS TO FILE THEIR
ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Defendants Shaun Ferguson and

the City of New Orleans (the "City Defendants") who request an extension of time in which to file

an Answer to Plaintiff's First Amended Complaint, and shows the following.

1.

Plaintiff's First Amended Complaint (Doc. 79) was filed on February 16, 2023.

2.

Federal Rule of Civil Procedure 15(a)(3) provides that "[u]nless the court orders otherwise,

any required response to an amended pleading must be made within the time remaining to respond

to the original pleading or within 14 days after service of the amended pleading, whichever is

later."

3.

The City Defendants' Answer to Plaintiff's First Amended Complaint (the "Answer") was

due on March 3, 2023. However, due to inadvertence, the Answer was not filed on or before March

3, 2023. The Answer is being filed today, contemporaneously with this motion.

4.

Counsel for Plaintiffs has been consulted and consents to an extension of time for the City

Defendants to file their Answer.

WHEREFORE, the City Defendants request that the time for the City Defendants to file

their Answer be extended to March 6, 2023, and that the Answer filed be made part of the record

in this case.


Respectfully submitted,


/s/ *James M. Roquemore*_____
JAMES M. ROQUEMORE (LSB #40035)
Deputy City Attorney
RENEE E. GOUDEAU (LSB #33157)
Deputy City Attorney
CORWIN ST. RAYMOND (LSB #31330)
Chief Deputy City Attorney
DONESIA D. TURNER (LSB #23338)
City Attorney
1300 Perdido Street
City Hall – Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Fax: (504) 658-9868
james.roquemore@nola.gov
regoudeau@nola.gov
cmstraymond@nola.gov
donesia.turner@nola.gov

*Attorneys for Defendants, City of New Orleans and*
*Shaun Ferguson, Superintendent of the New Orleans*
*Police Department*