UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and on behalf of her minor daughter, G.H.** | * | **CIVIL ACTION NO. 21-407** |
| | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Consent Motion for Extension of Time for Defendants Shaun Ferguson and the City of New Orleans to File Their Answer to Plaintiff's First Amended Complaint, it is **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER ORDERED that the time for Defendants Shaun Ferguson and the City of New Orleans to file their answer to Plaintiff's First Amended Complaint is extended to March 6, 2023.

Read, Rendered and Signed in New Orleans, Louisiana this 7th day of March 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE