## ATTACHMENT A

## CERTIFICATION AND AGREEMENT TO BE BOUND

The undersigned hereby acknowledge and approve the Consent Protective Order attached hereto, understand the terms thereof, and agree to be bound by those terms.

*DocuSigned by:*
*Hope Phelps*
829C3E6BD9A649E...

_____
Attorney Name

Rayne Upton, Plaintiff
_____
Party represented

*DocuSigned by:*
*James Roquemore*
1F05E3B3780241D...

_____
Attorney Name

City of New Orleans and Shaun Ferguson, Defendants
_____
Party represented

Attorney Name: *C. Theodore Alpaugh, III*
A3A85857035D4F2...
Party Represented: Rodney Vicknair, Defendant

7