**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

RAYNE UPTON, individually and )
on behalf of her minor daughter, G.H. )
)
            Plaintiff, )       Docket No. 2:21-cv-407
     v. )
)       JUDGE: CARL BARBIER
RODNEY VICKNAIR, SHAUN FERGUSON, )
THE CITY OF NEW ORLEANS; DOE )
DISTRICT COMMANDER; DOES 1 to 10; )     MAGISTRATE: KAREN
and XYZ INSURANCE COMPANIES 1 to 10, )    WELLS ROBY
)
          Defendants. )
_____ )

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT RODNEY VICKNAIR

NOW INTO COURT, through undersigned counsel, comes Plaintiff Rayne Upton, who moves for summary judgment on the grounds that a review of the materials on file reveal that there is no genuine issue as to any material fact regarding Defendant Rodney's Vicknair's liability for violation of 42 U.S.C. § 1983, and for the state law torts of assault and battery, false imprisonment, and negligence. Because Defendant Vicknair pled guilty to 18 U.S.C. § 242 (Deprivation of rights under color of law) for his sexual abuse of G.H., his civil liability is established by action of the doctrine of collateral estoppel. *See United States v. Thomas*, 709 F.2d 968, 972 (5th Cir. 1983) (affirming summary judgment in civil case based on collateral estoppel effect of prior criminal conviction).

Accordingly, there is no genuine dispute as to any material fact related to this motion, and Plaintiff is entitled to judgment, as a matter of law, pursuant to Federal Rule of Civil Procedure 56.

In support of this Motion, Plaintiff attaches, offers, and introduces into evidence the following Exhibits:

A.  Factual Basis read and approved by Defendant Rodney Vicknair, on file as R. Doc. 25 in *USA v. Rodney Vicknair*, 22-212 (E.D. La., 9/22/22);

B.  March 8, 2023 Sentencing Hearing Transcript;

C.  March 14, 2023 Sentencing Hearing Transcript; and

D.  Plea agreement signed by Defendant Rodney Vicknair, on file as R. Doc. 46 in *USA v. Rodney Vicknair*, 22-212 (E.D. La., 9/22/22).

WHEREFORE, Plaintiff, Rayne Upton, respectfully requests this Honorable Court grant Plaintiff's Motion for Partial Summary Judgment on the issue of Defendant Rodney Vicknair's Liability.

Respectfully Submitted:

**MOST & ASSOCIATES**                        **THE HITE LAW GROUP**

*/s/ Hope A. Phelps*
**HOPE PHELPS (La. Bar No. 37259)**          **NICHOLAS HITE (La. Bar No. 34305)**
**WILLIAM MOST (La. Bar No. 36914)**         701 Loyola Ave., #403
201 St. Charles Ave., Ste. 114, # 101        New Orleans, LA 70113
New Orleans, LA 70170                         Tel: 504.252.0678
Tel: 504.256.4615                             Email: nicholas@hitelawgroup.com
Email: hopeaphelps@outlook.com

***Counsel for Plaintiff, Rayne Upton,
individually and on behalf of
her minor daughter, G.H.***