**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H. ) ) ) | |
| Plaintiff, ) | Docket No. 2:21-cv-407 |
| v. ) | |
| ) | JUDGE: CARL BARBIER |
| RODNEY VICKNAIR, SHAUN FERGUSON, ) THE CITY OF NEW ORLEANS; DOE ) DISTRICT COMMANDER; DOES 1 to 10; ) and XYZ INSURANCE COMPANIES 1 to 10, ) | MAGISTRATE: KAREN WELLS ROBY |
| Defendants. ) | |

**NOTICE OF SUBMISSION**

This motion shall be submitted for consideration on **June 14, 2023.**


Respectfully Submitted:

| **MOST & ASSOCIATES** | **THE HITE LAW GROUP** |
|---|---|
| */s/ Hope A. Phelps* | |
| **HOPE PHELPS (La. Bar No. 37259)** | **NICHOLAS HITE (La. Bar No. 34305)** |
| **WILLIAM MOST (La. Bar No. 36914)** | 701 Loyola Ave., #403 |
| 201 St. Charles Ave., Ste. 114, # 101 | New Orleans, LA 70113 |
| New Orleans, LA 70170 | Tel: 504.252.0678 |
| Tel: 504.256.4615 | Email: nicholas@hitelawgroup.com |
| Email: hopeaphelps@outlook.com | |

*Counsel for Plaintiff, Rayne Upton,*
*individually and on behalf of*
*her minor daughter, G.H.*