UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYNE UPTON, individually and on behalf of her minor daughter, G.H.** | **CIVIL ACTION** |
| **VERSUS** | **NO:  21-407** |
| **RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10** | **SECTION: "J" (4)** |

## ORDER

Considering the parties' **Consent Motion for Entry of Stipulated Privacy Act Protective Order (R. Doc. 86)**,

**IT IS ORDERED** that the **Consent Motion for Entry of Stipulated Privacy Act Protective Order (R. Doc. 86) is DENIED.**

New Orleans, Louisiana, this 18th day of May 2023.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**