## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **NO. 21-407** |
| **versus** | * | |
| | * | **SECTION "J"** |
| **RODNEY VICKNAIR, *ET AL.*** | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE DIVISION "4"** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

 **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

### EX PARTE MOTION TO EXTEND SUBMISSION DATE

**NOW COMES** Defendant, Rodney Vicknair, and respectfully moves this Honorable Court

to continue the hearing date for Plaintiff's Motion for Partial Summary Judgment Against Defendant

Rodney Vicknair (Rec. Doc. 87). The Motion is currently set for submission on June 14, 2023.

However counsel for Defendant Vicknair is in need of additional time to consult with his client to

determine his client's response to the Motion. Counsel for Plaintiffs have been contacted and have

advised that they do not oppose this Motion. Accordingly, Defendant, Rodney Vicknair, moves this

Honorable Court to continue the hearing date on Plaintiff's Motion for Partial Summary Judgment

Against Defendant Rodney Vicknair (Rec. Doc. 87) from June 14, 2023 to the next submission date

of June 28, 2023.

Respectfully submitted:

/s/ C. Theodore Alpaugh, III

**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone:    (504) 529-4141
Facsimile:     (504) 561-0326
Email:           cta@gustebarnett.com

**Attorneys for Defendant,**
**RODNEY VICKNAIR**

D:\GBSA, L.L.P\CTAData - Documents\CTA CORP CLIENTS\FOP.Vicknair, Rodney\MTN.continue.submission.CTA.06052023.wpd

-2-