UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYNE UPTON, individually and on behalf of her minor daughter, G.H.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   21-407** |
| **RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10** | **SECTION: "J" (4)** |

## ORDER

Considering the request for a discovery conference by counsel for Plaintiff,

**IT IS ORDERED** that a discovery conference will be held by telephone on **June 6, 2023 at 9:45 a.m.** to discuss scheduling the deposition for Defendant Rodney Vicknair.

**IT IS FURTHER ORDERED** that counsel for Defendant Vicknair shall provide the Court via Chambers email: eFile-Roby@laed.uscourts.gov with information regarding Vicknair's medical, mental capacity, and physical location information no later than **June 6, 2023 at 9:30 a.m.**

New Orleans, Louisiana, this 5th day of June 2023.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**