## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **NO. 21-407** |
| versus | * | |
| | * | **SECTION "J"** |
| **RODNEY VICKNAIR,** *ET AL.* | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE DIVISION "4"** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the E*x Parte Motion to Extend Submission Date* **(Rec. Doc. 91)** filed by Defendant, Rodney Vicknair;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and the submission date for Plaintiff's Motion for Partial Summary Judgment Against Defendant Rodney Vicknair (Rec. Doc. 87) is now set for <u>June 28, 2023.</u>

New Orleans, Louisiana this 5th day of June, 2023.

_____
**HON. CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**