MINUTE ENTRY
ROBY, M.J.
June 6, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYNE UPTON, individually and on behalf of her minor daughter, G.H.** | **CIVIL ACTION** |
| **VERSUS** | **NO:    21-407** |
| **RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10** | **SECTION: "J" (4)** |

### JUDGE KAREN WELLS ROBY, PRESIDING

LAW CLERK:                                    Amira Harmon
COURT REPORTER/RECORDER:        Toni Tusa

Appearances:        **Hope A. Phelps and William Most** for Plaintiff.
                             **Renee E. Goudeau and Chester Theodore Alpaugh, III** for Defendants.

### ORDER

At the request of counsel for Plaintiff, the Court held a discovery conference by telephone to address issues with scheduling the deposition of Defendant Rodney Vicknair.

Accordingly,

**IT IS ORDERED** that the Noticed Deposition of Defendant Rodney Vicknair will proceed on **Friday, June 9, 2023**, at the law office of his counsel Chester Theodore Alpaugh, III located at **639 Loyola Avenue, Suite 2130, New Orleans, Louisiana 70113**.

New Orleans, Louisiana, this 6th day of June 2023.

MJSTAR: 00:10

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**