UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **NO. 21-407** |
| **versus** | * | |
| | * | **SECTION "J"** |
| **RODNEY VICKNAIR, *ET AL.*** | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE DIVISION "4"** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EX PARTE CONSENT MOTION TO EXTEND SUBMISSION DATE**

**NOW COMES** Defendant, Rodney Vicknair, and respectfully moves this Honorable Court to continue the hearing date for Plaintiffs' Motion for Partial Summary Judgment Against Defendant Rodney Vicknair (Rec. Doc. 87). The Motion is currently set for submission on June 28, 2023 (Rec. Doc. 93). However counsel for Defendant Vicknair is in need of additional time as his client has recently undergone brain surgery and counsel is in need of the transcript of his recent deposition to discuss this matter with Rodney Vicknair's attorney in fact and to prepare his response to the Motion. According to the Court Reporter the transcript will not be available until after the date Defendant Vicknair's response to the Motion is currently due. Counsel for Plaintiffs have been contacted and have advised that they do not oppose this Motion.

Accordingly, Defendant, Rodney Vicknair, moves this Honorable Court to continue the hearing date on Plaintiff's Motion for Partial Summary Judgment Against Defendant Rodney Vicknair (Rec. Doc. 87) from June 28, 2023 to the next submission date of July 12, 2023.

Respectfully submitted:

/s/ C. Theodore Alpaugh, III
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone:    (504) 529-4141
Facsimile:    (504) 561-0326
Email:        cta@gustebarnett.com

**Attorneys for Defendant,**
**RODNEY VICKNAIR**

D:\GBSA, L.L.P\CTAData - Documents\CTA CORP CLIENTS\FOP.Vicknair, Rodney\MTN.continue.submission.CTA.06192023.wpd