## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **NO. 21-407** |
| versus | * | |
| | * | **SECTION "J"** |
| **RODNEY VICKNAIR,** *ET AL.* | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE DIVISION "4"** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the Ex Parte Consent Motion to Extend Submission Date filed by Defendant, Rodney Vicknair;

**IT IS HEREBY ORDERED** that the Ex Parte Consent Motion to Extend Submission Date is **GRANTED**.

**IT IS FURTHER ORDERED** that the submission date for Plaintiff's Motion for Partial Summary Judgment Against Defendant Rodney Vicknair (Rec. Doc. 87) is now set for July 12, 2023.

New Orleans, Louisiana this _____ day of June, 2023.

_____
**HON. CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**