## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **NO. 21-407** |
| versus | * | |
| | * | **SECTION "J"** |
| **RODNEY VICKNAIR,** *ET AL.* | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE DIVISION "4"** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Ex Parte Consent Motion to Extend Submission Date filed by Defendant, Rodney Vicknair **(Rec. Doc. 95)**;

**IT IS HEREBY ORDERED** that the Ex Parte Consent Motion to Extend Submission Date is **GRANTED**.

**IT IS FURTHER ORDERED** that the submission date for Plaintiff's Motion for Partial Summary Judgment Against Defendant Rodney Vicknair (Rec. Doc. 87) is now set for July 12, 2023.

New Orleans, Louisiana this 20th day of June, 2023.

_____
**HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE**