**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF MANUAL ATTACHMENT AND FILING UNDER SEAL**

Defendants, Shaun Ferguson and the City of New Orleans (the "City Defendants"), pursuant to Eastern District Local Rule 5.6, provide notice that they have manually attached and have requested that the following documents be placed under seal:

EXHIBIT 1 – Video of Forensic Interview of G.H. taken at the Children's Hospital Child Advocacy Center on September 25, 2020;

EXHIBIT 2 –Excerpts of transcript of deposition of Rodney Vicknair taken on June 9, 2021 (pp. 1-6, 11-12, 15-16, 28-33, 64-68, and 115-116, unredacted);

EXHIBIT 5 – New Orleans Police Department ("NOPD") report of Incident E-32154-20 (CNO 377-380);

EXHIBIT 6 – Selected NOPD records of activity of officers recorded on "Trip Sheets" (CNO 735-738, 3305-3306, unredacted);

EXHIBIT 7 – Records of Orleans Parish Communication District regarding calls to NOPD for service at G.H.'s residence (CNO 3391-3411); and

EXHIBIT 8 – Affidavit of Sgt. Kimera Dufeal (unredacted).

1

Respectfully submitted,

/s/ *James M. Roquemore*_____
JAMES M. ROQUEMORE (LSB #40035)
Deputy City p
RENEE E. GOUDEAU (LSB #33157)
Deputy City Attorney
DONESIA D. TURNER (LSB #23338)
City Attorney
1300 Perdido Street
City Hall – Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Fax: (504) 658-9868
james.roquemore@nola.gov
regoudeau@nola.gov
donesia.turner@nola.gov
*Attorneys for Defendants, City of New Orleans and*
*Shaun Ferguson, Superintendent of the New Orleans*
*Police Department*