

# KOGA NEUROSURGERY

June 6, 2023

**Patient Name:** VICKNAIR, Rodney, d.o.b. 12/29/1966

*Initial Evaluation*

**Chief Complaint:** brain tumor, glioblastoma multiforme

**History of Presenting Complaint:** The patient is a 56-year-old right-handed Caucasian male formerly a police officer referred for urgent evaluation of brain tumor. He reports migraines, insomnia, headaches, altered memory, memory loss, brain fog, irritability, and dizziness for the past months, starting in January. He went to the emergency room on May 8th and a right frontotemporal tumor was found. He underwent right frontotemporal craniotomy on May 14th with Dr. Fautherie at Our Lady of the Lake hospital in Baton Rouge. He was subsequently sent to inpatient rehabilitation.

He endorses persistent left upper and lower extremity weakness, numbness, tingling. He is now ambulating with a walker whereas previously he was able to ambulate with a cane. He denies bowel or bladder dysfunction.

His ex-wife who is power of attorney presents with him today who also provides most of his history. Because he is now staying with her, they would like to have his care in the NorthShore area. The patient has a past medical history of hypertension, hyperlipidemia, TIA in 2022, CABG 2021, migraine, depression, and a long history of tremors since he was 10 years old that seems to be familial in nature as his daughter and his mother both have them however he reports the tremors have slightly gotten worse. He has residual left-sided weakness after a TIA in 2022. Despite undergoing craniotomy in May 14th, he has not yet seen oncology. He has not started chemotherapy or radiation up until this point. He does have an appointment with oncology on June 13th. His medical care is complicated by his legal proceedings which include a conviction with a pending jail term and another lawsuit for which he will be deposed.

**Assessment Results:**
PHQ-9 screening test is 17, indicating moderately to severe depression and/or anxiety. Montreal Cognitive Assessment (MoCA) score is 19 indicates clear impairment of cognition, not compatible with his age and education

189 Greenbrier Blvd.        Covington, LA 70433        T (985) 269-7676



Karnofsky Performance Scale (KPS) score is 90%, indicating reasonable autonomy with activities of daily living

**Visit Diagnosis:**
Glioblastoma multiforme
Cerebral Edema
Cognitive dysfunction
Hemiplegia

**Medication List:**
Dexamethasone
Levetiracetam
Atorvastatin
Hydroxyzine
Eliquis
Aspirin
Hydrocodone
*(See EMR for dosage information)*

**Allergies:**
Iodinated Contrast Media

**Social History**
Divorced, lives with ex-wife
Fired from Police job
Awaiting jail term
Some college
35 pack years tobacco use
Currently vapes
Drinks moderately
No street drug use

**Past Medical History:**
Craniotomy for GBM
CABG for CAD
Left knee surgery
Hypertension

Morbid Obesity (BMI - 35)

**Physical Examination:** Ht 5 ft 11 in, Pain Scale 0
Wt 250 lbs BMI 35 BP 143 / 89 T 98.2 °F Pulse 75 bpm
He is an ill-appearing overweight Caucasian male who looks older than stated age with depressed mood and flat affect. He is awake and alert with psychomotor delay, impaired recall and cognititve dysfunction. He has bilateral upper and lower extremity resting and intention tremor. He has severely ataxic gait, bilateral dysmetria, and left hemibody. Left hemibody sensory deficit compared to right. The craniotomy incision in the right frontotemporal is well-healed. Bilateral Hoffmann's present.

**Imaging:**
MRI of the brain with and without contrast has independently reviewed. There is a right frontal craniotomy with minimal resection of the large frontotemporal tumor with central necrosis. The lesion is circa 10 cm in size compressing the right hemisphere and causing s 8 mm of right to left midline shift. There is severe vasogenic edema surrounding the tumor.



**Assessment and Plan:**
This patient has a malignant brain tumor in the right hemisphere causing altered mental status, cognitive impairment and hemiplegia. He previous surgery appears to have been a biopsy with a large amount of residual tumor. He has had worsening symptoms since January 2023 and has not received adjuvant treatments at this time.

Given his age and current functional level, he requires urgent surgery for cytoreduction of tumor prior to initiation of chemotherapy and radiation. We will refer him to oncology and radiation oncology immediately post-op. He should begin treatment as soon as possible once the incision is healed which should be between 2 and 3 weeks postoperative. I am

concerned that his legal obligations may delayed his care. In addition his capacity for decision making is currently impaired as demonstrated on standardized screening tools, and this may be further impaired by the neurosurgical intervention.

We will plan for urgent surgery on Monday, with Synaptive neuronavigation imaging on Friday. He will wire urgent anesthesia clearance. He at at his risk for seizures and we will increase his Levetiracetam dosing. He may continue current dexamethasone for vasogenic edema. This may delay wound healing however it will help with cerebral edema. The patient and his family appear to understand the natural history of glioblastoma as well as the prognosis. While craniotomy for larger resection is not curative and may cause some left hemibody weakness, it would improve his chance of survival. The patient and his ex-wife agree with this plan of care and wished to proceed urgently.

We will recommend:
1. Synaptive MRI brain with and without contrast on Friday, June 9th
2. Right frontotemporal craniotomy and GBM resection on Monday, June 12th
3. Increase Levetiracetam to 750 g PO Q12 hrs
4. Continue Dexamethasone 2 mg PO Q12 hrs
5. Stop aspirin and Eliquis
6. Plan for inpatient rehabilitation after surgery for 2-4 weeks

Over 90 minutes was spent in reviewing the imaging and discussion with the patient and his ex-wife who is power of attorney.

Sincerely yours,

Sebastian F. Koga MD FAANS
Diplomate of the American Board of Neurological Surgery
Fellow of the American Association of Neurological Surgeons