# NEW ORLEANS POLICE DEPARTMENT
## OFFICER'S DAILY ACTIVITY REPORT

INCIDENT:
CHARGE CODE:

Officer #1: CARKUM, CURTIS (NAME) 31614 (Employee ID)
Officer #2: VICKNAIR, RODNEY (NAME) 18458 (Employee ID)

Division/District: 1ST Platoon: 2ND Unit#: 125B DATE: 5/26/20 HOURS: 2 25PM - 11 00PM

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO. | Rank (√) | FIC (#) | BWC (√) 1 | BWC (√) 2 | CEW (√) 1 | CEW (√) 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATION | ROLL | CALL | / | 2 25 | 3 00 | 10-8 | | | √ | √ | √ | √ | √ | BTOD |
| ESPLANADE/N. GALVEZ | 20 | 32151 | 3 26 | 3 26 | 3 48 | NAT | | 1 | √ | √ | | | √ | (1) FIC (2) CITATIONS |
| [redacted] | 42 | 32154 | 3 50 | 3 54 | 4 20 | NAT | | | √ | √ | | | √ | |
| " " | 10-18 | " " | 4 20 | 4 45 | 6 30 | 10-31 | | | √ | √ | | | √ | UNIT 4B32 RELOCATE TO CHILDREN'S HOSPITAL 78/83 |
| I-10 E @ 29 B EAST | 18 | 32313 | 6 36 | 6 47 | 6 50 | GOA | | | √ | √ | | | √ | |
| ST. BERNARD/N. CLAIBORNE | 22A | 32513 | 9 08 | 9 08 | 10 06 | NAT | | | | | | | | |
| STATION | 10-19 | / | 10 06 | 10 12 | 11 00 | 10-7 | | | | | | | | DOR |

Form 31 Revised November 14 2014

CNO 0735

EXHIBIT 6

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank (√) | FIC (#) | BWC (√) 1 | BWC (√) 2 | CEW (√) 1 | CEW (√) 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Summary of officer's activity

| | Bodies | Asst | 966 | 95 | D/V | Attch | Other | DUI |
|---|---|---|---|---|---|---|---|---|
| Felony arr. | | | | | | | | |
| Misdemeanor arr. | | | | | | | | |
| Municipal arr. | | | | | | | | |
| Traffic arr. | | | | | | | | |
| Summons issued | | | | | | | | |
| Juvenile (major) | | | | | | | | |
| Juvenile (minor) | | | | | | | | |
| Truant arr. | | | | | | | | |
| Curfew arr. | | | | | | | | |
| Truant (custodial) | | | | | | | | |
| Curfew (custodial) | | | | | | | | |

| | Count |
|---|---|
| New complaint | 4 |
| Old complaint | |
| RTF | |
| Supplemental | |
| Accident (no injury) | |
| Accident (injury) | |
| Accident citations | |

| | Count |
|---|---|
| Vice check | |
| Stolen vehicle check | |
| Abandoned veh. check | |
| Residence check | |
| Business check | |

Warrants

| | Count |
|---|---|
| Obtained | |
| Served | |
| Attempted | |

Seized/Confiscated

| | Amount |
|---|---|
| Firearms | |
| Marijuana | |
| Cocaine/Crack | |
| Heroin | |
| Other narcotics | |

Pedestrian stops

| | Count |
|---|---|
| Pedestrians | |
| FIC | |

Traffic stops

| | Count |
|---|---|
| Vehicles | 1 |
| FIC | 1 |
| Citations issued | 2 |
| Warning issued | |

Start of shift

| | N/A | Yes | No | If no, Sup. notified | Sup. initials |
|---|---|---|---|---|---|
| AVL working? | | ✓ | | | |
| MVU working with sufficient storage? | | ✓ | | | |
| BWC functions? | | ✓ ✓ | | | |
| CEW & CEW camera functions? | | ✓ ✓ | | | |
| Vehicle inspected and OK? | | ✓ | | | |

End of shift

| | N/A | Yes | No | If no, sup. notified | Sup. initials |
|---|---|---|---|---|---|
| Vehicle inspected and OK? | | ✓ | | | |

Comments:

Vehicle # 190 22 A# 19022 Starting Mileage 27372 Ending Mileage 27408 Total Miles 36

Officer #1 [signature] SIGNATURE Officer #2 [signature] SIGNATURE Supervisor Sgt. [signature] SIGNATURE

Approved: ✓
Disapproved:
Counseled:

Form 31 Revised November 14, 2014

CNO 0736

NEW ORLEANS POLICE DEPARTMENT
OFFICER'S DAILY ACTIVITY REPORT

INCIDENT: ____________
CHARGE CODE: ____________

Officer #1: Michelangelo Carroll (NAME) 031237 (Employee ID) Officer #2: ____________ (NAME) ____________ (Employee ID)

Division/District 1 Platoon 2ND Unit # 137-B DATE 05-26-20 HOURS 2:25 - 11:00

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank (√) | FIC (#) | BWC (√) 1 | BWC (√) 2 | CEW (√) 1 | CEW (√) 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATION | Roll | CALL | 2:25 | 2:25 | 2:45 | 10-8 | | | | | | | | IN SERVICE |
| 224 N Carrolton | 20 | 32011 | 3:19 | 3:25 | 3:31 | NAT | | | | | | | | 21 NAT |
| | 42 | 32154 | 3:50 | 3:57 | 4:32 | 10-31 | | | √ | | | | | |
| S Claiborne & Cleveland | 20 | 32068 | 4:32 | 4:44 | 4:50 | GOA | | | √ | | | | | |
| 124 S Lopez | 103 | 32239 | 4:57 | 5:00 | 5:15 | NAT | | | √ | | | | | |
| S Claiborne & Cleveland | 20 | 32068 | 5:20 | 5:25 | 6:12 | RTF | | | √ | | | | | NO CITS |
| STATION | 10-19 | 32068 | 6:12 | 6:16 | 7:24 | NAT | | | | | | | | |
| N Rampart & Barracks | 18 | 32404 | 7:31 | 7:31 | 7:49 | 10-31 | | | √ | | | | | |
| 2600 Esplanade | 224 | 32426 | 7:52 | 7:52 | 8:15 | NAT | | | | | | | | |
| Columbus St & N Miro | 18 | 32459 | 8:17 | 8:14 | 8:58 | 10-31 | | | √ | | | | | |
| STATION | 10-18 | D32206 | 9:17 | 9:20 | 10:20 | NAT | | | | | | | | |
| STATION | 10-19 | — | 10:20 | 10:25 | 11:00 | 10-7 | | | | | | | | ETOD |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Form 31 Revised November 14, 2014

CNO 0737



| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank (√) | FIC (#) | BWC (√) 1 | BWC (√) 2 | CEW (√) 1 | CEW (√) 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

## Summary of officer's activity

| | Bodies | Asst | 966 | 95 | D/V | Attch | Other | DUI |
|---|---|---|---|---|---|---|---|---|
| Felony arr. | | | | | | | | |
| Misdemeanor arr. | | | | | | | | |
| Municipal arr. | | | | | | | | |
| Traffic arr. | | | | | | | | |
| Summons issued | | | | | | | | |
| Juvenile (major) | | | | | | | | |
| Juvenile (minor) | | | | | | | | |
| Truant arr. | | | | | | | | |
| Curfew arr. | | | | | | | | |
| Truant (custodial) | | | | | | | | |
| Curfew (custodial) | | | | | | | | |

| | Count |
|---|---|
| New complaint | 5 |
| Old complaint | 1 |
| RTF | 1 |
| Supplemental | |
| Accident (no injury) | |
| Accident (injury) | |
| Accident citations | |

| | Count |
|---|---|
| Vice check | |
| Stolen vehicle check | |
| Abandoned veh. check | |
| Residence check | |
| Business check | |

Warrants

| | Count |
|---|---|
| Obtained | |
| Served | |
| Attempted | |

Seized/Confiscated

| | Amount |
|---|---|
| Firearms | |
| Marijuana | |
| Cocaine/Crack | |
| Heroin | |
| Other narcotics | |

Pedestrian stops

| | Count |
|---|---|
| Pedestrians | |
| FIC | |

Traffic stops

| | Count |
|---|---|
| Vehicles | |
| FIC | |
| Citations issued | |
| Warning issued | |

## Start of shift

| | N/A | Yes | No | If no, Sup. notified | Sup. initials |
|---|---|---|---|---|---|
| AVL working? | | X | | | |
| MVU working with sufficient storage? | | ✓ | | | |
| BWC functions? | | ✓ | | | |
| CEW & CEW camera functions? | | ✓ | | | |
| Vehicle inspected and OK? | | ✓ | | | |

Vehicle # 18065 A# 18065 Starting Mileage 33412

## End of shift

| | N/A | Yes | No | If no, sup. notified | Sup. initials |
|---|---|---|---|---|---|
| Vehicle inspected and OK? | | | | | |

Comments: ______

Ending Mileage 33443 Total Miles 55.4

Officer #1 ______ SIGNATURE

Officer #2 ______ SIGNATURE

Supervisor Sgt. Frank Robert SIGNATURE

Approved: ✓
Disapproved: ______
Counseled: ______

Form 31 Revised November 14, 2014

CNO 0738

NEW ORLEANS POLICE DEPARTMENT
OFFICER'S DAILY ACTIVITY REPORT

INCIDENT: ____________
CHARGE CODE: ____________

Officer #1: RILEY, CASEY (NAME) 31795 (Employee ID)
Officer #2: VICKNAIR, RODNEY (NAME) 18458 (Employee ID)

Division/District 1 Platoon B Unit # 125B DATE 9-23-2020 HOURS 1425

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank (√) | FIC (#) | BWC (√) 1 | BWC (√) 2 | CEW (√) 1 | CEW (√) 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATION | ROLL | CALL | 1425 | 1425 | 1500 | 10-8 | V | | V | V | V | V | V | ICC/BWC TEST |
| 3300 ST PETER | 103F | 29693 | 1505 | 1514 | 1517 | GOA | | | V | V | | | V | |
| 3300 ST PETER | 103M | 29755 | 1517 | 1517 | 1648 | NAT | | | V | V | | | V | 1 CIT |
| UMC | 10-15 | 29755 | 1524 | 1533 | 1648 | 10-31 | | | | | | | | MI 11:13 |
| 2108 ST BERNARD | 21 | 29858 | 1648 | 1651 | 1716 | NAT | | | V | V | | | V | |
| [redacted] / [redacted] | 22A | 29922 | 1732 | 1732 | 1753 | NAT | | | | | | | | |
| PUMPS | 10-10 | — | 1806 | 1810 | 1826 | 10-31 | | | | | | | | |
| FLYOVER | 18 | 30041 | 1908 | 1910 | 1913 | GOA | | | V | V | | | V | OUT OF DISTRICT |
| 101 MARAIS | 21 | 30058 | 1917 | 1922 | 1940 | NAT | | | V | V | | | V | |
| 300 N BROAD | 40 | — | 1942 | 1952 | 2023 | 10-31 | | | | | | | | LUNCH BREAK |
| 632 N PIERCE | 62A | 30111 | 2026 | 2030 | 2042 | NAT | | | V | V | | | V | |
| 2757 ORLEANS AVE | 62A | 30099 | 2051 | 2055 | 2100 | NAT | | | V | V | | | V | |
| ESPLANADE / N CLAIBORNE | 21 | 30234 | 2155 | 2155 | 2200 | NAT | | | V | V | | | V | FLAG DOWN |
| STATION | 10-19 | — | 2200 | 2203 | 2300 | 10-7 | | | | | | | | DOR / E TOD |
| | | | | | | | | | | | | | | |

CNO 3305

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank (√) | FIC (#) | BWC (√) 1 | BWC (√) 2 | CEW (√) 1 | CEW (√) 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

## Summary of officer's activity

| | Bodies | Asst | 966 | 95 | D/V | Attch | Other | DUI |
|---|---|---|---|---|---|---|---|---|
| Felony arr. | | | | | | | | |
| Misdemeanor arr. | | | | | | | | |
| Municipal arr. | | | | | | | | |
| Traffic arr. | | | | | | | | |
| Summons issued | | | | | | | | |
| Juvenile (major) | | | | | | | | |
| Juvenile (minor) | | | | | | | | |
| Truant arr. | | | | | | | | |
| Curfew arr. | | | | | | | | |
| Truant (custodial) | | | | | | | | |
| Curfew (custodial) | | | | | | | | |

| | Count |
|---|---|
| New complaint | 9 |
| Old complaint | |
| RTF | |
| Supplemental | |
| Accident (no injury) | |
| Accident (injury) | |
| Accident citations | |

| | Count |
|---|---|
| Vice check | |
| Stolen vehicle check | |
| Abandoned veh. check | |
| Residence check | |
| Business check | |

**Warrants**

| | Count |
|---|---|
| Obtained | |
| Served | |
| Attempted | |

**Seized/Confiscated**

| | Amount |
|---|---|
| Firearms | |
| Marijuana | |
| Cocaine/Crack | |
| Heroin | |
| Other narcotics | |

**Pedestrian stops**

| | Count |
|---|---|
| Pedestrians | |
| FIC | |

**Traffic stops**

| | Count |
|---|---|
| Vehicles | |
| FIC | |
| Citations issued | |
| Warning issued | |

## Start of shift

| | N/A | Yes | No | If no, Sup. notified | Sup. initials |
|---|---|---|---|---|---|
| AVL working? | | ✓ | | | |
| MVU working with sufficient storage? | | ✓ | | | |
| BWC functions? | | ✓ ✓ | | | |
| CEW & CEW camera functions? | | ✓ ✓ | | | |
| Vehicle inspected and OK? | | ✓ | | | |

## End of shift

| | N/A | Yes | No | If no, sup. notified | Sup. initials |
|---|---|---|---|---|---|
| Vehicle inspected and OK? | | ✓ | | | |

Comments: ______

Vehicle # 19022 A# 19022 Starting Mileage 35309 Ending Mileage 35354 Total Miles 45

Officer #1 [signature] SIGNATURE Officer #2 [signature] SIGNATURE Supervisor [signature] SIGNATURE

Approved: ______
Disapproved: ______
Counseled: ______

CNO 3306

Form 31 Revised November 14, 2014