UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAYNE UPTON, individually and | * | CIVIL ACTION NO. 21-407 |
| on behalf of her minor daughter, G.H. | * | |
| | * | SECTION: "J" |
| VERSUS | * | JUDGE BARBIER |
| | * | |
| RODNEY VICKNAIR, et al | * | MAG. DIV. (4) |
| | * | MAGISTRATE JUDGE ROBY |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# MANUALLY ATTACHED

# EXHIBIT 7

Orleans Parish Communication

District records