UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and on behalf of her minor daughter, G.H.** | * * * | **CIVIL ACTION NO. 21-407** |
| | * | **SECTION: "J"** |
| **VERSUS** | * * | **JUDGE BARBIER** |
| **RODNEY VICKNAIR, et al** | * * * | **MAG. DIV. (4)** **MAGISTRATE JUDGE ROBY** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERGEANT KIMERA DUFEAL

Kimera Dufeal declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. The following statements are based on my personal knowledge and a review of New Orleans Police Department ("NOPD") records which were made and kept in the ordinary course of NOPD business.

2. I am a Sergeant employed by the NOPD in the First District Administration. My job duties include maintenance and keeping of all records of the NOPD's First District.

3. From May 2020 to September 25, 2020, NOPD officer Rodney Vicknair was assigned to the First District of NOPD.

4. The records contained in Exhibit 6 to the Response and Opposition of Defendants Shaun Ferguson and The City of New Orleans to Plaintiff's Motion for Partial Summary Judgment Against Defendant Rodney Vicknair are true and accurate copies of NOPD officers' Daily Activity Report, commonly referred to as "Trip Sheets," which are made and kept in the ordinary course of NOPD business.

5. The trip sheet for Rodney Vicknair for May 26, 2020 (Exhibit 6, CNO 737), indicates that Mr. Vicknair shared a vehicle on that day with another officer, Curtis Carkum. The


EXHIBIT 8

trip sheet shows that Mr. Vicknair and Officer Carkum responded to a call at ▆▆▆▆ St. from 3:54 and 4:20 p.m. on May 26, 2020.

6. The trip sheet for Michelangelo Carroll for May 26, 2020 (Exhibit 6, CNO 737), indicates that Officer Carroll responded to a call at 860 Olga St. between the times of 3:57 and 4:32 p.m. on May 26, 2020.

7. The trip sheet for Mr. Vicknair on September 23, 2020, shows that he shared a vehicle on that day with another officer, Casey Riley. The trip sheet for that day shows that Mr. Vicknair was at or near the intersection of Olga St. and Dumaine street from 5:32 to 5:53 p.m. In addition, the trip sheet for that day shows that Mr. Vicknair went off duty at or near 11:00 p.m.

8. There are no records of the NOPD that indicate that Mr. Vicknair conducted any NOPD business or that NOPD had any knowledge of Mr. Vicknair's activities after he completed his shift at 11:00 p.m. on September 23, 2020.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed at New Orleans, Louisiana, this ____ day of June, 2023.

*[signature]*
Sergeant Kimera Dufeal
New Orleans Police Department