CLOSED,SINGLE

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
### CRIMINAL DOCKET FOR CASE #: 2:22-cr-00212-LMA-MBN-1

Case title: USA v. Vicknair

Date Filed: 09/22/2022

Date Terminated: 03/14/2023

Assigned to: Judge Lance M Africk
Referred to: Magistrate Judge Michael North

**Defendant (1)**

**Rodney Vicknair**
*TERMINATED: 03/14/2023*

represented by **Townsend M. Myers**
Townsend M. Myers, APLC
4907 Magazine St
New Orleans, LA 70115
504-237-5245
Fax: 866-460-1057
Email: townsend@nolacriminallaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:242 DEPRIVATION OF RIGHTS
UNDER COLOR OF LAW
(1)

**Disposition**

Sentencing held 03/14/2023

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**



**USA**
                                         represented by **Tracey N. Knight**
U. S. Attorney's Office (New Orleans)
650 Poydras St.
Suite 1600
New Orleans, LA 70130
504-680-3000
Email: tracey.knight@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Fara Gold**
DOJ-Crt
950 Pennsylvania Ave NW
4CON-7th Floor
Washington, DC 20530
202-305-1896
Email: fara.gold@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2022 | 1 | INFORMATION (Felony) as to Rodney Vicknair (1) count(s) 1. (Attachments: # 1 Criminal Defendant Information Sheet, # 2 Criminal Magistrate Case Sheet) (ko) (Entered: 09/22/2022) |
| 09/22/2022 | 2 | EXPARTE/CONSENT MOTION for Issuance of Summons by USA as to Rodney Vicknair. Motion(s) referred to Duty Magistrate. (ko) (Entered: 09/22/2022) |
| 09/22/2022 | 3 | ORDER granting 2 Motion for Issuance of Summons as to Rodney Vicknair (1). Initial Appearance and Arraignment set for 10/7/2022 10:00 AM before Duty Magistrate. Signed by Magistrate Judge Karen Wells Roby on 09/22/2022. (ko) (Entered: 09/22/2022) |
| 09/24/2022 | 5 | NOTICE *of Appearance of Additional Counsel for the United States* by USA as to Rodney Vicknair (Gold, Fara) (Entered: 09/24/2022) |
| 09/28/2022 | 6 | NOTICE OF HEARING as to Rodney Vicknair. Initial Appearance and Arraignment set for 10/7/2022 10:00 AM before Duty Magistrate.(ko) (Entered: 09/29/2022) |
| 10/05/2022 | 7 | PRETRIAL BAIL REPORT as to Rodney Vicknair. NOTE: The attached document will only be accessible to the criminal duty judge, the government attorney and the attorney for the applicable defendant for bail determination proceedings. After the proceedings are completed, only Probation will have access. (Robert, Cheryl) (Entered: 10/05/2022) |
| 10/07/2022 | 8 | Minute Entry for proceedings held before Magistrate Judge Janis van Meerveld: Initial Appearance as to Rodney Vicknair held on 10/7/2022. Appearance entered by Townsend M. Myers for Rodney Vicknair. Defendant released. (Court Reporter Criminal Magistrate Clerk.) (ko) (Entered: 10/07/2022) |
| 10/07/2022 | 9 | Minute Entry for proceedings held before Magistrate Judge Janis van Meerveld: Arraignment as to Rodney Vicknair (1) Count 1 held on 10/7/2022. Defendant released. Pretrial Conference set for 11/16/2022 04:00 PM before Judge Lance M Africk. Jury Trial set for 12/12/2022 08:30 AM before Judge Lance M Africk. (Court Reporter Criminal Magistrate Clerk.) (ko) (Entered: 10/07/2022) |
| 10/07/2022 | 10 | WAIVER OF INDICTMENT by Rodney Vicknair (ko) (Entered: 10/07/2022) |

| 10/07/2022 | 11 | ORDER PURSUANT TO THE DUE PROCESS PROTECTIONS ACT as to Rodney Vicknair. Signed by Magistrate Judge Janis van Meerveld on 10/07/2022. (ko) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 12 | Unsecured Bond Set & Executed as to Rodney Vicknair in amount of $ 10,000.00. Defendant released. (ko) (Entered: 10/07/2022) |
| 10/07/2022 | 13 | ORDER Setting Conditions of Release. Signed by Magistrate Judge Janis van Meerveld on 10/07/2022. (ko) (Entered: 10/07/2022) |
| 10/14/2022 | 14 | NOTICE OF HEARING as to Rodney Vicknair. Jury Trial set for 12/12/2022 08:30 AM before Judge Lance M Africk. Pretrial Conference set for 11/16/2022 04:00 PM before Judge Lance M Africk. (ko) (Entered: 10/14/2022) |
| 10/18/2022 | 15 | NOTICE OF HEARING as to Rodney Vicknair. Change of Plea Hearing set for 11/2/2022 02:00 PM before Judge Lance M Africk. (ko) (Entered: 10/18/2022) |
| 10/20/2022 | 16 | EXPARTE/CONSENT MOTION to Modify Conditions of Release by Rodney Vicknair. Motion referred to Duty Magistrate. (Attachments: # 1 Proposed Order)(Myers, Townsend) Modified on 10/20/2022 (ko). (Entered: 10/20/2022) |
| 10/21/2022 | 17 | ORDER granting 16 Motion to Modify Conditions of Release as to Rodney Vicknair (1). ORDERED that the conditions of the defendants release be temporarily modified to allow him to participate in the sleep study as ordered by his doctors from 10/27/2022, overnight and until 10/28/2022. All other conditions of the defendants release are to remain the same. Signed by Magistrate Judge Janis van Meerveld on 10/21/2022. (caa) (Entered: 10/21/2022) |
| 10/27/2022 | 18 | RELEASE STATUS REPORT PLEA as to Rodney Vicknair. NOTE: This document will only be accessible to the District Judge. It may be shared with the U.S. Attorney's Office and defense counsel but should not leave the courtroom. Other defendants in this case and the general public will NOT be able to view this document. Any attachments will only be accessible to the District Judge. (Attachments: # 1 Bond Report)(Robert, Cheryl) (Entered: 10/27/2022) |
| 10/27/2022 | 19 | Minute Entry for proceedings held before Judge Lance M Africk: Telephone Conference as to Rodney Vicknair held on 10/27/2022. ORDERED that the parties will provide a revised factual basis to the Court by 10/31/2022. (ko) (Entered: 10/27/2022) |
| 11/01/2022 | 20 | EXPARTE/CONSENT MOTION to Continue *Rearraignment* by USA as to Rodney Vicknair. (Attachments: # 1 Proposed Order)(Knight, Tracey) (Entered: 11/01/2022) |
| 11/01/2022 | 21 | ORDER granting 20 Motion to Continue as to Rodney Vicknair (1); Rearraignment CONTINUED for 11/16/2022 02:00 PM before Judge Lance M Africk. Signed by Judge Lance M Africk on 11/1/2022. (blg) (Entered: 11/01/2022) |
| 11/01/2022 | 22 | RE-NOTICE OF HEARING as to Rodney Vicknair. Rearraignment RESET for 11/16/2022 02:00 PM before Judge Lance M Africk. (blg) (Entered: 11/01/2022) |
| 11/16/2022 | 23 | Minute Entry for proceedings held before Judge Lance M Africk: Rearraignment for Rodney Vicknair (1) Count 1 held on 11/16/2022. Sentencing set for 3/8/2023 02:00 PM before Judge Lance M Africk. (Court Reporter Karen Ibos.) (blg) (Entered: 11/16/2022) |
| 11/16/2022 | 24 | PLEA AGREEMENT by USA as to Rodney Vicknair. (blg) (Additional attachment(s) added on 11/16/2022: # 1 SEALED - Attachment A) (blg). (Entered: 11/16/2022) |
| 11/16/2022 | 25 | Factual Basis by USA as to Rodney Vicknair. (blg) (Entered: 11/16/2022) |

| 11/16/2022 | 26 | NOTICE OF HEARING as to Rodney Vicknair. Sentencing set for 3/8/2023 02:00 PM before Judge Lance M Africk. (blg) (Entered: 11/16/2022) |
| --- | --- | --- |
| 12/15/2022 | 27 | EXPARTE/CONSENT MOTION to Modify Conditions of Release by Rodney Vicknair. Motion(s) referred to Duty Magistrate. (Attachments: # 1 Proposed Order)(Myers, Townsend) Modified on 12/16/2022 (ko). (NEF: Crim Mag) (Entered: 12/15/2022) |
| 12/16/2022 | 28 | ORDER granting 27 Motion to Modify Conditions of Release as to Rodney Vicknair (1). Signed by Magistrate Judge Janis van Meerveld on 12/16/2022. (caa) (Entered: 12/16/2022) |
| 02/01/2023 | 29 | DRAFT PRESENTENCE INVESTIGATION REPORT as to Rodney Vicknair. NOTE: This document will only be accessible to the government attorney and the attorney for the applicable defendant. The judge in this case, other defendants and the general public will NOT be able to view this draft document. Parties should submit objections not more than 14 days after the initial disclosure of the presentencing report. (Brasset, Marilyn) (Entered: 02/01/2023) |
| 02/15/2023 | 30 | OBJECTION to 29 Presentence Investigation Report - Draft, by USA as to Rodney Vicknair . NOTE: This document will only be accessible to the District Judge. After Quality Control by Probation, the document will be accessible to the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. (Knight, Tracey) (Entered: 02/15/2023) |
| 02/22/2023 | 31 | OBJECTION to 29 Presentence Investigation Report - Draft, by Rodney Vicknair . NOTE: This document will only be accessible to the District Judge. After Quality Control by Probation, the document will be accessible to the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. (Myers, Townsend) (Entered: 02/22/2023) |
| 03/01/2023 | 32 | EXPARTE/CONSENT MOTION to Seal Document *Sentencing-Related Pleading* by USA as to Rodney Vicknair. (Attachments: # 1 Proposed Order)(Knight, Tracey) (Entered: 03/01/2023) |
| 03/01/2023 | 33 | FINAL PRESENTENCE INVESTIGATION REPORT as to Rodney Vicknair. NOTE: This document will only be accessible to the District Judge, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. (Brasset, Marilyn) (Entered: 03/01/2023) |
| 03/01/2023 | 34 | SENTENCING RECOMMENDATION as to Rodney Vicknair. NOTE: This document will only be accessible to the District Judge. (Attachments: # 1 Surrender Order)(Brasset, Marilyn) (Entered: 03/01/2023) |
| 03/02/2023 | 35 | ORDER as to Rodney Vicknair. ORDERED that, no later than 03/03/2023, at 5 p.m., both the government and the defendant shall file a supplemental memorandum addressing what base offense level applies, including whether U.S.S.G. 2A4.1 is applicable. Signed by Judge Lance M Africk on 03/01/2023. (ko) (Entered: 03/02/2023) |
| 03/02/2023 | 36 | ORDER granting 32 Motion to File Sentencing-Related Pleading Under Seal as to Rodney Vicknair (1). Signed by Judge Lance M Africk on 03/02/2023. (Copies to T. Myers, T. Knight, USP) (ko) (Entered: 03/02/2023) |
| 03/03/2023 | 38 | RELEASE STATUS REPORT SENTENCING as to Rodney Vicknair. NOTE: This document will only be accessible to the District Judge. It may be shared with the U.S. Attorney's Office and defense counsel but should not leave the courtroom. Other defendants in this case and the general public will NOT be able to view this document. Any attachments will only be accessible to the District Judge. (Robert, Cheryl) (Entered: 03/03/2023) |

| 03/03/2023 | 39 | MEMORANDUM by Rodney Vicknair to 35 Order, (Myers, Townsend) (Entered: 03/03/2023) |
|---|---|---|
| 03/03/2023 | 40 | MEMORANDUM by USA as to Rodney Vicknair to 35 Order, (Knight, Tracey) (Entered: 03/03/2023) |
| 03/06/2023 | 41 | ORDER AND REASONS as to Rodney Vicknair: ORDERED that Vicknair's objection to the presentence report is OVERRULED. FURTHER ORDERED that the government's objection to the presentence report, as articulated in its supplemental memorandum, are SUSTAINED. Vicknair's base offense level should be 43. Signed by Judge Lance M Africk on 3/6/2023. (blg) (Entered: 03/06/2023) |
| 03/08/2023 | 42 | Minute Entry for proceedings held before Judge Lance M Africk: Sentencing as to Rodney Vicknair held on 3/8/2023. ORDERED that the plea agreement, pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) is REJECTED for reasons stated on the record. FURTHER ORDERED that this matter is continued to 3/14/2023 at 8:30 a.m. so the defendant may advise the Court how he wishes to proceed. FURTHER ORDERED that the defendant's conditions of release be modified as stated herein. (Court Reporter Toni Tusa.) (blg) (Entered: 03/08/2023) |
| 03/08/2023 | 43 | NOTICE OF HEARING as to Rodney Vicknair. Sentencing set for 3/14/2023 08:30 AM before Judge Lance M Africk. (ko) (Entered: 03/09/2023) |
| 03/10/2023 | 44 | Minute Entry for proceedings held before Judge Lance M Africk: Status Conference as to Rodney Vicknair held on 3/10/2023. (blg) (Entered: 03/10/2023) |
| 03/14/2023 | 45 | Minute Entry for proceedings held before Judge Lance M Africk: Sentencing held on 3/14/2023 for Rodney Vicknair (1). Count(s) 1, Sentencing held 03/14/2023. ORDERED that the defendant's conditions of release of home incarceration be modified, as set forth herein. (Court Reporter Nichelle Wheeler.) (ko) (Entered: 03/14/2023) |
| 03/14/2023 | 46 | PLEA AGREEMENT by USA as to Rodney Vicknair (ko) (Additional attachment(s) added on 3/14/2023: # 1 SEALED Attachment A) (ko). (Entered: 03/14/2023) |
| 03/14/2023 | 47 | ORDER TO SURRENDER as to Rodney Vicknair on or before 12:00 p.m. (noon) on 05/15/2023. Signed by Judge Lance M Africk on 03/14/2023. (ko) (ccUSA, USM, 2ccUSP) (Entered: 03/14/2023) |
| 03/14/2023 | 48 | JUDGMENT as to Rodney Vicknair (1). Count(s) 1, Sentencing held 03/14/2023. Signed by Judge Lance M Africk on 03/14/2023. (ko) (Entered: 03/14/2023) |
| 03/14/2023 | 49 | Statement of Reasons for sentencing as to Rodney Vicknair. NOTE: This document will be accessible only to the District Judge, the government attorney, the attorney for the applicable defendant, the U.S. Probation Office and the U.S. attorney's financial litigation unit. Other defendants in the case and the general public will NOT be able to view this document. (blg) (Entered: 03/14/2023) |
| 03/14/2023 | 50 | NOTICE OF HEARING as to Rodney Vicknair. Restitution Hearing set for 5/3/2023 02:00 PM before Judge Lance M Africk. (ko) (Entered: 03/14/2023) |
| 04/11/2023 | 51 | EXPARTE/CONSENT MOTION to Modify Conditions of Release *and Home Incarceration* by Rodney Vicknair. (Attachments: # 1 Proposed Order)(Myers, Townsend) (Entered: 04/11/2023) |
| 04/12/2023 | 52 | ORDER granting 51 Motion to Modify Conditions of Release as to Rodney Vicknair (1) as set forth herein. Signed by Judge Lance M Africk on 04/12/2023. (Copy to USP) (go) (Entered: 04/12/2023) |

| 04/24/2023 | 53 | TRANSCRIPT of Sentencing Hearing as to Rodney Vicknair held on March 14, 2023 before Judge Lance M. Africk. Court Reporter/Recorder Nichelle Wheeler, Telephone number 504-589-7775. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/24/2023. (Wheeler, Nichelle) (Entered: 04/24/2023) |
|---|---|---|
| 05/02/2023 | 54 | EXPARTE/CONSENT MOTION to Cancel Restitution Hearing by USA as to Rodney Vicknair. (Attachments: # 1 Proposed Order)(Knight, Tracey) (Entered: 05/02/2023) |
| 05/02/2023 | 55 | ORDER granting 54 Motion to cancel the restitution hearing as to Rodney Vicknair (1). Signed by Judge Lance M Africk on 5/2/2023. (blg) (Entered: 05/02/2023) |
| 05/10/2023 | 56 | EXPARTE/CONSENT MOTION Continue Self-Surrender Date re 47 Order to Surrender by Rodney Vicknair. (Attachments: # 1 Proposed Order)(Myers, Townsend) (Entered: 05/10/2023) |
| 05/11/2023 | 57 | ORDER granting 56 Motion to Extend Surrender Date as to Rodney Vicknair (1). FURTHER ORDERED that the defendant is ordered to surrender to the designated institution on or before 07/17/2023 at noon. Signed by Judge Lance M Africk on 05/11/2023. (3ccUSM) (ko) (Entered: 05/11/2023) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/02/2023 10:42:42 | | |
| PACER Login: | jmroquemore | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:22-cr-00212-LMA-MBN |
| Billable Pages: | 6 | Cost: | 0.60 |