FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2022 SEP 22 AM 11: 18

CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# FELONY

## BILL OF INFORMATION FOR DEPRIVATION
## OF RIGHTS UNDER COLOR OF LAW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **22-212** |
| v. | * | SECTION: **SECT. I MAG. 5** |
| RODNEY VICKNAIR | * | VIOLATION:  18 U.S.C. § 242 |

\*     \*     \*

The United States Attorney charges that:

### COUNT 1

On or about September 23, 2020, in the Eastern District of Louisiana, the defendant,

**RODNEY VICKNAIR**, while acting under color of law as an officer with the New Orleans Police

Department, willfully deprived V1 of her right to bodily integrity, a right secured and protected by

the Constitution and laws of the United States, when he touched V1's genitalia without her consent

X Fee  USA

___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____

**EXHIBIT**

10

tabbies'

and without a legitimate law enforcement purpose. The defendant's conduct included

kidnapping; all in violation of Title 18, United States Code, Section 242.

DUANE A. EVANS
UNITED STATES ATTORNEY


TRACEY N. KNIGHT
Assistant United States Attorney
Louisiana Bar Roll Number 23165

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL


FARA GOLD
Special Litigation Counsel
U.S. Department Of Justice/Criminal Section
Civil Rights Division


New Orleans, Louisiana
September 22, 2022

2

No. _____

## United States District Court
### FOR THE

EASTERN _____ DISTRICT OF ___ LOUISIANA ___

UNITED STATES OF AMERICA

*vs.*

RODNEY VICKNAIR

BILL OF INFORMATION FOR DEPRIVATION
OF RIGHTS UNDER COLOR OF LAW

Violation(s):      18 U.S.C. § 242

*Filed* _____, 20 **22** _____

_____, *Clerk.*

*By* _____, *Deputy*

_____
TRACEY N. KNIGHT

*Assistant United States Attorney*