UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO FILE EXHIBITS UNDER SEAL BY
## DEFENDANTS SHAUN FERGUSON AND THE CITY OF NEW ORLEANS

Defendants, Shaun Ferguson and the City of New Orleans (the "City Defendants"), pursuant to Eastern District Local Rule 5.6, move to file under seal certain exhibits in support of their response and opposition to Plaintiff's Motion for Partial Summary Judgment Against Defendant Rodney Vicknair ("City Defendants' Response to Plaintiff's Motion for Summary Judgment") (Doc. 97). The City Defendants show the following:

1.  This lawsuit alleges that co-defendant, Rodney Vicknair, committed one or more sexual assaults and/or rapes against G.H., a minor.

2.  The following exhibits, which City Defendants are filing in connection to their response and opposition to Plaintiff's Motion for Partial Summary Judgment Against Defendant Rodney Vicknair ("City Defendant's Response"), contain confidential identifying information about G.H.:

EXHIBIT 1 – Video of Forensic Interview of G.H. taken at the Children's Hospital Child Advocacy Center on September 25, 2020;

EXHIBIT 2 – Excerpts of transcript of deposition of Rodney Vicknair taken on June 9, 2021 (pp. 1-6, 11-12, 15-16, 28-33, 64-68, and 115-116, unredacted);

1

EXHIBIT 5 – New Orleans Police Department ("NOPD") report of Incident E-32154-20 (CNO 377-380);

EXHIBIT 6 – Selected NOPD records of activity of officers recorded on "Trip Sheets" (CNO 735-738, 3305-3306, unredacted);

EXHIBIT 7 – Records of Orleans Parish Communication District regarding calls to NOPD for service at G.H.'s residence (CNO 3391-3411); and

EXHIBIT 8 – Affidavit of Sgt. Kimera Dufeal (unredacted).

3. "Judicial records are public records. And public records, by definition, presume public access." *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 416 (5th Cir. 2021). However, it is recognized in the Eastern District of Louisiana that the interest in protecting information related to a minor child outweighs the interest in access to judicial records. See *Hudak v. Hartford Accident and Indemnity Company*, 2021 WL 3666160. *2 (E.D. La., 8/18/2021) (citing *Jessup v. Luther*, 277 F.3d 926, 928 (7th Cir. 2002).

4. In addition, by statute, Louisiana protects the confidentiality of child-victims pursuant to the "Safe Harbor for Sexually Exploited Children Act." La. Children's Code art. 725.6. Under this law, records of juvenile victims of sexual exploitation must be kept confidential. *Id*.

5. The City Defendants have narrowly tailored their request to seal by publicly filing redacted versions of exhibits where feasible. Redacted versions of Exhibits 2, 6 and 8 are electronically filed as attachments to the City's Response to Plaintiff's Motion for Summary Judgment.

6. Sealing of the said exhibits is necessary to protect the privacy and confidentiality of G.H. with respect to the alleged sexual crimes against her.

7.       The duration of the requested order to seal would be until such time as G.H. consents to disclosure of said documents.

8.       As of the time of the filing of this motion, counsel for the City Defendants has not received communications as to whether the other parties consent to the relief requested.

WHEREFORE, the City Defendants request the Court to grant its motion to file Exhibits 2, 5, 6, 7 and 8, under seal.

Respectfully submitted,

/s/ *James M. Roquemore*_____
JAMES M. ROQUEMORE (LSB #40035)
Deputy City p
RENEE E. GOUDEAU (LSB #33157)
Deputy City Attorney
DONESIA D. TURNER (LSB #23338)
City Attorney
1300 Perdido Street
City Hall – Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Fax: (504) 658-9868
james.roquemore@nola.gov
regoudeau@nola.gov
donesia.turner@nola.gov
*Attorneys for Defendants, City of New Orleans and Shaun Ferguson, Superintendent of the New Orleans Police Department*