## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion to File Exhibits Under Seal by Defendants Shaun Ferguson and the City of New Orleans, it is **ORDERED** that the Motion is **GRANTED**.

The documents that shall be sealed are the following exhibits submitted by Shaun Ferguson and the City of New Orleans in support of their Response and Opposition of Defendants Shaun Ferguson and the City of New Orleans to Plaintiff's Motion for Partial Summary Judgment Against Defendant Rodney Vicknair (Doc. 97):

EXHIBIT 1 – Video of Forensic Interview of G.H. taken at the Children's Hospital Child Advocacy Center on September 25, 2020;

EXHIBIT 2 – Excerpts of transcript of deposition of Rodney Vicknair taken on June 9, 2021 (pp. 1-6, 11-12, 15-16, 28-33, 64-68, and 115-116, unredacted);

EXHIBIT 5 – New Orleans Police Department ("NOPD") report of Incident E-32154-20 (CNO 377-380);

EXHIBIT 6 – Selected NOPD records of activity of officers recorded on "Trip Sheets" (CNO 735-738, 3305-3306, unredacted);

EXHIBIT 7 – Records of Orleans Parish Communication District regarding calls to NOPD for service at G.H.'s residence (CNO 3391-3411)

EXHIBIT 8 – Affidavit of Sgt. Kimera Dufeal (unredacted).

Sealing of these exhibits is necessary to protect the privacy and confidentiality of G.H. with respect to allegations and investigation of sexual crimes against her.

"Judicial records are public records. And public records, by definition, presume public access." *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 416 (5th Cir. 2021). However, it is recognized in the Eastern District of Louisiana that the interest in protecting information related to a minor child outweighs the interest in access to judicial records. See *Hudak v. Hartford Accident and Indemnity Company*, 2021 WL 3666160. *2 (E.D. La., 8/18/2021) (citing *Jessup v. Luther*, 277 F.3d 926, 928 (7th Cir. 2002). In addition, by statute, Louisiana protects the confidentiality of child-victims pursuant to the "Safe Harbor for Sexually Exploited Children Act." La. Children's Code art. 725.6. Under this law, records of juvenile victims of sexual exploitation must be kept confidential. *Id*.

The documents subject to this order shall remain under seal until such time as G.H. consents to the unsealing of the documents.

NEW ORLEANS, LOUISIANA, this_____day of_____, 2023.

_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT JUDGE