UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>   Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>   Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

## CONSENT MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(c) of the Federal Rules of Civil Procedure moves this Court for an order substituting G.H.[1] for her mother, Rayne Upton.

1. Rayne Upton filed this lawsuit on behalf of her minor child, G.H., against Defendants on February 24, 2021.

2. Last month, G.H. reached the age of majority.

3. G.H. is a proper party to substitute for Plaintiff Rayne Upton pursuant to Fed. R. Civ. Proc. 25(c): "If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute the party plaintiff in this action.

---

[1] We request that this Court allow G.H. to continue to proceed under her initials to preserve her anonymity. *See e.g.*, *Doe v. Stegall*, 653 F.2d 180 (5th Cir. 1981).

1

2

Respectfully Submitted:

| **MOST & ASSOCIATES** | **THE HITE LAW GROUP** |

*/s/ Hope A. Phelps*
**HOPE PHELPS (La. Bar No. 37259)**      **NICHOLAS HITE (La. Bar No. 34305)**
**WILLIAM MOST (La. Bar No. 36914)**      701 Loyola Ave., #403
201 St. Charles Ave., Ste. 114, # 101      New Orleans, LA 70113
New Orleans, LA 70170      Tel: 504.252.0678
Tel: 504.256.4615      Email: nicholas@hitelawgroup.com
Email: hopeaphelps@outlook.com

*Counsel for Plaintiff*

2