UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.,<br><br>        Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>        Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

## ORDER

After consideration of Plaintiff's *Consent Motion to Substitute Party Plaintiff*, and the reason for filing, the Motion is GRANTED.

It is therefore ORDERED THAT: Plaintiff G.H., having reached the age of majority, is substituted for her mother, Plaintiff Rayne Upton, in the above-captioned case.

New Orleans, Louisiana this \_\_\_\_ day of _____, 2023

_____
U.S. DISTRICT COURT JUDGE