**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

———————————————————————— )
RAYNE UPTON, individually and ) 
on behalf of her minor daughter, G.H. )
 )
                Plaintiff, )          Docket No. 2:21-cv-407
    v. )
 )          JUDGE: CARL BARBIER
RODNEY VICKNAIR, SHAUN FERGUSON, )
THE CITY OF NEW ORLEANS; DOE )
DISTRICT COMMANDER; DOES 1 to 10; )          MAGISTRATE: KAREN
and XYZ INSURANCE COMPANIES 1 to 10, )          WELLS ROBY
 )
              Defendants. )
———————————————————————— )

## ORDER

After consideration of Plaintiff's *Motion for Leave to File a Reply Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment Against Defendant Rodney Vicknair*, and the reason for filing, the Motion is GRANTED.

Plaintiff's proposed Reply and attached Exhibits shall be filed into the record.

New Orleans, Louisiana this ____ day of _____, 2023

_____
U.S. DISTRICT COURT JUDGE