## Disciplinary Recommendations

### Senior Police Officer Rodney Vicknair

**Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:43.1- Relative to Sexual Battery**.................................................................................................................**R.U.I. SUSTAINED.**
*Sexual battery is the intentional touching of the anus or genitals of the victim by the offender using any instrumentality or any part of the body of the offender.*
Sergeant Lawrence Jones investigation proved that beyond a preponderance of evidence Officer Rodney Vicknair violated this rule when he placed his fingers into the Vagina of a 15-year-old girl.

**Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:81 Relative to Indecent Behavior with Juveniles**...................................................................................................**R.U.I. SUSTAINED.**
*Any lewd or lascivious act upon the person or in the presence of any child under the age of seventeen, where there is an age difference of greater than two years between the two persons.*
Sergeant Lawrence Jones investigation proved that beyond a preponderance of evidence Officer Rodney Vicknair violated this rule when Officer Rodney Vicknair a 53-year-old man performed a lewd and lascivious act when he touched the 15-year-old victim on the breast and placed his fingers inside of her Vagina.

**Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:134 Relative to Malfeasance in Office**.............................................................................................................**R.U.I. SUSTAINED.**
*Intentionally refuse or fail to perform any duty lawfully required of him, as such officer or employee; or Intentionally perform any such duty in an unlawful manner.*
Sergeant Lawrence Jones investigation proved that beyond a preponderance of evidence Officer Rodney Vicknair violated this rule when Officer Rodney Vicknair used his position as a public employee to befriend a 15-year-old victim after transporting her to Children's Hospital to have a sexual assault kit completed. Officer Vicknair also failed to perform his lawfully required duty as a New Orleans Police Officer when later sexually assaulted the victim, by placing his fingers in her vagina.

Senior Police Officer Rodney Vicknair may have also violated Rule IV of the Civil Service Rules for the City of New Orleans, Relative to Maintaining Standards of Service.

Respectfully Submitted,

Sergeant Lawrence Jones
Public Integrity Bureau

Investigating Officer's Initials: _____

2020-0484-P

Page 18 of 19

(CONCUR) / DOES NOT CONCUR

_____ 2-19-21
Lieutenant Darryl Watson
Public Integrity Bureau
Criminal Investigations Section - Supervisor

(CONCUR) / ~~DOES NOT CONCUR~~

_____ 3-8-21
Captain Sabrina E. Richardson
Public Integrity Bureau

(CONCUR) / DOES NOT CONCUR

_____ 3-11-21
Deputy Chief Arlinda P. Westbrook
Public Integrity Bureau

(CONCUR) / DOES NOT CONCUR

_____ 3-11-21
Shaun D. Ferguson
Superintendent of Police

Investigating Officer's Initials: _____ A/