## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

_____

RAYNE UPTON, individually and      )
on behalf of her minor daughter, G.H.      )
     )
              Plaintiff,      )          Docket No. 2:21-cv-407
     v.      )
     )          JUDGE: CARL BARBIER
RODNEY VICKNAIR, SHAUN FERGUSON,      )
THE CITY OF NEW ORLEANS; DOE      )
DISTRICT COMMANDER; DOES 1 to 10;      )          MAGISTRATE: KAREN
and XYZ INSURANCE COMPANIES 1 to 10,      )          WELLS ROBY
     )
              Defendants.      )
_____ )

## ORDER

After consideration of Plaintiff's *Motion for Leave to File a Reply Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment Against Defendant Rodney Vicknair* **(Rec. Doc. 102)**, and the reason for filing, the Motion is **GRANTED**.

Plaintiff's proposed Reply and attached Exhibits shall be filed into the record.

New Orleans, Louisiana this 13th day of July, 2023

_____
CARL J. BARBIER
U.S. DISTRICT COURT JUDGE