MINUTE ENTRY
ROBY, M.J.
November 16, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYNE UPTON, individually and on behalf of her minor daughter, G.H.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   21-407** |
| **RODNEY VICKNAIR, et al.** | **SECTION: "J" (4)** |

### JUDGE KAREN WELLS ROBY, PRESIDING

| | |
|---|---|
| LAW CLERK: | Erin M. Wright |
| COURT REPORTER/RECORDER: | Phone call into deposition; court reporter present; tape recorder |
| Appearances: | **Hope A. Phelps**, for Plaintiff. |
| | **James M. Roquemore**, for Defendant City of New Orleans. |

### MINUTE ENTRY & ORDER

On November 15, 2023, Plaintiff's counsel requested a discovery conference by phone to obtain guidance on whether her 18-year-old client would be questioned about her alleged romantic relationship with a non-party who is close in age to Officer Vicknair. Specifically, Plaintiff's counsel objected on the basis that the line of questioning is irrelevant and occurred when Plaintiff was 14 years old.

Defense counsel argued that the information is relevant because it occurred during the period of Plaintiff's alleged grooming by Officer Vicknair. According to Defense counsel, concerns about Officer Vicknair's grooming had been raised by Plaintiff, her mother, friends, and counselor. Defense counsel further stated that the non-party had not been investigated and no charges had been brought against him.

Defense counsel also argued that the alleged relationship was relevant to Plaintiff's credibility because of her inconsistent statements and attempt to conceal the relationship. Defense counsel contended that the information is relevant because it goes to causation and damages. Therefore, Plaintiff was ordered to respond to the line of questioning.

Accordingly,

**IT IS ORDERED** that Plaintiff's objection is **OVERRULED** .The Court found that the subject matter was relevant to causation and damages.

New Orleans, Louisiana, this 16th day of November 2023.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 00:07