UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**PLAINTIFF'S WITNESS AND EXHIBIT LIST**

This Court ordered the parties to "file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than December 26, 2023" R. Doc. 84 at p. 1. Given that discovery is ongoing,

**I. Exhibits**

| Number | Description |
|---|---|
| 1 | **File of the Department of Justice in connection with the investigation** |
| 2 | **FBI Response to Privacy Act Protective Order** |
| 3 | **FBI Production in Response to Privacy Act Protective Order** |
| 4 | **NOPD Operations Manual** |
| 5 | **CNO 0001-0281** |
| 6 | **CNO 282-3390** |
| 7 | **CNO 3391-3411** |
| 8 | **CNO 3567-4080** |
| 9 | **CNO 3887-4080** |
| 10 | **Video of Sept. 25, 2020 Forensic Interview of G.H.** |
| 11 | **Video of May 25, 2020 Forensic Interview of G.H.** |
| 12 | **E-32154-20 dispatch.mp3** |
| 13 | **E-32154-20.mp3** |

| 14 | 860_Olga-2 Vicknair Exhibit H.mp4 |
|---|---|
| 15 | 2020-0484-P Exhibit E.pdf (Photo of Defendant Vicknair with G.H.) |
| 16 | 2020-0484-P Exhibits.pdf |
| 17 | 2020-0484-P Initial Complaint.pdf |
| 18 | 2020-0484-P Notice of Disposition.pdf |
| 19 | 2020-0484-P Signed Investigation.pdf |
| 20 | Investigation file on E-32154-20 (5-25-20 Assault |
| 21 | (Exhibit D) Reign ▓▓▓ Interview.WMA |
| 22 | (Exhibit F) Video provided by ▓▓▓.mp4 |
| 23 | (Exhibit J) Control Call.WMA |
| 24 | 860_OLGA_STREET-2.mp4 |
| 25 | 860_OLGA_STREET-3.mp4 |
| 26 | 860_OLGA_STREET.mp4 |
| 27 | 860_Olga-2 Vicknair Exhibit H.mp4 |
| 28 | 860_Olga-2.mp4 |
| 29 | 860_Olga.mp4 |
| 30 | Inked9-28-2020 Screenshot of Text from Susan re C 1_LI.jpg |
| 31 | OIPM Subpoena Responses |
| 32 | LAMPERS Response to Subpoena |
| 33 | Children's Hospital Medical Records, CH0001-2368 |
| 34 | Children's Bureau Treatment Records |
| 35 | Correspondence with Public Integrity Bureau |
| 36 | Responses to Public Records Requests |
| 37 | Text messages to and from Rodney Vicknair |
| 38 | Photographs of Rodney Vicknair in Plaintiff's Home |
| 39 | TikTok Videos made by G.H. |
| 40 | Instagram direct messages from Brei Wells to G.H. |
| 41 | Snapchat Threats to G.H. |
| 42 | Photo of Defendant Vicknair in Plaintiff's home holding puppy |
| 43 | Text messages with Defendant Vicknair from Rayne Upton's Phone |
| 44 | Exhibits to Complaint |
| 45 | Parish Court for Parish of Ascension Bill of Information charging Defendant Vicknair with simple battery on a juvenile |
| 46 | Production of officer info? |
| 47 | Rodney Vicknair Sentencing Hearing transcript for March 8, 2023 |
| 48 | Rodney Vicknair Sentencing Hearing transcript for March 14, 2023 |
| 49 | NOPD Personnel File of Defendant Rodney Vicknair |
| 50 | PIB Officer Complaint History Short Report for Defendant Rodney Vicknair |
| 51 | Expert Witness Report of Shannon Smith |
| 52 | NOPD BRADY LIST-GIGLIO LIST 4.26.2021 (2) |

| | |
|---|---|
| 53 | **Officer Profile of Defendant Vicknair** |
| 54 | **Tweets from NOPD Twitter Account re Profile of Defendant Vicknair** |
| 55 | **appendix_police-sexual-violence-in-new-orleans-2022.pdf** |
| 56 | **Police-Sexual-Violence-in-New-Orleans-2022_Umbrella-Coalition.pdf** |
| 57 | **PSV Complaints by Officer Names.pdf** |
| 58 | **Post-Sentencing Snapchat** |
| 59 | **G.H. Birth Certificate** |
| 60 | **Factual Basis for Conviction** |
| 61 | **March 8, 2023 Sentencing Transcript** |
| 62 | **March 14, 2023 Sentencing Transcript** |
| 63 | **Guilty Plea** |
| 64 | Transcripts of all depositions taken in this matter, and exhibits there-to |
| 65 | All discovery responses in this matter and documents produced in discovery |
| 66 | Any document listed or used as an exhibit by any other party. Any document needed for impeachment. |

**II. Witness List**

   A. <u>Plaintiff's Will-Call:</u>

      1) Plaintiff, G.H.
         a) Contact through undersigned counsel
         b) Testimony will cover her knowledge of the facts supporting her complaint.

      2) Defendant, Rodney Vicknair
         a) Contact through counsel Ted Alpaugh
         b) Testimony will cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

      3) Lt. Lawrence Jones
         a) Contact through City Attorney
         b) Testimony will cover witness's knowledge of the NOPD Public Integrity Bureau investigation of Defendant Rodney Vicknair, and NOPD policy, procedures, and practices.

   B. <u>Plaintiff's May-Call:</u>

      1) Det. Kimberly Wilson
         a) Contact through City Attorney
         b) Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

2) Officer Chris Carkum
   a) Contact through City Attorney
   b) Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

3) Officer Casey Riley
   a) Contact through City Attorney
   b) Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

4) Officer Michelangelo Carroll
   a) Contact through City Attorney
   b) Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

5) Cecile Tebo, LCSW
   a) Contact through City Attorney
   b) Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

6) Andrea Wright, LCSW-BACS
   a) W. Judge Perez Drive, Chalmette LA 70043
   b) Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

7) Maria Isabella "MIP" Pontoriero, MSW, MPH, LMSW
   a) 200 Henry Clay Avenue, New Orleans, LA 70118
   b) Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

8) Berre Burch, PhD
   a) 935 Calhoun Street, Ste 101, New Orleans, LA 70118
   b) Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

9) Shannon Smith
   a) 8241 Summa Ave. Suite A Baton Rouge, LA 70809
   b) Testimony may cover witness's expertise as a licensed clinical social worker.

10) Fara Gold
    a) 145 N St NE Fl 10. Washington, DC 20002-3393
    b) Testimony may cover witness's knowledge of FBI investigation, DOJ prosecution, and any and all facts supporting the causes of action in the complaint.

11) Tracey Knight
    a) 650 Poydras Street, Suite 1600, New Orleans, Louisiana 70130
    b) Testimony may cover witness's knowledge of FBI investigation, DOJ prosecution, and any and all facts supporting the causes of action in the complaint.

12) Kaitlyn Carey, FBI New Orleans Field Office Chief Division Counsel
    a) 2901 Leon C. Simon Boulevard
       New Orleans, LA 70126
    b) Testimony may cover witness's knowledge of FBI investigation, and any and all facts supporting the causes of action in the complaint.

13) Any person offered as a 30(b)(6) witness or deposed in this matter;

14) Any witness listed by any other party;

15) All witnesses referred to or identified in any party's responses to interrogatories or other written discovery;

16) Impeachment witness(es);

17) Any witness necessary to authenticate any document and/or exhibit offered into evidence;

18) Any witness identified in any discovery responses or documents produced or obtained in discovery;

19) Plaintiff reserves the right to supplement this list with reasonable notification to opposing counsel.

    Respectfully Submitted:

    **MOST & ASSOCIATES**

    */s/ Hope A. Phelps*
    **WILLIAM MOST (La. Bar No. 36914)**
    **HOPE PHELPS (La. Bar No. 37259)**
    201 St. Charles Ave., Ste. 2500, #9685
    New Orleans, LA 70170
    T: (504) 500-7974
    Email: hopeaphelps@outlook.com
    ***Counsel for Plaintiff, G.H***