**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WITNESS AND EXHIBIT LIST OF**
**DEFENDANTS SHAUN FERGUSON AND THE CITY OF NEW ORLEANS**

Defendants, Shaun Ferguson and the City of New Orleans (the "City Defendants"), file the following list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial pursuant to the Court's Order entered on March 29, 2023, at Doc. 84.

**I.    EXHIBITS**

| Number | Description |
|---|---|
| 1 | **CNO 1--281** |
| 2 | **CNO 282-3390** |
| 3 | **CNO 3391-3411** |
| 4 | **Body Worn Camera video - "860_Olga" - "5/26/2020, AXON BODY 2 X91350159," (13:12 min.)** |
| 5 | **Body Worn Camera video - "860_Olga_Street" - "5/26/2020, AXON BODY 2 X81315372," (8:52 min.)** |
| 6 | **OPCD records of dispatches to 860 Olga by NOPD from 5/26/2020 to 9/25/2020, CNO 3391-3411** |

| 7 | PIB Short Forms, CNO 3567 - 3743 |
|---|---|
| 8 | Vicknair background investigation, CNO 3887 - 4042 |
| 9 | Vicknair Employee Summaries, CNO 4043 - 4080 |
| 10 | Vicknair training records, CNO 0001 - 0024 |
| 11 | NOPD Operations Manual, Ch. 42.2, Rev. 05/27/2-18, CNO 0025 - 0088 |
| 12 | NOPD Operations Manual, Ch. 31.1 - Recruitment (Eff. 4/28/201), CNO 381 - 385 |
| 13 | NOPD Operations Manual - Policy 1000 - Recruitment - REPLACED on 4/28/201, CNO 386-388 |
| 14 | NOPD Operations Manual - Ch. 32.1 - Personnel Hiring Selection - Eff. 4/8/2018, CNO 389 - 390 |
| 15 | NOPD Operations Manual - Policy 1001 - PR1001 - Personnel Hiring Selection, REPLACED 4/8/2018, CNO 391 - 397 |
| 16 | NOPD Operations Manual - Policy 1002 - Evaluation of Employees - REPLACED 10/1/2017, CNO 398 -401 |
| 17 | NOPD Operations Manual - Ch. 33.1 - Training and Career Development - Eff. 6/18/2017, CNO 402 - 418 |
| 18 | NOPD Operations Manual - Policy 208 - PR208 - Training, REPLACED 6/18/2017, CNO 419 - 438 |
| 19 | NOPD Operations Manual - Ch. 33.4.3 - Field Training Program - Eff. 9/2/2018, CNO 439 - 445 |
| 20 | NOPD Operations Manual - Policy 436 - Field Training Program, REPLACED /2/2018, CNO 446 - 449 |

| 21 | **NOPD Operations Manual - Ch. 35.1.9 - INSIGHT, Eff. 3/18/2018, CNO 450 - 463** |
|---|---|
| 22 | **NOPD Operations Manual - Ch. 35.1.9 - INSIGHT, Eff.11/15/2019, CNO 464 - 477** |
| 23 | **NOPD Operations Manual - Ch. 42.2 - Sexual Assault - Eff. 5/27/2018, CNO 478 - 484** |
| 24 | **NOPD Operations Manual - Ch. 42.2 - Sexual Assault - Eff. 11/1/2015, CNO 485 - 490** |
| 25 | **NOPD Operations Manual - Ch. 42.2.1 - Misd. Sexaual Battery- Eff. 5/27/2018, CNO 491 - 493** |
| 26 | **NOPD Operations Manual - Ch. 42.19 - Child Abuse - Eff. 3/12/2017, CNO 494 - 501** |
| 27 | **NOPD Operations Manual - Policy 330 - PR330 - Child Abuse Reporting REPLACED 3/12/2017, CNO 502 - 510** |
| 28 | **NOPD Operations Manual - Ch. 44.1 - Child and Dependent Adult Safety, Eff. 4/2/2017, CNO 511 - 516** |
| 29 | **NOPD Operations Manual - Policy 380 - PR380 - Child and Dependent Adult Safety, REPLACED 4/2/2017, CNO 517 - 521** |
| 30 | **NOPD Operations Manual - Ch. 55.1 - Victim and Witness Assistance, Eff. 12/2016, CNO 522 - 531** |
| 31 | **NOPD Operations Manual -Policy 336 - PR336 - Victim and Witness Assistance, RE 12/18/2016, CNO 532 - 540** |

| 32 | NOPD Operations Manual - Ch. 82.3.6 - Criminal History Record Information , Eff.  7/6/2021, CNO 541-545 |
|----|----|
| 33 | NOPD Operations Manual - Ch. 82.3.6 - Criminal History Record Information , Eff.  12/17/2017, CNO 546 - 550 |
| 34 | Records from the Office of the Independent Police Monitor, CNO 552 - 562 |
| 35 | Vicknair's Training records - CNO 0001 - 0024 |
| 36 | Vicknair's HR records - CNO 111 - 280 |
| 37 | OPCD records - CNO 0282-0285 |
| 38 | NOPD - Daily Lineup and other records - 1st District, 2nd Platoon, CNO 286 - 342 |
| 39 | NOPD - Trip Sheets - 1st District, 2nd Platoon, CNO, CNO 693 - 3380 |
| 40 | Investigation file on E-32154-50 (5-25-2020 assault on a minor), CNO 343-380 |
| 41 | Initial Complaint - PIB 2020-0484-P, CNO 661-670 |
| 42 | Investigative Report - PIB 2020-0484-P, CNO 673-692 |
| 43 | Exhibits to Investigative Report - PIB 2020-0484-P, CNO 565-660 |
| 44 | Notice of Disposition, CNO 671-672 |
| 45 | Vicknair Resignation, CNO 3381 |
| 46 | Video of Sept. 25, 2020, Forensic Interview of G.H. |
| 47 | Video of May 25, 2020, Forensic Interview of G.H. |
| 48 | E-32154-20 dispatch. Mp3 |
| 49 | E-32154-20.mp3 |
| 50 | 860_Olga-2 Vicknair Exhibit H.mp4 |

| 51 | 2020-0484-P Exhibit E.pdf (Photo of Defendant Vicknair with G.H.) |
| --- | --- |
| 52 | 2020-0484-P Exhibits.pdf |
| 53 | 2020-0484-P Initial Complaint.pdf |
| 54 | 2020-0484-P Notice of Disposition.pdf |
| 55 | 2020-0484-P Signed Investigation.pdf |
| 56 | Investigation file on E-32154-20 (5-25-20 Assault |
| 57 | (Exhibit D) Reign … Interview.WMA |
| 58 | (Exhibit F) Video provided by .mp4 |
| 59 | (Exhibit J) Control Call.WMA |
| 60 | 860_OLGA_STREET-2.mp4 |
| 61 | 860_OLGA_STREET-3.mp4 |
| 62 | 860_OLGA_STREET.mp4 |
| 63 | 860_Olga-2 Vicknair Exhibit H.mp4 |
| 64 | 860_Olga-2.mp4 |
| 65 | 860_Olga.mp4 |
| 66 | Children's Hospital Medical Records, CH0001-2368 |
| 67 | Children's Bureau Treatment Records / Metanoia Records, CNO 3391 - 3437, 3438-3476, 3477-3514 |
| 68 | NOPD Personnel File of Defendant Rodney Vicknair |
| 69 | PIB Officer Complaint History Short Report for Defendant Rodney Vicknair |
| 70 | NOPD BRADY LIST-GIGLIO LIST 4.26.2021 (2) |
| 72 | Transcripts of all depositions taken in this matter, and exhibits there-to |

| | |
|---|---|
| **73** | **All discovery responses in this matter and documents produced in discovery** |
| **74** | **Any document listed or used as an exhibit by any other party. Any document needed for impeachment.** |
| **75** | **NOPD Consent Decree, USA v. City of New Orleans, 12-cv-1924 \| Eastern District of Louisiana \| United States District Court (uscourts.gov)** |
| **76** | **NOPD training materials provided to Vicknair and with respect to policies cited above.** |

## II. WITNESSES

A. City Defendants' Will-Call:

1. Capt. Precious Banks

    a. Contact through City Attorney;

    b. Testimony will relate to NOPD Public Integrity Bureau ("PIB") investigation of Defendant Rodney Vicknair ("Vicknair"), Vicknair's work history and NOPD discipline history, discipline history of other NOPD officers relevant to sexual assault and child abuse, and NOPD policy, procedures, and practices related to PIB and discipline of officers.

2. Capt. Bruce Haney

    a. Contact through City Attorney;

    b. Testimony will relate to Vicknair's training history with NOPD, Vicknair's appointment and history as a field training officer, NOPD's training of officers, including training relating to sexual assault, child abuse, crisis intervention,

community policing, and supervision and complaint reporting, and NOPD policy, procedures, and practices.

3. Capt. Lejon Roberts

   a. Contact through City Attorney;

   b. Testimony will relate to Vicknair's employment history with NOPD, NOPD's supervision of Vicknair, Vicknair's work as an NOPD officer from May to September 2020, events relating to Vicknair's arrest, emergency suspension, and termination of his employment with NOPD, and NOPD policy, procedures, and practices.

4. Det. Kimberly Wilson

   a. FBI Child Exploitation and Human Trafficking, 2907 Leon C. Simon Blvd., New Orleans, LA 70126;

   b. Testimony will cover facts and circumstances related to NOPD's investigation of G.H.'s sexual assault on May 25, 2020, and NOPD policy, procedures, and practices related thereto.

5. Lt. Nicole Powell

   a. Contact through City Attorney;

   b. Testimony will relate to the NOPD policy, procedures, and practices relating to hiring, supervision and termination of NOPD officers and Vicknair.

6. Lt. Lawrence Jones

   a. Contact through City Attorney

   b. Testimony will relate to the PIB investigation and discipline of Vicknair, and NOPD policy, procedures, and practices related to the same.

B. City Defendants' May-Call:

1. Plaintiff, G.H.

    a. Contact through undersigned counsel;

    b. Testimony may relate to facts alleged in her complaint and other causes of the damages alleged in her complaint.

2. Rayne Upton

    a. 330 Jewel St., Unit 2C, New Orleans, LA 70124;

    b. Testimony may relate to facts alleged in the complaint, other causes of damages alleged in her complaint, and credibility of G.H.

3. Officer Chris Carkum

    a. Contact through City Attorney

    b. Testimony may relate to his knowledge of Vicknair's work as an NOPD officer.

4. Officer Casey Riley

    a. Contact through City Attorney

    b. Testimony may relate to his knowledge of Vicknair's work as an NOPD officer.

5. Officer Michelangelo Carroll

    a. Contact through City Attorney

    b. Testimony may relate to his knowledge of Vicknair's work as an NOPD officer.

6. Sgt. David Barnes

    a. Contact through City Attorney;

    b. Testimony may cover Vicknair's employment history with NOPD and NOPD policy, procedures, and practices.

7. NOPD Superintendent, Anne Kirkpatrick

    a. Contact through City Attorney

    b. Testimony may cover NOPD's policies, practices and procedures.

8. Stella Cziment, Office of the Independent Police Monitor.

    a. Office of Independent Police Monitor, 2714 Canal Street, Suite 201, New Orleans, LA 70119.

    b. Communications from Plaintiff's mother and / or counselors regarding allegations in this case.

9. Andrea Wright, LCSW-BACS

    a. W. Judge Perez Drive, Chalmette LA 70043

    b. Testimony may relate to facts alleged in the complaint, other causes of G.H.'s alleged damages, and issues relating to credibility of G.H. and her mother.

10. Any witness listed by any other party;

11. All witnesses referred to or identified in any party's responses to interrogatories or other written discovery;

12. Impeachment witness(es);

13. Any witness necessary to authenticate any document and/or exhibit offered into evidence;

14. Any witness identified in any discovery responses or documents produced or obtained in discovery;

15. The City Defendants reserve the right to supplement this list with reasonable notification to opposing counsel.

Respectfully submitted,

/s/ *James M. Roquemore*_____
JAMES M. ROQUEMORE (LSB #40035)
Assistant City Attorney
RENEE E. GOUDEAU (LSB #33157)
Deputy City Attorney
CORWIN ST. RAYMOND (LSB # 31330)
Chief Deputy City Attorney
DONESIA D. TURNER (LSB #23338)
City Attorney
1300 Perdido Street
City Hall – Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Fax: (504) 658-9868
james.roquemore@nola.gov
regoudeau@nola.gov
donesia.turner@nola.gov
*Attorneys for Defendants, City of New Orleans and Shaun Ferguson, Superintendent of the New Orleans Police Department*