## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **NO. 21-407** |
| **versus** | * | |
| | * | **SECTION "J"** |
| **RODNEY VICKNAIR, *ET AL.*** | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE DIVISION "4"** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### WITNESS AND EXHIBIT LIST OF RODNEY VICKNAIR

Defendant, Rodney Vicknair, files the following list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial pursuant to the Court's Order entered on March 29, 2023, at Rec. Doc. 84:

### WITNESSES

Defendant, Rodney Vicknair, may call the following witnesses at the trial of this matter:

1. Rodney Vicknair;

2. Any witness set forth on the Witness and Exhibit List of Defendants Shaun Ferguson and the City of New Orleans, Rec. Doc. 112;

3. All witnesses referred to or identified in any party's responses to interrogatories or other written discovery;

4. Any witness(es) needed for impeachment purposes;

5. Any witness necessary to authenticate any document and/or exhibit offered into evidence;

6. Any witness identified in any discovery responses or documents produced or

   obtained in discovery;

7. Vicknair reserves the right to supplement this list with reasonable notification to opposing counsel.

8. Any witness listed or called by any other party.

## EXHIBITS

Defendant, Rodney Vicknair, may use the following exhibits:

1. Any and all exhibits set forth in the Witness and Exhibit List of Defendants Shaun Ferguson and the City of New Orleans, Rec. Doc. 112, which are incorporated as if set forth herein, *in extenso*:

2. The deposition of any witness who is unavailable for trial or for impeachment purposes;

3. Any document needed for impeachment;

4. Exhibits to any deposition herein;

5. All documents received in response to any discovery request;

6. All exhibits produced by any other party;

7. Any exhibit listed on Plaintiff's Witness and Exhibit List, Rec. Doc. 111;

8. Any exhibit listed on Witness and Exhibit List of Defendants Shaun Ferguson and the City of New Orleans, Rec. Doc. 112;

9. Interrogatories and responses thereto;

10. Requests for production and responses thereto;

11. Any document revealed through discovery herein; and,

12. Any exhibit listed or used by any other party.

Vicknair reserves the right to amend this Witness and Exhibit List as discovery progresses and/or should new witnesses and/or exhibits come to light.

Respectfully submitted:

*/s/ C. Theodore Alpaugh, III*
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Email: cta@gustebarnett.com

**Attorneys for Defendant,**
**RODNEY VICKNAIR**