UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | CIVIL ACTION |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | NO. 21-407 |
| versus | * | |
| | * | SECTION "J" |
| **RODNEY VICKNAIR, *ET AL.*** | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE DIVISION "4" |
| | * | MAGISTRATE JUDGE ROBY |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## SUGGESTION OF DEATH UPON THE RECORD PURSUANT TO RULE 25(a)(1)

Counsel for Defendant, Rodney Vicknair, suggests upon the record, pursuant to Rule 25(a)(1), the death of Defendant, Rodney Vicknair during the pendency of this action on January 1, 2024.

Respectfully submitted:

*/s/ C. Theodore Alpaugh, III*
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone:    (504) 529-4141
Facsimile:    (504) 561-0326
Email:         cta@gustebarnett.com

**Attorneys for Defendant,**
**RODNEY VICKNAIR**