## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>    Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>    Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

## EX PARTE MOTION TO WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, respectfully comes the undersigned, who moves to withdraw Nicholas Hite (La. Bar No. 34305) of the law firm The Hite Law Group, 701 Loyola Ave., #403, New Orleans, LA 70113, as counsel of record for Plaintiff. William Most (La. Bar No. 36914) and Hope Phelps (La. Bar No. 37259) of the law firm Most & Associates, 201 St. Charles Avenue, Ste. 2500 #9685, New Orleans, LA 70170, will remain enrolled as counsel of record for Plaintiff.

Undersigned counsel submits that withdrawal of Nicholas Hite will neither prejudice the Plaintiff nor have dilatory effect on the progress of this proceeding.

**WHEREFORE**, Plaintiff prays that this Court enter an Order permitting Nicholas Hite to withdraw as counsel of record for Plaintiff in this proceeding.

[SIGNATURE APPEARS ON FOLLOWING PAGE]

Respectfully submitted,

| MOST & ASSOCIATES | THE HITE LAW GROUP |
|---|---|
| */s/ Hope A. Phelps* | */s/ Nicholas Hite* |
| **HOPE PHELPS (La. Bar No. 37259)** | **NICHOLAS HITE (La. Bar No. 34305)** |
| **WILLIAM MOST (La. Bar No. 36914)** | 701 Loyola Ave., #403 |
| 201 St. Charles Ave., Ste. 2500, #9685 | New Orleans, LA 70113 |
| New Orleans, LA 70170 | Tel: 504.252.0678 |
| Tel: 504.500.7974 | Email: nicholas@hitelawgroup.com |
| Email: hopeaphelps@outlook.com | |

*Counsel for Plaintiff, G.H.*