## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>       Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>       Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

## **ORDER**

Considering the foregoing Motion to Withdraw Counsel of Record;

**IT IS HEREBY ORDERED** Nicholas Hite (La. Bar No. 34305) of the law firm The Hite Law Group, 701 Loyola Ave., #403, New Orleans, LA 70113, is permitted to withdraw as counsel of record for Plaintiff, and that William Most (La. Bar No. 36914) and Hope Phelps (La. Bar No. 37259) of the law firm Most & Associates, 201 St. Charles Avenue, Ste. 2500 #9685, New Orleans, LA 70170, will remain enrolled as counsel of record for Plaintiff.

New Orleans, Louisiana this _____ day of _____, 2024.

_____
JUDGE