UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>  Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>  Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

## **MOTION TO DISMISS DEFENDANT RODNEY VICKNAIR**

NOW INTO COURT, through undersigned counsel, comes Plaintiff who files this motion voluntarily dismissing Defendant Rodney Vicknair.

Plaintiff has obtained consent from all parties to voluntarily dismiss Defendant Rodney Vicknair with prejudice, each party to bear its own costs.

WHEREFORE, Plaintiff prays that this Court enter an Order dismissing with prejudice Defendant Rodney Vicknair, each party to bear its own costs.

Respectfully submitted,

**MOST & ASSOCIATES**

*/s/ William Most*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

*Counsel for Plaintiff, G.H.*

1