UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>    Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>    Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

## **ORDER**

Considering the foregoing *Motion to Dismiss Defendant Rodney Vicknair*;

**IT IS HEREBY ORDERED** that Defendant Rodney Vicknair be dismissed with prejudice from the above captioned case, each party to bear its own costs.

New Orleans, Louisiana this \_\_\_\_\_ day of _____, 2024.

                       JUDGE