UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>Plaintiff,<br><br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**Motion to Designate NOPD Captain Precious Banks as Plaintiff's Non-Retained Expert**

In this motion, Plaintiff asks this Court for leave to designate Captain Precious Banks, one of the City's designated 30(b)(6) witnesses, as Plaintiff's non-retained expert.

The non-retained expert disclosure deadline was December 19, 2023. Fed. R. Civ. Proc. 26(a)(2)(D).

But Defendants did not identify Captain Banks as a potential expert until December 26, 2023. And Plaintiff did not hear her testimony until January 10, 2024.

Because the timing of this designation is the result of the City's choices, and because the City cannot claim prejudice regarding the testimony of its own 30(b)(6) witness, this motion should be granted.

Respectfully submitted,

*/s/ William Most*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

*Counsel for Plaintiff, G.H.*

1