# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.  )<br><br>　　　　　Plaintiff,　　　　　)<br>　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>RODNEY VICKNAIR, SHAUN FERGUSON, )<br>THE CITY OF NEW ORLEANS; DOE　)<br>DISTRICT COMMANDER; DOES 1 to 10; )<br>and XYZ INSURANCE COMPANIES 1 to 10, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendants.　　　　　)  | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

## **ORDER**

Considering the foregoing *Motion to Designate NOPD Captain Precious Banks as Plaintiff's Non-Retained Expert,* **IT IS HEREBY ORDERED** that the motion is granted. Plaintiff is given leave to designate Captain Banks as a non-retained expert witness.

New Orleans, Louisiana this _____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE