UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' RULE 26(a)(1)(A) DISCLOSURES

NOW INTO COURT, through their undersigned counsel of record, come Defendants, the City of New Orleans and Shaun Ferguson, Superintendent of the New Orleans Police Department, and pursuant to F.R.C.P., Rule 26(a)(1)(A) makes the following disclosures:

1. **26(a)(1)(A)(i) WITNESSES**

Defense counsel are limited at this time as to identification of witnesses because the NOPD Public Integrity Bureau and Criminal Investigation records pertaining to the matter in suit are protected by the law enforcement privilege pending the ongoing investigation of criminal charges against defendant, Rodney Vicknair, but it appears that the following individuals are likely to have discoverable information:

    a.    Rayne Upton - Plaintiff

    b.    G.H. – the minor on whose behalf the Complaint was filed

    c.    Rodney Vicknair – Defendant

    d.    NOPD criminal investigators of the criminal charges against Rodney Vicknair

    e.    NOPD Public Integrity Bureau investigator(s) of the complaint against Rodney Vicknair

    f.    Individual providers of health care to G.H. relative to the matters in suit

  g. The Superintendent of NOPD or his designee

  h. The Commander of the NOPD Special Victims Unit

  i. Rodney Vicknair's immediate supervisor and Commander in the First District

  j. The NOPD personnel involved in the communications and dispatch described in Paragraphs 42 – 44 of the Complaint

  k. The Office of the Independent Police Monitor peronnel and the NOPD personnel who made and received the communications described in Paragraph 98 of the Complaint.

  l. All witnesses identified in all discovery responses, including those identified in responsive documents

  m. Any and all individuals listed by any other party; and

  n. Any and all other witnesses possessing information relevant to the matters in suit.

**2. 26(a)(1)(A)(ii) DOCUMENTS**

Defense counsel are limited at this time as to review and determination of relevant documents because the NOPD Public Integrity Bureau and Criminal Investigation records pertaining to the matter in suit are protected by the law enforcement privilege pending the ongoing investigation of criminal charges against defendant, but, other than impeachment documents, Defendants will likely rely upon the following documents to support its defenses:

  a. The applicable Operations Manual and relevant Policies of the NOPD;

  b. The personnel file of Rodney Vicknair;

  c. Any and all pleadings;

  d. Any and all discovery and discovery responses, including all documents referred to therein or produced in response thereto;

  e. All depositions taken in this matter;

  f. Any and all documents relevant to Defendant's defenses.

**3. 26(a)(1)(A)(iii) DAMAGES**

Defendantsare not claiming damages.

**4. 26(a)(1)(A)(iv) INSURANCE AGREEMENTS**

There are no applicable insurance agreements issued to Defendants.

           Respectfully submitted,

           *Michael J. Laughlin*

           _____
           MICHAEL J. LAUGHLIN (LSB #01668)
           Assistant City Attorney
           DEREK M. MERCADEL (LSB #26805)
           Deputy City Attorney
           CHURITA H. HANSELL (LSB #25694)
           Chief Deputy City Attorney
           DONESIA D. TURNER (LSB #23338)
           Sr. Chief Deputy City Attorney
           SUNNI J. LEBEOUF (LSB #28633)
           City Attorney
           1300 Perdido Street
           City Hall – Room 5E03
           New Orleans, Louisiana 70112
           Telephone: (504) 658-9800
           Fax: (504) 658-9868
           mjlaughlin@nola.gov
           dmmercadel@nola.gov
           chhansell@nola.gov
           donesia.turner@nola.gov
           sunni.lebeouf@nola.gov

           Attorneys for Defendants, City of New Orleans and Shaun Ferguson, Superintendent of the New Orleans Police Department

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2021, I served all counsel of record with the above and foregoing pleading via electronic mail.

*Michael J. Laughlin*
_____
MICHAEL J. LAUGHLIN