

William Most <williammost@gmail.com>

## Upton v. Vicknair: Designation of Non-Retained Expert

**James M Roquemore** <James.Roquemore@nola.gov>  Wed, Jan 10, 2024 at 3:42 PM
To: William Most <williammost@gmail.com>, Hope Phelps <hopeaphelps@outlook.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>
Cc: "Corwin M. St Raymond" <cmstraymond@nola.gov>, "Sheletha M. Warner" <smwarner@nola.gov>, Arthur B Mitchell <Arthur.Mitchell@nola.gov>

William,

We do not agree to your late designation of Capt. Banks a non-retained expert for Plaintiff.

Jim

### James M. Roquemore

**Assistant City Attorney**

City of New Orleans | Law Department

[1300 Perdido St](). , Room 5E03 | New Orleans, LA 70112

Direct Office Telephone: 504.658.9815 | F: 504.658.9868

[james.roquemore@nola.gov]()



**NOTICE TO PUBLIC**: Please note that any documents or correspondence submitted to the City of New Orleans may become public record pursuant to the provisions of the Louisiana Public Records Law. See La. Rev. Stat. §§ 44:1 – 44:41.

**CONFIDENTIALITY NOTICE**:  The information contained in this electronic mail transmission may be attorney/client privileged, and confidential, intended only for the use of the individual or entity identified herein. If you are not the intended recipient, you should cease reading this document, and are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic mail transmission in error, please immediately notify me by return electronic mail, via facsimile or telephone, and destroy the original electronic message.

**From:** William Most <williammost@gmail.com>
**Sent:** Wednesday, January 10, 2024 3:06 PM
**To:** Hope Phelps <hopeaphelps@outlook.com>; Corwin M. St Raymond <cmstraymond@nola.gov>; Veronica Barnes <veronicasuzannebarnes@gmail.com>; Arthur B Mitchell <Arthur.Mitchell@nola.gov>; Sheletha M. Warner <smwarner@nola.gov>; James M Roquemore <James.Roquemore@nola.gov>
**Subject:** Upton v. Vicknair: Designation of Non-Retained Expert

**EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

Jim,

Please find attached a supplemental designation of Capt. Precious Banks as a non-retained expert for Plaintiff.

The designation falls after the default non-retained expert date of December 19, 2023. Fed. R. Civ. Proc. 26 (a)(2)(D). But Defendants did not disclose Captain Banks as a potential witness in their initial disclosures.

The first time that they identified her as a potential witness was on December 26, 2023, in their witness list. R. Doc. 112. And Plaintiffs did not hear the content of Captain Bank's testimony until her deposition on January 10, 2024.

If you object to Plaintiff's identification of Capt. Banks as a non-retained expert for Plaintiff, please let us know and we'll put a motion to the court.

Thank you,

William

--

William Most

Most & Associates

mostandassociates.com

(504) 509-5023