**MINUTE ENTRY**
**ROBY, M. J.**
**JANUARY 12, 2024**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYNE UPTON** | **CIVIL ACTION** |
| **VERSUS** | **NO:   21-0407** |
| **RODNEY VICKNAIR, ET AL** | **SECTION: "J" (4)** |

A Settlement Conference was held on this date. Participating were: Gabby Hainey, plaintiff; Hope Phelps, William Most representing the plaintiffs and James Roquemore, Renee Goudeau representing the defendants. Negotiations were unsuccessful and a settlement was not reached.

**CLERK TO NOTIFY:**
**Judge Carl J Barbier**

MJSTAR:  1:22