UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**Consent Motion for Leave to Take Two Depositions After Discovery Cutoff**

In this motion, Plaintiff asks this Court for leave to take two depositions – the depositions of Sgt. Barnes and Superintendent Kirkpatrick – after the discovery cutoff.

Defendant City of New Orleans consents to the relief sought in this motion.

**A.   Background**

This Court set a January 23, 2024 deadline for depositions for trial use. R. Doc. 84.

The parties worked together to schedule all depositions to be concluded by that date. Two depositions, however, have been difficult to schedule by the discovery cutoff: the depositions of Sgt. Barnes and Superintendent Kirkpatrick.

That difficulty results in part due to their late disclosure as witnesses: the City did not identify either Barnes or Kirkpatrick in initial disclosures (R. Doc. 119-4), but listed them as witnesses on December 26, 2023 (R. Doc. 112).

The City has consented to the deposition of Barnes on January 24, 2024, and Kirkpatrick on January 30, 2024.

1

**B.     Conclusion**

Because taking these two depositions in the week after the discovery cut-off will not delay trial, was not occasioned by fault of Plaintiff, and is consented to by Defendant, the Motion should be granted.

          Respectfully submitted,

*/s/ William Most*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

*Counsel for Plaintiff, G.H.*