**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H. ) ) ) | |
| Plaintiff, ) | Docket No. 2:21-cv-407 |
| v. ) ) | JUDGE: CARL BARBIER |
| RODNEY VICKNAIR, SHAUN FERGUSON, ) THE CITY OF NEW ORLEANS; DOE ) DISTRICT COMMANDER; DOES 1 to 10; ) and XYZ INSURANCE COMPANIES 1 to 10, ) ) | MAGISTRATE: KAREN WELLS ROBY |
| Defendants. ) | |

## **ORDER**

Considering the foregoing *Consent Motion for Leave to Take Two Depositions After Discovery Cutoff,* **IT IS HEREBY ORDERED** that the motion is granted. Plaintiff is given leave to depose Sgt. Barnes and Superintendent Kirkpatrick after the discovery cut-off.

New Orleans, Louisiana this __16th__ day of __January_____, 2024.

_____
JUDGE