UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>　　　　　　Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**Consent Motion for Leave to Take Four Depositions After Discovery Cutoff**

In this motion, Plaintiff asks this Court for leave to take four depositions – the depositions of Sgt. Jones, Det. Wilson, Casey Riley, and Officer Carroll– after the discovery cutoff.

Defendant City of New Orleans consents to the relief sought in this motion.

**A.　Background**

This Court set a January 23, 2024 deadline for depositions for trial use. R. Doc. 84.

The parties worked together to schedule all depositions to be concluded by that date. Four depositions were cancelled due to severe weather and closure of city buildings on January 16-17th. The parties are unable to reschedule these depositions by the discovery cutoff: the depositions of Sgt. Jones, Det. Wilson, Casey Riley, and Officer Carroll.

The City has consented to taking the depositions of Sgt. Jones, Det. Wilson, Casey Riley, and Officer Carroll after the discovery cutoff and will provide Plaintiff's counsel with available dates such that the depositions may be completed by February 15, 2024.

### B. Conclusion

Because taking these four depositions in the week after the discovery cut-off will not delay trial, was not occasioned by fault of Plaintiff, and is consented to by Defendant, the Motion should be granted.

Respectfully submitted,

*/s/ Hope Phelps*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

*Counsel for Plaintiff, G.H.*