**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

RAYNE UPTON, individually and     )
on behalf of her minor daughter, G.H.   )
                               )
         Plaintiff,        )       Docket No. 2:21-cv-407
   v.                        )
                               )       JUDGE: CARL BARBIER
RODNEY VICKNAIR, SHAUN FERGUSON,  )
THE CITY OF NEW ORLEANS; DOE     )
DISTRICT COMMANDER; DOES 1 to 10;   )       MAGISTRATE: KAREN
and XYZ INSURANCE COMPANIES 1 to 10,  )       WELLS ROBY
                               )
        Defendants.      )
_____)

## <u>ORDER</u>

      Considering the foregoing *Consent Motion for Leave to Take Four Depositions After Discovery Cutoff,* **IT IS HEREBY ORDERED** that the motion is granted. Plaintiff is given leave to depose Sgt. Jones, Det. Wilson, Casey Riley, and Officer Carroll after the discovery cut-off.

      New Orleans, Louisiana this _____ day of _____, 2024.


                                       _____
                                           JUDGE