UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>        Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>        Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT CITY OF NEW ORLEANS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff G.H., who moves for partial summary judgment on the grounds that a review of the materials on file reveal that there is no genuine issue as to any material fact regarding the City's vicarious liability for Vicknair's state-law torts. Because the "opportunity arose" for Vicknair to commit the subject torts in the course and scope of his employment with NOPD and Vicknair abused his "apparent authority" to commit the subject torts, the City is vicariously liable for Vicknair's state-law torts. *See Doe v. Morris*, 2013 U.S. Dist. LEXIS 106545 (E.D. La. July 30, 2013).

Accordingly, there is no genuine dispute as to any material fact related to this motion, and Plaintiff is entitled to judgment, as a matter of law, pursuant to Federal Rule of Civil Procedure 56.

WHEREFORE, Plaintiff G.H. respectfully requests this Honorable Court grant Plaintiff's Motion for Partial Summary Judgment on the issue of vicarious liability for Vicknair's state-law torts against the City Defendants.

1

2

        Respectfully Submitted:

        **MOST & ASSOCIATES**

        */s/ Hope A. Phelps*
        **HOPE PHELPS (La. Bar No. 37259)**
        **WILLIAM MOST (La. Bar No. 36914)**
        201 St. Charles Ave., Ste. 2500, #9685
        New Orleans, LA 70170
        Telephone: (504) 500-7974
        Fax: (504) 414-6400
        Email: hopeaphelps@outlook.com

        ***Counsel for Plaintiff, G.H.***