**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

———————————————————————— )
RAYNE UPTON, individually and                     )
on behalf of her minor daughter, G.H.             )
                                                  )
                    Plaintiff,                    )          Docket No. 2:21-cv-407
          v.                                      )
                                                  )          JUDGE: CARL BARBIER
RODNEY VICKNAIR, SHAUN FERGUSON,                  )
THE CITY OF NEW ORLEANS; DOE                      )
DISTRICT COMMANDER; DOES 1 to 10;                 )          MAGISTRATE: KAREN
and XYZ INSURANCE COMPANIES 1 to 10,              )          WELLS ROBY
                                                  )
                    Defendants.                   )
———————————————————————— )


**Plaintiff's Statement of Undisputed Material Facts in Support of Motion for Partial**
**Summary Judgment on Vicarious Liability Against the City of New Orleans**

1. Officer Rodney Vicknair met G.H. through his role as an NOPD officer.[1]

2. When he met G.H., Vicknair was responding to a report of First-Degree Rape of the 14-year-old G.H.[2]

3. Officer Vicknair accompanied G.H. to the hospital.[3]

4. Officer Vicknair remained with G.H. in the emergency room while they waited for the sexual assault examination.[4]

5. Officer Vicknair gave G.H. his cell phone number.[5]

6. Officer Vicknair offered to be a mentor to G.H.[6]

---

[1] Ex. A to Motion for Partial Summary Judgment, NOPD Investigation, pp. 1-5; Ex. B to Motion for Partial Summary Judgment, Transcript of Deposition of Rodney Vicknair, p. 25:17-22; 57:3-11.
[2] Ex. A, p. 4.
[3] Ex. A, p. 5.
[4] Ex. A, p. 5.
[5] R. Doc. 87-3 (Factual Basis for Conviction), p. 1; Ex. B 97:15-23; 144:7-145:21.
[6] R. Doc. 87-3, p. 1.

7. According to the factual basis for his conviction, over the next four months, Officer Vicknair's "act[ed] in his capacity as a police officer to facilitate his conduct to gain [G.H.]'s trust."[7]

8. Officer Vicknair, in his capacity as an NOPD officer, purported to perform welfare checks on G.H. at her residence.[8]

9. On at least one occasion, subsequent to meeting G.H., Officer Vicknair sexually assaulted her.[9]

10. Sgt. Lawrence Jones of the Public Integrity Bureau recommended that Officer Vicknair be disciplined for "Malfeasance in Office."[10]

11. NOPD's report said that the investigation by Sgt. Lawrence Jones "proved that beyond a preponderance of evidence… Officer Rodney Vicknair used his position as a public employee to befriend a 15-year-old victim after transporting her to Children's Hospital to have a sexual assault kit completed."[11]

12. Former NOPD Superintendent Shaun Ferguson concurred with Sgt. Jones finding of malfeasance in office.[12]

Respectfully Submitted:

**MOST & ASSOCIATES**

*/s/ Hope A. Phelps*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 500-7974
Fax: (504) 414-6400
Email: hopeaphelps@outlook.com

---

[7] R. Doc. 87-3, p. 1; Ex. B, p. 59:5-15.
[8] Ex. B, pp. 25:23-27:7; pp. 43:14-44:3.
[9] Ex. A, p. 17; R. Doc. 87-3, p. 2.
[10] Ex. A, p. 17.
[11] Ex. A, p. 17.
[12] Ex. A, p. 18.

*Counsel for Plaintiff, G.H.*