UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>        Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>        Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

## NOTICE OF SUBMISSION

This motion shall be submitted for consideration on **February 7, 2024.**

        Respectfully Submitted:

        **MOST & ASSOCIATES**

        */s/ Hope A. Phelps*
        **HOPE PHELPS (La. Bar No. 37259)**
        **WILLIAM MOST (La. Bar No. 36914)**
        201 St. Charles Ave., Ste. 2500, #9685
        New Orleans, LA 70170
        Telephone: (504) 500-7974
        Fax: (504) 414-6400
        Email: hopeaphelps@outlook.com

        *Counsel for Plaintiff, G.H.*