**DEPARTMENT OF POLICE**

**INTEROFFICE CORRESPONDENCE**

| | | | |
|---|---|---|---|
| **TO:** | **Shaun D. Ferguson**<br>**Superintendent of Police** | **DATE:** | **February 19, 2021** |
| **FROM:** | **Sergeant Lawrence Jones**<br>**Public Integrity Bureau / Criminal Section** | | |
| **SUBJECT:** | **P.I.B. Complaint Tracking Number 2020-0484-P**<br>**Senior Police Officer Rodney Vicknair**<br>**Employee Number 18458** | | |

**INTRODUCTION**

On Monday, September 21, 2020, Sergeant Lawrence Jones, assigned to the New Orleans Police Department Public Integrity Bureau, began a sexual assault investigation involving a 15-year-old girl and a New Orleans Police Officer; Officer Rodney Vicknair (W/M, DOB [redacted] 1966).

On Friday, September 25, 2020, the 15-year-old victim was interviewed at Children's Hospital Child Advocacy Center where she discloses Vicknair was the first responding officer to her sexual assault investigation. The victim stated about two days ago, Vicknair arrived at her house and called her to his truck. The child stated, Vicknair digitally penetrated her vagina with his finger and rubbed her bare breast with his hands.

Based on the information provided, Sergeant Lawrence Jones initiated a departmental FDI **(EXHIBIT B)** and a form (230) the Initial Intake Form for Commendation, Complaint, or Documentation of Minor Violation **(EXHIBIT C)** on Officer Rodney Vicknair on Friday, September 25, 2020, for potential violations of, **Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:43.1- Relative to Sexual Battery, Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:81Relative to Indecent Behavior with Juveniles and Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:134 Relative to Malfeasance in Office.**

## Brief Synopsis

On Friday, September 25, 2020, the 15-year-old victim was interviewed at Children's Hospital Child Advocacy Center where she discloses Vicknair was the first responding officer to her sexual assault investigation. The victim stated about two days ago, Vicknair arrived at her house and called her to his truck. The child stated, Vicknair digitally penetrated her vagina with his finger and rubbed her bare breast with his hands.

Investigating Officer's Initials: ____

**EXHIBIT A**

## Allegations

Based on the information provided, Sergeant Lawrence Jones initiated a departmental FDI on Officer Rodney Vicknair on Friday, for potential violations of, **Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:43.1- Relative to Sexual Battery, Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:81Relative to Indecent Behavior with Juveniles and Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:134 Relative to Malfeasance in Office.**

## INVESTIGATION

This Criminal Investigation was assigned to Sergeant Lawrence Jones of the Public Integrity Bureau Criminal Section on Monday, September 21, 2020, by Lieutenant Darryl Watson, supervisor of the Public Integrity Bureau Criminal Section.

Sergeant Jones began his investigation on Monday, September 21, 2020, we he spoke with a Ms. Andria Wright of the New Orleans Children's Bureau located at 2626 Canal Street, Suite 201, New Orleans Louisiana, 70119, telephone number 203-444-1438. Ms. Wright informed Sergeant Jones that she was currently providing counseling service to a mother and her 15-year-old daughter. Ms. Wright further explained during a recent session with the mother, identified as Reign [redacted] of [redacted] Reign stated to her that she was concerned about a New Orleans Police Officer who made inappropriate comments and took a very inappropriate picture with her 15-year old daughter. Ms. Wright then contacted Reign and Sergeant Jones requested to come to the residence and interview her relative to the information provided by Ms. Wright.

Reign agreed and on Monday September 21, 2020, Sergeant Lawrence Jones relocated to Reign [redacted]'s residence located at [redacted] Sergeant Jones was met at the residence by Ms. Andria Wright the family's counselor, Reign [redacted] and her daughter [redacted].

Sergeant Lawrence Jones requested Reign provide a tape recorded interview which she complied and began her statement at 4:09 p.m. Reign [redacted] was interviewed at her residence located at [redacted]

### Statement of Reign [redacted] (Victim's Mother)

Reign explained to Sergeant Jones that she was concerned with a relationship with her 15-year-old daughter [redacted] and a member of the New Orleans Police Department. Reign identified the Officer as Officer Rodney Vicknair assigned to the Field Operations Bureau First District. Reign went on to say, that her daughter [redacted] was a victim of a sexual assault and the police were called. Officer Vicknair along with other officers responded to the call for assistance. Officer Vicknair escorted Reign and her daughter [redacted] to Children's Hospital so [redacted] could have a sexual assault examination. Reign further explained at first, Officer Vicknair appeared to be very caring and supportive, however one particular incident Reign descried an incident where her 15-year-old Daughter [redacted] left the residence and went for a run near Bayou St. John.

When returned to the residence, told Reign that Officer Rodney was driving past as she was stretching, stopped his vehicle rolled down the window and he said to Reigns 15year old daughter **"Nice Ass."** Reign further stated Vicknair was attired in his New Orleans Police Officer uniform and driving a New Orleans Police Department vehicle when he made the comment. Reign continued to state after the first meeting Vicknair would often come to the residence, sometimes unannounced, each time Vicknair would be attired in his police uniform and most of the time on duty. Reign further stated Vicknair gave her the impression that he was trying to be a positive role model for and because of everything was going thru she thought it would be a good thing. Reign further explained that she started to feel very uncomfortable with Vicknair showing up to the residence unannounced and so often. Reign described on one occasion, Vicknair arrived at the residence unannounced and inquired where was Reign stated, she told Vicknair that was in the bed sleeping. Reign sated as she walked to 's bedroom she noticed Vicknair was close behind her. Reign stated she told Officer Vicknair that he could wait in the living room while she waked however Vicknair followed her into the bedroom. Reign then stated as she woke Reign noticed that was wearing a large shirt and as she extended her arms to push off the bed, the top of her shirt her opened and partially exposed her Breast. Reign stated, she turned to see if Officer Vicknair was still standing there and to her astonishment he was and staring at 's Breast. Reign stated she told Vicknair to relocate to the living room and wait until would get dress. Reign stated, he complied but the incident made her feel very uncomfortable.

Reign then described a third incident and this is the incident that made her tell the counselor Andria. Reign stated she was looking at 's phone and she noticed a picture of Officer Rodney Vicknair and her 15-year-old daughter Vicknair was standing behind really close with his arm wrapped around her waist with their face touching. Reign, stated the photo alarmed her and she was very uncomfortable with the way Officer Vicknair was standing behind her 15-year-old daughter with their bodies touching. During the next counseling session with Andria, Reign stated she mentioned the photo and other incidents to Andria, who notified the authorities.

Sergeant Jones inquired from Reign how often would Officer Vicknair and talk, Reign Responded, "Oh, my God, several times. Well, I mean, in the car, you know, I mean, was very much, she's a wide open book, you know. She was just telling him everything, you know, just – she told him about Jim; you know, she was just talking about all kinds of stuff. Everything under the sun with him, and she's the one that initiated it. She said, 'I would really like to talk to you again,' because he was being very fatherly to her, you know. is very much in need of a male father figure because her father's a piece of garbage, and I mean, he abused her so badly that I don't know, I'll be surprised if she ever fully recovers from what has happened to her with him. So, he was very much, he was, that day he was just very nurturing, you know what I mean. He was very safe, he made us feel safe. In fact, I remember he had, like, a pin on his uniform and he had two of them, I think and asked him what they were and the, the one that I remember in particular was, um, he said that he was because he was certified in trauma, you know, Yeah, right. So, he just knew what to say. He just made it very comfortable for us in a very, in the middle of a very uncomfortable, unhappy situation. Reign concluded her statement on Monday, September 21, 2020, at 5:31 p.m.

During the interview of Reign , and the Counselor Andria exited the room and stayed outside of the residence while Sergeant Jones conducted the interview of Reign . Other than the few interruptions by , Reign was interviewed alone in the living room of her residence. Reign interview will be attached to this investigation as **(EXHIBIT D)**.

Investigating Officer's Initials: ______

Prior to leaving the residence [redacted] allowed Sergeant Jones to video her telephone as she showed several photos of she and Officer Vicknair. The video also captured several text messages between 15-year-old [redacted] and Officer Rodney Vicknair. One of the photos observed by Sergeant Jones - [redacted] indicated was the photo that upset her mother. The seductive photo depicted Officer Vicknair attired in his New Orleans Police Department Uniform standing behind [redacted] with both arms around her waist and fingers interlocked just below her belly button and his cheek touching her cheek. A depiction of the seductive photo is attached to this investigation as **(EXHIBIT E)** and can be seen below. A copy of the video provided by [redacted] will be attached as **(EXHIBIT F)**.

**(EXHIBIT E)**

On Tuesday, September 22, 2020, Sergeant Lawrence Jones researched the item number associated with the initial sexual assault call that Officer Rodney Vicknair was dispatched to. The item was E-32154-20, date was May 26, 2020, and the signal, (42) First Degree Rape of a 14-year-old victim. The initial report under item number E-32154-20, was completed by Detective Kimberly Wilson assigned to the N.O.P.D. Special Victims Section Child Abuse Unit. The report read that Officer Rodney Vicknair requested the assistance of a Child Abuse Unit relative to the First Degree Rape of a 14-year-old victim. The initial report under item number E-32154-20 will be attached to this investigation as **(EXHIBIT G)**.

On Tuesday, September 22, 2020, Sergeant Lawrence Jones prepared a New Orleans Police Department Introduction letter **(EXHIBIT R)**. The letter was prepared for the reporting person Ms. Reign [redacted]. The Letter informed Ms. [redacted] the complaint she filed under Public Integrity Bureau tracking number **#2020-0484-P**, was currently under investigation. The letter also identified Sergeant Lawrence Jones as the investigator and informed Ms. [redacted] if she had any questions concerning the investigation she could contact Sergeant Jones at 504-658-6800.

Investigating Officer's Initials: ______

It was requested that and her mother Reign relocate to Children's Hospital so could receive a sexual assault exam completed by the Children's Hospital Emergence room staff. Officer Rodney Vicknair and his partner Officer Curtis Carkum escorted and her mother Reign to the hospital in the New Orleans Police Department police vehicle. During the transit to the hospital, Officer Vicknair is conversing with Reign and her 14-year-old daughter the entire time. You can clearly see as Officer Vicknair is befriending the teen and her mother offering his services to speak with the child outside of work. Including telling the teen that she could tell him things that she would not tell her mother. Sergeant Jones also noticed at one instance you can see Vicknair showing the 14-year-old victim what Vicknair was describing as photos of his daughter scantily clad. This behavior was strange to Sergeant Jones because it was clearly outside of Officer Vicknair scoop of professionalism to show a teen sexual assault victim scantily clad photos while sitting in the emergency room waiting to have a sexual assault examination. A copy of Vicknair and Carkum, Body Worn Camera video will be attached as **(EXHIBIT H)**. Note: Item E-32154-20 is currently an active investigation assigned to Detective Kimberly Wilson. All evidence and reports associated with Detective Wilson's item number E-323154-20 will be maintained with Detective Wilson's investigation. Other than the initial incident report no other information will be attached to Sergeant Jones' investigation under item number I-32727-20.

On Friday, September 25, 2020, the now 15-year-old victim was interviewed at Children's Hospital Child Advocacy Center located at 1101 Calhoun Street, by trained Forensic Interviewer Maria Pontoriero. The Forensic interview was observed by Sergeant Lawrence Jones and Detective Kimberley Wilson of the N.O.P.D. Child Abuse Unit. The 15-year-old victim stated the following in her Forensic Interview. **(EXHIBIT I)**

**Forensic Interview of (VICTIM)**

disclosed that Officer Rodney Vicknair was the first responding officer to her sexual assault investigation which occurred in May 2020. The teen stated Vicknair transported she and her mother to Children's Hospital for a sexual assault examination. Vicknair then befriended the 15-year-old teen victim and began to communicate with her via telephone and social media more particular "the social media site "Snap Chat." used the account titled and Officer Rodney Vicknair used account titled **"Snoopy1644"**.

The 15-year-old victim disclosed that Vicknair often grabbed her but when he hugged her. On one occasion, Vicknair stated to the 15-year-old girl, **"You have a Nice Ass."** The victim disclosed she sent Vicknair pictures of her wearing a bikini and a bodysuit via Snapchat. The victim stated Vicknair told her how "hot" she was, and he would get an erection when viewing her pictures.

The victim stated on Wednesday, September 23, 2020, Vicknair arrived at her residence located called her to his truck where Vicknair put his hands under the shirt of the 15-year-old victim and touched her bare Breast with his hands. The teenaged victim disclosed she entered the truck where Vicknair asked the victim if he could have her underwear while sitting inside his vehicle. **The victim stated Vicknair told her that he would wrap her underwear around his penis and masturbate. The 15-year-old child victim stated while sitting in the truck Vicknair digitally penetrated her vagina with his finger. When the encounter ended, Vicknair penetrated her vagina again then said to her, "One more taste," then licked his fingers.** The victim described that she was wearing "pink cut-off shirt with Malibu-CA on the short, Medium- White, Red Blue and Tan design night short sets. informed the Forensic interviewer the clothes were at her residence. The victim stated Vicknair would often ask the teenager to send him inappropriate pictures of her on several occasions and would ask her to engage in sexual intercourse with him.

Investigating Officer's Initials: ______

*"Oh, and then one time, he did tell me this one time. So, like on my Snap story, I was posting like bikini picks and stuff or just like some, it wasn't like lingerie it was like this body suite thing and taking mirror selfies in it and so then. We did our regular call; he always calls me on the way home from work and he was telling me how hot I am. I was like, "Yeah sure, you totally think I'm hot". I don't feel comfortable saying it, he said to me, "Do you know how many times I've gotten a hard on looking at you?" And I'm like, He's gotten hard looking at me...his dick. Ugh, and he screenshots my picture on snap all the time. When I'm actually taking pictures in regular clothes on, I take like mirror selfies. He like screenshots it.*

*I want to tell you something else too but my mom. Ok, so when* ***I was in his car he asked me for my underwear that I was having on and he's like, "I want you to do me a favor," and I was like what he said, "I want to keep the underwear you have one." I was like are you serious and he was like yeah. I was like whatever, so I took my shorts off and took my underwear off and gave it to him. He was like, "Thank you." It's black thong.*** *He told me what he did with it, I don't want to tell you.* ***He told me that he wrapped my underwear around his dick, and he was masturbating with it and then he told me, "You can have them back." I was like, I don't want them back.*** *It was two nights ago* **(Note which would have been Wednesday, September 23, 2020)** *I think yeah. I was in his truck; it was the only time. I mean I've sat in his police care multiple times, but. It was a black truck, but it was like a police truck, on the passenger side it had like the police logo thing on the floorboard mat. Ok, well, see I fell like I'm being judged right now for saying this. I feel like you're going to think I'm like a whore.* ***Ok, so I was standing outside, initially I wasn't going to go in his truck because I knew he was about to do something with me. So, I was standing outside his truck and he rolled down his window on the driver seat and then he lifted up my shirt and started touching my chest area and he's like, "Mmmm" and then he's like, "I wish I could do more."***

***I was like, ha-ha yeah. Yes, you know. I just can't say it again. Fine, he stuck his finger in my vagina. I don't know it was like weird, and I just went along with it. I gave him a hug after that, and we just talked after that. I felt really weird, after he took his finger out, he was like licked his finger. So, after that when I gave him a hug one more time, he stuck his finger in again and said, "Just one more taste. And, I'm like ok then I got out and I was like goodnight and he said goodnight.*** *The truck was parked across the street from my house.*

After 's Forensic Interview Sergeant Lawrence Jones elected to attempt a control call between Officer Rodney Vicknair and 15-year-old victim . A control call is a call between the victim and the Perpetrator that's recorded and monitored by Law enforcement. The recording call is monitored by Law Enforcement for the purpose of corroborating information obtained through the investigation. The control call was conducted at the Child Advocacy Center located at 1100 Calhoun Street, present was Sergeant Lawrence Jones, Sergeant Nijel Baddoo of the Child Abuse Unit and Victim  The call began on September 25, 2020, approximately 3:22p.m. and lasted until 3:26p.m., the victim  used telephone number  and she called Rodney Vicknair telephone number 225-290-9227, the call was audio recorded. The initial call went to voice mail, however, Officer Vicknair immediately returned 's call. The recording was continuous and not interrupted, below is a transcript of the control call between Officer Rodney Vicknair and 15-year-old . "Q" Denotes  and "A" Denotes Officer Rodney Vicknair. The audio recording of the control call will be attached to this investigation as **(EXHIBIT J)**.

Investigating Officer's Initials: ____

| | |
|---|---|
| Q: phone ringing | A: [recording] Your call has been forwarded to an …. |
| Q: phone ringing again | A: [recording] Your call has been forwarded to an automated voice mail … |
| Q: _______? Hey you. | A: Hey, what's going on? |
| Q: Not much. I'm done with everything. Everything's fine and now I'm back home. | A: Awesome. How's, how's things with your mom? |
| Q: Uh, everything's okay. It's, it's like wind down and now we're just chilling. I'm in my room right now. | A: Okay. |
| Q: I miss you. | A: I know. Same thing with me. Um, |
| Q: *laughs* | A: you told your, you, you told your puppy hi? |
| Q: I did. | A: Okay. |
| Q: I miss what we did two nights ago. | A: Oh. |
| Q: What about you? | A: So, your mom, your mom is kind of slacking off now? |
| Q: Yeah. | A: Okay. What'd they said about Jim? |
| Q: Everything's fine with him. They know nothing really happened, so, yeah. | A: Okay. All right. |
| Q: Are you gonna be home tonight? | A: Yes. |
| Q: Can you come see me? | A: Possibly. |
| Q: Can we do what we did in your truck again? | A: *laughs*. Um, |

Q: Can we? A: your phone, I don't if it's your phone or my phone is breaking up.

Q: Oh. So, is that a yes or no? A: Hello?

Q: Hello? A: *call drops.*

Q: Call him back. *phone ringing* A: [no answer]/

Q: All right. The time now is 3:26 p.m. and this concludes the control call with [redacted] END

The control call between Officer Rodney Vicknair and 15-year-old [redacted] clearly indicated a since of concern for Sergeant Jones. One portion particular is when 15-year-old [redacted] stated to Officer Vicknair, "**Can we do what we did in your truck again**?" and Officer Vicknair response, was a slight laugh and "**Ummm**". Another area of concern for Sergeant Jones, was when the 15-year-old victim stated to Officer Vicknair, **"I miss you"** and Officer Vicknair responded, **"I know. Same thing with me. Um."**

Prior to leaving the Child Advocacy Center, Sergeant Lawrence Jones instructed Detective Kimberly Wilson to remain with [redacted] collect her sexual assault examination from the Child Advocacy Center then relocate to her residence to collect the clothing she was wearing on September 23, 2020, the day she was sexually assaulted by Officer Rodney Vicknair. Detective Wilson completed the task and the evidence was placed into Central Evidence and Property under item I-32727-20. A copy of the evidence receipt will be attached as **(EXHIBIT K).**

With the control call along with the information provided by the juvenile victim Sergeant Lawrence Jones relocated to the Public Integrity Bureau's office for the purpose of preparing an arrest warrant. Sergeant Jones determined that on Friday, September 25, 2020, the 15-year-old victim was interviewed at Children's Hospital Child Advocacy Center where she disclosed Vicknair was the first responding officer to her sexual assault investigation. The teen stated Vicknair transported she and her mother to Children's Hospital for a sexual assault examination. Vicknair then befriended the 15-year-old female and began to communicate with her via telephone and social media. The 15-year-old victim disclosed that Vicknair often grabbed her butt when he hugged her. On one occasion, Vicknair stated to the 15-year-old girl, **"You have a Nice Ass."** The victim disclosed she sent Vicknair pictures of her wearing a bikini and a bodysuit via Snapchat. The victim stated Vicknair told her how "Hot" she was and he would get an erection when viewing her pictures.

On Friday, September 25, 2020, during a forensic interview the victim stated on September 23, 2020, Vicknair arrived at her residence located at [redacted] in Orleans Parish, called her to his truck, where Vicknair put his hands under the shirt of the 15 years of age victim and touched her bare Breast with his hands. The teenaged victim disclosed she entered the truck where Vicknair asked the victim if he could have her underwear while sitting inside his vehicle. The victim stated Vicknair told her that he would wrap her underwear around his penis and masturbate. The 15-year-old child victim stated while sitting in the truck Vicknair digitally penetrated her vagina with his finger. When the encounter ended, Vicknair penetrated her vagina again then said to her, "One more taste," then licked his fingers. Vicknair would often ask the teenager to send him inappropriate pictures of her via "Snap Chat" on several occasions and would ask her to engage in sexual intercourse with him.

As a result, Sergeant Lawrence Jones petition the Honorable Magistrate Commissioner Albert Thibodeaux and respectfully requests an arrest warrant be authorized to charge Rodney Vicknair a 53-year-old white male born on ██████1966, with R.S. 14:43.1 relative to Sexual Battery because Officer Rodney Vicknair placed his fingers into the Vagina of a 15-year-old girl. Also, R.S. 14:81 Relative to Indecent Behavior with a Juvenile because Officer Rodney Vicknair a 53-year-old man performed a lewd and lascivious act when he touched the 15-year-old victim on the breast and placed his fingers inside of her Vagina, and finally, Louisiana Revised Statute 14:134, Relative to Malfeasance in Office because Officer Rodney Vicknair used his position as a public employee to befriend a 15-year-old victim after transporting her to Children's Hospital to have a sexual assault kit completed. Officer Vicknair also failed to perform his lawfully required duty as a New Orleans Police Officer when later sexually assaulted the victim, by placing his fingers in her vagina. The warrant was presented to Magistrate Commissioner Albert Thibodeaux for review on Friday, September 25, 2020, approximately 8:48p.m. Commissioner Thibodeaux signed the arrest warrant granting Sergeant Lawrence Jones and the New Orleans Police Department permission to arrest and charge Police Officer Rodney Vicknair with Sexual Battery, Indecent Behavior with a Juvenile and Malfeasance in Office**(EXHIBIT L).**

Sergeant Lawrence Jones researched the New Orleans Police Department records and learned that Officer Vicknair was currently not at work and his home address was ██████████████████, with in the Parish of St. Tammany. After entering the arrest warrant into the National Crime Information Center, Sergeant Jones contacted the St. Tammany Sheriff Office and requested assistance with executing an arrest warrant for New Orleans Police Officer Rodney Vicknair. Detective Kathy Yevcinez of the St. Tammany Parish Sheriff Office Major Crimes Unit assisted. Detective Yevcinez connected Sergeant Lawrence Jones with St. Tammany Parish Deputies William Gaines and Taylor Lewis and an appointment was set to meet the Deputies in St Tammany Parish.

At approximately 1:00a.m., Sergeant Lawrence Jones along with Sergeants Wayne Jacque, Julie Jacobs, Sammie Davis Jr., Candice Preston and Kimberly Hunt all assigned to the New Orleans Police Department Public Integrity Bureau relocated to St. Tammany Parish to meet Deputies Gaines and Taylor. Upon arrival, Deputies Gaines and Taylor along with several other St. Tammany Parish Deputies relocated to ██████████, Officer Rodney Vicknair residence. After arriving at the residence, Officer Vicknair was arrested without incident by the St. Tammany Parish Sheriff Office. Office Rodney Vicknair was then transported by St. Tammany Deputy Nicholas Fishel to the St. Tammany Parish Sheriff Office, 1200 Champagne Street Covington, La. 70433. After arriving Rodney Vicknair was placed into interview room #1.

Sergeant Lawrence Jones and Kimberly Hunt entered the interview room, Sergeant Jones advised Officer Vicknair of the nature of the investigation. Sergeant Jones then inquired from Officer Vicknair if he was willing to be interviewed in this criminal investigation. Officer Vicknair indicated that he was willing to be interviewed. Sergeant Jones commenced the audio recorded interview **(EXHIBIT M)** by advising Officer Vicknair he was being accused of Louisiana Revised Statue 14:43.1 relative to Sexual Battery Louisiana revised Statue 14:81 Relative to Indecent Behavior with a Juvenile and Louisiana Revised Statute 14:134, Relative to Malfeasance in Office.

Because the investigation was criminal in nature, Sergeant Jones inquired from Officer Vicknair if he was fully aware of his constitutional rights relative to the giving of a criminal statement in a criminal investigation. Officer Vicknair, responded "Yes." Sergeant Jones then advised Officer Vicknair, of his appropriate Miranda rights Per the provisions of the Constitutions of the United States and the State of Louisiana then related the following to Officer Vicknair:

2020-0484-P

Page 10 of 19

1.  You need not make any statements, that is, you have the right to remain silent.
2.  Anything you say may be used against you in trial.
3.  You have the right to consult with and obtain the advice of an attorney before answering any questions.
4.  If you cannot afford an attorney, the court will obtain an attorney to represent you and advise you.
5.  You have the right to have your attorney or an appointed attorney present at the time of any questioning or giving of any statement. Do you understand what I have just read to you?

Sergeant Jones then inquired from Officer Vicknair if he understood the rights as read by Sergeant Jones. Officer Vicknair responded, "Yes Sir." Sergeant Jones then presented Officer Vicknair with N.O.P.D. Form 153 (New Orleans Police Department Miranda Rights Form). Officer Vicknair placed his initials next to each right read by Sergeant Jones, indicating that he understood the Miranda Rights as read. Officer Vicknair then placed his signature on the (Signature of person being advised) line, indicating that he understood his Miranda rights and was willing to provide a statement to Sergeant Jones **(EXHIBIT N)**. Officer Vicknair began his statement at 1:59a.m., on Saturday, September 26, 2020, and stated the following;

## Statement of Officer Rodney Vicknair (Perpetrator)

Officer Vicknair began his statement by inquiring from Sergeant Jones "Well, who am I accused of Sexual Battery?" Sergeant Jones responded, "I'm sure you know." Officer Vicknair then responded, "Well, the only juvenile that, that's corresponded with me was, uh, uh, ▮▮▮▮ – ▮▮▮▮ or Haines or whatever her name is." Sergeant Jones then responded, "You are being Charged with Sexual Battery." Officer Vicknair then responded, "On Her, *laughs*, then says, "OK." Officer Vicknair continued to explain to Sergeant Jones that, he met ▮▮▮ and her mother when he responded to a call where ▮▮▮ was a victim of a Sexual Assault and he transported she and her mother to Children's Hospital. Officer Vicknair further explained, "*okay, so we take them to Children's. So, while I'm in Children's we sitting, everybody's in, you know, bullshitting, laughing, cutting up, waiting on the doctor, the whole nine yards. Uh, after that, I do like I've done to so many other people, I give them my cell phone number and my, I might have, I had business cards; it's got my cell phone; the work number and it had my email, and I said if you ever got a problem, you need help, anything like that; contact me at one of these numbers right here.*" Officer Vicknair explained the mom and daughter were sitting together when he presented his telephone number.

Officer Vicknair indicated during his statement that he would talk to 15-year-old ▮▮▮▮ three or four times a week, sometimes late at night after 1:00a.m. on occasions. Officer Vicknair also explained to Sergeant Jones that he would also visit ▮▮▮ and her Mother at their residence, Vicknair initially stated he only visited four to five times, he later changed it to more like ten to fifteen times he actually visited the residence. On one occasion Sergeant Jones inquired from Officer Vicknair if he knew which rom was ▮▮▮'s room? Officer Vicknair responded, "*Well, some, sometimes when I went there, she had to go wake* ▮▮▮ *up in the back room. And sometimes she woke her up in the front room. But I think her bedroom was the very front room because that look more like a kid's room because of the stuffed animals and stuff, the big, there was like this big 4 foot giraffe. And it just didn't seem like an adult room, plus there was- when she went in there to get her, clothes and shoes, like it was a typical kid's messy room.*" This description by Officer Vicknair indicated to Sergeant Jones that Officer Vicknair had to have entered ▮▮▮ room to provide this detail description. Officer Vicknair further explained to Sergeant Jones that on more than one occasion when he visited the residence he was alone with

Investigating Officer's Initials: _____

Sergeant Jones then inquired from Officer Vicknair when was the last time he was at the residence. Officer Vicknair responded, *"Uh, Wednesday – Wednesday, I worked. Friday, yeah, it had to be Tuesday or Wednesday. That's the only time I can see."* Sergeant Jones responded, "So that would have been like the 22nd or 23rd" (Meaning September 22 or 23, 2020.) Officer Vicknair responded, "*Yeah, One of those days*." Sergeant Jones inquired from Officer Vicknair, if could recall the time he went to the residence. Officer Vicknair responded, "*I actually went to the residence twice that day*." Officer Vicknair stated he stopped earlier while on duty he was with his recruit. Officer Vicknair recalls telling his Recruit "*Um, and we pulled over right past the thing, right past their house there was a parking spot and I told him sit here, I'm going check on them real quick. I went inside, uh, was inside maybe 8, 10 minutes*." Officer Vicknair then stated he returned to the residence after getting off work shortly after 11:00p.m., below is a short transcript of Officer Vicknair describing to Sergeant Jones what happened when he returned to the residence the second time. **Q: Denotes questions by Sergeant Jones and A: denotes answers provided by Officer Vicknair**:

Q: Okay. And you said you went over there again. Was that the only time on that day or was it another time?

A: No. After, after – on that day, after I got off, I went back over there.

Q: Okay.

A: Because she, she called and she said she was going on a date with some Ahmed, Ambar – I can't – it's the guy that 30- what's that address? 3494 Esplanade I believe; that little Shell station on the corner of Esplanade and Moss. She was going on a date with him and she called me panicking saying 'can you please come over here real quick,' and I said 'I'm about to leave. I'm headed to the gym,' because I always go to Cross Gates Fitness over here in Slidell when I get off, and uh, she said, 'I just need you to smell me.' And I'm like, 'what do you mean?' she said, 'I want to make sure my mom doesn't smell the weed all over me.'

Q: Okay.

A: So, I go over there, uh, I pull up like here's her door; I pull up right here. She gets in the truck and I'm like *smelling sound*, 'you don't smell?' I said yeah, honestly you smell like weed. And I – she said 'I don't know what to do with my mom. She's gonna send Jim to prison for me and him having sex,' blah-blah-blah, on and on and on. And I talked to her for like 3 minutes, 4 minutes at the most and then I left.

Q: All right. And what time was this? What time?

A: Uh, uh, that I went over there?

Q: Um hum

A: It had to be 11:00 because I got off at 11; so maybe 11 to 11:10-ish, somewhere around in there.

Q: Right. You say she got into the truck? That was the police vehicle?

A: No, no. My truck.

Q: Okay. And what type of truck do you have?

A: A Toyota Tundra; that one, that gray one that was parked in the driveway.

Q: Oh, okay.

A: Yeah.

Investigating Officer's Initials: ____

Q: All right. So, okay, so talk to me about – you said she got into the truck. Describe to me how?

A: In the passenger side.

Q: Okay.

A: She got in. I was listening to the radio; the lights were on; uh, like I said, 5, 6 minutes we talked about Jim and then she said she had to go before her mom woke up and I said, 'you need to lay off slack on your mom' you know, 'you don't understand now, but when you have a child, you will one day.'

Q: Right. How did she know you were outside?

A: Because she called.

Q: Okay.

A: She called. When she called and said 'come by and make sure you can't smell me,' when she was freaking out, because she had posted pictures on – and like I said, I don't know if they're real or fake – but she had posted pictures like a black eye.

Q: Um hum

A: Where she said her mom punched her, beat her up over this guy Jim. So, I didn't want her and her mom fighting. I been trying to keep peace between them and act like a go-between to keep everybody calm because the little girl is like, she's really out there. She's, she's got issues; her mom has issues; um, so I been trying to, like, be a friend to mom and a mentor to her, and, and it's just, it's really hard with both of them.

Q: Right.

A: But anyway, she said, she said 'are you here yet?' I said 'I'm pulling up right now,' and she said 'where you at?' I said 'look outside. You'll see the – my truck lights.' 'oh, okay. I see them.' So, she came outside, got in the truck. I said 'no, you smell like you been running or exercising. You smell sweaty.' I said, 'but I don't smell any weed on you.' She talked about Jim a few minutes and like I said, that was it and she left.

Q: Okay. What was, uh, what was she wearing, do you remember?

A: Uh, uh, an orange top, I think, and I don't remember if it was black shorts or orange shorts that matched it. I don't know. I just know it was orange; somewhere was orange.

Q: Um hum. You said top – when you say 'top,' give me a description of what you mean, 'top.'

A: Like, uh, I don't know what they call them, uh, a sports bra – it was a half a shirt, like a half of, you know, a top. I don't know if that's a, a half of muscle shirt for a man or a sports bra for a woman, or what it was. I don't know.

Q: Right. So, so it was a, it was a shirt that, that like a sports bra; it stopped like at her waist, below her waist?

A: Right above her belly button.

Q: Okay. All right.

A: Um hum

Q: And what color was it?

A: I think it was orange.

Q: All right. And you said, what type of lower bottoms did she have on?

A: I want to, uh, I can't remember if they were orange like the top or if they were – she, she wears these different colored clothes; maybe it was the pink ones or the pink and black ones, I don't know.

Q: Okay.

A: Like I said, uh, I mean it wasn't daylight; it was dark outside.

Q: Right.

A: So, you know, when you close my truck door, of course the lights are off, so, except for the dash lights.

Q: Right. So, you said you were outside talking and you said you smelled her. Kind of make me, give me a visual picture of how that happened?

A: Of how what happened?

Q: You said you smelled her. Did you – kind of tell me, if you can, just give me a little bit more information on what you do you mean when you say you smelled her?

A: When she got in the truck, she asked me if she smelled like weed. I said no.

Q: Okay. All right. So,

A: You know, I could smell it because usually somebody's that's been smoking weed, I mean, you can smell that stuff when you're walking by them.

Q: Right.

This transcription is essential because, it describe the encounter when Officer Vicknair sexually assaulted the 15-year old victim [redacted] Officer Vicknair also confirms the clothing the victim was wearing. The victim described that she was wearing "pink cut-off shirt with Malibu-CA on the shirt, Medium- White, Red Blue and Tan design night short sets. Officer Vicknair described the clothing as "*she, she wears these different colored clothes; maybe it was the pink ones or the pink and black ones, I don't know.*" Although, Officer Vicknair does not state he actually sexually assaulted the victim while in the Truck. He does say the victim entered his vehicle and he smelled the victim. Vicknair also described how the victim was sitting in the passenger seat of his truck. Vicknair further describes the victim explaining to him that she had sex with a male he knows to be over "50" years old. This information was confirmed in Officer Vicknair interview when he stated to Sergeant Jones "*Uh, mom was asking about, asking me some advice about this guy named Jim that uh, is 50-something years old that she's been in love with and been seeing and on and on and on. Uh, I think the Child Abuse detective that's handling that case, I don't, I honestly don't remember her name. But anyway, uh, she's handling that, that end of it. Uh, the last contact I had with, as far as talking to* [redacted] *was last night. She said she had to go to some kind of forensic interview and she was afraid that they were gonna put Jim in prison. That's, that's the guy's name. I don't know his last name. He's from Florida. She said because her mom overheard her tell her sister that she'd had sex with Jim.*" **It should be noted that at no time did Officer Rodney Vicknair inform either his supervisor, Child Abuse Detective or any other member of the Police Department that 15-year-old [redacted] was having sex with a 50-year-old man.**

Investigating Officer's Initials: ______

Officer Vicknair further describes in his interview, how [redacted] would often post on Snap chat. Vicknair stated to Sergeant Jones,

"*Whether she does or not, I don't know. She asked me to, she asked me when, let's see, when I was at their house, probably not the last time, but the time before that when I was talking to her mom, she said 'do you have Snapchat?' and I said 'no.' And she said 'well add me.' I said, I know how to text and all that, but I don't do Snapchat. She said 'it'll be fun. I'm a text you on that instead of my phone.' Okay. So, I, I download the app. I find her on it and she's posting all these, I guess they call them stories about how uh, she's looking to hang out with people. She's posting pictures of her in her underwear and her bra. And uh, nude photos, but like, the lines are drawn through them, and, and I tell her to quit doing that shit.*

*Well, I mean, it wasn't like full, like, porn; stuff like that, but she's, she's like, in this little bathing suit or her underwear or she's got a towel and she's holding the towel over her breasts but she's sticking her ass out, you know, stuff like that. And I, I, and she's a selfie junkie. Even when I'm there and her mom is standing right there, she's posting, she taking pictures of herself in the mirror to post them to Snapchat. She's advertising for boyfriends from 25 years old, I think, or 20 – 20 or 25 to 60.*"

Officer Vicknair further described in his statement how he hugged [redacted] and kissed her on the cheek. Vicknair also indicated to Sergeant Jones that he told [redacted] she has a nice body, nice figure, including telling the 15-year-old Sexual Assault victim that she "***Had a nice ass.***" During Officer Vicknair statement Officer Vicknair described his conversation with [redacted]

"*Okay. And I want to say it like I want to say it. All right. When she was posting all those things, and I'd tell her, you have a lot going for you. 'no, I don't, I'm so ugly,' blah-blah, 'no man's gon' want me' blah-blah-blah. I'd say [redacted] you got a very pretty face; you got a nice body; a nice ass; you got nice uh family; your mom and you don't get along, but y'all can work on that.' I said, 'you are too pretty; you've got what they call a total package,' I say, 'you go run in these little skimpy ass clothes for all the men to look at your ass.' I said, 'everybody that knows, that rides by, the pictures you post, can see your ass is, you have a nice ass for your age.' So, if that was inappropriate, then so be it. It was inappropriate.*" Sergeant Jones inquired from Officer Vicknair, "Would you be okay with a 53-year-old man telling that to your daughter?" Officer Vicknair responded, "*Um, they have. I, I mean, I don't have a problem with it. It's a compliment.*"

Officer Rodney Vicknair concluded his statement with Sergeant Jones at 3:20a.m. A completed transcribed copy of Officer Vicknair statement will be attached to this investigation as **(EXHIBIT O)**. At the conclusion of Officer Vicknair statement, Officer Vicknair was placed on immediate suspension pending the outcome of the Criminal Investigation **(EXHIBIT P)**. Officer Rodney Vicknair was then transported to the St. Tammany Parish Jail until extradition to Orleans Parish.

On January 13, 2021, Officer Rodney Vicknair informed Sergeant Lawrence Jones that he wished to resign from the New Orleans Police Department prior to the conclusion of this criminal investigation. Sergeant Jones, along with Public Integrity Bureau Sergeants Kimberly Hunt and Candice Preston met with officer Vicknair at 100 Deputy Barton Granier Drive, Laplace, La. 70068.

Investigating Officer's Initials: ____

Officer Vicknair completed an interoffice correspondent form (105) indicating he wish to resign from the New Orleans Police Department effective January 13, 2021, **(EXHIBIT Q)**. Officer Vicknair indicated his reason for resigning was, **"Arrested"**.

After completing the resignation letter. Officer Vicknair acknowledged that he was not forced coerced, or pressured in any way to resign from the New Orleans Police Department. Officer Vicknair then indicated that his resignation was voluntary and of his own free will. Officer Rodney Vicknair then affixed his signature to interoffice correspondent officially resigning from the New Orleans Police Department prior to the completion of the investigation. Sergeant Lawrence Jones affixed his signature as the witness, along with Sergeant Kimberly Hunt. Sergeant Jones then contacted Officer Vicknair District Commander, Captain Lejon Roberts. Sergeant Jones met with Captain Roberts at the First District Station located at 501 N. Rampart Street approximately 6:13p.m. where he reviewed Officer Vicknair resignation. Captain Roberts affixed his signature on the Commanding Officer Line thereby acknowledging the resignation.

Due to the fact Officer Rodney Vicknair resigned prior to the conclusion of this criminal investigation Sergeant Jones did not complete a DISPOSITION Letter.

## Witnesses

1. **Andria Wright Children's Bureau of New Orleans, (Reporting person).**
2. **Reign [redacted] (Victim's Mother)**
3. [redacted] **(Victim)**

## Credibility Assessment

[redacted] - [redacted] was deemed to credible because her statement remained consistent throughout the investigation. [redacted] also provided Sergeant Jones with a substantial evidence that was placed into an arrest warrant. The warrant was later reviewed by a Magistrate Commissioner and signed. Indicating probable cause was present to arrest Officer Rodney Vicknair.

**Reign [redacted] -** Reign [redacted] was also deemed to be credible because she indicated in the investigation that she informed her Counselor of the inappropriate photo. Sergeant Jones was able to obtain a copy of the photo which corroborated the description provided by Reign [redacted].

**Andria Wright**- Andria Wright was also deemed to be credible. Andria Wright account of Officer Vicknair inappropriate behavior was confirmed when the 15-year-old victim provided a detail account to the Forensic Interviewer of Officer Vicknair abuse.

**Officer Rodney Vicknair** – No credibility assessment was giving to officer Vicknair because he resigned prior to the conclusion of the investigation.

Investigating Officer's Initials: ____

## Summary

On Tuesday, September 22, 2020, Sergeant Lawrence Jones, assigned to the New Orleans Police Department Public Integrity Bureau, began a sexual assault investigation involving a 15-year-old girl and a New Orleans Police Officer Rodney Vicknair (W/M, DOB [redacted] 1966). The investigation unfolded as follows.

On Friday, September 25, 2020, the 15-year-old victim was interviewed at Children's Hospital Child Advocacy Center where she discloses Vicknair was the first responding officer to her sexual assault investigation. The teen stated Vicknair transported she and her mother to Children's Hospital for a sexual assault examination. Vicknair then befriended the known 15-year-old female and began to communicate with her via telephone and social media.

The 15-year-old victim disclosed that Vicknair often grabbed her but when he hugged her. On one occasion, Vicknair stated to the 15-year-old girl, "You have a Nice Ass." The victim disclosed she sent Vicknair pictures of her wearing a bikini and a bodysuit via Snapchat. The victim stated Vicknair told her how "hot" she was, and he would get an erection when viewing her pictures.

The victim stated on September 23, 2020, Vicknair arrived at her residence located in Orleans Parish, called her to his truck, where Vicknair put his hands under the shirt of the 15 years of age victim and touched her bare Breast with his hands. The teenaged victim disclosed she entered the truck where Vicknair asked the victim if he could have her underwear while sitting inside his vehicle. The victim stated Vicknair told her that he would wrap her underwear around his penis and masturbate. The 15-year-old child victim stated while sitting in the truck Vicknair digitally penetrated her vagina with his finger. When the encounter ended, Vicknair penetrated her vagina again then said to her, "One more taste," then licked his fingers. Vicknair would often ask the teenager to send him inappropriate pictures of her on several occasions and would ask her to engage in sexual intercourse with him.

Officer Rodney Vicknair (W/M, DOB [redacted] 1966) befriended a teenage girl, who was a victim of a sexual assault, called the 15-year-old victim to his car, rubbed her breast then inserted his fingers into her vagina. Vicknair also requested inappropriate pictures of the child and requested to engage in sexual intercourse with her.

With the evidence obtained throughout this investigation Sergeant Jones was able to determine by a preponderance of evidence that Senior Police Officer Rodney Vicknair did not violate any rules and regulations of the New Orleans Police Department.

## Training, Tactical, and/or Policy Recommendations

Senior Police Rodney Vicknair resigned from the New Orleans Police Department prior to the completion of the investigation; therefore, there was no need for additional training or changes in policy, tactics, or training.

Investigating Officer's Initials: [initials]

## Disciplinary Recommendations

### Senior Police Officer Rodney Vicknair

**Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:43.1- Relative to Sexual Battery……………………………………………………………………………………………R.U.I. SUSTAINED.**
*Sexual battery is the intentional touching of the anus or genitals of the victim by the offender using any instrumentality or any part of the body of the offender.*
**Sergeant Lawrence Jones investigation proved that beyond a preponderance of evidence Officer Rodney Vicknair violated this rule when he placed his fingers into the Vagina of a 15-year-old girl.**

**Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:81Relative to Indecent Behavior with Juveniles……………………………………………………………………………………R.U.I. SUSTAINED.**
*Any lewd or lascivious act upon the person or in the presence of any child under the age of seventeen, where there is an age difference of greater than two years between the two persons.*
**Sergeant Lawrence Jones investigation proved that beyond a preponderance of evidence Officer Rodney Vicknair violated this rule when Officer Rodney Vicknair a 53-year-old man performed a lewd and lascivious act when he touched the 15-year-old victim on the breast and placed his fingers inside of her Vagina.**

**Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:134 Relative to Malfeasance in Office……………………………………………………………………………………………R.U.I. SUSTAINED.**
*Intentionally refuse or fail to perform any duty lawfully required of him, as such officer or employee; or Intentionally perform any such duty in an unlawful manner.*
**Sergeant Lawrence Jones investigation proved that beyond a preponderance of evidence Officer Rodney Vicknair violated this rule when Officer Rodney Vicknair used his position as a public employee to befriend a 15-year-old victim after transporting her to Children's Hospital to have a sexual assault kit completed. Officer Vicknair also failed to perform his lawfully required duty as a New Orleans Police Officer when later sexually assaulted the victim, by placing his fingers in her vagina.**

Senior Police Officer Rodney Vicknair may have also violated Rule IV of the Civil Service Rules for the City of New Orleans, Relative to Maintaining Standards of Service.

Respectfully Submitted,

Sergeant Lawrence Jones
Public Integrity Bureau

Investigating Officer's Initials: ______

# EXHIBITS

4. **Exhibit "A"** - P.I.B. Case Investigation Transmittal, Control Tracking Number 2020-0484-P.

5. **Exhibit "B"** - Initiation of a Formal Disciplinary Investigation Form Control Tracking Number 2020-0484-P, three (3) pages, original.

6. **Exhibit "C"** - P.I.B. Initial Intake Form (230) for Commendation, Complaint, or Documentation of Minor Violation, three (3) pages, original.

7. **Exhibit "D"** – One (1) CD which contained Reign [redacted] Interview with Sergeant Lawrence Jones.

8. **Exhibit "E"** – Depiction of Seductive photo of [redacted] and Officer Rodney Vicknair.

9. **Exhibit "F"** - CD Containing Video provided by [redacted] on 9-23-2020.

10. **Exhibit "G"** – Incident Report for item E-32154-20, date was May 26, 2020, and the signal, (42) First Degree Rape. The initial investigation Vicknair was dispatched to.

11. **Exhibit "H"** - CD of Rodney Vicknair and Curtis Carkum, Body Worn Camera video for Item E-32154-20, Date may 26, 2020.

12. **Exhibit "I"** - CD of Forensic Interview of [redacted]. With the Child Advocacy Center.

13. **Exhibit "J"** – CD of Control call with [redacted] and Officer Rodney Vicknair.

14. **Exhibit "K"** – Central Property and Evidence Receipt for [redacted] Sexual Assault Examination Kit performed by the Child Advocacy Center. This kit also included the clothes worn by [redacted] during the Sexual Assault.

15. **Exhibit "L"** - Officer Rodney Vicknair Arrest warrant signed by the Honorable Magistrate Commissioner Albert Thibodeaux on September 25, 2020.

16. **Exhibit "M"** - Compliant close out letter for Ms. Andria Wright. Two (2) pages original.

Investigating Officer's Initials: N

**14. Exhibit "N"-** Miranda Rights Form. Signed by Officer Rodney Vicknair.

**15. Exhibit "O"-** A completed transcribed copy of Officer Vicknair statement

**16. Exhibit "P"-** Officer Rodney Vicknair immediate suspension Notification. Two (2) pages copied.

**17. Exhibit "Q"-** Rodney Vicknair Resignation Letter. Signed on January 13, 2021.

**18. Exhibit "R"-** New Orleans Police Department Introduction letter. One page copied.

Investigating Officer's Initials: ____

2020-0484-P

CONCUR / DOES NOT CONCUR

Lt. D. Watson 2-19-21

Lieutenant Darryl Watson
Public Integrity Bureau
Criminal Investigations Section - Supervisor

CONCUR / ~~DOES NOT CONCUR~~

Capt. Sabrina Richardson

Captain Sabrina E. Richardson 3-8-21
Public Integrity Bureau

CONCUR / DOES NOT CONCUR

3-11-21

Deputy Chief Arlinda P. Westbrook
Public Integrity Bureau

CONCUR / DOES NOT CONCUR

3-11-21

Shaun D. Ferguson
Superintendent of Police