UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SHAUN FERGUSON'S AND THE CITY OF NEW ORLEANS' MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Defendants Shaun Ferguson and the City of New Orleans (the "Defendants") who respectfully move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. As explained in the accompanying memorandum, Plaintiff is unable to establish the essential elements of her *Monell* claim. In addition, Plaintiff is unable to establish the essential elements of her remaining claims.

In support, Defendants provide a memorandum in support and the following exhibits:

Exhibit 1 -   Affidavit of Lieutenant Lawrence Jones

Exhibit 2 – Deposition transcript of Captain Bruce Haney, taken on January 10, 2024

Exhibit 3 – Excerpts of deposition transcript of Rodney Vicknair, taken on June, 9 2023

Exhibit 4 – Deposition transcript of Lieutenant Nicole Powell, taken on January 10, 2024

Exhibit 5 – Deposition transcript of Captain Precious Banks, taken on January 10, 2024

Exhibit 6 – Trip Sheets, 5/26/2020, CNO 0735-38

Exhibit 7 – Experts of deposition transcript of G.H., taken November 15, 2023

Exhibit 8 – Affidavit of Sergeant David Barnes

Exhibit 8a – NOPD Operations Manual Ch. 42.2

1

Exhibit 8b - NOPD Operations Manual Ch. 42.2.1

Exhibit 8c - NOPD Operations Manual Ch. 42.17

Exhibit 8d - NOPD Operations Manual Ch. 44.1

Exhibit 8e - NOPD Operations Manual Ch. 55.1

Exhibit 8f - NOPD Operations Manual Ch. 33.1 (Eff. 6/18/2017)

Exhibit 8g - NOPD Operations Manual Ch. 32.1

Exhibit 8h - NOPD Operations Manual Ch. 35.1.9

Exhibit 8i - NOPD Operations Manual Ch. 31.1 (Eff. 4/28/2019)

Exhibit 9 – Affidavit of Sergeant Kimera Duffeal

WHEREFORE, the City Defendants pray that this Motion be granted and Plaintiff' claims against the City Defendants be dismissed, with prejudice, and at Plaintiffs' costs.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov
*Counsel for Shaun Ferguson and the City of New Orleans*

2