UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STATEMENT OF UNCONTESTED MATERIAL FACTS

Shaun Ferguson and the City of New Orleans in the above referenced matter submit the following statement of uncontested material facts in support of their Motion for Summary Judgment:

1. NOPD has never had a policy that established, condoned, ratified or encouraged sexual violence against women or children.[1]

2. From 2007 to September 25, 2020, Mr. Vicknair worked for the New Orleans Police Department ("NOPD") as a police officer.[2]

3. Prior to being employed, Mr. Vicknair submitted an application and underwent a rigorous background check.[3]

4. Nothing in Mr. Vicknair's background check indicated that Mr. Vicknair had committed any act of sexual assault upon a child or woman, which would have automatically caused him to be rejected.[4]

---

[1] Exhibit 2, Deposition of Bruce Haney; Exhibit 4, Deposition of Nicole Powell; Exhibit 5, Deposition of Precious Banks; Exhibit 8, Affidavit of David Barnes, Exhibits 8a–8i (NOPD policies relating to sexual violence, employee hiring and retention).
[2] Exhibit 3, Excerpts of the Deposition of Rodney Vicknair (Vicknair Deposition), pp. 64:19-22, 65:6-9.
[3] Exhibit 4, Deposition transcript of Lieutenant Nicole Powell ("Powell Deposition"), pp. 9:15-23.
[4] *Id.*, 33:23 – 34:22.

1

5. Mr. Vicknair had a previous charge of simple battery on his record, which was expunged; NOPD considered this charge and approved Mr. Vicknair's hire.[5]

6. During his tenure at NOPD, Mr. Vicknair received annual training on child abuse and child abuse investigations, sexual assault and investigations, and community policing.[6]

7. NOPD has policies and regulations concerning response to and investigation of sexual crimes.[7]

8. All NOPD officers receive annual training concerning response to and investigation of sexual crimes.[8]

9. During his tenure with the NOPD, Mr. Vicknair undertook an additional 40 hour training regarding crisis intervention that resulted in his receiving a certification in crisis intervention.[9]

10. During his tenure with the NOPD, Mr. Vicknair undertook an additional 40 hour training curriculum and additional supervisory evaluation that resulted in his becoming qualified to be designated as a field training officer.[10]

11. Mr. Vicknair's discipline history does not include any allegations of sexual misconduct.[11]

12. NOPD had no notice that Mr. Vicknair was a risk to sexually assault a minor or a woman.[12]

---

[5] *Id*. 34:23 – 36:8.
[6] Exhibit 2, Excerpts of the Deposition of Captain Bruce Haney (Haney Deposition), p. 20:13 – 22:6.
[7] See Exhibit 8, Affidavit of Sergeant David Barnes, ¶ 1 and Exhibits 8a – 8i, attached thereto.
[8] Exhibit 2, (Haney Deposition), pp. 20:13 – 22:6.
[9] Exhibit 2, pp. 22:7 – 23:9.
[10] Exhibit 2, pp. 23:24 – 26:7.
[11] Exhibit 5, Deposition of Capt. Precious Banks ("Banks Deposition), pp. 24:12 – 26:5.
[12] Exhibit 5, Deposition of Capt. Precious Banks ("Banks Deposition), pp. 24:12 – 26:5.

13. On May 26, 2020, Mr. Vicknair and two other NOPD officers responded to a call at G.H.'s residence because G.H., a 14 year-old girl, had been sexually assaulted by a 17 year-old male overnight visitor to G.H.'s residence.[13]

14. As part of that call, Mr. Vicknair and his partner, also an NOPD officer, transported G.H. and her mother to Children's Hospital for an interview and evaluation.[14]

15. Over the next four months, unbeknownst to NOPD, Mr. Vicknair developed an inappropriate relationship with G.H.

16. Mr. Vicknair's relationship with G.H. entailed social media and telephone communications of a sexual nature, G.H.'s transmittal of sexual pictures to Mr. Vicknair's telephone, and visits, both while he was on-duty and off-duty, to G.H.'s residence at various times, while G.H.'s mother was present or nearby.[15]

17. On September 21, 2020, G.H.'s counselor relayed to NOPD concerns of G.H.'s mother regarding Mr. Vicknair's relationship with G.H.[16]

18. On September 21, 2020, G.H.'s mother met with Lieutenant Lawrence Jones of the NOPD's Public Integrity Bureau, that three incidents regarding Mr. Vicknair concerned her: (1) Mr. Vicknair shouted "nice ass" at G.H. while she was jogging; (2) Mr. Vicknair showed up at G.H.'s residence unannounced at night, entered G.H.'s bedroom with the mother, and stared at G.H.'s breast when G.H. was awakened; and (3) Mr. Vicknair took a picture with G.H in which he was hugging G.H. from behind.[17]

19. On September 23, 2020, Mr. Vicknair sexually assaulted Plaintiff.

---

[13] Exhibit 6 and 9, NOPD trip sheets of NOPD officers of First District, 2nd Platoon ("Trip Sheets"), CNO 735-738.
[14] Exhibit 6 and 9 (Trip Sheet), CNO 735.
[15] Doc. 97-1 (manually attached) (G.H. Forensic Interview), time stamp 14:25 – 15:15, 15:35 – 18:15, 18:44 – 20:29, 27:05 – 27:55, 28:10- 29:15.
[16] Exhibit 1 (Jones Affidavit), ¶ 5.
[17] Exhibit 1 (Jones Affidavit), ¶ 6.

20. The September 23, 2020, assault occurred soon after 11:00 p.m., after Mr. Vicknair's workday ended, while Mr. Vicknair was out of uniform, in Mr. Vicknair's personal vehicle.[18]

21. On September 23, 2020, when he sexually assaulted Plaintiff, he was not conducting any NOPD business or exercising any NOPD duties.[19]

22. At the time Mr. Vicknair encountered G.H. on the night of September 23, 2020, Vicknair was off-duty, out of uniform, and had driven his personal vehicle to G.H's residence.[20]

23. G.H. reported Mr. Vicknair's actions to NOPD on Friday September 25, 2020. In a forensic interview at Children's Hospital on that date, G.H. reported that Mr. Vicknair put his finger inside her vagina twice while she was in Mr. Vicknair's truck.[21]

24. On September 25, 2020, G.H. reported to law enforcement that Mr. Vicknair sexually assaulted her only once, on September 23, 2020.[22]

25. At the time Mr. Vicknair encountered G.H. on the night of September 23, 2020, Vicknair was off-duty, out of uniform, and had driven his personal vehicle to G.H's residence.[23]

26. G.H. reported Mr. Vicknair's actions to NOPD on Friday September 25, 2020.

---

[18] Exhibit 7, Excerpts of transcript of Deposition of G.H. taken November 15, 2023 ("G.H. Depo."), pp. 226:5 – 231:12. See also, Doc. 97-1 (manually attached), time stamp 9:45 – 12:40 (G.H. describes the sexual assault), 29:30 – 30:10 and 39:15-39:40 (stating that Vicknair never touched her while inside of a NOPD police vehicle); and Exhibit 9, Affidavit of Kimera Dufeal and CNO 3305 (Mr. Vicknair's trip sheet dated September 23, 2020, reporting his shift completion as 11:00 a.m.).
[19] Doc. 97-1 (manually attached) (Forensic Interview of G.H.), time stamp 9:45 - 10:15; Exhibit 2 (Vicknair Deposition), 28:23-29:2.
[20] Doc. 97-1 (manually attached) (Forensic Interview of G.H.), time stamp 9:45 - 10:15; Exhibit 2 (Vicknair Deposition), 28:23-29:2.
[21] Exhibit 1 (Jones Affidavit), ¶ 8; Exhibit 9, Affidavit of Kimera Dufeal and CNO 3305 (Mr. Vicknair's trip sheet dated September 23, 2020, reporting his shift completion as 11:00 a.m.).
[22] Doc. 97-1 (manually attached) (G.H. Forensic Interview), time stamp 12:50-13:10, 14:05-18:15, 29:30-30:10.
[23] Doc. 97-1 (manually attached) (Forensic Interview of G.H.), time stamp 9:45 - 10:15; Exhibit 2 (Vicknair Deposition), 28:23-29:2.

27. After NOPD received the report of Mr. Vicknair's alleged sexual assault, on Friday, September 25, 2020, Vicknair was interviewed by NOPD, arrested, and suspended from employment.[24]

28. Mr. Vicknair resigned from NOPD effective January 13, 2021.[25]

Respectfully submitted,

/s/ *James M. Roquemore*_____
JAMES M. ROQUEMORE (LSB #40035)
Deputy City Attorney
CORWIN ST. RAYMOND (LSB #31330)
Deputy City Attorney
DONESIA D. TURNER (LSB #23338)
City Attorney
1300 Perdido Street
City Hall – Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Fax: (504) 658-9868
james.roquemore@nola.gov
cmstraymond@nola.gov
donesia.turner@nola.gov

*Attorneys for Defendants, City of New Orleans and Shaun Ferguson, Superintendent of the New Orleans Police Department*

---

[24] Ex. 1, ¶ 8 (Jones Affidavit); Exhibit 3 (Vicknair Deposition), pp. 66:1-68:5.
[25] Exhibit 3, p. 65:6-9.