**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAYNE UPTON, individually and     DOCKET NO.
On behalf of her minor
Daughter, G.H.        2:21-cv-407
        Plaintiff,     JUDGE BARBIER
                MAG. ROBY
VERSUS
RODNEY VICKNAIR, SHAUN FERGUSON,
THE CITY OF NEW ORLEANS; DOE
DISTRICT COMMANDER; DOES 1 TO 10;
and XYZ INSURANCE COMPANIES 1 TO 10,

        Defendants.

        DEPOSITION OF THE CITY OF NEW ORLEANS,
through its designated representative, CAPTAIN
BRUCE HANEY, given in the above-entitled cause,
pursuant to the following stipulation, before
Sandra P. DiFebbo, Certified Shorthand Reporter, in
and for the State of Louisiana, at the Office of
the City Attorney, 1300 Perdido Street, City Hall,
Room 5E03, New Orleans, Louisiana, on the 10th day
of January, 2024, commencing at 1:40 PM.

**2**

1 APPEARANCES:
2
3     MOST & ASSOCIATES
      BY: HOPE PHELPS,
4     ATTORNEY AT LAW
      201 St. Charles Avenue
5     Suite 2500, #9685
      New Orleans, Louisiana 70170
6     Representing the Plaintiff
7
8     CITY OF NEW ORLEANS
      LAW DEPARTMENT
9     BY: JAMES ROQUEMORE,
      ASSISTANT CITY ATTORNEY -and-
10    ELIZABETH WEIGAND,
      ASSISTANT CITY ATTORNEY
11    1300 Perdido Street
      Suite 5E03
12    New Orleans, Louisiana 70112
      Representing Shaun Ferguson, the City of
13    New Orleans, DOE District Commander, DOES
      1 to 10 and XYZ Insurance Companies
14    1 to 10
15
16 Reported By:
17
18    Sandra P. DiFebbo
      Certified Shorthand Reporter
19    State of Louisiana
20
21 E X A M I N A T I O N        I N D E X
22                    Page
23 BY MS. PHELPS:            4, 26
24 BY MR. ROQUEMORE:          18, 29
25

**3**

1        S T I P U L A T I O N
2
3        It is stipulated and agreed by and
4  among counsel for the parties hereto that the
5  deposition of THE CITY OF NEW ORLEANS, through its
6  designated representative, CAPTAIN BRUCE HANEY, is
7  hereby being taken pursuant to the Federal Rules of
8  Civil Procedure for all purposes in accordance with
9  law;
10       That the formalities of reading and
11 signing are specifically reserved;
12       That the formalities of sealing,
13 certification, and filing are hereby specifically
14 waived.
15       That all objections, save those as to
16 the form of the question and responsiveness of the
17 answer are hereby reserved until such time as this
18 deposition or any part thereof is used or sought to
19 be used in evidence.
20       * * * * *
21       Sandra P. DiFebbo, Certified Shorthand
22 Reporter, in and for the State of Louisiana,
23 officiated in administering the oath to the
24 witness.
25

**4**

1        CAPTAIN BRUCE HANEY, having been first
2  duly sworn, was examined and testified on his
3  oath as follows:
4  EXAMINATION BY MS. PHELPS:
5  Q.  Good afternoon, Captain Haney.
6  A.  Good afternoon, ma'am.
7  Q.  My name is Hope Phelps.  I'm the attorney
8  for G████ H████.  Do you know what case you are
9  here for?
10 A.  I have an idea of it.  It is something
11 involving former NOPD Officer Rodney Vicknair.
12 Q.  Do you understand it's the civil case,
13 civil lawsuit?
14 A.  Yes.
15 Q.  You understand that you're the witness
16 NOPD has designated to speak for it on a number of
17 topics?
18 A.  Yes, ma'am.
19 Q.  Are you aware that you are made available
20 to represent the knowledge of NOPD on those topics?
21 A.  Yes, ma'am.
22 Q.  When I'm asking a question of you, I'm
23 really asking a question of NOPD.  Do you
24 understand this?
25 A.  Absolutely.  Yes, ma'am.

EXHIBIT

2

Page 5

```
 1    Q.  When you give an answer, you are giving
 2 the answer of NOPD.  Do you understand?
 3    A.  Yes, ma'am.
 4    Q.  When I say you, I am referring to NOPD.
 5 Do you understand?
 6    A.  Yes.
 7    Q.  Unlike a normal deposition, I don't know
 8 is not a sufficient answer, because NOPD has an
 9 obligation to produce someone who does know.  Do
10 you understand?
11    A.  Yes.
12    Q.  When did you begin preparing for this
13 deposition?
14    A.  Say, what, three weeks or more now.  Like
15 in December.  Mid to late December.
16    Q.  How much time would you say you spent
17 preparing for this?
18    A.  Give or take in sessions, maybe an hour
19 or two hours.
20    Q.  Was anyone with you while you were
21 preparing?
22    A.  No.
23    Q.  Did you review any documents to prepare
24 for this deposition?
25    A.  Yes.
```

Page 6

```
 1    Q.  Which documents?
 2    A.  The NOPD Academy training records which
 3 are stored in our Learning Management System.
 4    Q.  I'm going to show you a copy of the
 5 notice of the deposition for today.  Have you seen
 6 this document before?
 7    A.  I can't say that I have.
 8    Q.  This is just the notice of the 30(b)(6)
 9 deposition for today.  It's January 10th starting
10 at 10:00 AM, right?
11    A.  Okay.
12    Q.  Your attorney has told me that you are
13 prepared to speak on Topics 1, Subsection 3.  Go to
14 the next page.  Is that correct?
15    A.  So I can speak on -- anything related to
16 training I can relate to.
17    MR. ROQUEMORE:
18       So just for specification, the Topic
19       1, Subparagraph 3 is the training
20       history on sexual assault, child abuse,
21       crisis intervention, and community
22       policing tactics.  I believe that
23       Captain Haney will testify on that.  Is
24       that correct?
25    THE WITNESS:
```

Page 7

```
 1       Yes.
 2 BY MS. PHELPS:
 3    Q.  During his deposition --
 4    MR. ROQUEMORE:
 5       Hold on.  He is also going to be --
 6       he is able to testify as to Topic 3
 7       insofar as it relates to training.
 8    THE WITNESS:
 9       Correct.
10    MR. ROQUEMORE:
11       If you look at Topic 3, there is a
12       number of policies listed.  The academy
13       does train on policies, so he can speak
14       to that.
15 BY MS. PHELPS:
16    Q.  During his deposition, Vicknair testified
17 -- I'll represent -- I don't have it in front of
18 me.  Vicknair testified that he was not aware that
19 child abuse victims or victims of sexual assault
20 are likely to bond with the first officer they
21 encounter on the scene.  What training does NOPD
22 provide officers on the likelihood and the risk of
23 victims forming these bonding relationships?
24    A.  So every year I can say this to you, that
25 NOPD, in conjunction with members of the Child
```

Page 8

```
 1 Advocate Center, work collaboratively to present
 2 in-service training to officers.  It's part of our
 3 annual master training plan.  We roll out sexual
 4 assault training.  That's one portion, and a
 5 specifically designated portion for child abuse
 6 training.  So you would have to give me the years
 7 that Rodney Vicknair has been on the job.  I have
 8 been in some way, shape, or form associated with
 9 the academy in either my current status as the
10 commander or the assistant commander with only a
11 slight break for maybe a year from 2021 to -- from
12 January 2021 to -- I went back in April of 2022.
13 And even then, I was part of a training plan for
14 that previous year.  I say all of that to say this.
15 There has always been, what I mentioned to you
16 before, a component of child abuse training or
17 sexual assault training.
18       As to the topic of bonding, how do they
19 bond to them, I can't say that that would be
20 specific.  I know that they would have information
21 in that training talking about the neurotrauma, the
22 neurobiological trauma that sexual assault victims
23 or survivors go through and how individuals
24 encountering those survivors should deal with them.
25    Q.  Are officers trained that if they see odd
```

9

1  or inappropriate behavior with a child that they
2  should report it?
3      A.  We are first reporters, so first
4  reporters, just like mandates are for educators and
5  everything else, yes.  I think that's an obligation
6  that we have.  That is actually embedded, if not in
7  our in-service training component, definitely as
8  you go through academy training, more rigorous and
9  more robust.  But, yes, I would say that, yeah,
10  there is some training that has been provided that
11  if you identify anything that seems unright, you
12  have an obligation to investigate or at least
13  document, if required.
14      Q.  Are officers trained that if they witness
15  another officer behaving inappropriately,
16  unprofessionally, or violating NOPD policy, that
17  they should report it?
18      A.  Yes.
19      Q.  So if other officers witnessed Vicknair
20  behaving inappropriately, unprofessionally, or
21  violating NOPD policy, then they should have
22  reported it?
23      A.  Per our departmental policy, per the
24  police policy, any misconduct should be reported.
25  Now, we have evolved as a department, and I think

10

1  it's great.  We have the -- we now -- it's called
2  Active Bystander Leadership, ABLE and EPIC
3  programs.  So these are trainings that have been in
4  place for a while.  It actually gives you duty to
5  intervene.  We've embedded this as part of our
6  training.  You must intervene.  Some interventions
7  can be minor, some major.  We know that we have to
8  report on it, yes, part of our pillars of our
9  training at the academy with the New Orleans Police
10  Department.
11      Q.  Are you familiar with NOPD's training on
12  community policing?
13      A.  One of our -- again, one of our pillars.
14  The consent decree lines out specific topical areas
15  that we have to cover.  We cover community
16  policing, as I mentioned before, child abuse and
17  sexual assault.  Those are given on an annual
18  basis.  So you may not get the same topic every
19  year, but we're building on topics that you
20  receive.  So every year you are going to receive
21  some training on community collaboration, community
22  engagement, child abuse, use of force, sexual
23  assaults.  One of the other pillars, to a degree,
24  we have the discipline matrix.  That goes -- for an
25  officer, and I want to be honest.  Officers, they

11

1  may get it when there is a need assessment that
2  comes up.  Supervisors get it every year.
3  Specifically, I want to make sure I'm clear.  I'm
4  speaking about the misconduct training, that is.
5      Q.  Would you agree that when officers are in
6  the field, in practice, sometimes they have
7  confidential informants, people in the community
8  who give them information privately?
9      A.  Yeah, but I do believe that that happens,
10  but I know there is also policies governing how
11  that should take place as well.  So if I could,
12  that means I just can't arbitrarily go and make
13  somebody a confidential informant, particularly, as
14  relates to what the department or -- the department
15  will recognize as a formal confidential informant.
16      Q.  Do officers receive training on how to
17  interact with confidential informants?
18      A.  That will probably be a specialized
19  training.  I can't say that in my years, and I have
20  given you how long I've been there, that that is
21  something that we've had.  And, again, training is
22  driven by what the consent decree requires and what
23  our training needs assessment.  There are many
24  things that an officer should be receiving training
25  on, but we use what is called a trainee's

12

1  assessment.  It's prioritized by what is driven by
2  policy, safety issues, and, of course, the consent
3  decree, and major topics of concern.
4      Q.  So are there any NOPD trainings on how to
5  interact with confidential informants who are
6  underage?
7      A.  None that I know of.
8      Q.  What training do officers receive on
9  completing trip sheets specifically with regard to
10  accuracy and truthfulness?
11      A.  So to address the latter part of what you
12  are saying, accuracy and truthfulness is one of the
13  statements that we've been dealing with for quite
14  awhile now.  That is embedded in what we believe
15  and do.  I think it was a phrase that was quoted by
16  former Superintendent Serpas that has resonated.
17  You know, you lie, you die.  So honesty in your
18  spoken and written word is a must, and that is one
19  of the pillars -- there is a few things that can
20  get you fired with the first offense, and having a
21  false or inaccurate report or being untruthful in
22  your statement or writing is one of those things.
23  To answer your question as it relates to training
24  on trip sheets, once an individual gets out of the
25  academy, there is little to no training on trip

13

1  sheets, but I will say this. No formal training on
2  trip sheets, because trip sheets are to be turned
3  in on a daily basis, so they go under supervisory
4  review daily.
5      Q. Is anyone trained to -- is a supervisor
6  trained to flag it if an officer is repeatedly
7  making trips to the same address?
8      A. That's more of a supervision question.
9  That should be a -- that will be more of a
10 supervisory concern, because that is what is one of
11 the things we're under the consent decree for,
12 close and effective supervision. So if, in fact,
13 someone is turning in a trip sheet that has a
14 location that seems familiar, I think that a
15 supervisor should be, you know, checking that,
16 seeing what is going on at this location.
17     Q. What should a trainee do if their field
18 training officer directs them to enter false
19 information on a trip sheet?
20     A. So that is something -- false
21 information, as I mentioned before. False
22 information, truthfulness, honesty, those are
23 fireable offenses. A trainee should report that
24 immediately.
25     Q. What changes to training have occurred to

14

1  avoid another Rodney Vicknair?
2      MR. ROQUEMORE:
3          Objection. Form. Do you understand
4      the question?
5      THE WITNESS:
6          Not really.
7      MS. PHELPS:
8          I'll rephrase it.
9      MR. ROQUEMORE:
10         Let her rephrase it.
11 BY MS. PHELPS:
12     Q. Have there been any changes to NOPD's
13 training in response to and since Rodney Vicknair's
14 arrest?
15     A. So now I guess can I ask a question?
16     MR. ROQUEMORE:
17         If you don't understand the
18     question, you can --
19     THE WITNESS:
20         Yeah.
21     MR. ROQUEMORE:
22         If you understand the question,
23     answer the question, but if you are
24     still unsure --
25     THE WITNESS:

15

1          I have to put it in context here.
2      MR. ROQUEMORE:
3          Do your best.
4      THE WITNESS:
5          I don't know all the details of why
6      Rodney was arrested other than what was
7      placed out in the news. Okay. And
8      that will be speculation, so that's why
9      I wanted to ask can you give me the
10     details on what he was --
11     MR. ROQUEMORE:
12         I'll object to the point -- to the
13     extent that it's beyond the scope, but
14     I'm certainly not precluding him from
15     giving an answer within his area of
16     expertise.
17     THE WITNESS:
18         So to answer, and I will. We teach
19     ethical policing every day. All of our
20     training have a tenet on including and
21     engaging the community and looking for
22     positive outcomes. Police officers,
23     unlike citizens, have direct knowledge
24     of the law, and there is a phrase
25     that's often used by police officers.

16

1      Ignorance of the law is no excuse. We
2      expect for members of the New Orleans
3      Police Department to know the law.
4      There is no way they are going to know
5      all the laws, but felony offenses,
6      there should be a level of familiarity
7      with such cases.
8          So with programs like ABLE, EPIC,
9      we're always preaching wellness and
10     trying to find preindicators of
11     individuals that are dealing with
12     things. So I'm not directly answering
13     your question, but I would say yes,
14     we're always evolving to put out a
15     better officer, to provide better
16     training, to ensure that we are looking
17     out for preindicators that individuals
18     are dealing with things. Just like I
19     mentioned those other pillars, wellness
20     is part of one of the pillars that we
21     have on there.
22         So it's not a direct answer, I don't
23     think, but, yes, I think we are always
24     -- we always have been, and we always
25     are lifting the bar to make sure that

**17**

```
 1        we are engaging or putting out training
 2    that's engaging to not allow things
 3    like this to happen where someone can
 4    actually pick up on something like
 5    this, perhaps.
 6  BY MS. PHELPS:
 7    Q.   When you say preindicators, in the
 8  context of training to identify or recognize
 9  predatory or specifically sexually predatory
10  behavior, is that -- are there preindicators for
11  that?
12    A.   You would have to be -- for the record, I
13  actually am a former child abuse investigator.
14  You'd have to have specialized training for that.
15  You would have to have some sort of specialized
16  training.  Not even a novice police officer would
17  know those things.  When I say preindicated
18  behaviors, I'm talking about -- just to put it into
19  context, you mentioned numerous listings of an
20  address on there.  Well, that's a flag right there.
21  So a supervisor should maybe be looking into that
22  to see what is going on here.  Maybe then we can
23  discover different things from that.  Maybe there
24  is nothing.  Maybe it is something.
25    Q.   Are there any other preindicators that
```

**18**

```
 1  you could think of, indicators that an officer,
 2  like, say, Rodney Vicknair --
 3    A.   Without having any particulars of what
 4  took place, what the actions are, I can't
 5  intelligently respond to that or accurately respond
 6  to that.
 7    MS. PHELPS:
 8        Those are all my questions.  I
 9    appreciate your time here today.
10  EXAMINATION BY MR. ROQUEMORE:
11    Q.   Captain Haney, I just have a couple of
12  questions.  I wanted to, I guess, flesh out your
13  background.  So you are a -- your name is Captain
14  Bruce Haney, right?
15    A.   Yes, sir.
16    Q.   How long have you worked for the NOPD?
17    A.   24 years.
18    Q.   Currently, what is your position?
19    A.   I am the captain of the police training
20  academy.
21    Q.   With respect to the police training
22  academy, are you the top officer?
23    A.   I am the administrator of the academy,
24  yes.
25    Q.   And you are familiar with the -- tell me
```

**19**

```
 1  what familiarity you have with the training aspects
 2  that NOPD officers have.
 3    A.   So I am actually directly involved in the
 4  production or putting together the training for in-
 5  service and recruit training on an annual basis.
 6  This is done the prior year just like to make --
 7  for instance, for this current year, 2024, just to
 8  give you an example, we submitted to the
 9  superintendent of police all of the training we
10  propose to have in 2024 in August of 2023, and that
11  is driven by what is called a needs assessment.  We
12  have a curriculum director.  He meets with various
13  people within the department, other governmental
14  agencies, the district attorney's office, community
15  groups, to collaborate to find out what training --
16  what areas that we need to address for training to
17  make us a better department.
18    Q.   Have you had any specialized training
19  with regard to the curriculum necessary for an
20  effective police department?
21    A.   I have a curriculum director that reports
22  to me that I rely on for that.
23    Q.   That curriculum director, what is that
24  person's qualifications?
25    A.   He is a former chief of police.  Dwayne
```

**20**

```
 1  Johnson.  He is currently right now the curriculum
 2  director, and he is serving as the civilian academy
 3  administrator in a quasi-role until we hire
 4  somebody for that position.
 5    Q.   So with respect to Rodney Vicknair, did
 6  you have an opportunity to look at the training
 7  history for Mr. Vicknair?
 8    A.   Yes, sir.
 9    Q.   You understand that Mr. Vicknair
10  ultimately was charged with and pled guilty to
11  sexually assaulting a minor?  You understand that?
12    A.   Yes, sir.
13    Q.   With regard to the training provided to
14  Officer Vicknair, what training did he receive that
15  is relevant to that action?
16    A.   As I mentioned to the previous attorney,
17  on an annual basis, that is one of our key topics,
18  to have training on child abuse, child abuse
19  investigations.  It is geared towards patrolmen,
20  right.  So policy drives our training.  Our
21  training is driven by policy.  That's one of the
22  things we consider when we do the training
23  assessment.  So for patrolmen, there is going to be
24  certain things that they're expected to do, and
25  it's limited what we want them to do as patrolmen,
```

21

1   because we want the trained up or the people that
2   are subject matter experts, if you would, in the
3   field of child abuse investigations to conduct a
4   more thorough investigation.  So there are
5   guidelines and parameters that are set up by policy
6   that states what a responding patrolman should do
7   when he encounters a victim or a potential victim
8   of a sexual assault.
9        Q.  So I understood your testimony to be that
10  every year every officer receives training on child
11  abuse and investigation; is that right?
12       A.  That's correct.
13       Q.  And based upon your review of the record,
14  did Mr. Vicknair receive that training?
15       A.  Yes, sir.
16       Q.  And I understand your testimony to be
17  that every year all officers receive training on
18  sexual assault and investigation; is that right?
19       A.  Yes, sir.
20       Q.  And, to your knowledge, looking at
21  Mr. Vicknair's records, did he receive that
22  training?
23       A.  Yes, sir.
24       Q.  And with regard to community policing,
25  how often do officers receive that training?

22

1        A.  Annually.
2        Q.  Every year, right?
3        A.  Yes.
4        Q.  And, to your knowledge, did Officer
5   Vicknair receive training on that?
6        A.  Yes, sir.
7        Q.  Crisis intervention.  That's not a yearly
8   training, is it?
9        A.  So crisis intervention now is a part of
10  our in-service training, that we have a component
11  in it on an annual -- I want to make sure I'm
12  correct.  If it's not annual, it's biannual,
13  however, there are certain officers, and the
14  standard bearer, if you would, the people that put
15  on that training, they want individuals to
16  volunteer to become crisis intervention trained
17  officers.
18       Q.  So they receive additional training?
19       A.  That's a week long -- it is actually a
20  certification.  According to our training
21  transcript on Mr. Vicknair, he actually went
22  through the 40-hour training for crisis
23  intervention, which is -- 40 hours as opposed to
24  maybe an in-service you'd have an hour, an hour a
25  week.  They would get an hour a year as opposed to

23

1   40 hours.  And if I'm not mistaken, and I would
2   have to check with the crisis intervention
3   coordinator, they may have to go through some sort
4   of refresher training.  I'd have to look on that to
5   see at some point in time, but, according, they
6   do -- if you are a CIT certified officer, you go
7   through 40 hours of training.
8        Q.  That's what Vicknair had?
9        A.  According to the training records, yes.
10       Q.  That training and that certification,
11  that would have covered how to appropriately deal
12  with a 14-year-old girl who is dealing with an
13  attempted rape upon her?
14       A.  So it would have dealt with how to deal
15  with a person in crisis.  If you're asking me
16  specifically how to deal with a 14 year old, how to
17  deal with people of all ages that are experiencing
18  crisis.
19       Q.  Have you looked at the -- you're not --
20  are you familiar with any of the events in this
21  case, his response in May of 2020 or what happened
22  later on?
23       A.  No, sir.
24       Q.  Field training.  Officer Vicknair had
25  some special role as being a -- as having other

24

1   officers being a partner in his vehicle.  Is that
2   right? What is that called?
3        A.  If he was a -- field training officer.
4        Q.  Field training officer?
5        A.  Yes.
6        Q.  Was Officer Vicknair designated as a
7   field training officer?
8        A.  According to the records, yes.
9        Q.  What did he have to do to become a field
10  training officer?
11       A.  That's another special certification kind
12  of like in line with -- we went through the crisis
13  intervention training.  You go through 40 hours of
14  training that is set up to actually provide leader-
15  ship.  You know, prepare you to deal with trip
16  sheets, how to deal with subordinates.  Basically,
17  you are a selected supervisor, for lack of better
18  words.  Maybe supervisor is too strong.  When
19  recruits come out of the academy, they are given an
20  experienced training officer to navigate through
21  the -- you know, to navigate and assess their
22  abilities to do the job as a police officer.  So
23  the field training officer, that's what you do.
24       Q.  And in order to receive that designation,
25  are there -- I assume you have to be evaluated and

25

1  reckoned to be an appropriate field training
2  officer; is that right?
3      A.  Yes.  Through the process now, that
4  process is normally done by captains.  Actually, we
5  send out feelers being at the academy.  We ask
6  captains to identify individuals who, through their
7  evaluations and observations, annual evaluations,
8  and the captain's observations, who they deem would
9  be a good candidate to be a field training officer.
10     Q.  When Officer Vicknair received that
11 designation, what were the criteria that he would
12 have had to pass under his supervisor's evaluation?
13     A.  I know that the disciplinary history
14 comes into play on that and not have to have any
15 discipline, that kind of stuff there.  You would
16 have to have a certain number of years and
17 experience on the job, those type things.  That
18 would be some of the requirements that will be
19 needed for that.
20     Q.  Well, Rodney Vicknair, I'll represent,
21 had some discipline on his records, but -- so the
22 -- it's not having no -- are you saying he couldn't
23 have any discipline in order to --
24     A.  There are prescribed times, right.  When
25 you apply for -- I'll give you an example for like

26

1  an academy position.  If you apply for a position
2  at the academy, and this is framed out for the --
3  the FTO may not be as stringent as we are at the
4  academy.  We actually do not have any sustained
5  major complaints.  All right.  Major complaints
6  within a certain prescribed time period before
7  applying.
8      Q.  Do you know how long -- what the time
9  period is?
10     A.  For the academy, it would be a year.  You
11 can't have --
12     Q.  What about for the field training
13 officer?
14     A.  No.  I can't respond to that without
15 looking at that, no.
16     Q.  Fair enough.  Is there anything else you
17 think that you want to add to your deposition
18 before I let you go?
19     A.  I can't think of anything else.
20     Q.  I appreciate your time.
21 BY MS. PHELPS:
22     Q.  I have some follow-up, just a brief
23 follow-up question.  You described a hierarchy of
24 detectives, patrol officers, and patrol officers
25 having these extra credentials, the crisis

27

1  intervention or being a field training officer.  Are
2  child abuse or sexual assault detectives trained to
3  take over a scene and take over all interactions
4  with a victim once they arrive on the scene?
5      A.  That's driven by policy.  I think you can
6  find that in our policy.  Basically, the responding
7  officers, just for the lack of a better word, a
8  reporting officer, if you would, to ensure that the
9  scene is safe for the investigator to come in.  Once
10 that child abuse investigator get there, that case
11 is for that individual.  They take -- pretty much
12 they are the supervisor of that scene.
13     Q.  Is it normal for a child abuse detective,
14 after arriving on the scene, to entrust the victim
15 with a patrol officer for a ride to the hospital
16 and allow that officer to remain alone with the
17 child?
18         MR. ROQUEMORE:
19           Objection to form.  Outside the
20         scope, but you answer, if you know.
21         THE WITNESS:
22           So there was a need for transport.
23         I can't say that that would be
24         something that is not unusual, that you
25         will rely on an officer to transport

28

1         someone to, because you -- to assist
2         you with transporting to a hospital,
3         things like that.  That would be a
4         normal function in, I think, in most
5         parameters or most areas of police
6         work, yes.
7  BY MS. PHELPS:
8      Q.  Would it be unusual to then leave the
9  child entrusted with a patrol officer in the
10 hospital waiting room for up to an hour?
11         MR. ROQUEMORE:
12           Objection.  Same objection.
13         THE WITNESS:
14           I don't see anything unusual with
15         that, if, in fact, that investigator is
16         still on the scene or closing up
17         whatever that on-scene investigation is
18         until he or she may arrive at the
19         hospital.  I'm assuming, normally, in a
20         case like that, that there will be some
21         sort of parental involvement or some
22         guardianship there with that officer.
23         That officer would not be there with
24         that person alone.
25         MS. PHELPS:

---

**29**

1       No further questions.  Thank you.
2 BY MR. ROQUEMORE.
3    Q.  I do have just a follow-up.  A child
4 abuse investigation or a sexual assault
5 investigation, like we had in this case, you
6 mentioned that the patrol officer sometimes comes
7 and makes sure that the scene is safe; is that
8 right?
9    A.  So normally -- I'll let you finish, Jim.
10 I'm sorry.
11    Q.  You said that, right?  Is that correct?
12    A.  Yes.
13    Q.  My question is, generally, is it within
14 the training and the policy, the training as to the
15 policy and practice of the NOPD, that patrol
16 officers sometimes will arrive first on the scene?
17    A.  Yes.
18    Q.  Tell me why that is and what they are
19 supposed to do, according to the proper training.
20    A.  Normally, all calls are going to be
21 dispatched directly to a patrolman before
22 specialized units, such as homicide.  When -- just
23 to give an example.  It is the same protocol that
24 we follow for sexual assault investigation.  A
25 homicide case.  A homicide detective don't go there

**30**

1 first.  The scene has to be made safe first.  So
2 that requires a responding officer there.  Once the
3 responding officer gets there, then the
4 notifications are made to the district -- to the
5 specialized unit, that is, be it homicide, sex
6 crimes, child abuse, or domestic violence, for that
7 matter right there.  So detectives, because we're
8 not -- detectives are not garbed in the NOPD
9 uniform showing that presence of being a law
10 enforcement officer they are coming in a follow-up
11 capacity or role, if you would.
12    Q.  Based on your understanding of the
13 training and the policies of the NOPD, is there any
14 lack of attention given or discounting the need to
15 investigate and prosecute sexual violence against
16 women?
17    A.  Give me that again.
18    Q.  Yeah.  I mean, does the NOPD take
19 seriously allegations of sexual violence against
20 women?
21    A.  Oh, absolutely.  So we take any domestic
22 -- so one thing I was thinking about that I
23 mentioned.  Domestic violence is one of the tenets
24 that we do every year as well.  You are going to
25 get a versed episode, but sexual assault, child

**31**

1 abuse, and domestic violence, and domestic violence
2 can mean man, woman, or what have you, those
3 trainings are implemented every year for a reason
4 so that we can hone in on those things, try and
5 identify things that, hey, this person -- or how
6 you should respond to this person.  What you should
7 or should not be doing when you arrive on the scene
8 as a responding officer.
9      MR. ROQUEMORE:
10        Those are the questions I have.
11      MS. PHELPS:
12        Thank you.
13      [End of deposition, 2:05]
14
15
16
17
18
19
20
21
22
23
24
25

**32**

1        WITNESS CERTIFICATE
2
3
4
5      I, CAPTAIN BRUCE HANEY, have read or
6 have had the foregoing testimony read to me
7 pursuant to Rule 30(e) of the Federal Rules of
8 Civil Procedure and do hereby certify that to the
9 best of my ability and understanding, it is a true
10 and correct transcription of my testimony.
11
12
13 Please check one:
14
    _____ Without corrections
15
16
    _____ With corrections (see errata sheet)
17
18
19
20 _____     _____
   CAPTAIN BRUCE HANEY     Date
21
22
23
24
25

33

```
 1        C E R T I F I C A T E
 2
 3          This certification is valid only for
   a transcript accompanied by my original signature
 4 and original required seal on this page.
 5          I, SANDRA P. DIFEBBO, Certified
   Court Reporter, in and for the State of Louisiana,
 6 as the officer before whom this testimony was
   taken, do hereby certify that CAPTAIN BRUCE HANEY,
 7 after having been duly sworn by me upon authority
   of R.S. 37:2554, did testify as hereinbefore set
 8 forth in the foregoing 32 pages;
 9          That the testimony was reported by
   me in stenotype, was prepared and transcribed by me
10 or under my personal direction and supervision, and
   is a true and correct transcript to the best of my
11 ability and understanding;
12          That the transcript has been
   prepared in compliance with transcript format
13 guidelines required by statute or by rules of the
   board, that I have acted in compliance with the
14 prohibition on contractual relationships as defined
   by Louisiana Code of Civil Procedure Article 1434
15 and in rules and advisory opinions of the board;
16          That I am not related to Counsel or
   to the parties herein, nor am I otherwise
17 interested in the outcome of this matter.
18
19
20
21 _____
   Sandra P. DiFebbo,
22 Certified Shorthand Reporter
23 Date: 1/15/24
24
25
```

**A**

abilities 24:22
ability 32:9 33:11
able 7:6 10:2 16:8
above-enti... 1:17
absolutely 4:25 30:21
abuse 6:20 7:19 8:5,16 10:16,22 17:13 20:18,18 21:3,11 27:2,10,13 29:4 30:6 31:1
academy 6:2 7:12 8:9 9:8 10:9 12:25 18:20,22,23 20:2 24:19 25:5 26:1,2 26:4,10
accompani... 33:3
accuracy 12:10,12
accurately 18:5
acted 33:13
action 20:15
actions 18:4
Active 10:2
add 26:17
additional 22:18
address

12:11 13:7 17:20 19:16
administer... 3:23
administra... 18:23 20:3
advisory 33:15
Advocate 8:1
afternoon 4:5,6
agencies 19:14
ages 23:17
agree 11:5
agreed 3:3
allegations 30:19
allow 17:2 27:16
and– 2:9
annual 8:3 10:17 19:5 20:17 22:11,12 25:7
Annually 22:1
answer 3:17 5:1,2,8 12:23 14:23 15:15,18 16:22 27:20
answering 16:12
APPEARA... 2:1
apply 25:25 26:1
applying

26:7
appreciate 18:9 26:20
appropriate 25:1
appropriat... 23:11
April 8:12
arbitrarily 11:12
area 15:15
areas 10:14 19:16 28:5
arrest 14:14
arrested 15:6
arrive 27:4 28:18 29:16 31:7
arriving 27:14
Article 33:14
asking 4:22 4:23 23:15
aspects 19:1
assault 6:20 7:19 8:4,17 8:22 10:17 21:8,18 27:2 29:4 29:24 30:25
assaulting 20:11
assaults 10:23
assess 24:21
assessment 11:1,23 12:1 19:11 20:23
assist 28:1
assistant 2:9 2:10 8:10

associated 8:8
ASSOCIA... 2:3
assume 24:25
assuming 28:19
attempted 23:13
attention 30:14
attorney 1:21 2:4,9 2:10 4:7 6:12 20:16
attorney's 19:14
August 19:10
authority 33:7
available 4:19
Avenue 2:4
avoid 14:1
aware 4:19 7:18
awhile 12:14

**B**

back 8:12
background 18:13
bar 16:25
BARBIER 1:6
based 21:13 30:12
Basically 24:16 27:6
basis 10:18 13:3 19:5 20:17
bearer 22:14

behalf 1:4
behaving 9:15,20
behavior 9:1 17:10
behaviors 17:18
believe 6:22 11:9 12:14
best 15:3 32:9 33:10
better 16:15 16:15 19:17 24:17 27:7
beyond 15:13
biannual 22:12
board 33:13 33:15
bond 7:20 8:19
bonding 7:23 8:18
break 8:11
brief 26:22
Bruce 1:17 3:6 4:1 18:14 32:5 32:20 33:6
building 10:19
Bystander 10:2

**C**

C 33:1,1
called 10:1 11:25 19:11 24:2
calls 29:20
candidate

25:9
capacity 30:11
captain 1:16 3:6 4:1,5 6:23 18:11 18:13,19 32:5,20 33:6
captain's 25:8
captains 25:4 25:6
case 4:8,12 23:21 27:10 28:20 29:5 29:25
cases 16:7
cause 1:17
Center 8:1
certain 20:24 22:13 25:16 26:6
certainly 15:14
CERTIFI... 32:1
certification 3:13 22:20 23:10 24:11 33:3
certified 1:19 2:18 3:21 23:6 33:5 33:22
certify 32:8 33:6
changes 5:13 14:12
charged 20:10

**Charles** 2:4
check 23:2
  32:13
checking
  13:15
chief 19:25
child 6:20
  7:19,25 8:5
  8:16 9:1
  10:16,22
  17:13
  20:18,18
  21:3,10
  27:2,10,13
  27:17 28:9
  29:3 30:6
  30:25
CIT 23:6
citizens
  15:23
City 1:9,15
  1:21,21 2:8
  2:9,10,12
  3:5
civil 3:8 4:12
  4:13 32:8
  33:14
civilian 20:2
clear 11:3
close 13:12
closing 28:16
Code 33:14
collaborate
  19:15
collaborati...
  10:21
collaborati...
  8:1
come 24:19
  27:9
comes 11:2
  25:14 29:6
coming

30:10
commander
  1:10 2:13
  8:10,10
commencing
  1:23
community
  6:21 10:12
  10:15,21,21
  11:7 15:21
  19:14
  21:24
Companies
  1:10 2:13
complaints
  26:5,5
completing
  12:9
compliance
  33:12,13
component
  8:16 9:7
  22:10
concern 12:3
  13:10
conduct 21:3
confidential
  11:7,13,15
  11:17 12:5
conjunction
  7:25
consent
  10:14
  11:22 12:2
  13:11
consider
  20:22
context 15:1
  17:8,19
contractual
  33:14
coordinator
  23:3

copy 6:4
correct 6:14
  6:24 7:9
  21:12
  22:12
  29:11
  33:10
corrections
  32:14,16
counsel 3:4
  33:16
couple 18:11
course 12:2
Court 1:1
  33:5
cover 10:15
  10:15
covered
  23:11
credentials
  26:25
crimes 30:6
crisis 6:21
  22:7,9,16
  22:22 23:2
  23:15,18
  24:12
  26:25
criteria
  25:11
current 8:9
  19:7
currently
  18:18 20:1
curriculum
  19:12,19,21
  19:23 20:1

**D**

D 2:21
daily 13:3,4
Date 32:20

33:23
**Daughter** 1:5
day 1:22
  15:19
deal 8:24
  23:11,14,16
  23:17
  24:15,16
dealing
  12:13
  16:11,18
  23:12
dealt 23:14
**December**
  5:15,15
decree 10:14
  11:22 12:3
  13:11
deem 25:8
**Defendants**
  1:12
defined
  33:14
definitely 9:7
degree 10:23
department
  2:8 9:25
  10:10
  11:14,14
  16:3 19:13
  19:17,20
departmen...
  9:23
deposition
  1:15 3:5,18
  5:7,13,24
  6:5,9 7:3
  7:16 26:17
  31:13
described
  26:23
designated
  1:16 3:6

4:16 8:5
  24:6
designation
  24:24
  25:11
details 15:5
  15:10
detective
  27:13
  29:25
detectives
  26:24 27:2
  30:7,8
die 12:17
**DiFebbo**
  1:19 2:18
  3:21 33:5
  33:21
different
  17:23
direct 15:23
  16:22
direction
  33:10
directly
  16:12 19:3
  29:21
director
  19:12,21,23
  20:2
directs 13:18
disciplinary
  25:13
discipline
  10:24
  25:15,21,23
discounting
  30:14
discover
  17:23
dispatched
  29:21
district 1:1,2

1:10 2:13
  19:14 30:4
**DOCKET**
  1:4
document
  6:6 9:13
documents
  5:23 6:1
**DOE** 1:9
  2:13
doing 31:7
domestic
  30:6,21,23
  31:1,1
driven 11:22
  12:1 19:11
  20:21 27:5
drives 20:20
duly 4:2 33:7
duty 10:4
**Dwayne**
  19:25

**E**

E 2:21,21
  33:1,1
**EASTERN**
  1:2
educators
  9:4
effective
  13:12
  19:20
either 8:9
**ELIZABE...**
  2:10
embedded
  9:6 10:5
  12:14
encounter
  7:21
encounteri...
  8:24

encounters 21:7
enforcement 30:10
engagement 10:22
engaging 15:21 17:1 17:2
ensure 16:16 27:8
enter 13:18
entrust 27:14
entrusted 28:9
**EPIC** 10:2 16:8
episode 30:25
errata 32:16
ethical 15:19
evaluated 24:25
evaluation 25:12
evaluations 25:7,7
events 23:20
evidence 3:19
evolved 9:25
evolving 16:14
**EXAMIN...** 4:4 18:10
examined 4:2
example 19:8 25:25 29:23
excuse 16:1
expect 16:2
expected 20:24

experience 25:17
experienced 24:20
experiencing 23:17
expertise 15:16
experts 21:2
extent 15:13
extra 26:25

___

**F**

**F** 33:1
fact 13:12 28:15
**Fair** 26:16
false 12:21 13:18,20,21
familiar 10:11 13:14 18:25 23:20
familiarity 16:6 19:1
**Federal** 3:7 32:7
feelers 25:5
felony 16:5
**Ferguson** 1:9 2:12
field 11:6 13:17 21:3 23:24 24:3 24:4,7,9,23 25:1,9 26:12 27:1
filing 3:13
find 16:10 19:15 27:6
finish 29:9
fireable

13:23
**fired** 12:20
**first** 4:1 7:20 9:3,3 12:20 29:16 30:1 30:1
flag 13:6 17:20
flesh 18:12
follow 29:24
follow-up 26:22,23 29:3 30:10
following 1:18
follows 4:3
force 10:22
foregoing 32:6 33:8
form 3:16 8:8 14:3 27:19
formal 11:15 13:1
formalities 3:10,12
format 33:12
former 4:11 12:16 17:13 19:25
forming 7:23
forth 33:8
framed 26:2
front 7:17
**FTO** 26:3
function 28:4
further 29:1

___

**G**

**G.H** 1:5
G████ 4:8
garbed 30:8

geared 20:19
generally 29:13
girl 23:12
give 5:1,18 8:6 11:8 15:9 19:8 25:25 29:23 30:17
given 1:17 10:17 11:20 24:19 30:14
gives 10:4
giving 5:1 15:15
go 6:13 8:23 9:8 11:12 13:3 23:3,6 24:13 26:18 29:25
goes 10:24
going 6:4 7:5 10:20 13:16 16:4 17:22 20:23 29:20 30:24
good 4:5,6 25:9
governing 11:10
governmen... 19:13
great 10:1
groups 19:15
guardians... 28:22
guess 14:15

18:12
guidelines 21:5 33:13
guilty 20:10

___

**H**

H████ 4:8
**Hall** 1:21
**Haney** 1:17 3:6 4:1,5 6:23 18:11 18:14 32:5 32:20 33:6
happen 17:3
happened 23:21
happens 11:9 33:7
hereto 3:4
hey 31:5
hierarchy 26:23
hire 20:3
history 6:20 20:7 25:13
**Hold** 7:5
homicide 29:22,25,25 30:5
hone 31:4
honest 10:25
honesty 12:17 13:22
**Hope** 2:3 4:7
hospital 27:15 28:2 28:10,19
hour 5:18 22:24,24,25 28:10
hours 5:19

22:23 23:1 23:7 24:13

___

**I**

idea 4:10
identify 9:11 17:8 25:6 31:5
**Ignorance** 16:1
immediately 13:24
implemented 31:3
in- 19:4
in-service 8:2 9:7 22:10 22:24
inaccurate 12:21
inappropri... 9:1
inappropri... 9:15,20
including 15:20
indicators 18:1
individual 12:24 27:11
individually 1:4
individuals 8:23 16:11 16:17 22:15 25:6
informant 11:13,15
informants 11:7,17 12:5
information

8:20 11:8
13:19,21,22
insofar 7:7
instance 19:7
**Insurance**
1:10 2:13
intelligently
18:5
interact
11:17 12:5
interactions
27:3
interested
33:17
intervene
10:5,6
intervention
6:21 22:7,9
22:16,23
23:2 24:13
27:1
interventio...
10:6
investigate
9:12 30:15
investigation
21:4,11,18
28:17 29:4
29:5,24
investigati...
20:19 21:3
investigator
17:13 27:9
27:10
28:15
involved
19:3
involvement
28:21
involving
4:11
issues 12:2

**J**
**JAMES** 2:9
**January** 1:23
6:9 8:12
Jim 29:9
job 8:7 24:22
25:17
Johnson 20:1
**JUDGE** 1:6
jut 26:22

**K**
key 20:17
kind 24:11
25:15
know 4:8 5:7
5:9 8:20
10:7 11:10
12:7,17
13:15 15:5
16:3,4
17:17
24:15,21
25:13 26:8
27:20
knowledge
4:20 15:23
21:20 22:4

**L**
**L** 3:1
lack 24:17
27:7 30:14
late 5:15
law 2:4,8 3:9
15:24 16:1
16:3 30:9
laws 16:5
lawsuit 4:13
leader- 24:14
**Leadership**
10:2
**Learning** 6:3

leave 28:8
level 16:6
lie 12:17
lifting 16:25
likelihood
7:22
limited 20:25
line 24:12
lines 10:14
listed 7:12
listings 17:19
little 12:25
location
13:14,16
long 11:20
18:16
22:19 26:8
look 7:11
20:6 23:4
looked 23:19
looking
15:21
16:16
17:21
21:20
26:15
**Louisiana**
1:2,20,22
2:12,19
3:22 33:5
33:14

**M**
**M** 2:21
ma'am 4:6
4:18,21,25
5:3
**MAG** 1:7
major 10:7
12:3 26:5,5
making 13:7
man 31:2
Manageme...

6:3
mandates
9:4
master 8:3
matrix 10:24
matter 21:2
30:7 33:17
mean 30:18
31:2
means 11:12
meets 19:12
members
7:25 16:2
mentioned
8:15 10:16
13:21
16:19
17:19
20:16 29:6
30:23
**Mid** 5:15
minor 1:4
10:7 20:11
misconduct
9:24 11:4
mistaken
23:1

**N**
**N** 2:21,21,21
3:1
name 4:7
18:13
navigate
24:20,21
necessary
19:19
need 11:1
19:16
27:22
30:14
needed 25:19
needs 11:23

19:11
neurobiolo...
8:22
neurotrau...
8:21
nevertheless
23:5
New 1:9,15
1:22 2:5,8
2:12,13 3:5
10:9 16:2
news 15:7
**NOPD** 4:11
4:16,20,23
5:2,4,8 6:2
7:21,25
9:16,21
12:4 18:16
19:2 29:15
30:8,13,18
**NOPD's**
10:11
14:12
normal 5:7
27:13 28:4
normally
25:4 28:19
29:9,20
notice 6:5,8
notifications
30:4
novice 17:16
number 4:16
7:12 25:16
numerous
17:19

**O**
**O** 2:21 3:1
oath 3:23 4:3
object 15:12
objection
14:3 27:19

28:12,12
objections
3:15
obligation
5:9 9:5,12
observations
25:7,8
occurred
13:25
odd 8:25
offense 12:20
offenses
13:23 16:5
office 1:20
19:14
officer 4:11
7:20 9:15
10:25
11:24 13:6
13:18
16:15
17:16 18:1
18:22
20:14
21:10 22:4
23:6,24
24:3,4,6,7
24:10,20,22
24:23 25:2
25:9,10
26:13 27:1
27:8,15,16
27:25 28:9
28:22,23
29:6 30:2,3
30:10 31:8
33:6
officers 7:22
8:2,25 9:14
9:19 10:25
11:5,16
12:8 15:22
15:25 19:2

21:17,25
22:13,17
24:1 26:24
26:24 27:7
29:16
**officiated**
3:23
**Oh** 30:21
**Okay** 6:11
15:7
**old** 23:16
**on-scene**
28:17
**once** 12:24
27:4,9 30:2
**opinions**
33:15
**opportunity**
20:6
**opposed**
22:23,25
**order** 24:24
25:23
**original** 33:3
33:4
**Orleans** 1:9
1:15,22 2:8
2:12,13 3:5
10:9 16:2
**Orleans,Lo...**
2:5
**outcome**
33:17
**outcomes**
15:22
**Outside**
27:19

**P**

**P** 1:19 2:18
3:1,21 33:5
33:21
**page** 2:22

6:14 33:4
**pages** 33:8
**parameters**
21:5 28:5
**parental**
28:21
**part** 3:18 8:2
8:13 10:5,8
12:11
16:20 22:9
**particularly**
11:13
**particulars**
18:3
**parties** 3:4
33:16
**partner** 24:1
**pass** 25:12
**patrol** 26:24
26:24
27:15 28:9
29:6,15
**patrolman**
21:6 29:21
**patrolmen**
20:19,23,25
**people** 11:7
19:13 21:1
22:14
23:17
**Perdido** 1:21
2:11
**period** 26:6,9
**person** 23:15
28:24 31:5
31:6
**person's**
19:24
**personal**
33:10
**Phelps** 2:3,23
4:4,7 7:2
7:15 14:7

14:11 17:6
18:7 26:21
28:7,25
31:11
**phrase** 12:15
15:24
**pick** 17:4
**pillars** 10:8
10:13,23
12:19
16:19,20
**place** 10:4
11:11 18:4
**placed** 15:7
**Plaintiff** 1:6
2:6
**plan** 8:3,13
**play** 25:14
**Please** 32:13
**pled** 20:10
**PM** 1:23
**point** 15:12
23:5
**police** 9:24
10:9 15:22
15:25 16:3
17:16
18:19,21
19:9,20,25
24:22 28:5
**policies** 7:12
7:13 11:10
30:13
**policing** 6:22
10:12,16
15:19
21:24
**policy** 9:16
9:21,23,24
12:2 20:20
20:21 21:5
27:5,6
29:14,15

**portion** 8:4,5
**position**
18:18 20:4
26:1,1
**positive**
15:22
**potential**
21:7
**practice** 11:6
29:15
**preaching**
16:9
**precluding**
15:14
**predatory**
17:9,9
**preindicated**
17:17
**preindicat...**
16:10,17
17:7,10,25
**prepare** 5:23
24:15
**prepared**
6:13 33:9
33:12
**preparing**
5:12,17,21
**prescribed**
25:24 26:6
**presence**
30:9
**present** 8:1
**pretty** 27:11
**previous**
8:14 20:16
**prior** 19:6
**prioritized**
12:1
**privately**
11:8
**probably**
11:18

**Procedure**
3:8 32:8
33:14
**process** 25:3
25:4
**produce** 5:9
**production**
19:4
**programs**
10:3 16:8
**prohibition**
33:14
**proper** 29:19
**propose**
19:10
**prosecute**
30:15
**protocol**
29:23
**provide** 7:22
16:15
24:14
**provided**
9:10 20:13
**purposes** 3:8
**pursuant**
1:18 3:7
32:7
**put** 15:1
16:14
17:18
22:14
**putting** 17:1
19:4

**Q**

**qualificati...**
19:24
**quasi-role**
20:3
**question**
3:16 4:22
4:23 12:23

13:8 14:4
14:15,18,22
14:23
16:13
26:23
29:13
**questions**
18:8,12
29:1 31:10
**quite** 12:13
**quoted** 12:15

**R**

**R** 33:1
**R.S** 33:7
**rape** 23:13
**RAYNE** 1:4
**read** 32:5,6
**reading** 3:10
**really** 4:23
14:6
**reason** 31:3
**receive** 10:20
10:20
11:16 12:8
20:14
21:14,17,21
21:25 22:5
22:18
24:24
**received**
25:10
**receives**
21:10
**receiving**
11:24
**reckoned**
25:1
**recognize**
11:15 17:8
**record** 17:12
21:13
**records** 6:2

21:21 23:9
24:8 25:21
recruit 19:5
recruits
24:19
referring 5:4
refresher
23:4
regard 12:9
19:19
20:13
21:24
relate 6:16
related 6:15
33:16
relates 7:7
11:14
12:23
relationships
7:23 33:14
relevant
20:15
rely 19:22
27:25
remain 27:16
repeatedly
13:6
rephrase
14:8,10
report 9:2,17
10:8 12:21
13:23
reported
2:16 9:22
9:24 33:9
Reporter
1:19 2:18
3:22 33:5
33:22
reporters 9:3
9:4
reporting
27:8

reports 19:21
represent
4:20 7:17
25:20
representa...
1:16 3:6
Representi...
2:6,12
required
9:13 33:4
33:13
requireme...
25:18
requires
11:22 30:2
reserved
3:11,17
resonated
12:16
respect 18:21
20:5
respond 18:5
18:5 26:14
31:6
responding
21:6 27:6
30:2,3 31:8
response
14:13
23:21
responsive...
3:16
review 5:23
13:4 21:13
ride 27:15
right 6:10
17:20
18:14 20:1
20:20
21:11,18
22:2 24:2
25:2,24
26:5 29:8

29:11 30:7
rigorous 9:8
risk 7:22
robust 9:9
ROBY 1:7
Rodney 1:9
4:11 8:7
14:1,13
15:6 18:2
20:5 25:20
role 23:25
30:11
roll 8:3
room 1:22
28:10
ROQUEM...
2:9,24 6:17
7:4,10 14:2
14:9,16,21
15:2,11
18:10
27:18
28:11 29:2
31:9
Rule 32:7
rules 3:7
32:7 33:13
33:15

_____
        S
_____
S 3:1
safe 27:9
29:7 30:1
safety 12:2
Sandra 1:19
2:18 3:21
33:5,21
save 3:15
saying 12:12
25:22
scene 7:21
27:3,4,9,12
27:14

28:16 29:7
29:16 30:1
31:7
scope 15:13
27:20
seal 33:4
sealing 3:12
see 8:25
17:22 23:5
28:14
32:16
seeing 13:16
seen 6:5
selected
24:17
send 25:5
seriously
30:19
Serpas 12:16
service 19:5
serving 20:2
sessions 5:18
set 21:5
24:14 33:7
sex 30:5
sexual 6:20
7:19 8:3,17
8:22 10:17
10:22 21:8
21:18 27:2
29:4,24
30:15,19,25
sexually 17:9
20:11
shape 8:8
Shaun 1:9
2:12
sheet 13:13
13:19
32:16
sheets 12:9
12:24 13:1
13:2,2

24:16
ship 24:15
Shorthand
1:19 2:18
3:21 33:22
show 6:4
showing 30:9
signature
33:3
signing 3:11
sir 18:15
20:8,12
21:15,19,23
22:6 23:23
slight 8:11
somebody
11:13 20:4
sorry 29:10
sort 17:15
23:3 28:21
sought 3:18
speak 4:16
6:13,15
7:13
speaking
11:4
special 23:25
24:11
specialized
11:18
17:14,15
19:18
29:22 30:5
specific 8:20
10:14
specifically
3:11,13 8:5
11:3 12:9
17:9 23:16
specification
6:18
speculation
15:8

spent 5:16
spoken 12:18
St 2:4
standard
22:14
starting 6:9
State 1:20
2:19 3:22
33:5
statement
12:22
statements
12:13
states 1:1
11:6
status 8:9
statute 33:13
stenotype
33:9
stipulated
3:3
stipulation
1:18
stored 6:3
Street 1:21
2:11
stringent
26:3
strong 24:18
stuff 25:15
subject 21:2
submitted
19:8
subordinates
24:16
Subparagr...
6:19
Subsection
6:13
sufficient 5:8
Suite 2:5,11
superinten...
12:16 19:9

supervision 13:8,12 33:10
supervisor 13:5,15 17:21 24:17,18 27:12
supervisor's 25:12
Supervisors 11:2
supervisory 13:3,10
supposed 29:19
sure 11:3 16:25 22:11 29:7
survivors 8:23,24
sustained 26:4
sworn 4:2 33:7
System 6:3

**T**

T 2:21 3:1,1 33:1,1
tactics 6:22
take 5:18 11:11 27:3 27:3,11 30:18,21
taken 3:7 33:6
talking 8:21 17:18
teach 15:18 29:18
tell 18:25
tenet 15:20

tenets 30:23
testified 4:2 7:16,18
testify 6:23 7:6 33:7
testimony 21:9,16 32:6,10 33:6,9
Thank 29:1 31:12
thereof 3:18
thing 30:22
things 11:24 12:19,22 13:11 16:12,18 17:2,17,23 20:22,24 25:17 28:3 31:4,5
think 9:5,25 12:15 13:14 16:23,23 18:1 26:17 26:19 27:5 28:4
thinking 30:22
thorough 21:4
three 5:14
time 3:17 5:16 18:9 23:5 26:6,8 26:20
times 25:24
today 6:5,9 18:9
told 6:12
top 18:22
topic 6:18

7:6,11 8:18 10:18
topical 10:14
topics 4:17 4:20 6:13 10:19 12:3 20:17
train 7:13
trained 8:25 9:14 13:5,6 21:1 22:16 27:2
trainee 13:17 13:23
trainee's 11:25
training 6:2 6:16,19 7:7 7:21 8:2,3 8:4,6,13,16 8:17,21 9:7 9:8,10 10:6 10:9,11,21 11:4,16,19 11:21,23,24 12:8,23,25 13:1,18,25 14:13 15:20 16:16 17:1 17:8,14,16 18:19,21 19:1,4,5,9 19:15,16,18 20:6,13,14 20:18,20,21 20:22 21:10,14,17 21:22,25 22:5,8,10 22:15,18,20 22:22 23:4 23:7,9,10

23:24 24:3 24:4,7,10 24:13,14,20 24:23 25:1 25:9 26:12 27:1 29:14 29:14,19 30:13
trainings 10:3 12:4 31:3
transcribed 33:9
transcript 22:21 33:3 33:10,12,12
transcripti... 32:10
transport 27:22,25
transporting 28:2
trauma 8:22
trip 12:9,24 12:25 13:2 13:2,13,19 24:15
trips 13:7
true 32:9 33:10
truthfulness 12:10,12 13:22
try 31:4
trying 16:10
turned 13:2
turning 13:13
two 5:19
type 25:17

**U**

U 3:1

ultimately 20:10
underage 12:6
understand 4:12,15,24 5:2,5,10 14:3,17,22 20:9,11 21:16
understan... 30:12 32:9 33:11
understood 21:9
uniform 30:9
unit 30:5
UNITED 1:1
units 29:22
unprofessi... 9:16,20
unright 9:11
unsure 14:24
untruthful 12:21
unusual 27:24 28:8 28:14
UPTON 1:4
use 10:22 11:25

**V**

valid 33:3
various 19:12
vehicle 24:1
versed 30:25
VERSUS 1:8
Vicknair 1:9 4:11 7:16 7:18 8:7 9:19 14:1

18:2 20:5,7 20:9,14 21:14 22:5 22:21 23:8 23:24 24:6 25:10,20
Vicknair's 14:13 21:21
victim 21:7,7 27:4,14
victims 7:19 7:19,23 8:22
violating 9:16,21
violence 30:6 30:15,19,23 31:1,1
volunteer 22:16

**W**

waiting 28:10
waived 3:14
want 10:25 11:3 20:25 21:1 22:11 22:15 26:17
wanted 15:9 18:12
way 8:8 16:4
we're 10:19 13:11 16:9 16:14 30:7
we've 10:5 11:21 12:13
week 22:19 22:25
weeks 5:14

**WEIGAND**
2:10
**wellness** 16:9
16:19
**went** 8:12
22:21
24:12
**witness** 3:24
4:15 6:25
7:8 9:14
14:5,19,25
15:4,17
27:21
28:13 32:1
**witnessed**
9:19
**woman** 31:2
**women** 30:16
30:20
**word** 12:18
27:7
**words** 24:18
**work** 8:1
28:6
**worked**
18:16
**writing**
12:22
**written**
12:18

**X**
X 2:21,21
**XYZ** 1:10
2:13

**Y**
yeah 9:9 11:9
14:20
30:18
year 7:24
8:11,14
10:19,20

11:2 19:6,7
21:10,17
22:2,25
23:16
26:10
30:24 31:3
**yearly** 22:7
**years** 8:6
11:19
18:17
25:16

**Z**

**0**

**1**
1 1:10,10
2:13,14
6:13,19
1/15/24 33:23
1:40 1:23
10 1:10,10
2:13,14
10:00 6:10
10th 1:22 6:9
1300 1:21
2:11
14 23:16
14-year-old
23:12
1434 33:14
18 2:24

**2**
2:05 31:13
2:21-cv-407
1:5
201 2:4
2020 23:21
2021 8:11,12
2022 8:12
2023 19:10

2024 1:23
19:7,10
24 18:17
2500 2:5
26 2:23
29 2:24

**3**
3 6:13,19 7:6
7:11
30(b)(6) 6:8
30(e) 32:7
32 33:8
37:2554 33:7

**4**
4 2:23
40 22:23 23:1
23:7 24:13
40-hour
22:22

**5**
5E03 1:22
2:11

**6**

**7**
70112 2:12
70170 2:5

**8**

**9**
9685 2:5