1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and On behalf of her minor Daughter, G.H. | DOCKET NO. 2:21-cv-407 |
| Plaintiff, | JUDGE BARBIER |
| | MAG. ROBY |
| VERSUS | |
| RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 TO 10; and XYZ INSURANCE COMPANIES 1 TO 10, | |
| Defendants. | |

DEPOSITION OF RODNEY PAUL VICKNAIR, given in the above-entitled cause, pursuant to the following stipulation, before Sandra P. DiFebbo, Certified Shorthand Reporter, in and for the State of Louisiana, at Guste, Barnett, Schlesinger & Alpaugh, LLP, 639 Loyola Avenue, Suite 2130, New Orleans, Louisiana, on the 9th day of June, 2023, commencing at 12:10 PM.



EXHIBIT 3

```
 1    is a Factual Basis in your criminal case?
 2        A.   Yes, sir.
 3        Q.   You've seen this before.  You looked at
 4    it today, right?
 5        A.   Yes.
 6        Q.   I remember your testimony being that you
 7    disagreed with some or all of it; is that right?
 8        A.   Correct.
 9        Q.   Is that fair?
10        A.   Correct.
11        Q.   Let's go through this and find out what
12    you have to say about it.  The second full
13    paragraph starts, "Rodney Vicknair was a Police
14    Officer with the New Orleans Police Department."
15    You see that?
16        A.   Yes, sir.
17        Q.   Is that a true statement?
18        A.   Yes.
19        Q.   Is it also true that you applied to
20    become a police officer on or about June 21st,
21    2007?  Is that your remembrance?
22        A.   Yes.
23        Q.   Is that correct? And before that, what
24    were you doing?
25        A.   I was working at Baptist Hospital with
```

```
 1   Tenet Healthcare.
 2        Q.   You were about 20 years old at that time?
 3        A.   In 2007?
 4        Q.   Yes, sir.
 5        A.   I was 40.
 6        Q.   To jump forward, you resigned from the
 7   police department effective January 13th, 2021.  Is
 8   that also right?
 9        A.   Correct.
10        Q.   You resigned -- the reason why you gave
11   for your resignation was because you had been
12   arrested; is that correct?
13        A.   Correct.
14        Q.   Is there any other reason why you
15   resigned? How did that decision come about?
16        A.   From Sergeant Jones, I think it was, with
17   PIB.
18        Q.   Tell me what happened. How did that
19   decision come about with regard to Jones?
20        A.   He said that he wanted to meet me in
21   Laplace to sign the resignation paperwork, and we
22   met at the St. John Parish Sheriff's Office, and I
23   asked him -- you know, he said just write why
24   you're resigning. Just say you got arrested or
25   whatever you want, so that's what I wrote.
```

```
 1  weed on her.  So I said okay.  So I did, and I told
 2  her, I said, "No.  You don't smell like weed.  All
 3  I'm smelling is just the outside, and it smells
 4  like you've been sweating."  And she said they had
 5  been dancing or something, and I said, "If your mom
 6  is asleep on the couch, just go in and go take a
 7  shower and leave your mom alone.  Don't worry about
 8  it," and that was the last time.
 9       Q.   So I think you told investigators that
10  you went over to G▓▓▓ H▓▓▓▓'s about 12 or 13
11  times; is that right?
12       A.   That is both police-wise -- because I
13  responded to maybe ten, 11 calls over there.
14       Q.   So you went over to her house about 12 or
15  13 times approximately, right?
16       A.   Yeah.
17       Q.   So you're saying that for all of them but
18  one you went over there as a police officer?
19       A.   Correct.
20       Q.   And then you are saying the final time
21  was as a friend?
22       A.   Yes.
23       Q.   The vehicle that you went over to G▓▓▓▓
24  H▓▓▓▓'s house the final time, which vehicle was
25  that?
```

```
 1        A.    That was my personal vehicle, the gray
 2   Tundra.
 3        Q.    Do you have any NOPD symbols in that
 4   truck, like floor mats or anything else?
 5        A.    No.  The only NOPD symbol I had was the
 6   placard that we put on our dash to park around the
 7   station.  That was it.
 8        Q.    So in this truck that you went in the
 9   final time, you had an NOPD placard in the front
10   window?
11        A.    Yes.
12        Q.    And that indicates that you can park that
13   car in NOPD officer parking areas?
14        A.    At our station, yeah.
15        Q.    If you need to go to the courthouse in
16   that vehicle, can you park in law enforcement
17   officer parking?
18        A.    Yes.
19        Q.    Did you sometimes use that vehicle to go
20   to the courthouse or to the station?
21        A.    Yeah.  I've used it when I had to go to
22   court.
23        Q.    Any other NOPD symbols or indications on
24   that truck?
25        A.    No.
```

```
 1         Q.   Did you agree with this?  Is there any
 2   reason why this is not correct?
 3         A.   What are you talking --
 4         Q.   I'm going to go ahead and mark this
 5   Exhibit F.
 6         A.   I don't see an Exhibit F.
 7         Q.   This is Exhibit F.
 8         A.   Oh, okay.
 9         Q.   You see Exhibit F there?
10         A.   Yes.
11         Q.   This is a true and accurate copy of your
12   letter of resignation that you submitted?
13         A.   Yes.
14         Q.   You have your signature on there?
15         A.   Yes.
16         Q.   Is there anything else you want to say
17   about this document?
18         A.   No.
19         Q.   During this time, you had been under
20   emergency suspension from the New Orleans Police
21   Department; is that right?
22         A.   Yes.
23         Q.   That emergency suspension started
24   September 25th, 2020; is that right? That was the
25   night you were arrested or the --
```

```
 1        A.   No.  I thought I was arrested in August.
 2   I don't know.  I don't remember.  It could have
 3   been September.
 4        Q.   Did you receive a copy of your Notice of
 5   Suspension?
 6        A.   I may have.  I wouldn't know where it's
 7   at.
 8        Q.   Let me show you Exhibit G, if you would.
 9   It says, "Notice of Suspension" there.
10        A.   Friday, September 25th.  Yeah, I see it.
11        Q.   Have you seen this letter before?
12        A.   Yeah.
13        Q.   Does this refresh your memory about when
14   you received this?
15        A.   Yes.
16        Q.   You received it on or about September
17   25th, 2020?
18        A.   Yes, sir.
19        Q.   And the last page, "Suspended Member's
20   Signature."  Is that your signature?
21        A.   I'm sorry.
22        Q.   Is that your signature or is that -- I
23   see it says Brandy Vicknair.
24        A.   Yeah.  No, that's not my signature. Maybe
25   Brandy signed it for me.
```

1    Q.   But you have seen this, and you received
2  this letter?
3    A.   Yes.
4    Q.   And it is correct?
5    A.   Yes.
6    Q.   Let me ask you, when you first started
7  with the NOPD, you were a Police Officer 3?
8    A.   Yes.
9    Q.   And then sometime later you were a Police
10 Officer 4; is that right?
11   A.   Uh-huh.  Yes.
12   Q.   And until 2020, you were a Police Officer
13 4?
14   A.   Yes.
15   Q.   As a police officer -- well, I mean, it's
16 fair to say as a police officer you understand that
17 it is illegal for a police officer to have sex with
18 an underage male or female; is that right?
19   A.   Of course, yes.
20   Q.   You also understand that it is not NOPD
21 policy to have a sexual relationship with an
22 underage person as a police officer?
23   A.   Yes, sir.
24   Q.   You mentioned -- we talked a little bit
25 about inservice training and training that you

1  Tenet Healthcare.
2       Q.   You were about 20 years old at that time?
3       A.   In 2007?
4       Q.   Yes, sir.
5       A.   I was 40.
6       Q.   To jump forward, you resigned from the
7  police department effective January 13th, 2021.  Is
8  that also right?
9       A.   Correct.
10      Q.   You resigned -- the reason why you gave
11 for your resignation was because you had been
12 arrested; is that correct?
13      A.   Correct.
14      Q.   Is there any other reason why you
15 resigned? How did that decision come about?
16      A.   From Sergeant Jones, I think it was, with
17 PIB.
18      Q.   Tell me what happened. How did that
19 decision come about with regard to Jones?
20      A.   He said that he wanted to meet me in
21 Laplace to sign the resignation paperwork, and we
22 met at the St. John Parish Sheriff's Office, and I
23 asked him -- you know, he said just write why
24 you're resigning. Just say you got arrested or
25 whatever you want, so that's what I wrote.