# NEW ORLEANS POLICE DEPARTMENT
## OFFICER'S DAILY ACTIVITY REPORT

INCIDENT: ____________
CHARGE CODE: ____________

Officer #1: CARKUM, CURTIS (NAME) 31614 (Employee ID)   Officer #2: VICKNAIR, RODNEY (NAME) 18458 (Employee ID)

Division/District 1ST   Platoon 2ND   Unit # 125B   DATE 5/26/20   HOURS 2 25PM - 11 00PM

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO. | Rank (√) | FIC (#) | BWC (√) 1 | BWC (√) 2 | CEW (√) 1 | CEW (√) 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATION | ROLL | CALL | / | $2^{25}$ | $3^{00}$ | 10-8 | | | √ | √ | √ | √ | √ | BTOD |
| ESPLANADE/N. GALVEZ | 20 | 32151 | $3^{26}$ | $3^{26}$ | $3^{48}$ | NAT | | 1 | √ | √ | | | √ | (1) FIC (2) CITATIONS |
| 860 OLGIA | 42 | 32154 | $3^{50}$ | $3^{54}$ | $4^{20}$ | NAT | | | √ | √ | | | √ | |
| " " | 1048 | " " | $4^{20}$ | $4^{45}$ | $6^{30}$ | 10-31 | | | √ | √ | | | √ | UNIT 4B32 RELOCATE TO CHILDREN'S HOSPITAL 78/83 |
| I-10 E @ 234B EAST | 18 | 32313 | $6^{36}$ | $6^{47}$ | $6^{50}$ | GOA | | | √ | √ | | | √ | |
| ST BERNARD/N. CLAIBORNE | 22A. | 32513 | $9^{08}$ | $9^{08}$ | $10^{06}$ | NAT | | | | | | | | |
| STATION | 10-19 | / | $10^{06}$ | $10^{12}$ | $11^{00}$ | 10-7 | | | | | | | | DOR |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

EXHIBIT 6

CNO 0735

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank (√) | FIC (#) | BWC (√) 1 | BWC (√) 2 | CEW (√) 1 | CEW (√) 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

## Summary of officer's activity

| | Bodies | Asst | 966 | 95 | D/V | Atch | Other | DUI |
|---|---|---|---|---|---|---|---|---|
| Felony arr. | | | | | | | | |
| Misdemeanor arr. | | | | | | | | |
| Municipal arr. | | | | | | | | |
| Traffic arr. | | | | | | | | |
| Summons issued | | | | | | | | |
| Juvenile (major) | | | | | | | | |
| Juvenile (minor) | | | | | | | | |
| Truant arr. | | | | | | | | |
| Curfew arr. | | | | | | | | |
| Truant (custodial) | | | | | | | | |
| Curfew (custodial) | | | | | | | | |

| | Count |
|---|---|
| New complaint | 4 |
| Old complaint | |
| RTF | |
| Supplemental | |
| Accident (no injury) | |
| Accident (injury) | |
| Accident citations | |

| | Count |
|---|---|
| Vice check | |
| Stolen vehicle check | |
| Abandoned veh. check | |
| Residence check | |
| Business check | |

**Warrants**

| | Count |
|---|---|
| Obtained | |
| Served | |
| Attempted | |

**Seized/Confiscated**

| | Amount |
|---|---|
| Firearms | |
| Marijuana | |
| Cocaine/Crack | |
| Heroin | |
| Other narcotics | |

**Pedestrian stops**

| | Count |
|---|---|
| Pedestrians | |
| FIC | |

**Traffic stops**

| | Count |
|---|---|
| Vehicles | 1 |
| FIC | 1 |
| Citations issued | 2 |
| Warning issued | |

**Start of shift**

| | N/A | Yes | No | If no, Sup. notified | Sup. initials |
|---|---|---|---|---|---|
| AVL working? | | ✓ | | | |
| MVU working with sufficient storage? | | ✓ | | | |
| BWC functions? | | ✓ ✓ | | | |
| CEW & CEW camera functions? | | ✓ ✓ | | | |
| Vehicle inspected and OK? | | ✓ | | | |

**End of shift**

| | N/A | Yes | No | If no, sup. notified | Sup. initials |
|---|---|---|---|---|---|
| Vehicle inspected and OK? | | ✓ | | | |

Comments:

Vehicle # 19022 A# 19022 Starting Mileage 27372 Ending Mileage 27408 Total Miles 36

Officer #1 [illegible]
SIGNATURE

Officer #2 [illegible]
SIGNATURE

Supervisor Sgt. [illegible]
SIGNATURE

Approved: √
Disapproved:

Form 31 Revised November 14, 2014

CNO 0736

NEW ORLEANS POLICE DEPARTMENT
OFFICER'S DAILY ACTIVITY REPORT

INCIDENT: ______
CHARGE CODE: ______

Officer #1: Michelangelo Carroll (NAME) 031237 (Employee ID)    Officer #2: ______ (NAME) ______ (Employee ID)

Division/District 1    Platoon 2ND    Unit # 137-B    DATE 05-26-20    HOURS 2:25 - 11:00

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank (√) | FIC (#) | BWC (√) 1 | BWC (√) 2 | CEW (√) 1 | CEW (√) 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATION | ROLL | CALL | 2:25 | 2:25 | 2:45 | 10-8 | | | | | | | | IN SERVICE |
| 224 N Carrollton | 20 | 32011 | 3:19 | 3:25 | 3:31 | NAT | | | | | | | | 21 NAT |
| 860 OLGA | 42 | 32154 | 3:50 | 3:57 | 4:32 | 10-31 | | | √ | | | | | |
| S CLAIBORNE & Cleveland | 20 | 32068 | 4:32 | 4:44 | 4:56 | GOA | | | √ | | | | | |
| 124 S LOPEZ | 103 | 32239 | 4:57 | 5:00 | 5:15 | NAT | | | / | | | | | |
| S CLAIBORNE & Cleveland | 20 | "32068" | 5:20 | 5:25 | 6:12 | RTF | | | / | | | | | NO CITS |
| STATION | 10-19 | 32068 | 6:12 | 6:16 | 7:24 | NAT | | | | | | | | |
| N RAMPART & Barracks | 18 | 32404 | 7:31 | 7:31 | 7:49 | 10-31 | | | √ | | | | | |
| 2600 esplanade | 224 | 32426 | 7:52 | 7:52 | 8:15 | NAT | | | | | | | | |
| Columbus St & N Miro | 18 | 32459 | 8:17 | 8:14 | 8:58 | 10-31 | | | √ | | | | | |
| STATION | 10-18 | 32206 | 9:17 | 9:20 | 10:20 | NAT | | | | | | | | |
| STATION | 10-19 | — | 10:20 | 10:25 | 11:00 | 10-7 | | | | | | | | ETOD |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Form 31 Revised November 14, 2014

CNO 0737

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank (√) | FIC (#) | BWC (√) 1 | BWC (√) 2 | CEW (√) 1 | CEW (√) 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

## Summary of officer's activity

| | Bodies | Asst | 966 | 95 | D/V | Attch | Other | DUI |
|---|---|---|---|---|---|---|---|---|
| Felony arr. | | | | | | | | |
| Misdemeanor arr. | | | | | | | | |
| Municipal arr. | | | | | | | | |
| Traffic arr. | | | | | | | | |
| Summons issued | | | | | | | | |
| Juvenile (major) | | | | | | | | |
| Juvenile (minor) | | | | | | | | |
| Truant arr. | | | | | | | | |
| Curfew arr. | | | | | | | | |
| Truant (custodial) | | | | | | | | |
| Curfew (custodial) | | | | | | | | |

| | Count |
|---|---|
| New complaint | 5 |
| Old complaint | 1 |
| RTF | 1 |
| Supplemental | |
| Accident (no injury) | |
| Accident (injury) | |
| Accident citations | |

| | Count |
|---|---|
| Vice check | |
| Stolen vehicle check | |
| Abandoned veh. check | |
| Residence check | |
| Business check | |

**Warrants**

| | Count |
|---|---|
| Obtained | |
| Served | |
| Attempted | |

**Seized/Confiscated**

| | Amount |
|---|---|
| Firearms | |
| Marijuana | |
| Cocaine/Crack | |
| Heroin | |
| Other narcotics | |

**Pedestrian stops**

| | Count |
|---|---|
| Pedestrians | |
| FIC | |

**Traffic stops**

| | Count |
|---|---|
| Vehicles | |
| FIC | |
| Citations issued | |
| Warning issued | |

## Start of shift

| | N/A | Yes | No | If no, Sup. notified | Sup. initials |
|---|---|---|---|---|---|
| AVL working? | | x | | | |
| MVU working with sufficient storage? | | ✓ | | | |
| BWC functions? | | ✓ | | | |
| CEW & CEW camera functions? | | ✓ | | | |
| Vehicle inspected and OK? | | ✓ | | | |

Vehicle # 18065 A# 18065 Starting Mileage 33412

## End of shift

| | N/A | Yes | No | If no, sup. notified | Sup. initials |
|---|---|---|---|---|---|
| Vehicle inspected and OK? | | | | | |

Comments:

Ending Mileage 33443 Total Miles 55.4

Officer #1 [signature] SIGNATURE

Officer #2 [signature] SIGNATURE

Supervisor Sgt. [signature] SIGNATURE

Approved: ✓
Disapproved:
Counseled:

Form 31 Revised November 14, 2014