G███████ H█████ on 11/15/2023

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RAYNE UPTON, individually * CIVIL ACTION NO.21-407
and on behalf of her minor*
daughter, G.H.            * SECTION: "J"
                          * JUDGE BARBIER
VERSUS                    *
                          * MAG. DIV. (4)
RODNEY VICKNAIR, et al    * MAGISTRATE JUDGE ROBY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

          The deposition of G███████ H█████,

taken on Wednesday, November 15, 2023, commencing

at 10:24 a.m., in the Offices of the City

Attorney, 1300 Perdido Street, City Hall, Room

5E03, New Orleans, Louisiana.

                    \* \* \*

**EXHIBIT**

1

1 assault?

2      A.    Nonconsensual sex.

3      Q.    Okay.  Anything else?

4      A.    It could be, I don't know, like, going

5 up to a woman and grabbing her.  It could be all

6 different, you know, whenever someone -- like,

7 there's different variations of it, but I would

8 say number one being unconsensual sex, what I

9 said.

10     Q.    Okay.  Would you agree that sexual

11 assault would include touching in a sexual manner?

12     A.    Yes.

13     Q.    And touching in certain private areas?

14     A.    Yes.

15     Q.    So it would be -- you would agree that

16 sexual assault includes nonconsensual touching of

17 the breasts?

18     A.    Yes.

19     Q.    Touching of the vagina?

20     A.    Yes.

21     Q.    Touching of the anus?

22     A.    Yes.

23     Q.    Touching of body parts such as the ass?

24     A.    Yes.

25     Q.    Any other body parts that you would

18

1    soon."

2              I was like, "So how about you leave?"

3              And he was like, "Okay.  Well, I'll

4    swing by later.  Tell your mom I said hi."  I just

5    remember him leaving, because I remember when my

6    mom got home, he wasn't there.  And -- yeah.

7        Q.   Okay.  How long did that incident last,

8    how many minutes?  How long was he at your house?

9        A.   He was at my house for about maybe 15 to

10   20 minutes.

11       Q.   And what time of day was this?

12       A.   Like, midday.

13       Q.   Midday, after lunch?  Before lunch?

14       A.   Like, afternoon, sometime after noon,

15   so...

16       Q.   And was Vicknair dressed in uniform

17   during this time?

18       A.   Yes.

19       Q.   Do you know whether or not he was on

20   duty at this time?

21       A.   No.

22       Q.   You don't know.  Okay.

23            MR. ROQUEMORE:

24              Are we going to take a break?

25            Yeah.  Okay.

1 what, June 30th?

2       A.    Yes.

3       Q.    Did this happen after your birthday?

4       A.    I don't remember.

5       Q.    Okay.  All right.  Anything else

6 happened during this incident?

7       A.    No, not that I can remember right now.

8       Q.    Sure.  If you remember something while

9 we're sitting here, I would ask that you let me

10 know and you tell me what you remember.  Is that

11 fair?

12      A.    Yes.

13      Q.    Thank you.  Okay.  And how did it come

14 about that he left?

15      A.    On that particular --

16      Q.    On that particular day.

17      A.    I ended up telling him that, you know,

18 "My mom's going to be home soon."  He was already

19 saying that he had to leave, and so he just ended

20 up walking right out.

21      Q.    Okay.  During this incident, just so I'm

22 clear, and I'm not trying to embarrass you, but

23 there was no sexual activity, no -- he did not

24 pull his penis out, you didn't touch it, and he

25 didn't touch any of your private parts other than

New Orleans 504.522.2101
Toll Free 800.526.8720          SerpasCourtReporting.com
New Orleans 504.522.2101
Toll Free 800.526.8720          SerpasCourtReporting.com

North Shore 985.206.9303
Baton Rouge 225.332.3040
North Shore 985.206.9303
Baton Rouge 225.332.3040

24

1  your thigh?

2      A.   Well, when his hands were in my pants,

3  he was putting his fingers inside of me.

4      Q.   Okay.  So he was digitally penetrating

5  your vagina during that time?

6      A.   Yes.

7      Q.   How many times did he digitally

8  penetrate you?

9      A.   I don't know right now.

10      Q.   Okay.  But -- so he did -- so I

11  understand that -- just so I'm clear, and I

12  understand, we just need to find out what exactly

13  is being said.  So digital penetration with his

14  fingers, right?

15      A.   Yes.

16      Q.   Okay.  Touching under the shirt on this

17  occasion?

18      A.   Not that I remember.  I just know that

19  what I told you was what happened.

20      Q.   Okay.  And anything else happened at

21  that -- during that time?

22      A.   Not that I remember right now.

23      Q.   Let's go back to the first incident.  We

24  just got done talking about the second incident.

25  The first incident happened in your house, you

1 mentioned, right?

2       A.    Yes.

3       Q.    And tell GABRIELE HAYNES on 11/15/2023 what happened

4 then.

5       A.    I remember him -- I remember I was in my

6 bed in my room and he came into my bedroom, and he

7 started touching my breasts underneath my shirt

8 when he noticed I did not have a bra on.

9       Q.    What time of day did this happen?

10      A.    Like, later morning I would say.  Like,

11 10, 11 a.m.

12      Q.    Why were you in your bed in later

13 morning?

14      A.    I'm sorry?

15      Q.    Why were you in bed during this time?

16      A.    Because I was sleeping.

17      Q.    Okay.  And how did he get into your

18 house?

19      A.    My front door.

20      Q.    Okay.  Did you let him in your house, or

21 did your mom let him in?  Somebody else at the

22 house?

23      A.    I would assume my mom let him in since I

24 was in my bed sleeping.

25      Q.    Okay.  Would there have been anybody

1 else to let him in?

2        A.   No.

3        Q.   Okay.  ~~So it's safe to~~ say that you

4 understand that your mom was there and she let him

5 in at this time?

6        A.   Yes.

7        Q.   Okay.  And then --

8        A.   I believe this was -- sorry.  I cut

9 you --

10        Q.   Tell me what you believe, please.

11        A.   I believe my mom said something along

12 the lines like, "Oh, she's in there sleeping" when

13 he walked in.

14        Q.   Is that something you heard or something

15 you think that -- you she think she probably said

16 or --

17        A.   It's what she told me that she said.

18        Q.   And what else did she tell you happened

19 when he came in that -- that day?

20        A.   Right now I do not know.

21        Q.   And where was your mom when he came in

22 and touched your breasts?

23        A.   I don't know, but obviously somewhere

24 not around because she would have saw.

25        Q.   Okay.  So you don't know?

GABRIELLE HAINEY on 11/15/2023

1     A.   I don't.

2     Q.   You don't.  So he touched your breasts

3 under your shirt ~~with his hands~~, right?

4     A.   Yes.

5     Q.   And anything else happen at that time?

6     A.   No.

7     Q.   Okay.  And after he touched your

8 breasts, what did he do?

9     A.   I believe he just did it to get me to

10 wake up, because after I woke up and he -- and he

11 saw that I was awake, he stopped and just said,

12 "Hey, what's up?"

13    Q.   So what I understand, is it fair to say

14 that your mom let him in -- in the house, he came

15 to your room, he went to your bed, you were

16 asleep, and he grabbed your breasts, and then you

17 woke up?

18    A.   Yes.

19    Q.   And your mom was there somewhere else?

20    A.   Yes.

21    Q.   All right.  You woke up, and then what

22 happened?

23    A.   I don't remember.

24    Q.   Did he stay in your room?

25    A.   I honestly do not remember.

New Orleans 504.522.2101
Toll Free 800.526.8720    SerpasCourtReporting.com    North Shore 985.206.9303
Baton Rouge 225.332.3040

```
 1      Q.    Did your mom come into the room at any
 2 point in time during this encounter?
 3      A.    I don't ██████ ██ ██ ██ just remember that
 4 being the only memory that I have of that time.
 5      Q.    And you don't remember how he left
 6 during that time?
 7      A.    No.
 8      Q.    Do you remember how long he was at your
 9 house during that time?
10      A.    No.
11      Q.    Do you remember whether Vicknair was in
12 a police uniform at that time?
13      A.    I don't remember.
14      Q.    Do you remember whether he was on duty
15 during that time?
16      A.    I think, because -- I think I just -- I
17 don't know what it's called but, like, the beeping
18 things on the machines with, like, you know, the
19 radios for, like, the officer vests, you know, I,
20 like, I just -- for some reason I just know that
21 that was what I also, like, heard going on, so...
22      Q.    So you remember hearing something?
23      A.    Yes.  Like, the radios on his thing.
24      Q.    Okay.  During this encounter you
25 remember hearing a radio that you think was
```

1  indicating he was -- had a police radio on him?

2      A.   Yes.

3      Q.   Is that fair?

4      A.   Yes.

5      Q.   All right.  But you don't remember how

6  it ended or how long he was at your -- your house,

7  right?

8      A.   No.

9      Q.   And you don't know why he showed up to

10 your house during this time?

11     A.   No.

12     Q.   In some of the documents that I read, it

13 sounds -- there was an incident that was described

14 by some people in which Rodney Vicknair came to

15 your house, showed up to your room while you were

16 in bed with -- with your mom also in the doorway,

17 and as you moved, you might have exposed part of

18 your breast, part or all of your breast.  Is this

19 a different -- different incident than that, or

20 are you perhaps having problems remembering?

21     A.   I don't remember right now.

22     Q.   Okay.  Do you know what I'm talking

23 about?

24     A.   Yes.

25     Q.   The incident where he saw your breast?

1      A.    I do remember a time where he did come

2 over and he shined a flashlight to wake me up,

3 like, the strobe setting on his light, and he

4 comes in my room and I wake up to that.

5      Q.    And your mom was there?

6      A.    Yes.  And I had turned over because, you

7 know, that's kind of an alarming sight to wake up

8 to, strobe lights in your eyes.  And parts of my

9 breasts were exposed because, you know, I was --

10 the shirt that I was sleeping in.

11      Q.    And was there something inappropriate

12 about that situation?

13      A.    I mean, other than the fact that he

14 stared.  That's it that I can remember.

15      Q.    And this incident with the flashlight,

16 is it -- this is different than the incident where

17 he touched your breasts while in your bed?

18      A.    Yes.

19      Q.    To the best of your recollection?

20      A.    Yes.

21      Q.    That's a yes?

22      A.    Yes.

23      Q.    All right.  And this incident, this

24 first accident where he touched your breasts, to

25 your best recollection when did it happen, if you

1 can remember?

2      A.    I can't.

3      Q.    Okay.  ~~But this was the~~ first -- first

4 incident of sexual assault, right?

5      A.    Yes.

6      Q.    All right.

7            MS. PHELPS:

8                  Can we go off the record for a

9            minute?

10                 (Off-the-record discussion.)

11 BY MR. ROQUEMORE:

12     Q.    G████  we talked about the first two

13 incidents of sexual assault by Rodney Vicknair.

14 What is the third incident that you referred to

15 earlier today?

16     A.    (No response.)

17     Q.    You want me to walk you through where we

18 are at?  We have an incident in the house with the

19 breasts, another incident where he touched your

20 thigh.  We have the last incident in his black

21 truck, which was a couple of days before he was

22 arrested, and then another -- and the third

23 incident happened between the second and the

24 third.  So tell me -- do your best, and tell me

25 what you remember about that.  Did it happen at

1 passing judgment, but you don't have a separate

2 bedroom or anything like that, right?

3     A.   No.

4     Q.   Now, these other family members, they

5 have their own bedrooms, or where do they sleep

6 when they come over?

7     A.   In their own rooms.  Like, it's just his

8 dad's house, but his dad has a different property

9 that he's at, like, a majority of the time.  He

10 just comes over just to see his son.

11    Q.   Is this the house that he grew up in?

12    A.   Yes.

13    Q.   And his dad moved away and left it

14 for -- for your boyfriend, Jerred?

15    A.   Yes.

16    Q.   Yes.  Okay.

17         And are you working anywhere in

18 California now?

19    A.   As of right now, no.

20    Q.   Are you going to school or anything like

21 that?

22    A.   I'm waiting for -- the strike just

23 ended, the actor's strike, so it's just whenever I

24 get a call.

25    Q.   How does the actor's strike affect you?

████████████ ████ on 11/15/2023

1  text messages sometime after he came to your house

2  when the -- the rape, you were assaulted by Jason;

3  is that right?

4      A.   Yes.

5      Q.   All right.  Have you ever been involved

6  in any other lawsuits?

7      A.   No.

8      Q.   Have you ever been charged with any

9  crime?

10     A.   No.

11     Q.   Including juvenile crimes?

12     A.   No.

13     Q.   All right.  We're going to go back to

14 the -- I guess the -- the very important parts

15 about what you're alleging that Mr. Vicknair did

16 during -- during this time period.  Okay?

17     A.   Okay.

18     Q.   And earlier you mentioned that there was

19 four times during the summer of 2020 and September

20 of 2020 that Rodney Vicknair sexually assaulted

21 you.  Do you remember all that?

22     A.   Yes.

23     Q.   Okay.  We talked about one and two, and

24 then there's the last that one happened in the

25 truck, and we were talking about the third one.

New Orleans 504.522.2101                                      North Shore 985.206.9303
Toll Free 800.526.8720        SerpasCourtReporting.com        Baton Rouge 225.332.3040

New Orleans 504.522.2101                                      North Shore 985.206.9303
Toll Free 800.526.8720        SerpasCourtReporting.com        Baton Rouge 225.332.3040

GABRIELLE HAINEY on 11/15/2023

1 Do you remember what the third sexual assault

2 instance was as we're sitting here today?

3      A.   All that I told you was all as of right

4 now and today that I can remember.  I --

5      Q.   Okay.  So what I've heard is three

6 instances, which --

7      A.   There were more.

8      Q.   There were more?

9      A.   Like, what I've told you before, those

10 were it, but what I've told you is what I

11 remember.  All that I remember about Rodney was

12 what I had said.  And the only other memory that I

13 have of him was hitting me with his police baton.

14 I don't remember the occasion or what incident it

15 was.  And the last memory that I have is him

16 asking me to send him nudes.

17      Q.   Okay.  Well, these are incidents where

18 he hit with the police baton and sending nudes he

19 asked you; is that right?

20      A.   Correct.

21      Q.   Okay.  So let's talk about -- well,

22 before we talk about the hitting with the baton, I

23 just want to be complete, make sure that I

24 understand, you know, everything.  I've only heard

25 you say three instances of sexual assault.  As

New Orleans 504.522.2101                                    North Shore 985.206.9303
Toll Free 800.526.8720           SerpasCourtReporting.com      Baton Rouge 225.332.3040

New Orleans 504.522.2101                                    North Shore 985.206.9303
Toll Free 800.526.8720           SerpasCourtReporting.com      Baton Rouge 225.332.3040

G̶█████████ on 11/15/2023

1 we're sitting here today, those are the three that

2 you remember?

3     A.    Correct.

4     Q.    And you don't remember any others?

5     A.    I remember it, but it's, like, it's --

6 it's just, like, all blurred together, and I can't

7 give you anything accurate today other than what I

8 have said.

9     Q.    So you think it might have happened, but

10 you don't know what happened; is that fair?

11     A.    I know what happened, but I don't

12 recall, like, I can't explain to recall it.  Like,

13 I can't explain it, if that by any means makes

14 sense to you.

15     Q.    Well, you understand my problem is that

16 this is my chance to find out what happened, find

17 out what you say happened, and if you're saying,

18 you know -- if you're not able to tell me what

19 happened, then I'm kind of stuck.  You understand.

20 If -- you understand where I'm --

21     A.    I completely understand.

22     Q.    Okay.  So let's try to work through

23 this.  You have an instance.  You have some

24 memory.  You mentioned four instances before.  Are

25 you saying that there's more than four now?

New Orleans 504.522.2101                                    North Shore 985.206.9303
Toll Free 800.526.8720         SerpasCourtReporting.com      Baton Rouge 225.332.3040

New Orleans 504.522.2101                                    North Shore 985.206.9303
Toll Free 800.526.8720         SerpasCourtReporting.com      Baton Rouge 225.332.3040

1 at it how it's spelled. I believe that that was

2 his last name, but...

3      Q.   And he was the 17-year-old guy --

4      A.   Yes.

5      Q.   -- who tried to rape you?

6      A.   Yes.

7      Q.   All right.  If you look on 3610 there's

8 a series of texts.

9      A.   Images.

10      Q.   There were images.  Do you -- the images

11 that were being texted to him, do you remember

12 what these were?

13      A.   I do not.

14      Q.   Did you ever -- there's some record or

15 some discussion that there were some pictures that

16 you sent to him during the time he was having

17 communications with you.

18      A.   I mean --

19      Q.   Yeah.  So I just wanted to know, have

20 you described what you remember of being the type

21 of pictures --

22      A.   You mean nudes?

23      Q.   Well, yes.  So did you send nudes to

24 him?

25      *(Ms. Goudeau enters.)*

New Orleans 504.522.2101     (Ms. Goudeau enters.)   *North Shore 985.206.9303
Toll Free 800.526.8720     SerpasCourtReporting.com   Baton Rouge 225.332.3040

New Orleans 504.522.2101                                North Shore 985.206.9303
Toll Free 800.526.8720     SerpasCourtReporting.com   Baton Rouge 225.332.3040

203

1     A.   It was over Snapchat, and he asked me

2 for them -- and because I believe how the

3 conversation came up, I had, like, posted a selfie

4 maybe because I just don't remember him flat out

5 asking.  I posted a selfie.  He said something

6 along the lines as, like, "Send me nudes" or,

7 like, "I want to see you naked."  Something like

8 that, and so I sent him the nudes.  But that was

9 over Snapchat.  That's...

10    Q.   Right.  That's not -- that's what I'm

11 asking you.

12    A.   I don't know what that is.

13    Q.   But you sent him nudes at some point in

14 time, right?

15    A.   Yeah, when he asked, and it was over

16 Snapchat.

17    Q.   Was it nudes, just, you didn't have a

18 shirt on?  Describe what that -- what you sent to

19 him.

20    A.   It was just he wanted to see my ass,

21 so -- butt, sorry, but he had text -- he sent in a

22 text, like, "I want to see your ass."  And then so

23 I had sent him a --

24    Q.   This was a Snapchat?

25    A.   This is a Snapchat.  Yes.

1     Q.    He used the word "ass"?  He wants to see

2 your ass?

3     A.    And so I sent him butt pics.

4     Q.    Okay.  Do you count those as being nudes

5 then?

6     A.    I mean, yeah, because you could kind of

7 see my vagina in it.

8     Q.    Okay.  And help me out.  You could see

9 your vagina because you didn't have pants on or

10 what?

11    A.    Yes, because I was naked.

12    Q.    Okay.

13    A.    Oh, my God.

14    Q.    Do you remember when this was?

15    A.    No.

16    Q.    This was after you got the Snapchat,

17 though?

18    A.    Yes.

19    Q.    Did you ever send him pictures of nudes

20 or close to nudes or sexually provocative pictures

21 while you were engaging on the text?

22    A.    Not on text.  I just -- I remember -- I

23 mean, I don't remember if there were other nudes

24 sent.  I do remember that there was one night he

25 FaceTimed me and he asked to see me naked.  I

G█████ H█████ on 11/15/2023

1  showed him me naked and he turned his camera

2  around and he was masturbating.

3      Q.   Okay.  So this was a FaceTime?

4      A.   This was a FaceTime call, yes.

5      Q.   And he obviously wasn't on duty during

6  this time, right?

7      A.   No.

8      Q.   Okay.

9      A.   It was him at his house.  And I don't

10 even know how it went to that, because I had just

11 called him to talk to him about something, and --

12 because that's what I would usually call him

13 about, to talk to him, you know, not to do that.

14 And so I don't even know how the conversation even

15 shifted to that, but somehow it did.  And I

16 just -- all I remember is him asking to see me

17 naked.  I don't remember what body part or

18 anything that I showed him, but after -- sometime

19 after that he flipped the camera around and

20 presented himself masturbating.  Yes.

21     Q.   So he didn't start out in your

22 encounters being so -- so gross and --

23     A.   He would, yes.

24     Q.   Immediately, like, within days after

25 meeting you he was asking for -- asking for naked

New Orleans 504.522.2101          North Shore 985.206.9303
Toll Free 800.526.8720    SerpasCourtReporting.com    Baton Rouge 225.332.3040

New Orleans 504.522.2101          North Shore 985.206.9303
Toll Free 800.526.8720    SerpasCourtReporting.com    Baton Rouge 225.332.3040

1    Q.    And do you remember, was it after he got

2 off work?

3    A.    I think.

4    Q.    Why do you think?

5    A.    I don't know, because I think I remember

6 him saying something about, like, he has to go to

7 Mississippi to visit a family member or my time --

8 if that is -- that night he said that or if that's

9 a different night he said that.  I don't know

10 which time he said that, but I think he said that

11 that night.  Maybe he told me he was going home.

12 I don't --

13    Q.    Okay.

14    A.    Oh, man.

15    Q.    The black truck was not -- I think we

16 discussed this, but that's not a police vehicle

17 with sirens and the other -- the things on it that

18 make it a police car, right?

19    A.    Correct.

20    Q.    And it didn't have -- it wasn't painted

21 for New Orleans Police Department, right?

22    A.    It wasn't paid for you said?

23    Q.    Painted.

24    A.    Oh, painted.  Oh, no, it didn't.

25    Q.    It didn't say NOPD on the side?  It