UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and On behalf of her minor daughter, G.H.  Plaintiff,  v  RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10.  Defendants. | Docket No. 2:21-cv-407  JUDGE: CARL BARBIER  MAGISTRATE: KAREN WELLS ROBY |

### AFFIDAVIT OF SERGEANT DAVID BARNES

STATE OF LOUISIANA

PARISH OF ORLEANS

    **BEFORE ME**, the undersigned authority, personally came and appeared:

SERGEANT DAVID BARNES

who after being duly sworn, did depose and say the following based upon personal knowledge and belief:

    1.    The attached exhibits listed below are true and accurate copies of written policies of the New Orleans Police Department ("NOPD").

        a.  New Orleans Police Department Operations Manual Chapter 42.2 Tile: Sexual Assault (CNO-0025-0031), attached as Exhibit A.

        b.  New Orleans Police Department Operations Manual Chapter 42.2.1 Tile: Misdemeanor Sexual Battery (CNO 0038-0040), attached as Exhibit B.

        c.  New Orleans Police Department Operations Manual Chapter 42.19 Tile: Child Abuse (CNO 0041-0047), attached as Exhibit C.

EXHIBIT 8

    d. New Orleans Police Department Operations Manual Chapter 44.1 Title: Child and Dependent Adult Safety (CNO 0058-0063), attached as Exhibit D.

    e. New Orleans Police Department Operations Manual Chapter 55.1 Title: Victim and Witness Assistance (CNO 0070-0079), attached as Exhibit E.

    f. New Orleans Police Department Operations Manual Chapter 33.1 Title: Training and Career Development, attached as Exhibit F.

    g. New Orleans Police Department Operations Manual Chapter 32.1 Title: Personnel Hiring Selection, attached as Exhibit G.

    h. New Orleans Police Department Operations Manual Chapter 35.1.9 Title: Insight: Early Intervention System, attached as Exhibit H.

    i. New Orleans Police Department Operations Manual Chapter 52.1.1 Title: Misconduct Complaint Intake and Investigation (Rev. 03/18/2018), attached as Exhibit I.

    j. New Orleans Police Department Operations Manual Chapter 52.1.1 Title: Misconduct Complaint Intake and Investigation (Rev. 6/27/21), attached as Exhibit J.

    k. New Orleans Police Department Operations Manual Chapter 31.1 Title: Recruitment (Effective: 04/28/2019), attached as Exhibit K.

    l. NOPD Recruitment and Applicant Investigation Standard Operating Procedures, November 11, 2020.

2.    In 2016, pursuant to New Orleans Police Department Operations Manual Chapter 32.1, the New Orleans Police Department began using a computer-based supervision tool called

INSIGHT: EARLY INTERVENTION SYSTEM. INSIGHT is a New Orleans Police Department Human Resources and Personnel Management system and data warehouse which can be accessed by Department supervisors to receive and integrate member information in order to facilitate close and effective supervision of members as well as identify any patterns or series of incidents that may indicate at-risk behavior.

_____
SEARGEANT DAVID BARNES

SWORN TO BEFORE ME ON THIS THE 22nd DAY OF JANUARY, 2024

_____
NOTARY PUBLIC

*[Notary seal: BYRNE M. SHERWOOD, NOTARY PUBLIC, BAR NO. 30960, STATE OF LOUISIANA]*