

# NEW ORLEANS POLICE DEPARTMENT
# OPERATIONS MANUAL

## CHAPTER: 33.1

## TITLE: TRAINING AND CAREER DEVELOPMENT

**EFFECTIVE: 06/18/2017**
**REVISED: Replaces Policy/Procedure 208**

### PURPOSE

NOPD is committed to ensuring that all members receive adequate training to understand the law, NOPD regulations and how to police effectively. NOPD training shall reflect and instill Department and community expectations that officers police diligently, have an understanding of and commitment to the constitutional rights of the individuals they encounter, and employ strategies to build community partnerships to more effectively increase public trust and safety.

### DEFINITIONS

**Adjunct instructor**—The prefix Adjunct identifies a member whose primary place of assignment is not the Education & Training Division or whose primary employment within the Department is not in a teaching capacity. An Adjunct Instructor is an expert in a special field appointed to give instruction on a part-time or discontinuous basis. Adjunct instructors must receive 40 hours of initial training, including training on effective teaching, adult learning techniques, curriculum development and annual in-service training.

**Curriculum Director**—The member of the Education & Training Division (Civil Service Class Code 7138 – Police Academy Curriculum Developer) responsible for establishing and overseeing the training curriculum development and assessment process consistent with the Master Training Plan. The Curriculum Director shall ensure that curricula and related lesson plans are based on learning objectives that are directly linked to validated job tasks.

**Education and Training Division (E&TD)**—Consists of Recruit/Reserve training which is responsible for training all recruits and reserve officers. The Field Training Section is responsible for the coordination of the Field Training Program which is required by every recruit upon completion of the academy. The In Service Training and Professional Development Section is responsible for all in service training. The Firearms and Driving Section is responsible for providing P.O.S.T. firearms training and qualifications for all recruits and in-service personnel, including pursuit driving and accident avoidance training.

**Guest speaker/lecturer**—Any person who provides expertise, a point of view, or opinion in a particular field or topic as a part of a Departmental training course or formal presentation. The speakers need not be members of the NOPD but <u>must</u> be recognized in their field(s) or within the community for their strong teaching ability and a relevant basis of scholarly work or professional expertise and achievement.

**Master Training Plan**—A written training plan for the oversight of all training conducted by and for the NOPD. It will include, at a minimum the NOPD's recruit academy, field, and in-service training, to ensure that recruits, officers, and civilian personnel are trained to effectively and lawfully carry out their duties in accordance with the Constitution and laws of the United States. The plan shall comport with best practices and shall:

    (a) Define responsibilities and authority of personnel involved in managing, supervising, and implementing training;
    (b) Identify training priorities and broad training goals;
    (c) Delineate an industry-recognized, systematic approach to training development that includes the following concepts: analysis, design, development, implementation, and evaluation. This approach should enable NOPD to identify and validate job tasks in sufficient detail to derive learning objectives, which, in turn, should drive the selection of instructional strategies and assessments;
    (d) Develop instructional strategies that incorporate active learning methods such as problem-solving and scenario-based activities, based on current theories of learning;
    (e) Address program administration policies, classroom/facility use, and instructor training and development; and
    (f) Establish the frequency and subject areas for recruit and in-service training.

**Police Academy administrator**—The member of the Education & Training Division (Civil Service Class Code 7140) responsible for the oversight of systematic and routine assessments of both instructors and instructor material to measure and plan continuous improvement for the NOPD Education & Training Division.

**PowerDMS**—A document management system that allows for network-based management of documents, training records, and policy or regulations from a centralized location with an audit trail, version control, and work flow. It also can be used for accreditation.

**Specialized unit**—A temporary or permanent organization of officers within NOPD, whose operational objectives are focused on a specific law enforcement purpose beyond general patrol or criminal investigations, and that require enhanced training on police tactics, strategies, or techniques.

**Staff instructor**—A member of the NOPD assigned to the Education & Training Division on a full-time basis to perform the duties of an instructor. The minimum qualification requirements for Academy staff shall include:

    (a) Baccalaureate Degree or exceptional practical law-enforcement or subject matter expertise with at least six years of combined NOPD service;
    (b) Successful completion of the Law Enforcement Instructor's School and/or Louisiana POST approved equivalent; and
    (c) No 'sustained' PIB investigations within 24 months of applying for an Education & Training Division instructor position or a pending 'open' investigation at time of application.

**Training needs assessment**—A systematic assessment of the known and anticipated courses of training that will be required or desired for the upcoming calendar year. The assessment will include all training that is anticipated for every member or unit of the NOPD.

**Training coordinator**—A member of a District, Division or specialized unit assigned by the commander, in consultation with the Unit Training Coordinator to ensure that all members of that unit complete training as required and that documentation of all training is provided to the Education & Training Division training liaison. For specialized units, the training coordinator may

also be the unit's **training officer**.

**Training liaison**—A member of the Education & Training Division responsible for overseeing, coordinating and documenting training with the individual District, Division or specialized unit training coordinators.

**Unit level training officer**—For all specialized units, the member of that unit who is most appropriate (as determined by the unit commander) to conduct all unit level training and training for new members of the unit and to perform the functions of a "training officer" for new members; i.e., a training officer is responsible for establishing a written training program/plan for new members of the unit, establishing lesson plans for all unit specific, in-house training, and record keeping of training and coordination with the Education & Training Division. The unit level training officer will be selected by the unit commander based on the candidate's experience, skills, certifications and ability as an effective instructor.

## POLICY

1. It is the policy of this Department to administer training programs that meet the training standards and requirements of federal, state and local mandates, as well as, the Louisiana Peace Officer Standards and Training (POST) Council.

2. It is a priority of this Department to provide continuing education and training for the professional growth and progressive development of its personnel so that the Department will ensure its personnel possess the knowledge, skills and abilities necessary to provide a professional level of service that meets the needs of the public.

3. The Department will, through the Education and Training Division, provide and / or monitor the following:

    (a) Basic Recruit Training Program;
    (b) Field Training Program;
    (c) NOPD In-Service Training Program for Police Officers;
    (d) NOPD In-Service Training Program for commissioned supervisors;
    (e) Lateral Officer Training Program;
    (f) Reserve Officer Program;
    (g) Reinstatement Program;
    (h) Firearms, CEW, Tactical & Pursuit Driving, impact weapons and other use of force policy and related practical skills training;
    (i) Department wide Roll-Call Training;
    (j) New Supervisor Training Program;
    (k) Specialized Unit Training (thru the Unit training coordinator or officer; and
    (l) All elective training.

4. The Education and Training Division shall be the central coordinating point for all training.

5. The Department encourages all personnel to participate in advanced training as well as formal education. Training will be provided within the confines of available funding, the requirements of a member's assignment, staffing levels and legal mandates. Whenever reasonably possible, the Department will use courses certified by Louisiana POST or other regulatory or nationally recognized entities.

6. The Department is committed to ensuring that all members receive adequate training to understand applicable federal, state and local laws, NOPD regulations, Chapters, Rules, policies or procedures and how to police constitutionally and effectively while

recognizing the rights of the community it serves.

7. Common goals of all training programs are to:

   (a) Enhance the level of law enforcement service to the public;
   (b) Increase the technical expertise and overall effectiveness of department personnel;
   (c) Provide for professional development of department personnel; and
   (d) Assist in compliance with statutory requirements.

## DEPARTMENTAL TRAINING NEEDS ASSESSMENT

8. The Education and Training Division Commander shall be responsible for conducting an annual Training Needs Assessment by the end of the third Quarter (September 30th). The Training Needs Assessment will include:

   (a) A completed report of the Department's training needs, including input from specialized units and recommendations from the Training Advisory Committee;
   (b) Presentation of the training needs assessment report to the Superintendent of Police and Command staff;
   (c) A projected calendar for the upcoming year indicating:
      1. When the courses will be offered and their duration;
      2. The available class / session size;
      3. Where the class / session will be held;
      4. If the class / session is an open, dedicated or mandatory class.
   (d) Upon review and approval by the Superintendent of Police, the training needs assessment report will be used to prepare the Master Training Plan for the following fiscal year;
   (e) The Commander of the E&TD will report to the Superintendent and Deputy Chiefs in the second week of each Quarter on all changes to the projected calendar for the current year, if they have met the training needs YTD and if the E&TD is on track for meeting all mandatory training for the year.

## MANDATORY TRAINING REQUIREMENTS

9. Training requirements for all mandatory training is included in **the annual Master Training Plan.** This includes training for recruits, core in-service (all officers), supervisor/command staff in-service, Field Training Officer training and in-service, detective initial training and in-service, new supervisor training, and new supervisor PIB training.

## COMMANDER OF THE EDUCATION & TRAINING DIVISION

10. The Education and Training Division shall be commanded/directed by a member of the rank of captain or above or a civilian employee of the City or Department with documented expertise in managing an adult education institution and meeting the minimum requirements established by the Louisiana Commission on Law Enforcement and Administration of Criminal Justice: Peace Officers Standards and Training Council for law enforcement academy directors.

11. The person's working title shall be Commander of the Education and Training Division. The Education and Training Division Commander shall be subordinate to the Deputy Superintendent of the Bureau to which the Education & Training Division is assigned.

12. The Peace Officers Standards and Training (POST) Council for the State of Louisiana has established minimum acceptable standards for the content of the **Certification for Basic Law Enforcement Peace Officers** training curriculum, the certification of law enforcement officers, annual recertification in certain skills areas for law enforcement personnel, and the certification of instructors. The Education and Training Division Commander shall be responsible for maintaining the Department's compliance with these standards.

13. The Commander shall be thoroughly familiar with the training requirements of all agencies with regulatory authority in the area of overall training of police officers as well as certification requirements of all individual courses of instruction (e.g., Louisiana POST).

14. The Commander shall supervise and guide the efforts of all personnel assigned to the Education and Training Division, and shall delegate responsibility and authority as necessary to insure proper functioning of the Division.

15. It is the responsibility of the E&TD Commander to develop, review, update and maintain a **Master Training Plan** and to ensure that mandated training is completed by all employees.

16. The Master Training Plan shall include a systematic and detailed method for recording all training received by all Department members no matter the source of the training. The NOPD utilizes PowerDMS to manage all training records. While updates and revisions may be made to any portion of the Master Training Plan at any time, the Commander of E&TD shall review the entire Master Training Plan on an annual basis. Any updates or revisions to the Master Training Plan shall follow the same process as the development of the Master Training Plan.

17. The Commander shall ensure that all instructors/adjunct instructors and staff members are informed and cognizant of their duties as it relates to the Master Training Plan.

18. The Commander shall evaluate both the quality of instruction and professional standards exhibited by the instructors, adjunct instructors, and other staff members, and shall make recommendations, remove or replace instructors or recommend disciplinary action when necessary to maintain the highest level of service and instruction possible.

19. The Commander is responsible for the overall coordination of **all** Departmental training. Including training provided by the Education & Training Division and all other training conducted or provided by and to members of the Department.

20. The Commander shall coordinate with other Divisions/Units to provide materials necessary for training.

21. The Commander of E&TD is responsible for ensuring all members of the Department have been trained as required.

22. The Education and Training Division Commander shall be responsible for monitoring, approval and record keeping for all Department training.

**CURRICULUM DIRECTOR**

23. The Curriculum Director shall establish and oversee a formal training curriculum development and assessment process consistent with the Training Advisory Committee written training plan.

24. The Curriculum Director is responsible for ensuring that lesson plans are prepared for all departmentally conducted training.

25. The City of New Orleans requires that New Orleans Police Officers receive instruction in course topics in addition to those specified in the Louisiana POST minimum standards. The Education & Training Division Curriculum Director shall be responsible for ensuring that lesson plans are prepared, classes conducted, and proper instruction provided to the target group for all additional course topics.

26. The Curriculum Director shall review Departmental training annually to ensure that:

    (a) All classes are conducted where, when and as required;
    (b) Proper instruction is provided to the target group by a qualified instructor for all course topics; and
    (c) Course content and instruction are evaluated by the members who attended training for each course/session.

27. The Curriculum Director shall review all training curricula, lesson plans, and procedures for consistency, quality, accuracy, currency, completeness, and compliance with applicable law and NOPD regulations.

28. The Curriculum Director shall ensure that a variety of adult learning techniques, scenario-based training, and problem-solving practices, in addition to traditional lecture formats, are incorporated into all training.

29. The Curriculum Director shall also ensure that all curricula, lesson plans, instructor's qualifications, and testing materials are reviewed by the Training Advisory Committee and, where appropriate, those persons external to NOPD with expertise in the relevant lesson areas.

**MASTER TRAINING PLAN**

30. At a minimum, the **Master Training Plan** will:

    (a) Define the responsibilities and authority of personnel involved in managing, supervising, and implementing training;
    (b) Identify training priorities and broad training goals;
    (c) Delineate an industry-recognized, systematic approach to training development. This approach should enable NOPD to identify and validate job tasks in sufficient detail to derive learning objectives, which, in turn, should drive the selection of instructional strategies and assessments. It shall include the following concepts:
        1. analysis;
        2. design;
        3. development;
        4. implementation; and
        5. evaluation;
    (d) Develop instructional strategies that incorporate active learning methods such as problem-solving and scenario-based activities, based on current theories of learning;
    (e) Address program administration policies, classroom/facility use, and instructor training and development; and
    (f) Establish the frequency and subject areas for recruit, field, and in-service training;
    (g) Include information on all training curriculums, course descriptions and a

        scheduling calendar; and
        (h) Address the training of officers as well as training of civilian employees.

31. The Master Training Plan, upon approval by the Superintendent, shall be made available to the public via the City of New Orleans' website (http://www.nola.gov/nopd/).

## EDUCATION & TRAINING DIVISION STAFF

32. The Education and Training Division shall implement knowledge, skills, and ability protocols for all members assigned to the Education and Training Division and all adjunct instructors within the Department. Minimum qualification requirements for Education and Training Division staff shall include:

    (a) Baccalaureate degree or subject matter expertise with at least six years of combined Department service;
    (b) Successful completion of the Law Enforcement Instructor's School (LEIS); and
    (c) No 'sustained' PIB investigations within 24 months of applying for a staff position or a pending 'open' investigation at the time of application.

33. Education and Training Division staff and Department adjunct instructors shall receive the Louisiana POST required instructor training course or an approved equivalent of at least 40 hours of training, including training on effective teaching, adult-learning techniques, and curriculum development. This training is in addition to annual in-service training. Instructors shall use only curricula and lesson plans that have been approved by the Curriculum Director of the Education and Training Division.

34. Instructors shall use a variety of adult learning techniques, scenario-based training, and problem-solving practices, where appropriate, in addition to traditional lecture formats.

35. The Education and Training Division Commander shall evaluate the performance of: Education and Training Division staff, all adjunct or other training instructors and shall remove any instructors or staff who do not meet the Department criteria outlined in this Chapter. The Education and Training Division Commander shall document each evaluation using an established set of criteria. (See **Addendum "E" – Instructor Evaluation Form).**

## NON-EDUCATION & TRAINING DIVISION INSTRUCTORS OR GUEST LECTURERS

36. The Education and Training Division shall actively seek qualified Guest Speakers / Lecturers, including instructors from outside the Department, with expertise in areas of training, as necessary, to supplement the staffing and skills of the full-time Education & Training Division staff and Adjunct Instructors.

37. The Education and Training Division will incorporate experts and guest speakers such as judges, State prosecutors, representatives of the USAO, crime victims, and community members, to participate in course presentations conducted by the Department.

## TRAINING FACILITY REQUIREMENTS

38. The Department and the City of New Orleans shall provide a training facility adequate to accomplish the goals of the Department as expressed in this Chapter.

39. A proper learning and testing environment requires that each student have adequate work space. Classroom space in training facilities shall be sufficient to accommodate the

**CNO 0408**

number of students participating in the training program or class. If classes are planned, in which the number of students exceeds the functional seating capacity of the existing training facility, the Department and the City of New Orleans shall secure, prior to the commencement of the training, an alternate facility adequate to accommodate the number of students to be trained.

40. The proper maintenance of individual member and class training records, as mandated in this Chapter, requires adequate storage capacity, as well as administrative and clerical support. The Department and the City of New Orleans shall provide both space for and support services required for the Education and Training Division to accomplish the requirements enumerated in this Chapter.

41. Louisiana POST Council regulations and training guidelines require that each certified Training Academy provide instruction for **Basic Law Enforcement Peace Officer** trainees in Officer Survival skill areas such as Defensive Tactics, Search and Handcuffing Techniques, and Impact Weapon or Baton use. In order to prevent injury to students, a physical conditioning and training program shall precede the aforementioned Survival Skills training. The Department and the City of New Orleans shall provide indoor facilities, and physical conditioning / training equipment, adequate to accomplish this training for the number of members in training.

42. The Education and Training Division shall maintain a library of manuals, reference materials, video recordings, and other training materials as may be required to enable or facilitate the adequate training of all commissioned Department personnel. Although library materials are primarily for use by instructors and staff to develop and update teaching materials and lesson plans, they should be made available to Department trainees and members.

43. Louisiana POST Council regulations and training guidelines require that each certified Training Academy provide instruction to **Basic Law Enforcement Peace Officers** trainees in firearms use. The POST Council also requires that each POST certified law enforcement officer successfully complete an annual POST firearms re-qualification course (see **Chapter 1.4.2 – Firearms Training Qualification and Requalification**). The Education & Training Division shall maintain or have access to a firing range suitable for this purpose. The firing range shall have an adequate number of targets, adjustable for shooting distance. The firing range shall also have provision for stress, target identification, and reaction courses of fire.

44. The E&TD shall maintain or have access to a police vehicle operator training track. The driving surface area of this track shall be adequate to properly accomplish tactical driver training in accordance with the National Academy for Professional Driving course standards.

## LESSON PLANS - REQUIREMENTS AND GUIDELINES

45. Lesson plans shall be prepared for **all** training courses, including unit-level training courses conducted by the Department. Lesson plans will comply with guidelines prepared by the Education & Training Division based on those presented in the Law Enforcement Instructor's School (LEIS), and the Peace Officers Standards and Training (POST) Basic Training Manual for the State of Louisiana.

46. The Education and Training Division shall develop and implement a lesson plan template that will be used for all training courses conducted by the Department. At a minimum, the template shall include:

**CNO 0409**

    (a) course title;
    (b) course overview;
    (c) date lesson plan was created or updated;
    (d) learning objectives;
    (e) prerequisites (if any);
    (f) course length in platform instruction hours;
    (g) required materials, equipment, and facilities;
    (h) safety measures and/or a safety plan required (if applicable);
    (i) testing/certification; and
    (j) a reference list of instructional material sources (in APA format).

47. All Department lesson plans will be maintained on file by the Education and Training Division. The lesson plan shall describe content and instructional strategies in sufficient detail to ensure consistent delivery of instruction by different instructors.

48. The Education and Training Division shall publish and maintain a "User's Guide" that will describe the requirements and offer assistance in the completion of an acceptable lesson plan. The E&TD must approve all lesson plans submitted for any Departmental training.

49. All Department lesson plans developed outside of the E&TD shall be forwarded to the Curriculum Director for review and approval.

**TRAINING RECORDS**

50. The Education and Training Division Commander shall be responsible for maintaining current, accurate training records for all Department members and all training classes provided. All training records should include, at a minimum:
    (a) Member name and employee ID number;
    (b) the type of training received;
    (c) the date(s) of the training;
    (d) the location of the training;
    (e) the person/agency providing the training;
    (f) any certificates or honors conferred; and
    (g) any test scores (if applicable).

51. The Education and Training Division shall be responsible for maintaining current, accurate training records for all Department members and all training classes provided by utilizing a system (**PowerDMS**) that will electronically track, maintain, and report complete and accurate records of current curricula, lesson plans, training delivered, and other training materials in a centralized electronic file system. This system shall, <u>at a minimum</u>:

    (a) Maintain training records for each recruit, and commissioned member of the Department, including:
    1. Record the course description, duration, curriculum, date and location of training, name of instructor, and the personnel who completed the training; and
    2. Document officers who did not complete required training and all corrective actions taken.

52. If the training is provided by the NOPD's Education and Training Division, the Education and Training Division Commander shall be responsible for ascertaining that the member's training record reflects the training received.

53. If the training is provided by another unit within the Department, the unit's **training**

**CNO 0410**

**coordinator or training officer** shall be responsible for providing the Education and Training Division Commander with the appropriate documentation of the training.

54. If the training is provided by an outside vendor/entity/agency, the member receiving the training shall be responsible for providing the Education and Training Division Commander with the appropriate documentation of the training.

55. The Education and Training Division shall develop and implement accountability measures to notify unit Commanders when required, to ensure that all members successfully complete all assigned or required training programs in a timely manner.

56. The Education and Training Division shall document all training provided to or received by all Department members, whether required or discretionary. Members shall sign an acknowledgment of attendance or digitally acknowledge completion of training (e.g., Departmental e-mail or PowerDMS).

57. The E&TD shall report all training delivered and received in an annual report to the Superintendent of Police and the Training Advisory Committee. This report shall include a:

    (a) Description of each course, including a summary of the subject matter; the duration, date and location, the name of the instructor, and the number of persons who completed the training;
    (b) Listing of all officers who completed NOPD Basic Recruit Training, NOPD In-Service Training for both police officers and commissioned supervisors, the Professional Development Program, the Lateral Officer Training Program, specialized skill or specialized unit, or elective training; and
    (c) Listing of members who did not complete assigned or required training and the corrective action taken for each member.

**TRAINING RECORDS OF COURSES OUTSIDE E&TD**

58. Units, other than the Education and Training Division, which conduct training classes for any Department members shall prepare class records as indicated in this Chapter.

59. The **training coordinator or training officer** of any unit conducting a training class for Department personnel shall ensure that a class record is provided, <u>within 30 days of completion of the training</u>, to the Education and Training Division **training liaison**.

60. The class record shall contain all information and documentation outlined in this Chapter and labeled and bound in a single binder or presented in its entirety as an electronic record.

61. An electronic receipt for the class training record will be sent by the Education & Training Division **training liaison** to the **training coordinator or training officer** of the unit conducting and/or providing the class training and the instructor(s) who conducted the class training.

**E&TD CONDUCTING OUTSIDE AGENCY POST TRAINING**

62. The E&TD is a POST-certified Regional Training Academy. The E&TD provides the POST **Certification for Basic Law Enforcement Peace Officers** training curriculum to all NOPD new hires. The E&TD also makes this training available to personnel hired by other law enforcement agencies in the surrounding area on a space available basis.

**CNO 0411**

63. Cooperative Endeavor Agreements (CEA) or contracts must be approved by all involved agencies that outline the curriculum, schedule and liability apportionment and exposure before training may begin.

## TRAINING EVALUATION

64. The Commander of the Education and Training Division shall collect, analyze, and review data and evaluations to determine the effectiveness of all Department training and to identify and recommend changes to improve future instruction, course quality, and curriculum.

65. This process shall measure and document student acceptance of, reaction to, and satisfaction with, the training they received.

66. The process shall also evaluate student learning as a result of training, including the extent to which students are applying the knowledge and skills acquired in training received to their duties.

67. The Commander of the Education and Training Division shall develop, implement, document and approve testing policies and procedures to ensure that all testing is valid, reliable, and fair. Both knowledge-based and performance-based tests shall be designed, developed, administered, and scored according to established professional standards of practice. All tests shall be knowledge based and job-related, testing knowledge and skills required for successful job performance.

## BASIC RECRUIT TRAINING PROGRAM

68. The Education and Training Division shall develop and implement an NOPD Basic Recruit Training Program that comports with the Department's **Master Training Plan**.

69. The E&TD shall be sufficiently staffed to effectively train recruits, and the deployment of E&TD staff to cover patrol shifts or outside duties does not disrupt scheduled training activities. This does not prohibit E&TD staff from working patrols required in a Department-wide program of enhanced coverage. NOPD Basic Recruit Training Program classes shall not exceed 30 candidates per session without the specific approval of the Superintendent.

70. The Education and Training Division shall provide recruits with at least 880 hours of basic recruit training instruction.

71. The NOPD Basic Recruit Training Program curriculum shall continue to be based on POST Basic Law Enforcement training guidelines. It shall continue to include all areas and courses mandated by the Louisiana POST Council. In addition, the training curriculum shall continue to include topics of instruction designed to meet the needs of the community and to address those areas as determined by the Superintendent of Police.

72. The curriculum content ensures that new officers will be comprehensively trained in all required, basic areas of law enforcement and community service.

73. Recruit training shall be structured so that it is delivered in logical progression, to ensure that each skill or unit can either stand alone or it builds on previous skills or units. Training modules will be scheduled so that recruits become proficient in fundamental knowledge or tasks before progressing to more advanced skills and activities.

74. Recruit training shall incorporate constitutional and statutory law; ethical decision making; community policing; de-escalation of force; and bias-free policing throughout the course of the NOPD Basic Recruit Training Program. Recruit training shall reinforce legal concepts in the context of instruction on interviewing and interrogation, crime scene processing, and report writing.

75. Whenever applicable, recruit training shall use problem-based learning and scenario-based exercises throughout the course of the NOPD Basic Recruit Training Program. Scenario-based exercises shall have specific training objectives, and achievement shall be evaluated in multiple areas, such as constitutional and statutory law, officer safety, Department regulations, and report writing. Recruits shall be required to produce completed reports and statements at the end of scenario-based exercises.

76. The recruit academy shall intersperse skills training in areas such as driving, firearms, and defensive tactics throughout the course of the NOPD Basic Recruit Training Program, to allow recruits to develop and reinforce these skills over time.

77. Recruits shall not be added to a NOPD Basic Recruit Training Program class after the first week of the training.

78. To ensure continuity of training, the E&TD shall minimize interruptions to NOPD Basic Recruit Training Program for the purpose of staffing special events and other functions. This does not preclude the use of recruits for Mardi Gras-related service functions or in case of declared emergencies.

## BASIC RECRUIT TRAINING EVALUATION CRITERIA

79. The criteria used to evaluate the member's satisfactory completion of courses taught as part of the recruit curriculum may be a written examination or a performance exercise.

80. Written examinations may be objective, subjective, or a combination of both methods. If a written examination or performance exercise is used as a method of evaluation, a pass/fail cutoff score will be established.

81. Members participating in the class will be advised of the cutoff score, prior to the evaluation process.

82. In order to complete the academic Phase I training, be eligible for the POST Examination, and transition to Phase II of Recruit training, each recruit must meet the minimum requirements outlined in the course curriculum of **the Master Training Plan**.

83. The Louisiana POST Council requires that each person in a Basic Law Enforcement training program, in order to be eligible to take the State Certification Examination, must:

    (a) successfully complete each major area of instruction; (See **Master Training Plan)**
    (b) qualify during firearms training with a minimum score of 80% on the POST qualification course; (See **Master Training Plan)**
    (c) achieve a minimum of 30% in each area of physical training evaluation; (See **Master Training Plan"**) and
    (d) qualify for graduation from a state certified training academy listed by Louisiana POST.

**CNO 0413**

**LATERAL ENTRY OFFICER PROGRAM**

84. New hires participating in the Department's Lateral Entry Officer Program shall have a current Louisiana POST or their former, currently valid, state equivalent certification as a law enforcement officer and approved by Louisiana POST.

85. Lateral Entry Officer Program applicants shall have practical law enforcement experience of sufficient quantity and quality as to merit a reduction in the number of training hours required of an NOPD Basic Recruit. (See **Master Training Plan**.)

86. Lateral entry applicants successfully completing NOPD training shall participate in the Field Training Officer Program (See **Chapter 33.4.3 – Field Training Program**). Lateral entry applicants who fail to successfully complete either the NOPD lateral entry training program or the Field Training Officer Program will be reduced to recruit status. If approved for continued hire, they will be placed in the next scheduled NOPD Basic Recruit Training Program class, and will be required to successfully complete all aspects of the Recruit Basic Training Program and the Field Training Officer Program.

**LOUISIANA POST APPLICANTS FOR LATERAL ENTRY OFFICER PROGRAM**

87. Lateral entry applicants who maintain current Louisiana POST certification as law enforcement officers shall receive additional training in those areas deemed necessary by the Commander of the E&TD after an individual assessment of their background and training. This training shall address areas of high liability, as well as those areas of importance identified within the master Training Plan. (See **Master Training Plan**.)

**OUT-OF-STATE POST APPLICANTS FOR LATERAL OFFICER ENTRY PROGRAM**

88. Lateral entry applicants who maintain current law enforcement officer certification from states other than Louisiana shall provide documentation of certification and a description of their Basic Law Enforcement training curriculum. This documentation shall be submitted for evaluation by the Louisiana POST Council. If approved, the applicant will receive training consistent with POST guidelines for out of state transfers, in addition to that training deemed necessary for lateral entry officers by the Commander of the E&TD after an individual assessment of their background and training. (See **Master Training Plan**.)

89. At a minimum, they shall complete the Louisiana Law Enforcement Basic Training manual "Legal Aspects" Section, and Firearms Section, and qualify on the POST firearms qualification course as attested to by a POST certified firearms instructor. They must also pass the statewide examination for peace officers with a minimum score of 70%. If they have had an interruption of service in excess of 5 years, the applicant is required to attend the full **Basic Law Enforcement Peace Officers** training course.

**E&TD ORIENTATION**

90. The E&TD staff shall conduct an orientation session for each new Basic Recruit Training class or group of law enforcement trainees before the end of the first full week after the Class Session begins. This orientation shall include, at a minimum, information on:

    (a) The organization of the E&TD;
    (b) The E&TD's rules and regulations;
    (c) The E&TD's rating, testing and evaluation system;
    (d) The NOPD Basic Recruit Training Program Training Curriculum standards and guidelines;

**CNO 0414**

    (e) Physical fitness and proficiency skill requirements of their training; and
    (f) An example of the daily training schedule.

### ACADEMY ORIENTATION HANDBOOK

91.    The E&TD staff shall issue an orientation handbook to each newly hired law enforcement trainee <u>upon being hired</u> by the Department.

### THE FIELD TRAINING PROGRAM

92.    The FTO Training Coordinator is responsible for managing and distributing training records in compliance with **Chapter 33.4.3 – Field Training Program**.

93.    The FTO Training Coordinator shall establish a field training program for recruit police officers that are of sufficient duration to provide for the adequate orientation and training of the new peace officer in the lawful operations of the Department. The program shall establish procedures for the selection, appointment and training of field training officers (FTO) and supervisors, the daily evaluation of recruits participating in the program and the rotation of FTO personnel to provide for the objective evaluation of recruit performance. (See **Chapter 33.4.3 – Field Training Program**).

### FIREARMS RECERTIFICATION

94.    Commissioned members of the Department shall successfully complete firearms re-qualification on an annual basis, in compliance with POST guidelines and **Chapter 1.4.2 – Firearms Training Qualification and Requalification**.

### ROLL CALL TRAINING

95.    In addition to their other duties, Department supervisors have a responsibility to enhance and improve their subordinates' skills, expertise and knowledge whenever possible. The goal of this training should be to keep officers up to date between formal training sessions. Roll Call training shall include special topics selected by the Commander of the E&TD, the E&TD staff members, or district/division commanders that address, officer safety, readiness, community concerns, or Departmental procedural matters and regulations.

96.    Platoon and unit supervisors shall be responsible to insure that roll call training sessions are documented on the Supervisor's Daily Activity Sheet and used for training purposes as often as possible.

### TRAINING ON CHANGES IN RULES, REGULATIONS, POLICIES AND PROCEDURES

97.    Changes are made periodically in the official guidelines regarding the manner in which the Department and its personnel conduct specific department operations. The City of New Orleans, the New Orleans Police Department, a particular bureau, or an individual unit may issue these guidelines. Bureau and unit standard operating guidelines (SOG) **shall not** be in conflict with the rules, regulations, Chapters, policies and procedures of the Department.

98.    Whenever additions, modifications or deletions are made to City, Department, bureau, or unit operating guidelines that affect the manner in which the Department or its personnel operate, the unit supervisor shall be responsible for the timely and appropriate distribution of the revised guidelines. In all cases, the changes shall be promulgated

before the effective date of the change. The unit supervisor shall also be responsible for training, in a roll call or other appropriate setting, the members of the supervisor's unit. This training shall communicate the content of the guideline changes, as well as the effect said changes may have on the operation of the unit or its individual personnel.

99. The unit or supervisor effecting such a change must make formal notification to the E&TD so that it may assess the impact of corresponding revisions that may be required of existing lesson plans and curriculum.

100. All standard operating guidelines must be in written form and submitted to the Policy Standards Section of the Compliance Bureau to ensure it is in the proper format and does not conflict with existing regulations prior to submission and approval through the chain of command.

**LEGAL UPDATES TRAINING**

101. Changes are made periodically in the criminal statutes and procedures of the State of Louisiana and the City of New Orleans. Whenever the city attorney, district attorney, or other legal advisory entity within city government or the Department is made aware of pertinent changes to statutes or procedures, a copy of the changes and an evaluation of the effect of the changes should be immediately forwarded to the Commander of the Education and Training Division.

102. The Commander of the Education and Training Division or his/her designee shall ensure that pertinent changes to training materials necessitated by federal, state and local statutes or Departmental regulation changes are made in an appropriate and timely manner.

103. Unit supervisors shall be responsible for the timely and appropriate distribution of these revised statutes and/or procedures to all unit personnel. The unit supervisor shall also be responsible for ensuring training, in a roll call or other appropriate setting, of these changes for personnel under his/her supervision.

104. This training shall communicate the content of the statute and/or procedure changes, as well as the effect the changes may have on the operation of the unit or its individual personnel.

**IN-SERVICE TRAINING**

105. The Education and Training Division shall implement a mandatory annual in-service training program that follows the Department's written **Master Training Plan**. The Education and Training Division shall provide at least 64 hours of in-service training to each officer annually. In-service training will be comprised of a 40-hour core curriculum and 24 hours of additional elective training. Specialized training for officers in certain units or assignments (such as the initial 40-hour training for specialized CIT officers) shall be considered <u>additional elective training</u>.

106. The Curriculum Director, working with E&TD staff and training coordinators or training officers, shall develop core-training requirements for the following:

    (a) Police officers;
    (b) Supervisors (sergeants and lieutenants);
    (c) Command staff (ranks above police lieutenant);
    (d) investigators and detectives; and

**CNO 0416**

    (e) Specialized units.

**FUNCTIONS REQUIRING SPECIALIZED TRAINING**

107. Many of the units and positions within the New Orleans Police Department require specialized training, either prior to an employee being assigned to the position, or as part of a continued training program within the employee's assignment.

108. Specialized training is intended to provide more than basic on the job training. Specialized training should be based on the tasks required of the specialized assignment, and should be closely coordinated with the **training coordinator** or **training officer** currently assigned to the specialized assignment.

109. Department members assigned to the following positions will receive relevant specialized training as indicated in the Master Training Plan:

    (a) Command Staff (bureau/division/district commanders);
    (b) Public Integrity Bureau;
    (c) Investigators;
    (d) DWI enforcement officers;
    (e) Field training officers;

110. The specialized training shall include, at a minimum:

    (a) Development and/or enhancement of the skills, knowledge and abilities particular to the specialization;
    (b) Management, administration, supervision, personnel policies and support services of the specialized function;
    (c) Performance standards of the specialized function;
    (d) Agency policies, procedures, rules and regulations related to the specialized functions; and
    (e) Supervised on the job training with the unit's **training officer**.

111. The specialized training may be conducted by the **Unit Training Coordinator** or **training officer** of the unit to which the member is assigned, by an outside vendor/entity, or by the E&TD. If training is conducted by the member's unit **training liaison** or **training officer**, the commander shall forward copies of the training documentation to the Commander of Police Education and Training for inclusion in the member's training file. If the training is conducted by an outside vendor/entity, the member receiving the training shall provide documentation of the training received to the Commander of Police Education and Training. If the training is conducted by the E&TD, the Commander of the E&TD shall assume the responsibility for including the training documentation in the member's training file.

**ORIENTATION FOR NEW CIVILIAN HIRES**

112. It shall be the policy of the New Orleans Police Department to have each new incoming civilian employee properly oriented to the Department. The Human Resource Management Division shall conduct an orientation session within 30 days of hire for all newly hired civilian employees of the Department. The orientation shall include, at a minimum, information on:

    (a) The Department's role, purpose, goals, policies and procedures;
    (b) Working conditions and regulations; and
    (c) The responsibilities and rights of employees.

**CIVILIAN POSITIONS REQUIRING PRE-SERVICE / IN-SERVICE TRAINING**

113. The Department has a responsibility to train those civilians it employs. In many cases civilian employees are the first Department representatives encountered by the public. The citizens of the community form an impression of the Department from the employees who represent it.

114. The Personnel Director or his/her designee shall provide interpersonal skill and telephone courtesy training for those civilian employees who encounter the public as in-person or telephone representatives. This training requirement may be satisfied by successful completion of the available Civil Service training in the Employee Growth and Development Opportunities catalogue. Supervisors shall closely monitor the conduct of those civilian personnel assigned to their command who interface with the public on a regular basis. Personnel whose interpersonal skills are at unacceptable levels shall be documented and re-mediated or dismissed, depending on the employee's work record.

115. Civilian employee positions that require additional specialized training are:

    (a) Records and Identification personnel;
    (b) NCIC personnel;
    (c) Data Systems personnel;
    (d) Alternative Police Response (APR) civilian members;
    (e) Central Evidence and Property personnel;
    (f) Crime laboratory personnel;
    (g) Electronic Division personnel; and
    (h) Fleet Management personnel.

**SKILL DEVELOPMENT FOR NEW PROMOTEES**

116. Newly promoted Department personnel are required to function competently in new assignments with different responsibilities requiring new sets of skills. The Department shall, through the Education and Training Division, ensure all newly promoted sergeants and lieutenants receive special skills training commensurate with the responsibilities of the position to which the member has been promoted. This training shall, whenever possible, be provided <u>prior</u> to the promotion of the member. If said training cannot be provided prior to promotion, it shall be provided as soon as practical after the member's promotion.