

# NEW ORLEANS POLICE DEPARTMENT
# OPERATIONS MANUAL

## CHAPTER: 32.1

## TITLE: PERSONNEL HIRING SELECTION

**EFFECTIVE:** 04/08/2018
**REVISED:** Replaces Policy (1001)

### PURPOSE

The purpose of this Chapter is the development of an efficient, effective, and fair selection process resulting in an appointment of those individuals who possess the knowledge, skills and abilities (KSA) necessary to meet the needs of the New Orleans Police Department.

### POLICY STATEMENT

1. The selection process is a critical step in determining the operational effectiveness of a law enforcement agency. It is essential that the selection process prioritizes quality over quantity when evaluating candidates.

2. All background/applicant investigators shall be sworn officers or police investigative specialists and shall be given any necessary training to accomplish the objective. This training will be given under the supervision of the Police Recruitment and Applicant Investigation Administrator.

3. The intent of background investigations are to provide a structured selection procedure for the systematic acquisition, organization, and reporting of background information relevant to an evaluation of a candidate's suitability for law enforcement work, and to provide sufficient information to the police administrator making the employment decision of how the candidate's past conduct relates to the requirements of the job.

4. Psychological examinations and medical examinations screen out candidates who might not be able to carry out their law enforcement responsibilities or endure the stress of the working conditions.

### UNIFORM SELECTION PROCESS

5. The selection process is comprised of many elements. These include written tests, physical agility, background investigations, CVSA (Computerized Voice Stress Analyzer), psychological examination, substance abuse and medical examinations. All elements of the selection process will be administered, scored, evaluated and interpreted in a uniform manner.

### CANDIDATE INFORMATION

6. The New Orleans Civil Service Department allows re-application, retesting, and



EXHIBIT 8G

reevaluation of candidates not appointed to probationary status unless the condition(s) which previously eliminated them from appointment is of a nature that another rejection is assured (such as extensive criminal background).

7. Applicants who are found unsuitable resulting from the psychological examination shall be required to wait **one year** before they are allowed to retest for the police position.

8. Applicants who are found unsuitable because they failed portions of the written or medical exam shall be required to wait **six months** before they may reapply.

9. At the time of their formal application, candidates will be informed of all elements of the selection process.

10. The policy stated in this section regarding re-application will be included in the recruitment literature supplied to all applicants.

**CNO 0390**