

# NEW ORLEANS POLICE DEPARTMENT OPERATIONS MANUAL

## CHAPTER: 35.1.9

**TITLE:** **INSIGHT: EARLY INTERVENTION SYSTEM**

**EFFECTIVE: 11/13/2016**
**REVISED: 05/21/17, 03/18/18, 11/15/19**

### PURPOSE

INSIGHT is a New Orleans Police Department Human Resources and Personnel Management system and data warehouse which can be accessed by Department supervisors to receive and integrate member information in order to facilitate close and effective supervision of members as well as identify any patterns or series of incidents that may indicate at-risk behavior. The INSIGHT Data Warehouse System contains **Personally Identifiable Information** (PII) and **Health Insurance Portability and Accountability Act** (HIPPA) protected data as well as each member's name, badge number, shift assignment, supervisor, race/ethnicity and gender.

### DEFINITIONS
Definitions relevant to this Chapter include:

**At-Risk Behavior**—Any behavior exhibited by a member that represents actual or potential risk to the individual member(s), the Department or the community.

**Data warehouse**—A large store of secure, reliable data captured and accumulated from a wide, diverse range of sources within the New Orleans Police Department and used for reporting, data analysis and to guide management decisions.

**INSIGHT**—A New Orleans Police Department Human Resources and Personnel Management system and data warehouse that streamlines and integrates twelve existing NOPD IT systems or source databases (See: **Appendix A – INSIGHT Source Databases**) into a data warehouse and a single customized, next-generation police support system. INSIGHT promotes chain-of-command communication and intervention by assisting Departmental supervisors and management in becoming more effective in assessing member performance and in making management decisions.

**INSIGHT Executive Committee**—This Committee is responsible for:
  (a) Reviewing Peer groups, Threshold measures, Threshold levels for potential change/update;
  (b) Responding to recommendations from the Early Intervention Unit regarding changes to INSIGHT;
  (c) Reviewing the overall utilization and effectiveness of available member interventions to tailor available intervention options and provide additional intervention options as necessary;

CNO 0464

EXHIBIT
8H

  (d) Working with mental health professionals to assess the array of available interventions;
  (e) Reviewing and/or correcting incorrect or disputed information; and
  (f) Reviewing reports as necessary.

The Committee shall be chaired by the Deputy Superintendent of Management Services and be comprised of:
  (a) 3 Commanders from the Department named by the Deputy Chief of Field Operations for a term of one year;
  (b) The Early Intervention Unit Director;
  (c) The Information Technology Section Director; and
  (d) The Superintendent's Chief of Staff (or Deputy Chief of Staff as designated by the Superintendent).

**Intervention**—Leadership engagement with members based on their status as having deviated from the statistical norm in the INSIGHT system, or based on a supervisory-driven effort with the purpose of impacting behavior that could potentially lead to problems for a member and the Department. Intervention may take the form(s) of re-training, meeting with a supervisor, meeting with the commander, assignment change, other supervised, monitored, and documented action plans, or "no action."

**Mentoring**—Efforts by a supervisor to personally engage, as an advisor, with a subordinate for the purpose of training, teaching or advising to positively influence at-risk behavior or improve job performance.

**Peer Group**—A grouping of Department personnel based on the similarity of the work they perform and similarity in work related characteristics or circumstances that allow INSIGHT to make meaningful and statistically valid comparisons. (See: **Appendix B - NOPD INSIGHT Peer Groups**.)

**Threshold Alert/Event**—An INSIGHT initiated alert action that results from a member statistically deviating from the established statistical norm (a "threshold") of other members in his/her Peer Group. Threshold alerts notify a Commander that a member's actions have significantly and statistically deviated (measured in standard deviations) from the baseline behavior in his/her Peer Group. This behavior may be either "negative" or "positive." Threshold alerts are intended to notify and engage a member's Commander and direct supervisor in a discussion about the behavior and whether intervention may be warranted. INSIGHT also includes count-based thresholds for which a threshold event results when a member exceeds a count-based threshold. A list of thresholds is included in **Appendix C – INSIGHT Thresholds**.

**Manual Employee Review**—An INSIGHT review process that is initiated by a member's supervisor.

**Threshold Measures**—A set of comparative data points selected to measure a member's actions. Thresholds are expressed in the form of a count or a ratio. A complete list of Thresholds appears in **Appendix C – INSIGHT Thresholds**.

## POLICY STATEMENT

1.  INSIGHT shall be utilized to review, monitor, evaluate, and audit the work history and performance of Department members.

2.  INSIGHT accesses existing Department data including, but not limited to, Electronic Police Reports, Field Interview Cards, member assignment, promotion history, attendance, discipline, awards and commendations, training, uses of force, vehicle

**CNO 0465**

pursuits, and other source databases listed in **Appendix A – INSIGHT Source Databases**.

3. The use of information contained in INSIGHT shall be in compliance with all applicable laws and Department regulations and shall be regarded as **confidential**. Each member shall be allowed to view his/her own information as well as the information contained on any subordinate under his/her command.

4. INSIGHT conducts comparative data analysis on Peer Groups to determine if pre-designated thresholds were exceeded thereby necessitating supervisory review. The reviewing supervisor may recommend an appropriate intervention to modify or mitigate the identified behavior.

## INSIGHT SYSTEM ANALYSIS AND INTERVENTION OPTIONS

5. When an event or other particularized information is entered into one of the source systems listed in **Appendix A**, INSIGHT will conduct comparative data analysis within peer groups as defined in **Appendix B – INSIGHT Peer Groups**.

6. Peer groups are not utilized to capture temporary work such as Mardi Gras assignments and other temporary internal re-assignments. If an individual has been temporarily re-assigned for thirty (30) days or more, the member's "permanent" assignment should change in ADP. The temporarily reassigned member's Commander is responsible for ensuring the reassignment is changed in ADP as soon as it takes place.

7. Once INSIGHT conducts a comparative data analysis, the system will determine if that member's actions have exceeded the established threshold(s) that requires a supervisory review. A list of all thresholds in INSIGHT are noted in **Appendix C – INSIGHT Thresholds**.

8. During the supervisory review, the identified member's immediate supervisor may recommend an intervention to correct the identified behavior. Supervisors shall select one or more listed interventions. The recommended interventions shall be supported by a narrative and additional comments should be added to the intervention documentation during the course of the intervention and after the conclusion of an intervention to document its effectiveness. Interventions available include:

    (a) **No further action:** Selected when, after the supervisory assessment, no pattern of at-risk behavior was identified OR appropriate action was taken prior to the activation of the threshold (e.g., training provided, informal meeting with supervisor). This may not be selected in combination with any other intervention.
    (b) **Commendation:** Selected when, after the supervisory assessment, the behavior is deemed worthy of Department recognition. This may not be selected in combination with any other intervention.
    (c) **Informal meeting with supervisor:** Selected when, after the supervisory assessment, the supervisor meets with the member and conducts an informal meeting that does not result in any further action.
    (d) **Training:** Selected when the supervisory assessment identifies a need for training. The supervisor shall document the type of training and reason for the training in the narrative section of INSIGHT. It is the supervisor's responsibility to contact the Early Intervention Unit (EIU) to schedule the required training. All training shall be entered into the Departmental training database (PowerDMS) by the training provider.
    (e) **Supervisory evaluation period:** Selected when the supervisory assessment determines that the member needs mentoring and a dedicated monitoring period by the supervisor. The supervisor will select an appropriate review period (i.e. 30,

60, or 90 days) and will document the status and efficacy of the mentoring in a cumulative final assessment at the conclusion of the review period.
  (f) **Modified duties:** Selected when the supervisory assessment identifies the need for a modification of the member's duties.
  (g) **Meeting with the Commander:** Selected when the supervisory assessment determines that the member needs a formal meeting with the member's Commander.
  (h) **Re-assignment/Transfer:** Selected when the supervisor's assessment determines that the member should be removed from his/her present duties and placed into a different duty assignment. If an internal transfer (within the same Command) is deemed appropriate, the member's Commander shall be responsible for determining the new assignment. If a transfer outside their command is deemed appropriate, the member's Commander shall confer and request authority from the respective Bureau Chief(s) concerned.
  (i) **OAP consultation:** Selected when the supervisory assessment identifies that the member would benefit by referral for counseling services. The supervisor shall mark the document(s) "**Confidential**" at the top of the narrative section. The member shall be responsible for contacting the Officer Assistance Program. (See: **Chapter 22.2.6 – Officer Assistance Program: Employee Mental health Services and Chapter 22.2.7 – Officer Assistance Program: Critical Incident Stress Management**).

## INSIGHT SYSTEM DESIGN AND FUNCTIONALITY (WORKFLOW)

9.  INSIGHT receives data from the source systems (Appendix A) nightly. Once the data is received, INSIGHT automatically conducts a comparative data analysis and identifies any thresholds which have been exceeded.

10. INSIGHT facilitates the routing of information to the appropriate members based on the workflow described below.

11. When an INSIGHT threshold is exceeded, INSIGHT provides a pre-determined set of information to facilitate a comprehensive review of the INSIGHT threshold event and member by a supervisor.

12. INSIGHT has built-in audit logs that track all user actions to ensure the integrity of the information in the system.

13. Members have access to their own information, as well as any subordinates in their chain of command.

14. The Early Intervention Unit shall administer personnel groups with access to the following:

    (a) Awards and commendations: Entered by Department supervisors.
    (b) Personnel Jacket application: Synchronized from ADP records with added demographic information entered by MSB staff.
    (c) Threshold administration: Administered by the Early Intervention Unit.
    (d) Threshold interventions: Coordinated and tracked by the Early Intervention Unit based on determinations made by the employee's direct Supervisors.

15. INSIGHT threshold events are monitored by the Early Intervention Unit and shall follow the workflow and timelines below. If timelines are not met, the INSIGHT system generates a reminder to the appropriate Commander and the delinquent supervisor to complete the activity. Any further delay may result in disciplinary action.

16. Workflow with timelines:

**CNO 0467**

 (a) INSIGHT threshold event alerted automatically by system or manually by a member's supervisor, notification sent to member's Commander.
 (b) Member's Commander or the Commander's administrative staff assigns the event to a particular Supervisor.
  i. **Time to complete action:** 5 days after assignment.
 (c) Assigned Supervisor reviews materials.
 (d) The Supervisor shall meet with the affected Member. After meeting with the Member, the Supervisor shall finalize the recommendation and submit it through his/her chain of command for approval.
  i. **Time to complete action:** 10 days after receiving the assignment (Meeting with Member must take place during this period.)
 (e) The supervisor's chain of command reviews the information and approves or rejects his/her recommendation.
  i. If the chain of command rejects the recommendation, the event goes back to the Supervisor and step (c) begins again.
  ii. If the chain of command approves the recommendation, the recommendation is sent to the Commander for final approval.
  iii. **Time to complete action:** 8 days from receipt of the recommendation from the Supervisor.
 (f) Once the Commander approves the Reviewing Supervisor's recommendation, the recommendation is sent back to the Reviewing Supervisor for follow-on action, unless "No Further Action" is the approved recommendation.
 (g) The Supervisor should assist the member in scheduling and appearing for follow-on actions if necessary.
  i. **Time to complete action:** 7 days from Commander's approval of intervention strategy.

17. Interventions available to Supervisors, and time to complete intervention strategies include:

 (a) **No further action:** Workflow is complete.
 (b) **Commendation:** Supervisor recommends a commendation through the INSIGHT Awards and Commendation system.
  ○ **Time to complete action:** 7 days from receipt of assignment.
 (c) **Informal meeting with Supervisor:** Workflow is complete as a result of the meeting between the Member and Supervisor.
  ○ **Time to complete action:** 15 days from Intervention approval by Commander.
 (d) **Training:** The supervisor shall schedule and coordinate the required training. Once the member completes the training, the supervisor shall ensure PowerDMS is accurate. Trainings hosted by the Academy will show in Insight once the Academy awards the corresponding certificate to the member in PowerDMS. For trainings that are not hosted by the Academy, the member's supervisor shall create a PowerDMS certificate for the training and award the certificate to the member.
  ○ **Time to complete action:** 150 days from Intervention approval by Commander.
 (e) **Supervisory monitoring period:** The Commander and Supervisor shall determine a period of monitoring (i.e. 30, 60, or 90 days) and enter monitoring reports and/or a summary report to close the item. The EIU shall monitor for system documentation and completion.
  ○ **Time to complete action:** monitoring period (30-90 days) from Intervention approval by Commander.
 (f) **Modified duties:** The Supervisor, in coordination and with the authority of the Commander shall modify the employee's duties.
  ○ **Time to complete action:** 7 days from Intervention approval by Commander.

**CNO 0468**

- (g) **Meeting with the Commander:** The <u>Commander</u> shall schedule a meeting with the member.
  - **Time to complete action:** <u>14 days from Intervention approval by Commander.</u>
- (h) **Re-assignment: Internal Reassignment:** The <u>Commander</u> shall re-assign the member and work with Personnel to update the assignment information in the member's file. External Reassignment: The Commander shall formally request a Transfer of the Member through the appropriate Bureau Chief.
  - **Internal Re-assignment Time to complete action:** 7 days from Intervention approval by Commander.
  - **External Re-assignment Time to complete action:** 21 days from Intervention approval by Commander.
- (i) **OAP Consultation Recommendation:** The Supervisor shall notify the Officer Assistance Program Director of the determination that a consultation is recommended. Once the Supervisor has recommended OAP to the affected member and contacted OAP, he/she must mark the Intervention Strategy from 'planned' to 'complete.'
  - **Time to complete action:** <u>7 days from Intervention approval by Commander.</u>

## COMMANDER RESPONSIBILITIES

18. Commanders are responsible for reviewing INSIGHT reports of members under their command regularly and must review broader, pattern-based reports (see Appendix E) at least quarterly. For the quarterly reviews, commanders shall review the supervisor dashboard and threshold reports to identify any trends meriting concern or commendation. If a commander identifies areas of concern at any time, the commander shall initiate a manual employee review, monitor the intervention, and may remark upon the results of the intervention in the employee's annual performance evaluation. Manual employee reviews in Insight shall be handled in the same manner as all other INSIGHT threshold events in accordance with this chapter and departmental policy.

19. Commanders shall review INSIGHT records, with special attention to the INSIGHT "Employee Activity Report" and the "Employee Summary Report" of all members upon transfer to their command.

20. Commanders are responsible for:

    (a) Assigning INSIGHT threshold events to the appropriate Direct Supervisor for review;
    (b) Approving or rejecting the reviewing Supervisor's recommendations;
    (c) Completing their specific responsibilities for all interventions;
    (d) Ensuring the <u>timely</u> completion of all INSIGHT reviews of members under their command.

## MEMBER RESPONSIBILITIES

21. Members are responsible for monitoring their INSIGHT information on a regular basis to ensure the completeness and accuracy of the information contained within the system.

22. Members are also responsible for the completion of all assigned, specific actions or instructions outlined by the reviewing Supervisor in the time provided for interventions described above.

23. If, during the member's regular review of their own INSIGHT information, he/she discovers any INSIGHT information that should be corrected, the member should follow the steps described in the "Incorrect or Disputed Information" section below.

24. If a member disagrees with the Supervisor's documentation of an INSIGHT threshold event, employee review, or a subsequent recommendation, the member shall present the disagreement to his/her chain of command.

**SUPERVISOR RESPONSIBILITIES**

25. INSIGHT driven meetings between supervisors and members are NOT internal investigations. Supervisors should treat any meetings with subordinates as generalized welfare and member issue discussions. They should not ask specific questions which would require the member to report on an ongoing investigation, trigger a member's Fifth Amendment rights or violate the Louisiana's Police Officer Bill of Rights (La. R.S. 40:2351, "Rights of Law Enforcement Officers While Under Investigation.") They may focus on the surrounding issues that do not touch on ongoing investigations. INSIGHT meetings are not disciplinary, and their goal is not to elicit statements relative to discipline or misconduct.

26. Supervisors are responsible for the timely completion of all actions and interventions assigned to them as described above in the workflow.

27. When making a recommendation, Supervisors shall thoroughly review all information provided by INSIGHT. During their review, Supervisors should consider the member's peer group, the nature of the assignment, and the specific details of the INSIGHT threshold event.

28. The Supervisor shall include a narrative supporting their recommendation in INSIGHT. The narrative should include any information obtained from their review of the materials provided by INSIGHT, as well as from their personal observations as the member's supervisor.

29. If the Supervisor must meet with the member in the course of their review, they must do so in the time allotted and in a private location. The Supervisor shall ensure the employee has an opportunity to discuss the issue under review.

30. Supervisory review of INSIGHT is integral to providing close and effective supervision. Supervisors are responsible for regularly reviewing INSIGHT reports of members under their command and must review broader, pattern-based reports (Appendix E) at least quarterly. For the quarterly reviews, supervisors shall review the supervisor dashboard and threshold reports to identify any trends meriting concern or commendation. If a supervisor identifies areas of concern at any time, the supervisor shall initiate a manual employee review, monitor the intervention, and may remark upon the results of the intervention in the employee's annual performance evaluation. Manual employee reviews shall be handled in the same manner as all other INSIGHT threshold events in accordance with this chapter and departmental policy.

31. Supervisors shall use INSIGHT, especially the "Employee Activity Report" and the "Employee Summary Report", for assistance in conducting member performance evaluations. Supervisors shall review interventions and other performance indicators while conducting performance evaluations.

**MANAGEMENT SERVICES BUREAU RESPONSIBILITIES**

32. The Deputy Superintendent of the Management Services Bureau shall provide approval of any change in a member's access rights to the INSIGHT system if the employee is

receiving viewing rights <u>outside of their chain of command</u>. This includes those members with ad-hoc reporting access. Only members authorized by the Deputy Chief of the Management Services Bureau may view INSIGHT threshold event or member-level information for all Department members.

## COMPLIANCE BUREAU RESPONSIBILITIES

33. The Compliance Bureau may review and compile ad-hoc reporting of data from INSIGHT as necessary to demonstrate compliance with the Consent Decree, conduct internal audits of the Department, or otherwise improve Department performance.

## EARLY INTERVENTION UNIT (EIU) RESPONSIBILITIES

34. The EIU, with support from the NOPD Information Technology Section, is responsible for:
    (a) Managing all access to INSIGHT, under the direction of the Deputy Chief of the Management Services Bureau.
    (b) Managing INSIGHT roles and privileges as determined by the Deputy Chief of MSB.
    (c) Managing standard and ad-hoc reporting.
    (d) Providing INSIGHT "Help Desk" type support to all Department members.
    (e) Coordinating delivery of INSIGHT – driven training at the Education and Training Division.
    (f) Provisioning data from INSIGHT to the Department as necessary.
    (g) Administering INSIGHT threshold events, threshold levels, peer groups, and intervention categories if the INSIGHT Executive Committee approves a change.
    (h) Monitoring the workflow and ensuring the stable operation of the system.
    (i) Monitoring the timely completion of all interventions and making necessary notifications to Command staff when necessary.
    (j) Assessing the effectiveness of interventions for individual members, supervisors, and units, provided information pertaining to the interventions is not restricted by HIPPA.
    (k) Evaluating the consistency (similar cases being treated similarly) and appropriateness (intervention matches seriousness of issue) of interventions across the department.
    (l) Regularly review thresholds and recommend additional thresholds or improvements to existing thresholds to the INSIGHT Executive Committee.

## INSIGHT EXECUTIVE COMMITTEE RESPONSIBILITIES

35. The INSIGHT Executive Committee shall meet every quarter to:
    (m) Support the overall management of Insight and address issues raised by EIU
    (n) Review Peer groups, Threshold measures, Threshold levels for potential change/update.
    (o) Review the overall utilization and effectiveness of available member interventions to tailor available intervention options and provide additional intervention options as necessary.
    (p) Working with mental health professionals to assess the array of available interventions.
    (q) Review reports as necessary.

## INSIGHT SYSTEM TRAINING

**CNO 0471**

36. All members shall receive initial training from the Education and Training Division covering the protocols of INSIGHT to facilitate proper understanding and use of the system.

37. Supervisors, including Commanders, shall be trained in the use of INSIGHT to complete the duties and functions required of them.

38. Supervisors, including Commanders, shall be trained in evaluating and making appropriate comparisons in order to identify any significant individual or group patterns.

### AUTHORIZED REPORTING OF DATA FROM INSIGHT

39. Data from INSIGHT may be used for conducting review of INSIGHT threshold events, facilitating close and effective supervision of members, and conducting performance evaluations.

40. All members are responsible for the security of the information and reports provided by INSIGHT and its source database systems. Release of information outside of that permitted under this Chapter is not authorized unless approved, in writing, by the Superintendent of Police or the member's respective Deputy Chief.

41. Reports from INSIGHT may be distributed electronically via e-mail, but <u>only</u> to those with access rights to the information to be sent. Supervisors shall not distribute reports of subordinates to other subordinates, outside the Department or outside of their chain-of-command without express written consent of a Deputy Superintendent.

### INCORRECT OR DISPUTED INFORMATION

42. A member may dispute any information in his/her INSIGHT reports originating from the source systems (see Appendix A) through use of the **INSIGHT Data Correction** Form, which is available in the INSIGHT application. The form shall include a thorough description of the disputed information, with all supporting documentation attached.

43. The Early Intervention Unit shall coordinate the **INSIGHT Data Correction Form** workflow and shall ensure all such forms are processed.

### INSIGHT RECORD KEEPING

44. All information about a member shall be maintained in INSIGHT for at least five years following the member's separation from the Department except when otherwise prohibited by law.

45. INSIGHT shall keep information for statistical analysis indefinitely.

46. All INSIGHT data shall be maintained in a secure and confidential manner.

## APPENDIX A: INSIGHT SOURCE SYSTEMS

Information from the following systems is loaded into the INSIGHT data warehouse nightly and forms the basis for intervention analytics:

| |
|---|
| ADP – NOPD Human Resources and Timekeeping system |
| EPR – NOPD Electronic Police Reports system |
| FIC – NOPD Field Interview Cards system |
| CAD – Orleans Parish Communications District dispatch system |
| IAPro – NOPD Public Integrity Bureau internal affairs system |
| OPDA – Orleans Parish District Attorney prosecution data extract |
| PowerDMS – NOPD Training and Certification system |
| K9 – NOPD Canine deployment application |
| InTime – Secondary Employment/Detail tracking system |
| Inventory – NOPD property inventory tracking system |
| Awards and Commendations – NOPD digital awards and commendations workflow and tracking |

APPENDIX B: NOPD INSIGHT PEER GROUPS

| Peer Groups |
|---|
| Patrol - 1st Platoon (PO/Sgt./Lt.) |
| Patrol - 2nd Platoon (PO/Sgt./Lt.) |
| Patrol - 3rd Platoon (PO/Sgt./Lt.) |
| All NOPD (All Ranks/Positions) |
| District Investigations/Detectives |
| District DIU Task Force |
| HQ Investigative |
| Special Enforcement (Narcotics/Gang/Tac.) |
| Mounted |
| Canine |
| Traffic Enforcement |
| Restricted Duty/Admin/Special Assignment/Other |
| Reserve |
| Captains and Majors |
| Civilian |
| Lieutenants |
| Sergeants |

## APPENDIX C: INSIGHT THRESHOLDS/MEASURES

| Threshold Measure | Type |
| --- | --- |
| Positive: Citizen Positive Report | Count |
| Positive: Squad Low Citizen Complaint to Arrest | Ratio |
| Positive: Sick Hours to Hours Worked | Ratio |
| Arrest with Additional Charges with Use of Force | Count |
| Citizen Complaints | Count |
| Citizen Complaints to Arrests | Ratio |
| Citizen Complaints to Reports | Ratio |
| Civil Lawsuits | Count |
| Civil Lawsuits to Reports | Ratio |
| Decline-to-Prosecute to Arrest | Ratio |
| K9 Bite to Deployment | Ratio |
| Protective Orders Filed | Count |
| Sick Leave Hours Used | Count |
| Squad Use-of-Force to Arrest | Ratio |
| Use-of-Force to Arrest (Non-Major Crimes) | Ratio |
| Use-of-Force to Arrest (Violent Crimes) | Ratio |
| Vehicle Accidents | Count |
| Vehicle Pursuits | Count |

# APPENDIX D: INSIGHT THRESHOLD ALERT AND MANUAL EMPLOYEE REVIEW WORKFLOW

| Process Step | Action | Timer |
|---|---|---|
| Start | System (threshold alert) or supervisor (manual employee review) initiates review process | 0 days |
| Step 1 | The Commander assigns review to supervisor | 5 days |
| Step 2 | Reviewing supervisor determines course of action and makes recommendations | 10 days |
| Step 3 | Reviewing supervisor's chain of command reviews supervisor's course of action and recommendations | 6 days |
| Step 4 | Commander approves course of action and recommendations | 2 days |
| Step 5 | Reviewing supervisor updates follow-on actions | 7 days |
| End | Process complete | 30 Days |

## APPENDIX E: EMPLOYEE ACTIVITY REPORT – ACTIVITY COUNTS

Activity Counts

| Activity Type | Employee Count | Management Services Bureau Average | All NOPD Average | All NOPD without ADD Average | Civilian Average |
|---|---|---|---|---|---|
| Awards & Commendations | 0.000 | 0.000 | 0.097 | 0.102 | 0.007 |
| Field Interviews | 0.000 | 0.111 | 57.189 | 58.526 | 0.099 |
| Arrests | 0.000 | 0.000 | 21.422 | 22.178 | 0.048 |
| CAD Items | 0.000 | 0.000 | 420.722 | 428.245 | 0.815 |
| Citations | 0.000 | 0.056 | 17.503 | 17.498 | 0.024 |
| Police Reports | 0.000 | 0.000 | 84.701 | 82.288 | 6.003 |
| Complaints | 0.000 | 0.056 | 0.456 | 0.454 | 0.130 |
| Use of Force | 0.000 | 0.000 | 0.983 | 1.008 | 0.017 |
| In-Custody Injuries | 0.000 | 0.000 | 0.013 | 0.014 | 0.000 |
| Civil Lawsuits | 0.000 | 0.000 | 0.001 | 0.001 | 0.000 |
| Criminal Proceedings | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Protection Orders | 0.000 | 0.000 | 0.001 | 0.001 | 0.000 |
| Pursuits | 0.000 | 0.000 | 0.033 | 0.035 | 0.000 |
| Collisions | 0.000 | 0.000 | 0.152 | 0.150 | 0.031 |
| Loss of Property | 0.000 | 0.000 | 0.001 | 0.001 | 0.000 |
| Interviews or Interrogations in Violation of NOPD Policy | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Decline to Prosecute | 0.000 | 0.000 | 0.002 | 0.002 | 0.000 |
| Sick Leave Usage | 0.000 | 1.222 | 13.704 | 9.016 | 12.346 |
| Insight Employee Reviews | 0.000 | 0.056 | 0.880 | 0.881 | 0.630 |
| Average Number of Employees | N/A | 18 | 1510 | 1411 | 292 |