**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RAYNE UPTON, individually and on behalf of her minor daughter, G.H.** | * | **CIVIL ACTION NO. 21-407** |
| | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**AFFIDAVIT OF SERGEANT KIMERA DUFEAL**

Kimera Dufeal declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. The following statements are based on my personal knowledge and a review of New Orleans Police Department ("NOPD") records which were made and kept in the ordinary course of NOPD business.

2. I am a Sergeant employed by the NOPD in the First District Administration. My job duties include maintenance and keeping of all records of the NOPD's First District.

3. From May 2020 to September 25, 2020, NOPD officer Rodney Vicknair was assigned to the First District of NOPD.

4. The records contained in Exhibit 6 to the Response and Opposition of Defendants Shaun Ferguson and The City of New Orleans to Plaintiff's Motion for Partial Summary Judgment Against Defendant Rodney Vicknair are true and accurate copies of NOPD officers' Daily Activity Report, commonly referred to as "Trip Sheets," which are made and kept in the ordinary course of NOPD business.

5. The trip sheet for Rodney Vicknair for May 26, 2020 (Exhibit 6, CNO 737), indicates that Mr. Vicknair shared a vehicle on that day with another officer, Curtis Carkum. The

EXHIBIT
tabbies
9

trip sheet shows that Mr. Vicknair and Officer Carkum responded to a call at [redacted] St. from 3:54 and 4:20 p.m. on May 26, 2020.

6. The trip sheet for Michelangelo Carroll for May 26, 2020 (Exhibit 6, CNO 737), indicates that Officer Carroll responded to a call at 860 Olga St. between the times of 3:57 and 4:32 p.m. on May 26, 2020.

7. The trip sheet for Mr. Vicknair on September 23, 2020, shows that he shared a vehicle on that day with another officer, Casey Riley. The trip sheet for that day shows that Mr. Vicknair was at or near the intersection of Olga St. and Dumaine street from 5:32 to 5:53 p.m. In addition, the trip sheet for that day shows that Mr. Vicknair went off duty at or near 11:00 p.m.

8. There are no records of the NOPD that indicate that Mr. Vicknair conducted any NOPD business or that NOPD had any knowledge of Mr. Vicknair's activities after he completed his shift at 11:00 p.m. on September 23, 2020.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed at New Orleans, Louisiana, this ____ day of June, 2023.

Sergeant Kimera Dufeal
New Orleans Police Department

Case 2:21-cv-00407-CJB-KWR Document 97-7 Filed 07/03/23 Page 1 of 6

# NEW ORLEANS POLICE DEPARTMENT
## OFFICER'S DAILY ACTIVITY REPORT

INCIDENT:
CHARGE CODE:

Officer #1: CARKUM, CURTIS (NAME) 31614 (Employee ID)

Division/District: 1ST Platoon: 2ND Unit# 125B

Officer #2: VICKNAIR, RODNEY (NAME) 1845B (Employee ID)

DATE 5/26/20 HOURS 2 2:5PM - 11:00PM

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank (✓) | FIC (#) | BWC (✓) 1 | BWC (✓) 2 | CEW (✓) 1 | CEW (✓) 2 | MVU (✓) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATION | ROLL | CALL | / | 2 25 | 3 00 | 10-8 | | | ✓ | ✓ | ✓ | ✓ | ✓ | BTOD |
| ESPLANADE/N. GALVEZ | 20 | 32151 | 3 26 | 3 26 | 3 48 | NAT | | 1 | ✓ | ✓ | | | ✓ | (1) FIC (2) CITATIONS |
| [redacted] | 42 | 32154 | 3 50 | 3 54 | 4 20 | NAT | | | ✓ | ✓ | | | ✓ | |
| " " | 10-48 | " " | 4 20 | 4 45 | 6 30 | 10-31 | | | ✓ | ✓ | | | ✓ | RELOCATE TO CHILDREN'S |
| I-10 E @ 2318 EAST | 18 | 32343 | 6 36 | 6 47 | 6 50 | GOA | | | ✓ | ✓ | | | ✓ | UNIT 4332 HOSPITAL 78/03 |
| ST. BERNARD/N. CLAIBORNE | 22A | 32513 | 9 08 | 9 08 | 10 06 | NAT | | | | | | | | |
| STATION | 10-19 | / | 10 06 | 10 12 | 11 00 | 10-7 | | | | | | | | DOR |

CNO 0735

EXHIBIT 6

Form 31 Revised November 14 2014

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank (√) | FIC (#) | BWC (√) 1 | BWC (√) 2 | CEW (√) 1 | CEW (√) 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

## Summary of officer's activity

| | Bodies | Asst | 966 | 95 | D/V | Attch | Other | DUI |
|---|---|---|---|---|---|---|---|---|
| Felony arr. | | | | | | | | |
| Misdemeanor arr. | | | | | | | | |
| Municipal arr. | | | | | | | | |
| Traffic arr. | | | | | | | | |
| Summons issued | | | | | | | | |
| Juvenile (major) | | | | | | | | |
| Juvenile (minor) | | | | | | | | |
| Truant arr. | | | | | | | | |
| Curfew arr. | | | | | | | | |
| Truant (custodial) | | | | | | | | |
| Curfew (custodial) | | | | | | | | |

| | Count |
|---|---|
| New complaint | 4 |
| Old complaint | |
| RTF | |
| Supplemental | |
| Accident (no injury) | |
| Accident (injury) | |
| Accident citations | |

| | Count |
|---|---|
| Vice check | |
| Stolen vehicle check | |
| Abandoned veh. check | |
| Residence check | |
| Business check | |

**Warrants**

| | Count |
|---|---|
| Obtained | |
| Served | |
| Attempted | |

**Seized/Confiscated**

| | Amount |
|---|---|
| Firearms | |
| Marijuana | |
| Cocaine/Crack | |
| Heroin | |
| Other narcotics | |

**Pedestrian stops**

| | Count |
|---|---|
| Pedestrians | |
| FIC | |

**Traffic stops**

| | Count |
|---|---|
| Vehicles | 1 |
| FIC | 1 |
| Citations issued | 2 |
| Warning issued | |

**Start of shift**

| | N/A | Yes | No | If no, Sup. notified | Sup. initials |
|---|---|---|---|---|---|
| AVL working? | | ✓ | | | |
| MVU working with sufficient storage? | | ✓ | | | |
| BWC functions? | | ✓ ✓ | | | |
| CEW & CEW camera functions? | | ✓ ✓ | | | |
| Vehicle inspected and OK? | | ✓ | | | |

**End of shift**

| | N/A | Yes | No | If no, sup. notified | Sup. initials |
|---|---|---|---|---|---|
| Vehicle inspected and OK? | | ✓ | | | |

Comments:

Vehicle # 19022 A# 19022 Starting Mileage 27372 Ending Mileage 27408 Total Miles 36

Officer #1 [signature] SIGNATURE

Officer #2 [signature] SIGNATURE

Supervisor Sgt. [signature] SIGNATURE

Approved: ✓
Disapproved:
Counseled:

Form 31 Revised November 14, 2014

CNO 0736

NEW ORLEANS POLICE DEPARTMENT
OFFICER'S DAILY ACTIVITY REPORT

INCIDENT: ____
CHARGE CODE: ____

Officer #1: Michelangelo Carroll (NAME) 031237 (Employee ID) Officer #2: ____ (NAME) ____ (Employee ID)

Division/District 1 Platoon 2ND Unit # 137-B DATE 05-26-20 HOURS 2:25 - 11:00

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank (√) | FIC (#) | BWC (√) 1 | BWC (√) 2 | CEW (√) 1 | CEW (√) 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATION | ROLL | CALL | 2:25 | 2:25 | 2:45 | 10-8 | | | | | | | | IN SERVICE |
| 224 N Carrolton | 20 | 32011 | 3:19 | 3:25 | 3:31 | NAT | | | | | | | | 21 NAT |
| [redacted] | 42 | 32154 | 3:50 | 3:57 | 4:32 | 10-31 | | | √ | | | | | |
| S Claiborne & Cleveland | 20 | 32068 | 4:32 | 4:44 | 4:56 | GOA | | | √ | | | | | |
| 124 S Lopez | 103 | 32239 | 4:57 | 5:00 | 5:15 | NAT | | | √ | | | | | |
| S Claiborne & Cleveland | 20 | "32068" | 5:20 | 5:25 | 6:12 | RTF | | | √ | | | | | NO- CITS |
| STATION | 10-19 | 32068 | 6:12 | 6:16 | 7:24 | NAT | | | | | | | | |
| N Rampart & Barracks | 18 | 32404 | 7:31 | 7:31 | 7:49 | 10-31 | | | √ | | | | | |
| 2600 esplanade | 22A | 32426 | 7:52 | 7:52 | 8:15 | NAT | | | | | | | | |
| Columbus St & N Miro | 18 | 32459 | 8:17 | 8:14 | 8:58 | 10-31 | | | √ | | | | | |
| STATION | 10-18 | D 32206 28 | 9:17 | 9:20 | 10:20 | NAT | | | | | | | | |
| STATION | 10-19 | — | 10:20 | 10:25 | 11:00 | 10-7 | | | | | | | | ESTON |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Case 2:21-cv-00407-CJB-KWR Document 97-7 Filed 07/03/23 Page 4 of 6



| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank (√) | FIC (#) | BWC (√) 1 | BWC (√) 2 | CEW (√) 1 | CEW (√) 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Summary of officer's activity

| | Bodies | Asst | 966 | 95 | D/V | Atch | Other | DUI |
|---|---|---|---|---|---|---|---|---|
| Felony arr. | | | | | | | | |
| Misdemeanor arr. | | | | | | | | |
| Municipal arr. | | | | | | | | |
| Traffic arr. | | | | | | | | |
| Summons issued | | | | | | | | |
| Juvenile (major) | | | | | | | | |
| Juvenile (minor) | | | | | | | | |
| Truant arr. | | | | | | | | |
| Curfew arr. | | | | | | | | |
| Truant (custodial) | | | | | | | | |
| Curfew (custodial) | | | | | | | | |

| | Count |
|---|---|
| New complaint | 5 |
| Old complaint | 1 |
| RTF | 1 |
| Supplemental | |
| Accident (no injury) | |
| Accident (injury) | |
| Accident citations | |

| | Count |
|---|---|
| Vice check | |
| Stolen vehicle check | |
| Abandoned veh. check | |
| Residence check | |
| Business check | |

| Warrants | Count |
|---|---|
| Obtained | |
| Served | |
| Attempted | |

| Seized/Confiscated | Amount |
|---|---|
| Firearms | |
| Marijuana | |
| Cocaine/Crack | |
| Heroin | |
| Other narcotics | |

| Pedestrian stops | Count |
|---|---|
| Pedestrians | |
| FIC | |

| Traffic stops | Count |
|---|---|
| Vehicles | |
| FIC | |
| Citations issued | |
| Warning issued | |

Start of shift

| | N/A | Yes | No | If no, Sup. notified | Sup. initials |
|---|---|---|---|---|---|
| AVL working? | | ✓ | | | |
| MVU working with sufficient storage? | | ✓ | | | |
| BWC functions? | | ✓ | | | |
| CEW & CEW camera functions? | | ✓ | | | |
| Vehicle inspected and OK? | | ✓ | | | |

End of shift

| | N/A | Yes | No | If no, sup. notified | Sup. initials |
|---|---|---|---|---|---|
| Vehicle inspected and OK? | | | | | |

Comments: ______

Vehicle # 18065 A# 18065 Starting Mileage 33412 Ending Mileage 33443 Total Miles 55. 4

Officer #1 [signature] SIGNATURE Officer #2 [signature] SIGNATURE Supervisor Sgt. [signature] SIGNATURE

Approved: ✓
Disapproved: ______
Counseled: ______

Form 31 Revised November 14, 2014

CNO 0738

# NEW ORLEANS POLICE DEPARTMENT
## OFFICER'S DAILY ACTIVITY REPORT

INCIDENT: ______
CHARGE CODE: ______

Officer #1: RILEY, CASEY (NAME) 31795 (Employee ID)

Officer #2: VICKNAIR, RODNEY (NAME) 18458 (Employee ID)

Division/District 1 Platoon B Unit # 125B DATE 9-23-2020 HOURS 1425

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank (✓) | FIC (#) | BWC (✓) 1 | BWC (✓) 2 | CEW (✓) 1 | CEW (✓) 2 | MVU (✓) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATION | ROLL | CALL | 1425 | 1425 | 1500 | 10-8 | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ICC/BWC TEST |
| 3300 ST PETER | 103F | 29693 | 1505 | 1514 | 1517 | GOA | | | ✓ | ✓ | | | ✓ | |
| 3300 ST PETER | 103M | 29755 | 1517 | 1517 | 1648 | NAT | | | ✓ | ✓ | | | ✓ | 1 CIT |
| UMC | 10-15 | 29755 | 1524 | 1533 | 1648 | 10-31 | | | | | | | | MI 11:13 |
| 2108 ST BERNARD | 21 | 29858 | 1648 | 1651 | 1716 | NAT | | | ✓ | ✓ | | | ✓ | |
| [redacted] / [redacted] | 22A | 29922 | 1732 | 1732 | 1753 | NAT | | | | | | | | |
| PUMPS | 10-10 | / | 1806 | 1810 | 1826 | 10-31 | | | | | | | | |
| FLYOVER | 18 | 30041 | 1908 | 1910 | 1913 | GOA | | | ✓ | ✓ | | | ✓ | OUT OF DISTRICT |
| 101 MARAIS | 21 | 30058 | 1917 | 1922 | 1940 | NAT | | | ✓ | ✓ | | | ✓ | |
| 300 N BROAD | 40 | / | 1942 | 1952 | 2023 | 10-31 | | | | | | | | LUNCH BREAK |
| 632 N PIERCE | 62A | 30111 | 2026 | 2030 | 2042 | NAT | | | ✓ | ✓ | | | ✓ | |
| 2757 ORLEANS AVE | 62A | 30099 | 2051 | 2055 | 2100 | NAT | | | ✓ | ✓ | | | ✓ | |
| ESPLANADE / N CLAIBORNE | 21 | 30234 | 2155 | 2155 | 2200 | NAT | | | ✓ | ✓ | | | ✓ | FLAG DOWN |
| STATION | 10-19 | / | 2200 | 2203 | 2300 | 10-7 | | | | | | | | DOR / E TOD |
| | | | | | | | | | | | | | | |

CNO 3305

Case 2:21-cv-00407-CJB-KWR Document 97-7 Filed 07/03/23 Page 6 of 6

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank (√) | FIC (#) | BWC (√) 1 | BWC (√) 2 | CEW (√) 1 | CEW (√) 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

## Summary of officer's activity

| | Bodies | Asst | 966 | 95 | D/V | Attch | Other | DUI |
|---|---|---|---|---|---|---|---|---|
| Felony arr. | | | | | | | | |
| Misdemeanor arr. | | | | | | | | |
| Municipal arr. | | | | | | | | |
| Traffic arr. | | | | | | | | |
| Summons issued | | | | | | | | |
| Juvenile (major) | | | | | | | | |
| Juvenile (minor) | | | | | | | | |
| Truant arr. | | | | | | | | |
| Curfew arr. | | | | | | | | |
| Truant (custodial) | | | | | | | | |
| Curfew (custodial) | | | | | | | | |

| | Count |
|---|---|
| New complaint | 0 |
| Old complaint | |
| RTF | |
| Supplemental | |
| Accident (no injury) | |
| Accident (injury) | |
| Accident citations | |

| | Count |
|---|---|
| Vice check | |
| Stolen vehicle check | |
| Abandoned veh. check | |
| Residence check | |
| Business check | |

| Warrants | Count |
|---|---|
| Obtained | |
| Served | |
| Attempted | |

| Seized/Confiscated | Amount |
|---|---|
| Firearms | |
| Marijuana | |
| Cocaine/Crack | |
| Heroin | |
| Other narcotics | |

| Pedestrian stops | Count |
|---|---|
| Pedestrians | |
| FIC | |

| Traffic stops | Count |
|---|---|
| Vehicles | |
| FIC | |
| Citations issued | |
| Warning issued | |

### Start of shift

| | N/A | Yes | No | If no, Sup. notified | Sup. Initials |
|---|---|---|---|---|---|
| AVL working? | | √ | | | |
| MVU working with sufficient storage? | | √ | | | |
| BWC functions? | | √ √ | | | |
| CEW & CEW camera functions? | | √ √ | | | |
| Vehicle inspected and OK? | | √ | | | |

### End of shift

| | N/A | Yes | No | If no, sup. notified | Sup. initials |
|---|---|---|---|---|---|
| Vehicle inspected and OK? | | √ | | | |

Comments:

Vehicle # 19022 A# 19012 Starting Mileage 35309 Ending Mileage 35354 Total Miles 45

Officer #1 [signature] SIGNATURE

Officer #2 [signature] SIGNATURE

Supervisor [signature] SIGNATURE

Approved: ____
Disapproved: ____
Counseled: ____

Form 31 Revised November 14, 2014

**CNO 3306**