# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered Shaun Ferguson's and the City of New Orleans' Daubert Motion to Limit Testimony of Shannon E. Smith, LPC-S, NCC, and arguments and pleadings relevant thereto,

IT IS HEREBY ORDERED that the motion is GRANTED.

It is ordered that Plaintiffs' designated expert, Shannon E. Smith, is barred from testifying to the following:

1. Shannon E. Smith shall not testify as to any opinion concerning Plaintiff's current mental health or the effects of Mr. Vicknair's misconduct upon Plaintiff.

2. Ms. Smith shall not provide testimony relating to statements made by Plaintiff regarding: (1) that Plaintiff is conscious of her body and dresses to minimize risk; (2) that Plaintiff's feelings about her body and manner of dress changed after her experiences with Mr. Vicknair; (3) that Plaintiff distrusts and has a negative impression of police officers following her experiences with Mr. Vicknair; and (4) that Plaintiff is afraid of police officers.

3. Ms. Smith shall not provide any testimony regarding best practices, standard protocol, or practice or procedure relating to law enforcement, including, but not limited to, whether Mr. Vicknair acted appropriately in his role as a police officer.

4. Ms. Smith shall not provide any testimony relating to Mr. Vicknair's motivations in connection to Plaintiff. In particular, Ms. Smith shall not

testify that Mr. Vicknair abused his role as a law enforcement officer to gain access to Plaintiff or that Mr. Vicknair abused his role as a law enforcement officer to maintain continued access to Plaintiff and to sexually abuse her.

New Orleans, Louisiana, this ___ day of _____, 2024.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA