UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

The submission date for Shaun Ferguson's and the City of New Orleans' Daubert Motion to Limit Testimony of Shannon E. Smith, LPC-S, NCC is February 7, 2024.

    Respectfully submitted:

    */s/ James M. Roquemore*
    **JAMES M. ROQUEMORE, LSB #40035**
    ASSISTANT CITY ATTORNEY
    james.roquemore@nola.gov
    **CORWIN ST. RAYMOND, LSB #31330**
    CHIEF DEPUTY CITY ATTORNEY
    **DONESIA D. TURNER, LSB #23338**
    CITY ATTORNEY
    1300 PERDIDO STREET, SUITE 5E03
    NEW ORLEANS, LOUISIANA 70112
    TEL: (504) 658-9800
    FACSIMILE: (504) 658-9868

    *Counsel for Shaun Ferguson and the City of New Orleans*