NOTICE OF MANUAL ATTACHMENT

EXHIBIT 2

ROUGH DRAFT OF DEPOSITION TRANSCRIPT OF SHANNON E. SMITH, TAKEN JANUARY 18, 2024