UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### Motion for Leave to Take Deposition of Andrea Wright After Discovery Cutoff

**NOW INTO COURT**, through undersigned counsel, comes Defendants Sean Ferguson and the City of New Orleans, who respectfully request leave from this Honorable Court to take the deposition of Andrea Wright LCSW-BACS after the discovery cutoff and extend the deadline to take Ms. Wright's deposition to March 15, 2004. The reasons for this request are fully set forth in the accompanying Memorandum in Support. Plaintiff counsel objected to the relief sought in this motion.

**WHEREFORE**, as taking the deposition of Ms. Wright was not occasioned by the fault of the defendants, and will not delay trial, defendants respectfully request their motion be granted.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUIE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMIILE: (504) 658-9868

*Counsel for Shaun Ferguson and the City
of New Orleans*