UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### Memorandum in Support of Motion for Leave to Take Deposition of Andrea Wright After Discovery Cutoff

**NOW INTO COURT**, through undersigned counsel, comes Defendants Sean Ferguson and the City of New Orleans who offer the following Memorandum in Support of their Motion for Leave to Take Deposition of Andrea Wright after Discovery Cutoff. Plaintiff counsel was contacted and objected to the relief sought in this motion.[1]

Rule 16(b)(4) of the Federal Rules of Civil Procedure allows for the modification of a scheduling order deadline upon a showing of good cause and with the judge's consent. *Lamar Advert. Co. v. Zurich Am. Ins. Co.,* No. CV 18-1060-JWD-RLB, 2019 WL 9899276, at *2 (M.D. La. Dec. 10, 2019)

This Honorable Court set a deadline of January 23, 2024 for taking depositions for trial use. R. Doc. 84. Plaintiff seeks to take the deposition of Andrea Wright on the basis that Ms. Wright has discoverable and relevant information to the case as she had communication with Plaintiff and Rayne Upton, Plaintiff's mother, about Mr. Vicknair and was, upon information and belief, directly or indirectly involved in communicating with the City Defendants regarding Mr. Vicknair.

---

[1] See Exhibit 1 Correspondence from Plaintiff Counsel

1

Plaintiff listed Ms. Wright on their Witness List and listed an incomplete office address of "Judge Perez Drive, Chalmette, LA 70043," as the address where she could be served. R. Doc. 111. Once city defendants obtained the full address at which Ms. Wright could be served, a subpoena was issued. On January 10, 2024, Defendants issued a subpoena for Ms. Wright's attendance at deposition.[2] However, despite diligent effort to serve her with process at this address, which included four attempts over the course of 2 weeks during and after business hours, Ms. Wright could not be served.[3] Good cause exists for allowing Defendants to take the deposition of Andrea Wright after the Discovery Cutoff as defendants have exercised due diligence in their attempt to unsuccessfully subpoena Ms. Wright.

As Plaintiff has objected to Defendants request the deadline be extended for Ms. Wright's Deposition. Defendants therefore request leave from this Honorable Court requesting that the deadline to take Ms. Wright's deposition be extended to March 15, 2024, in order to give Defendants time to arrange for service of a subpoena for attendance at deposition upon Ms. Wright.

**WHEREFORE**, as taking the deposition of Ms. Wright will not delay trial, was not occasioned by the fault of defendants, the Motion should be granted.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY

---

[2] Exhibit 2 Subpoena to Testify at a Deposition in a Civil Trial issued to Andrea Wright, LCSW-BACS
[3] Exhibit 3 Affidavit of Detective David Bennett

1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for Shaun Ferguson and the City of New Orleans*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Memorandum in Support of Motion for Leave to take the Deposition of Andrea Wright After Discovery Cut-off* has been served upon all counsel of record via CM/ECF on this the 23rd day of January 2024.

                                                        _s/James Roquemore_
                                                        James Roquemore