## Elizabeth A Weigand

| | |
|---|---|
| **From:** | William Most <williammost@gmail.com> |
| **Sent:** | Monday, January 22, 2024 8:13 AM |
| **To:** | James M Roquemore |
| **Cc:** | Hope Phelps; Veronica Barnes |
| **Subject:** | Re: Consent Motion to Take Depositions After Cutoff |

> **EMAIL FROM EXTERNAL SENDER:** DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.

Jim,

We do oppose that one. I think there is a difference between the depositions we had noticed, scheduled, and subpoenaed, but then had to be moved for various reasons like weather or the deponent's availability, versus a deposition that was not noticed, scheduled, or subpoenaed. (We had a tentative date for Wright's depo, but no time locked down, and we haven't seen any subpoena.)

Thank you,

William

On Mon, Jan 22, 2024 at 7:31 AM James M Roquemore <James.Roquemore@nola.gov> wrote:

> Hope,
>
> We do not oppose this motion.
>
> We will be filing a motion to extend the time to take Andrea Wright's deposition, as I mentioned during one of the depositions last week. Do Plaintiff's consent to an extension to March 15th?
>
> Thanks,
>
> Jim

**James M. Roquemore**

EXHIBIT A

1