UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H. | * | CIVIL ACTION NO. 21-407 |
| | * | |
| | * | SECTION: "J" |
| VERSUS | * | JUDGE BARBIER |
| | * | |
| RODNEY VICKNAIR, et al | * | MAG. DIV. (4) |
| | * | MAGISTRATE JUDGE ROBY |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF DETECTIVE DAVID BENNETT

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

DAVID BENNETT

who after being duly sworn did depose and say the following based upon personal knowledge and belief:

1. I, David Bennett, am a Detective with the New Orleans Police Department;

2. I, David Bennett, am the Investigator for the New Orleans City Attorney's office and as such am authorized to serve subpoenas on behalf of the City Attorney's Office;

3. On or about January 10, 2024, I was asked by the City Attorney's Office to serve a subpoena it issued from the United States District Court for the Eastern District of Louisiana issued to Andrea Wright, LCSW-BACS, CORE Louisiana Counseling & Recover Center 306 W. Judge Perez Drive, 2nd Fl., Chalmette LA 70043;

4. I made a diligent effort to serve her with process at this address, which included 4 attempts over the course of 2 weeks during and after business hours, including the morning and afternoon of January 12, 2024 the morning of January 16, 2024 and January 18, 2024, but Ms. Wright could not be served.

EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAYNE UPTON, INDIVIDUALLY　　　　　　　　　CIVIL ACTION
AND ON BEHALF OF HER MINOR
DAUGHTER, G.H.　　　　　　　　　　　　　　　No.: 21-407

VERSUS

RODNEY VICKNAIR, ET AL.　　　　　　　　　　SECTION: "J" (4)

---

5. On January 18, 2024, an individual at the CORE Louisiana Counseling & Recovery Center advised me Ms. Wright was no longer with that office.

_____
DETECTIVE DAVID BENNETT

1-23-24

SWORN TO BEFORE ME ON THIS 23rd DAY OF JANUARY, 2024

_____
Notary Public
Elizabeth A. Weigand Notary ID 89332