UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYNE UPTON, individually and on behalf of her minor daughter, G.H.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 21-407** |
| **RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDERS; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10** | **SECTION: "J" (4)** |

## ORDER

Before the Court is Plaintiff's **Consent Motion for Leave to Take Four Depositions After Discovery Cutoff (R. Doc. 124)**, seeking leave to depose Sgt. Jones, Det. Wilson, Casey Riley, and Officer Carroll after the discovery cutoff.

**IT IS ORDERED** that the Plaintiff's **Consent Motion for Leave to Take Four Depositions After Discovery Cutoff (R. Doc. 124) is GRANTED.**

**IT IS FURTHER ORDERED** that the four depositions must be completed by February 15, 2024.

New Orleans, Louisiana, this 23rd day of January 2024.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**