## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO WITHDRAW COUNSEL OF RECORD AND TO ENROLL COUNSEL OF RECORD

**NOW INTO COURT**, comes James M. Roquemore [LSA# 40035], on behalf of Defendants, the City of New Orleans and Shaun Ferguson (the "City Defendants"), who represents that Renee Goudeau [LSB# 33157] is currently listed as attorney of record for the City Defendants in the above-styled case but is no longer employed by the New Orleans City Attorney's Office and does not represent the City Defendants.

In addition, the following attorneys request to be enrolled as attorneys of record on behalf of the City Defendants: Corwin St. Raymond [LSA# 31330]. The City Defendants consent to such enrollment.

**WHEREFORE**, City Defendants respectfully pray that this Honorable Court grant this Motion and that Renee Goudeau [LSB# 33157] be withdrawn and that Corwin St. Raymond [LSA# 31330] be enrolled as counsel of record for the City Defendants in this matter.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for Shaun Ferguson and the City of New Orleans*