**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**MOTION TO FILE EXHIBITS UNDER SEAL BY**</u>
<u>**DEFENDANTS SHAUN FERGUSON AND THE CITY OF NEW ORLEANS**</u>

Defendants, Shaun Ferguson and the City of New Orleans (the "City Defendants"), pursuant to Eastern District Local Rule 5.6 for the reasons articulated in the accompanying memorandum, move to file under seal the following exhibits in support of their Daubert Motion to Limit Testimony of Shannon E. Smith, LPC-S, NCC (Doc. 127).

<u>EXHIBIT 1</u> – Unredacted Expert Witness Report of Shannon E. Smith, LPC-S, NCC, which designated pages 4 – 7 as confidential;

<u>EXHIBIT 2</u> –Rough draft of transcript of deposition of Shannon E. Smith.

The Court has previously granted a motion to seal exhibits under the substantially same set of facts. See Doc. 106, Order granting motion to seal, issued July 31, 202).

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for Shaun Ferguson and the City of New Orleans*