UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF MOTION TO FILE EXHIBITS UNDER SEAL BY DEFENDANTS SHAUN FERGUSON AND THE CITY OF NEW ORLEANS

Defendants, Shaun Ferguson and the City of New Orleans (the "City Defendants"), pursuant to Eastern District Local Rule 5.6, move to file under seal certain exhibits in support of their Daubert Motion to Limit Testimony of Shannon E. Smith, LPC-S, NCC (Doc. 127). The City Defendants show the following:

1. This lawsuit alleges that co-defendant, Rodney Vicknair, committed one or more sexual assaults and/or rapes against G.H., a minor.

2. The following exhibits, which City Defendants are filing in connection to their response and opposition to Plaintiff's Motion for Partial Summary Judgment Against Defendant Rodney Vicknair ("City Defendant's Response"), contain confidential medical information about G.H. and information about sexual assault against G.H., a minor:

    EXHIBIT 1 – Expert Witness Report of Shannon E. Smith, LPC-S, NCC, which designated pages 4 – 7 as confidential;

    EXHIBIT 2 – Rough draft of transcript of deposition of Shannon E. Smith;

3. "Judicial records are public records. And public records, by definition, presume public access." *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 416 (5th Cir. 2021). However, it is recognized in the Eastern District of Louisiana that the interest in protecting information related

to a minor child outweighs the interest in access to judicial records. See *Hudak v. Hartford Accident and Indemnity Company*, 2021 WL 3666160. *2 (E.D. La., 8/18/2021) (citing *Jessup v. Luther*, 277 F.3d 926, 928 (7th Cir. 2002).

4. In addition, by statute, Louisiana protects the confidentiality of child-victims pursuant to the "Safe Harbor for Sexually Exploited Children Act." La. Children's Code art. 725.6. Under this law, records of juvenile victims of sexual exploitation must be kept confidential. *Id*.

5. The City Defendants have narrowly tailored their request to seal by publicly filing redacted versions of Exhibit 1, which was feasible. However, Exhibit 2 is not feasible to redact.

6. Sealing of the said exhibits is necessary to protect the privacy and confidentiality of G.H. with respect to numerous sexual crimes against her.

7. The duration of the requested order to seal would be until such time as G.H. consents to disclosure of said documents.

8. As of the time of the filing of this motion, counsel for the City Defendants has not received communications as to whether the other party consents to the relief requested.

WHEREFORE, the City Defendants request the Court to grant its motion to file Exhibits 1 and 2, under seal.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for Shaun Ferguson and the City of New Orleans*

3