## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to File Exhibits Under Seal by Defendants Shaun Ferguson and the City of New Orleans in connection to their Daubert Motion to Limit Testimony of Shannon E. Smith, LPC-S, NCC (Doc. 127), it is **ORDERED** that the Motion is **GRANTED**.

The documents that shall be sealed are the following exhibits:

EXHIBIT 1 – Unredacted Expert Witness Report of Shannon E. Smith, LPC-S, NCC, which designated pages 4 – 7 as confidential;

EXHIBIT 2 – Rough draft of transcript of deposition of Shannon E. Smith.

Sealing of these exhibits is necessary to protect the privacy and confidentiality of G.H. with respect to allegations and investigation of sexual crimes against her.

"Judicial records are public records. And public records, by definition, presume public access." *Binh Hoa Le v. Exeter Fin. Corp*., 990 F.3d 410, 416 (5th Cir. 2021). However, it is recognized in the Eastern District of Louisiana that the interest in protecting information related to a minor child outweighs the interest in access to judicial records. See *Hudak v. Hartford Accident and Indemnity Company*, 2021 WL 3666160. *2 (E.D. La., 8/18/2021) (citing *Jessup v. Luther*, 277 F.3d 926, 928 (7th Cir. 2002). In addition, by statute, Louisiana protects the confidentiality of child-victims pursuant to the "Safe Harbor for Sexually Exploited Children Act."

La. Children's Code art. 725.6. Under this law, records of juvenile victims of sexual exploitation must be kept confidential. *Id*.

      The documents subject to this order shall remain under seal until such time as G.H. consents to the unsealing of the documents.

      NEW ORLEANS, LOUISIANA, this_____day of_____, 2024.


                                                  _____
                                                  HONORABLE CARL J. BARBIER
                                                  U.S. DISTRICT JUDGE