# Expert Witness Report of Shannon E. Smith, LPC-S, NCC

Prepared for the Plaintiff in Upton v. Vicknair et al.
Case Number 2:21 cv-00407-CJB-KWR
U.S. District Court for the Eastern District of Louisiana

Shannon E. Smith, LPC-S, NCC
8241 Summa Ave. Suite A
Baton Rouge, LA 70809

November 17, 2023

### Qualifications

I received a Master of Arts degree in Mental Health Counseling from Louisiana State University, and I have completed continuing education in treating the effects of trauma and in treating individuals who have committed sexual offenses. I am licensed by the State of Louisiana LPC Board of Examiners as a Licensed Professional Counselor, and I am approved by the Board to supervise Provisionally Licensed Professional Counselors. I am a National Certified Counselor through the National Board for Certified Counselors, and I am an Associate Professional on the Louisiana Registry of Sexual Offender Treatment Providers.

I am a professional member of the Association for the Treatment and Prevention of Sexual Abuse, the Arkansas Association for the Treatment and Prevention of Sexual Abuse, and the Family Advocacy Outreach Network of the National Center for Missing & Exploited Children. I have served as a member of community sexual assault response teams in East Baton Rouge Parish (LA), Cherokee County (NC), Chattanooga (TN), and Fort Wayne (IN).

I have worked with victims/survivors of sexual trauma and intimate partner violence as a counselor since 2015 and as an advocate from 1999-2013. I have accompanied victims through the reporting process, during forensic medical exams, and in court proceedings. I have worked in programs in the states of Indiana, Tennessee, North Carolina, Connecticut, and Louisiana. I have been providing community-based group and individual treatment to individuals accused of and convicted of sexual offending behavior since 2015.

My curriculum vitae with relevant experience and training is attached to this report. (Addendum 1)

### Previous Testimony

I was sworn in as an expert witness on the subjects of domestic violences and its impact on victim behavior, the social dynamics of domestic violence relationships, sexual assault and its impact on victim behavior, and trauma-related conditions of victims who have experienced domestic violence and sexual assault by United States District Judge Donald E. Walter on July 13, 2021 during the trial of United States of America vs. Dillon J. Merritt in the United States District Court, Western District of Louisiana, Shreveport Division. I provided verbal testimony during the trial, and I provided a written estimate of mental health costs for the victim for the post-verdict award.

*Facts and Data*

I was retained by the attorneys for G████ H████ and asked to assess their client's current mental health and possible effects of victimization by Police Officer Rodney Vicknair.

I met with G████ H████ in my office on November 11, 2023. I informed her of the purpose of our session and reviewed limits to confidentiality. Ms. H████ expressed understanding and signed Consent for Assessment and Authorization for Release of Information for the contents of this report and any verbal testimony that I may provide.

I conducted a biopsychosocial interview of Ms. H████ and completed several DSM-5-TR Assessment Measures to assess her mental health symptoms and to consider possible diagnoses. She was able to participate fully in the interview, though she admitted to having some difficulty recalling dates and chronological order of some historical events.

The following DSM-5-TR Assessment Measures were completed with Ms. H████:

DSM-5 Self-Rated Level 1 Cross-Cutting Symptom Measure—Adult
Level 2—Anxiety—Adult (PROMIS Emotional Distress—Anxiety—Short Form)
Severity Measure for Generalized Anxiety Disorder—Adult
Level 2—Depression—Adult (PROMIS Emotional Distress-Depression—Short Form)
Severity Measure for Depression—Adult (adapted from the Patient Health Questionnaire-9)
Severity of Dissociative Symptoms—Adult (Brief Dissociative Experiences Scale—Modified)
Severity of Posttraumatic Stress Symptoms—Adult (National Stressful Events Survey PTSD Short Scale)

Ms. H████'s scores indicated symptoms of anxiety in the severe range, symptoms of depression in the moderate range, symptoms of post-traumatic stress in the mild to moderate range, and no dissociative symptoms.

In addition to my clinical interview of Ms. H████, I reviewed documents from her treatment record, including documentation from Children's Hospital of New Orleans, Metanoia Manor, and Children's Bureau of New Orleans. I also reviewed a Department of Police Interoffice Correspondence to Shaun D.

Pages 4-7 are designated confidential and will be filed by manual attachment.

**Addendum 1**

# SHANNON E. SMITH, LPC-S, NCC

Licensed Mental Health Professional in the state of Louisiana

Trauma Specialist with experience with victims/survivors and perpetrators of sexual violence and intimate partner violence

## EDUCATION

| | | |
|---|---|---|
| **MA** | Louisiana State University<br>Counselor Education, Community Counseling Specialization | August 2015 |
| | **Additional Master's Level Courses** | |
| | Crisis Intervention and Grief Counseling (3 hours)<br>Southeastern Louisiana University | 2016 |
| | Techniques in Marriage and Family Therapy (3 hours)<br>Southeastern Louisiana University | 2017 |
| | EMDR Therapy (3 hours)<br>Loyola University | 2017 |
| | Couples and Marriage Counseling (3 hours)<br>Louisiana State University | 2018 |
| **BGS** | Indiana University<br>Bachelor of General Studies, Concentration in Natural & Mathematical Sciences<br>Minor Concentration in Social Science & Historical Studies | December 2009 |

## LICENSES AND CERTIFICATIONS

| | |
|---|---|
| **Licensed Professional Counselor (LPC)**<br>State of Louisiana LPC Board of Examiners<br>License No. 6479 | 2017-present |
| **Licensed Professional Counselor Supervisor Credential (LPC-S)** | 2023-present |
| **National Certified Counselor (NCC)**<br>National Board for Certified Counselors<br>Certificate No. 782021 | 2016-present |
| **Board-Approved Telemental Health Provider**<br>State of Louisiana LPC Board of Examiners | 2019-present |
| **Provisional Licensed Professional Counselor (PLPC)**<br>State of Louisiana LPC Board of Examiners<br>License No. PLPC6479 | 2015-2017 |
| **Associate Professional**<br>Louisiana Registry of Sexual Offender Treatment Providers (LA Act 848) | 2017-present |

**Addendum 1**

## CLINICAL EXPERIENCE

**Shannon E. Smith LPC, LLC**, Baton Rouge, LA                                          2020-present
**Private Practice Owner/Clinician/Consultant**
- Solo private practice providing individual, couples, and family therapy for juvenile and adult clientele with various presenting concerns
- Staff inservice training, program development and consultation services for private and community agencies and organizations, including the provision of expert witness testimony.
- Public speaking and presentation services on a wide range of mental health topics.
- Supervision of Provisionally Licensed Professional Counselors and Counseling Interns.

**Brandon Romano, Psy.D. & Associates**, Baton Rouge, LA                   2015-present
**Contracted Clinician**
- Facilitation of psychoeducation and process groups for adult males accused of or convicted of a sexual offense.
- Individual, couples, and family therapy for juvenile and adult clientele with various presenting concerns.
- Coordination and communication with appropriate agencies, including probation and parole, law enforcement, juvenile services, district attorneys, and social services.

**Sexual Trauma Awareness and Response (STAR)**, Baton Rouge, LA
**Interim Counseling Director (Contract)**                                          June 2023-October 2023
- Leadership and support of the counseling department on an interim basis, including input in the hiring process.
- Clinical supervision of counseling staff, contract counselors, and counseling interns.

**Group Counseling Facilitator (Contract)**                                          2019-present
- Facilitation of weekly counseling groups for survivors of sexual violence at STAR's Baton Rouge office (facilitated through synchronous video teletherapy, April 2020 to present)
- Case documentation of services provided and assisting in developing reports as required by funder.
- Routine coordination with counseling staff and meeting with counseling director.

**LSU Counselor Education Graduate Program**, Baton Rouge, LA           Spring 2019
**Contracted Clinician**
- Facilitation of psychoeducation and process group focused on the enhancement of cultural competency in emerging counselors.
- The group was developed as part of a research paper by graduate students.

**HAART (HIV/AIDS Alliance for Region Two, Inc.);**, Baton Rouge, LA     2015-2016
**Mental Health Counselor**
- Individual and couples therapy addressing the mental health needs of HIV+ adults, dually diagnosed adults, and transgender individuals.
- Facilitation of a weekly treatment group for HIV+ adults with chemical dependency concerns.
- Crisis response, treatment planning, assessment, and documentation of ongoing care.

**LSU Mental Health Services**, Baton Rouge, LA                                     2014-2015
**Counseling Intern**
- Completed 100-hour practicum and 600-hour internship with 285 total direct hours.
- Conducted intake sessions, made referrals as needed, and provided ongoing individual treatment to college students from diverse backgrounds.
- Co-facilitation of an undergraduate interpersonal process group and a Dialectical Behavioral Therapy (DBT) skills group.

Shannon E. Smith - 2

**Addendum 1**

RELATED PROFESSIONAL EXPERIENCE

**Sexual Trauma Awareness and Response (STAR)**, Baton Rouge, LA          2012-2013
**Crisis Services Coordinator**
- Provided follow-up services to all individuals receiving a Sexual Assault Forensic Exam in East Baton Rouge Parish.
- Conducted intake assessments of new clients and provided crisis counseling to callers and walk-in clients in need.
- Provided advocacy and support services to sexual assault victims at area hospitals.
- Provided legal advocacy to survivors of sexual assault through coordination with area law enforcement personnel and criminal justice professionals.

**Connecticut Alliance to End Sexual Violence**, East Hartford, CT          2007-2012
**Senior Victim Advocate (Sex Offender Supervision Unit)**
- Provided information, support, and referral services to primary and secondary victims of supervised individuals.
- Attended weekly sex offender treatment groups to offer feedback on victim issues and to increase victim empathy.
- Participated in team decision-making regarding offenders' probation and treatment progress and interventions.
- Established, promoted, and facilitated a support group for the loved ones of offenders on probation, a model which was replicated across the state.
- Created new resources for the program, including advocate training manuals, client brochures, and a data collection and reporting system.

**Task Force on Family Violence/REACH, Inc.**, Murphy, NC          2005-2006
**Court Advocate/Sexual Assault & Domestic Violence Advocate**
- Provided personal and court advocacy for victims of intimate partner violence and sexual assault, including linkage with community resources.
- Developed and conducted professional training of nursing staff at local hospital.
- Developed, promoted, and facilitated psychoeducational support groups for victims/survivors of intimate partner violence and sexual assault.
- Assisted in grant writing for agency and procured emergency funding for several victims from national service organizations.

**Partnership for Families, Children, and Adults**, Chattanooga, TN          2003-2004
**Volunteer Coordinator (Family Violence & Sexual Assault Programs)**
**Community Educator (Sexual Assault Crisis & Resource Center)**
- Recruited, trained, and managed volunteers, including scheduling volunteers to ensure coverage of 24-hour hotline and on-call crisis response.
- Coordinated and conducted community education, outreach, and training, including media relations and large-scale community events.
- Provided coverage of Crisis Center, including crisis intervention, evidence handling, and coordination with medical and law enforcement personnel.

**Fort Wayne Women's Bureau**, Fort Wayne, IN          1999-2000
**Outreach Coordinator/Crisis Counselor**
- Coordinated community education, outreach, and media relations for the Rape Awareness Program.
- Co-developed, marketed, and presented the Assault Awareness for Teens Program, which was added to the curricula of schools in a nine county area.
- Provided crisis counseling to callers and walk-in clients in need.

Shannon E. Smith - 3

**Addendum 1**

## PROFESSIONAL AFFILIATIONS

American Counseling Association (ACA)

Arkansas Association for the Treatment and Prevention of Sexual Abuse (AR-ATSA)

Association for the Treatment and Prevention of Sexual Abuse (ATSA)

Chi Sigma Iota Counseling Academic & Professional Honor Society International, Alpha Chi Chapter (LSU), (Alumni Coordinator, 2014-2015)

Louisiana Association of Addiction and Offender Counselors (LAAOC)

Louisiana Counseling Association (LCA)

LCA Leadership Development and Mentoring Institute

Louisiana Group Psychotherapy Society (LGPS)

Louisiana Mental Health Counselors Association (LMHCA)

Society for Sexual, Affectional, Intersex & Gender Expansive Identities (SAIGE)

Society for Sexual, Affectional, Intersex & Gender Expansive Identities of Louisiana (SAIGE-LA), (President, 2022-2024)

World Professional Association for Transgender Health (WPATH)

## PROFESSIONAL SERVICE

Family Advocacy Outreach Network, National Center for Missing & Exploited Children, Alexandria, VA, 2021-present

Sexual Assault Response Team, East Baton Rouge Parish, LA, 2012-2013

CONNSACS Victim/Survivor Advisory Council, East Hartford, CT, 2009-2012

30th Judicial District Domestic Violence-Sexual Assault Alliance, Cherokee County, NC, 2005-2006

Sexual Assault Response Team, Chattanooga, TN, 2003-2004

Coalition Against Domestic & Community Violence of Greater Chattanooga, Chattanooga, TN, 2003-2004

Technology Committee, Violence Against Women Act, Washington, DC, 2003

Sexual Assault Task Force, Mayor's Commission on Rape, Domestic Violence & Sexual Harassment, Fort Wayne, IN, 2000

## PERSONAL SPEAKING ENGAGEMENTS & AFFILIATIONS

**RAINN Speakers Bureau, RAINN (Rape, Abuse, Incent National Network)**
Washington, DC, 2006-present
Take Back the Night; Dillard University; New Orleans, LA; April 2016
Take Back the Night; Central Connecticut State University; New Britain, CT; April 2010
Take Back the Night; University of Hartford; West Hartford, CT; April 2008

**Team SOAR, Speaking Out About Rape, Inc.**
Orlando, FL, 2006-present
Walk a Mile in Her Shoes; Georgia Southern University; Statesboro, GA; April 2015
Take Back the Night; Texas Tech University; Lubbock, TX; April 2011

## AWARDS

Gail Burns Smith "Dare to Dream" Fund Recipient, Connecticut Alliance to End Sexual Violence, 2008

Volunteer of the Year, YWCA of New Britain (CT), Sexual Assault Crisis Services, 2008

**Addendum 1**

### RELEVANT PRESENTATIONS AND INVITED LECTURES

"Sex Offender Management: Understanding Treatment, Supervision & Registration;" Sexual Trauma Awareness & Response (STAR); Baton Rouge, LA; 11/17/2023.

"The Basics of Sex Offender Treatment;" Senate Bill No. 252 (2022, Sen. R. Barrow) Task Force Hearing, Baton Rouge, LA, 2/14/2023.

"Honoring the Wisdom Within: Listening to the Voices of Survivor-Advocates;" Connecticut Alliance to End Sexual Violence; East Hartford, CT; 3-part series 8/2/2022, 9/15/2022 & 9/28/2022.

"Trauma-Informed Supervision: Supporting Advocates Who Are Survivors;" Connecticut Alliance to End Sexual Violence; East Hartford, CT; 2-part series 7/20/2022 & 8/17/2022.

"Domestic Violence 101: Recognizing & addressing concerns related to intimate partner violence in adult relationships;" East Baton Rouge Department of Juvenile Services Staff Inservice; Baton Rouge, LA; 8/7/2020.

"Trauma-Informed Care: Understanding Trauma and Its Effects to Improve Delivery of Services and Employee Satisfaction;" The Journey Home; Denham Springs, LA; 7/1/2020.

"The Cost of Caring: Vicarious Traumatization, Compassion Fatigue & Burnout;" East Baton Rouge Department of Juvenile Services Staff Inservice; Baton Rouge, LA; 10/25/2019.

"Factitious Disorder: Recognizing and Responding to a Complicated Diagnosis;" East Baton Rouge Department of Juvenile Services Staff Inservice; Baton Rouge, LA; 6/21/2019.

"Juvenile Sex Offenders: Understanding Prevalence, Typology, Etiology & Treatment;" East Baton Rouge Department of Juvenile Services Staff Inservice; Baton Rouge, LA; 4/27/2018.

"The Continuum of Sexual Trauma;" Trauma, Interrupted Conference; Baton Rouge, LA; 7/10/2013.

Numerous presentations to students, professionals, and the public from 1999-2013. Topics Included: Child Sexual Abuse; Clinical Treatment of Domestic Violence Victims in an ER Setting; The Connection Between Animal Abuse and Domestic Violence; Domestic Violence Protective Orders; Drug-Facilitated Sexual Assault; Elder Abuse; Intimate Partner Violence; Interpersonal Violence and the LGBTQ Community; Marital Rape; The Medical and Legal Aspects of Adult Sexual Assault Forensic Exams; Personal Safety; Rape Trauma Syndrome; The Relationship Between Substance Abuse and Violence Against Women; Sexual Assault; Sexual Assault Advocacy in a Correctional Facility; Sexual Assault and the Developmentally Disabled; Sexual Harassment; Stalking; and, The Treatment and Supervision of Sex Offenders.

### RELEVANT MEDIA

"Sexual Misconduct in the Workplace;" interview segment for "Louisiana: The State We're In;" Louisiana Public Broadcasting; Baton Rouge, LA; 12/1/2017

"Here's Why Some Louisiana Sex Offenders Eligible for Early Release Have to Stay in Prison;" The Advocate; Baton Rouge, LA; 6/11/2017

"One Thing" Public Service Announcement for Sexual Assault Awareness Month; CONNSACS Victim/Survivor Advisory Council; 2009

"Course Goes Beyond Moves: Program Teaches Assault Awareness and Prevention, Not Just Fatal Tactics;" The News-Sentinel; Fort Wayne, IN; 3/8/2000

### EXPERT WITNESS TESTIMONY

United States of America vs. Dillon J. Merritt; United States District Court, Western District of Louisiana, Shreveport Division; United States District Judge Donald E. Walter presiding; 7/13/2021.

Shannon E. Smith - 5

**Addendum 1**

- Sworn in as an expert witness on the subjects of domestic violence and its impact on victim behavior, the social dynamics of domestic violence relationships, sexual assault and its impact on victim behavior (including the refusal of a sexual assault nurse examiner examination (SANE)), and trauma-related conditions of victims who have experienced domestic violence and sexual assault.
- Provided the Court with a monetary estimate of mental health counseling costs for victim for post-verdict award.

Shannon E. Smith - 6

**Addendum 2**



## NON-CLINICAL LEGAL FEE SCHEDULE

### EFFECTIVE DATE-January 1, 2023

| | |
|---|---|
| Telephone consultation or correspondence | $100.00 per hour/ $50.00 per letter |
| Mental Health Interview/Evaluation | $150.00 per hour |
| Preparation/Research Time | $100.00 per hour |
| Expert Witness Testimony/Court Appearance* | $300.00 for first two hours minimum<br>$450.00/half-day rate for 3-4 hours<br>$800.00/full-day rate for 4-8 hours |

*Appearances in locations greater than 100 miles from Baton Rouge will be billed at full-day rate unless otherwise previously arranged and agreed upon.

| | |
|---|---|
| Travel Expenses | Mileage at current federal rate<br>Airfare at actual cost (with taxes & fees) |
| Other Expenses<br>(Parking, Meals, Lodging, Gratuities) | Reimbursed at actual cost/local per diem |

Shannon E. Smith LPC, LLC
8241 Summa Ave. Suite A
Baton Rouge, LA 70809
Phone: (225) 230-9100
Fax: (225) 416-6046