FILED UNDER SEAL / SUBMITTED MANUALLY

DEPOSITION OF SHANNON E. SMITH TAKEN ON JANUARY 19, 2024