███████████

```
           UNITED STATES DISTRICT COURT

          EASTERN DISTRICT OF LOUISIANA

***************************************************

RAYNE UPTON, individually * CIVIL ACTION NO.21-407
and on behalf of her minor*
daughter, G.H.            * SECTION: "J"
                          * JUDGE BARBIER
VERSUS                    *
                          * MAG. DIV. (4)
RODNEY VICKNAIR, et al    * MAGISTRATE JUDGE ROBY

***************************************************
```

          The deposition of G█████████ ███████

taken on Wednesday, November 15, 2023, commencing

at 10:24 a.m., in the Offices of the City

Attorney, 1300 Perdido Street, City Hall, Room

5E03, New Orleans, Louisiana.


                    * * *

**EXHIBIT C**

```
 1                A P P E A R A N C E S:

 2  Representing the plaintiff, Rayne Upton:

 3       MOST & ASSOCIATES
         201 St. Charles Avenue, Suite 114 #101
 4       New Orleans, Louisiana 70170
         (504) 500-7974
 5       hopeaphelps@outlook.com

 6       BY:  HOPE PHELPS, ESQ.

 7
    Representing the defendants, City of New Orleans
 8  and Shaun Ferguson, Superintendent of the New
    Orleans Police Department:
 9
         CITY ATTORNEY
10       1300 Perdido Street, City Hall - Room5E03
         New Orleans, Louisiana 70112
11       (504) 658-9800
         james.roquemore@nola.gov
12
         BY:  JAMES M. ROQUEMORE, ESQ. and
13            RENEE E. GOUDEAU, ESQ.

14

15  Representing the defendant, Rodney Vicknair:

16       GUSTE, BARNETT, SCHLESINGER & ALPAUGH, LLP
         639 Loyola Avenue, 25th Floor
17       New Orleans, Louisiana 70113
         (504) 529-4141
18       cta@gustebarnett.com

19       BY:  C THEODORE ALPAUGH III, ESQ.

20

21
    Reported by:   Kathleen Barrett Ward
22                 Certified Court Reporter
                   State of Louisiana
23

24

25
```

▅▅▅▅▅▅▅▅

```
 1                 S T I P U L A T I O N
 2
 3        It is stipulated and agreed by and between
 4   Counsel that the deposition of G▆▆▆▆ H▆▆▆ is
 5   hereby taken under the appropriate statutes of the
 6   Rule in accordance with the Rule.
 7
 8        The formalities of sealing and certification
 9   are hereby waived.  The witness reserves the right
10   to read and sign the deposition.  The party
11   responsible for service of the discovery material
12   shall retain the original.
13
14        All objections, save those as to the form of
15   the questions, are hereby reserved until such time
16   as this deposition, or any part thereof, may be
17   used or sought to be used in evidence, and are to
18   be made in accordance with the Code of Civil
19   Procedure.
20                      * * * * *
21
22        Kathleen Barrett Ward, Certified Court
23   Reporter in and for the State of Louisiana,
24   officiated in administering the oath to the
25   above-mentioned witness.
```

```
 1 soon."
 2            I was like, "So how about you leave?"
 3            And he was like, "Okay.  Well, I'll
 4 swing by later.  Tell your mom I said hi."  I just
 5 remember him leaving, because I remember when my
 6 mom got home, he wasn't there.  And -- yeah.
 7      Q.   Okay.  How long did that incident last,
 8 how many minutes?  How long was he at your house?
 9      A.   He was at my house for about maybe 15 to
10 20 minutes.
11      Q.   And what time of day was this?
12      A.   Like, midday.
13      Q.   Midday, after lunch?  Before lunch?
14      A.   Like, afternoon, sometime after noon,
15 so...
16      Q.   And was Vicknair dressed in uniform
17 during this time?
18      A.   Yes.
19      Q.   Do you know whether or not he was on
20 duty at this time?
21      A.   No.
22      Q.   You don't know.  Okay.
23           MR. ROQUEMORE:
24                Are we going to take a break?
25                Yeah.  Okay.
```

```
 1     Q.   Did your mom come into the room at any
 2 point in time during this encounter?
 3     A.   I don't remember.  I just remember that
 4 being the only memory that I have of that time.
 5     Q.   And you don't remember how he left
 6 during that time?
 7     A.   No.
 8     Q.   Do you remember how long he was at your
 9 house during that time?
10     A.   No.
11     Q.   Do you remember whether Vicknair was in
12 a police uniform at that time?
13     A.   I don't remember.
14     Q.   Do you remember whether he was on duty
15 during that time?
16     A.   I think, because -- I think I just -- I
17 don't know what it's called but, like, the beeping
18 things on the machines with, like, you know, the
19 radios for, like, the officer vests, you know, I,
20 like, I just -- for some reason I just know that
21 that was what I also, like, heard going on, so...
22     Q.   So you remember hearing something?
23     A.   Yes.  Like, the radios on his thing.
24     Q.   Okay.  During this encounter you
25 remember hearing a radio that you think was
```

```
 1  text messages sometime after he came to your house
 2  when the -- the rape, you were assaulted by Jason;
 3  is that right?
 4       A.   Yes.
 5       Q.   All right.  Have you ever been involved
 6  in any other lawsuits?
 7       A.   No.
 8       Q.   Have you ever been charged with any
 9  crime?
10       A.   No.
11       Q.   Including juvenile crimes?
12       A.   No.
13       Q.   All right.  We're going to go back to
14  the -- I guess the -- the very important parts
15  about what you're alleging that Mr. Vicknair did
16  during -- during this time period.  Okay?
17       A.   Okay.
18       Q.   And earlier you mentioned that there was
19  four times during the summer of 2020 and September
20  of 2020 that Rodney Vicknair sexually assaulted
21  you.  Do you remember all that?
22       A.   Yes.
23       Q.   Okay.  We talked about one and two, and
24  then there's the last that one happened in the
25  truck, and we were talking about the third one.
```

```
 1 up to it.  I just remember him saying something
 2 along the lines of, like, "I can come over" and,
 3 like, "We can hang out" or whatever.  And that led
 4 to him, like, kind of like luring me out to his
 5 truck, and then when I got in, I think that's --
 6 yeah.  And I, like, made a comment about he had,
 7 like, the -- like, the NOPD logo on, like, his
 8 floorboards and --
 9      Q.   What do you mean his floorboards?
10      A.   Like, the floorboard matting in the
11 truck.
12      Q.   He had a mat that said floor -- where
13 you for your foot?
14      A.   Yes, like, the floorboards.
15      Q.   The foot mat?
16      A.   Yes.  And it, like --
17      Q.   This is something you could lift off and
18 put down?
19      A.   Yes.
20      Q.   Okay.  And it said NOPD?
21      A.   It was, like, the -- like, the NOPD
22 logo.  It's, like, the logo.  And I don't even
23 know what led to that occurring.  I don't know.  I
24 don't even know what we talked about at first.  I
25 just remember it went from, like, 0 to 100, like,
```