```
****************************************************************************
```

Reference: 01UE00005F
Msg Key  : QH
Date/Time: 20060718115606
Source   : NC2K

01UE00005F.NC2K.QH.20060718115606.
LANPD0001
CTL/
ATN/HARRIS

7L010C1C04407B2QH
LANPD0001
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/VICKNAIR,RODNEY P SEX/M RAC/W DOB/1966▮
  SOC/▮▮▮▮▮▮PUR/J
NAME                          FBI NO.           INQUIRY DATE
VICKNAIR,RODNEY PAUL          780513DA5         2006/07/18

SEX RACE BIRTH DATE   HEIGHT  WEIGHT  EYES HAIR  BIRTH PLACE       PHOTO
M   W    1966,▮       509     145     GRN  BLK   LOUISIANA         Y

```
FINGERPRINT CLASS       PATTERN CLASS
15 63 13 18 14          RS LS RS RS RS LS LS LS LS LS
19 12 14 14 12             WU WU WU       WU WU
```

ALIAS NAMES
VICKNAIR,RODNEY                 VICKNAIR,RODNEY P

SOCIAL SECURITY
███████

IDENTIFICATION DATA UPDATED 2005/06/30

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
  FBI           - FBI/780513DA5

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END

*************************************************************************

Reference: UNKNOWN
Msg Key   : CR
Date/Time: 20060718115650
Source    : NLETS

UNKNOWN.NLETS.CR.20060718115650.
LANPD0001.
CTL/
ATN/

CR.WVFBINF00
10:03 07/18/2006 33535
10:03 07/18/2006 73979 LANPD0001
TXT

HDR/2L010C1C04407C2QR
ATN/HARRIS
*********************  CRIMINAL HISTORY RECORD   **********************
Data As Of              2006-07-18
**************************  Introduction  ****************************
This rap sheet was produced in response to the following request:
FBI Number              780513DA5
Request Id
Purpose Code            J
Attention               HARRIS
The information in this rap sheet is subject to the following caveats:
This record is based only on the FBI number in your request-780513DA5.
Because additions or deletions may be made at any time, a new copy
should be requested when needed for subsequent use. (US; 2006-07-18)
This record is subject to the following use and dissemination
restrictions: Under provisions set forth in Title 28, Code of Federal
Regulations (CFR), Section 50.12, both governmental and nongovernmental

CNO-0229

entities authorized to submit fingerprints and receive FBI identification records must notify the individuals fingerprinted that the fingerprints will be used to check the criminal history records of the FBI. Identification records obtained from the FBI may be used solely for the purpose requested and may not be disseminated outside the receiving department, related agency or other authorized entity. If the information on the record is used to disqualify an applicant, the official making the determination of suitability for licensing or employment shall provide the applicant the opportunity to complete, or challenge the accuracy of, the information contained in the FBI identification record. The deciding official should not deny the license or employment based on the information in the record until the applicant has been afforded a reasonable time to correct or complete the information, or has declined to do so. An individual should be presumed not guilty of any charge/arrest for which there is no final disposition stated on the record or otherwise determined. If the applicant wishes to correct the record as it appears in the FBI's CJIS division records system, the applicant should be advised that the procedures to change, correct or update the record are set forth in Title 28, CFR, Section 16.34. (US; 2006-07-18)

All arrest entries contained in this FBI record are based on fingerprint comparisons and pertain to the same individual. (US; 2006-07-18)

The use of this record is regulated by law. It is provided for official use only and may be used only for the purpose requested. (US; 2006-07-18)

************************* IDENTIFICATION *************************

Subject Name(s)
VICKNAIR, RODNEY PAUL
VICKNAIR, RODNEY   (AKA)
VICKNAIR, RODNEY P   (AKA)

Subject Description

| | |
|---|---|
| FBI Number | State Id Number |
| 780513DA5 | Unknown (XX) |
| Social Security Number | |
| ▉▉▉▉▉ | |
| Sex | Race |
| Male | White |
| Height | Weight | Date of Birth |
| 5'09" | 145 | 1966-▉▉ |
| Hair Color | Eye Color | Fingerprint Pattern |
| Black | Blue | 15631318141912141412 (FPC) |

RS LS RS RS RS LS LS LS LS LS (Other)

Place of Birth
LA
Fingerprint Images
Photo Images
Photo Image Available         FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image               Other
(No Photo Image Transmitted
Comment:FBI has one photo associated with
          arrest date of 2005/06/30)
Photo Image Available         SHERIFF'S OFFICE GONZALES LA0030000
Available Image               Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
          with arrest date of 1986/07/01)
Photo Image Available         SHERIFF'S OFFICE GONZALES LA0030000
Available Image               Other
(No Photo Image Transmitted

**CNO-0230**

```
Comment:Arresting agency has photo associated
                    with arrest date of 1985/05/02)
************************* CRIMINAL HISTORY  *************************
============================== Cycle 001 ==============================
Earliest Event Date      1985-05-02
-----------------------------------------------------------------------
Arrest Date              1985-05-02
Arrest Case Number
Arresting Agency         LA0030000 SHERIFF'S OFFICE GONZALES
Charge                   01
        Charge Literal   2 COUNTS CRIMINAL DAMAGE TO PROPERTY
              Severity   Unknown
Charge                   02
        Charge Literal   2 COUNTS ILLEGAL USE OF A WEAPON
              Severity   Unknown
============================== Cycle 002 ==============================
Earliest Event Date      1986-07-01
-----------------------------------------------------------------------
Arrest Date              1986-07-01
Arrest Case Number
Arresting Agency         LA0030000 SHERIFF'S OFFICE GONZALES
Subject's Name           VICKNAIR,RODNEY
Charge                   01
        Charge Literal   ATTEMPTED BURGLARY
              Severity   Unknown
============================== Cycle 003 ==============================
Earliest Event Date      2005-06-30
-----------------------------------------------------------------------
Arrest Date              2005-06-30
Arrest Case Number       00101736
Arresting Agency         LA0520000 SHERIFF'S OFFICE COVINGTON
Subject's Name           VICKNAIR,RODNEY P
Charge                   01
        Charge Literal   SIMPLE BATTERY
              Severity   Unknown
Charge                   02
        Charge Literal   AGGRAVATED ASSAULT
              Severity   Unknown
************************* INDEX OF AGENCIES *************************
Agency                   FBI-CJIS DIV-CLRKSBG CLARKSBURG; WVFBINF00;
Address
                          1000 CUSTER HOLLOW RD
                          CLARKSBURG, WV 26306
-----------------------------------------------------------------------
Agency                   SHERIFF'S OFFICE GONZALES; LA0030000;
Address
                          828 SOUTH IRMA BLVD
                          GONZALES, LA 70737
-----------------------------------------------------------------------
Agency                   SHERIFF'S OFFICE COVINGTON; LA0520000;
Address
                          PO BOX 1120
                          COVINGTON, LA 704341120
* * * END OF RECORD * * *

***********************************************************************
```

```
Reference: UNSOL
Msg Key  : B6
Date/Time: 20060718115847
Source   : DMV

UNSOL.DMV.B6.20060718115847.
LANPD0001.
CTL/
ATN/HARRIS

B6.LANPD0001.             .0C1C04407D.HARRIS
CLS/D OLN/  2587489     DISC/03
VICKNAIR RODNEY PAUL

MANDEVILLE          70471
DOB 1966          RAC/W SEX/M EYE/GRN WGT/230 HGT/510
RES/1,0,00    EXP 20081229 SSN

..VALID..

************************************************************************
```

```
Reference: UNSOL
Msg Key  : B1
Date/Time: 20060718120018
Source   : DMV

UNSOL.DMV.B1.20060718120018.
LANPD0001.
CTL/
ATN/WILLIAMS

B1.LANPD0001.              .0C1C04407E.WILLIAMS                              .

VYR/2002 VMA/DODG VMO/006000 VST/PK VCO/BLU
VIN/3D7HA18N52G201841 LIC/ W466761 EXP/112007
RODNEY VICKNAIR                                                OLN/ 2587489

MANDEVILLE             LA 70471

FLAGS 1L NI                        SN         TITLE K2265615

*************************************************************************
```