**130876**

No. _____

Parish Court for
Parish of Ascension
STATE OF LOUISIANA

Vs.

RODNEY P. VICKNAIR

INFORMATION FOR

R.S. 14:35

Simple Battery

Filed in open Court __6/3/87__

_____
Clerk of Court.

WITNESSES:

Arraigned, plead not guilty
set for __6/24/87__

__6/24/87__
tried & found guilty, sentenced
$50.00 & costs, or __10__ days in jail.

_____
District Attorney.

**EXHIBIT E**

# STATE OF LOUISIANA

## Parish Court for Parish of Ascension

Donald T. Carmouche, District Attorney for the Parish Court for the Parish of Ascension, State of Louisiana, who in the name and by the authority of said state prosecutes in this behalf, in proper person comes into said Court and gives the said Court here to understand and be informed that one __RODNEY P. VICKNAIR__

_____ late of the Parish of Ascension, on the __15th__ day of __April__ in the year of Our Lord nineteen hundred and __87__ with force and arms, in the Parish of Ascension aforesaid, and within the jurisdiction of the Parish Court for the Parish of Ascension, State of Louisiana.

committed a simple battery on one juvenile       in violation
of LA R.S. 14:35

contrary to the form of the statute of the state of Louisiana in such case made and provided, and against the peace and dignity of the same.

*[signature]*
District Attorney, Parish Court for Parish of Ascension