STATE OF LOUISIANA

NUMBER: 400800

CRIMINAL DIVISION: "H"

22nd JUDICIAL DISTRICT COURT

versus

PARISH OF ST. TAMMANY

RODNEY PAUL VICKNAIR

STATE OF LOUISIANA

FILED: October 30, 2006

_____
Deputy Clerk

## MOTION and ORDER TO EXPUNGEMENT ARREST RECORD

NOW INTO COURT, through his undersigned counsel, comes defendant herein, RODNEY PAUL VICKNAIR, (Social Security No.: 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), and who moves this Honorable Court for an Order of Expungement of Arrest Record, under LA R.S. 44:9, and states the following in justification, to-wit:

1. The above named accused was arrested on the 30th day of June, 2005, and charged with violating La. R.S. 14:37 (Aggravated Assault) and La. R.S. 14:35 (Simple Battery).

2. The above named is entitled to expungement because the District Attorney *nolle prossed* the charges. See Exhibit "A" attached hereto and made a part hereof.

3. It should be ordered that all Agencies and Law Enforcement Officers having any record of the arrest, whether on microfilm, computer or any other photographic, electronic or mechanical method of storing data, expunge any such record of arrest, photograph, fingerprint, or any other information of any and all kinds or descriptions.

4. Pertinent information regarding your mover and the arrest:

   Date of Birth: December 29, 1966
   Arrest Date: June 30, 2005
   Item Number: 05011660
   Charge: Aggravated Assault and Simply Battery
   Arresting Agency: St. Tammany Parish Sheriff's Office, Louisiana

No Opposition

Respectfully submitted:

_____
_____
Assistant District Attorney

TOLEDANO, HERRIN & LOPEZ

_____
Gordon T. Herrin (#24454)
Attorneys for Mover/Accused
70439 Courtano Drive
Covington, LA 70433-5277
Telephone: (985) 893-9963
Facsimile: (985) 893-9974

CNO 0188

**EXHIBIT F**