| | | | |
|---|---|---|---|
| | | look at regarding unhealthy and healthy relationship beliefs and provided psychoeducation on extremes in relationships being unhealthy. G▮ engaged in session and psychoeducation, but displayed limited insight into her own relationships. G▮ did discuss a friendship with an adult male NOPD officer who has been making her uncomfortable. LCSW and G▮ discussed this friendship and explored what made her uncomfortable, and G▮ did well at verbalizing thoughts and feelings about this and LCSW validated and praised her ability to identify and express discomfort when boundaries were pushed, and explored this as a red flag in relationships. G▮ was receptive to conversation and engaged well. LCSW and G▮ explored different possible reactions to boundaries being pushed. LCSW will see G▮ next week. | |
| 9/16/20 | | Clinician consulted with supervisor regarding concerns about police officer's behavior and discussed making a report to NOPD as ethical concern rather than typical mandating reporting process, as there is no clear criminal or mandated report. | |
| 9/16/20 | 003 | Texts to mom and G▮ regarding connecting with them tonight about concerns.<br>LCSW called Ms. H▮ to check in about concerns about police officer's inappropriate behavior. Ms. H▮ expressed concerns as well and recognizing the inappropriateness and concerning behavior, expressed concerns about retaliation when LCSW discussed reporting his behavior to PD as ethical concern, and LCSW and Ms. H▮ processed her concerns and safety implications. Ms. H▮ expressed she was okay with a report being made, but wished for them to be as anonymous as possible. LCSW spoke briefly to G▮ to explain same thing and concerns and ▮ did not present overly upset, though she also indicated concerns about retaliation and specifically about PD trying to take her back to the hospital. LCSW provided some psychoeducation on that process and who ultimately does assessment, but expressed understanding for concern of retaliation.<br>LCSW later texted G▮ a follow up question and G▮ declined to provide officer's full name and expressed now feeling uncertain about reporting. LCSW suggested we speak tomorrow. | |
| 9/17/20 | 003 | LCSW called G▮ no answer, and texted. G▮ called back and LCSW checked in with her on feelings about report being made. G▮ expressed not wanting a report to be made now, and LCSW and G▮ reviewed concerns and the reasons why reporting is important- LCSW also discussed her growth in recognizing and sharing inappropriate behaviors and this being the next step to continue protecting herself and others. G▮ continued to feel she did not want a report made, but did not become overly dysregulated or express concerning cognitions or feelings. | |
| 9/17/20 | 17 | LCSW continued consulting with supervisor throughout day regarding how/who is best to report this information to. | |

**EXHIBIT G**

| | | | |
|---|---|---|---|
| 9/18/20 | 003 | Call to family to check in and Ms. H▇ expressed feeling uncertain about reporting as she wishes for this to be anonymous due to safety concerns about retaliation, and G▇ has continued to express not wanting to report due to not wanting officer's job to be affected. LCSW expressed understanding and awareness of safety planning needed, but also continued psychoeducation on grooming behaviors, recognizing unhealthy or inappropriate behaviors, and affirming for Ms. H▇ that safety has to be first for parents and not G▇ concerns about impacts on officer's job. LCSW also continued psychoeducation on perpetration and consideration that this behavior may be happening with other children. LCSW will get back to Ms. H▇ when we are sure of how a report could move forward if we make one. | *signature* |
| 9/18/20 | 17 | LCSW continued consulting with supervisor throughout the day regarding how/who is best to report this information to, and consulting with other agency staff regarding ethical concerns regarding Ms. H▇ not wanting confidentiality broken but also safety and risk around NOPD officer with this behavior not being reported. | *signature* |
| 9/18/20 | 003 | LCSW called Ms. H▇ to share that my supervisor has connected with the Independent Police Monitor who appear to be the best way to report this behavior. LCSW shared that supervisor spoke anonymously but that IPM expressed to her a lot of concern about this behavior and affirmed Ms. H▇'s concerns and G▇ feelings of discomfort- LCSW also shared that IPM expressed wanting to engage in safety planning and address safety for the family. Ms. H▇ did agree for LCSW and her to connect with them on Monday and Ms. H▇ did agree for her information to be shared with IPM at that time. | *signature* |
| 9/20/20 | 31<br>17<br>003<br>002 | ███████████████████████████████████<br><br>Consultation with supervisor regarding disclosure, various safety concerns (including SI and Officer Rodney), reporting this information, and processing report with client in the most clinically appropriate way.<br>DCFS report made. LCSW will follow up with NOPD report tomorrow after connecting with IPM regarding safety concerns about other report (Officer Rodney) and not wanting him to be involved in this new report.<br>Call to Ms. H▇ to inform her a report was made but will likely have to be followed up on/made to NOPD directly after discussing with IPM tomorrow. Ms. H▇ stated G▇ is unaware this information has been shared yet and discussed concerns about her finding out and possible SI- LCSW agreed with concern regarding SI and encouraged Ms. H▇ to be very aware of | *signature* |

| | | | |
|---|---|---|---|
| | | G▇ mood as this moves forward and be very focused on safety- reviewed safety planning for SI. | ▇ |
| 9/21/20 | 002/003 | Phone call to IPM, Deputy Police Monitor, Stella Smith. LCSW consulted with police monitor on concerns regarding the officer, as well as additional disclosure regarding Jim over the weekend, and how best to move forward with both of these. Ms. Smith stated she would consult w/ Captain of Public Integrity Bureau and plan to have conference call with them, LCSW, and Mom this afternoon regarding safety and next steps for issue with officer. Ms. Smith stated she would also consult around best way to connect with sexual abuse detective or set up FI for other disclosure. | ▇ |
| 9/21/20 | 003 | Call to Ms. H▇ to check in and share above information. Mom also gave name for detective currently working on past sexual assault case.<br>Attempted call to Carly Smith at FJC to update her per Ms. H▇'s request- no answer, VM full.<br>LCSW texted IPM if we can connect with that detective to handle recent disclosures as family trusts her.<br>IPM texted to set up conference call for 3.<br>Call to Ms. H▇ to make sure 3 works- Ms. H▇ concerned about ▇ reaction as limited privacy at home and LCSW will call by 2:30 to connect with G▇ and update her on police officer case and process her reaction with her.<br>Text and call to G▇. Call back from G▇ LCSW updated G▇ on report being made and conference call at 3, ▇ confirmed she does not want to be involved or cooperate. ▇ continued to not want report made but did not present upset or dysregulated. | ▇ |
| 9/21/20 | 003/002 | Conference call with IPM Deputy Police Monitor, Captain Richardson of Public Integrity Bureau, and Sargent Lawrence Jones of Public Integrity Bureau (PIB). LCSW spoke with above parties alone first to provide background information on the family and situation. LCSW joined Ms. H▇ onto the call and all parties discuss the situation and how best to proceed forward. Ms. H▇ shared background information and concerns about safety and retaliation- G▇ also joined call to share some of her thoughts and concerns. Sargent Jones requested an in-person meeting, and all discussed doing this today at their home- LCSW will attend for family support.<br>Call from NOPD PIB Sargent Jones to LCSW alone to connect before home visit and LCSW did share some additional relevant family history, de-escalation strategies with G▇ and check in ▇ NOPD PIB Sargent stated he'd like to focus on this report, then assess best way to move forward in a trauma-informed way with next report. | ▇ |
| 9/21/20 | 15 002 | 4:00-6:00 Home visit/ visit with NOPD. LCSW was present at family's home to provide support for family meeting with NOPD PIB Sargent Jones. All parties introduced selves, and as G▇ and Ms. H▇ had limited privacy and reacted strongly to one another, LCSW met outside with Ms. H▇ for 45 minutes while | ▇ |