**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

|  |  |  |
|---|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H. | ) ) ) ) | |
| Plaintiff, | ) ) | Docket No. 2:21-cv-407 |
| v. | ) ) | JUDGE: CARL BARBIER |
| RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10, | ) ) ) ) ) | MAGISTRATE: KAREN WELLS ROBY |
| Defendants. | ) ) | |

_____ )

### Motion to Designate NOPD Superintendent Anne Kirkpatrick as Plaintiff's Non-Retained Expert

In this motion, Plaintiff asks this Court for leave to designate Superintendent Anne Kirkpatrick, one of the City's witnesses, as Plaintiff's non-retained expert.

The non-retained expert disclosure deadline was December 19, 2023. Fed. R. Civ. Proc. 26(a)(2)(D). But Defendants did not identify Superintendent Kirkpatrick as a potential witness until December 26, 2023. And Plaintiff did not hear her testimony until January 30, 2024.

Because the timing of this designation is the result of the City's choices, and because the City cannot claim prejudice regarding the testimony of its own Chief of Police, this motion should be granted.

Respectfully submitted,

_/s/ William Most_____
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

***Counsel for Plaintiff, G.H.***