## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H. | |
| Plaintiff, | Docket No. 2:21-cv-407 |
| v. | JUDGE: CARL BARBIER |
| RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10, | MAGISTRATE: KAREN WELLS ROBY |
| Defendants. | |

## **ORDER**

Considering the foregoing *Motion to Designate NOPD Superintendent Anne Kirkpatrick as Plaintiff's Non-Retained Expert,* **IT IS HEREBY ORDERED** that the motion is granted. Plaintiff is given leave to designate Superintendent Anne Kirkpatrick as a non-retained expert witness.

New Orleans, Louisiana this _____ day of _____, 2024.

_____
JUDGE