

# New Orleans Police Superintendent Executive Search

## Candidate Profile: Anne Kirkpatrick

Contact information for the
International Association of Chiefs of Police

Meghann Casanova
44 Canal Center Plaza, Suite 200
Alexandria, VA 22314
NewOrleansLA@theIACP.org

**International Association of Chiefs of Police**

# Contents

**Resume** ................................................................................................................................. **3**

**Assessment Center Score Results**............................................................................................ **12**



# EXECUTIVE SEARCH
## Applicant for Superintendent

# Anne E. Kirkpatrick

June 17, 2023

RE: Letter of Interest for Superintendent of Police New Orleans

Dear Selection Committee,

I want to thank you for contacting me about the Superintendent of Police opportunity for the city of New Orleans. I studied the brochure and I believe I may be the right fit for what New Orleans is looking for in its next Superintendent. Please accept this letter of interest and resume as my application for the job.

I am a seasoned, well-respected, and reform-minded leader with over 35 years of policing experience; most of it in the State of Washington. Of those 35 years, I was a Chief of Police for almost 20 years. I served as the chief of Chief of Police in four cities; 3 in Washington state: Ellensburg, Federal Way and Spokane. I was also the Undersheriff of the King County Sheriff's Office for a year and a half. I went on to become a Bureau Chief in Chicago and was the liaison to the Department of Justice (DOJ) while the Chicago Police Department was under investigation for patterns and practice of civil rights violations. That investigation resulted in a Consent Decree. That Bureau today is called the Bureau of Constitutional Policing and Reform. While I was with Chicago, I was recruited to become the Chief of Police of Oakland, California, which had been under federal oversight for 17 years. Today, Oakland remains under federal oversight – their 23rd year.

I offer a proven track record for reforming police departments and reducing violent crime. I have worked in cities with high violent crime problems, specifically Memphis, Chicago, and Oakland. All of these cities have been in the Top 10 Most Violent Cities in America. I have data to support my record. The Giffords Law Center did a report called "*A Case Study in Hope – Lessons from Oakland's Remarkable Reduction in Gun Violence*". When I was the Chief of Police of Oakland, CA, we experienced 3 consecutive years of 20-year lows for homicide and we moved out of the Top 10 Most Violent Cities in America during my tenure. At the time of my departure from Oakland, we were on pace for a 64 year low in homicides.

I have held key leadership roles both regionally and nationally, and I am well-networked with many police departments, sheriff's offices, state patrols and federal agencies. I served as a governor-appointed Commissioner to the WA State Training Commission and as the Executive Chairperson for the WA State Fusion Center (the state's Homeland Security and Intelligence Unit). I was also on the National Board for Crime Gun Intelligence.

I have a proven track record for building strong community relationships, improving internal morale, forming regional and national partnerships and supporting and collaborating with Oakland's start up of the Department of Violence Prevention. I am also experienced in working under a Federal Consent

Page **1** of **2**

CANDIDATE: Anne Kirkpatrick

decree and working with a Federal Monitor. Lastly, even though I recently won a retaliation lawsuit involving Oakland's Police Commission I am unequivocally supportive of Civilian Oversight. I even applied to be on Seattle first civilian police commission. What happened in Oakland was not about civilian oversight but, unfortunately, about a few commissioners involved in misconduct that was potentially illegal behavior that I reported. Those spurious behaviors were literally undermining police reform, and a federal jury unanimously agreed with me. One of the biggest cancers in policing today is the Code of Silence. Reporting misconduct needs to be viewed as an act of integrity not betrayal. I acted on that integrity and unfortunately suffered a consequence. Nevertheless, it makes my voice for civilian oversight even more legitimate and powerful.

Policing is a noble profession, but the profession needs a culture change. I understand culture change and more importantly, I know how to lead it.

Lastly, I have a broad and strong educational background. In all, I have a BA in Business Administration, an MA in Counseling, and a JD in law. I have been a licensed attorney for 33 years in the State of Washington. I am also a graduate of all three Leadership courses offered at the FBI Academy: The FBI National Academy, the Law Enforcement Executive Development Seminar (LEEDS), and the National Executive Institute.

Currently, I am teaching for the FBI Law Enforcement Executive Association (FBI LEEDA) and I am a national instructor on topics such as: Bias and Diversity, the 21st Century Task Force, Emotional Intelligence, Officer Wellness, Recruiting Hiring and Retention of Employees, and Leading Change.

In conclusion, I have a reputation for being competent and legitimate, vision-oriented, decisive and courageous. Moreover, I am trust-worthy, ethical, credible and legitimate. I believe these are the traits New Orleans is looking for in its next leader. An addendum follows that addresses the key attributes as outlined in the brochure.

Respectfully,

Anne E. Kirkpatrick



# EXECUTIVE SEARCH
## Applicant for Superintendent

# Anne E. Kirkpatrick

## SUMMARY

### Years of Command-Level Experience
Twenty-one years of command-level experience.

### Education
Seattle University Law School, Juris Doctorate, Law, 1989

University of Memphis, Master of Science, Counseling, 1984

## PROFESSIONAL EXPERIENCE

### MAGIS POLICE CONSULTING, LLC

**Principal Consultant in Partnership with Virginia Gleason, Esq.**                 **October 2020 – Present**
Engaged in Consulting contract for the Memphis Police Department. Architects of public facing Internal Affairs Dashboard with a Go Live Date in January 2021. Reviewed and assessed Memphis Police Department policies and practices in alliance with the Presidential 21st Century Task Force Report.

### FBI LAW ENFORCEMENT EXECUTIVE ASSOCIATION (FBI-LEEDA)

**Master Instructor**                                                                  **February 2020 – Present**
Malvern, Pennsylvania (Headquarters); Seattle, Washington

National Instructor for the FBI's Law Enforcement Executive Association's Leadership Training Program called LEEDA. Taught leadership to mid and high-ranking law enforcement executives around the country.  Leadership topics included:  Bias and Diversity, Emotional Intelligence, Leading Generations, Executive Survival, The Problem Employee, Credibility, and Liability

### OAKLAND POLICE DEPARTMENT

**Chief of Police**                                                                  **February 2017 – February 2020**
Oakland is the 3rd largest city in the Bay area. It has traditionally ranked in the top 10 most violent cities in America. Last year, it dropped to #13. It is challenged with gang and gun violence and homelessness. The police department has been under Federal oversight for 16 years – the longest in American history. In 2016 the police department was rocked by a sex scandal that resulted in the mayor seeking new leadership.  I was recruited out of Chicago to take over the Oakland Police Department.

CANDIDATE: Anne Kirkpatrick

Accomplishments include:

- Reduced homicides my first year (2017) by 12% over a 5-year average - 72 homicides were the 3rd lowest in 32 years
- Homicides dropped to 68 in my second year – a 20-year low
- Non-fatal shootings dropped my first year by 10% in 2017 - 277 non-fatal shootings
- One fatal police shooting in 3 years
- Implemented officer Wellness program with considerable reduction in off-duty DUI and no suicides during my tenure
- New intelligence led precision-based policing strategies resulted in 50% reduction of stops of African Americans and Latinos
- Significant Culture change in Oakland Police Department in terms of police accountability, transparency, Procedural Justice and Restorative Justice values and Equity based decision making
- Succession planning and leadership development
- Oversaw successful implementation of new early warning and highly integrated risk management system called VISION

**CHICAGO POLICE DEPARTMENT**

**Bureau Chief**                                                                                              **July 2016 – January 2017**

One of 6 Chiefs who oversaw a Bureau in the second largest police department in the country (13,550 sworn police officers/16,000 total members). Bureau of Organizational Development which includes the Chicago Police Academy, Research and Development - which encompasses Policy, Analysis, and CALEA, and the Inspections Unit - which implements the Federal Consent Decree over Stop and Frisk.

Accomplishments include:

- Served as the liaison for CPD and the Department of Justice (DOJ) regarding the Civil Rights investigation into a pattern and practice of excessive use of force and discrimination.
- Was one of three finalists for the Chief of Police (Superintendent) of the Chicago Police Department when Mayor Rahm Emmanuel looked for new leadership after the Laquann McDonald shooting.

**FBI LAW ENFORCEMENT EXECUTIVE ASSOCIATION (FBI-LEEDA)**

**Master Instructor**                                                                                              **July 2014 – July 2016**

Malvern, Pennsylvania (Headquarters); Seattle, Washington

National Instructor for the FBI's Leadership Program called LEEDA. Taught leadership to mid and high-ranking law enforcement executives around the country. Leadership topics included: Transformational versus Power-based Leadership, Leading Generations, Executive Survival, The Problem Employee, Credibility, and Liability.

**KING COUNTY SHERIFF'S OFFICE**

**Chief Deputy (Undersheriff)**                                                                      **December 2012 – July 2014**

Second- in-Command of the King County Sheriff's Office (KCSO). King County is the 14th largest county in the nation with a population of 1.9 Million residents. KCSO is a CALEA agency and services all of

CANDIDATE: Anne Kirkpatrick

unincorporated King County and 16 partner cities and agencies. In addition to patrol and the normal specialty services, KCSO also provides such specialties as an Air Support Unit (3 police helicopters) and a Marine Unit.

Accomplishments include:

- Oversight of designing and implementing a new Use of Force Protocol
- Oversight of backlogged Discipline cases in our Internal Investigations Unit
- Oversight of restoring Precinct Model of policing from a Zone Model
- Oversight of facility needs for a Precinct and other operational needs
- Oversight of RADAR (Risk, Awareness, De-Escalation, Referral) – for Mentally Il

**FBI LAW ENFORCEMENT EXECUTIVE ASSOCIATION (FBI-LEEDA)**

**Master Instructor**                                                                                              January 2012 – December 2012
Malvern, Pennsylvania (Headquarters); Seattle, Washington

Instructor for The FBI's Leadership Program called LEEDA.  Teach leadership to mid and high- ranking law enforcement executives around the country.  Leadership topics include:  Transformational versus Power-based Leadership, Leading Generations, Executive Survival, The Problem Employee, Credibility, and Liability.

**SPOKANE POLICE DEPARTMENT**

**Chief of Police (Retired)**                                                                                              2006 to January 2012
Second largest city in the State of Washington. It is the largest city between Seattle and Minneapolis. The metro community serves 500,000 in population and is the retail and medical hub for 1 million people.

Accomplishments include:

- Implemented AIM (an accountability management system - type of Comp-Stat)
- Supported and Negotiated Spokane's first Ombudsman (Civilian Oversight)
- Revised the entire Policy and Procedure Manual to reflect the Nation's "Best Practices". First revision in 17 years.
- Implemented the Leadership Mentoring Program
- Department wide reorganization due to draconian budget cuts
- Implemented electronic ticketing (e-Citations) known as SECTOR which automatically files with the Court system. (from patrol car to court).
- Implemented alternative criminal traffic diversion programs
- Negotiated Fatal Incident Protocol (use of outside agencies to investigate officer involved shootings and other deadly force encounters)
- Implemented Red Light Photo Enforcement
- Implemented DOJ - funded Gang Net data base
- Actively involved in successful 1/10th 1% sales tax for Interoperability ($42M project to bring critical radio infrastructure into compliance with FCC mandates). Going to a 800 mhz system.

CANDIDATE: Anne Kirkpatrick

- Created the Auto Theft Detective Division under new State - funded Auto Theft Authority – Spokane is the 4th in the Nation for Auto Theft. Dropped 20% since 2010
- Despite reduction in staffing reduced crime in every UCR category to include an 80% reduction in Homicide.
- Reduced False Alarms by 84% since 2006 after implementation of our Enhanced False Alarm Verification Program.
- Built better community relations through a myriad of outreach efforts such as our Police Advisory Committee (PAC). PAC is an advisory board to the Chief of Police that is mainly comprised of our more underrepresented populations such as those suffering from mental illness, the Native American, NAACP, the LBGT, the physically challenged, and Asian and Russian/Ukraine communities.
- Overall, restored healthy/transparent relationship with the media through a vibrant PIO program that includes media academies and PIO's attending newsroom briefings.
- Implemented Overtime Banks for every Unit with first line supervisory accountability – significant reduction of 50% savings.

**FEDERAL WAY POLICE DEPARTMENT**

**Chief of Police**                                                                                                                      **2001-2006**

Federal Way is a high crime city between Seattle and Tacoma. It is in the Seattle Metro area of 3.9 million. The department was a "start-up" police agency. At the time of start-up it was comprised of almost all laterals representing 17 states and 85 agencies.

Accomplishments include:

- Achieved initial CALEA accreditation and re-accreditation
- Reorganized the Command Rank
- Embarked on creative recruitment strategies to hire the best officers
- Engaged in strong community-oriented policing strategies with the Build the Bridge coalition that resulted in an incredible reduction of crime in a particular high risk area and improved the neighborhood's quality of life. Other examples of COP enhancements included our Cops and Docs programs in the high schools.
- Oversaw new police facility construction
- Served as lead agency to reduce jail costs in King County (significant savings of 50%)
- Integrated advanced WIFI technology to in-car mobile data units
- Served as Co-Chair of King County Police Chief's Association
- Served as Co-Chair on the King County Car Theft Initiative Task Force (27% reduction in auto theft first year)

**ELLENSBURG POLICE DEPARTMENT**

**Chief of Police**                                                                                                                      **1996-2001**

A college town in Eastern Washington and the County Seat. Home of one of the four State Universities – Central Washington University - and site of one of the nation's biggest professional rodeos.

Accomplishments include:

CANDIDATE: Anne Kirkpatrick

- Achieved the agency's first state accreditation
- Reorganized the department's chain of command
- Developed excellent working relationships with the union (Teamster's), City Hall, other city departments, schools, and community
- Significantly reduced Internal Affairs complaints 20 fold
- Created three successful ad hoc drug task forces: 95% conviction rate
- Implemented strong Community-Oriented Policing projects: Adult and Youth Citizen Academies, Downtown Foot-beats, Cops vs. Kids Softball games. Mystery Reading Programs in the public library, proactive team that verified registered sex offender restrictions.

**GREEN RIVER COLLEGE (AUBURN, WASHINGTON)**

**College Instructor**                                                                                          **1995-1996**

Criminal Justice Department. Full-time faculty for one school year. Served as Ad Hoc Director of Criminal Justice Program. One of the largest law enforcement degree programs in Washington State's community college systems. Assigned to over 100 students.

Accomplishments include:

- Revamped the course curriculum with a focus on combining more academic coursework with vocational studies.
- Designed and taught new courses on Community-Oriented Policing, Domestic Violence, and Police Administration.
- Received excellent ratings on student and faculty evaluations

**REDMOND POLICE DEPARTMENT**

**Police Officer/Sergeant**                                                                                     **1987-1995**

Redmond is a suburb city of Seattle and the headquarters of Microsoft. Its population is 40,000 with a workday impact of 80,000. In addition to working uniform patrol.  I held the following assignments as shown below:

Accomplishments include:

- Assistant Commander (1994 to 1995) Washington State Law Enforcement Academy. Full-time assignment
- Criminal Procedure Instructor and TAC Officer (1992 to 1993) Washington State Law Enforcement Academy
- Legal Instructor (1990 to present) Washington State Criminal Justice Training Commission – statewide trainer
- Named Officer of the Year (1989)
- President of the Police Officer's Association (the Guild)
- Earned law degree while working full-time

**EDUCATIONAL LEAVE OF ABSENCE**                                                                **1985-1986**

Seattle, Washington

CANDIDATE: Anne Kirkpatrick

Took six-month educational leave of absence from the Memphis Police Department in late 1985 to move from Tennessee to Washington in order to begin law school.

**MEMPHIS POLICE DEPARTMENT**

**Police Officer** 1982-1985

Memphis is a major urban city serving a population of 670,900. It is very diverse with a minority population of 65%. It has a history steeped in racial tension and is consistently rated in the Top 10 most violent cities in the nation. The Department has 2400 commissioned officers. I served in uniform patrol.

Accomplishments include:

- Earned Master's degree while working full-time
- Hand-selected to join a small team in Research and Development to design an entire new police rank structure for the entire department
- Recruited to join Organized Crime Unit and Narcotics Unit (I declined both)

## EDUCATION

Seattle University Law School | Juris Doctorate, Law | 1989

University of Memphis | Master of Science, Counseling | 1984

King College | Bachelor of Arts, Business Administration | 1982

## PROFESSIONAL DEVELOPMENT & TRAINING

FBI National Academy, 2000, Quantico,

FBI Law Enforcement Executive Development School (LEEDS), 2003, Quantico, Virginia

FBI National Executive Institute (NEI), 2009, Australia

## PROFESSIONAL AFFILIATIONS

Former Chair of the Executive Board for Washington State's Fusion Center

WASPC committee member of Statewide Integrated Intelligence System

Commissioner for the Washington State Criminal Justice Training Commission

Member of Police Executive Research Forum (PERF)

Member of International Association of Chiefs of Police (IACP)

Member of Washington Association of Sheriffs and Police Chiefs (WASPC)

Former President of Washington State Chapter of FBI Academy Graduates (2006)

Member of Washington State Bar Association

Former Co-Chair of King County Chiefs of Police

CANDIDATE: Anne Kirkpatrick

Former Co-Chair of King County Police Chief's Association's Auto Theft Task Force

FBI Academy Guest Speaker

## ADDITIONAL INFORMATION

### Awards/Recognitions

Officer of the Year – named by my peers in 1989, Redmond Police Department

American Jurisprudence Award – for top legal scholarship in Products Liability (1989), University of Puget Sound Law School

Police Chief's Medal of Meritorious Service –awarded to me by the officers and staff of the Federal Way Police Department in honor of my service as their Chief



# NEW ORLEANS SUPERINTENDENT ASSESSMENT CENTER
## Individual Candidate Report

Candidate: Anne Kirkpatrick

Below are the individual competency and overall score for the Analysis Presentation, Structured Interview, and Written Exercise. Along with the score is the average of all candidates whose profiles have been submitted. Each competency is worth five points for a maximum total score of 35 points. At the bottom of the page are the overall scores for the entire promotional process including the Analysis Presentation, Structured Interview, and Written Exercise.

**Assessment Center Scores**

| Competencies | Analysis Presentation | | Structured Interview | | Written Exercise | |
|---|---|---|---|---|---|---|
| | Candidate | Average | Candidate | Average | Candidate | Average |
| Written Communication | | | | | 3.94 | 3.46 |
| Oral Communication | 4.96 | 3.94 | 3.30 | 3.94 | | |
| Interpersonal Insight | 3.57 | 3.84 | 2.92 | 3.13 | 3.25 | 3.19 |
| Problem Analysis | 4.79 | 4.31 | 3.07 | 3.45 | 3.41 | 3.12 |
| Judgment | 4.25 | 4.12 | 3.18 | 3.36 | 3.44 | 3.25 |
| Decisiveness | 4.50 | 4.38 | 2.40 | 3.29 | 3.07 | 3.20 |
| Planning & Organization | 4.25 | 4.17 | 3.00 | 3.53 | 3.45 | 3.38 |
| Delegation & Control | 4.75 | 3.56 | 2.60 | 3.23 | 1.93 | 2.2 |
| Total (35) | 31.07 | 28.99 | 20.47 | 23.91 | 22.49 | 21.78 |
| Total % | 89% | 83% | 58% | 68% | 64% | 62% |

**Overall Assessment Center Scores**

| Analysis Presentation | | Structured Interview | | Written Exercise | |
|---|---|---|---|---|---|
| Points (35) | % | Points (35) | % | Points (35) | % |
| 31.07 | 89% | 20.47 | 58% | 22.49 | 64% |

**Analysis Presentation**



**Structured Interview**

| | |
|---|---|
| Candidate: | Anne Kirkpatrick |
| Candidate Total Score: | 20.47 |
| Average Total Score: | 23.91 |



| | Oral Communication | Interpersonal Insight | Problem Analysis | Judgment | Decisiveness | Planning & Organization | Delegation & Control |
|---|---|---|---|---|---|---|---|
| Anne Kirkpatrick | 3.30 | 2.92 | 3.07 | 3.18 | 2.40 | 3.00 | 2.60 |
| Average Score | 3.94 | 3.13 | 3.45 | 3.36 | 3.29 | 3.53 | 3.23 |

**Written Exercise**



| | Written Communication | Interpersonal Insight | Problem Analysis | Judgment | Decisiveness | Planning & Organization | Delegation & Control |
|---|---|---|---|---|---|---|---|
| Anne Kirkpatrick | 3.94 | 3.25 | 3.41 | 3.44 | 3.07 | 3.45 | 1.93 |
| Average Score | 3.46 | 3.19 | 3.12 | 3.25 | 3.20 | 3.38 | 2.20 |

Candidate: Anne Kirkpatrick
Candidate Total Score: 22.49
Average Total Score: 21.78



**International Association of Chiefs of Police**
44 Canal Center Plaza, Suite 200
Alexandria, VA 22314

Direct: 703-836-6767
Main Line: 800-THE-IACP
Fax: 703-836-4543

**www.theIACP.org**