```
              UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF LOUISIANA

****************************************************

RAYNE UPTON, individually * CIVIL ACTION NO.21-407
and on behalf of her minor*
daughter, G.H.            * SECTION: "J"
                          * JUDGE BARBIER
VERSUS                    *
                          * MAG. DIV. (4)
RODNEY VICKNAIR, et al    * MAGISTRATE JUDGE ROBY

****************************************************
```

        The deposition of SHANNON SMITH, taken on Friday, January 19, 2024, commencing at 9:59 a.m., in the Offices of the City Attorney, 1300 Perdido Street, City Hall, Room 5E03, New Orleans, Louisiana.

                        * * *

SHANNON SMITH on 01/19/2024

4

```
 1              A P P E A R A N C E S:

 2 Representing the plaintiff, Rayne Upton:

 3
        MOST & ASSOCIATES
 4      201 St. Charles Avenue, Suite 114 #101
        New Orleans, Louisiana 70170
 5      (504) 500-7974
        hopeaphelps@outlook.com
 6
        BY: HOPE PHELPS, ESQ.
 7

 8 Representing the defendants, City of New Orleans
   and Shaun Ferguson, Superintendent of the New
 9 Orleans Police Department:

10      CITY ATTORNEY
        1300 Perdido Street, City Hall - Room5E03
11      New Orleans, Louisiana 70112
        (504) 658-9800
12      james.roquemore@nola.gov

13      BY:  JAMES M. ROQUEMORE, ESQ.

14 Also present: Kristen Harrington

15              Elizabeth Weigand (part time)

16

17
   Reported by:   Kathleen Barrett Ward
18                Certified Court Reporter
                  State of Louisiana
19

20

21

22

23

24

25
```

```
 1                   S T I P U L A T I O N
 2
 3       It is stipulated and agreed by and between
 4  Counsel that the deposition of SHANNON SMITH is
 5  hereby taken under the appropriate statutes of the
 6  Rule in accordance with the Rule.
 7
 8       The formalities of sealing and certification
 9  are hereby waived.  The witness reserves the right
10  to read and sign the deposition.  The party
11  responsible for service of the discovery material
12  shall retain the original.
13
14       All objections, save those as to the form of
15  the questions, are hereby reserved until such time
16  as this deposition, or any part thereof, may be
17  used or sought to be used in evidence, and are to
18  be made in accordance with the Code of Civil
19  Procedure.
20                        * * * * *
21
22       Kathleen Barrett Ward, Certified Court
23  Reporter in and for the State of Louisiana,
24  officiated in administering the oath to the
25  above-mentioned witness.
```

```
 1     Q.   I have just have a few follow-up
 2 questions.
 3     A.   Thank you.
 4     Q.   So we got the records of ▓▓▓▓'s
 5 symptoms before she was sexually assaulted by
 6 Vicknair, right?
 7     A.   Uh-huh.  Yes.
 8     Q.   And we also have records from after,
 9 including your evaluation?
10     A.   Correct.
11     Q.   So you would be able to give an opinion
12 on the differences between reported symptoms
13 before and reported symptoms after she met
14 Vicknair?
15     A.   I could only -- I -- yeah, based on what
16 I read, but then based on only my interview with
17 her I could give the current symptoms she's
18 reporting, which are after Vicknair, I would only
19 have these records to report prior to.
20     Q.   So you could see which symptoms are
21 different from ones that she previously had?
22     A.   Possibly, yes.
23     Q.   And possibly also ones that became worse
24 or compounded?
25     A.   Possibly, yes.  I don't remember in this
```