2020-0484-P

Page 1 of 19

# DEPARTMENT OF POLICE
## INTEROFFICE CORRESPONDENCE

TO: Shaun D. Ferguson
Superintendent of Police

DATE: February 19, 2021

FROM: Sergeant Lawrence Jones
Public Integrity Bureau / Criminal Section

SUBJECT: P.I.B. Complaint Tracking Number 2020-0484-P
Senior Police Officer Rodney Vicknair
Employee Number 18458

## INTRODUCTION

On Monday, September 21, 2020, Sergeant Lawrence Jones, assigned to the New Orleans Police Department Public Integrity Bureau, began a sexual assault investigation involving a 15-year-old girl and a New Orleans Police Officer; Officer Rodney Vicknair (W/M, DOB ▮▮▮▮▮▮).

On Friday, September 25, 2020, the 15-year-old victim was interviewed at Children's Hospital Child Advocacy Center where she discloses Vicknair was the first responding officer to her sexual assault investigation. The victim stated about two days ago, Vicknair arrived at her house and called her to his truck. The child stated, Vicknair digitally penetrated her vagina with his finger and rubbed her bare breast with his hands.

Based on the information provided, Sergeant Lawrence Jones initiated a departmental FDI **(EXHIBIT B)** and a form (230) the Initial Intake Form for Commendation, Complaint, or Documentation of Minor Violation **(EXHIBIT C)** on Officer Rodney Vicknair on Friday, September 25, 2020, for potential violations of, <u>Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:43.1- Relative to Sexual Battery, Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:81 Relative to Indecent Behavior with Juveniles and Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:134 Relative to Malfeasance in Office.</u>

## Brief Synopsis

On Friday, September 25, 2020, the 15-year-old victim was interviewed at Children's Hospital Child Advocacy Center where she discloses Vicknair was the first responding officer to her sexual assault investigation. The victim stated about two days ago, Vicknair arrived at her house and called her to his truck. The child stated, Vicknair digitally penetrated her vagina with his finger and rubbed her bare breast with his hands.

EXHIBIT 4

EXHIBIT
Def's Resp + Opp
to Doc 125 - C

Investigating Officer's Initials: ___

2020-0484-P

Page 2 of 19

## Allegations

Based on the information provided, Sergeant Lawrence Jones initiated a departmental FDI on Officer Rodney Vicknair on Friday, for potential violations of, <u>Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:43.1- Relative to Sexual Battery, Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:81Relative to Indecent Behavior with Juveniles and Rule 2: Moral Conduct: Paragraph 1: Adherence to Law to wit R.S. 14:134 Relative to Malfeasance in Office.</u>

## INVESTIGATION

This Criminal Investigation was assigned to Sergeant Lawrence Jones of the Public Integrity Bureau Criminal Section on Monday, September 21, 2020, by Lieutenant Darryl Watson, supervisor of the Public Integrity Bureau Criminal Section.

Sergeant Jones began his investigation on Monday, September 21, 2020, we he spoke with a Ms. Andria Wright of the New Orleans Children's Bureau located at 2626 Canal Street, Suite 201, New Orleans Louisiana, 70119, telephone number 203-444-1438. Ms. Wright informed Sergeant Jones that she was currently providing counseling service to a mother and her 15-year-old daughter. Ms. Wright further explained during a recent session with the mother, identified as Reign Haney of 860 Olga Street, Reign stated to her that she was concerned about a New Orleans Police Officer who made inappropriate comments and took a very inappropriate picture with her 15-year old daughter. Ms. Wright then contacted Reign and Sergeant Jones requested to come to the residence and interview her relative to the information provided by Ms. Wright.

Reign agreed and on Monday September 21, 2020, Sergeant Lawrence Jones relocated to Reign Haney's residence located at 860 Olga Street, New Orleans, La. 70128. Sergeant Jones was met at the residence by Ms. Andria Wright the family's counselor, Reign Hainey and her daughter ▓▓▓▓▓▓▓▓ Hainey.

Sergeant Lawrence Jones requested Reign provide a tape recorded interview which she complied and began her statement at 4:09 p.m. Reign Haney was interviewed at her residence located at 860 Olga Street.

### Statement of Reign Haney (Victim's Mother)

Reign explained to Sergeant Jones that she was concerned with a relationship with her 15-year-old daughter ▓▓▓▓▓▓▓ and a member of the New Orleans Police Department. Reign identified the Officer as Officer Rodney Vicknair assigned to the Field Operations Bureau First District. Reign went on to say, that her daughter ▓▓▓▓▓ was a victim of a sexual assault and the police were called. Officer Vicknair along with other officers responded to the call for assistance. Officer Vicknair escorted Reign and her daughter ▓▓▓▓▓ to Children's Hospital so ▓▓▓▓▓ could have a sexual assault examination. Reign further explained at first, Officer Vicknair appeared to be very caring and supportive, however one particular incident Reign descried an incident where her 15-year-old Daughter ▓▓▓▓▓ left the residence and went for a run near Bayou St. John.

Investigating Officer's Initials: _N_

2020-0484-P

Page 3 of 19

When ▮▮▮ returned to the residence, ▮▮▮ told Reign that Officer Rodney was driving past as she was stretching, stopped his vehicle rolled down the window and he said to Reigns 15year old daughter ▮▮▮ "Nice Ass." Reign further stated Vicknair was attired in his New Orleans Police Officer uniform and driving a New Orleans Police Department vehicle when he made the comment. Reign continued to state after the first meeting Vicknair would often come to the residence, sometimes unannounced, each time Vicknair would be attired in his police uniform and most of the time on duty. Reign further stated Vicknair gave her the impression that he was trying to be a positive role model for ▮▮▮ and because of everything ▮▮▮ was going thru she thought it would be a good thing. Reign further explained that she started to feel very uncomfortable with Vicknair showing up to the residence unannounced and so often. Reign described on one occasion, Vicknair arrived at the residence unannounced and inquired where was ▮▮▮ Reign stated, she told Vicknair that ▮▮▮ was in the bed sleeping. Reign sated as she walked to ▮▮▮ bedroom she noticed Vicknair was close behind her. Reign stated she told Officer Vicknair that he could wait in the living room while she waked ▮▮▮ however Vicknair followed her into the bedroom. Reign then stated as she woke ▮▮▮ Reign noticed that ▮▮▮ was wearing a large shirt and as she extended her arms to push off the bed, the top of her shirt her opened and partially exposed her Breast. Reign stated, she turned to see if Officer Vicknair was still standing there and to her astonishment he was and staring at ▮▮▮ Breast. Reign stated she told Vicknair to relocate to the living room and wait until ▮▮▮ would get dress. Reign stated, he complied but the incident made her feel very uncomfortable.

Reign then described a third incident and this is the incident that made her tell the counselor Andria. Reign stated she was looking at ▮▮▮ phone and she noticed a picture of Officer Rodney Vicknair and her 15-year-old daughter ▮▮▮ Vicknair was standing behind ▮▮▮ really close with his arm wrapped around her waist with their face touching. Reign, stated the photo alarmed her and she was very uncomfortable with the way Officer Vicknair was standing behind her 15-year-old daughter with their bodies touching. During the next counseling session with Andria, Reign stated she mentioned the photo and other incidents to Andria, who notified the authorities.

Sergeant Jones inquired from Reign how often would Officer Vicknair and ▮▮▮ talk, Reign Responded, "Oh, my God, several times. Well, I mean, in the car, you know, I mean, ▮▮▮ was very much, she's a wide open book, you know. She was just telling him everything, you know, just – she told him about Jim; you know, she was just talking about all kinds of stuff. Everything under the sun with him, and she's the one that initiated it. She said, 'I would really like to talk to you again,' because he was being very fatherly to her, you know. ▮▮▮ is very much in need of a male father figure because her father's a piece of garbage, and I mean, he abused her so badly that I don't know, I'll be surprised if she ever fully recovers from what has happened to her with him. So, he was very much, he was, that day he was just very nurturing, you know what I mean. He was very safe, he made us feel safe. In fact, I remember ▮▮▮ he had, like, a pin on his uniform and he had two of them, I think and ▮▮▮ asked him what they were and the, the one that I remember in particular was, um, he said that he was because he was certified in trauma, you know, Yeah, right. So, he just knew what to say. He just made it very comfortable for us in a very, in the middle of a very uncomfortable, unhappy situation. Reign Haney concluded her statement on Monday, September 21, 2020, at 5:31 p.m.

During the interview of Reign Haney, ▮▮▮ and the Counselor Andria exited the room and stayed outside of the residence while Sergeant Jones conducted the interview of Reign Haney. Other than the few interruptions by "▮▮▮ Reign Haney was interviewed alone in the living room of her residence. Reign Haney interview will be attached to this investigation as **(EXHIBIT D)**.

Investigating Officer's Initials: ___

2020-0484-P

Page 4 of 20
Prior to leaving the residence ▮▮▮▮▮▮▮▮ allowed Sergeant Jones to video her telephone as she showed several photos of she and Officer Vicknair. The video also captured several text messages between 15-year-old ▮▮▮▮ and Officer Rodney Vicknair. One of the photos observed by Sergeant Jones - Gabby indicated was the photo that upset her mother. The seductive photo depicted Officer Vicknair attired in his New Orleans Police Department Uniform standing behind ▮▮▮▮ with both arms around her waist and fingers interlocked just below her belly button and his cheek touching her cheek. A depiction of the seductive photo is attached to this investigation as **(EXHIBIT E)** and can be seen below. A copy of the video provided by ▮▮▮▮ will be attached as **(EXHIBIT F)**.

**(EXHIBIT E)**



On Tuesday, September 22, 2020, Sergeant Lawrence Jones researched the item number associated with the initial sexual assault call that Officer Rodney Vicknair was dispatched to. The item was E-32154-20, date was May 26, 2020, and the signal, (42) First Degree Rape of a 14-year-old victim. The initial report under item number E-32154-20, was completed by Detective Kimberly Wilson assigned to the N.O.P.D. Special Victims Section Child Abuse Unit. The report read that Officer Rodney Vicknair requested the assistance of a Child Abuse Unit relative to the First Degree Rape of a 14-year-old victim. The initial report under item number E-32154-20 will be attached to this investigation as **(EXHIBIT G)**.

On Tuesday, September 22, 2020, Sergeant Lawrence Jones prepared a New Orleans Police Department Introduction letter **(EXHIBIT R)**. The letter was prepared for the reporting person Ms. Reign Haney. The Letter informed Ms. Haney the complaint she filed under Public Integrity Bureau tracking number **#2020-0484-P**, was currently under investigation. The letter also identified Sergeant Lawrence Jones as the investigator and informed Ms. Haney if she had any questions concerning the investigation she could contact Sergeant Jones at 504-658-6800.

Investigating Officer's Initials: _____

2020-0484-P

Page 5 of 19

It was requested that ▮▮▮▮ and her mother Reign relocate to Children's Hospital so ▮▮▮▮ could receive a sexual assault exam completed by the Children's Hospital Emergency room staff. Officer Rodney Vicknair and his partner Officer Curtis Carkum escorted ▮▮▮▮ and her mother Reign to the hospital in the New Orleans Police Department police vehicle. During the transit to the hospital, Officer Vicknair is conversing with Reign and her 14-year-old daughter the entire time. You can clearly see as Officer Vicknair is befriending the teen and her mother offering his services to speak with the child outside of work. Including telling the teen that she could tell him things that she would not tell her mother. Sergeant Jones also noticed at one instance you can see Vicknair showing the 14-year-old victim "▮▮▮▮ what Vicknair was describing as photos of his daughter scantily clad. This behavior was strange to Sergeant Jones because it was clearly outside of Officer Vicknair scoop of professionalism to show a teen sexual assault victim scantily clad photos while sitting in the emergency room waiting to have a sexual assault examination. A copy of Vicknair and Carkum, Body Worn Camera video will be attached as **(EXHIBIT H)**. Note: Item E-32154-20 is currently an active investigation assigned to Detective Kimberly Wilson. All evidence and reports associated with Detective Wilson's item number E-323154-20 will be maintained with Detective Wilson's investigation. Other than the initial incident report no other information will be attached to Sergeant Jones' investigation under item number I-32727-20.

On Friday, September 25, 2020, the now 15-year-old victim ▮▮▮▮ was interviewed at Children's Hospital Child Advocacy Center located at 1101 Calhoun Street, by trained Forensic Interviewer Maria Pontoriero. The Forensic interview was observed by Sergeant Lawrence Jones and Detective Kimberley Wilson of the N.O.P.D. Child Abuse Unit. The 15-year-old victim stated the following in her Forensic Interview. **(EXHIBIT I)**

### Forensic Interview of ▮▮▮▮ (VICTIM)

▮▮▮▮ disclosed that Officer Rodney Vicknair was the first responding officer to her sexual assault investigation which occurred in May 2020. The teen stated Vicknair transported she and her mother to Children's Hospital for a sexual assault examination. Vicknair then befriended the 15-year-old teen victim and began to communicate with her via telephone and social media more particular "the social media site "Snap Chat." ▮▮▮▮ used the account titled ▮▮▮▮ and Officer Rodney Vicknair used account titled "Snoopy1644".

The 15-year-old victim disclosed that Vicknair often grabbed her but when he hugged her. On one occasion, Vicknair stated to the 15-year-old girl, **"You have a Nice Ass."** The victim disclosed she sent Vicknair pictures of her wearing a bikini and a bodysuit via Snapchat. The victim stated Vicknair told her how "hot" she was, and he would get an erection when viewing her pictures.

The victim stated on Wednesday, September 23, 2020, Vicknair arrived at her residence located 860 Olga Street, called her to his truck where Vicknair put his hands under the shirt of the 15-year-old victim and touched her bare Breast with his hands. The teenaged victim disclosed she entered the truck where Vicknair asked the victim if he could have her underwear while sitting inside his vehicle. **The victim stated Vicknair told her that he would wrap her underwear around his penis and masturbate. The 15-year-old child victim stated while sitting in the truck Vicknair digitally penetrated her vagina with his finger. When the encounter ended, Vicknair penetrated her vagina again then said to her, "One more taste," then licked his fingers.** The victim described that she was wearing "pink cut-off" shirt with Malibu-CA on the short, Medium- White, Red Blue and Tan design night short sets. ▮▮▮▮ informed the Forensic interviewer the clothes were at her residence. The victim stated Vicknair would often ask the teenager to send him inappropriate pictures of her on several occasions and would ask her to engage in sexual intercourse with him.

Investigating Officer's Initials: ____

2020-0484-P

Page 6 of 19

*"Oh, and then one time, he did tell me this one time. So, like on my Snap story, I was posting like bikini picks and stuff or just like some, it wasn't like lingerie it was like this body suite thing and taking mirror selfies in it and so then. We did our regular call; he always calls me on the way home from work and he was telling me how hot I am. I was like, "Yeah sure, you totally think I'm hot". I don't feel comfortable saying it, he said to me, "Do you know how many times I've gotten a hard on looking at you?" And I'm like, He's gotten hard looking at me...his dick. Ugh, and he screenshots my picture on snap all the time. When I'm actually taking pictures in regular clothes on, I take like mirror selfies. He like screenshots it.*

*I want to tell you something else too but my mom. Ok, so when <u>I was in his car he asked me for my underwear that I was having on and he's like, "I want you to do me a favor." and I was like what he said, "I want to keep the underwear you have one." I was like are you serious and he was like yeah. I was like whatever, so I took my shorts off and took my underwear off and gave it to him. He was like, "Thank you." It's black thong.</u> He told me what he did with it, I don't want to tell you. <u>He told me that he wrapped my underwear around his dick, and he was masturbating with it and then he told me, "You can have them back." I was like, I don't want them back.</u> It was two nights ago (Note which would have been Wednesday, September 23, 2020) I think yeah. I was in his truck; it was the only time. I mean I've sat in his police care multiple times, but. It was a black truck, but it was like a police truck, on the passenger side it had like the police logo thing on the floorboard mat. Ok, well, see I fell like I'm being judged right now for saying this. I feel like you're going to think I'm like a whore. <u>Ok, so I was standing outside, initially I wasn't going to go in his truck because I knew he was about to do something with me. So, I was standing outside his truck and he rolled down his window on the driver seat and then he lifted up my shirt and started touching my chest area and he's like, "Mmmm" and then he's like, "I wish I could do more."</u>*

*<u>I was like, ha-ha yeah. Yes, you know. I just can't say it again. Fine, he stuck his finger in my vagina. I don't know it was like weird, and I just went along with it. I gave him a hug after that, and we just talked after that. I felt really weird, after he took his finger out, he was like licked his finger. So, after that when I gave him a hug one more time, he stuck his finger in again and said, "Just one more taste. And, I'm like ok then I got out and I was like goodnight and he said goodnight.</u> The truck was parked across the street from my house.*

After ▮▮▮▮ Forensic Interview Sergeant Lawrence Jones elected to attempt a control call between Officer Rodney Vicknair and 15-year-old victim ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ A control call is a call between the victim and the Perpetrator that's recorded and monitored by Law enforcement. The recording call is monitored by Law Enforcement for the purpose of corroborating information obtained through the investigation. The control call was conducted at the Child Advocacy Center located at 1100 Calhoun Street, present was Sergeant Lawrence Jones, Sergeant Nijel Baddoo of the Child Abuse Unit and Victim ▮▮▮▮▮▮▮▮ The call began on September 25, 2020, approximately 3:22p.m. and lasted until 3:26p.m., the victim Gabby Haney used telephone number 504-500-0851 and she called Rodney Vicknair telephone number 225-290-9227, the call was audio recorded. The initial call went to voice mail, however, Officer Vicknair immediately returned ▮▮▮▮ call. The recording was continuous and not interrupted, below is a transcript of the control call between Officer Rodney Vicknair and 15-year-old ▮▮▮▮▮▮▮▮ "Q" Denotes ▮▮▮▮▮▮▮▮ and "A" Denotes Officer Rodney Vicknair. The audio recording of the control call will be attached to this investigation as **(EXHIBIT J)**.

Investigating Officer's Initials: ___N___