ORLEANS PARISH CRIMINAL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

ITEM NUMBER:                WARRANT NUMBER: I-32727-20
I-32727-20

AFFIDAVIT FOR ARREST WARRANT

EXHIBIT 5

STATE OF LOUISIANA
VERSUS
RODNEY VICKNAIR, WHITE MALE
2114 Teal Street,, Slidell, LA,
DOB: 12/29/1966, SSN: 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
Height: 5'10", Weight: 240
Eye Color: Hazel, Hair Color: Black
D/M:

I, Lawrence Jones, with the New Orleans Police Department, certify under oath based on the information outlined below, that there is probable cause to believe RODNEY VICKNAIR on or about the date(s) of 09/22/2020 did commit:

1 Count of RS14:43.1--Sexual Battery-- (FELONY)
1 Count of RS14:81--Indecent Behavior with Juveniles-- (FELONY)
1 Count of RS14:134--Malfeasance in Office-- (FELONY)

within this State and Parish at: 800 block of Olga Street New Orleans LA and the jurisdiction of the ORLEANS PARISH CRIMINAL DISTRICT COURT, contrary to the form of the statutes of the State of Louisiana in such case made and provided, and against the peace and dignity of the same, in that the following did occur:

On Tuesday, September 22, 2020, Sergeant Lawrence Jones, assigned to the New Orleans Police Department Public Integrity Bureau, began a sexual assault investigation involving a 15-year-old girl and a New Orleans Police Officer Rodney Vicknair (W/M, DOB 12-29-1966). The investigation unfolded as follows.

On Friday, September 25, 2020, the 15-year-old victim was interviewed at Children's Hospital Child Advocacy Center where she discloses Vicknair was the first responding officer to her sexual assault investigation. The teen stated Vicknair transported she and her mother to Children's Hospital for a sexual assault examination. Vicknair then befriended the known 15-year-old female and began to communicate with her via telephone and social media.

The 15-year-old victim disclosed that Vicknair often grabbed her but when he hugged her. On one occasion, Vicknair stated to the 15-year-old girl, "You have a Nice Ass." The victim disclosed she sent Vicknair pictures of her wearing a bikini and a bodysuit via Snapchat. The victim stated Vicknair told her how "hot" she was, and he would get an erection when viewing her pictures.

EXHIBIT L
2020-0484-P

EXHIBIT
Def's Resp + Opp
to Doc 125-D

Friday, September 25, 2020 20:48

The victim stated on September 23, 2020, Vicknair arrived at her residence located in Orleans Parish, called her to his truck, where Vicknair put his hands under the shirt of the 15 years of age victim and touched her bare Breast with his hands. The teenaged victim disclosed she entered the truck where Vicknair asked the victim if he could have her underwear while sitting inside his vehicle. The victim stated Vicknair told her that he would wrap her underwear around his penis and masturbate. The 15-year-old child victim stated while sitting in the truck Vicknair digitally penetrated her vagina with his finger. When the encounter ended, Vicknair penetrated her vagina again then said to her, "One more taste," then licked his fingers. Vicknair would often ask the teenager to send him inappropriate pictures of her on several occasions and would ask her to engage in sexual intercourse with him.

Officer Rodney Vicknair (W/M, DOB 12-29-1966) befriended a teenage girl, who was a victim of a sexual assault, called the 15-year-old victim to his car, rubbed her breast then inserted his fingers into her vagina. Vicknair also requested inappropriate pictures of the child and requested to engage in sexual intercourse with her.

As a result, Sergeant Lawrence Jones respectfully requests that this arrest warrant be authorized to charge Rodney Vicknair with R.S. 14:43.1 relative to Sexual Battery because, Officer Rodney Vicknair placed his fingers into the Vagina of a 15, year old girl and R.S. 14:81 Relative to Indecent Behavior with a Juvenile because, Officer Rodney Vicknair a 52 year old man performed a lewd and lascivious act when he touched the 15 year old victim on the breast and placed his fingers inside of her Vagina, and due to Officer Vicknair's position as a New Orleans Police officer which he used this position to befriend the 15 year old victim after transporting the 15 year old victim to Children's Hospital to have a sexual assault kit completed for an unrelated sexual assault and then befriended he and later sexually assaulting the victim himself therefore, Sergeant Lawrence Jones request the additional charge of Malfeasance in Office as defined in Louisiana statute 14:134.

I hereby certify under oath the information contained herein to be true and correct, to the best of my knowledge, under penalties of perjury, so help me God.

*Lawrence Jones*
_____
Lawrence Jones
Affiant

*Nijel Baddoo*
_____
Sergeant Nijel Baddoo ID# 17450
Reviewing Supervisor

Friday, September 25, 2020 20:48

THUS DONE AND PASSED on the 25 day of September, 2020.

*Albert Thibodeaux*

Commissioner Albert Thibodeaux
ORLEANS PARISH CRIMINAL DISTRICT COURT
State of Louisiana

# ORLEANS PARISH CRIMINAL DISTRICT COURT
# PARISH OF ORLEANS
# STATE OF LOUISIANA

ITEM NUMBER:
I-32727-20

WARRANT NUMBER: I-32727-20

## ARREST WARRANT

State of Louisiana
Versus
RODNEY VICKNAIR, WHITE MALE
2114 Teal Street,, Slidell, LA.
DOB: 12/29/1966, SSN: 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
Height: 5'10", Weight: 240, Eye Color: Hazel, Hair Color: Black
D/M:

TO ANY COMMISSIONED PEACE OFFICER:

WHEREAS, complaint has been made to me, upon the sworn affidavit of Lawrence Jones, with the New Orleans Police Department, charging one RODNEY VICKNAIR with:

1 Count of RS14:43.1--Sexual Battery-- (FELONY)

1 Count of RS14:81--Indecent Behavior with Juveniles-- (FELONY)

1 Count of RS14:134--Malfeasance in Office-- (FELONY)

Committed on or about the date(s) of 09/22/2020.

Now, therefore, you are hereby commanded, in the name of the State, to apprehend and arrest and book the said accused to answer the said complaint. You are further commanded to keep the said accused in safe custody until released according to law, and this shall be your warrant.

Friday, September 25, 2020 20:48

Given under my official signature, this 25 day of September, 2020.

*Albert Thibodeaux*

---

**Commissioner Albert Thibodeaux**
ORLEANS PARISH CRIMINAL DISTRICT COURT
State of Louisiana

Friday, September 25, 2020 20:48