```
           UNITED STATES DISTRICT COURT

          EASTERN DISTRICT OF LOUISIANA

****************************************************

RAYNE UPTON, individually  * CIVIL ACTION NO.21-407
and on behalf of her minor*
daughter, G.H.             * SECTION: "J"
                           * JUDGE BARBIER
VERSUS                     *
                           * MAG. DIV. (4)
RODNEY VICKNAIR, et al     * MAGISTRATE JUDGE ROBY

****************************************************
```

The deposition of G█████ H█████ taken on Wednesday, November 15, 2023, commencing at 10:24 a.m., in the Offices of the City Attorney, 1300 Perdido Street, City Hall, Room 5E03, New Orleans, Louisiana.

\* \* \*

**EXHIBIT A**

 on 11/15/2023

Page 14

1 out in my mind has been, like, I, like, remember
2 the things happening, I know it, but, like, my
3 timeline is just all jumbled up because that's
4 kind of how my brain is at this moment, so...
5    Q. Okay. Well, we're going to do our best
6 to try to figure what you know and what you
7 remember. Okay. You agree that you'll -- that
8 you'll work with me to give me your best answers?
9    A. Yes.
10   Q. Okay. So we're talking about the first
11 sexual assault that Rodney Vicknair perpetrated
12 upon you, and it happened in your house, right?
13   A. Yes.
14   Q. Okay. And just so we can kind of get a
15 timeline, the first time you met Rodney Vicknair
16 was May 25th or 26th of 2020, the night that he
17 came to your house after attempted rape by this
18 guy Jason, right?
19   A. Yes.
20   Q. That was the first time you ever met
21 Rodney Vicknair?
22   A. Yes.
23   Q. And he didn't sexually assault you on
24 that day?
25   A. No.

Page 15

1    Q. And during the next month he didn't
2 sexually assault you, right, during the month of
3 June?
4    A. I don't remember the month of June. I
5 don't remember the dates.
6    Q. Okay. Was it during the summer?
7    A. Yes.
8    Q. It was during the summer?
9    A. Yes.
10   Q. And it was sometime after May 26, right?
11   A. Yes.
12   Q. The last time that -- what was the last
13 time that Rodney Vicknair sexually assaulted you?
14   A. When he called me out to his unit, like,
15 his police car, and it happened in the pass --
16 wait. Was it the -- I believe it was, like, his
17 off-duty car. I --
18   Q. Was it a black truck?
19   A. Yes, yes, yes, yes, yes.
20   Q. And you don't know whether or not that
21 was his personally owned vehicle or not?
22   A. No, I don't.
23   Q. Do you know who owned that vehicle?
24   A. No.
25   Q. Okay. But the black truck was his

Page 16

1 official police vehicle; is that fair to say?
2    A. Yeah. He just told me at one point it
3 was his off-duty, like, transportation, so...
4    Q. Okay. And we'll circle back, but this
5 is the -- the last time is the -- it happened in
6 the black truck, and this was late September of
7 2020?
8    A. I believe so.
9    Q. Okay. This was soon after that Officer
10 Vicknair was arrested and charged with a crime,
11 right? Just within a couple of days; is that
12 right?
13   A. Yes.
14   Q. Okay. So between the incident that
15 happened in the house, which you say is the first
16 time, and the incident that happened in the black
17 truck in September, how many other incidents of
18 sexual assault were perpetrated by Rodney
19 Vicknair?
20   A. Two.
21   Q. Two incidents. Okay. Tell me about the
22 first of those two incidents.
23   A. There was a time where he came over to
24 my house unannounced, and I, like, I opened the
25 door, and I was, like, "What's up," you know?

Page 17

1       And he goes, "Oh, I was just in the
2 area. I thought I would come stop by and say hi."
3       And I was like, "Oh, well, my mom's not
4 home. She went to the store. Like, she'll be
5 back within, like, a few minutes."
6       He was like, "Oh, that's fine," you
7 know. "Got a Dr. Pepper?" Because that was his
8 thing, a Dr. Pepper. I remember.
9       And I was like, "Yeah, just go in the
10 kitchen." And so I'm sitting on my couch waiting
11 for my mom to get home and he just starts making
12 himself very comfortable and sitting next to me
13 and starts to touch me, like, running his hands up
14 my thighs and putting his hands in my pants. And
15 I was like, "Can you, like, stop?"
16       And he's like, "What's wrong," you know?
17       And I was like, "What's wrong is that I
18 don't like it." And I'm just paraphrasing here.
19 These aren't my exact words, but along the lines.
20   Q. Sure.
21   A. Yeah. And, you know, I was just like,
22 "You need to stop, because my mom is going to walk
23 through that door any second." And so I was just
24 like, "How about you leave?"
25       Because he was like, "I should be going

 on 11/15/2023

Page 26

1 else to let him in?
2   A.  No.
3   Q.  Okay. So it's safe to say that you
4 understand that your mom was there and she let him
5 in at this time?
6   A.  Yes.
7   Q.  Okay. And then --
8   A.  I believe this was -- sorry. I cut
9 you --
10  Q.  Tell me what you believe, please.
11  A.  I believe my mom said something along
12 the lines like, "Oh, she's in there sleeping" when
13 he walked in.
14  Q.  Is that something you heard or something
15 you think that -- you she think she probably said
16 or --
17  A.  It's what she told me that she said.
18  Q.  And what else did she tell you happened
19 when he came in that -- that day?
20  A.  Right now I do not know.
21  Q.  And where was your mom when he came in
22 and touched your breasts?
23  A.  I don't know, but obviously somewhere
24 not around because she would have saw.
25  Q.  Okay. So you don't know?

Page 27

1   A.  I don't.
2   Q.  You don't. So he touched your breasts
3 under your shirt with his hands, right?
4   A.  Yes.
5   Q.  And anything else happen at that time?
6   A.  No.
7   Q.  Okay. And after he touched your
8 breasts, what did he do?
9   A.  I believe he just did it to get me to
10 wake up, because after I woke up and he -- and he
11 saw that I was awake, he stopped and just said,
12 "Hey, what's up?"
13  Q.  So what I understand, is it fair to say
14 that your mom let him in -- in the house, he came
15 to your room, he went to your bed, you were
16 asleep, and he grabbed your breasts, and then you
17 woke up?
18  A.  Yes.
19  Q.  And your mom was there somewhere else?
20  A.  Yes.
21  Q.  All right. You woke up, and then what
22 happened?
23  A.  I don't remember.
24  Q.  Did he stay in your room?
25  A.  I honestly do not remember.

Page 28

1   Q.  Did your mom come into the room at any
2 point in time during this encounter?
3   A.  I don't remember. I just remember that
4 being the only memory that I have of that time.
5   Q.  And you don't remember how he left
6 during that time?
7   A.  No.
8   Q.  Do you remember how long he was at your
9 house during that time?
10  A.  No.
11  Q.  Do you remember whether Vicknair was in
12 a police uniform at that time?
13  A.  I don't remember.
14  Q.  Do you remember whether he was on duty
15 during that time?
16  A.  I think, because -- I think I just -- I
17 don't know what it's called but, like, the beeping
18 things on the machines with, like, you know, the
19 radios for, like, the officer vests, you know, I,
20 like, I just -- for some reason I just know that
21 that was what I also, like, heard going on, so...
22  Q.  So you remember hearing something?
23  A.  Yes. Like, the radios on his thing.
24  Q.  Okay. During this encounter you
25 remember hearing a radio that you think was

Page 29

1 indicating he was -- had a police radio on him?
2   A.  Yes.
3   Q.  Is that fair?
4   A.  Yes.
5   Q.  All right. But you don't remember how
6 it ended or how long he was at your -- your house,
7 right?
8   A.  No.
9   Q.  And you don't know why he showed up to
10 your house during this time?
11  A.  No.
12  Q.  In some of the documents that I read, it
13 sounds -- there was an incident that was described
14 by some people in which Rodney Vicknair came to
15 your house, showed up to your room while you were
16 in bed with -- with your mom also in the doorway,
17 and as you moved, you might have exposed part of
18 your breast, part or all of your breast. Is this
19 a different -- different incident than that, or
20 are you perhaps having problems remembering?
21  A.  I don't remember right now.
22  Q.  Okay. Do you know what I'm talking
23 about?
24  A.  Yes.
25  Q.  The incident where he saw your breast?

Page 54
1 text messages sometime after he came to your house
2 when the -- the rape, you were assaulted by Jason;
3 is that right?
4     A.   Yes.
5     Q.   All right.  Have you ever been involved
6 in any other lawsuits?
7     A.   No.
8     Q.   Have you ever been charged with any
9 crime?
10    A.   No.
11    Q.   Including juvenile crimes?
12    A.   No.
13    Q.   All right.  We're going to go back to
14 the -- I guess the -- the very important parts
15 about what you're alleging that Mr. Vicknair did
16 during -- during this time period.  Okay?
17    A.   Okay.
18    Q.   And earlier you mentioned that there was
19 four times during the summer of 2020 and September
20 of 2020 that Rodney Vicknair sexually assaulted
21 you.  Do you remember all that?
22    A.   Yes.
23    Q.   Okay.  We talked about one and two, and
24 then there's the last that one happened in the
25 truck, and we were talking about the third one.

Page 55
1 Do you remember what the third sexual assault
2 instance was as we're sitting here today?
3     A.   All that I told you was all as of right
4 now and today that I can remember.  I --
5     Q.   Okay.  So what I've heard is three
6 instances, which --
7     A.   There were more.
8     Q.   There were more?
9     A.   Like, what I've told you before, those
10 were it, but what I've told you is what I
11 remember.  All that I remember about Rodney was
12 what I had said.  And the only other memory that I
13 have of him was hitting me with his police baton.
14 I don't remember the occasion or what incident it
15 was.  And the last memory that I have is him
16 asking me to send him nudes.
17    Q.   Okay.  Well, these are incidents where
18 he hit with the police baton and sending nudes he
19 asked you; is that right?
20    A.   Correct.
21    Q.   Okay.  So let's talk about -- well,
22 before we talk about the hitting with the baton, I
23 just want to be complete, make sure that I
24 understand, you know, everything.  I've only heard
25 you say three instances of sexual assault.  As

Page 56
1 we're sitting here today, those are the three that
2 you remember?
3     A.   Correct.
4     Q.   And you don't remember any others?
5     A.   I remember it, but it's, like, it's --
6 it's just, like, all blurred together, and I can't
7 give you anything accurate today other than what I
8 have said.
9     Q.   So you think it might have happened, but
10 you don't know what happened; is that fair?
11    A.   I know what happened, but I don't
12 recall, like, I can't explain to recall it.  Like,
13 I can't explain it, if that by any means makes
14 sense to you.
15    Q.   Well, you understand my problem is that
16 this is my chance to find out what happened, find
17 out what you say happened, and if you're saying,
18 you know -- if you're not able to tell me what
19 happened, then I'm kind of stuck.  You understand.
20 If -- you understand where I'm --
21    A.   I completely understand.
22    Q.   Okay.  So let's try to work through
23 this.  You have an instance.  You have some
24 memory.  You mentioned four instances before.  Are
25 you saying that there's more than four now?

Page 57
1     A.   No, that's the four.
2     Q.   There's four, but you don't remember
3 what the third one is, but you think that it was
4 something?
5     A.   Correct.
6     Q.   Can you say whether or not it involved
7 him touching a body part of yours?
8     A.   Yes.
9     Q.   It did.  Okay.  Can you say what body
10 part he would have touched?
11    A.   My breasts, my butt, my vaginal area.
12    Q.   All of these?  Anything else?
13    A.   That's it.
14    Q.   And do you remember where you were when
15 this happened?
16    A.   I do not.
17    Q.   And do you remember what time of day or
18 night it was when this happened?
19    A.   I don't remember anything about that
20 incident.
21    Q.   Okay.
22    A.   Other than him touching me.
23    Q.   And you don't remember what he was
24 wearing?
25    A.   No.


Page 58

1   Q.   And you don't know whether he was on
2  duty, off duty?
3   A.   No.
4   Q.   And you don't know if there was any kind
5  of indication of any other police officers around
6  during this time, right?
7   A.   Correct.
8   Q.   And do you know where your mom would
9  have been during any of this time?
10  A.   Who know?
11  Q.   Who knows?  Why do you say that?
12  A.   Because who knows?  I don't know.  Like,
13 could have been anywhere.
14  Q.   Okay.  Let's talk about all the places
15 you've ever met Rodney Vicknair.  You met him in
16 your house, right?
17  A.   Correct.
18  Q.   Sometimes would he come over without you
19 knowing about it?
20  A.   Yes.
21  Q.   Sometimes he would come over
22 unannounced?
23  A.   Yes.
24  Q.   Sometimes he would come over because you
25 asked him to come over?

Page 59

1   A.   Yes.
2   Q.   And sometimes would your mom ask him to
3  come over?
4   A.   I have no idea what my mom would say.
5   Q.   Were there some times he responded
6  because there was a crisis at your house that
7  required a police officer action other than the
8  incident with Jason?
9   A.   Yes.
10  Q.   Okay.  And how many times that he
11 arrived at your house was your mom not there?
12  A.   I can't remember.
13  Q.   A lot?
14  A.   Decent amount.
15  Q.   More than one you're saying, right?
16  A.   Yes.
17  Q.   More than five?
18  A.   I don't know.
19  Q.   How many times a week did he come over?
20  A.   I don't know.
21  Q.   When he came over, was there some sort
22 of thing?  Did he call you first?  Did he text
23 you?  Did you arrange by Snapchat to meet?  Did
24 anything -- how did that -- how did it come about
25 that he came over?

Page 60

1   A.   Sometimes I guess a text or a Snapchat
2  maybe.  All, like, we've been over, there was the
3  unannounced ones, but the times when he would come
4  over and he would say something first, it would
5  usually be by text.
6   Q.   How many times did he come over during a
7  crisis time at your house?
8   A.   The time when we met him and the second
9  time where I was -- I believe I was walking my
10 dog, and there is a restaurant right by where we
11 used to live maybe, like, 200 feet away.  And I
12 could have sworn on my -- no, I don't want to say
13 that.  I just -- I thought I saw the guy.
14  Q.   Jason?
15  A.   Jason, yes, and I was so startled.  I
16 picked up my dog, and I ran back home.  And I
17 just -- I was visibly upset, and I believe I told
18 my mom about it, and that's how Rodney came over
19 for that because I mentioned it to my mother, and
20 she's like, "Oh, call Rodney" or "Ask Rodney,"
21 whatever, and that's when he responded to that
22 incident.
23  Q.   What's Jason's last name.
24  A.   I don't know.
25  Q.   It's not Rosier?

Page 61

1   A.   It could be.  I -- I don't know.
2   Q.   But there was a time when you thought
3  you saw him, saw Jason out by your house, near
4  your house, right?
5   A.   Yes.
6   Q.   Was this during September?
7   A.   I guess.
8   Q.   You guess, but you don't know?
9   A.   I don't know.
10  Q.   Okay.  The first person you told was
11 your mom?
12  A.   Yes.
13  Q.   And why did you tell your mom?
14  A.   Because I was scared.
15  Q.   Okay.  And what did your mom do?
16  A.   Like I said, either something along the
17 lines of like, "Call Rodney" or "See if Rodney's
18 in the area" or just whatever along those lines.
19 And I don't know how it ended up occurring other
20 than what I said, but then all I just remember is
21 he showed up there.
22  Q.   Okay.  But you think -- did you call
23 Rodney at that time?
24  A.   I don't remember if it was a call or a
25 text or if my mom called or texted.  It was

 on 11/15/2023

Page 94

1 why the hell I'm here." There was -- I was so
2 scared as well because there were children in
3 there, and I understand that people have, like,
4 mental problems. I get that, but there were kids
5 in there that was like -- that were scaring me
6 that were talking to themselves that were like --
7 it was -- I'm like, "What the -- what is this?
8 Are you kidding me?" Like, I was so, like -- I
9 was first of all not even in a good enough head
10 space as it was, but then to just be subjected to,
11 like -- it was a zoo. I'm like, "Are you kidding
12 me? I want to leave. Like, this is crazy."
13    Q.   All right. Well --
14    A.   That was why I was upset.
15    Q.   I'm looking at a portion of your medical
16 record, and I'm going to just read it to you, and
17 I just want you to give me your understanding
18 about what it means. Okay?
19    A.   Okay.
20    Q.   "Mother called the unit requesting
21 patient be allowed to call Officer Rodney, which
22 is the officer he picked up -- that picked up the
23 patient prior to the admission. Mother thinks
24 that officer would be someone good and positive
25 for patient to speak with. Patient remains

Page 95

1 wanting restrictions with Jim. Patient became
2 visibly upset crying and cussing about not being
3 allowed to call older male. Patient crying saying
4 'He's the only one that gets me.' Patient
5 redirected and was able to calm down after
6 speaking with multiple staff members."
7       Okay. That's the question. Do you
8 remember that situation?
9    A.   Not at all.
10    Q.   You don't remember any of that? Do you
11 remember your mom -- do you know whether your mom
12 called the hospital saying that Officer Vicknair
13 should be contacting you?
14    A.   I don't.
15    Q.   Do you remember having any emotional
16 response about not being able to contact Jim while
17 you were in the hospital?
18    A.   No, I don't, because honestly, to be
19 frank with you, I didn't care enough about this
20 Jim person to have a reaction like that.
21    Q.   Okay. But you were having contact with
22 him during this time, right?
23    A.   Around this time, yes, like, a family
24 friend, but I don't really -- I'm not going to
25 care enough about someone to have a breakdown if I

Page 96

1 can't talk to them for a couple of days. Big
2 deal. Get over it.
3    Q.   What do you mean --
4    A.   Like --
5    Q.   -- "big deal, get over it," you're
6 talking about yourself?
7    A.   Yeah, like, I'm not going to -- you
8 know, if someone says I can't talk to someone,
9 okay, cool. I can get over it. I can go -- I can
10 live, you know, but I'm not going to cry and have
11 a breakdown, "Oh, he gets me, let me call him."
12 I'm not going to do that.
13    Q.   Okay. So you don't understand why this
14 is part of your medical record?
15    A.   Nope.
16    Q.   Okay. So let's talk about Jim. Do you
17 know Jim's last name?
18    A.   Yes. I think if I'm spelling correctly,
19 F-A-I-L-E. You can ask my mom. She probably
20 knows it.
21    Q.   And do you know Jim's number?
22    A.   I do not.
23    Q.   Did you at some point in time know his
24 telephone number?
25    A.   I have his number if I can get out my

Page 97

1 phone and look.
2    Q.   So you have his number dialed into your
3 speed dial?
4    A.   Yes.
5    Q.   And when is the last time you talked to
6 Jim?
7    A.   It's not, like, talking, per se. It's
8 just how Snapchat works. You see someone post
9 something on their story, you swipe up, like,
10 cool, LOL, like, you just comment on things. You
11 don't, like, have a conversation.
12    Q.   So he's on your Snapchat?
13    A.   Yes.
14    Q.   You're on his Snapchat?
15    A.   Yes.
16    Q.   And there are communications that go
17 along with that, right?
18    A.   Yeah, but I don't remember the last
19 time.
20    Q.   Was it this year?
21    A.   I think. Yeah, it was probably a week
22 go.
23    Q.   A week ago. Okay.
24       What is Jim doing now?
25    A.   He lives in Columbia now.

 on 11/15/2023

Page 98

1  Q. Columbia. Columbia the country?
2  A. Yes.
3  Q. Okay. And what's he doing Columbia?
4  A. Well, because he has a remote job he can
5 live anywhere, and he's like -- he said for one,
6 much cheaper. There's no inflation tax. Can't
7 blame you there. He said that it's beautiful and
8 nice and he gets a little break from his kids,
9 so...
10  Q. Yeah. What is his telephone number.
11  A. Can I get my phone out?
12  Q. Yeah. We'll off the record. Yeah, go
13 ahead.
14     (Off-the-record discussion.)
15  A. It is (813)503-0992.
16 BY MR. ROQUEMORE:
17  Q. Okay. Now 813, that's a --
18  A. Florida.
19  Q. That's a Florida area code?
20  A. Tampa.
21  Q. So he maintains his Florida area code --
22  A. Yes.
23  Q. -- while living in Columbia?
24  A. Yes.
25  Q. Does he have a Florida address?

Page 99

1  A. Yes, but I don't know it.
2  Q. Have you ever visited his Florida
3 address, his house?
4  A. No.
5  Q. Have you ever met his children you say
6 he has?
7  A. I mean, maybe on FaceTime, like, "Who --
8 like, "Who are you talking to?" And I just say
9 hi.
10  Q. When did Jim start living in Columbia?
11  A. I think maybe right after COVID. I just
12 remember COVID being over, and he said, "Oh, I
13 live in Columbia now." That's all I know.
14  Q. Right. Well, COVID ending is not a very
15 precise date, so --
16  A. Some time after it wasn't a big deal.
17 Like, after he could be able to travel without
18 having, like -- without proving him being
19 vaccinated.
20  Q. Okay. Was it 2023?
21  A. I would say maybe close to being 2022,
22 like, really late 2021.
23  Q. Okay. Do you know what city in Columbia
24 he lives in?
25  A. I do not.

Page 100

1  Q. What is his job?
2  A. He does digital marketing, SEO, search
3 engine optimization.
4  Q. Does he have a company that he works
5 for?
6  A. Yeah, but I don't know anything about
7 it, so...
8  Q. All right. So currently how old is Jim?
9  A. My mom can answer that. I don't know.
10  Q. He's over 50 though, right?
11  A. Yeah. Like, early 50s maybe.
12  Q. All right. And you said earlier that
13 you met him during Mardi Gras in 2020; is that
14 right?
15  A. Yes.
16  Q. And you met him on Bourbon Street or
17 someplace like that?
18  A. I was walking around, like, the parades
19 and stuff and -- I was walking around the parades,
20 like, near Bourbon Street and, you know, people
21 were throwing beads off the balconies and he
22 was -- one of his friends was pouring, like, a
23 bottle of Fireball off the balcony into people's
24 mouth, and so I was, like, "Pour Fireball into my
25 mouth," whatever.

Page 101

1     And so then, like, whatever, I'm walking
2 away, and then I get a tap on my shoulder, and I
3 turned around, lo and behold, it's Jim. And I was
4 like, "Can I help you?"
5     And he's like, "Oh, you seem pretty
6 cool. Want to, like, come upstairs and hang out
7 with all that -- with all of us?"
8     And I was, like, "Yeah, sure." And --
9  Q. When you said "upstairs,"" what is that?
10 Like a balcony or something?
11  A. Like -- yeah, like, upstairs. Like, it
12 was, like, a party in, like, the hotel room and
13 everything.
14  Q. This was the Sheraton Hotel?
15  A. I -- I think so.
16  Q. It was, like, Sheraton or something
17 equivalent?
18  A. Yes, it was, like, one of the hotels.
19 And I was like, "Yeah, sure, but" -- because there
20 had been some hotels, you know, that, like, I've
21 not been to, but I just know of that are, like,
22 that you have to do -- that you get ID'd to go,
23 because, like, some hotels, you know, are, like, I
24 honestly -- I don't know what I was thinking. I
25 was like, "Am I going to get ID'd to, like, go

 on 11/15/2023

Page 102

1 upstairs?"
2     And he's like, "Why? How old are you?"
3     And I was 14. Yes, I was 14, but I
4 didn't want to -- I don't know why I said this. I
5 was so stupid. I was like, "Oh, I'm 15," even
6 though I wasn't yet, but it was almost my
7 birthday. I was like, "Oh, I'm 15."
8     And he was like, "Oh, you can pass for,
9 like, 17 or 18. Just tell people you're 17. It's
10 fine."
11     And I was like, "Okay." So we walked up
12 the stairs. I met a bunch of his friends and --
13 yeah.
14   Q.   Okay. So that's how you met Jim?
15   A.   That's how I met Jim.
16   Q.   And you got Jim's phone number, he got
17 your phone number, you guys exchanged Snap
18 contacts?
19   A.   Snapchat, yes.
20   Q.   All during this Mardi Gras weekend,
21 right?
22   A.   Yeah.
23   Q.   Yes?
24   A.   Yes.
25   Q.   And did anything happen that was

Page 103

1 upsetting or that you didn't like during this
2 weekend?
3   A.   No, it was fine.
4   Q.   And following that when is the next
5 time -- did he -- he lived in Florida during this
6 time?
7   A.   Yes.
8   Q.   And so he went home to Florida?
9   A.   Yes.
10   Q.   And so your contacts with him were via
11 Snapchat?
12   A.   Yes, but, I mean, I don't really know if
13 this is relevant, so I think it was last Mardi
14 Gras, because that's his thing. He comes in every
15 Mardi Gras. Last Mardi Gras I was in California.
16 I get a FaceTime call from my mom. It's my mom,
17 my mom's friend, and all I see is Jim in the
18 photo, like, in FaceTime. I was like, "You lying
19 asshole. You told me you weren't going to be
20 there."
21     And he's like, "Oh, well, I just decided
22 last minute." And so my mom just recently hung
23 out with him during Mardi Gras, but that's
24 something that you'd have talk to her about,
25 because wasn't there.

Page 104

1   Q.   Okay. You'll agree that that's a pretty
2 big age difference between you and Jim, right?
3   A.   Yes.
4   Q.   Okay. Just -- did you think it was
5 unusual or strange?
6   A.   Not at the time because, I mean, I'm,
7 like, I'm cool. Like, I was just like, I'm cool.
8 I can hang. I can, you know, put my big girl
9 pants on and, like, have a drink or two. I just
10 didn't really see it that way. I was just like,
11 okay, these people seem to like me. I'm, you
12 know, like, we were having common interests.
13 We're joking about things, you know. Like, one
14 of, like, the things that we all kind of -- like,
15 why we had a connection and became friends is
16 because we were really into -- we had this, like,
17 very much like the same political views and, you
18 know, like, that was just kind of made us, like,
19 click.
20   Q.   So you talked politics with Jim?
21   A.   Yeah. I could talk to him about Trump
22 for hours and that was, like, our thing.
23   Q.   And you had drinks, Fireballs with Jim?
24   A.   Uh-huh.
25   Q.   Yes?

Page 105

1   A.   Well, not, like, with him, but, like,
2 people were like -- it's a bunch of people. They
3 were just like, "Oh, I can make you a drink." It
4 wasn't -- we were just drinking and, you know,
5 talking about politics.
6   Q.   All right. When is the next time you
7 saw Jim? Was it when he came up to see you during
8 your birthday that year?
9   A.   Yes.
10   Q.   So he came up to see you for your
11 birthday. He rented a hotel room; is that right?
12   A.   No, my mom rented all of us an Airbnb
13 downtown for all of us to hang out.
14   Q.   "For all of us." What do you mean "all
15 of us"?
16   A.   Like, because my mom is just as good
17 friends with him as he was with me. Him and my
18 mom had more of a friendship than I had with him.
19 That's why they still talk, like, every day to
20 this day. It was just my mom.
21   Q.   Well, let's back up. How did he get to
22 know your mom?
23   A.   Through me. Like, we would just
24 sometimes -- I would get on FaceTime with him
25 while he was home. My mom would come in. He

Page 106

1 would just meet my mom and talk to her. And I
2 would have these conversations with my mom, and
3 I'd be like, "Hey, you know, we talk about these
4 things. He would love to talk to you about, you
5 know, Charlie Kirk and Tucker Carlson, Steve
6 Bannon" to like, you know -- and then my mom
7 started liking that, and then we all just kind of
8 had like, this friendship.
9   Q.  Okay. And your mom didn't think it was
10 unusual --
11   A.  At first, yes, but then as my mom kind
12 of just understood the fact that I've just never
13 honestly, like, had friends of my age at all,
14 like, even when I was a kid and I went to school,
15 me being in, like, second grade, I always had
16 friends that were, like, eighth grade. Like, I
17 just never -- I don't know, like, I think also a
18 majority of it has to do with I was horribly
19 bullied going to private school in Baton Rouge,
20 but, yeah. I just -- she thought it was, like, a
21 little weird at first, obviously, but then, like,
22 once my mom just kind of started to understand
23 that, you know, as hard as it is to believe, it
24 was just a friendship.
25   Q.  Okay. And when you say at first when

Page 107

1 she first met Jim, when was this?
2   A.  When she first met Jim?
3   Q.  Uh-huh, on FaceTime.
4   A.  Shortly after I met him. It was one of
5 the time -- it was, like, right when he went back
6 to Tampa, maybe, like, the following week or,
7 like, the next week we were just on FaceTime
8 catching up, and, like, that's how my mom met --
9 and it was, like, shortly after I met him.
10   Q.  And your mom had no problem with you
11 maintaining --
12   A.  Like I said, at first, because she
13 didn't understand it, but then as she started to
14 become friends with him, she kind of got an
15 understanding as to, like, "Okay. I kind of see
16 it now. As weird as it sounds, I see it," which I
17 don't know.
18   Q.  And describe what she saw. What was the
19 relationship?
20   A.  I mean, it was just, like, two people
21 talking about, you know, like, getting along
22 talking about, like, TikTok trends or just, like,
23 you know, I don't know, like, just anything
24 really. She just saw two people, you know --
25   Q.  He would talk to you about politics? He

Page 108

1 would talk to you about TikTok trends?
2   A.  Yeah. Just, like, how much we hated,
3 you know, this -- actually, I'm not going to say
4 that, but...
5   Q.  Was there any romantic element to your
6 relationship?
7   A.  No, not at all.
8   Q.  Not at all. So no romantic, no sexual?
9   A.  Nothing sexual. Nothing romantic. It
10 was just completely platonic.
11   Q.  And this includes the Mardi Gras time,
12 right?
13   A.  Yes.
14   Q.  And this includes the time when he came
15 up and you stayed at the BNB, right?
16   A.  Airbnb.
17   Q.  Airbnb?
18   A.  Yes.
19   Q.  There was no romantic or any kind of --
20   A.  There was three bedrooms. I had one, my
21 mom had one, and he had one. My mom was always
22 around when we were around. It was never like we
23 were together. We would all hang out. We all
24 went to dinner together. It was --
25   Q.  Okay. And how did you feel when he had

Page 109

1 to leave?
2   A.  I was, like, okay. I was upset because
3 the fun was over because it was just, like, a lot
4 of fun. He's just fun to hang out with and be
5 around, and all three of us had a lot of fun that
6 time for my birthday. And I was like, you know,
7 whatever. It's not like I'm never going to see
8 you again. See you next time. Call me later.
9 Whatever.
10   Q.  Okay. Well, after the time at the
11 Airbnb did you ever see him again? Well, did you
12 ever find yourself together with him in person
13 again?
14   A.  I'm trying to think. Not that I
15 remember, no.
16   Q.  So between --
17   A.  Maybe my mom has seen him in person more
18 than I have. I don't know.
19   Q.  Well, I'm asking you from July 1st of
20 2020 through September of 2020 you never saw --
21 you never were in the same place with Jim? All
22 your contact was through electronic means?
23   A.  Yes.
24       THE WITNESS:
25          Do you mind if I go use the



**Page 150**

1 May 26th and June 24th?
2  A.  Not that I'm -- not that I can remember.
3  Q.  Did he come and visit you during that
4 time?
5  A.  I don't remember the dates.
6  Q.  And you don't remember whether or not
7 you had telephone calls during that -- during the
8 time before June 24th?
9  A.  I do not remember.
10  Q.  All right.  So if you look, the text
11 encounter starts with you saying, "Hey," to
12 Rodney.  You see that?
13  A.  Yep.
14  Q.  You'll agree with that, right?
15  A.  Yes.
16  Q.  And that he responds, "Hi."  You
17 respond -- or he responds, "Hi."  He says, "How
18 are you feeling?"
19       You say, "Better.  Took some ibuprofen,
20 slept more.  Feel better."
21       Then it says, "What's up with you
22 today?"
23       And then did you say, "Bro, you should
24 come over."  You'll agree with that, right?
25  A.  Yes.

**Page 151**

1  Q.  Okay.  You don't deny that that's
2 actually something you texted to him, right?
3  A.  It sounds like something I would say.
4  Q.  Okay.  If you turn to the next page, if
5 you look at the second to last text below the one
6 with the emoji with the tongue sticking out, you
7 see that?
8  A.  Yes.
9  Q.  Timestamped 17:37:00.  You see that?
10  A.  Yep.
11  Q.  That "guy you spoke with on the phone,"
12 right?  You see that?
13  A.  Yes.
14  Q.  Who were you referring to?
15  A.  I do not remember any of these messages.
16  Q.  Do you know whether it was Jim?
17  A.  No, I don't.
18  Q.  All right.  The next text, you see that,
19 the next text timestamped 17:37:03, and what you
20 say is "Jim."  You see that?
21  A.  Yes.
22  Q.  So that means that you were referring to
23 Jim, and this is the Tampa Jim or the Bourbon
24 Street Jim who is over 50, right?
25  A.  Yes.

**Page 152**

1  Q.  Okay.  And you continue on the next
2 text, "Yeah, I'm, like, bawling my eyes out right
3 now because of him."  You see that?
4  A.  Yes.
5  Q.  So why were you bawling your eyes out
6 because of him?
7  A.  You tell me.  I don't know.
8  Q.  Okay.  Well, I mean, does it surprise
9 you that you were having a strong emotional
10 reaction because of him?
11  A.  Who knows what it could have been
12 related to?  I don't remember.
13  Q.  Well, we can read "because of him."
14  A.  Yeah.  And every another one.  "He was
15 being such an ass on FaceTime with me."  Yeah.  I
16 see the message.  I clearly wrote that, but I
17 don't remember what it's about.
18  Q.  Okay.  Well, he upset you somehow,
19 right?
20  A.  Yes.
21  Q.  And then --
22  A.  Oh, my God.
23  Q.  -- two texts later Officer Rodney says,
24 "I'm sorry, sweetie."  You see that?
25  A.  Uh-huh.

**Page 153**

1  Q.  Is that something he would have said?
2  A.  Yep.
3  Q.  Two texts later you respond, "You know
4 what would make me feel better?  Ice cream with my
5 favorite cop."  You see that?
6  A.  Yep.
7  Q.  And it was your idea to have ice cream
8 with your favorite cop?
9  A.  It was my idea at the time only because
10 when I was in the emergency room, he offered it,
11 and I was just taking him up on his offer.
12  Q.  Did you actually have ice cream with
13 him?
14  A.  Yeah.
15  Q.  After that?
16  A.  Yeah.  I don't remember when, but I
17 remember going over to the place that's right by
18 the house I used to live at, how there's that
19 restaurant and the bar.  There was an ice cream
20 and a snowball place right across the street, and
21 that's where we went.
22  Q.  And this was in June soon after these
23 text messages?
24  A.  Somewhere in between that timeline.
25  Q.  The next day, if you look on the next

Page 166

1  A.  Yes.
2  Q.  Okay.  And you'll agree that you're
3 going to --
4  A.  Yes.
5  Q.  -- do your best and follow the rules and
6 answer the questions that I have for you, right?
7  A.  Yes.
8  Q.  Okay.  While you were out, did you have
9 conversations about your testimony with your
10 lawyer?
11  A.  Yes.
12  Q.  Okay.  And what were those
13 conversations?
14  A.  That I just -- I told her that I had
15 spoken to Rodney about stuff that went on with the
16 Jim person and that I did end up having, as you
17 would say I guess, inappropriate conversations
18 with Rodney about Jim and -- yeah.
19  Q.  Any other conversations during this
20 break about your testimony?
21  A.  I did tell Rodney that there was a
22 sexual relationship that happened with Jim and --
23 and I spoke to my attorney about the things that
24 Rodney had said to me about it.
25  Q.  Okay.  So what did Rodney say about it?

Page 167

1  A.  It was -- that conversation took place
2 very shortly after I had confided in my mother
3 that there was a sexual relationship.  And I had
4 my weekly appointment with my therapist, Andrea,
5 the girl that was mentioned before.  And my mom
6 was drunk or whatever.  She wasn't sober.  And as
7 she called me to do my weekly therapy session, my
8 mom ripped my phone out of my hand and said, "Ooh,
9 Andrea.  Guess what I have to tell you?  ▉▉▉▉
▉ sex with Jim.  Ooh."
11       And I looked at my mom, and I said,
12 "Mom, what the fuck?  Really?"
13       And that's what I told Jim -- I mean,
14 that's what I told Rodney.  And Rodney had said,
15 "Well, if it ever comes back to it, it's just your
16 word against his.  No one can actually prove it.
17 So if you get your story straight" -- and after
18 Rodney had said that, I looked at my mom and I
19 said, "Mom, that's what we need to do.  If a cop
20 is saying it, it must be true."
21       And my mom swore to me -- my mom's like,
22 "Okay.  Fine.  I can agree with that."  And that's
23 what happened.
24  Q.  Okay.  So just so I understand, after
25 you -- you told Rodney that there was a sexual

Page 168

1 relationship with Jim, Rodney said things that led
2 you to believe you should not disclose that to
3 other people?
4  A.  Correct.  And if it was anything said
5 about it, because since my therapist said to my
6 mom on the phone, "Well, Rayne," my mom, Rayne,
7 "Rayne, I am a mandated reporter, you know.  Even
8 if it's not true, I still have to open an
9 investigation by law."
10       And that's how -- that's kind of why
11 Rodney said, "If you guys just keep your story
12 straight, if anything does come of it, you just
13 deny that anything ever happened and they can't,
14 you know, base a case off of denying stuff.  Like,
15 they can't have a case off of, you know, saying
16 that something's not true."
17  Q.  And later you denied that it happened?
18  A.  Yes.
19  Q.  And who did you deny it to?
20  A.  Just -- I don't remember her name.  It
21 was at the Audrey Hepburn Center.  I had a
22 forensic interview.
23  Q.  Was it Detective Kim Wilson?
24  A.  No.  Oh, God no.
25  Q.  Was it the same person who did a

Page 169

1 forensic interview regarding the incident with
2 Rodney?
3  A.  I don't remember the name.  I've done --
4 I've talked to so many of the women there.  I -- I
5 don't know.
6  Q.  Okay.  All right.  So you denied it to
7 the person at the Audrey Hepburn Center, right?
8  A.  Correct.
9  Q.  Did you have any conversations with
10 anybody from NOPD in which you denied it?
11  A.  I don't remember ever talking to NOPD.
12 The only person I spoke to at NOPD was Rodney
13 about it, but I don't -- Rodney never, like, ended
14 up reporting it or anything, so I don't believe
15 that I spoke to anybody else from the NOPD.
16  Q.  Did anybody -- other than the person
17 from Audrey Hepburn, anybody else ever ask you
18 about the sexual relation with Jim?
19  A.  Not that I can remember right now.
20  Q.  All right.  You spoke to Rodney about
21 Jim.  This was in September of 2020?
22  A.  Maybe.  I don't know.  I just remember
23 it happening.  I don't know the date, though.
24  Q.  Do you remember whether it was soon
25 before Rodney got arrested?

Page 170

1  A.  It was before then, yes.
2  Q.  It was before that.  Was it a week
3 before?  Two weeks before?
4  A.  What, confided in Rodney and told him
5 about Jim?  It was -- I just know it was a while
6 before anything happened with him.  I mean, like,
7 you know.
8  Q.  When you say "a while," it could have
9 been July?  It could be --
10  A.  It could have been any time.  I don't
11 know.
12  Q.  All right.  Well, let's back up.  The
13 sexual relation -- or what exactly did you say to
14 Rodney about the sexual relationship?
15  A.  I told him that we had sex and that I
16 didn't want it to ever come back on him because I
17 knew how much he loves his kids, and I don't want
18 to see anyone's children being taken from them.
19 And I, like -- I told him that the -- Jim's
20 ex-wife is not the greatest parent at all.  And I
21 just -- I --
22  Q.  Did you tell Rodney when you had sex
23 with Jim?
24  A.  Maybe.  I -- I don't know.  If he asked,
25 then I did say it; but if he didn't ask, then I

Page 171

1 don't think that I said it.
2  Q.  Okay.  When did you have sex with Jim?
3  A.  The -- the night that we met in the
4 French Quarter at the little party in the hotel
5 and then when he came into town for the Airbnb and
6 I lied to my mom and I told my mom I was going out
7 of town with a friend.
8  Q.  Okay.  So Mardi Gras 2020, your birthday
9 weekend?
10  A.  Not my birthday weekend.  No.
11  Q.  Okay.  So Mardi Gras 2020 at the party
12 with the fireball, et cetera --
13  A.  Yes.
14  Q.  -- at some point in time you had sex
15 with Jim?
16  A.  Yes.
17  Q.  And then there was another location, the
18 occasion when there was a hotel room --
19  A.  Airbnb.
20  Q.  -- that he came up from Florida, rented
21 a room, and you spent two days there, you had sex
22 then, yes?
23  A.  Yes.
24  Q.  And there was another occasion besides
25 those two?

Page 172

1  A.  That was the only time I really ever saw
2 Jim.  I mean, I don't really remember any other
3 time he came to town to, like, ever see me.
4  Q.  And you're still in contact with Jim,
5 yes?
6  A.  Yeah.  I just -- I still have him on
7 Snapchat.
8  Q.  Besides those two times, did you have
9 sex with Jim at any other time after that?
10  A.  Not that I can remember, because I don't
11 think he ever came in town.  I don't think I was
12 ever physically with him other than those two
13 times.
14  Q.  And what emotional effect did having sex
15 with Jim have on you?
16  A.  Emotional effect?  I don't understand
17 that question.  Like, I don't --
18  Q.  Did you feel it harmed you in any way?
19  A.  That it harmed me?
20  Q.  Yes.  Sitting here looking back on it,
21 did it harm you?
22  A.  No.
23  Q.  So earlier when we were discussing
24 sexual relationships with Jim and you denied it,
25 you weren't telling the truth; is that right?

Page 173

1  A.  Correct.  I wanted to protect his
2 children.
3  Q.  Is there any other reason besides that
4 you wanted to protect his children that you lied?
5  A.  And because looking back, I just --
6 like, he's just been, like, such, like, a good
7 friend to, like, me and to my mother, and it's
8 just I know this is, like, this doesn't -- it
9 doesn't make sense or it sounds weird, but, like,
10 I believe to this day that, like, we had a really
11 good friendship.  And I guess that I've just
12 always kind of held on to the fact that, you know,
13 maybe someone really does want to be my friend.
14  Q.  So therefore you have loyalty towards
15 him?
16  A.  Yes.
17  Q.  And --
18     MS. PHELPS:
19        Let the record reflect that the
20        plaintiff is crying and she needs a
21        minute to compose herself.
22 BY MR. ROQUEMORE:
23  Q.  All right.  We had some questions about
24 some things in the medical records, so I'm just
25 going to ask you.  The psychiatric progress note

Page 194

1  A.  Yes.
2  Q.  And if the nurse has it in the record,
3 the nurse is making it up?
4  A.  Yes, or misunderstood or misheard, made
5 it up, whatever you want to phrase it as, but...
6  Q.  And ER note when you were being admitted
7 into -- into the Children's Hospital relates a
8 police statement that they made. It says, "Per
9 police, she crossed state lines with an adult male
10 last weekend and had intercourse." And this is
11 dated March 26, 2021. Is that a true statement
12 that you crossed state lines with an adult male
13 and had intercourse?
14  A.  If this is referring to Johnny Holloway,
15 the Coast Guard guy who him and his friend and I,
16 we went to Florida, then that's when I ended up
17 going to see my dad, because he was already in
18 Florida. Yeah, but I don't recall ever having sex
19 with him because we were sharing a room with his
20 other friend and I wouldn't sleep with someone --
21 with someone else in the room like that.
22  Q.  You don't recall --
23  A.  I don't recall having sex him with him
24 while we were across state lines. I knew that we
25 were across state lines, but I don't ever recall

Page 195

1 having sex with that person at that time.
2  Q.  Did you have sex with him before you
3 crossed state lines?
4  A.  Yeah.
5  Q.  Okay. March 28, there's a nurse's
6 record. It says, "Patient states," and this is a
7 quote, "Well, my mom did solicit me for sex with a
8 52-year-old male with two kids named Jim."
9  A.  So -- and, see, this is -- okay.
10  Q.  Okay. So did you make that statement?
11  A.  Yes, but, no, and I'll tell you why. So
12 it gets, like, I guess, misconstrued as whatever
13 they phrase it at -- as, like -- what was the
14 line? The --
15  Q.  Patient says, "Well, my mom did solicit
16 me" --
17  A.  Yes.
18  Q.  -- "for sex with a 52-year-old man --
19 male with two kids named Jim."
20  A.  Yes. So I guess it can get misconstrued
21 as solicitation because what my mom did -- and
22 this was relatively about the time with -- had
23 spoken to Rodney about -- I believe it was about
24 that time because Jim had never been reported
25 until that time, so that's the only logical way

Page 196

1 that this can make sense.
2      So my mom -- Jim had said, "Rayne, you
3 know, like, don't report me." This is when all
4 that was going on with the therapist, and she said
5 "Oh, okay. Well, if you give me, like, $3500 to
6 pay for ▓▓▓▓ braces, I won't report you." And
7 that was the agreement.
8      And I told -- I do relatively recall
9 saying that to a nurse at the hospital, and maybe
10 that's how it got worded into solicitation. I
11 didn't use that word, but that -- I'm sure I've
12 said that, so...
13  Q.  So you made a deal with Jim in return --
14  A.  Me? No. No. She --
15  Q.  Oh, your mom.
16  A.  Yes.
17  Q.  Your mom made a deal with Jim --
18  A.  Because I was begging her not to, just
19 for the record. I begged her not to.
20  Q.  I just want to make sure that I
21 understand.
22  A.  Okay.
23  Q.  Your mom made a deal with Jim that she
24 would not report him for having sex with you --
25  A.  Uh-huh.

Page 197

1  Q.  -- if she would pay -- if he would pay
2 $3500 so you could get some braces; is that right?
3  A.  Yep.
4  Q.  Okay. And did he pay the $3500?
5  A.  Yes, he did.
6  Q.  And did you get braces?
7  A.  Yes, I did.
8  Q.  And they're off now?
9  A.  Yes, and I already feel shitty about it,
10 so...
11  Q.  I'm not judging.
12  A.  I understand that. You're doing your
13 job. I get it.
14  Q.  I'm just asking. All right. So --
15  A.  Sorry. I was just seeing what the time
16 was.
17  Q.  Okay. Well, we're going to continue.
18 All right.
19  A.  And then I do remember, like, roughly
20 after that time I apologized to him on my mother's
21 behalf about the situation, and he said -- Jim
22 said something along the lines to me as, "First of
23 all, that's, you know, 3500 is nothing for me.
24 Also, if it keeps me out of, like, prison" or
25 something along those lines of, "If it keeps me

 on 11/15/2023

**Page 198**

1 out of prison" or "if it keeps me home with my
2 kids," something along those lines, "then, you
3 know, it's fine with me," just whatever.
4    Q.   So it's safe to say that you -- you've
5 never had any other lawsuit against Jim for his
6 sexual relationship with you while you were under
7 age, right?
8    A.   Law suit?  No.  Oh, God no.
9    Q.   You didn't sue him for any money or
10 anything like that?
11    A.   No.
12    Q.   And to your knowledge -- well, he never
13 got charged criminally with having sex with you
14 while you were 15 or 14?
15    A.   Correct.
16    Q.   And he later moved to Columbia?
17    A.   He moved to Croatia and then moved to
18 Columbia.
19    Q.   Okay.
20    A.   And I don't -- it didn't matter.
21    Q.   No, and you don't know what?
22    A.   No, it was just -- like, trust me, it
23 didn't matter.
24    Q.   Sometimes things matter.  All right.
25 Let's go back to the texts.  We were talking about

**Page 199**

1 the texts when we --
2    A.   I mean, some people have -- this is what
3 I was going to say -- some people have told me
4 that, like, oh, the reason why he moved to a
5 different country is because -- because they don't
6 have extradition there and whatever, whatever.  I
7 would just, like --
8    Q.   Explain why that's -- why that would be
9 significant.
10    A.   What?  Why there's no extradition?
11    Q.   So -- so he moved there so he couldn't
12 get arrested for --
13    A.   That's what people told me, but I don't
14 believe that, and that's not -- and he said
15 otherwise, so...
16    Q.   He said otherwise.  Did you ask him?
17    A.   Yeah.  I straight up asked him about it,
18 and he's like, "No, I love it here."
19    Q.   Okay.  So let's keep going on the text.
20 This is Exhibit Number -- Number 2, page CNO3591.
21    A.   3591.  Okay.
22    Q.   The first text there is dated August 21,
23 2020.  You see that?
24    A.   Yeah.
25    Q.   It says, "Are you busy?  We kind of have

**Page 200**

1 an issue"?
2    A.   Yep.
3    Q.   And this is the incident where Jason was
4 seen around your house; is that right?
5    A.   Is it?  Hold on.  "We have a harassment
6 issue with someone -- I don't know if someone" --
7 I don't -- what?  I don't understand.  "I'll call
8 you when I get to work, Rodney.  We've been busy.
9 How are things going?  Hi, what's up?  I'll call
10 you when I'm done."  I don't know if this had
11 anything to do with seeing someone I thought was
12 Jason.
13    Q.   Okay.  So what was that about?
14    A.   I have no idea.
15    Q.   You don't know.  Okay.  3594, go to page
16 3594.  This is September 5th, 2020.
17    A.   Yeah.
18    Q.   You see that?  And the very bottom one
19 is a text from you to --
20    A.   Oh, yeah, yeah, yeah, yeah.  I see it.
21 "Jason is outside of our house."
22    Q.   Okay.  So there was a time where Jason
23 was outside?
24    A.   Or I thought.
25    Q.   And you called Officer Vicknair, and he

**Page 201**

1 came out, came to the street with some other
2 officers looking for Jason; is that right?
3    A.   Yes.  (Witness mumbling.)  I don't
4 remember these texts, but I -- like, I don't
5 remember me writing it or anything, but I do
6 remember me seeing him or me -- what I thought was
7 him.
8    Q.   And you called him on the -- you were
9 talking to him on the phone about where the car
10 was out in front and where he might be?
11    A.   Called or texted, whichever one.  I just
12 saw a Ford Focus, and he looked like he was in
13 that Ford Focus.
14    Q.   Okay.  3602.
15    A.   3602.
16    Q.   Fifth down, text from you, Jason Rosier.
17 Does that refresh your memory about what Jason's
18 last name might have been?
19    A.   Yeah.  I don't know -- I can't remember
20 how it was pronounced though, because I don't
21 think it was pronounced --
22    Q.   Okay.  Well --
23    A.   -- like that, but --
24    Q.   -- Rosier, Rosier?
25    A.   -- I remember now, like, kind of looking

11/15/2023

Page 202

1 at it how it's spelled, I believe that that was
2 his last name, but...
3  Q.  And he was the 17-year-old guy --
4  A.  Yes.
5  Q.  -- who tried to rape you?
6  A.  Yes.
7  Q.  All right. If you look on 3610 there's
8 a series of texts.
9  A.  Images.
10  Q.  There were images. Do you -- the images
11 that were being texted to him, do you remember
12 what these were?
13  A.  I do not.
14  Q.  Did you ever -- there's some record or
15 some discussion that there were some pictures that
16 you sent to him during the time he was having
17 communications with you.
18  A.  I mean --
19  Q.  Yeah. So I just wanted to know, have
20 you described what you remember of being the type
21 of pictures --
22  A.  You mean nudes?
23  Q.  Well, yes. So did you send nudes to
24 him?
25      (Ms. Goudeau enters.) *

Page 203

1  A.  It was over Snapchat, and he asked me
2 for them -- and because I believe how the
3 conversation came up, I had, like, posted a selfie
4 maybe because I just don't remember him flat out
5 asking. I posted a selfie. He said something
6 along the lines as, like, "Send me nudes" or,
7 like, "I want to see you naked." Something like
8 that, and so I sent him the nudes. But that was
9 over Snapchat. That's...
10  Q.  Right. That's not -- that's what I'm
11 asking you.
12  A.  I don't know what that is.
13  Q.  But you sent him nudes at some point in
14 time, right?
15  A.  Yeah, when he asked, and it was over
16 Snapchat.
17  Q.  Was it nudes, just, you didn't have a
18 shirt on? Describe what that -- what you sent to
19 him.
20  A.  It was just he wanted to see my ass,
21 so -- butt, sorry, but he had text -- he sent in a
22 text, like, "I want to see your ass." And then so
23 I had sent him a --
24  Q.  This was a Snapchat?
25  A.  This is a Snapchat. Yes.

Page 204

1  Q.  He used the word "ass"? He wants to see
2 your ass?
3  A.  And so I sent him butt pics.
4  Q.  Okay. Do you count those as being nudes
5 then?
6  A.  I mean, yeah, because you could kind of
7 see my vagina in it.
8  Q.  Okay. And help me out. You could see
9 your vagina because you didn't have pants on or
10 what?
11  A.  Yes, because I was naked.
12  Q.  Okay.
13  A.  Oh, my God.
14  Q.  Do you remember when this was?
15  A.  No.
16  Q.  This was after you got the Snapchat,
17 though?
18  A.  Yes.
19  Q.  Did you ever send him pictures of nudes
20 or close to nudes or sexually provocative pictures
21 while you were engaging on the text?
22  A.  Not on text. I just -- I remember -- I
23 mean, I don't remember if there were other nudes
24 sent. I do remember that there was one night he
25 FaceTime'd me and he asked to see me naked, and I

Page 205

1 showed him me naked and he turned his camera
2 around and he was masturbating.
3  Q.  Okay. So this was a FaceTime?
4  A.  This was a FaceTime call, yes.
5  Q.  And he obviously wasn't on duty during
6 this time, right?
7  A.  No.
8  Q.  Okay.
9  A.  It was him at his house. And I don't
10 even know how it went to that, because I had just
11 called him to talk to him about something, and --
12 because that's what I would usually call him
13 about, to talk to him, you know, not to do that.
14 And so I don't even know how the conversation even
15 shifted to that, but somehow it did. And I
16 just -- all I remember is him asking to see me
17 naked. I don't remember what body part or
18 anything that I showed him, but after -- sometime
19 after that he flipped the camera around and
20 presented himself masturbating. Yes.
21  Q.  So he didn't start out in your
22 encounters being so -- so gross and --
23  A.  He would, yes.
24  Q.  Immediately, like, within days after
25 meeting you he was asking for -- asking for naked

**Page 226**

1 trying to convey to you every way that I can. I
2 don't recall. I don't know. I don't remember.
3    Q.  Okay. If you don't remember it, then
4 that's -- well, I'll take that for that. Okay.
5         So we're going to talk about the sexual
6 assault that happened on Wednesday,
7 September 23rd. So tell me what you remember of
8 that day starting off when you woke up in the
9 morning. Were you in school during that time?
10   A.  I don't remember.
11   Q.  You're going to have to speak up so the
12 court --
13   A.  I don't remember.
14   Q.  You don't remember whether you were in
15 school?
16   A.  I don't remember, like...
17   Q.  Were you being homeschooled during that
18 time?
19   A.  I was homeschooled. Yes.
20   Q.  So you -- were you at home then?
21   A.  What -- you said the incident on this
22 day. What incident are we -- are we referring to
23 the black truck incident?
24   Q.  The black truck incident.
25   A.  Okay. I don't remember the day leading

**Page 227**

1 up to it. I just remember him saying something
2 along the lines of, like, "I can come over" and,
3 like, "We can hang out" or whatever. And that led
4 to him, like, kind of like luring me out to his
5 truck, and then when I got in, I think that's --
6 yeah. And I, like, made a comment about he had,
7 like, the -- like, the NOPD logo on, like, his
8 floorboards and --
9    Q.  What do you mean his floorboards?
10   A.  Like, the floorboard matting in the
11 truck.
12   Q.  He had a mat that said floor -- where
13 you for your foot?
14   A.  Yes, like, the floorboards.
15   Q.  The foot mat?
16   A.  Yes. And it, like --
17   Q.  This is something you could lift off and
18 put down?
19   A.  Yes.
20   Q.  Okay. And it said NOPD?
21   A.  It was, like, the -- like, the NOPD
22 logo. It's, like, the logo. And I don't even
23 know what led to that occurring. I don't know. I
24 don't even know what we talked about at first. I
25 just remember it went from, like, 0 to 100, like,

**Page 228**

1 quick. And I don't -- all I just remember is him
2 asking me to take my underwear off, and I felt
3 scared because he locked the doors. And -- and
4 this is so fucking gross. I took my underwear off
5 and he took it from me and he looked at me and he
6 sniffed it and, like, put it in his pocket or
7 whatever. And I'm like --
8    Q.  Was that the only time he had ever taken
9 your underwear from you?
10   A.  It was the only time he had taken it,
11 yes. And that was the underwear they found when
12 they got the search warrant.
13   Q.  Okay.
14   A.  And then --
15   Q.  Well, let's back up. This happened at
16 night?
17   A.  Yes.
18   Q.  Sometime around after 11:00? Does that
19 sound right?
20   A.  If you say it's right. I don't know the
21 time.
22   Q.  Do you remember what time?
23   A.  I don't remember.
24   Q.  But it was nighttime?
25   A.  Yes.

**Page 229**

1    Q.  And do you remember, was it after he got
2 off work?
3    A.  I think.
4    Q.  Why do you think?
5    A.  I don't know, because I think I remember
6 him saying something about, like, he has to go to
7 Mississippi to visit a family member or my time --
8 if that is -- that night he said that or if that's
9 a different night he said that. I don't know
10 which time he said that, but I think he said that
11 that night. Maybe he told me he was going home.
12 I don't --
13   Q.  Okay.
14   A.  Oh, man.
15   Q.  The black truck was not -- I think we
16 discussed this, but that's not a police vehicle
17 with sirens and the other -- the things on it that
18 make it a police car, right?
19   A.  Correct.
20   Q.  And it didn't have -- it wasn't painted
21 for New Orleans Police Department, right?
22   A.  It wasn't paid for you said?
23   Q.  Painted.
24   A.  Oh, painted. Oh, no, it didn't.
25   Q.  It didn't say NOPD on the side? It

 on 11/15/2023

Page 226

1 trying to convey to you every way that I can. I
2 don't recall. I don't know. I don't remember.
3    Q.  Okay. If you don't remember it, then
4 that's -- well, I'll take that for that. Okay.
5        So we're going to talk about the sexual
6 assault that happened on Wednesday,
7 September 23rd. So tell me what you remember of
8 that day starting off when you woke up in the
9 morning. Were you in school during that time?
10   A.  I don't remember.
11   Q.  You're going to have to speak up so the
12 court --
13   A.  I don't remember.
14   Q.  You don't remember whether you were in
15 school?
16   A.  I don't remember, like...
17   Q.  Were you being homeschooled during that
18 time?
19   A.  I was homeschooled. Yes.
20   Q.  So you -- were you at home then?
21   A.  What -- you said the incident on this
22 day. What incident are we -- are we referring to
23 the black truck incident?
24   Q.  The black truck incident.
25   A.  Okay. I don't remember the day leading

Page 227

1 up to it. I just remember him saying something
2 along the lines of, like, "I can come over" and,
3 like, "We can hang out" or whatever. And that led
4 to him, like, kind of like luring me out to his
5 truck, and then when I got in, I think that's --
6 yeah. And I, like, made a comment about he had,
7 like, the -- like, the NOPD logo on, like, his
8 floorboards and --
9    Q.  What do you mean his floorboards?
10   A.  Like, the floorboard matting in the
11 truck.
12   Q.  He had a mat that said floor -- where
13 you for your foot?
14   A.  Yes, like, the floorboards.
15   Q.  The foot mat?
16   A.  Yes. And it, like --
17   Q.  This is something you could lift off and
18 put down?
19   A.  Yes.
20   Q.  Okay. And it said NOPD?
21   A.  It was, like, the -- like, the NOPD
22 logo. It's, like, the logo. And I don't even
23 know what led to that occurring. I don't know. I
24 don't even know what we talked about at first. I
25 just remember it went from, like, 0 to 100, like,

Page 228

1 quick. And I don't -- all I just remember is him
2 asking me to take my underwear off, and I felt
3 scared because he locked the doors. And -- and
4 this is so fucking gross. I took my underwear off
5 and he took it from me and he looked at me and he
6 sniffed it and, like, put it in his pocket or
7 whatever. And I'm like --
8    Q.  Was that the only time he had ever taken
9 your underwear from you?
10   A.  It was the only time he had taken it,
11 yes. And that was the underwear they found when
12 they got the search warrant.
13   Q.  Okay.
14   A.  And then --
15   Q.  Well, let's back up. This happened at
16 night?
17   A.  Yes.
18   Q.  Sometime around after 11:00? Does that
19 sound right?
20   A.  If you say it's right. I don't know the
21 time.
22   Q.  Do you remember what time?
23   A.  I don't remember.
24   Q.  But it was nighttime?
25   A.  Yes.

Page 229

1    Q.  And do you remember, was it after he got
2 off work?
3    A.  I think.
4    Q.  Why do you think?
5    A.  I don't know, because I think I remember
6 him saying something about, like, he has to go to
7 Mississippi to visit a family member or my time --
8 if that is -- that night he said that or if that's
9 a different night he said that. I don't know
10 which time he said that, but I think he said that
11 that night. Maybe he told me he was going home.
12 I don't --
13   Q.  Okay.
14   A.  Oh, man.
15   Q.  The black truck was not -- I think we
16 discussed this, but that's not a police vehicle
17 with sirens and the other -- the things on it that
18 make it a police car, right?
19   A.  Correct.
20   Q.  And it didn't have -- it wasn't painted
21 for New Orleans Police Department, right?
22   A.  It wasn't paid for you said?
23   Q.  Painted.
24   A.  Oh, painted. Oh, no, it didn't.
25   Q.  It didn't say NOPD on the side? It

 on 11/15/2023

Page 230

1 didn't have a flashing blue light on the dashboard
2 or anywhere like that, right?
3    A.   Correct.
4    Q.   And Officer Vicknair was -- or Rodney
5 Vicknair was not in uniform during that time?
6    A.   Correct.
7    Q.   And how did it come about that he came
8 over to your house?
9    A.   I don't know.
10   Q.   Did you call him, or did he call you?
11   A.   I don't know.
12   Q.   And when you say he lured you into the
13 truck, what does that mean?
14   A.   I mean, I thought -- because I just
15 think it's weird how, like, he wanted to hang out
16 in his truck.  Usually when he comes over, it's
17 to come inside and, like, you know, whatever.  And
18 the only other time that I've been in his car was
19 the -- the police unit when he let me sit in the
20 driver's seat and, like, turn the lights on and
21 the sirens and stuff.
22   Q.   So you only sat in the police vehicle
23 one time?
24   A.   I think.  I -- as of right now I think
25 so, yeah.  If it comes back to me later, maybe it

Page 231

1 comes back to me.
2    Q.   And just to be clear, when you sat in
3 the police vehicle, nothing sexual happened,
4 right, on that occasion?
5    A.   On that occasion when he let me do the
6 lights, no.
7    Q.   Okay.  And I think you had mentioned
8 there's no other occasion where he did sexual
9 touching other than the three other occasions that
10 you mentioned, and none of those were in a
11 vehicle, right?
12   A.   Correct.
13   Q.   Okay.  So back to this -- this incident.
14 You said he lured you in the truck.  How did you
15 know he was there to come to the truck?  Did he
16 come up to your house first?
17   A.   No, he sent me a text.
18   Q.   He sent you a text?  And --
19   A.   Yes, a text or a Snapchat.
20   Q.   Okay.  So if you look on your texts,
21 3622.  You see at the bottom of 3622?
22   A.   What, where it says Officer Rodney?
23   Q.   There's -- the second to the last one
24 is --
25   A.   Oh, me being dramatic.

Page 232

1    Q.   -- September 17th, and he says, "Will
2 call you back in two minutes."  And then it jumps
3 to September 25, 2020.  You see that?  There are
4 no -- there are no --
5    A.   I don't remember that though.  That's
6 the thing.  Hold on.  (Witness mumbling.)  I don't
7 remember if -- no, I don't think that --
8    Q.   Well, September 25th was after the
9 incident in the truck.  Okay.  September 25th is
10 Friday.
11   A.   Okay.
12   Q.   That's the day he got arrested, and
13 that's the day that you got interviewed at
14 Children's Hospital.  All right.  So we're talking
15 about Wednesday.  Wednesday did not start with the
16 text or it doesn't look like it, because it's not
17 there.  Is it possible he Snapchatted you or
18 called you on the telephone?
19   A.   Maybe.
20   Q.   Okay.  But somehow you knew he was in
21 the truck and he wanted you to come outside and
22 come to the truck?
23   A.   Yes.
24   Q.   That's a yes?  Okay.  And you called
25 that luring you into the truck, right, because he

Page 233

1 had never gone into your house?  He usually comes
2 to your house and --
3    A.   Yes.
4    Q.   -- and this was something different?
5    A.   Yes.
6    Q.   And where was your mom during this time?
7 In the house?
8    A.   Maybe.  I don't know.
9    Q.   You don't remember?
10   A.   No, I don't.
11   Q.   All right.  So you were in the truck,
12 you don't know where your mom was, you got in, and
13 he locked the door.  Is that -- is that fair?
14   A.   Yes.
15   Q.   And he asked for your underwear?
16   A.   Yes.
17   Q.   And you gave him your underwear?
18   A.   Yes.
19   Q.   And then what did he do?
20   A.   He started, like, touching me.  Like, I
21 don't know what he did first, if it was my breast
22 first or it was -- I think he started, like -- I
23 think it was -- I think it was him touching my
24 breast first and then he started, like, going,
25 like, down to, like, my thigh area, and he --