```
Start Time: 26-May-20 18:45:15(UTC-5)
Last Activity: 25-Sep-20 16:14:43(UTC-5)
Participants: +12252909227 Officer Rodney, +15045000851 _$!<Other>!$_
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 26-May-20 18:45:15(UTC-5)
Source App: Native Messages
Body:
Heyyyyy
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 26-May-20 18:46:25(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\5EE2B31B-8E99-448D-977B-E0A8F1F0AAE0.gif
Body:

----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 26-May-20 20:03:15(UTC-5)
Source App: Native Messages
Body:
Dude get me out of here
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 26-May-20 20:14:02(UTC-5)
Source App: Native Messages
Body:
Dudette. Though u would have been done by now
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 26-May-20 22:27:15(UTC-5)
Source App: Native Messages
Body:
I'm going back to the mental hospital, (was my choice) wish I never made it.
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 26-May-20 22:27:29(UTC-5)
Source App: Native Messages
Body:
I'm sick to my stomach tho lol
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 26-May-20 22:28:44(UTC-5)
Source App: Native Messages
Body:
It may be for best. Do me as favor and just stay respectful and talk to counselor.
Let me know when back home and I'll come check on you
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 26-May-20 23:05:23(UTC-5)
```

EXHIBIT
B

EXHIBIT
2

Source App: Native Messages
Body:
Ok, thank you for everything.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 26-May-20 23:30:48(UTC-5)
Source App: Native Messages
Body:
Very welcome
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 15:55:49(UTC-5)
Source App: Native Messages
Body:
Hey
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 24-Jun-20 16:02:41(UTC-5)
Source App: Native Messages
Body:
Hi
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 24-Jun-20 16:03:08(UTC-5)
Source App: Native Messages
Body:
How you feeling
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 16:03:34(UTC-5)
Source App: Native Messages
Body:
Better. I took some ibuprofen and I slept more, then woke up now I feel better.
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 16:03:41(UTC-5)
Source App: Native Messages
Body:
What's up with you today
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 16:24:38(UTC-5)
Source App: Native Messages
Body:
Broooooo you should come over
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 16:24:44(UTC-5)
Source App: Native Messages
Body:

```
Just a thought
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 24-Jun-20 16:30:34(UTC-5)
Source App: Native Messages
Body:
I'll try to come in a little while. Lots of accidents in this weather
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 16:38:18(UTC-5)
Source App: Native Messages
Body:
The weather here is so bipolar
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 16:38:24(UTC-5)
Source App: Native Messages
Body:
I'm kinda over it
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 24-Jun-20 17:36:01(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\40A3F40F-001A-4464-B242-8387390F38E4.gif
Body:

----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 17:36:43(UTC-5)
Source App: Native Messages
Body:
Haha
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 24-Jun-20 17:36:57(UTC-5)
Source App: Native Messages
Body:
😊
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 17:37:00(UTC-5)
Source App: Native Messages
Body:
That guy you spoke with on the phone
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 17:37:03(UTC-5)
Source App: Native Messages
Body:
```

Jim
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 17:37:21(UTC-5)
Source App: Native Messages
Body:
Yea, I'm like balling my eyes out right now because of him.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 24-Jun-20 17:40:16(UTC-5)
Source App: Native Messages
Body:
Y
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 17:41:55(UTC-5)
Source App: Native Messages
Body:
He was being such an ass on FaceTime with me.
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 17:42:02(UTC-5)
Source App: Native Messages
Body:
And I did absolutely nothing to him.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 24-Jun-20 17:44:41(UTC-5)
Source App: Native Messages
Body:
I'm sorry sweetie
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 17:47:53(UTC-5)
Source App: Native Messages
Body:
It's fine
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 17:49:55(UTC-5)
Source App: Native Messages
Body:
You know what would make me feel better, ice cream with my favorite cop.
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 17:49:57(UTC-5)
Source App: Native Messages
Body:
Haha
----------------------------

```
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 17:50:11(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\859f663c24987c4c06ff1ab35efe24e9-sticker.png
Body:

----------------------------
From: +12252909227 Officer Rodney
Timestamp: 24-Jun-20 17:50:36(UTC-5)
Source App: Native Messages
Body:
Me too. I'm working armed robbery call right now
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 17:50:52(UTC-5)
Source App: Native Messages
Body:
Oh shit!!! That's so cool!!!
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Jun-20 17:50:54(UTC-5)
Source App: Native Messages
Body:
Lucky!!!!
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Jun-20 15:49:25(UTC-5)
Source App: Native Messages
Body:
Well hello
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Jun-20 16:09:41(UTC-5)
Source App: Native Messages
Body:
Hi sweetie
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Jun-20 16:45:49(UTC-5)
Source App: Native Messages
Body:
Soooo
How's your day?
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Jun-20 19:12:19(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\FullSizeRender_26.jpg
```

Body:

```
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Jun-20 19:12:21(UTC-5)
Source App: Native Messages
Body:
Say something
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Jun-20 19:12:26(UTC-5)
Source App: Native Messages
Body:
I'll be able to hear it
---------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Jun-20 19:16:18(UTC-5)
Source App: Native Messages
Body:
That doesn't work lol. Sorry I've been busy. Guy on bicycle robbed chase bank and
took over 90,000.00
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Jun-20 19:16:59(UTC-5)
Source App: Native Messages
Body:
HOLY SHIT!!
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Jun-20 19:17:02(UTC-5)
Source App: Native Messages
Body:
Where?
---------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Jun-20 19:17:23(UTC-5)
Source App: Native Messages
Body:
North Broad
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Jun-20 19:17:40(UTC-5)
Source App: Native Messages
Body:
I want your job
---------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Jun-20 19:18:03(UTC-5)
Source App: Native Messages
Body:
```

☺
```
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Jun-20 19:18:24(UTC-5)
Source App: Native Messages
Body:
For real
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Jun-20 19:18:42(UTC-5)
Source App: Native Messages
Body:
Haha. Alright, well I'll let you get back to work. Talk when can!
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 26-Jun-20 17:43:03(UTC-5)
Source App: Native Messages
Body:
Well hello!
How'd that bank robbery go?
---------------------------
From: +12252909227 Officer Rodney
Timestamp: 26-Jun-20 18:43:00(UTC-5)
Source App: Native Messages
Body:
Hi sweetie. It went ok. I'm out here by city hall with these protestors. WYD
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 27-Jun-20 19:24:18(UTC-5)
Source App: Native Messages
Body:
Hey
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 27-Jun-20 19:24:21(UTC-5)
Source App: Native Messages
Body:
You around?
---------------------------
From: +12252909227 Officer Rodney
Timestamp: 27-Jun-20 20:55:59(UTC-5)
Source App: Native Messages
Body:
No. In Baton Rouge. Good friend is in hospital
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 27-Jun-20 21:00:06(UTC-5)
Source App: Native Messages
Body:
Awwww I'm sorry
```

```
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 29-Jun-20 10:22:57(UTC-5)
Source App: Native Messages
Body:
Sooooo
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 29-Jun-20 10:23:03(UTC-5)
Source App: Native Messages
Body:
Jim is about to be in Louisiana
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 29-Jun-20 10:23:08(UTC-5)
Source App: Native Messages
Body:
And I wanna see you
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 29-Jun-20 10:23:16(UTC-5)
Source App: Native Messages
Body:
Wanna kill 2 birds with one stone?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 29-Jun-20 14:58:09(UTC-5)
Source App: Native Messages
Body:
Hi sweetie. Been in court all day. I'll try to get by within next couple days
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 29-Jun-20 16:31:38(UTC-5)
Source App: Native Messages
Body:
Ok!!
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 30-Jun-20 08:53:51(UTC-5)
Source App: Native Messages
Body:
Hey
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 30-Jun-20 08:53:57(UTC-5)
Source App: Native Messages
Body:
Guess who's birthday it is today!!
----------------------------
From: +12252909227 Officer Rodney
```

```
Timestamp: 30-Jun-20 13:52:30(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\E01334D0-0D2B-48DB-8536-17907E5A8162.gif
Body:

----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 30-Jun-20 14:10:20(UTC-5)
Source App: Native Messages
Body:
Hahaha
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 30-Jun-20 16:48:46(UTC-5)
Source App: Native Messages
Body:
Hey
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 30-Jun-20 19:06:25(UTC-5)
Source App: Native Messages
Body:
WYD
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 30-Jun-20 19:31:38(UTC-5)
Source App: Native Messages
Body:
Not much. You?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 30-Jun-20 19:32:14(UTC-5)
Source App: Native Messages
Body:
Just working. Came by to c u but no answer at your door
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 30-Jun-20 19:32:28(UTC-5)
Source App: Native Messages
Body:
We got a hotel room for my birthday!
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 30-Jun-20 19:32:44(UTC-5)
Source App: Native Messages
Body:
Wanna stop by?? It's really big and nice, and I'd love to see you.
----------------------------
From: +12252909227 Officer Rodney
```

Timestamp: 30-Jun-20 19:32:49(UTC-5)
Source App: Native Messages
Body:
Oh ok
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 30-Jun-20 19:32:55(UTC-5)
Source App: Native Messages
Body:
Where at
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 30-Jun-20 19:33:03(UTC-5)
Source App: Native Messages
Body:
JUNG
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 30-Jun-20 19:33:09(UTC-5)
Source App: Native Messages
Body:
on canal street
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 30-Jun-20 19:33:42(UTC-5)
Source App: Native Messages
Body:
I'll try. That's not in my district. I'll text if able to get by
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 30-Jun-20 19:33:53(UTC-5)
Source App: Native Messages
Body:
Ok!
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 01-Jul-20 16:38:19(UTC-5)
Source App: Native Messages
Body:
How was your birthday
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 01-Jul-20 16:47:19(UTC-5)
Source App: Native Messages
Body:
It was really nice, I'm just so upset right now idk what to do with myself.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 01-Jul-20 16:53:44(UTC-5)
Source App: Native Messages

Body:
 Y
------------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 01-Jul-20 16:56:05(UTC-5)
Source App: Native Messages
Body:
I can't even explain to you how upset I am, that Jim left this morning. We stayed up
all night together until his 7:00am flight.
------------------------------
From: +12252909227 Officer Rodney
Timestamp: 01-Jul-20 16:56:26(UTC-5)
Source App: Native Messages
Body:
I'm sorry sweetie
------------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 01-Jul-20 16:58:05(UTC-5)
Source App: Native Messages
Body:
It's ok. He took me to Ruth Cris just the two of us, and I can't even look at the
leftovers box without completely balling my eyes out.
------------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 01-Jul-20 16:58:31(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Video\IMG_4515.MP4
#2: files\Video\IMG_4501.MP4
#3: files\Video\IMG_4454.MP4
Body:

------------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 01-Jul-20 16:59:50(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Video\ips-6DCC3096-7988-4C21-90C8-DA7933720C91.mp4
Body:

------------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 01-Jul-20 17:00:32(UTC-5)
Source App: Native Messages
Body:
He got me this piece of artwork, and the two of us went to go have it framed.
------------------------------
From: +12252909227 Officer Rodney
Timestamp: 01-Jul-20 17:03:37(UTC-5)
Source App: Native Messages

```
Body:
 Nice
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 01-Jul-20 17:07:43(UTC-5)
Source App: Native Messages
Body:

----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 04-Jul-20 16:58:25(UTC-5)
Source App: Native Messages
Body:
Helloooooo
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 04-Jul-20 17:46:31(UTC-5)
Source App: Native Messages
Body:
Hiiiiiiii
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 04-Jul-20 17:48:53(UTC-5)
Source App: Native Messages
Body:
Hiiiiii
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 04-Jul-20 17:55:25(UTC-5)
Source App: Native Messages
Body:
Wyd?
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 04-Jul-20 17:57:19(UTC-5)
Source App: Native Messages
Body:
Nothingggggg
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 04-Jul-20 17:57:22(UTC-5)
Source App: Native Messages
Body:
You?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 04-Jul-20 17:57:42(UTC-5)
Source App: Native Messages
Body:
Just working
```

```
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 04-Jul-20 17:59:19(UTC-5)
Source App: Native Messages
Body:
I wanna hangout with youuuuu
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 04-Jul-20 17:59:32(UTC-5)
Source App: Native Messages
Body:
I wanna drive around with you in your cop car!!!
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 04-Jul-20 18:00:53(UTC-5)
Source App: Native Messages
Body:
Lol. That would be very interesting
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 04-Jul-20 18:01:21(UTC-5)
Source App: Native Messages
Body:
Come pick me up for like 15 mins!!!!
Pleaseeeeee I wanna see you!
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 04-Jul-20 18:25:26(UTC-5)
Source App: Native Messages
Body:
I'm sitting in hospital with a prisoner. If I get clear soon enough I'll come by
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 04-Jul-20 18:28:48(UTC-5)
Source App: Native Messages
Body:
Okkkkkk!!!!!!
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 04-Jul-20 18:48:11(UTC-5)
Source App: Native Messages
Body:
Is the prisoner nice?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 04-Jul-20 18:51:44(UTC-5)
Source App: Native Messages
Body:
Pretty much now.
----------------------------
```

```
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 04-Jul-20 18:52:10(UTC-5)
Source App: Native Messages
Body:
What ya mean?
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 04-Jul-20 18:52:34(UTC-5)
Source App: Native Messages
Body:
Is he like sleeping or something?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 04-Jul-20 18:53:01(UTC-5)
Source App: Native Messages
Body:
He is calm now
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 04-Jul-20 18:53:16(UTC-5)
Source App: Native Messages
Body:
Ooooo
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 04-Jul-20 21:58:04(UTC-5)
Source App: Native Messages
Body:
You around?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 04-Jul-20 21:58:49(UTC-5)
Source App: Native Messages
Body:
On protestors at Canal and Bourbon
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 04-Jul-20 21:59:04(UTC-5)
Source App: Native Messages
Body:
Oh
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 05-Jul-20 01:28:08(UTC-5)
Source App: Native Messages
Body:
You still out?
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Jul-20 00:16:41(UTC-5)
```

Source App: Native Messages
Body:
Wassup buddy
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Jul-20 21:53:15(UTC-5)
Source App: Native Messages
Body:
Harassment is illegal, right?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 08-Jul-20 21:56:13(UTC-5)
Source App: Native Messages
Body:
Hi sweetie. Sorry about not getting back to you. My friend that was in hospital died
so I've been out of town. Will be back to work tomorrow and will try to come over
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Jul-20 21:56:38(UTC-5)
Source App: Native Messages
Body:
Omg!!!!!! I'm so so sorry!!!!!!!!!!
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 08-Jul-20 21:57:07(UTC-5)
Source App: Native Messages
Body:
Thank you
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Jul-20 16:20:48(UTC-5)
Source App: Native Messages
Body:
Hey
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Jul-20 22:11:57(UTC-5)
Source App: Native Messages
Body:
You awake?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 14-Jul-20 16:35:17(UTC-5)
Source App: Native Messages
Body:
Hi honey. At your house. Came by to c u. Catch ya later
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 14-Jul-20 16:41:53(UTC-5)
Source App: Native Messages

Body:
Are you at my house now?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 14-Jul-20 16:42:04(UTC-5)
Source App: Native Messages
Body:
Yes
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 14-Jul-20 16:42:23(UTC-5)
Source App: Native Messages
Body:
I'm here outside
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 14-Jul-20 18:03:25(UTC-5)
Source App: Native Messages
Body:
Heyyy
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 14-Jul-20 18:31:08(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\FF953FF4-C876-4046-A723-37A896E5A281.gif
Body:

----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 17-Jul-20 07:01:52(UTC-5)
Source App: Native Messages
Body:
Wanna meet me for coffee?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 17-Jul-20 11:45:02(UTC-5)
Source App: Native Messages
Body:
Hi sweetie. Just woke up. How you doing
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 17-Jul-20 12:26:45(UTC-5)
Source App: Native Messages
Body:
I'm ok. You?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 17-Jul-20 13:27:47(UTC-5)
Source App: Native Messages

```
Body:
I'm good. Getting ready for work
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 17-Jul-20 14:08:39(UTC-5)
Source App: Native Messages
Body:
Cool
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 17-Jul-20 14:08:55(UTC-5)
Source App: Native Messages
Body:
Can we go get baskin robins?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 17-Jul-20 14:11:06(UTC-5)
Source App: Native Messages
Body:
Let me see where I'm assigned when I get to work
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 17-Jul-20 14:11:21(UTC-5)
Source App: Native Messages
Body:
Okie!!
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 20-Jul-20 15:07:40(UTC-5)
Source App: Native Messages
Body:
Hey are you free, my mom is in the hospital. Idk what to do.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 20-Jul-20 15:22:44(UTC-5)
Source App: Native Messages
Body:
What happened
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 20-Jul-20 15:41:25(UTC-5)
Source App: Native Messages
Body:
She fainted multiple times
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 20-Jul-20 15:42:00(UTC-5)
Source App: Native Messages
Body:
And like completely lost control of her body, with her eyes rolling in the back of
```

```
her head.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 20-Jul-20 16:00:16(UTC-5)
Source App: Native Messages
Body:
She ever had seizure's
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 20-Jul-20 16:01:33(UTC-5)
Source App: Native Messages
Body:
No
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 20-Jul-20 16:40:43(UTC-5)
Source App: Native Messages
Body:
When did she go to hospital
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 20-Jul-20 16:43:03(UTC-5)
Source App: Native Messages
Body:
Like an hour ago
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 20-Jul-20 16:43:29(UTC-5)
Source App: Native Messages
Body:
Ok. What hospital
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 20-Jul-20 16:43:44(UTC-5)
Source App: Native Messages
Body:
University
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 20-Jul-20 16:44:16(UTC-5)
Source App: Native Messages
Body:
Ok. Keep me advised. How you doing
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 20-Jul-20 16:44:30(UTC-5)
Source App: Native Messages
Body:
I'm ok
----------------------------
```

```
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 20-Jul-20 16:44:38(UTC-5)
Source App: Native Messages
Body:
Really bored tho
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 21-Jul-20 15:59:35(UTC-5)
Source App: Native Messages
Body:
How your mom doing
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 21-Jul-20 16:22:37(UTC-5)
Source App: Native Messages
Body:
She's doing better
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 21-Jul-20 16:41:41(UTC-5)
Source App: Native Messages
Body:
That's good. She home and what was wrong
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 21-Jul-20 16:44:50(UTC-5)
Source App: Native Messages
Body:
Yea, she's back home.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 21-Jul-20 17:01:05(UTC-5)
Source App: Native Messages
Body:
What happened to her
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 21-Jul-20 17:07:58(UTC-5)
Source App: Native Messages
Body:
Kept passing out
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 21-Jul-20 18:03:50(UTC-5)
Source App: Native Messages
Body:
What did they say caused it
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 22-Jul-20 07:09:43(UTC-5)
```

```
Source App: Native Messages
Body:
No idea
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 27-Jul-20 17:00:53(UTC-5)
Source App: Native Messages
Body:
Hey
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 27-Jul-20 17:35:35(UTC-5)
Source App: Native Messages
Body:
Hi honey. WYD
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 27-Jul-20 17:35:46(UTC-5)
Source App: Native Messages
Body:
I JUST GOT A NEW PUPPY
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 27-Jul-20 17:35:57(UTC-5)
Source App: Native Messages
Body:
Wanna stop by later to see him?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 27-Jul-20 17:36:10(UTC-5)
Source App: Native Messages
Body:
Ok
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 27-Jul-20 18:07:38(UTC-5)
Source App: Native Messages
Body:
I'll let you know when we get home
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 27-Jul-20 19:43:38(UTC-5)
Source App: Native Messages
Body:
I'm home if you wanna stop by
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 27-Jul-20 20:41:14(UTC-5)
Source App: Native Messages
Body:
```

Send me pic of puppy
-----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 27-Jul-20 20:50:56(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\Image-1_1.jpg
Body:


-----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 27-Jul-20 20:51:01(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\Image-1_11.jpg
Body:


-----------------------------
From: +12252909227 Officer Rodney
Timestamp: 27-Jul-20 20:53:27(UTC-5)
Source App: Native Messages
Body:
Thank you
-----------------------------
From: +12252909227 Officer Rodney
Timestamp: 11-Aug-20 15:38:44(UTC-5)
Source App: Native Messages
Body:
Hi honey. How are you doing? How is puppy
-----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Aug-20 16:06:00(UTC-5)
Source App: Native Messages
Body:
I'm ok. And so is puppy.
How r u?
-----------------------------
From: +12252909227 Officer Rodney
Timestamp: 11-Aug-20 16:06:54(UTC-5)
Source App: Native Messages
Body:
I'm good. Just trying to stay out this damn heat
-----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Aug-20 16:07:21(UTC-5)
Source App: Native Messages
Body:
Haha
-----------------------------
From: +12252909227 Officer Rodney

```
Timestamp: 11-Aug-20 16:25:36(UTC-5)
Source App: Native Messages
Body:
◎◎
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Aug-20 17:33:30(UTC-5)
Source App: Native Messages
Body:
We should hangout sometimeeeeeeeee
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 11-Aug-20 17:56:44(UTC-5)
Source App: Native Messages
Body:
Absolutely
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Aug-20 19:15:22(UTC-5)
Source App: Native Messages
Body:
When are you available
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 11-Aug-20 20:18:08(UTC-5)
Source App: Native Messages
Body:
I'll check my schedule sweetie
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 12-Aug-20 16:44:51(UTC-5)
Source App: Native Messages
Body:
Okei
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 12-Aug-20 16:44:58(UTC-5)
Source App: Native Messages
Body:
Okay**
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 16-Aug-20 14:02:33(UTC-5)
Source App: Native Messages
Body:
Hey
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 16-Aug-20 14:02:39(UTC-5)
Source App: Native Messages
```

Body:
Can we please talk
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 16-Aug-20 16:37:21(UTC-5)
Source App: Native Messages
Body:
I'll call you soon as I get a chance
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 16-Aug-20 22:43:05(UTC-5)
Source App: Native Messages
Body:
Ok
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 16-Aug-20 22:45:48(UTC-5)
Source App: Native Messages
Body:
Is it too late to call
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 16-Aug-20 22:47:12(UTC-5)
Source App: Native Messages
Body:
I mean I'm on FaceTime with my friend rn, can it be in like 20 mins.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 16-Aug-20 22:48:17(UTC-5)
Source App: Native Messages
Body:
Ok. 1110 I will call you
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 16-Aug-20 23:27:28(UTC-5)
Source App: Native Messages
Body:
I tried to call. I'm at gym. Talk to you later
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 17-Aug-20 09:07:09(UTC-5)
Source App: Native Messages
Body:
Hey. I got really sick last night, and fell asleep.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 17-Aug-20 20:26:24(UTC-5)
Source App: Native Messages
Body:
Hope you feeling better. I'll call you at 11 when I get off

```
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 21-Aug-20 11:32:49(UTC-5)
Source App: Native Messages
Body:
Are you busy? We kinda have an issue.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 21-Aug-20 12:18:49(UTC-5)
Source App: Native Messages
Body:
Getting ready for work. What's going on
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 21-Aug-20 12:19:31(UTC-5)
Source App: Native Messages
Body:
We have a harassment issue with someone in
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 21-Aug-20 12:19:43(UTC-5)
Source App: Native Messages
Body:
I don't know*
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 21-Aug-20 12:19:55(UTC-5)
Source App: Native Messages
Body:
With someone I don't know*
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 21-Aug-20 12:20:16(UTC-5)
Source App: Native Messages
Body:
Ok. I'll call you when I get to work
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 21-Aug-20 19:19:17(UTC-5)
Source App: Native Messages
Body:
Hi sweetie. Sir we been busy. How things going
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 23-Aug-20 21:19:18(UTC-5)
Source App: Native Messages
Body:
Hey
----------------------------
From: +12252909227 Officer Rodney
```

```
Timestamp: 23-Aug-20 23:53:53(UTC-5)
Source App: Native Messages
Body:
Hi
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 24-Aug-20 01:22:46(UTC-5)
Source App: Native Messages
Body:
What's up
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 26-Aug-20 19:30:42(UTC-5)
Source App: Native Messages
Body:
On call. Call you when done
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 26-Aug-20 19:31:28(UTC-5)
Source App: Native Messages
Body:
Ok
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 30-Aug-20 22:06:15(UTC-5)
Source App: Native Messages
Body:
Hola
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 01-Sep-20 18:34:02(UTC-5)
Source App: Native Messages
Body:
What up buttercup
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 01-Sep-20 18:34:20(UTC-5)
Source App: Native Messages
Body:
Not much
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 01-Sep-20 18:34:22(UTC-5)
Source App: Native Messages
Body:
You?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 01-Sep-20 18:36:05(UTC-5)
Source App: Native Messages
```

Body:
Working. Y'all home
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 01-Sep-20 18:38:15(UTC-5)
Source App: Native Messages
Body:
Yea
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 01-Sep-20 18:39:33(UTC-5)
Source App: Native Messages
Body:
Be there in few minutes
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 01-Sep-20 18:39:54(UTC-5)
Source App: Native Messages
Body:
Lol ok
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 01-Sep-20 20:58:16(UTC-5)
Source App: Native Messages
Body:
Hey chick, where my puppy pics😊
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 01-Sep-20 21:27:30(UTC-5)
Source App: Native Messages
Body:
Mm
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 01-Sep-20 21:27:57(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Video\IMG_6229.MP4
Body:

----------------------------
From: +12252909227 Officer Rodney
Timestamp: 01-Sep-20 21:29:22(UTC-5)
Source App: Native Messages
Body:
🥰
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 03-Sep-20 14:53:09(UTC-5)
Source App: Native Messages

Body:
Hey
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 03-Sep-20 16:15:58(UTC-5)
Source App: Native Messages
Body:
What up buttercup
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 03-Sep-20 16:17:59(UTC-5)
Source App: Native Messages
Body:
Not much. Wishing you were here to make me laugh. Lol
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 03-Sep-20 17:26:02(UTC-5)
Source App: Native Messages
Body:
Awww. I'm on rampart street today
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 05-Sep-20 16:11:40(UTC-5)
Source App: Native Messages
Body:
Whenever you can. Please call me
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 05-Sep-20 16:11:43(UTC-5)
Source App: Native Messages
Body:
Thanks.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 05-Sep-20 16:11:57(UTC-5)
Source App: Native Messages
Body:
I will in a bit
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 05-Sep-20 16:12:02(UTC-5)
Source App: Native Messages
Body:
Ok
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 05-Sep-20 16:12:13(UTC-5)
Source App: Native Messages
Body:
Jason is outside of our house

```
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 05-Sep-20 16:12:46(UTC-5)
Source App: Native Messages
Body:
He has a warrant out for his arrest
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 05-Sep-20 16:12:51(UTC-5)
Source App: Native Messages
Body:
Should we call 911?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 05-Sep-20 16:14:08(UTC-5)
Source App: Native Messages
Body:
Yes
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 05-Sep-20 16:48:03(UTC-5)
Source App: Native Messages
Body:
I saw a guy on a bike with a backpack a few minutes ago. But idk how'd he get on a
bike if he came in a car. Ya know?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 05-Sep-20 16:48:17(UTC-5)
Source App: Native Messages
Body:
K
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 05-Sep-20 16:49:59(UTC-5)
Source App: Native Messages
Body:
Send me pic if you have one of him
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 05-Sep-20 16:50:29(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Video\ips-8836B013-0409-46D7-9677-6525C4B52F88.mp4
Body:

----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 05-Sep-20 16:50:38(UTC-5)
Source App: Native Messages
Body:
```

```
Only one I have
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 05-Sep-20 16:50:45(UTC-5)
Source App: Native Messages
Body:
K
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 05-Sep-20 20:15:04(UTC-5)
Source App: Native Messages
Body:
The car is still there
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 05-Sep-20 20:15:24(UTC-5)
Source App: Native Messages
Body:
I know I just drove by
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 05-Sep-20 20:15:50(UTC-5)
Source App: Native Messages
Body:
Awwww your the best. Seriously. I mean that.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 05-Sep-20 20:24:01(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\tmp_5.gif
Body:

----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 05-Sep-20 23:46:20(UTC-5)
Source App: Native Messages
Body:
I wish we could hangout tonight lol
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 06-Sep-20 21:01:51(UTC-5)
Source App: Native Messages
Body:
Ditto. I think it would be fun
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 06-Sep-20 21:22:16(UTC-5)
Source App: Native Messages
Body:
```

Yesssssss ssssir!
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 06-Sep-20 21:23:13(UTC-5)
Source App: Native Messages
Body:
How the puppy and your mom
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 06-Sep-20 21:24:18(UTC-5)
Source App: Native Messages
Body:
Good!
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 06-Sep-20 21:24:27(UTC-5)
Source App: Native Messages
Body:
How r u?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 06-Sep-20 21:24:45(UTC-5)
Source App: Native Messages
Body:
I'm good. AS ALWAYS 😁
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 06-Sep-20 21:26:08(UTC-5)
Source App: Native Messages
Body:
Of course you are
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 06-Sep-20 21:26:16(UTC-5)
Source App: Native Messages
Body:
You working rn?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 06-Sep-20 21:26:41(UTC-5)
Source App: Native Messages
Body:
Yes
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 06-Sep-20 21:27:16(UTC-5)
Source App: Native Messages
Body:
You should let me work with you😁 it'd be fun. Lmao
----------------------------

```
From: +12252909227 Officer Rodney
Timestamp: 06-Sep-20 21:28:50(UTC-5)
Source App: Native Messages
Body:
I'm sure it would
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 06-Sep-20 21:30:26(UTC-5)
Source App: Native Messages
Body:
100%
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 06-Sep-20 21:32:09(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\948E37AA-0D17-43F3-8E82-149D7B726BBE.gif
Body:

----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 06-Sep-20 21:36:07(UTC-5)
Source App: Native Messages
Body:
Lol
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 06-Sep-20 21:40:25(UTC-5)
Source App: Native Messages
Body:
👍
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 06-Sep-20 22:38:28(UTC-5)
Source App: Native Messages
Body:
WYD hun
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 00:12:04(UTC-5)
Source App: Native Messages
Body:
Crying nonstop.
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 00:12:08(UTC-5)
Source App: Native Messages
Body:
You ?
----------------------------
```

From: +12252909227 Officer Rodney
Timestamp: 07-Sep-20 00:28:13(UTC-5)
Source App: Native Messages
Body:
Just finished at gym. Y u crying
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 00:32:11(UTC-5)
Source App: Native Messages
Body:
Cool. And just really really upset tonight.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 07-Sep-20 00:33:32(UTC-5)
Source App: Native Messages
Body:
I'm sorry sweetie
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 00:34:05(UTC-5)
Source App: Native Messages
Body:
It's ok.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 07-Sep-20 00:43:49(UTC-5)
Source App: Native Messages
Body:
Anything I can do to make you smile
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 00:55:43(UTC-5)
Source App: Native Messages
Body:
You just did!
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 01:13:13(UTC-5)
Source App: Native Messages
Body:
Goodnight my badass cop friend!
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 07-Sep-20 16:34:41(UTC-5)
Source App: Native Messages
Body:
Hi sweetie. How you doing today
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 16:44:00(UTC-5)

```
Source App: Native Messages
Body:
I'm ok. You?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 07-Sep-20 16:44:36(UTC-5)
Source App: Native Messages
Body:
Always good
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 16:44:50(UTC-5)
Source App: Native Messages
Body:
Haha
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 07-Sep-20 16:45:33(UTC-5)
Source App: Native Messages
Body:
I passed your house earlier
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 16:46:47(UTC-5)
Source App: Native Messages
Body:
Stalker
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 07-Sep-20 16:47:48(UTC-5)
Source App: Native Messages
Body:
You like it🙂
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 16:49:41(UTC-5)
Source App: Native Messages
Body:
The fact that you passed by and didn't think to even say hello.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 07-Sep-20 16:56:08(UTC-5)
Source App: Native Messages
Body:
Didn't know if you were home
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 16:56:24(UTC-5)
Source App: Native Messages
Body:
```

```
I'm always home.
---------------------------
From: +12252909227 Officer Rodney
Timestamp: 07-Sep-20 16:56:57(UTC-5)
Source App: Native Messages
Body:
Lol. Ok I'll come swing by. Is mom home?
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 16:57:21(UTC-5)
Source App: Native Messages
Body:
Of course lol
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 16:57:24(UTC-5)
Source App: Native Messages
Body:
When?
---------------------------
From: +12252909227 Officer Rodney
Timestamp: 07-Sep-20 16:57:24(UTC-5)
Source App: Native Messages
Body:
Ok
---------------------------
From: +12252909227 Officer Rodney
Timestamp: 07-Sep-20 16:57:40(UTC-5)
Source App: Native Messages
Body:
About 10 minutes
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 16:57:56(UTC-5)
Source App: Native Messages
Body:
Ok. I should probably put clothes on. Lmao
---------------------------
From: +12252909227 Officer Rodney
Timestamp: 07-Sep-20 16:58:13(UTC-5)
Source App: Native Messages
Body:
Lol
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 17:00:37(UTC-5)
Source App: Native Messages
Body:
My mom is about to take a shower. Lol. You wanna stop by after she gets out so you
can say hello?
```

```
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 07-Sep-20 17:03:16(UTC-5)
Source App: Native Messages
Body:
Ok. Just let me know when she done
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 17:07:03(UTC-5)
Source App: Native Messages
Body:
Ok!
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 17:14:26(UTC-5)
Source App: Native Messages
Body:
Or just stop by now. I'm bored
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 07-Sep-20 17:18:57(UTC-5)
Source App: Native Messages
Body:
Ok
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 17:42:33(UTC-5)
Source App: Native Messages
Body:
Jason Rosier
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 07-Sep-20 17:42:46(UTC-5)
Source App: Native Messages
Body:
K
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 18:39:09(UTC-5)
Source App: Native Messages
Body:
Is city park closed?
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 18:39:26(UTC-5)
Source App: Native Messages
Body:
Because I kinda wanna go on a run, but I don't want to have to pay a fine .
----------------------------
From: +12252909227 Officer Rodney
```

```
Timestamp: 07-Sep-20 18:47:17(UTC-5)
Source App: Native Messages
Body:
No you can go run
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 07-Sep-20 20:13:42(UTC-5)
Source App: Native Messages
Body:
How was your run
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 20:16:00(UTC-5)
Source App: Native Messages
Body:
I ran 8 miles lmao. Just now getting out of the shower.
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 07-Sep-20 20:16:06(UTC-5)
Source App: Native Messages
Body:
So id say... ok.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 07-Sep-20 20:35:14(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\2FED8D32-1439-4B2D-A691-6A9AED9682B9.gif
Body:

----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 00:35:37(UTC-5)
Source App: Native Messages
Body:
Hey
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 08-Sep-20 00:35:58(UTC-5)
Source App: Native Messages
Body:
Hi
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 00:36:10(UTC-5)
Source App: Native Messages
Body:
I can't sleep
----------------------------
From: +12252909227 Officer Rodney
```

```
Timestamp: 08-Sep-20 00:36:19(UTC-5)
Source App: Native Messages
Body:
Aww
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 00:36:22(UTC-5)
Source App: Native Messages
Body:
Lol
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 00:36:35(UTC-5)
Source App: Native Messages
Body:
However, I'm exhausted.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 08-Sep-20 00:36:39(UTC-5)
Source App: Native Messages
Body:
I just got into bed
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 00:36:48(UTC-5)
Source App: Native Messages
Body:
Cooool
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 00:36:58(UTC-5)
Source App: Native Messages
Body:
Welllll
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 00:37:09(UTC-5)
Source App: Native Messages
Body:
I'll let you get some sleep then.
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 00:37:20(UTC-5)
Source App: Native Messages
Body:
GoOdNiGhT
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 08-Sep-20 00:37:23(UTC-5)
Source App: Native Messages
```

Body:
Sweet dreams
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 00:37:42(UTC-5)
Source App: Native Messages
Body:
✊
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 10:13:00(UTC-5)
Source App: Native Messages
Body:
GoOd MoRnInG
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 08-Sep-20 11:18:54(UTC-5)
Source App: Native Messages
Body:
Morning hun
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 12:05:32(UTC-5)
Source App: Native Messages
Body:
Wasssup
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 08-Sep-20 12:06:22(UTC-5)
Source App: Native Messages
Body:
Getting ready for work. Wyd
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 12:46:21(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\63166E2F-6938-4E7A-B9B6-DCDE127AAC45.pluginPayloadAttachment
#2: files\Image\0B7B8F67-AF48-4322-AE6B-5566E2F90D18.pluginPayloadAttachment
Body:
https://vm.tiktok.com/ZMJARuq73/
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 12:46:30(UTC-5)
Source App: Native Messages
Body:
Watch this shit😂
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 08-Sep-20 13:29:25(UTC-5)

```
Source App: Native Messages
Body:
😁
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 16:41:47(UTC-5)
Source App: Native Messages
Body:
Hey
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 17:03:58(UTC-5)
Source App: Native Messages
Body:
Car is gone😊
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 08-Sep-20 17:12:46(UTC-5)
Source App: Native Messages
Body:
😁
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 17:17:05(UTC-5)
Source App: Native Messages
Body:
Ikr
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 17:48:17(UTC-5)
Source App: Native Messages
Body:
Come over
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 08-Sep-20 18:19:37(UTC-5)
Source App: Native Messages
Body:
On a call. I'll try
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 18:32:26(UTC-5)
Source App: Native Messages
Body:
Okie
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 20:05:21(UTC-5)
Source App: Native Messages
Body:
```

```
Come over now
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 20:05:24(UTC-5)
Source App: Native Messages
Body:
I miss you silly
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 20:05:29(UTC-5)
Source App: Native Messages
Body:
And you make me laugh
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 20:05:36(UTC-5)
Source App: Native Messages
Body:
And I wanna sit in your unit
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 08-Sep-20 20:29:49(UTC-5)
Source App: Native Messages
Body:
In hospital with a prisoner
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 20:30:30(UTC-5)
Source App: Native Messages
Body:
Is he nice?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 08-Sep-20 21:09:03(UTC-5)
Source App: Native Messages
Body:
POS
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 08-Sep-20 21:09:21(UTC-5)
Source App: Native Messages
Body:
Involved in killing someone
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 21:10:07(UTC-5)
Source App: Native Messages
Body:
Damn
----------------------------
```

```
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 08-Sep-20 23:53:28(UTC-5)
Source App: Native Messages
Body:
Hey
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 09-Sep-20 15:26:24(UTC-5)
Source App: Native Messages
Body:
The car is back
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 09-Sep-20 15:26:27(UTC-5)
Source App: Native Messages
Body:
Lol
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 09-Sep-20 15:27:19(UTC-5)
Source App: Native Messages
Body:
☹
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 09-Sep-20 15:27:32(UTC-5)
Source App: Native Messages
Body:
Yep
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 09-Sep-20 20:02:42(UTC-5)
Source App: Native Messages
Body:
Is planet fitness a good gym?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 09-Sep-20 20:06:35(UTC-5)
Source App: Native Messages
Body:
Yes it's ok
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 09-Sep-20 20:10:02(UTC-5)
Source App: Native Messages
Body:
Thanks.
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Sep-20 10:59:09(UTC-5)
```

Source App: Native Messages
Body:
Hola
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 11-Sep-20 17:15:33(UTC-5)
Source App: Native Messages
Body:
Hi honey
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Sep-20 17:18:25(UTC-5)
Source App: Native Messages
Body:
Come overrrr
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Sep-20 17:54:26(UTC-5)
Source App: Native Messages
Body:
Is your unit number 19024?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 11-Sep-20 17:55:27(UTC-5)
Source App: Native Messages
Body:
Yes. Just pulled up. On phone with supervisor
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Sep-20 18:01:37(UTC-5)
Source App: Native Messages
Body:
So does that mean since your here, I can come sit in the unit with you? I'll be
good. 😊
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 11-Sep-20 18:02:25(UTC-5)
Source App: Native Messages
Body:
I'll be back. Have to run on call real quick
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Sep-20 18:02:36(UTC-5)
Source App: Native Messages
Body:
Okie
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 11-Sep-20 19:35:10(UTC-5)
Source App: Native Messages

Body:
⊚⊚
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Sep-20 19:41:16(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\f770a8a5bbc6b0d0611e78daf9acc168-sticker.png
Body:

----------------------------
From: +12252909227 Officer Rodney
Timestamp: 11-Sep-20 19:42:04(UTC-5)
Source App: Native Messages
Body:
What wrong
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Sep-20 19:46:04(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\a8c7464e1db2063515576de664c75467-sticker.png
Body:

----------------------------
From: +12252909227 Officer Rodney
Timestamp: 11-Sep-20 19:46:52(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\A0B9F301-AB42-4E3F-968C-4DF3A6E8A714.gif
Body:

----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Sep-20 19:50:31(UTC-5)
Source App: Native Messages
Body:
You wish
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 11-Sep-20 19:51:14(UTC-5)
Source App: Native Messages
Body:
Lol. Ditto
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Sep-20 19:54:56(UTC-5)
Source App: Native Messages
Body:
☎

```
-----------------------------
From: +12252909227 Officer Rodney
Timestamp: 11-Sep-20 20:00:47(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\5C620255-4C47-4532-BEC4-F3AC11F2BC22.gif
Body:

-----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Sep-20 20:47:52(UTC-5)
Source App: Native Messages
Body:
🧑‍🦰♀
-----------------------------
From: +12252909227 Officer Rodney
Timestamp: 11-Sep-20 20:50:33(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\306AE3D3-DD3D-40D2-9390-91A82ACE114D.gif
Body:

-----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Sep-20 20:56:15(UTC-5)
Source App: Native Messages
Body:
Lol. I can shake ass better than that.
-----------------------------
From: +12252909227 Officer Rodney
Timestamp: 11-Sep-20 20:57:33(UTC-5)
Source App: Native Messages
Body:
Lol
-----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Sep-20 20:59:10(UTC-5)
Source App: Native Messages
Body:
🧍
-----------------------------
From: +12252909227 Officer Rodney
Timestamp: 11-Sep-20 21:00:56(UTC-5)
Source App: Native Messages
Body:
👍
-----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Sep-20 21:02:02(UTC-5)
Source App: Native Messages
```

Body:
🧑‍🎤♂

---------------------------
From: +12252909227 Officer Rodney
Timestamp: 11-Sep-20 21:03:47(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\IMG_5651.png
Body:

---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 11-Sep-20 21:04:57(UTC-5)
Source App: Native Messages
Body:
You look like a dick in that pic
---------------------------
From: +12252909227 Officer Rodney
Timestamp: 11-Sep-20 21:05:03(UTC-5)
Source App: Native Messages
Body:
Lol
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 12-Sep-20 18:37:32(UTC-5)
Source App: Native Messages
Body:
Hey
---------------------------
From: +12252909227 Officer Rodney
Timestamp: 12-Sep-20 20:56:13(UTC-5)
Source App: Native Messages
Body:
Hi from Mr. Dick. Lol
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 12-Sep-20 21:25:29(UTC-5)
Source App: Native Messages
Body:
Hello Mr. Dick.
---------------------------
From: +12252909227 Officer Rodney
Timestamp: 12-Sep-20 21:31:06(UTC-5)
Source App: Native Messages
Body:
Hi baby girl
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 12-Sep-20 22:19:48(UTC-5)
Source App: Native Messages

Body:
Hey!
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 12-Sep-20 22:20:15(UTC-5)
Source App: Native Messages
Body:
Hey!
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 12-Sep-20 22:20:30(UTC-5)
Source App: Native Messages
Body:
What's up
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 12-Sep-20 22:43:11(UTC-5)
Source App: Native Messages
Body:
Inflation 🌐
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 12-Sep-20 22:43:19(UTC-5)
Source App: Native Messages
Body:
Wyd
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 12-Sep-20 22:46:33(UTC-5)
Source App: Native Messages
Body:
Haha
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 12-Sep-20 22:46:45(UTC-5)
Source App: Native Messages
Body:
Not much. You workin?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 12-Sep-20 22:47:50(UTC-5)
Source App: Native Messages
Body:
Driving home from work
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 12-Sep-20 22:48:12(UTC-5)
Source App: Native Messages
Body:
U can call me if you want

```
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 12-Sep-20 22:48:48(UTC-5)
Source App: Native Messages
Body:
I'm watching a movie with my mom. But you shouldn't be texting while driving. Haha.
I'm gonna call the cops.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 12-Sep-20 22:49:25(UTC-5)
Source App: Native Messages
Body:
So
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 12-Sep-20 22:49:51(UTC-5)
Source App: Native Messages
Body:
How often do you break the law like this?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 12-Sep-20 22:50:30(UTC-5)
Source App: Native Messages
Body:
I don't care bout popo
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 12-Sep-20 23:01:55(UTC-5)
Source App: Native Messages
Body:
Clearly
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 12-Sep-20 23:09:15(UTC-5)
Source App: Native Messages
Body:
👍
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 12-Sep-20 23:11:32(UTC-5)
Source App: Native Messages
Body:
👍
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 12-Sep-20 23:11:42(UTC-5)
Source App: Native Messages
Body:
Lol
----------------------------
```

From: +12252909227 Officer Rodney
Timestamp: 13-Sep-20 00:03:54(UTC-5)
Source App: Native Messages
Body:
What movie y'all watching
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 00:34:31(UTC-5)
Source App: Native Messages
Body:
Idk was some weird movie
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 13-Sep-20 00:35:26(UTC-5)
Source App: Native Messages
Body:
If it was weird you should have had no problem with it. 😂😂😂
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 13:53:51(UTC-5)
Source App: Native Messages
Body:
Hey
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 13-Sep-20 13:55:57(UTC-5)
Source App: Native Messages
Body:
Hi
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 14:32:19(UTC-5)
Source App: Native Messages
Body:
Wanna stop by later?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 13-Sep-20 15:25:08(UTC-5)
Source App: Native Messages
Body:
If able I will. I'm on other side district right now
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 16:23:59(UTC-5)
Source App: Native Messages
Body:
So I just got a call from a no caller Id number... I answered it... it was Jason. He
was saying how he wanted to let me know that he missed me.
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)

```
Timestamp: 13-Sep-20 16:24:25(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\RenderedImage_1.PNG
Body:


----------------------------
From: +12252909227 Officer Rodney
Timestamp: 13-Sep-20 16:24:50(UTC-5)
Source App: Native Messages
Body:
Wow
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 16:26:03(UTC-5)
Source App: Native Messages
Body:
Yep.
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 16:28:13(UTC-5)
Source App: Native Messages
Body:
My mom heard the call too. She almost cursed him out. Haha.


I wanna get him to come to my house then call the cops.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 13-Sep-20 16:28:31(UTC-5)
Source App: Native Messages
Body:
👍🏽
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 16:28:41(UTC-5)
Source App: Native Messages
Body:
Can I do that?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 13-Sep-20 16:30:44(UTC-5)
Source App: Native Messages
Body:
Ask the detective first
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 20:05:19(UTC-5)
Source App: Native Messages
Body:
```

```
Hey
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 13-Sep-20 21:35:12(UTC-5)
Source App: Native Messages
Body:
Hi honey
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 13-Sep-20 22:51:22(UTC-5)
Source App: Native Messages
Body:
Wyd
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 23:10:31(UTC-5)
Source App: Native Messages
Body:
I'm so upset I can't fucking take it anymore.
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 23:11:21(UTC-5)
Source App: Native Messages
Body:
I FUCKING HATE LIFE
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 23:11:30(UTC-5)
Source App: Native Messages
Body:
ITS FULL OF FUCKING SHIT
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 23:11:37(UTC-5)
Source App: Native Messages
Body:
ITS FUCKING BULLSHIT
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 13-Sep-20 23:13:29(UTC-5)
Source App: Native Messages
Body:
What wrong
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 23:15:49(UTC-5)
Source App: Native Messages
Body:
Everything
----------------------------
```

```
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 23:16:03(UTC-5)
Source App: Native Messages
Body:
EVERYTHING IS FUCKING BULLSHIT
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 23:16:07(UTC-5)
Source App: Native Messages
Body:
AND IM OVER IT
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 23:16:13(UTC-5)
Source App: Native Messages
Body:
IM FUCKING DONE
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 13-Sep-20 23:16:15(UTC-5)
Source App: Native Messages
Body:
Like what
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 23:16:26(UTC-5)
Source App: Native Messages
Body:
You wouldn't understand
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 13-Sep-20 23:16:48(UTC-5)
Source App: Native Messages
Body:
U don't know that
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 23:23:05(UTC-5)
Source App: Native Messages
Body:
It's Jim
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 23:23:21(UTC-5)
Source App: Native Messages
Body:
Your just gonna think it's stupid
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 13-Sep-20 23:23:41(UTC-5)
```

```
Source App: Native Messages
Body:
I figured. What going on
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 23:36:58(UTC-5)
Source App: Native Messages
Body:
Add my Snapchat
---------------------------
From: +12252909227 Officer Rodney
Timestamp: 13-Sep-20 23:38:36(UTC-5)
Source App: Native Messages
Body:
What is it
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 23:40:29(UTC-5)
Source App: Native Messages
Body:
gg .ha ne
---------------------------
From: +12252909227 Officer Rodney
Timestamp: 13-Sep-20 23:41:18(UTC-5)
Source App: Native Messages
Body:
Done
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 13-Sep-20 23:42:00(UTC-5)
Source App: Native Messages
Body:
Thanks
---------------------------
From: +12252909227 Officer Rodney
Timestamp: 13-Sep-20 23:42:29(UTC-5)
Source App: Native Messages
Body:
Welcome
---------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 14-Sep-20 12:56:43(UTC-5)
Source App: Native Messages
Body:
Hey
---------------------------
From: +12252909227 Officer Rodney
Timestamp: 14-Sep-20 13:00:38(UTC-5)
Source App: Native Messages
Body:
```

Hi sweetie
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 14-Sep-20 13:00:49(UTC-5)
Source App: Native Messages
Body:
What y'all doing
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 14-Sep-20 13:01:44(UTC-5)
Source App: Native Messages
Body:
My mom is watching a movie. I'm crying in my room. You?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 14-Sep-20 13:02:03(UTC-5)
Source App: Native Messages
Body:
Just working
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 14-Sep-20 13:21:21(UTC-5)
Source App: Native Messages
Body:
Cool
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 14-Sep-20 15:01:41(UTC-5)
Source App: Native Messages
Body:
WYD baby doll
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 14-Sep-20 15:44:40(UTC-5)
Source App: Native Messages
Attachments:
#1: files\Image\IMG_5939.png
Body:

----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 15-Sep-20 13:14:20(UTC-5)
Source App: Native Messages
Body:
Hey
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 15-Sep-20 14:19:45(UTC-5)
Source App: Native Messages
Body:

```
Hi hun. How you doing
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 15-Sep-20 14:54:16(UTC-5)
Source App: Native Messages
Body:
Hiii
I'm ok. You?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 15-Sep-20 15:08:58(UTC-5)
Source App: Native Messages
Body:
I'm ALWAYS good 😄
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 15-Sep-20 15:14:30(UTC-5)
Source App: Native Messages
Body:
So you keep saying. Lol
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 15-Sep-20 15:14:54(UTC-5)
Source App: Native Messages
Body:
I speak the truth
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 15-Sep-20 15:15:07(UTC-5)
Source App: Native Messages
Body:
Sure
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 15-Sep-20 15:16:51(UTC-5)
Source App: Native Messages
Body:
😍😍😍
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 15-Sep-20 15:18:13(UTC-5)
Source App: Native Messages
Body:

----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 15-Sep-20 16:43:19(UTC-5)
Source App: Native Messages
Body:
You working?
```

```
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 15-Sep-20 17:40:27(UTC-5)
Source App: Native Messages
Body:
Yep
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 15-Sep-20 18:36:43(UTC-5)
Source App: Native Messages
Body:
Stop by
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 15-Sep-20 19:06:54(UTC-5)
Source App: Native Messages
Body:
I will tomorrow. Have 3 reports to finish before I can leave
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 15-Sep-20 21:01:50(UTC-5)
Source App: Native Messages
Body:
Ohhh
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 17-Sep-20 23:02:12(UTC-5)
Source App: Native Messages
Body:
One sec
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 17-Sep-20 23:02:37(UTC-5)
Source App: Native Messages
Body:
U call me when you can
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 17-Sep-20 23:36:38(UTC-5)
Source App: Native Messages
Body:
Will call u back n 2 minutes
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 03:09:45(UTC-5)
Source App: Native Messages
Body:
I'm gonna kill myself
----------------------------
From: +12252909227 Officer Rodney
```

```
Timestamp: 25-Sep-20 03:10:07(UTC-5)
Source App: Native Messages
Body:
No you not
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 03:10:44(UTC-5)
Source App: Native Messages
Body:
I can't take this
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Sep-20 03:11:16(UTC-5)
Source App: Native Messages
Body:
I'm going to be up for about 10 more minutes if you want to call
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 03:11:42(UTC-5)
Source App: Native Messages
Body:
I can't, my mom is gonna be listening to every word.
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Sep-20 03:12:22(UTC-5)
Source App: Native Messages
Body:
Ok. What happened since we talked?  Anything different
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 03:13:05(UTC-5)
Source App: Native Messages
Body:
My mom is kicking me out
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 03:13:28(UTC-5)
Source App: Native Messages
Body:
She's so fucking mean to me I can't take it
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Sep-20 03:14:32(UTC-5)
Source App: Native Messages
Body:
I'm sorry. Wish I could say something to help
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 10:30:55(UTC-5)
Source App: Native Messages
```

Body:
Hey.
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 10:31:05(UTC-5)
Source App: Native Messages
Body:
Can you call me, so I can say hello?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Sep-20 12:00:56(UTC-5)
Source App: Native Messages
Body:
Just waking up. Text me when able
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 12:03:24(UTC-5)
Source App: Native Messages
Body:
Hey
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Sep-20 12:04:01(UTC-5)
Source App: Native Messages
Body:
Was worried when I didn't hear back from you last night
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 12:04:09(UTC-5)
Source App: Native Messages
Body:
Oh
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Sep-20 12:04:36(UTC-5)
Source App: Native Messages
Body:
How are things going
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 12:24:52(UTC-5)
Source App: Native Messages
Body:
Ok. I guess
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 12:52:40(UTC-5)
Source App: Native Messages
Body:
I miss you

```
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Sep-20 13:06:14(UTC-5)
Source App: Native Messages
Body:
What do you mean you guess?  Are you still at home? Are things any better with your
mom?
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Sep-20 13:06:29(UTC-5)
Source App: Native Messages
Body:
What happened at exam
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 13:11:58(UTC-5)
Source App: Native Messages
Body:
I'm still at the place
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 13:12:08(UTC-5)
Source App: Native Messages
Body:
There talking with my mom
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Sep-20 13:12:42(UTC-5)
Source App: Native Messages
Body:
Ok
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Sep-20 13:20:50(UTC-5)
Source App: Native Messages
Body:
I'm on phone with my mom
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 13:21:35(UTC-5)
Source App: Native Messages
Body:
Ok
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Sep-20 13:21:51(UTC-5)
Source App: Native Messages
Body:
Is everything ok
----------------------------
```

From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 13:36:17(UTC-5)
Source App: Native Messages
Body:
Yeah for now
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Sep-20 14:18:53(UTC-5)
Source App: Native Messages
Body:
U able to talk
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Sep-20 14:25:12(UTC-5)
Source App: Native Messages
Body:
Hope you feeling better. Tell my puppy hello😁
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 15:26:19(UTC-5)
Source App: Native Messages
Body:
Meanie
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Sep-20 15:26:27(UTC-5)
Source App: Native Messages
Body:
I'm in bad area
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 15:26:58(UTC-5)
Source App: Native Messages
Body:
Call back then.
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 15:27:02(UTC-5)
Source App: Native Messages
Body:
Pleaseeeee
----------------------------
From: +15045000851 _$!<Other>!$_ (owner)
Timestamp: 25-Sep-20 15:27:06(UTC-5)
Source App: Native Messages
Body:
I miss you
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Sep-20 16:06:00(UTC-5)

```
Source App: Native Messages
Body:
Going down road to car wash   Try FaceTime me
----------------------------
From: +12252909227 Officer Rodney
Timestamp: 25-Sep-20 16:14:43(UTC-5)
Source App: Native Messages
Body:
Ok. Well headed back to visit family. I'll check on y'all tomorrow. Tell mom I said
hi.
----------------------------
```