UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H. | * * * | CIVIL ACTION NO. 21-407 |
| VERSUS | * * * | SECTION: "J" JUDGE BARBIER |
| RODNEY VICKNAIR, et al | * * | MAG. DIV. (4) MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERGEANT KIMERA DUFEAL

Kimera Dufeal declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. The following statements are based on my personal knowledge and a review of New Orleans Police Department ("NOPD") records which were made and kept in the ordinary course of NOPD business.

2. I am a Sergeant employed by the NOPD in the First District Administration. My job duties include maintenance and keeping of all records of the NOPD's First District.

3. From May 2020 to September 25, 2020, NOPD officer Rodney Vicknair was assigned to the First District of NOPD.

4. The records contained in Exhibit 6 to the Response and Opposition of Defendants Shaun Ferguson and The City of New Orleans to Plaintiff's Motion for Partial Summary Judgment Against Defendant Rodney Vicknair are true and accurate copies of NOPD officers' Daily Activity Report, commonly referred to as "Trip Sheets," which are made and kept in the ordinary course of NOPD business.

5. The trip sheet for Rodney Vicknair for May 26, 2020 (Exhibit 6, CNO 737), indicates that Mr. Vicknair shared a vehicle on that day with another officer, Curtis Carkum. The

EXHIBIT C

EXHIBIT 9

trip sheet shows that Mr. Vicknair and Officer Carkum responded to a call at ▓▓▓▓ St. from 3:54 and 4:20 p.m. on May 26, 2020.

6. The trip sheet for Michelangelo Carroll for May 26, 2020 (Exhibit 6, CNO 737), indicates that Officer Carroll responded to a call at 860 Olga St. between the times of 3:57 and 4:32 p.m. on May 26, 2020.

7. The trip sheet for Mr. Vicknair on September 23, 2020, shows that he shared a vehicle on that day with another officer, Casey Riley. The trip sheet for that day shows that Mr. Vicknair was at or near the intersection of Olga St. and Dumaine street from 5:32 to 5:53 p.m. In addition, the trip sheet for that day shows that Mr. Vicknair went off duty at or near 11:00 p.m.

8. There are no records of the NOPD that indicate that Mr. Vicknair conducted any NOPD business or that NOPD had any knowledge of Mr. Vicknair's activities after he completed his shift at 11:00 p.m. on September 23, 2020.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed at New Orleans, Louisiana, this ____ day of June, 2023.

*[signature]*
Sergeant Kimera Dufeal
New Orleans Police Department

**NEW ORLEANS POLICE DEPARTMENT**
**OFFICER'S DAILY ACTIVITY REPORT**

Officer #1: NAME CARKUM, CURTIS   Employee ID 31614
Division/District: 5T   Platoon 2ND
Officer #2: NAME VICKNAIR, RODNEY   Employee ID 25PK
DATE 5/26/20   Unit# 125B   HOURS 2
INCIDENT:
CHARGE CODE: B45B 30PM -11

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank-RIC (#) | BWC (N) | CBW (N) | MVU (N) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STATION | ROL | CALL | | 25 | 02 | | | | | | |
| ESPLANADE/N. GALVEZ | 20 | 32051 | 26 | 26 | 3:48 | 10-8 | | ✓ | ✓ | ✓ | BTOD |
| " | 42 | 32154 | 3:50 | 3:54 | 3:20 | NAT | 1 | ✓ | ✓ | ✓ | ① F/C ② CITATIONS |
| " | 10-48 | " " | 4:20 | 4:45 | 4:30 | NAT | | ✓ | ✓ | | |
| I-10 E @ 2518 EAST | 18 | 32343 | 6:36 | 6:47 | 6:50 | 10-31 | | ✓ | ✓ | ✓ | UNIT 4332 ESCORTED TO CHILDREN'S HOSPITAL 18/03 |
| ST. BERNARD/N. CLAIBORNE | 22A | 32513 | 9:08 | 9:28 | 6:00 | GOA | | ✓ | ✓ | ✓ | |
| STATION | 10-19 | | 10:06 | 10:12 | 11:00 | NAT | | | | | |
| | | | | | | 10-7 | | | | | DOR |

EXHIBIT 6

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank (√) | FIC (#) | BWC (√) 1 2 | CEW (√) 1 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Bodies Asst  966  95  D/V  Attch  Other  DUI

| | Count |
|---|---|
| Felony arr. | |
| Misdemeanor arr. | |
| Municipal arr. | |
| Traffic arr. | |
| Summons issued | |
| Juvenile (major) | |
| Juvenile (minor) | |
| Trauma arr. | |
| Curfew arr. | |
| Truant (custody) | |
| Curfew (custodial) | |

Summary of officer's activity

| | Count |
|---|---|
| New complaint | 4 |
| Old complaint | |
| RUF | |
| Supplemental | |
| Accident (no injury) | |
| Accident (injury) | |
| Accident citations | |

| Vice check | Count |
|---|---|
| Stolen vehicle check | |
| Abandoned veh. check | |
| Residence check | |
| Business check | |

Warrants

| | Count |
|---|---|
| Obtained | |
| Served | |
| Attempted | |

Seized/Confiscated

| | Amount |
|---|---|
| Firearms | |
| Marijuana | |
| Cocaine/Crack | |
| Heroin | |
| Other narcotics | |

Traffic stops

| | Count |
|---|---|
| Vehicles | 4 |
| FIC | 1 |
| Citations issued | 2 |
| Warning issued | |

Pedestrian stops

| | Count |
|---|---|
| Pedestrians | |
| FIC | |

Start of shift

| | N/A | Yes | No | If no, Sup. notified | Sup. initials |
|---|---|---|---|---|---|
| AVL working? | | √ | | | |
| MVU working with sufficient storage? | | √ | | | |
| BWC functions? | | √ | | | |
| CEW & CEW camera functions? | | √ | | | |
| Vehicle inspected and OK? | | √ | | | |

End of shift

| | N/A | Yes | No | If no, sup. notified | Sup. initials |
|---|---|---|---|---|---|
| Vehicle inspected and OK? | | √ | | | |

Comments:

Vehicle # 190022  A# 190 22  Starting Mileage 29372  Ending Mileage 27408  Total Miles 36

Officer #1 [signature]  Officer #2 [signature]  Supervisor [signature]

SIGNATURE  SIGNATURE  SIGNATURE

Approved:
Disapproved:
Counseled:

rm 31 Revised November 14, 2014

CNO 0736

**NEW ORLEANS POLICE DEPARTMENT**
**OFFICER'S DAILY ACTIVITY REPORT**

Officer #1: Michelangelo Carroll  Employee ID: 031237  Officer #2: _____ Employee ID: _____  INCIDENT: _____  CHARGE CODE: _____

Division/District: 1  Platoon: 2nd  Unit # 137-B  Rank: _____  DATE 05-26-20  HOURS 2:25 - 11:00

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank (√) | FIC (#) | BWC (√) 1 | BWC (√) 2 | CEW (√) 1 | CEW (√) 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATION | 1054 | CALL | 2:25 | 2:25 | 2:45 | 10-8 | | | | | | | | w service |
| 724 N Carrollton | 20 | 32011 | 3:19 | 3:25 | 3:31 | NAT | | | | | | | | 2L NAT |
| | 42 | 32154 | 3:50 | 3:57 | 4:32 | 10-31 | | | √ | | | | | |
| S Claiborne & Cleveland | 20 | 32068 | 4:32 | 4:34 | 4:50 | GOA | | | | | | | | |
| 124 S Lopez | 103 | 32239 | 4:57 | 5:00 | 5:13 | NAT | | | √ | | | | | |
| S Claiborne & Cleveland | 20 | 32048 | 5:20 | 5:25 | 6:14 | (RTF) | | | 1 | | | | | No CITS |
| STATION | 10-19 | 32085 | 6:18 | 6:16 | 7:24 | NAT | | | 1 | | | | | |
| N Rampart & Barracks | 48 | 32434 | 7:31 | 7:31 | 7:49 | 10-71 | | | √ | | | | | |
| 2600 Esplanade | 22A | 32428 | 7:52 | 7:52 | 8:15 | NAT | | | | | | | | |
| Columbus St & N Pierce | 18 | 32469 | 8:17 | 8:14 | 8:58 | 10-3 | | | √ | | | | | |
| STATION | 10-18 | 32202 | 4:17 | 9:20 | 14:20 | NAT | | | | | | | | |
| STATION | 10-19 | — | 10:20 | 10:25 | 11:00 | 10-7 | | | | | | | | RTOD |



# NEW ORLEANS POLICE DEPARTMENT
## OFFICER'S DAILY ACTIVITY REPORT

INCIDENT: _____
CHARGE CODE: _____

Officer #1: RILEY, CASEY  Employee ID: 31795
Officer #2: VICKNAIR, RODNEY  Employee ID: 18458

Division/District: 1  Platoon: B  Unit #: 125B  DATE: 9-23-2020  HOURS: 1425

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rank (√) | FIC (#) | BWC (√) 1 | BWC (√) 2 | CEW (√) 1 | CEW (√) 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATION | 20L | CALL | 1425 | 1425 | 1500 | 10-8 | √ | | √ | √ | √ | √ | √ | ICU/BWC TEST |
| 3300 ST PETER | 103F | 29693 | 1505 | 1514 | 1517 | GOA | | | √ | √ | | | √ | |
| 3300 ST PETER | 1030 | 29755 | 1517 | 1517 | 1648 | NAT | | | √ | √ | | | √ | 1 CIT |
| UMC | 10-15 | 29755 | 1524 | 1533 | 1648 | 16-31 | | | | | | | | M/ 11:3:13 |
| 2108 ST BERNARD | 21 | 29858 | 1648 | 1651 | 1710 | NAT | | | √ | | | | √ | |
| ██████ | 21A | 29912 | 1732 | 1732 | 1753 | NAT | | | | | | | | |
| PUMPS | 10-10 | | | 1806 | 1810 | 10-31 | | | | | | | | |
| FLYOVER | 18 | 36041 | 1908 | 1910 | 1826 | 10-31 | | | √ | √ | | | √ | OUT OF DISTRICT |
| 101 MARAIS | 21 | 30058 | 1917 | 1922 | 1913 | GOA | | | √ | √ | | | √ | |
| 300 N BROAD | 90 | | 1942 | 1952 | 1940 | NAT | | | | | | | | LUNCH BREAK |
| 632 N PIERCE | 62A | 30111 | 2026 | 2030 | 2023 | 10-31 | | | | | | | √ | |
| 2757 ORLEANS AVE | 62A | 30099 | 2051 | 2055 | 2042 | NAT | | | √ | √ | | | √ | |
| ESPLANADE / N CLAIBORNE | 21 | 30234 | 2155 | 2155 | 2100 | NAT | | | √ | √ | | | √ | FLAG DOWN |
| STATION | 10-19 | | | 2203 | 2200 | NAT | | | | | | | √ | DOR/E TOD |
| | | | 2200 | | 2300 | 10-7 | | | | | | | | |

CNO 3305

Form 31 Revised November 14, 2014

| Location | Signal | Item | Time Rec'd | Time Arr. | Time Comp. | DISPO | Rack (√) | FIC (#) | BWC (√) 1 2 | CEW (√) 1 2 | MVU (√) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Bodies Asst**  966  95  D/V  Atch  Other  DUI

- Felony arr.
- Misdemeanor arr.
- Municipal arr.
- Traffic arr.
- Summons issued
- Juvenile (major)
- Juvenile (minor)
- Truant arr.
- Curfew arr.
- Truant (custodial)
- Curfew (custodial)

**Summary of officer's activity**

Count
- New complaint: 9
- Old complaint
- RTF
- Supplemental
- Accident (no injury)
- Accident (injury)
- Accident citations

Seized/Confiscated — Amount
- Firearms
- Marijuana
- Cocaine/Crack
- Heroin
- Other narcotics

Count
- Vice check
- Stolen vehicle check
- Abandoned veh. check
- Residence check
- Business check

**Warrants** Count
- Obtained
- Served
- Attempted

**Pedestrian stops** Count
- Pedestrians
- FIC

**Traffic stops** Count
- Vehicles
- FIC
- Citations issued
- Warning issued

**Start of shift**

|  | N/A | Yes | No | If no, Sup. notified | Sup. initials |
|---|---|---|---|---|---|
| AVL working? |  | √ |  |  |  |
| MVU working with sufficient storage? |  | √ |  |  |  |
| BWC functions? |  | √ |  |  |  |
| CEW & CEW camera functions? |  | √ |  |  |  |
| Vehicle inspected and OK? |  | √ |  |  |  |

Vehicle # 19022  A# 19022  Starting Mileage 25309

Officer #1 SIGNATURE [signed]   Officer #2 SIGNATURE [signed]

**End of shift**

|  | N/A | Yes | No | If no, sup. notified | Sup. initials |
|---|---|---|---|---|---|
| Vehicle inspected and OK? |  | √ |  |  |  |

Comments:

Ending Mileage 25354   Total Miles 45

Supervisor _____ SIGNATURE

Approved: ___
Disapproved: ___
Counseled: ___

Form 31 Revised November 14, 2014

CNO 3306