UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RAYNE UPTON, individually and on behalf of her minor daughter, G.H.**

**VERSUS**

**RODNEY VICKNAIR, et al**

CIVIL ACTION

NO: 21-407

SECTION: "J" (4)

### ORDER

IT IS ORDERED that Defendants Sean Ferguson and the City of New Orleans's **Motion for Leave to Take Deposition of Andrea Wright After Discovery Cutoff (R. Doc. 128)** shall be heard **by oral argument** on **February 7, 2024, at 11:00 a.m.** in the undersigned United States Magistrate Judge's Courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

New Orleans, Louisiana, this 1st day of February 2024.

**KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE**