UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON | CIVIL ACTION |
| VERSUS | No. 21-407 |
| RODNEY VICKNAIR, ET AL. | SECTION: "J"(4) |

### ORDER

Considering the foregoing Daubert *Motion to Limit Testimony of Shannon E. Smith, LPC-S, NCC* **(Rec. Doc. 127)** filed by Defendants, Shaun Ferguson and the City of New Orleans;

**IT IS HEREBY ORDERED** that the motion is **DENIED.**

New Orleans, Louisiana, this 1st day of February, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE