UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>　　　　　　Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, et al.,<br><br>　　　　　　Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**<u>Plaintiff's *Ex Parte* Motion for Leave to Supplement Opposition to Summary Judgment with Testimony of Superintendent Kirkpatrick</u>**

This motion asks for leave to supplement Plaintiff's Opposition to Summary Judgment (R. Doc. 135) with the newly-received transcript of the deposition of Superintendent Kirkpatrick.

### A.　　Background

On January 23, 2024, Defendants filed a Motion for Summary Judgment. R. Doc. 126.

On January 30, 2024, Plaintiff filed her opposition to the Motion for Summary Judgment. R. Doc. 135. That same day, Plaintiff took the deposition of Superintendent Anne Kirkpatrick, the Chief of the New Orleans Police Department. Plaintiff asked for an expedited copy of the transcript.

In her Opposition, Plaintiff noted that she would seek leave to supplement her opposition with Superintendent Kirkpatrick's testimony once a deposition transcript was received. R. Doc. 135 at fn. 1.

On February 1, 2024, at 4:59 p.m., Plaintiff received the transcript of Superintendent Kirkpatrick's testimony. At 8:42 p.m., Plaintiff's counsel circulated to Defendants' counsel the proposed supplement.

Defendants were asked for their consent to this motion, but did not provide it.

### B. Analysis

Local Rule 7.4 states that "[m]emoranda may not be supplemented, except with leave of court." Here, Plaintiff could not have provided the Court with Superintendent Kirkpatrick's deposition transcript on the date of the opposition, because it had not been received yet. Plaintiff has shown diligence, however, in requesting an expedited copy of the transcript and then quickly filing this motion to supplement.

There is little or no prejudice to Defendants from the granting of this motion, because their deadline for a reply brief has not yet passed. *See* L.R. 7.5.

### C. Conclusion

The motion should be granted, and Plaintiff's proposed supplement entered into the record.

Respectfully submitted,

*/s/ William Most*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

*Counsel for Plaintiff, G.H.*