UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>    Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, et al.,<br><br>    Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

## ORDER

Considering the foregoing *Plaintiff's* Ex Parte *Motion for Leave to Supplement Opposition to Summary Judgment with Testimony of Superintendent Kirkpatrick*;

**IT IS HEREBY ORDERED** that the Motion is GRANTED. Plaintiff's proposed supplement and its exhibit will be entered into the record.

New Orleans, Louisiana this _____ day of _____, 2024.

                                    JUDGE