UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON | CIVIL ACTION |
| VERSUS | No. 21-407 |
| RODNEY VICKNAIR, ET AL. | SECTION: "J"(4) |

## ORDER

Considering the foregoing *Motion to Designate NOPD Captain Precious Banks as Plaintiff's Non-Retained Expert* **(Rec. Doc. 119)** filed by Plaintiff, G.H; an opposition (Rec. Doc. 138) filed by Defendants the City of New Orleans and Shaun Ferguson; and Plaintiff's reply (Rec. Doc. 142);

**IT IS HEREBY ORDERED** that the motion is **GRANTED.**

New Orleans, Louisiana, this 2nd day of February, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE