MINUTE ENTRY
ROBY, M.J.
FEBRUARY 7, 2024
MJSTAR: 00:13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON | CIVIL ACTION |
| VERSUS | NO. 21-407 |
| RODNEY VICKNAIR ET AL | SECTION: J (4) |

## ORAL ARGUMENT

Courtroom Deputy: Dena White
Court Reporter:   Alexis Vice

APPEARANCES:   Hope Phelps, Counsel for Plaintiff
               James Roquemore, Counsel for Defendants

Motion for Leave to Take Deposition of Andrea Wright after Discovery Cutoff (128)

Case called at 10:59 a.m.
All present and ready.
Court questions counsel for the parties.
Argument by counsel for the parties.
Motion for Leave to Take Deposition of Andrea Wright after Discovery Cutoff (128) GRANTED for reasons stated on the record.
See Order.
Court adjourned at 11:12 a.m.