# James M Roquemore

| | |
|---|---|
| **From:** | Hope Phelps <hopeaphelps@outlook.com> |
| **Sent:** | Monday, January 1, 2024 2:11 PM |
| **To:** | James M Roquemore; C. Theodore Alpaugh III |
| **Cc:** | Kelley Wierman; Corwin M. St Raymond; Renee E. Goudeau; William Most; Veronica Barnes; Claude Schlesinger |
| **Subject:** | Re: Upton v. Vicknair - depos of Shannon Smith, Lawrence Jones, Kimberly Wilson |
| **Attachments:** | 2024.01.01 Subpoena to Michelangelo Carroll.pdf; 2024.01.01 Reissued NOD Casey Riley.pdf; 2024.01.01 Subpoena to Anne Kirkpatrick.pdf; 2024.01.01 Subpoena to Det. Kimberly Wilson.pdf; 2024.01.01 Reissued Subpoena to Casey Riley.pdf; 2024.01.01 NOD Michelangelo Carroll.pdf; 2023.01.01 NOD Anne Kirkpatrick.pdf; 2024.01.01 NOD Kimberly Wilson.pdf |

> EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.

All - please see the attached Notices and Subpoenas for:

- Casey Riley at 3:00 p.m. on January 16th (After Sgt. Jones)
- Det. Kimberly Wilson at 10 a.m. on January 17th
- Michelangelo Carroll at 3:00 p.m. on January 17th (After Det. Wilson)
- Superintendent Anne Kirkpatrick at 10:00 a.m. on January 18th

The previously issued Notices and Subpoenas for the 30b6 on January 10th and Sgt. Jones on January 16th will remain the same.

There are a number of witnesses named in the City's Exhibit and Witness list who were not previously disclosed, including Superintendent Kirkpatrick, Capt. Precious Banks, Capt. Bruce Haney, Capt. Lejon Roberts, Lt. Nicole Powell, and Sgt. David Barnes. Will you please provide their availability for depositions?

Other than these, we are only awaiting a date for Chris Carkum. I have noticed all of these for the City Attorney's office. Please let me know if any will need to be taken at our office.

I have confirmed Shannon Smith is available for deposition on January 19th at 10:00 a.m. We do not have any preference for the deposition dates of Andrea Wright and Rayne Upton.

Thank you,

**Hope A. Phelps**
**Attorney | Most & Associates**
201 St. Charles Ave., Ste. 2500, #9685| New Orleans, Louisiana 70170
Direct: 504.500.7974
E-mail: hopeaphelps@outlook.com

1


EXHIBIT A