**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>  Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>  Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**NOTICE OF PLAINTIFF'S RULE 26(A)(3) PRETRIAL DISCLOSURES**

NOW INTO COURT, through undersigned counsel, comes Plaintiff who makes the following Pretrial Disclosures in the above-captioned case, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure.

I. <u>The name, and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises</u>

   *Will call*

   a. G.H., contact through undersigned counsel;

   b. Lawrence Jones, contact through Defendant's counsel;

   c. Kimberly Wilson, contact through Defendant's counsel;

   d. Curtis Carkum, contact through Defendant's counsel;

   e. David Barnes, contact through Defendant's counsel;

   f. Precious Banks, contact through Defendant's counsel;

   g. Bruce Haney, contact through Defendant's counsel;

1

  h.  Nicole Powell, contact through Defendant's counsel;

  i.  Shannon Smith, contact through undersigned counsel;

  j.  Dr. Berre Burch, previously provided by undersigned counsel;

*May call*

  k.  Andrea Wright, previously provided by undersigned counsel;

  l.  Michelangelo Carroll, contact through Defendant's counsel;

  m.  Casey Riley, previously provided by Defendant's counsel;

  n.  Stella Cziment, previously provided by undersigned counsel;

  o.  Any witness listed as a witness and/or called by the City;

  p.  Any witness necessary for authentication of documents;

  q.  Any witness necessary for impeachment purposes.

II. <u>The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition</u>

Rodney Vicknair.

III. <u>Identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises</u>

| EX. NO. | NAME | DESCRIPTION |
|---|---|---|
| 1 | Exhibit 1 | 271-page production by the FBI subject to the Privacy Act Protective Order; Combined 282B-NO-3342550_ 5.31.2023.pdf. |
| 2 | Exhibit 2 | NOPD Operations Manual: Chapter-33-4-3-Field-Training-Program-EFFECTIVE-9-2-18.pdf; [CNO 439-445] |

| 3 | Exhibit 3 | Policy 436 - Field Training Program - Rplaced on 9-2-18.pdf; [CNO 446-449] |
| 4 | Exhibit 4 | NOPD Operations Manual: Chapter 35.1.9 - INSIGHT - EFFECTIVE 11-15-19 to Current.pdf; [CNO 464-477] |
| 5 | Exhibit 5 | NOPD Operations Manual: Chapter-35-1-9-INSIGHT-EFFECTIVE-12-12-2021.pdf |
| 6 | Exhibit 6 | NOPD Operations Manual: Chapter-41-8-Affidavits-and-Summons-Effective-1-9-2022-rev.pdf |
| 7 | Exhibit 7 | NOPD Operations Manual: CNO 494-501 - Chapter 42.19 - Child Abuse - EFFECTIVE 3-12-17 to Current.pdf |
| 8 | Exhibit 8 | NOPD Operations Manual: Child-Abuse-Unit-Standard-Operating-Guidelines-(3).pdf |
| 9 | Exhibit 9 | Officer Rodney Vicknair's Application for Employment with NOPD, Background Investigation Report, Driving Record, NCIC Criminal History Check, criminal records, and hiring determination by NOPD [CNO-0111-0280] |
| 10 | Exhibit 10 | 156 pages of NOPD Background Investigation of Rodney Vicknair; [CNO 3887 - CNO 4042] |
| 11 | Exhibit 11 | 23 pages of NOPD Employee Summary of Rodney Vicknair 2014 to 2017; [CNO 4043 - CNO 4065] |
| 12 | Exhibit 12 | 15 pages of NOPD Employee Summary of Rodney Vicknair 2018 to 2020; [CNO 4066 - CNO 4080] |
| 13 | Exhibit 13 | 38 page file on May 2020 sexual assault investigation; [CNO 0343-0380] |

| 14 | Exhibit 14 | 10 page Initial Complaint; [CNO 661-670] |
|---|---|---|
| 15 | Exhibit 15 | 2-page Notice of Disposition; [CNO 671-672] |
| 16 | Exhibit 16 | 20-page Signed NOPD Investigation; CNO 0673-0692 |
| 17 | Exhibit 17 | Exhibit A to Signed NOPD Investigation: PIB Case Investigation Transmittal, Control Tracking No. 2020-0484-P; [CNO0566] |
| 18 | Exhibit 18 | Exhibit B to Signed NOPD Investigation: Initiation of Formal Disciplinary Investigation Form Control Tracking No. 2020-0484-P; [CNO0567-0569] |
| 19 | Exhibit 19 | Exhibit C to Signed NOPD Investigation: PIB Initial Intake Form (230) for Commendation, Complaint, or Documentation of Minor Violation; [CNO0570-0572] |
| 20 | Exhibit 20 | Exhibit D to Signed NOPD Investigation: 22 min 30 sec audio recording of Rayne Upton's 9/21/2020 Interview with Sgt. Lawrence Jones |
| 21 | Exhibit 21 | Original color copy of Exhibit E to Signed NOPD Investigation: Photograph of Rodney Vicknair with his arms around G.H.; 2020-0484-P Exhibit E.pdf |
| 22 | Exhibit 22 | Exhibit F to Signed NOPD Investigation: 1 min 50 secs Video taken on 9/21/2020 by Sgt. Jones filming G.H.'s phone screen as she scrolls through texts from Officer Rodney Vicknair, |
| 23 | Exhibit 23 | Exhibit G to Signed NOPD Investigation: Incident Report for item E-32154-20, date was May 26, 2020, and the signal, (42) First Degree Rape; [CNO 0574] |
| 24 | Exhibit 24 | Exhibit H to Signed NOPD Investigation: 2 hours 14 min video 5/26/2020 – NOPD Officer Rodney Vicknair's Body Worn Camera Video for Item E-32154-20 (Axon Body 2 x81231415); 860_Olga-2 Vicknair Exhibit H.mp4 |

| | | |
|---|---|---|
| 25 | Exhibit 25 | Exhibit L to Signed NOPD Investigation: Officer Rodney Vicknair's Arrest Warrant signed by Honorable Magistrate Commissioner Albert Thibodeaux on Sept. 25, 2020; [CNO 0577-0581] |
| 26 | Exhibit 26 | Exhibit M to Signed NOPD Investigation: Compliant close out letter for Andrea Wright; [CNO0582-0584] |
| 27 | Exhibit 27 | Exhibit Q to Signed NOPD Investigation: NOPD Introduction letter; [CNO 0660] |
| 28 | Exhibit 28 | 1 hour 50 min video of dashcam footage facing the backseat while GH and Rayne Upton are transported to Children's Hospital; 860_OLGA_STREET.mp4 |
| 29 | Exhibit 29 | 2 Hours 14 min NOPD Officer Curtis Carkum Body-Worn Camera footage (Axon Body 2 X81280826) from 5/26/20; 860_OLGA_STREET-3.mp4 |
| 30 | Exhibit 30 | 29 min 19 sec NOPD Officer Michelangelo Carroll's Body-Worn Camera footage (axon body 2 X81369353) from 5/26/2020; 860_Olga.mp4 |
| 31 | Exhibit 31 | Records provided by the Office of the Independent Police Monitor in response to subpoena by the City of New Orleans; CNO 551-565 |
| 32 | Exhibit 32 | Intentionally Omitted. |
| 33 | Exhibit 33 | Notes from LCSW Andrea Wright, Sept. 16, 2020 through Sept. 28, 2020, contained in Children's Bureau's Confidential Treatment Record; pages 51-58 |

| 34 | Exhibit 34 | Sept. 22, 2020 Email from Andrea Wright to Sgt. Lawrence Jones, contained in Children's Bureau's Confidential Treatment Record; page 159 |
|---|---|---|
| 35 | Exhibit 35 | Sept. 20, 2020 Submission of DCFS Reporting Concerns for Child Victims by LCSW Andrea Wright, contained in Children's Bureau's Confidential Treatment Record; pages 172-176. |
| 36 | Exhibit 36 | 2021.03.02 Closing letter from the Public Integrity Bureau to Rayne Upton |
| 37 | Exhibit 37 | Screenshots of threats made to G.H. on Snapchat |
| 38 | Exhibit 38 | Parish Court for Parish of Ascension Bill of Information charging Defendant Vicknair with simple battery on a juvenile (2pgs) |
| 39 | Exhibit 39 | Rodney Vicknair Sentencing Hearing transcript for March 8, 2023; R. Doc. 87-4. |
| 40 | Exhibit 40 | Rodney Vicknair Sentencing Hearing transcript for March 14, 2023; R. Doc. 87-5 |
| 41 | Exhibit 41 | 14 page Report of Expert Witness Shannon Smith |
| 42 | Exhibit 42 | 8 page profile of NOPD Officer Rodney Vicknair by NOPD News on 8/15/17. |
| 43 | Exhibit 43 | Screenshots of post-sentencing Snapchat requests from Rodney Vicknair to G.H. |
| 44 | Exhibit 44 | G.H.'s Birth Certificate |
| 45 | Exhibit 45 | USA v. Vicknair, 2:22-cr-00212, Factual Basis as to Rodney Vicknair filed by USA; R. Doc. 25. |

| 46 | Exhibit 46 | USA v. Vicknair, 2:22-cr-00212, Guilty Plea Agreement; R. Doc. 46. |
|---|---|---|
| 47 | Exhibit 47 | 0727 2023-07-07 Special Report of the Consent Decree Monitor on NOPD Sexual Assault Investigations.pdf |
| 48 | Exhibit 48 | Letter from PIB re Case No. 2009-0405C: NOPD Disciplinary Action against Vicknair for May 19, 2009 Parking Lot Incident; R. Doc. 1-6. |
| 49 | Exhibit 49 | June 3, 2020 Trip Sheet signed by Officers Curtis Carkum and Rodney Vicknair; CNO-0889-0890 |
| 50 | Exhibit 50 | July 14, 2020 Trip Sheet signed by Rodney Vicknair; CNO 1707-1708 |
| 51 | Exhibit 51 | September 23, 2020 Trip Sheet signed by Officers Casey Riley and Rodney Vicknair; CNO 3305-3306 |
| 52 | Exhibit 52 | Excerpts from Deposition of Rodney Vicknair. |
| 53 | Exhibit 53 | Excerpts from text messages between G.H. and Rodney Vicknair. |
| 54 | Exhibit 54 | Any and all documents necessary for rebuttal or impeachment. |
| 55 | Exhibit 55 | Any and all documents identified for as exhibits by the City. |

Respectfully submitted,

G.H., through her counsel,

*/s/      Hope A. Phelps*
**HOPE PHELPS (La. Bar #37259)**
**WILLIAM MOST (La. Bar #36914)**
**MOST & ASSOCIATES**
Telephone: (504) 509-5023
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Email:      hopeaphelps@outlook.com
                williammost@gmail.com