UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**Motion to Require Stipulations of Fact**

In a series of four orders, this Court ordered the parties to confer and agree to "all possible stipulations" for trial. R. Docs. 40-1, 63-1, 73-1, 84-1. Those stipulations are for "eliminating any issues that might appear in the pleadings about which there is no real controversy." *Id.*

Defendants declined to comply with the Court's orders. They refuse to stipulate to matters that they admitted in their answer or proffered to this Court as "undisputed" facts in their summary judgment filings. Plaintiff therefore asks this Court to include five specific items in the stipulations to be read to the jury at trial.

Respectfully submitted,

*/s/ William Most*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

***Counsel for Plaintiff, G.H.***

1