**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>　　　　　Plaintiff,<br>　v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>　　　　　Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

## ORDER

Considering the foregoing *Motion to Require Stipulations of Fact,* **IT IS HEREBY ORDERED** that the motion is granted. The five items identified by Plaintiffs shall be considered stipulated to, and included in the stipulations read to the jury.

New Orleans, Louisiana this _____ day of _____, 2024.

_____
　　　　　　　　　　　　JUDGE