**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H. ) ) ) | |
| Plaintiff, ) | Docket No. 2:21-cv-407 |
| v. ) ) | JUDGE: CARL BARBIER |
| RODNEY VICKNAIR, SHAUN FERGUSON, ) THE CITY OF NEW ORLEANS; DOE ) DISTRICT COMMANDER; DOES 1 to 10; ) and XYZ INSURANCE COMPANIES 1 to 10, ) ) | MAGISTRATE: KAREN WELLS ROBY |
| Defendants. ) | |

**Notice of Submission Date**

Plaintiff's *Motion to Require Stipulations of Fact* is noticed for submission on March 6, 2024.

Respectfully submitted,

*/s/ William Most*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

*Counsel for Plaintiff, G.H.*

1