UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON | CIVIL ACTION |
| VERSUS | No. 21-407 |
| RODNEY VICKNAIR, ET AL. | SECTION: "J"(4) |

### ORDER

In light of the Court's recent Order and Reasons regarding the parties' cross motions for summary judgment (Rec. Doc. 157),

**IT IS HEREBY ORDERED** that the final Pre-Trial Conference currently set for Thursday, February 22, 2024 is **CONTINUED** to **TUESDAY, FEBRUARY 27, 2024 at 10:00 a.m.**

**IT IS FURTHERED ORDERED** that the parties revise their joint proposed pre-trial order in accordance with the Order and Reasons and file the revised proposed pre-trial order by **FRIDAY, FEBRUARY 23, 2024 at 4:00 p.m.**

New Orleans, Louisiana, this 21st day of February, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE