**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>        Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>        Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**CONSENT MOTION TO DISMISS DEFENDANT SUPERINTENDENT KIRKPATRICK**

NOW INTO COURT, through undersigned counsel, comes Plaintiff who files this motion voluntarily dismissing Superintendent Kirkpatrick in her official capacity.

In this case, Plaintiff sued both the City of New Orleans and Superintendent Shaun Ferguson in his official capacity. Those defendants are two different names for the same entity. *See, e.g. Castro Romero v. Becken*, 256 F. 3d 349, 355 (5th Cir. 2001) (official capacity claims "duplicate claims against the respective governmental entities themselves.") Superintendent Ferguson was replaced by Superintendent Kirkpatrick as defendant by automatic operation of Fed. R. Civ. Proc. 25(d) (when an official "ceases to hold office while the action is pending" the official's "successor is automatically substituted as a party.")

To clarify the matter for the jury at trial, Plaintiff now moves to dismiss Superintendent Kirkpatrick in her official capacity, leaving the City of New Orleans as the only defendant. *See, e.g. Castro Romero, supra,* 256 F. 3d at 355 (affirming dismissal of one set of "duplicate claims," allowing other set to proceed); *Zavala v. City of Baton Rouge*, Case No. 17-656-JWD-

1

EWD, 2018 WL 4517461 at *14 (Sept. 20, 2018) (dismissing redundant claims against individual in official capacity while maintaining claims against the other party).

Plaintiff has obtained consent from all parties.

WHEREFORE, Plaintiff prays that this Court enter an Order dismissing with prejudice Defendant Superintendent in their official capacity, each party to bear its own costs.

Respectfully submitted,

**MOST & ASSOCIATES**

*/s/ William Most*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

***Counsel for Plaintiff, G.H.***