# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H. | ) ) ) ) |
| Plaintiff, | ) Docket No. 2:21-cv-407 |
| v. | ) ) JUDGE: CARL BARBIER |
| RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10, | ) ) ) MAGISTRATE: KAREN ) WELLS ROBY ) |
| Defendants. | ) ) |

## **ORDER**

Considering the foregoing *Motion to Dismiss Defendant Superintendent Kirkpatrick*;

**IT IS HEREBY ORDERED** that Defendant Superintendent Kirkpatrick in her official capacity be dismissed with prejudice from the above captioned case.

New Orleans, Louisiana this _____ day of _____, 2024.

_____
JUDGE