UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON | CIVIL ACTION |
| VERSUS | No. 21-407 |
| RODNEY VICKNAIR, ET AL. | SECTION: "J"(4) |

## ORDER

Considering the foregoing *Motion to Dismiss Defendant Superintendent Kirkpatrick* **(Rec. Doc. 161)** filed by Plaintiff;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and Defendant Superintendent Kirkpatrick is dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 22nd day of February, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE