MINUTE ENTRY
BARBIER, J.
February 27, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| G.H. | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| RODNEY VICKNAIR, ET AL. | SECTION: "J" (4) |

The Court held a pretrial conference on this date with the following counsel participating: William Most and Hope Phelps, representing Plaintiff; and James Roquemore and Corwin St. Raymond representing Defendants.

At the conference, the Court **ORDERED** as follows:

(1) Jury trial will commence on March 18, 2024 at 8:30 a.m. The trial is estimated to last 3 days. Counsel should be present at least 30 minutes prior to the start of trial.

(2) **All exhibits will be presented by electronic means**.

(3) By **Monday, March 11, 2024, at noon**, Plaintiff's counsel is to prepare and submit to the Court the original and one copy of a single Bench Book which should contain:

    a. An Index of <u>all</u> un-objected to exhibits, listing and numbering all exhibits sequentially and without reference to the offering party

    b. All un-objected to exhibits are to be included in the single Bench Book

1

(with multiple volumes if necessary) with each exhibit **tabbed, numbered, and paginated**. Photographs of large exhibits and posters are to be included in the Bench Book. While oversized exhibits and posters may be used during trial, they will not be kept by the Case Manager.

    c. A second volume, containing any "objected to" exhibits, shall also be submitted by **Monday, March 11, 2024 at noon**. Separate, but **brief** memoranda stating the reason for the objections **and** responding to the objections of other counsel must be filed by the offering party by **Monday, March 11, 2024, at noon.**

    d. Any discovery that will be used as an Exhibit must be specifically identified; for example, the exact Interrogatory and the corresponding Answer.

    e. Each page of the Bench Book should be individually and sequentially Bates labeled.

    f. Counsel are encouraged to redact or remove any unnecessary pages from voluminous exhibits.

(4) By **Monday, March 11, 2024, at noon,** the parties are to submit any motions *in limine*. If a party intends to oppose a motion *in limine*, that party should immediately contact chambers for an applicable response deadline.

**(5)** By **Monday, March 11, 2024, at noon**, the parties are to file into the record and submit to the Court their proposed Jury Charges (which are

unique to this case), Special Interrogatories to the Jury (the verdict form), and any proposed *voir dire* questions by email to Maggie_Daly@laed.uscourts.gov in Microsoft Word format, regarding the claims that are to be tried to a jury.

(6) By **Monday, March 11, 2024, at noon,** the parties are to submit any pretrial memoranda, **which are strictly optional.**

(7) By **Monday, March 11, 2024, at noon**, the parties are to submit the entire transcript of <u>any</u> deposition (including video and audio depositions) which will be used in lieu of live testimony at trial. **If the parties do not seek to introduce the entire deposition, they should designate which portions they seek to introduce in a letter to the Court. The parties should also highlight the designated portions of the subject transcript.** All colloquy and objections (which can be resolved among the parties) are to be removed in the transcripts, video, and audio (if applicable). Any objections which cannot be worked out by the parties must be highlighted in the subject transcript and brief memoranda addressing "why the objections should be sustained or not" must also be submitted to the Court by **Monday, March 11, 2024, at noon.** After the Court rules on the objections, the parties are to have the video and audio depositions (if any) edited accordingly so that any references to "objections" are deleted, and there is no dead space in either the video or audio presentation.

(8) By **Monday, March 11, 2024, at noon**, the parties are to exchange "will

3

call" witness lists so that arrangements may be made for their presence at trial.

(9) At the commencement of trial, counsel will provide the Court with <u>three (3) copies</u> of the final witness list.

(10) The Court's Case Manager, Cheyenne Green, is to be notified three (3) working days prior to trial of any equipment that will be needed by counsel during trial or if more than two tables will be needed to seat counsel. Additionally, it is **<u>highly recommended</u>** that counsel contact the Case Manager during the week prior to trial to **schedule a meeting during which the Case Manager can instruct counsel on the use of the Court's electronic trial equipment**. This equipment will be necessary for the electronic presentation of exhibits. The Court will not operate the equipment for counsel during trial and will not give instruction on the use of equipment on the morning of trial.

* * * * * * * * * * * * * * *

JS-10: 45 mins.

New Orleans, Louisiana, this 27th day of February, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

4