**MINUTE ENTRY**
**ROBY, M. J.**
**MARCH 4, 2024**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYNE UPTON** | **CIVIL ACTION** |
| **VERSUS** | **NO:    21-0407** |
| **RODNEY VICKNAIR ET AL** | **SECTION: "J" (4)** |

A Settlement Conference was held on this date.  Participating were:  William Most, Hope Phelps representing the plaintiffs and Donesia Turner, James Roquemore representing the defendants.  Negotiations were unsuccessful and a settlement was not reached.

**CLERK TO NOTIFY:**
**Judge Carl J Barbier**

MJSTAR:  2:30