UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**MOTION TO SEAL**</u>
<u>**CITY'S MOTION TO ADMIT EVIDENCE OF PLAINTIFF'S OTHER SEXUAL
TRAUMA PURSUANT TO FEDERAL RULE OF EVIDENCE 412**</u>

Defendant, the City of New Orleans (the "City"), pursuant to Federal Rule of Evidence 412(c)(2), moves to Seal its Motion to Admit Evidence of Plaintiff's Other Sexual Trauma Pursuant to Federal Rule of Evidence 412.

Plaintiff's counsel consents to the sealing the City's Motion to Admit Evidence of Plaintiff's Other Sexual Trauma Pursuant to Federal Rule of Evidence 412.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*