UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | \* | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | \* | |
| | \* | **SECTION: "J"** |
| **VERSUS** | \* | **JUDGE BARBIER** |
| | \* | |
| **RODNEY VICKNAIR, et al** | \* | **MAG. DIV. (4)** |
| | \* | **MAGISTRATE JUDGE ROBY** |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION TO SEAL
CITY'S MOTION TO ADMIT EVIDENCE OF PLAINTIFF'S OTHER SEXUAL
TRAUMA PURSUANT TO FEDERAL RULE OF EVIDENCE 412**

Come now the City of New Orleans (the City"), in support of its Motion to Seal the City's Motion to Admit Evidence of Plaintiff's Other Sexual Trauma Pursuant to Federal Rule of Evidence 412, and shows the following.

Yesterday, March 5, 2024, the City filed under seal its Motion to Admit Evidence of Plaintiff's Other Sexual Trauma Pursuant to Federal Rule of Evidence 412 (R. Doc. 167).[1] However, today, the City received a Notice of Deficient Document regarding document 167 because "Incomplete document. No Motion to Seal with a proposed Order was filed." The City therefore files the instant Motion to Seal and a proposed Order with respect to its Motion filed as Document 167 and related documents in order to remedy the noted deficiency.

The City prays that the Court grant this Motion to Seal.

---

[1] Federal Rule of Evidence 412(c)(2) requires that a motion seeking relief under Rule 412, together with, related materials, be filed under seal.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*