UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Having considered the City of New Orleans's Motion to Seal the City's Motion to Admit Evidence of Plaintiff's Other Sexual Trauma Pursuant to Federal Rule of Evidence 412 and arguments and pleadings relevant thereto,

IT IS HEREBY ORDERED that the motion is GRANTED.

It is ordered that the City's Motion Admit Evidence of Plaintiff's Other Sexual Trauma Pursuant to Federal Rule of Evidence 412 and exhibits, which were previously filed under R. Doc. 167, thereto shall be sealed.

New Orleans, Louisiana, this ___ day of _____, 2024.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA