# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Having considered the City of New Orleans's Motion to Seal the City's Motion to Admit Evidence of Plaintiff's Other Sexual Trauma Pursuant to Federal Rule of Evidence 412 and arguments and pleadings relevant thereto,

IT IS HEREBY ORDERED that the motion to seal **(Rec. Doc. 169)** is GRANTED.

It is ordered that the City's Motion Admit Evidence of Plaintiff's Other Sexual Trauma Pursuant to Federal Rule of Evidence 412 and exhibits, which were previously filed under R. Doc. 167, thereto shall be sealed.

IT IS FURTHER ORDERED that Plaintiff's response to the City's motion to admit Rule 412 evidence shall be filed by **MONDAY, MARCH 11, 2024 at NOON.**

New Orleans, Louisiana, this 5th day of March, 2024.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA