UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>　　　　　　Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>　　　　　　Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**UNOPPOSED MOTION TO DISMISS PLAINTIFF'S DIRECT NEGLIGENCE IN HIRING AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIMS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff who files this motion voluntarily dismissing her claims of direct negligence in hiring and intentional infliction of emotional distress.

Pursuant to this Court's Order and Reasons issued on February 20, 2024, the sole remaining claims are (1) *Monell* claim as to improper hiring, (2) Vicarious liability for Vicknair's state law torts, and (3) Direct negligence in hiring. R. Doc. 157, p. 35.

To clarify the matter for the jury at trial, Plaintiff now moves to dismiss the claim of direct negligence in hiring, and the claim of intentional infliction of emotional distress, leaving solely the claims of: (1) *Monell* claim as to improper hiring, and (2) Vicarious liability for Vicknair's state law torts of assault, battery, and false imprisonment.

Defendant has advised that it will not oppose this Motion.

1

WHEREFORE, Plaintiff prays that this Court enter an Order dismissing with prejudice the claims of direct negligence in hiring and intentional infliction of emotional distress, each party to bear its own costs.

Respectfully submitted,

**MOST & ASSOCIATES**

*/s/ Hope Phelps*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 500-7974
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, G.H.***