UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.  )<br>)<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>RODNEY VICKNAIR, SHAUN FERGUSON, )<br>THE CITY OF NEW ORLEANS; DOE  )<br>DISTRICT COMMANDER; DOES 1 to 10;  )<br>and XYZ INSURANCE COMPANIES 1 to 10, )<br>)<br>Defendants.  )<br>) | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br><br>MAGISTRATE: KAREN WELLS ROBY |

## ORDER

Considering the foregoing *Unopposed Motion to Dismiss Plaintiff's Direct Negligence in Hiring and Intentional Infliction of Emotional Distress Claims*:

**IT IS HEREBY ORDERED** that Plaintiff's claims of direct negligence in hiring and intentional infliction of emotional distress be dismissed with prejudice from the above captioned case.

New Orleans, Louisiana this _____ day of _____, 2024.

_____
JUDGE