# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>        Plaintiff,<br><br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>        Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

## ORDER

Considering the foregoing *Unopposed Motion to Dismiss Plaintiff's Direct Negligence in Hiring and Intentional Infliction of Emotional Distress Claims* **(Rec. Doc. 172)**:

**IT IS HEREBY ORDERED** that Plaintiff's claims of direct negligence in hiring and intentional infliction of emotional distress be dismissed with prejudice from the above captioned case.

New Orleans, Louisiana this 7th day of March, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE