UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO BIFURCATE TRIAL

Defendant, the City of New Orleans (the "City"), pursuant to Federal Rule of Civil Procedure 42(b), moves to bifurcate the trial as to *Monell* liability from that of damages. Bifurcation will foster efficiency and fairness. There is an undue risk that the City would be unduly prejudiced if the jury was instructed to calculate damages for sexual assault, sexual battery, and false imprisonment, before it decided whether the City was liable under Plaintiff's municipal liability claim. A curative instruction would not solve the confusion and prejudice that would exist arising out of a consolidated trial.

Further, there will be no increase in time or cost as a result of bifurcation. The evidence regarding Plaintiff's municipal liability claim is completely separate from the evidence with respect to Plaintiff's damages. The Plaintiff already plans to call its *Monell* witnesses first, followed by her damage witnesses. Asking the jury to consider the issues sequentially would cause no additional burden to the jury, parties, or the Court.

Just yesterday, on March 6, 2024, Plaintiff moved to dismiss its state law claim of direct negligence in hiring and intentional infliction of emotional distress (R. Doc. 166); the Court granted said motion today. (R. Doc. 173). Good cause exists to file this motion today, rather than prior to the February 7, 2024, deadline set in the Court's Scheduling Order (R. Doc. 84).

1

The City contacted Plaintiff's counsel regarding this motion, but Plaintiff refused to consent.

WHEREFORE, the City requests that this Motion be granted and that the claim of municipal liability under 42 U.S.C. § 1983 be tried separately from the issue of damages.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*