UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON | CIVIL ACTION |
| VERSUS | No. 21-407 |
| RODNEY VICKNAIR, ET AL. | SECTION: "J"(4) |

## ORDER

Considering the foregoing *Motion to Bifurcate Trial* **(Rec. Doc. 174)** filed by Defendant the City of New Orleans;

**IT IS HEREBY ORDERED** that the motion is **DENIED.**

New Orleans, Louisiana, this 8th day of March, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE