## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### Notice of Submission

Plaintiff's motions *in limine* are submitted pursuant to this Court's order in R. Doc. 166 pg. 2.

    Respectfully submitted,

    **MOST & ASSOCIATES**

    */s/ William Most*
    **HOPE PHELPS (La. Bar No. 37259)**
    **WILLIAM MOST (La. Bar No. 36914)**
    201 St. Charles Ave., Ste. 2500, #9685
    New Orleans, LA 70170
    Tel: (504) 509-5023
    Email: williammost@gmail.com
    *Counsel for Plaintiff, G.H.*