## STATE OF LOUISIANA
## DIVISION OF ADMINISTRATIVE LAW

| | | |
|---|---|---|
| **DEPARTMENT OF CHILDREN AND FAMILY SERVICES** | * * | **DOCKET NO.: 2021-3867-DCFS-CW** |
| **IN THE MATTER OF** | * * | |
| **RAYNE HAINEY** | * | **AGENCY APPEAL NO.:0003118558** |

*************************************************************************

## ORDER TERMINATING ADJUDICATION
### and
## JUDGMENT OF DISMISSAL

On May 12, 2021, the Louisiana Department of Children and Family Services (DCFS) sent notice to Rayne Hainey (Appellant) that as a result of a child abuse/neglect investigation it had made a determination that Ms. Hainey was the perpetrator of child abuse/neglect due to passive sexual abuse and lack of adequate supervision of the minor child, GH.

On May 28, 2021, Appellant perfected an appeal of DCFS's determination of a valid finding of child abuse/neglect. The appeal was placed on the docket of this tribunal to determine whether the valid finding was supported by a preponderance of the evidence.

On July 9, 2021, DCFS mailed correspondence to Appellant informing her that DCFS had changed its determination from valid to invalid as it relates to the allegations of lack of adequate supervision and passive sexual abuse. On July 16, 2021, DCFS filed a *Motion to Dismiss* the appeal because DCFS overturned the valid findings of lack of adequate supervision and passive sexual abuse and determined that the allegations were invalid.

DCFS request that Appellant's appeal of the valid findings of lack of adequate supervision and passive sexual abuse be dismissed as moot, is granted.

Considering the foregoing,

**IT IS ORDERED** that all adjudicative proceedings in the matter entitled *Department of Children and Family Services in the Matter of Rayne Hainey,* bearing docket number *2021-3867-DCFS-CW, Agency ID Number 0003118558* are terminated and the request for a hearing by Rayne Hainey is **DISMISSED**.

Rendered and signed July 22, 2021, Baton Rouge, Louisiana.

_____
Cazeline G. Hebert
Administrative Law Judge

### NOTICE OF TRANSMISSION OF DECISION OR ORDER

I certify that on      Thursday, July 22, 2021     , I have sent a copy of this decision/order to all parties of this matter.

_____*Clerk of Court*_____
**Division of Administrative Law**