```
           UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA


          DOCKET NO.:  2:21-cv-407
             JUDGE:  CARL BARBIER
       MAGISTRATE KAREN WELLS ROBY


RAYNE UPTON, individually and on behalf of her
            minor daughter, G.H.

                    Plaintiff,

                       v.

 RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF
NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 TO
     10 AND XYZ INSURANCE COMPANIES 1 TO 10,

                    Defendants.


         Deposition of LIEUTENANT LAWRENCE
JONES, given the above-entitled cause,
pursuant to the following stipulation, before
Lori L. Marino, Certified Shorthand Reporter,
in and for the State of Louisiana, at the
Office of the City Attorney, 1300 Perdido
Street, City Hall - Room 5E03, New Orleans,
Louisiana  70112 on Thursday, February 1,
2024, commencing at 10:00 AM.


REPORTED BY:

Lori L. Marino
Certified Court Reporter
```

```
 1   APPEARANCES:
 2
 3   (ALL PARTICIPANTS PRESENT IN PERSON:)
 4
 5   MOST & ASSOCIATES
     201 ST. CHARLES AVENUE, SUITE 2500
 6   NEW ORLEANS, LOUISIANA   70170
     TELEPHONE:  (504) 500-7974
 7
     BY:  HOPE A. PHELPS, ESQ.
 8   hopeaphelps@outlook.com
     REPRESENTING THE PLAINTIFF
 9
10
11   CITY OF NEW ORLEANS LAW DEPARTMENT
     1300 PERDIDO STREET, SUITE 5E03
12   NEW ORLEANS, LOUISIANA   70112
     TELEPHONE:  (504) 658-9800
13
     BY:  JAMES M. ROQUEMORE, ESQ.
14   james.roquemore@nola.gov
     REPRESENTING THE DEFENDANT
15
16
17
18
19
20
21
22
23
24
25
```

S T I P U L A T I O N

It is stipulated and agreed by and between Counsel for the parties hereto that the deposition of LIEUTENANT LAWRENCE JONES is hereby being taken pursuant to the Federal Rules of Civil Procedure for all purposes in accordance with law;

That the formalities of certification and filing are specifically waived;

That the formalities of reading and signing are specifically not waived.

That all objections, save those as to the form of the question and/or responsiveness of the answer, are hereby reserved until such time as this deposition or any part thereof is used or sought to be used in evidence.

\* \* \* \* \* \* \* \*

LORI L. MARINO, Certified Court Reporter, in and for the State of Louisiana, officiated in administering the oath to the witness.

```
1                    Objection.  Form.
2              THE WITNESS:
3                    I don't recall that.
4    BY MS. PHELPS:
5         Q    I'm on page 15 of your report.
6         A    Fifteen of 19?
7         Q    Yes.
8         A    Okay.
9         Q    And you prepared this credibility
10   assessment, correct?
11        A    Yes.
12        Q    You deemed the victim G_____
13   H_____ to be credible, correct?
14             MR. ROQUEMORE:
15                   Objection.  Form.
16             THE WITNESS:
17                   Yes.
18   BY MS. PHELPS:
19        Q    You found the mother, Rayne, also to
20   be credible?
21             MR. ROQUEMORE:
22                   Objection.  Form.
23             THE WITNESS:
24                   Yes.
25   BY MS. PHELPS:
```

```
1      Q    You found the counselor, Andrea
2   Wright, also to be credible?
3           MR. ROQUEMORE:
4               Objection.  Form.
5           THE WITNESS:
6               Yes.
7   BY MS. PHELPS:
8      Q    And you were unable to give a
9   credibility assessment for Officer Vicknair;
10  is that right?
11     A    That is correct.  He resigned prior
12  to concluding the investigation.
13          MS. PHELPS:
14              Those are all my questions.
15          Thank you for your time today.
16          MR. ROQUEMORE:
17              I have no questions.  Thank you,
18          Lieutenant Jones.
19              (Whereupon, the deposition was
20          concluded at 11:15 AM.)
```