UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

****************************************************

RAYNE UPTON, individually * CIVIL ACTION NO.21-407
and on behalf of her minor*
daughter, G.H.         * SECTION: "J"
              * JUDGE BARBIER
VERSUS          *
              * MAG. DIV. (4)
RODNEY VICKNAIR, et al    * MAGISTRATE JUDGE ROBY

****************************************************

     The deposition of SHANNON SMITH, taken

on Friday, January 19, 2024, commencing at

9:59 a.m., in the Offices of the City Attorney,

1300 Perdido Street, City Hall, Room 5E03, New

Orleans, Louisiana.

                * * *

```
 1          A P P E A R A N C E S:

 2  Representing the plaintiff, Rayne Upton:

 3
        MOST & ASSOCIATES
 4       201 St. Charles Avenue, Suite 114 #101
        New Orleans, Louisiana 70170
 5       (504) 500-7974
        hopeaphelps@outlook.com
 6
        BY: HOPE PHELPS, ESQ.
 7

 8  Representing the defendants, City of New Orleans
    and Shaun Ferguson, Superintendent of the New
 9  Orleans Police Department:

10      CITY ATTORNEY
        1300 Perdido Street, City Hall - Room5E03
11       New Orleans, Louisiana 70112
        (504) 658-9800
12       james.roquemore@nola.gov

13      BY:  JAMES M. ROQUEMORE, ESQ.

14  Also present: Kristen Harrington

15            Elizabeth Weigand (part time)

16

17
      Reported by:  Kathleen Barrett Ward
18            Certified Court Reporter
            State of Louisiana
19

20

21

22

23

24

25
```

1           S T I P U L A T I O N

2

3      It is stipulated and agreed by and between

4 Counsel that the deposition of SHANNON SMITH is

5 hereby taken under the appropriate statutes of the

6 Rule in accordance with the Rule.

7

8      The formalities of sealing and certification

9 are hereby waived.  The witness reserves the right

10 to read and sign the deposition.  The party

11 responsible for service of the discovery material

12 shall retain the original.

13

14      All objections, save those as to the form of

15 the questions, are hereby reserved until such time

16 as this deposition, or any part thereof, may be

17 used or sought to be used in evidence, and are to

18 be made in accordance with the Code of Civil

19 Procedure.

20             * * * * *

21

22      Kathleen Barrett Ward, Certified Court

23 Reporter in and for the State of Louisiana,

24 officiated in administering the oath to the

25 above-mentioned witness.

1 exaggeration or storytelling.

2    Q.   And the result of her exaggerating or
3 storytelling the amount of her drinking in this
4 case would be that her mom would lose custody and
5 dad would gain custody; is that fair?

6    A.   That could be.  Yeah.  That could be a
7 reason.

8    Q.   That would serve her purpose as she's
9 hoping to be released to dad's custody, right?

10    MS. PHELPS:

11        Objection.

12    A.   That's -- she says that she wants to be
13 released -- she's hoping to be released to dad's
14 custody.

15 BY MR. ROQUEMORE:

16    Q.   Yeah.  And so she reports herself as
17 being an alcoholic and has wild stories of
18 excessive drinking that, and according to your
19 experience, a 15, 14-year-old girl could not
20 possibly do?

21    A.   Probably not.

22    Q.   All right.  The last page on this, 25,
23 the plan.

24    A.   Okay.

25    Q.   Well, they have a set of diagnosis --