3/10/24, 11:05 AM
Case 2:21-cv-00407-CJB-KWR Document 176-10 Filed 03/10/24 Page 1 of 2
Gmail - Upton v. Vicknair: Meet & Confer re Exhibit Objections

 **Gmail**

William Most <williammost@gmail.com>

---

## Upton v. Vicknair: Meet & Confer re Exhibit Objections

**James M Roquemore** <James.Roquemore@nola.gov>                                   Wed, Mar 6, 2024 at 5:22 PM
To: Hope Phelps <hopeaphelps@outlook.com>, William Most <williammost@gmail.com>
Cc: Patricia M Pangelinan <Patricia.Pangelinan@nola.gov>, Veronica Barnes <veronicasuzannebarnes@gmail.com>,
"Corwin M. St Raymond" <cmstraymond@nola.gov>

Hope,

To your email below.

1. As to P1, we reserve our objection until we know what portion you intend to use.

2. I have now reviewed the two transcripts contained in P4 and P5. Attached is a copy of P4. I have highlighted the portion that I believe you were referencing on the telephone. After reviewing, am at a loss as to why you believe that this qualifies as an exhibit. If ████████ ████ wishes to testify as to her statements at the sentencing hearing, she may do so. And if she needs to refer to the transcript to refresh her memory, she may do so. However, we object to the introduction of either transcripts as exhibits.

3. See response to #1.

4, 5. Are correct.

6, 7. We will submit excerpts of the pages we intend to use at trial by Friday.

8, 9, 10. Are correct. The City's understanding is that the only remaining claims are (1) Monell hiring, and (2) damages for sexual assault, sexual battery and false imprisonment. Please let us know if this is incorrect.

11. Please advise whether this Dropbox folder is sharable, as I will be sending it to my legal assistant for printing. We would ask that you put any joint exhibit videos and/or audio recording s on a jump drive because we are unable to perform that function.

12. Stella Cziment and Curtis Carkum are "may call" witnesses. If called, they will not be limited as to topics of inquiry.

13. Thank you for this information.

14. Thank you for this document.

Thanks,

Jim

## James M. Roquemore

### Assistant City Attorney

City of New Orleans | Law Department

1300 Perdido St., Room 5E03 | New Orleans, LA 70112

Direct Office Telephone: 504.658.9815 | F: 504.658.9868

james.roquemore@nola.gov

---

**From:** Hope Phelps <hopeaphelps@outlook.com>
**Sent:** Wednesday, March 6, 2024 4:06 PM
**To:** Corwin M. St Raymond <cmstraymond@nola.gov>; James R Roquemore <James.Roquemore@nola.gov>
**Cc:** Patricia M Pangelinan <Patricia.Pangelinan@nola.gov>; Veronica Barnes <veronicasuzannebarnes@gmail.com>; William Most <williammost@gmail.com>
**Subject:** Re: Upton v. Vicknair: Meet & Confer re Exhibit Objections

> **EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

Hey Jim,

I wanted to make sure we're on the same page after our call, so please correct me if I've noted any of this wrong:

1. Defendant withdraws its objection to P1 (FBI file), P3 (Ascension Parish Bill of Info), and P9 (Plaintiff's excerpt of Vicknair's testimony), P13 (Factual Basis), P14 (Guilty Plea), P15 (Photos of Vicknair).
2. For P4 and P5, Defendant objects to statements made by Judge Africk, but does not object to statements made by G.H., Vicknair, and Rayne. Plaintiff will make redactions or consider eliminating exhibits.
3. P 1 is a 271 page FBI file. Plaintiff will cut to portion that will be used at trial.
4. Plaintiff withdraws her objection to C8 (NOPD Application and HR summary).
5. At the pre-trial conference, Judge Barbier stated that C13-15 would be excluded.
6. For C16, Defendant has also listed the 271 page FBI file. Plaintiff maintains objections and requests that Defendant submit the excerpts of the pages they intend to use at trial.
7. For C20, Plaintiff maintains objection and requests that Defendant submit the excerpts of the pages they intend to use at trial.
8. The parties agree to strike No. 11 of the Single Listing of Key Contested Material Facts: "Whether, because she was a minor, G.H. did not have the capacity to consent to sexual conduct with Rodney Vicknair."
9. The Parties agree to add "Rodney Vicknair sexually assaulted G.H. on September 23, 2020" to the Single Listing of Uncontested Material Facts before the item currently listed as No. 9.
10. Defendant will not oppose Plaintiff's dismissal of her negligent hiring and IIED claims.
11. The parties wish to share the cost of joint exhibits, and Defendant would prefer to print those exhibits in-house. Plaintiff submits this Dropbox folder containing the joint exhibits: ███████████████
12. Defendant may call Stella Cziment, will not call Casey Riley, and will call Curtis Carkum to provide context regarding the body-worn cameras if that footage is allowed at trial.
13. On March 18th, Plaintiff anticipates calling Lawrence Jones, Kimberly Wilson, and David Barnes. On March 19th, Plaintiff anticipates calling Nicole Powell, Vicknair, herself, Shannon Smith, Superintendent Kirkpatrick, and possibly Dr. Burch or Andrea Wright. Plaintiff anticipates closing in the afternoon of March 19th.
14. Attached is a copy of the ruling in the DCFS case.

Thank you,