**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>           Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, ET AL.,<br><br>           Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**Ex Parte Motion for Leave to File Opposition to Defendant's Motion to Admit Evidence of Plaintiff's Other Sexual Trauma Pursuant to Federal Rule of Evidence 412 (R. Doc. 171) Under Seal**

The City's *Motion to Admit Evidence of Other Sexual Trauma Pursuant to Federal Rule of Evidence 412* and exhibits were filed under seal pursuant to Federal Rule of Evidence 412(c)(2).

Consistent with Federal Rule of Evidence 412(c)(2) and the status of these filings as sealed, Plaintiff moves to seal her Opposition to the City's *Motion to Admit Evidence of Other Sexual Trauma Pursuant to Federal Rule of Evidence 412*.

Respectfully submitted,

**MOST & ASSOCIATES**

*/s/ Hope Phelps*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com
***Counsel for Plaintiff, G.H.***