UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>     Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, ET AL.,<br><br>     Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**Memorandum in Support of Plaintiff's *Ex Parte* Motion
for Leave to File Opposition to R. Doc. 171 Under Seal**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff G.H. and pursuant to Federal Rule of Evidence 412(c)(2) respectfully moves this Honorable Court to issue an Order directing the Clerk of Court to seal Plaintiff's Opposition to Defendant's *Motion to Admit Evidence of Other Sexual Trauma Pursuant to Federal Rule of Evidence 412* (R. Doc. 171).

On March 4, 2024, the City filed under seal its Motion to Admit Evidence of Plaintiff's Other Sexual Trauma Pursuant to Federal Rule of Evidence 412 (R. Doc. 167). On the following day, the Court sent a Notice of Deficient Document regarding document 167 because "Incomplete document. No Motion to Seal with a proposed Order was filed." Defendant remedied this deficiency, the Court ordered the filing sealed (R. Doc. 170) and Defendant's sealed motion was re-entered as R. Doc. 171.

In accordance with Fed. R. Evid 412(c)(2) and the Notice from the Court, Plaintiff files the instant Motion to Seal her Opposition to R. Doc. 171 and a proposed order.

1

2

        Respectfully submitted,

        **MOST & ASSOCIATES**

        */s/ Hope Phelps*
        **HOPE PHELPS (La. Bar No. 37259)**
        **WILLIAM MOST (La. Bar No. 36914)**
        201 St. Charles Ave., Ste. 2500, #9685
        New Orleans, LA 70170
        Tel: (504) 509-5023
        Email: williammost@gmail.com
        ***Counsel for Plaintiff, G.H.***