UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H. | ) ) ) | Docket No. 2:21-cv-407 |
| Plaintiff, | ) ) | JUDGE: CARL BARBIER |
| v. | ) ) | MAGISTRATE: KAREN WELLS ROBY |
| RODNEY VICKNAIR, ET AL., | ) ) | |
| Defendants. | ) ) | |

**Proposed Order Granting Plaintiff's *Ex Parte* Motion
for Leave to File Opposition to R. Doc. 171 Under Seal**

Having duly considered the *Ex Parte Motion for Leave to File Opposition to R. Doc. 171 Under Seal* and the arguments relevant thereto,

IT IS HEREBY ORDERED that the motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA