UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## THE CITY OF NEW ORLEANS' MOTION IN LIMINE

Defendant, the City of New Orleans (the "City"), submits the following Motion *in Limine*. The City requests that the Court issue the following evidentiary rulings, the bases for which are set forth in the accompanying memorandum:

1. Plaintiff's exhibit, P2, New Orleans Police Department ("NOPD") Operations Manual, Chapter: 41-8, Affidavits-and Summons (Non-Traffic), shall be excluded from evidence at trial.

2. Counsel shall not question any witness concerning the term, "habitual offender."

3. Plaintiff's exhibits, P3 and P4, transcripts of Rodney Vicknair sentencing hearings on March 8, 2023 (R. Doc. 87-4) and March 14, 2023 (R. Doc. 87-5), shall be excluded from evidence at trial.

4. Plaintiff's exhibit, P6, a 14-page Report of Expert Witness Shannon Smith, shall be excluded from evidence at trial.

5. Plaintiff's exhibit, P7, screenshots of post-sentencing Snapchat requests purportedly from Rodney Vicknair to G.H., shall be excluded from evidence at trial.

6. Plaintiff's exhibit, P12, Screenshots of post-sentencing Snapchat threats made by anonymous person(s) to G.H. on Snapchat, shall be excluded from evidence at trial.

7. Plaintiff shall be precluded from presenting any evidence, testimony or argument concerning an alleged *Monell* violation based on hiring Rodney Vicknair because such claim was not raised in Plaintiff's First Amended Complaint.

WHEREFORE, the City requests that this Motion be granted and that the requested evidentiary rulings be made.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*

2