## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Having considered the City of New Orleans' Motion *in Limine* and arguments and pleadings relevant thereto,

IT IS HEREBY ORDERED that the motion is GRANTED.

It is ordered that

1. Plaintiff's exhibit, P2, New Orleans Police Department ("NOPD") Operations Manual, Chapter: 41-8, Affidavits-and Summons (Non-Traffic), shall be excluded from evidence at trial.

2. Counsel shall not question any witness concerning the term, "habitual offender."

3. Plaintiff's exhibits, P3 and P4, transcripts of Rodney Vicknair sentencing hearings on March 8, 2023 (R. Doc. 87-4) and March 14, 2023 (R. Doc. 87-5), shall be excluded from evidence at trial.

4. Plaintiff's exhibit, P6, a 14-page Report of Expert Witness Shannon Smith, shall be excluded from evidence at trial.

5. Plaintiff's exhibit, P7, screenshots of post-sentencing Snapchat requests purportedly from Rodney Vicknair to G.H., shall be excluded from evidence at trial.

1

6. Plaintiff's exhibit, P12, Screenshots of post-sentencing Snapchat threats made by anonymous person(s) to G.H. on Snapchat, shall be excluded from evidence at trial.

7. Plaintiff shall be precluded from presenting any evidence, testimony or argument concerning an alleged *Monell* violation based on hiring Rodney Vicknair because such claim was not raised in Plaintiff's First Amended Complaint.

New Orleans, Louisiana, this ___ day of _____, 2024.

                                                  _____
                                                  UNITED STATES JUDGE
                                                  EASTERN DISTRICT OF LOUISIANA