**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>    Plaintiff,<br> v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**Proposed Jury Verdict Form by City of New Orleans**

# Federal Law Claims Against Defendant the City of New Orleans (42 U.S.C. § 1983).

1. Do you find by a preponderance of the evidence that at the time Rodney Vicknair was hired as a police officer (i.e. 2007) defendant the City of New Orleans maintained an official policy or custom to fail to adequately scrutinize police office applicants before they were hired?

    YES  _____

    NO  _____

*If the answer to question 1 is YES, proceed to question 2.*
*If the answer to question 1 is NO, do not answer questions 2, 3, or 4.*

2. Do you find by a preponderance of the evidence that defendant City of New Orleans knew or should have known in 2007 about the policy or custom to fail to adequately scrutinize police office applicants before they were hired?

    YES  _____

    NO  _____

*If the answer to question 2 is YES, proceed to question 3.*
*If the answer to question 2 is NO, do not answer questions 3 or 4.*

3. Do you find by a preponderance of the evidence that adequate scrutiny of Rodney Vicknair's background would lead a reasonable policymaker to conclude that the plainly obvious consequence of the decision to hire Rodney Vicknair would be that Rodney Vicknair would be highly likely to use his authority as a police officer to violate a minor's rights by sexually assaulting, sexually battering, and falsely imprison her?

    YES  _____

    NO   _____

*If the answer to question 3 is YES, proceed to question 4.*
*If the answer to question 3 is NO, do not answer question 4.*

4. Do you find by a preponderance of the evidence that the hiring of Rodney Vicknair directly caused the Plaintiff to be falsely imprisoned, sexually assaulted, and sexually battered?

    YES  _____

    NO   _____

{The remainder of this page was intentionally left blank.}

## DAMAGES

What sum of money, if any, would reasonably and fairly compensate Plaintiff for the assault, battery, and false imprisonment committed by Rodney Vicknair?

General Damages, including physical and
mental injury, pain and suffering, and loss
of capacity for enjoyment of life                                $_____

Future Medical Expenses                                          $_____

**Sign and date the form and return to the courtroom.**

New Orleans, Louisiana, this _____ day of March, 2024.

                                                                                         _____
                                                                                         **JURY REPRESENTATIVE**


                                                                                         Respectfully submitted:

                                                                                         */s/ James M. Roquemore*
                                                                                         **JAMES M. ROQUEMORE, LSB #40035**
                                                                                         ASSISTANT CITY ATTORNEY
                                                                                         james.roquemore@nola.gov
                                                                                         **CORWIN ST. RAYMOND, LSB #31330**
                                                                                         CHIEF DEPUTY CITY ATTORNEY
                                                                                         **DONESIA D. TURNER, LSB #23338**
                                                                                         CITY ATTORNEY
                                                                                         1300 PERDIDO STREET, SUITE 5E03
                                                                                         NEW ORLEANS, LOUISIANA 70112
                                                                                         TEL: (504) 658-9800
                                                                                         FACSIMILE: (504) 658-9868
                                                                                         *Counsel for the City of New Orleans*