UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S PROPOSED VERDICT FORM**

1. Do you find by a preponderance of the evidence that the City of New Orleans' decision to hire Rodney Vicknair reflected deliberate indifference to the risk of the particular kind of constitutional violation that Rodney Vicknair inflicted on Plaintiff?[1]

    Yes _____     No _____

    *If you checked "Yes," go on to Question 2. If you checked "No," go on to Question 3.*

2. What sum of money, if paid now in cash, would fairly and reasonably compensate the Plaintiff for the harm she has suffered and will suffer?

    $_____ **(No Maximum)**

    *Sign the verdict form and hand it in to the Court Security Officer.*

3. What sum of money, if paid now in cash, would fairly and reasonably compensate the Plaintiff for the harm she has suffered and will suffer?

    $_____ **(Maximum $500,000)**[2]

    *Sign the verdict form and hand it in to the Court Security Officer.*

---

[1] R. Doc. 157 (Order on Summary Judgment) at 18-19 ("In a case alleging negligent hiring due to failure to properly vet an applicant . . . a 'plaintiff must demonstrate that a municipal decision reflects deliberate indifference to the risk that a violation of a particular constitutional or statutory right will follow the decision.'"), *quoting Bd. of Cnty. Comm'rs of Bryan Cnty. Okl. v. Brown*, 520 U.S. 397, 405 (1997).

[2] *Honda Motor Co. v. Oberg*, 512 U.S. 415, 438-439 (1994) (holding that when damages were capped, the "trial court properly instructed the jury on this damage cap.")

1

Respectfully submitted,

**MOST & ASSOCIATES**

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com
*Counsel for Plaintiff, G.H.*