UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Having considered the City of New Orleans' request for extension **(Rec. Doc. 187)**;

IT IS HEREBY ORDERED that the motion is GRANTED. The City shall have until 2:00 p.m. today to submit its Bench Books.

New Orleans, Louisiana, this 11th day of March, 2024.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA

1