**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

RAYNE UPTON, individually and                    )          Docket No. 2:21-cv-407
on behalf of her minor daughter, G.H.            )
                                                 )          JUDGE: CARL BARBIER
                    Plaintiff,                   )
        v.                                       )          MAGISTRATE: KAREN
                                                 )          WELLS ROBY
RODNEY VICKNAIR, ET AL.,                          )
                                                 )
                    Defendants.                  )
_____          )

## ORDER

     Having duly considered the *Ex Parte Motion for Leave to File Opposition to R. Doc. 171 Under Seal* and the arguments relevant thereto,

     IT IS HEREBY ORDERED that the motion to seal **(Rec. Doc. 180)** is GRANTED.

     New Orleans, Louisiana, this 11th day of March, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE