UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAYNE UPTON                  CIVIL ACTION

VERSUS                      No. 21-407

RODNEY VICKNAIR, ET AL.        SECTION: "J"(4)

## ORDER

Considering the foregoing *Motion* in Limine **(Rec. Doc. 181)** filed by Defendant the City of New Orleans and Plaintiff's opposition (Rec. Doc. 190)

**IT IS HEREBY ORDERED** that:

1. Objection #1 is **OVERRULED.**
2. Objection #2 is **OVERRULED.**
3. Objection #3 is **OVERRULED,** with the caveat that Plaintiff will redact the transcripts to admit statements by Vicknair.
4. Objection #4 is **RESERVED UNTIL TRIAL.**
5. Objection #5 is **OVERRULED.**
6. Objection #6 is **OVERRULED.**
7. Objection #7 is **OVERRULED.**

New Orleans, Louisiana, this 12th day of March, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE