UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Having considered the City of New Orleans's Motion to Seal the City's Responses to Docs. 176, 177, and 184 and arguments and pleadings relevant thereto **(Rec. Doc. 192)**,

IT IS HEREBY ORDERED that the motion is GRANTED.

It is ordered that the City's Opposition to Plaintiff's Motions in Limine (R. Doc. 176), the City's Response to Plaintiff's Objections to Defendant's Deposition Designations (R. Doc. 177), and the City's Response to Plaintiff's Exhibit Objections (R. Doc. 184), thereto shall be sealed.

New Orleans, Louisiana, this 12th day of March, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE