UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAYNE UPTON                                              CIVIL ACTION

VERSUS                                                   No. 21-407

RODNEY VICKNAIR, ET AL.                                  SECTION: "J"(4)

### ORDER

Considering the foregoing *Motion in Limine* **(Rec. Doc. 176)** filed by Plaintiff, G.H; and opposition (Rec. Doc. 196) filed by Defendant, the City of New Orleans;

**IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART**. The following orders apply to each of Plaintiff's numbered requests for exclusion:

(1) **DENIED.**

(2) **GRANTED.**

(3) **GRANTED.**

(4) **GRANTED.**

(5) **DENIED.**

(6) **DENIED.**

(7) **GRANTED.**

(8) **GRANTED.**

(9) **GRANTED.**

(10) **DENIED.**

(11) **GRANTED.**

(12) **DEFERRED.**

(13) **DENIED**

(14) **GRANTED.**

(15) **GRANTED.**

New Orleans, Louisiana, this 13th day of March, 2024.

                                                        CARL J. BARBIER
                                                        UNITED STATES DISTRICT JUDGE