MINUTE ENTRY
BARBIER, J.
March 13, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| G.H. | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| RODNEY VICKNAIR, ET AL. | SECTION: "J" (4) |

The Court held a telephone conference on this date with the following counsel participating: William Most and Hope Phelps, representing Plaintiff; and James Roquemore and Corwin St. Raymond representing Defendants.

At the conference, the Court **ORDERED** as follows:

(1) Plaintiff's *Motion to Require Stipulations of Fact* **(Rec. Doc. 159)** is **DENIED as moot.**

(2) Plaintiff's *Motion for Leave to Designate Anne Kirkpatrick as a Non-Retained Expert Witness* **(Rec. Doc. 136)** is **GRANTED.**

(3) Plaintiff's Exhibit Objection A (Exhibit 48) is **OVERRULED** with the caveats that the video should be edited for length, Plaintiff's statements are admissible, and Plaintiff's mother's statements are only admissible for impeachment.

(4) Plaintiff's Exhibit Objection B (Exhibit 49) is **SUSTAINED**, with a similar carveout for impeachment.

1

(5) Plaintiff's Exhibit Objection C (Exhibits 50 and 51) is **SUSTAINED** as to Exhibit 50 (except if needed for impeachment) and **OVERRULED** as to Exhibit 51 (but the interview must be edited as ordered during the conference)

(6) Plaintiff's Exhibit Objection D (Exhibit C9) is **SUSTAINED.**

(7) Plaintiff's Exhibit Objection E (Exhibit 54) is **DEFERRED until trial.**

(8) Plaintiff's Exhibit Objection F (Exhibits 55, 56, 63) is **SUSTAINED IN PART:** evidence of a specific diagnosis may be admitted, but all Rule 412 evidence must be redacted from these exhibits.

(9) Plaintiff's Exhibit Objection G (Exhibit 57) is **SUSTAINED**, with a similar carveout for impeachment.

(10) Plaintiff's Exhibit Objection H (Exhibits 58, 59, 60) is **moot.** Defendant withdrew these exhibits.

(11) Plaintiff's Exhibit Objection I (Exhibit 61) is **DEFERRED until trial.**

(12) Plaintiff's Exhibit Objection J (Exhibit C21) is **SUSTAINED,** with a similar carveout for impeachment.

(13) Plaintiff's Exhibit Objection K (Exhibit 64) is **OVERRULED.**

(14) Counsel shall revise and redact the previously submitted Bench Books based on these orders and the Court's previous ruling regarding Rule 412 evidence by <u>**March 15, 2024 at 10:00 a.m.**</u>

   a. Counsel **must also** substantially reduce the length of the voluminous exhibits, **as ordered**.

    b. Any exhibits that may only be used for impeachment should be removed from the Bench Book.

(15) The following time limits will apply at trial: 7 hours for Plaintiff's case and 7 hours for Defendant's case. These time limits are inclusive of opening and closing statements; and direct, cross, and redirect examination.

* * * * * * * * * * * * * * *

JS-10: 55 mins.

New Orleans, Louisiana, this 13th day of March, 2024.

 

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE