UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing *Plaintiff's Ex Parte Request for Status Conference,* **IT IS HEREBY ORDERED** that the motion is granted.

A telephone status conference will be held at _____ a.m./p.m., on _____, 2024. Plaintiff's counsel is to arrange for the call and then call the Court.

New Orleans, Louisiana this \_\_\_\_\_ day of _____, 2024.

_____
JUDGE

1