## Michael J. Laughlin

**From:** Michael J. Laughlin
**Sent:** Monday, December 6, 2021 10:58 AM
**To:** policemonitor@nolaipm.gov
**Cc:** Churita H. Hansell; Derek M. Mercadal
**Subject:** RE: CONFIDENTIAL AND PROTECTED JUVENILE INFORMATION: Rayne Upton vs. Rodney Vicknair, et al, USDC E.D. La. No. 20-0407

Good Morning,

I was advised by your office that I could obtain the records described in the e-mail below by request to this address without the need for a subpoena. Please confirm that this information was correct and that you will voluntarily release the requested documents without requiring a subpoena.

Thank you.

Mike

**Michael J. Laughlin**
**Assistant City Attorney**
City of New Orleans | Law Department
1300 Perdido St., Suite 5E03 | New Orleans, LA 70112
O: 504.658.9800 | F: 504.658.9868
mjlaughlin@nola.gov



**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail transmission may be attorney/client privileged, and confidential, intended only for the use of the individual or entity identified herein. If you are not the intended recipient, you should cease reading this document, and are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic mail transmission in error, please immediately notify me by return electronic mail, via facsimile or telephone, and destroy the original electronic message.

**From:** Michael J. Laughlin
**Sent:** Monday, November 22, 2021 11:25 AM
**To:** policemonitor@nolaipm.gov
**Cc:** Churita H. Hansell <chhansell@nola.gov>; Derek M. Mercadal <dmmercadal@nola.gov>
**Subject:** CONFIDENTIAL AND PROTECTED JUVENILE INFORMATION: Rayne Upton vs. Rodney Vicknair, et al, USDC E.D. La. No. 20-0407

Greetings,

I represent the City and the NOPD Superintendent in the above referenced federal litigation arising from the alleged sexual assault of a minor (Gabrielle Hainey, DOB 6/30/2005) by former NOPD Officer Rodney Vicknair.

The Plaintiff alleges that between May 26, 2020 and September 25, 2020 the Clinical Director of the Children's Bureau of New Orleans, Dr. Berre Burch, and/or other of its representatives alerted your Office one or more times about inappropriate behavior by Officer Vicknair with the minor and that your Office alerted NOPD.

It would be appreciated if you would provide me copies of all records that you may have concerning contacts with or communications to your Office about Officer Rodney Vicknair and/or the minor and your contacts and communications to NOPD about Officer Rodney Vicknair and/or the minor from May 26, 2020 to September 25, 2020.

Thank you.

Mike

**Michael J. Laughlin**
**Assistant City Attorney**
City of New Orleans | Law Department
1300 Perdido St., Suite 5E03 | New Orleans, LA 70112
O: 504.658.9800 | F: 504.658.9868
mjlaughlin@nola.gov



**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail transmission may be attorney/client privileged, and confidential, intended only for the use of the individual or entity identified herein. If you are not the intended recipient, you should cease reading this document, and are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic mail transmission in error, please immediately notify me by return electronic mail, via facsimile or telephone, and destroy the original electronic message.