UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| G.H. | CIVIL ACTION |
| VERSUS | No. 21-407 |
| THE CITY OF NEW ORLEANS, ET AL. | SECTION: "J"(4) |

## ORDER

Considering the foregoing *Objections to Defendant's Deposition Designations* **(Rec. Doc. 177)** filed by Plaintiff, G.H; and opposition (Rec. Doc. 197) filed by Defendant, the City of New Orleans;

**IT IS HEREBY ORDERED** that Plaintiff's lettered objections are:

**(A)** OVERRULED

**(B)** SUSTAINED

**(C)** SUSTAINED

**(D)** SUSTAINED

**(E)** SUSTAINED

The deposition transcript shall be edited accordingly, as previously ordered. (Rec. Doc. 166, at 3).

New Orleans, Louisiana, this 14th day of March, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE