UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*Ex Parte* **Motion for Continuance of Trial**

Now comes Plaintiff G.H. to request a continuance of trial in the above-captioned matter. Her request is based on the issues raised in R. Doc. 201 (Motion for Status Conference) and based on the discussion held by the parties with the Court in the March 14, 2024 telephonic status conference.

Based on those things, Plaintiff asks that the Court:

1. Continue the trial scheduled to begin March 18, 2024;

2. Permit Plaintiff to engage in limited discovery to address the issues raised in R. Doc. 201;

3. Hold a scheduling conference for the purpose of selecting a new trial date.

Wherefore, Plaintiff asks that the Motion be granted.

Respectfully submitted,

**MOST & ASSOCIATES**

*/s/ William Most*
HOPE PHELPS (La. Bar No. 37259)
WILLIAM MOST (La. Bar No. 36914)
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com
***Counsel for Plaintiff, G.H.***

1