## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Plaintiff's Ex Parte Request for Continuance of Trial,* **IT IS HEREBY ORDERED** that the motion is granted. The Court orders as follows:

1. The trial in the above-captioned matter scheduled to begin March 18, 2024 shall be continued;

2. Plaintiff is permitted to engage in limited additional discovery to address the issues raised in R. Doc. 201;

3. The Court will hold a scheduling conference for the purpose of selecting a new trial date.

New Orleans, Louisiana this _____ day of _____, 2024.

                                                                   JUDGE