UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| G.H. | CIVIL ACTION |
| VERSUS | No. 21-407 |
| THE CITY OF NEW ORLEANS, ET AL. | SECTION: "J"(4) |

### ORDER

Considering the foregoing motion for status conference and motion to continue trial **(Rec. Docs. 201, 204)** filed by Plaintiff, G.H;

**IT IS HEREBY ORDERED** that the motions are **GRANTED.** The trial scheduled for March 18, 2024 is **CONTINUED.** The Court will set a status conference soon to select a new trial date and discuss any pending issues.

New Orleans, Louisiana, this 14th day of March, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE