UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| G.H. | CIVIL ACTION |
| VERSUS | No. 21-407 |
| THE CITY OF NEW ORLEANS, ET AL. | SECTION: "J"(4) |

## ORDER

**IT IS HEREBY ORDERED** that an in-person status conference is **SET** for **Tuesday, March 19, 2024 at 10:30 a.m.**

New Orleans, Louisiana, this 15th day of March, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE