MINUTE ENTRY
BARBIER, J.
March 19, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| G.H. | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS, ET AL. | SECTION: "J" (4) |

The Court held a status conference in chambers on this date with the following counsel participating: William Most and Hope Phelps, representing Plaintiff; and James Roquemore and Corwin St. Raymond representing Defendant City of New Orleans ("the City").

The Court **ORDERS** as follows:

(1) Within **30 days of this Order**, the parties will cooperate to take the depositions of Shaun Ferguson, Arlinda Westbrook, and Susan Hutson. The City shall provide Mr. Ferguson and Ms. Westbrook's contact information to Plaintiff's counsel and work to make Mr. Ferguson and Ms. Westbrook available for the depositions. The City shall pay the cost of the three depositions.

(2) **At least 5 working days before the first deposition,** the City shall produce to Plaintiff text messages and phone call logs of Shaun Ferguson, Arlinda Westbrook, and Susan Hutson in the relevant time period: September 18, 2020 to September 25, 2020. If the documents are outside the City's possession,

1

custody, or control, the City must issue subpoenas to obtain such documents and turn them over to Plaintiff by this deadline.

(3) All costs associated with the above discovery will be borne by the City.

(4) The Court will hold a telephone status conference regarding the above tasks on **April 19 at 10:00 a.m.**

* * * * * * * * * * * * * * *

JS-10: 11 mins.

New Orleans, Louisiana, this 19th day of March, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2