UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| G.H. | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS, ET AL. | SECTION: "J" (4) |

## ORDER

**IT IS HEREBY ORDERED** that the Status Conference set for Friday, April 19, 2024 is **CONTINUED** to **Wednesday, April 24, 2024 at 10:00 a.m.** The conference will be held in-person in Chambers.

**IT IS FURTHER ORDERED** that the parties submit a **joint** status report not exceeding three pages by **Monday, April 22, 2024 at noon.**

New Orleans, Louisiana, this 18th day of April, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1