UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>　　　　　Plaintiff,<br>　v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>　　　　　Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**Consent Motion to Continue Status Conference Date**

In R. Doc. 208, this Court moved the scheduled Status Conference in this matter to April 24, 2024 at 10:00 a.m., in Chambers.

Plaintiff's lead trial counsel, however, will be out of state on that date. And one of Defendant's counsel has an appointment at that date and time.

For that reason, plaintiff asks that the Status Conference be rescheduled for any day the following week, except Wednesday. (*I.e.*, April 29, April 30, May 2, or May 3.) Defendant consents to this request.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**MOST & ASSOCIATES**

　　　　　　　　　　　　　　　　　　　　*/s/ William Most*
　　　　　　　　　　　　　　　　　　　　**HOPE PHELPS (La. Bar No. 37259)**
　　　　　　　　　　　　　　　　　　　　**WILLIAM MOST (La. Bar No. 36914)**
　　　　　　　　　　　　　　　　　　　　201 St. Charles Ave., Ste. 2500, #9685
　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70170
　　　　　　　　　　　　　　　　　　　　Tel: (504) 509-5023
　　　　　　　　　　　　　　　　　　　　Email: williammost@gmail.com
　　　　　　　　　　　　　　　　　　　　***Counsel for Plaintiff, G.H.***