## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>            Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10,<br><br>            Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

## **ORDER**

Considering the foregoing *Consent Motion to Continue Status Conference Date,*

**IT IS HEREBY ORDERED** that the motion is granted. The status conference will be reset for

\_\_\_\_\_ of _____, at \_\_\_\_\_ a.m./p.m., in Chambers.

New Orleans, Louisiana this \_\_\_\_\_ day of _____, 2024.

                                                                                                    JUDGE