UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| G.H. | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS, ET AL. | SECTION: "J" (4) |

## ORDER

Considering the foregoing *Consent Motion to Continue Status Conference* **(Rec. Doc. 209);**

**IT IS HEREBY ORDERED** that the Status Conference set for Wednesday April 24, 2024 is **CONTINUED** to **Tuesday, April 30, 2024 at 10:00 a.m.** The conference will be held in-person in Chambers. No other deadlines are continued.

New Orleans, Louisiana, this 22nd day of April, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1