UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| G.H. | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS, ET AL. | SECTION: "J" (4) |

## ORDER

**IT IS HEREBY ORDERED** that the in-person Status Conference set for **Tuesday, April 30, 2024 at 10:00 a.m** is **RESET** for the **same date at 11:00 a.m.**

New Orleans, Louisiana, this 23rd day of April, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1