MINUTE ENTRY
BARBIER, J.
APRIL 30, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| G.H. | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS, ET AL. | SECTION: "J" (4) |

The Court held a status conference in chambers on this date with the following counsel participating: William Most and Hope Phelps, representing Plaintiff; and James Roquemore and Corwin St. Raymond representing Defendant City of New Orleans ("the City").

The Court **ORDERED** as follows:

(1) Trial is **SET** for <u>**September 16, 2024 at 8:30 a.m.**</u> The final pre-trial conference is **SET** for <u>**August 15, 2024 at 3:30 p.m.**</u>

(2) Within <u>**21 days of this Order**</u>, the parties will cooperate to take the deposition of Berre Burch.

(3) **NO** other discovery may be reopened, and all past deadlines remain closed.

(4) Within <u>**21 days of this Order**</u>, Plaintiff may file a motion for reconsideration of the *Monell* claim regarding improper supervision.

* * * * * * * * * * * * * * *

JS-10: 23 mins.

New Orleans, Louisiana, this 30th day of April, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1