UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H. | ) ) ) ) |
| Plaintiff, | ) Docket No. 2:21-cv-407 |
| v. | ) ) JUDGE: CARL BARBIER |
| RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10; and XYZ INSURANCE COMPANIES 1 to 10, | ) ) ) MAGISTRATE: KAREN ) WELLS ROBY ) |
| Defendants. | ) ) ) |

**ORDER**

Considering the foregoing *Plaintiff's Motion for Reconsideration,* **IT IS HEREBY ORDERED** that the motion is granted. This Court's ruling on cross-motions for summary judgment (Rec. Doc. 157) is reconsidered and reversed only insofar as it dismissed Plaintiff's improper-supervision theory of the City of New Orleans' potential liability under *Monell v. Department of Soc. Svcs*., 436 U.S. 658 (1978). All other aspects of Rec. Doc. 157 remain in force.

The parties are ordered to work together to file a revised proposed pre-trial order by _____, 2024.

New Orleans, Louisiana this \_\_\_\_\_ day of _____, 2024.

_____
JUDGE