

**Children's Bureau** *of New Orleans*

935 Calhoun Street, Ste 101 • New Orleans, La 70118

Tel: (504) 525-2366 • Fax: (504) 584 - 7780

cbno@ChildrensBureauNOLA.org

www.ChildrensBureauNOLA.org

January 25, 2022

To Whom It May Concern:

Enclosed is the confidential treatment record of G▮▮▮▮ H▮▮▮ (DOB:▮▮/2005). Services were provided to this child and her caregiver from January 2020 to March 2021. The treating clinician, Andrea Wright, LCSW-BACS is no longer employed by Children's Bureau of New Orleans. Questions or correspondence regarding this record should be directed to the agency's President/CEO, Charlotte Cunliffe, Ph.D. or the agency's pro-bono legal counsel, Adams and Reese LLP.

Sincerely,

Berre Burch, Ph.D.
Clinical Director

| Date | Code | Notes | |
|---|---|---|---|
| | | service animal. LCSW spoke briefly to G▓ to confirm appointment tomorrow at 3:15.<br>G▓ texted LCSW at 5:50 asking to meet now and LCSW replied that it is too late to meet now. | (sig) |
| 9/9/20 | 003 | Text to G▓ to confirm appointment today at 3:15. | (sig) |
| 9/9/20 | 015 | 3:30-4:15 Community visit. LCSW met with G▓ at public picnic table outside- both wore masks and engaged in social distancing. LCSW and G▓ engaged in session focused around healthy and unhealthy relationships (relationships meaning friendships, family relationships, and future partner relationships). G▓ discussed her relationships and LCSW pointed out and challenged some distorted thinking and unhealthy relationship beliefs. LCSW provided psychoeducation on aspects of healthy/unhealthy relationships. G▓ did not become defensive over information or challenging, but did not appear to connect the information to her own life or engage in any serious challenging of her own beliefs. G▓ did display limited insight and was able to identify some unhealthy aspects of relationships she has. G▓ displayed very irrational and unhealthy thinking regarding relationships and co-dependence. LCSW provided psychoeducation on healthy relationships, healthy self-esteem, and boundaries and stressed the importance of these. LCSW and G▓ also checked in on her eating and G▓ acknowledged unhealthy eating choices and discussed body image. LCSW and G▓ discussed low self esteem and connection to trauma and G▓ verbalized a number of people/times she has felt bad about herself (ie- verbal abuse). LCSW and G▓ also discussed psychoeducation on self harmful/self damaging behaviors not just being cutting, and how trauma impacts self-harm. G▓ displayed little insight but did engage in conversation. | (sig) |
| 9/12/20 | 003 | Missed call from Ms. H▓<br>Texts from Ms. H▓ regarding increased concerns about G▓ relationship with her older male friend. LCSW and Ms. H▓ agreed to connect Monday when Ms. H▓ has some privacy and can call LCSW. | (sig) |
| 9/14/20 | 003 | LCSW had missed call from G▓ last night around 10pm. LCSW texted G▓ in the morning checking in and offering a call today before 4pm. Missed call from G▓ at 1:00 and she texted she only has 5 minutes- called her back after 3 minutes and no answer. | (sig) |
| 9/15/20 | 003 | LCSW received text from G▓ stating her adult male friend is in the hospital. LCSW called to check in and provide support- G▓ appeared to be coping well and not dysregulated, she was able to discuss boundaries and needing to be able to survive without someone else. LCSW and G▓ confirmed appointment tomorrow. | (sig) |
| 9/16/20 | 003 | Text to G▓ to confirm appointment today. | (sig) |
| 9/16/20 | 015 | 3:15-4:15 Community visit. LCSW met with G▓ at outdoor picnic table- wore masks- engaged in social distancing. LCSW and G▓ engaged in session focused on relationships and understanding healthy relationships- LCSW brought worksheet to | (sig) |

| Date | Code | Notes | Sig |
|---|---|---|---|
| | | look at regarding unhealthy and healthy relationship beliefs and provided psychoeducation on extremes in relationships being unhealthy. G▇ engaged in session and psychoeducation, but displayed limited insight into her own relationships. G▇ did discuss a friendship with an adult male NOPD officer who has been making her uncomfortable. LCSW and G▇ discussed this friendship and explored what made her uncomfortable, and G▇ did well at verbalizing thoughts and feelings about this and LCSW validated and praised her ability to identify and express discomfort when boundaries were pushed, and explored this as a red flag in relationships. G▇ was receptive to conversation and engaged well. LCSW and G▇ explored different possible reactions to boundaries being pushed. LCSW will see G▇ next week. | |
| 9/16/20 | | Clinician consulted with supervisor regarding concerns about police officer's behavior and discussed making a report to NOPD as ethical concern rather than typical mandating reporting process, as there is no clear criminal or mandated report. | |
| 9/16/20 | 003 | Texts to mom and G▇ regarding connecting with them tonight about concerns.<br>LCSW called Ms. H▇ to check in about concerns about police officer's inappropriate behavior. Ms. H▇ expressed concerns as well and recognizing the inappropriateness and concerning behavior, expressed concerns about retaliation when LCSW discussed reporting his behavior to PD as ethical concern, and LCSW and Ms. H▇ processed her concerns and safety implications. Ms. H▇ expressed she was okay with a report being made, but wished for them to be as anonymous as possible. LCSW spoke briefly to G▇ to explain same thing and concerns and G▇ did not present overly upset, though she also indicated concerns about retaliation and specifically about PD trying to take her back to the hospital. LCSW provided some psychoeducation on that process and who ultimately does assessment, but expressed understanding for concern of retaliation.<br>LCSW later texted G▇ a follow up question and G▇ declined to provide officer's full name and expressed now feeling uncertain about reporting. LCSW suggested we speak tomorrow. | |
| 9/17/20 | 003 | LCSW called G▇, no answer, and texted. G▇ called back and LCSW checked in with her on feelings about report being made. G▇ expressed not wanting a report to be made now, and LCSW and G▇ reviewed concerns and the reasons why reporting is important- LCSW also discussed her growth in recognizing and sharing inappropriate behaviors and this being the next step to continue protecting herself and others. G▇ continued to feel she did not want a report made, but did not become overly dysregulated or express concerning cognitions or feelings. | |
| 9/17/20 | 17 | LCSW continued consulting with supervisor throughout day regarding how/who is best to report this information to. | |

| Date | Code | Notes | |
|---|---|---|---|
| 9/18/20 | 003 | Call to family to check in and Ms. H▮ expressed feeling uncertain about reporting as she wishes for this to be anonymous due to safety concerns about retaliation, and G▮ has continued to express not wanting to report due to not wanting officer's job to be affected. LCSW expressed understanding and awareness of safety planning needed, but also continued psychoeducation on grooming behaviors, recognizing unhealthy or inappropriate behaviors, and affirming for Ms. H▮ that safety has to be first for parents and not G▮ concerns about impacts on officer's job. LCSW also continued psychoeducation on perpetration and consideration that this behavior may be happening with other children. LCSW will get back to Ms. H▮ when we are sure of how a report could move forward if we make one. | *signature* |
| 9/18/20 | 17 | LCSW continued consulting with supervisor throughout the day regarding how/who is best to report this information to, and consulting with other agency staff regarding ethical concerns regarding Ms. H▮ not wanting confidentiality broken but also safety and risk around NOPD officer with this behavior not being reported. | *signature* |
| 9/18/20 | 003 | LCSW called Ms. H▮ to share that my supervisor has connected with the Independent Police Monitor who appear to be the best way to report this behavior. LCSW shared that supervisor spoke anonymously but that IPM expressed to her a lot of concern about this behavior and affirmed Ms. H▮ concerns and G▮ feelings of discomfort- LCSW also shared that IPM expressed wanting to engage in safety planning and address safety for the family. Ms. H▮ did agree for LCSW and her to connect with them on Monday and Ms. H▮ did agree for her information to be shared with IPM at that time. | *signature* |
| 9/20/20 | 31<br>17<br>003<br>002 | Text and phone call from Ms. H▮. Ms. H▮ stated that a family friend (F, age 19, later notes referred to as 'stepsister') told Ms. H▮ that G▮ told her that she and adult male friend Jim had sex. Processing and support with Ms. H▮ around this information and how she is doing, and how we may move forward.<br>Consultation with supervisor regarding disclosure, various safety concerns (including SI and Officer Rodney), reporting this information, and processing report with client in the most clinically appropriate way.<br>DCFS report made. LCSW will follow up with NOPD report tomorrow after connecting with IPM regarding safety concerns about other report (Officer Rodney) and not wanting him to be involved in this new report.<br>Call to Ms. H▮ to inform her a report was made but will likely have to be followed up on/made to NOPD directly after discussing with IPM tomorrow. Ms. H▮ stated G▮ is unaware this information has been shared yet and discussed concerns about her finding out and possible SI- LCSW agreed with concern regarding SI and encouraged Ms. H▮ to be very aware of | *signature* |

| | | | |
|---|---|---|---|
| | | G████ mood as this moves forward and be very focused on safety- reviewed safety planning for SI. | |
| 9/21/20 | 002/003 | Phone call to IPM, Deputy Police Monitor, Stella Smith. LCSW consulted with police monitor on concerns regarding the officer, as well as additional disclosure regarding Jim over the weekend, and how best to move forward with both of these. Ms. Smith stated she would consult w/ Captain of Public Integrity Bureau and plan to have conference call with them, LCSW, and Mom this afternoon regarding safety and next steps for issue with officer. Ms. Smith stated she would also consult around best way to connect with sexual abuse detective or set up FI for other disclosure. | |
| 9/21/20 | 003 | Call to Ms. H████ to check in and share above information. Mom also gave name for detective currently working on past sexual assault case.<br>Attempted call to Carly Smith at FJC to update her per Ms. H████ request- no answer, VM full.<br>LCSW texted IPM if we can connect with that detective to handle recent disclosures as family trusts her.<br>IPM texted to set up conference call for 3.<br>Call to Ms. H████ to make sure 3 works- Ms. H████ concerned about G████ reaction as limited privacy at home and LCSW will call by 2:30 to connect with G████ and update her on police officer case and process her reaction with her.<br>Text and call to G████. Call back from G████. LCSW updated G████ on report being made and conference call at 3, G████ confirmed she does not want to be involved or cooperate. G████ continued to not want report made but did not present upset or dysregulated. | |
| 9/21/20 | 003/002 | Conference call with IPM Deputy Police Monitor, Captain Richardson of Public Integrity Bureau, and Sargent Lawrence Jones of Public Integrity Bureau (PIB). LCSW spoke with above parties alone first to provide background information on the family and situation. LCSW joined Ms. H████ onto the call and all parties discuss the situation and how best to proceed forward. Ms. H████ shared background information and concerns about safety and retaliation- G████ also joined call to share some of her thoughts and concerns. Sargent Jones requested an in-person meeting, and all discussed doing this today at their home- LCSW will attend for family support.<br>Call from NOPD PIB Sargent Jones to LCSW alone to connect before home visit and LCSW did share some additional relevant family history, de-escalation strategies with G████, and check in on next report regarding Jim. NOPD PIB Sargent stated he'd like to focus on this report, then assess best way to move forward in a trauma-informed way with next report. | |
| 9/21/20 | 15<br>002 | 4:00-6:00 Home visit/ visit with NOPD. LCSW was present at family's home to provide support for family meeting with NOPD PIB Sargent Jones. All parties introduced selves, and as G████ and Ms. H████ had limited privacy and reacted strongly to one another, LCSW met outside with Ms. H████ for 45 minutes while | |

| | | | |
|---|---|---|---|
| | | NOPD Sargent met alone with G▮▮ (LCSW confirmed with G▮▮ if she would like LCSW present- G▮▮ declined). LCSW and Ms. H▮▮ engaged in processing Ms. H▮▮ own thoughts and feelings on disclosures, managing her own trauma reactions, psychoeducation on trauma impacts on children and understanding unhealthy relationships, and de-escalation/supportive techniques for G▮▮ this week. LCSW then met alone with G▮▮ outside for 30-45 min while NOPD PIB Sargent met with Ms. H▮▮ inside. LCSW provided space for G▮▮ to process thoughts and feelings about this process- G▮▮ was angry at Sargent and expressed this and calmed down throughout talk. LCSW and G▮▮ also engaged in work on healthy relationships, understanding healthy boundaries, and reinforcing safety and how adults react to keep children safe. G▮▮ denied any SI and, while angry, did not present dysregulated or unhappy and was able to engage playfully. G▮▮ did remain somewhat escalated with her mother and the NOPD PIB Sargent as all parties convened to briefly discuss next steps and say goodbye. NOPD PIB Sargent briefly spoke to LCSW alone regarding next steps and request LCSW speak to Ms. H▮▮ about if step-sister would be willing to talk to Sargent. | |
| 9/22/20 | 003 002 | Missed texts/call from G▮▮ last night. Call from Ms. H▮▮. Call to Ms. H▮▮ to check in- discussed NOPD PIB contacting step-sister and she stated step-sister would not agree. Ms. H▮▮ stated G▮▮ disclosed to her (mom) that she did have sex with Jim. Text to G▮▮ to please call LCSW when she can today to have a check in. Call to NOPD PIB Sargent to check in and update that step-sister will likely not comply. Sargent informed LCSW to make report on Jim in normal way and to not mention- and tell mom and G▮▮ not to mention- investigation against Officer Rodney to keep confidentiality and keep 2 cases separate. | |
| 9/23/20 | 003 002 | Text to mom to check in and request call. Ms. H▮▮ called and LCSW shared current status and moving to make a new report- informed her that no details about current PIB investigation should be shared with sexual assault investigator. Ms. H▮▮ stated Officer Rodney told G▮▮ that if she denies sex with Jim the case against him will not move forward. LCSW provided support and reviewed coping skills with Ms. H▮▮, and will check in with NOPD PIB Sargent on if this impacts moving forward. LCSW called NOPD PIB Sargent to update him on G▮▮ report to Ms. H▮▮. Sargent discussed investigation, wanting to be as trauma-aware with G▮▮ as possible, and possible next steps. Sargent confirmed that he would like LCSW and family to not share the above remarks with new investigation and once this case is closed he/we can share and express why it was not shared earlier. LCSW proceeded with new report of Jim-Called NOPD child abuse unit who stated LCSW must call the main report line. | |

| | | | |
|---|---|---|---|
| | | LCSW to main report line- operator started to send unit out to house and LCSW requested they cancel this as LCSW is not there, LCSW is unsure if mom is there, and immediate attention was not intended- wanted to plan a safe way to discuss with G▇. LCSW called officer Kimberly Wilson to discuss concerns and making a report in most trauma-informed way. Officer Wilson stated she will work on the investigation and take report, and set a FI for Friday at 11:30 at NOCAC for G▇. Text to mom to share this info. | |
| 9/23/20 | 15 | 3:15-4:00 pm Community visit. LCSW met with G▇ at public bench- wore masks and engaged in social distancing. LCSW and G▇ checked in and LCSW provided space for G▇ to process some of her thoughts, feelings, and reactions this week. G▇ was able to verbalize and express some of her thoughts and feelings, though she continually changed topics possibly due to avoidance. LCSW and G▇ did discuss some positive things happening in her life, and explored how these things reminded her of what else is important other than a single relationship with Jim. LCSW continued psychoeducation on healthy/unhealthy relationships and boundaries and validated and encouraged her focus on things other than a single relationship. LCSW checked in on safety and G▇ disclosed she had scratched her arm this week and showed LCSW and was able to verbalize what was happening and what she was feeling. LCSW also checked in on eating and utilizing cognitive awareness to identify her negative thoughts about herself/her body/food. LCSW did bring up report being made on Jim in a hypothetical sense to assess G▇ reaction and safety. G▇ did become upset and expressed not wanting a report made, denied anything physical happening, and expressed thoughts about this situation. LCSW reaffirmed focus on her safety and this being the reason a report is being made, and provided psychoeducation on trauma and bonding and safety. G▇ remained upset and did stand up and walk away from session before it was completed. G▇ did not appear completely dysregulated (no crying, screaming, cursing). | |
| 9/23/20 | 003 | Text to mom to check in on G▇ getting home safely after leaving session- Mom confirmed and stated she was ok and was calming down. LCSW will get back to mom with next steps. | |
| 9/24/20 | 003 002 004 | LCSW held consult with supervisor BB on clinical direction at this time. Attempted phone call to Carly FJC to provide update as Ms. H▇ requested- no answer, no VM. Call to main FJC line to leave name for Carly. Email to Katie (Ms. H▇ case manager) at FJC providing update and requesting extra support for family during crisis. Call from Officer Williams confirming tomorrow and checking in- Officer Williams also shared she will be taking G▇ phone and going through that and is aware G▇ will not be happy about that- will not tell G▇ until tomorrow to handle reaction in safe place. | |

| | | | |
|---|---|---|---|
| | | Texts to/from Mom throughout day to request an in-person meeting today to discuss report and FI tomorrow with G▊, regarding updating FJC, timing of meeting with G▊, and reasoning behind meeting with G▊ today and not surprising her tomorrow morning. | |
| 9/24/20 | 15 | 3:00-4:30 Home visit. LCSW went to see family at their home- LCSW wore mask and engaged in social distancing. LCSW and Ms. H▊ met alone breifly and engaged in processing of her own reactions and anxiety, understanding her own trauma reactions, and reinforcing trauma-informed care being transparent and honest. G▊ returned from a run and joined session. LCSW shared with G▊ that a report was made regarding Jim and a FI is planned for tomorrow at NOFJC. G▊ did express being upset about this, and denied anything physical happening between them, but did not become out of control or majorly dysregulated. G▊ left session to get ready for job interview, and LCSW and Ms. H▊ continued to engage in work on de-escalation techniques, allowing appropriate expressions of anger, and ways to support children in crisis. G▊ did rejoin session and presented in good mood and engaged casually and playfully with LCSW. LCSW checked in on safety and G▊ denied any current SI and agreed she was able to think of 3 coping skills and 3 people/resources to seek help from and agreed she should utilize these if she did feel this way. LCSW did reinforce strengths, positives, and growth to both G▊ and Ms. H▊. LCSW will plan to be present at NOFJC for support tomorrow. | |
| 9/25/20 | 002 003 | LCSW was planning to be present at NOCAC and texted Ms. H▊ in the morning to provide some support- LCSW received a call from CBNO NOCAC clinician stating that is was very hard to get G▊ to the appointment and the officer/NOCAC felt that it would be best to keep peaceful if LCSW did not come. LCSW did request that CBNO NOCAC clinician pass along serious concern regarding SI and that someone needs to check in and assess safety regarding this if LCSW is not there- NOCAC CBNO clinician agreed she would inform them of this. LCSW did text Ms. H▊ and call to check in later that evening and Ms. H▊ briefly checked in and stated G▊ was still at NOCAC. Safety planning reviewed with Ms. H▊ regarding SI and safety plan for this weekend is for Ms. H▊ to call 911 or metro crisis immediately rather than try to reach LCSW and possibly have delay- as LCSW feels safety risk is high and does not want any delays for safety assessment. | |
| 9/26/20 | 002 003 | Call from NOPD PIB Sargent informing LCSW that an arrest was made of the NOPD office and additional disclosures were made Friday. Call from Ms. H▊ to check in and briefly connect about the arrest. LCSW provided support, validation, and psychoeducation to Ms. H▊ regarding additional disclosures made and how to support children after this. | |

3/12/2021 — Mail - Andrea Wright - Outlook

↶ Reply ⌄ 🗑 Delete ⊘ Junk Block ⋯

## RE: investigation

[redacted content]

👍 ↶ ↞ → ⋯

**From:** Andrea Wright
**Sent:** Tuesday, September 22, 2020 2:55 PM
**To:** Lawrence A. Jones
**Subject:** investigation

> EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt please forward this message to phishing@nola.gov

Hi Sargent Jones,
Just a written follow up to our conversations today and yesterday regarding the H[redacted] family. I'm G[redacted] H[redacted] (DOB: [redacted]/2005) counselor from Children's Bureau of New Orleans- I meet with G[redacted] individually usually once a week for trauma-focused counseling, beginning in February of this year. During a recent session with me, G[redacted] disclosed some actions by a police officer, she named Officer Rodney, that were making her 'feel uncomfortable' including taking a photo with his arms around her and calling out 'nice ass' to her. Our agency reached out to Stella Smith at the Independent Police Monitor to discuss best ways to address this inappropriate behavior by the officer. G[redacted] resides at [redacted] New Orleans with her mother, R[redacted] H[redacted].

Please let me know if you need any additional information from me,
Thanks very much,

Andrea Wright, LCSW-BACS
*Clinician, Project LAST*
Children's Bureau of New Orleans

2626 Canal Street, Suite 201
New Orleans, LA 70119
Phone: (504) 525-2366 x 307
Fax: (504) 525-7525
www.childrensbureaunola.org