UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and On behalf of her minor daughter, G.H.<br><br>    Plaintiff,<br>v<br><br>RODNEY VICKNAIR, SHAUN FERGUSON, THE CITY OF NEW ORLEANS; DOE DISTRICT COMMANDER; DOES 1 to 10.<br>    Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

## AFFIDAVIT OF MATTHEW H. SEGRAVES

STATE OF LOUISIANA

PARISH OF ORLEANS

  **BEFORE ME**, the undersigned authority, personally came and appeared:

MATTHEW H. SEGRAVES

who after being duly sworn, did depose and say the following based upon personal knowledge and belief:

1. I am employed by the City of New Orleans' New Orleans Police Department ("NOPD"), Professional Standards & and Accountability Bureau as Innovation Manager. As Innovation Manager, my duties include, among other things, maintaining and analyzing NOPD's data.

2. One database to which I have access and from which I create reports is the ADP Enterprise database, which contains employee profile data for all NOPD employees.

3. In connection with the above-styled case and per the request of the Law Department of the City of New Orleans, I searched the NOPD's ADP Enterprise database for all NOPD

employees with the name "Rodney" who were employed by the NOPD on September 18, 2020.

4. My search revealed that NOPD employed three male employees with the first name of Rodney on September 18, 2020.

_____
MATTHEW H. SEGRAVES

SWORN TO BEFORE ME ON THIS THE 20th DAY OF MAY, 2024

_____
NOTARY PUBLIC