

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

April 10, 2024

CITY ATTORNEY NEW ORLEANS
1300 PERDIDO ST RM 5E03
NEW ORLEANS LA 70112

**Verizon Case #: 24234423**
**Docket / File #: 21-407**

State of Texas

ss:

County of Tom Green

I, SAMUEL GUEVARA, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ SAMUEL GUEVARA

Certification following USCS Federal Rules of Evidence Rule 902 & 803.

RECEIVED APR 1 5 2024

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| G.H. *Plaintiff* v. THE CITY OF NEW ORLEANS *Defendant* | Civil Action No. 21-407 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Verizon, Attn: VSAT, 180 Washington Valley Road, Bedminster, NJ 07921; (fax) (888) 667-0028

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All incoming and outgoing text messages, and a complete log of calls, from September 18, 2020, to September 25, 2020, for the following wireless telephone numbers: (504) 418-1404 and (504) 329-1209.

| Place: The City of New Orleans Law Department 1300 Perdido St., Room 5E03 | New Orleans, LA 70112 response may be by email: james.roquemore@nola.gov | Date and Time: April 4, 2024 @ 2:00 PM |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/20/2024

CLERK OF COURT

OR

_____          /s/ James M. Roquemore
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* The City of New Orleans, who issues or requests this subpoena, are:
James M. Roquemore, City of New Orleans | Law Department,1300 Perdido St., Room 5E03 | New Orleans, LA 70112, Direct Office Telephone: 504.658.9815

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

RECEIVED APR 15 2024

Page 2



PO BOX 489
NEWARK, NJ 07101—0489

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| www.vzw.com/mybusinessaccount | | Past Due |
| Change your address at http://sso.verizonenterprise.com | Invoice Number | 9864250386 |

## Quick Bill Summary        Sep 05 – Oct 04

| Pay from phone | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | At vzw.com/mybusinessaccount | 1.800.922.0204 or *611 from your phone |

verizon✓

Bill Date          October 04, 2020
Account Number     ▮▮▮▮▮▮▮▮▮▮
Invoice Number     9864250386

9864250386010820281356000010000271645000009396297?

RECEIVED APR 1 5 2024

Page 3



## 504-418-1404

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/17 | | | | | | | | | | |
| 9/18 | 8:06A | 504-259- | Peak | M2MAllow | Algiers LA | Neworleans LA | 2 | — | — | — |
| 9/18 | 8:10A | 504-235- | Peak | M2MAllow | Algiers LA | Neworleans LA | 2 | — | — | — |
| 9/18 | 8:11A | 504-329- | Peak | M2MAllow | Algiers LA | Neworleans LA | 3 | — | — | — |
| 9/18 | 9:17A | 504-329- | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | — | — | — |
| 9/18 | 9:57A | 504-330- | Peak | M2MAllow | Algiers LA | Neworleans LA | 2 | — | — | — |
| 9/18 | 9:59A | 504-654- | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | — | — | — |
| 9/18 | 10:03A | 504-654- | Peak | M2MAllow | Algiers LA | Incoming CL | 3 | — | — | — |
| 9/18 | 10:25A | 504-418- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 3 | — | — | — |
| 9/18 | 10:28A | 504-235- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | — | — | — |
| 9/18 | 12:25P | 504-418- | Peak | M2MAllow | New Orlean LA | Incoming CL | 3 | — | — | — |
| 9/18 | 12:27P | 504-654- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | — | — | — |
| 9/18 | 12:41P | 504-654- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | — | — | — |
| 9/18 | 2:00P | 504-658- | Peak | PlanAllow | Algiers LA | Neworleans LA | 25 | — | — | — |
| 9/18 | 3:56P | 504-259- | Peak | M2MAllow | Algiers LA | Neworleans LA | 3 | — | — | — |
| 9/18 | 5:15P | 504-427-3774 | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | — | — | — |
| 9/18 | 5:16P | 504-427-3774 | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | — | — | — |
| 9/18 | 5:17P | 504-329-1209 | Peak | M2MAllow | Algiers LA | VM Deposit CL | 1 | — | — | — |

RECEIVED APR 1 5 2024

Page 4



| | | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|---|
| | | 9864250386 | | Past Due | 711 of 1548 |

## 504-418-1404

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/18 | 5:26P | 504-427-3774 | Peak | M2MAllow | Algiers LA | Incoming CL | 4 | --- | --- | --- |
| 9/18 | 5:44P | 504-418-3152 | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/19 | 9:10A | 504- | Off-Peak | N&W | New Orlean LA | Incoming CL | 4 | --- | --- | --- |
| 9/19 | 10:39A | 504- | Off-Peak | N&W | Algiers LA | Incoming CL | 4 | --- | --- | --- |
| 9/19 | 10:42A | 504- | Off-Peak | N&W | Algiers LA | Kenner LA | 1 | --- | --- | --- |
| 9/19 | 10:43A | 504- | Off-Peak | N&W | Algiers LA | Neworleans LA | 2 | --- | --- | --- |
| 9/19 | 1:57P | 504- | Off-Peak | N&W | Algiers LA | Kenner LA | 4 | --- | --- | --- |
| 9/19 | 2:03P | 504- | Off-Peak | N&W | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/19 | 2:32P | 504- | Off-Peak | N&W | Algiers LA | Incoming CL | 6 | --- | --- | --- |
| 9/20 | 4:51P | 504- | Off-Peak | N&W | Algiers LA | Neworleans LA | 3 | --- | --- | --- |
| 9/20 | 5:25P | 504- | Off-Peak | N&W | Algiers LA | Neworleans LA | 2 | --- | --- | --- |
| 9/20 | 6:09P | 504- | Off-Peak | N&W | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/20 | 6:10P | 504- | Off-Peak | N&W | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/20 | 6:39P | 504- | Off-Peak | N&W | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/20 | 6:45P | 504- | Off-Peak | N&W | New Orlean LA | Incoming CL | 2 | --- | --- | --- |
| 9/21 | 8:42A | 504- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/21 | 8:48A | 504- | Peak | M2MAllow | New Orlean LA | Incoming CL | 1 | --- | --- | --- |
| 9/21 | 9:55A | 504- | Peak | PlanAllow | New Orlean LA | Kenner LA | 1 | --- | --- | --- |
| 9/21 | 9:57A | 504- | Peak | PlanAllow | New Orlean LA | Incoming CL | 2 | --- | --- | --- |
| 9/21 | 10:19A | 504- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/21 | 10:38A | 504- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 4 | --- | --- | --- |
| 9/21 | 11:04A | 225- | Peak | PlanAllow | New Orlean LA | Incoming CL | 5 | --- | --- | --- |
| 9/21 | 11:13A | 504- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/21 | 11:17A | 504- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 3 | --- | --- | --- |
| 9/21 | 11:54A | 225- | Peak | PlanAllow | New Orlean LA | Batonrouge LA | 1 | --- | --- | --- |
| 9/21 | 11:57A | 504- | Peak | M2MAllow | New Orlean LA | Incoming CL | 1 | --- | --- | --- |
| 9/21 | 11:58A | 225- | Peak | PlanAllow | New Orlean LA | Incoming CL | 6 | --- | --- | --- |
| 9/21 | 12:31P | 504- | Peak | PlanAllow | New Orlean LA | Neworleans LA | 4 | --- | --- | --- |
| 9/21 | 2:17P | 504- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/21 | 2:30P | 504- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/21 | 2:52P | 901- | Peak | M2MAllow | New Orlean LA | Memphis TN | 6 | --- | --- | --- |
| 9/21 | 2:58P | 504- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/21 | 2:59P | 504- | Peak | M2MAllow | New Orlean LA | Incoming CL | 19 | --- | --- | --- |
| 9/21 | 3:49P | 504- | Peak | M2MAllow | Algiers LA | Incoming CL | 10 | --- | --- | --- |
| 9/21 | 3:59P | 504- | Peak | M2MAllow | Algiers LA | Neworleans LA | 9 | --- | --- | --- |
| 9/21 | 5:17P | 504- | Peak | M2MAllow | Algiers LA | Incoming CL | 4 | --- | --- | --- |
| 9/21 | 5:22P | 504- | Peak | M2MAllow | Algiers LA | Neworleans LA | 2 | --- | --- | --- |
| 9/21 | 5:33P | 504- | Peak | M2MAllow | Algiers LA | Neworleans LA | 4 | --- | --- | --- |
| 9/21 | 6:18P | 504- | Peak | M2MAllow | Algiers LA | Neworleans LA | 2 | --- | --- | --- |
| 9/21 | 6:32P | 504- | Peak | M2MAllow | Algiers LA | Neworleans LA | 14 | --- | --- | --- |
| 9/22 | 8:31A | 504- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 6 | --- | --- | --- |
| 9/22 | 10:42A | 504-329-1209 | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/22 | 11:17A | 504-329-1209 | Peak | M2MAllow | New Orlean LA | Incoming CL | 3 | --- | --- | --- |
| 9/22 | 12:31P | 504- | Peak | PlanAllow | New Orlean LA | Incoming CL | 1 | --- | --- | --- |
| 9/22 | 1:19P | 504- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 4 | --- | --- | --- |
| 9/22 | 1:23P | 504- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |

Page 5        RECEIVED APR 1 5 2024



## 504-418-1404

### Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/22 | 3:44P | 504-330- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 6 | --- | --- | --- |
| 9/22 | 4:45P | 504-723- | Peak | PlanAllow | Algiers LA | Kenner LA | 5 | --- | --- | --- |
| 9/22 | 5:15P | 202-439- | Peak | M2MAllow | Algiers LA | Incoming CL | 2 | --- | --- | --- |
| 9/22 | 5:21P | 504-259- | Peak | M2MAllow | Algiers LA | Neworleans LA | 18 | --- | --- | --- |
| 9/22 | 5:39P | 504-312- | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/22 | 5:40P | 504-259- | Peak | M2MAllow | Algiers LA | Neworleans LA | 3 | --- | --- | --- |
| 9/22 | 5:55P | 504-329- | Peak | M2MAllow | Algiers LA | Incoming CL | 2 | --- | --- | --- |
| 9/22 | 6:14P | 504-312- | Peak | M2MAllow | Algiers LA | Incoming CL | 1 | --- | --- | --- |
| 9/22 | 8:07P | 504-444- | Peak | M2MAllow | Algiers LA | Neworleans LA | 2 | --- | --- | --- |
| 9/22 | 8:17P | 504-235- | Peak | M2MAllow | Algiers LA | Neworleans LA | 2 | --- | --- | --- |
| 9/22 | 8:18P | 504-654- | Peak | M2MAllow | Algiers LA | Neworleans LA | 2 | --- | --- | --- |
| 9/22 | 8:20P | 504-231- | Peak | M2MAllow | Algiers LA | Kenner LA | 7 | --- | --- | --- |
| 9/22 | 9:00P | 504-654- | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/22 | 9:09P | 504-259- | Off-Peak | N&W | Algiers LA | Neworleans LA | 6 | --- | --- | --- |
| 9/22 | 9:50P | 504-654- | Off-Peak | N&W | Algiers LA | Incoming CL | 2 | --- | --- | --- |
| 9/22 | 9:52P | 504-654- | Off-Peak | N&W | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/23 | 11:04A | 504-235- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 3 | --- | --- | --- |
| 9/23 | 11:07A | 504-654- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/23 | 11:30A | 504-723- | Peak | PlanAllow | New Orlean LA | Kenner LA | 1 | --- | --- | --- |
| 9/23 | 1:03P | 202-439- | Peak | M2MAllow | New Orlean LA | Washington DC | 3 | --- | --- | --- |
| 9/23 | 1:05P | 504-654- | Peak | M2MAllow | New Orlean LA | Incoming CL | 1 | --- | --- | --- |
| 9/23 | 1:17P | 504-418- | Peak | M2MAllow | New Orlean LA | Incoming CL | 3 | --- | --- | --- |
| 9/23 | 1:17P | 504-330- | Peak | M2MAllow,CallWait | New Orlean LA | Incoming CL | 2 | --- | --- | --- |
| 9/23 | 1:20P | 504-235- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 3 | --- | --- | --- |
| 9/23 | 2:07P | 504-234- | Peak | M2MAllow | New Orlean LA | Incoming CL | 19 | --- | --- | --- |
| 9/23 | 3:41P | 504-418- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/23 | 4:07P | 504-418- | Peak | M2MAllow | New Orlean LA | Incoming CL | 2 | --- | --- | --- |
| 9/23 | 5:14P | 504-913- | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/23 | 5:18P | 504-913- | Peak | M2MAllow | Algiers LA | Incoming CL | 19 | --- | --- | --- |
| 9/23 | 5:37P | 504-235- | Peak | M2MAllow | Algiers LA | Neworleans LA | 8 | --- | --- | --- |
| 9/23 | 5:45P | 504-235- | Peak | M2MAllow | Algiers LA | Neworleans LA | 9 | --- | --- | --- |
| 9/23 | 5:53P | 202-607- | Peak | PlanAllow | Algiers LA | Washington DC | 10 | --- | --- | --- |
| 9/23 | 6:03P | 612-290- | Peak | PlanAllow | Algiers LA | VM Deposit CL | 1 | --- | --- | --- |
| 9/23 | 6:13P | 504-654- | Peak | M2MAllow | Algiers LA | Incoming CL | 5 | --- | --- | --- |
| 9/23 | 7:22P | 504-235- | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/23 | 7:23P | 504-235- | Peak | M2MAllow | Algiers LA | Incoming CL | 1 | --- | --- | --- |
| 9/23 | 10:04P | 504-259- | Off-Peak | N&W | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/23 | 10:04P | 504-259- | Off-Peak | N&W | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/23 | 10:05P | 504-940- | Off-Peak | N&W | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/23 | 10:05P | 504-259- | Off-Peak | N&W | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/23 | 10:08P | 504-259- | Off-Peak | N&W | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/23 | 10:28P | 504-259- | Off-Peak | N&W | Algiers LA | Neworleans LA | 21 | --- | --- | --- |
| 9/24 | 10:20A | 504-235- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 3 | --- | --- | --- |
| 9/24 | 10:24A | 504-235- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/24 | 10:27A | 504-259- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 11 | --- | --- | --- |
| 9/24 | 11:15A | 504-235- | Peak | M2MAllow | Algiers LA | Incoming CL | 4 | --- | --- | --- |

RECEIVED APR 1 9 2024



| | | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|---|
| | | 9864250386 | | Past Due | 713 of 1548 |

## 504-418-1404

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/24 | 11:21A | 504-249 | Peak | PlanAllow | Algiers LA | Incoming CL | 3 | --- | --- | --- |
| 9/24 | 11:32A | 504-621 | Peak | PlanAllow | Algiers LA | Incoming CL | 1 | --- | --- | --- |
| 9/24 | 11:33A | 504-377 | Peak | PlanAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/24 | 11:34A | 504-235 | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/24 | 11:39A | 504-418 | Peak | M2MAllow | Algiers LA | Incoming CL | 5 | --- | --- | --- |
| 9/24 | 11:46A | 504-491 | Peak | M2MAllow | Algiers LA | Neworleans LA | 7 | --- | --- | --- |
| 9/24 | 11:53A | 504-377 | Peak | PlanAllow | Algiers LA | Neworleans LA | 4 | --- | --- | --- |
| 9/24 | 11:57A | 504-621 | Peak | PlanAllow | Algiers LA | Kenner LA | 1 | --- | --- | --- |
| 9/24 | 12:43P | 504-418 | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/24 | 12:44P | 504-418 | Peak | M2MAllow | New Orlean LA | Incoming CL | 2 | --- | --- | --- |
| 9/24 | 12:47P | 504-655 | Peak | M2MAllow | New Orlean LA | Incoming CL | 4 | --- | --- | --- |
| 9/24 | 12:51P | 504-289 | Peak | PlanAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/24 | 1:01P | 504-289 | Peak | PlanAllow | New Orlean LA | Incoming CL | 2 | --- | --- | --- |
| 9/24 | 1:03P | 504-655 | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/24 | 1:04P | 504-235 | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/24 | 1:25P | 504-235 | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/24 | 1:32P | 504-908 | Peak | PlanAllow | New Orlean LA | VM Deposit CL | 1 | --- | --- | --- |
| 9/24 | 1:40P | 504-908 | Peak | PlanAllow | New Orlean LA | Incoming CL | 6 | --- | --- | --- |
| 9/24 | 1:47P | 504-265 | Peak | M2MAllow | New Orlean LA | Neworleans LA | 3 | --- | --- | --- |
| 9/24 | 1:48P | 504-289 | Peak | PlanAllow,CallWait | New Orlean LA | Incoming CL | 2 | --- | --- | --- |
| 9/24 | 1:53P | 504-265 | Peak | M2MAllow | New Orlean LA | VM Deposit CL | 1 | --- | --- | --- |
| 9/24 | 1:54P | 504-289 | Peak | PlanAllow | New Orlean LA | Incoming CL | 4 | --- | --- | --- |
| 9/24 | 1:58P | 504-655 | Peak | M2MAllow | New Orlean LA | VM Deposit CL | 1 | --- | --- | --- |
| 9/24 | 1:58P | 504-655 | Peak | M2MAllow | New Orlean LA | VM Deposit CL | 1 | --- | --- | --- |
| 9/24 | 1:58P | 504-655 | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/24 | 2:00P | 504-265 | Peak | M2MAllow | New Orlean LA | Incoming CL | 1 | --- | --- | --- |
| 9/24 | 2:06P | 504-265 | Peak | M2MAllow | New Orlean LA | Incoming CL | 1 | --- | --- | --- |
| 9/24 | 2:23P | 504-418 | Peak | M2MAllow | New Orlean LA | Incoming CL | 4 | --- | --- | --- |
| 9/24 | 2:32P | 504-444 | Peak | M2MAllow | New Orlean LA | Incoming CL | 4 | --- | --- | --- |
| 9/24 | 2:35P | 504-418 | Peak | M2MAllow | New Orlean LA | Neworleans LA | 4 | --- | --- | --- |
| 9/24 | 2:40P | 504-329 | Peak | M2MAllow | New Orlean LA | Incoming CL | 3 | --- | --- | --- |
| 9/24 | 2:46P | 504-655 | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/24 | 2:47P | 504-295 | Peak | PlanAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/24 | 2:50P | 504-799 | Peak | M2MAllow | New Orlean LA | Neworleans LA | 3 | --- | --- | --- |
| 9/24 | 3:19P | 504-418 | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/24 | 3:21P | 504-418 | Peak | M2MAllow | New Orlean LA | Incoming CL | 2 | --- | --- | --- |
| 9/24 | 3:24P | 504-235 | Peak | M2MAllow | New Orlean LA | Incoming CL | 1 | --- | --- | --- |
| 9/24 | 3:25P | 504-289 | Peak | PlanAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/24 | 3:25P | 504-235 | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/24 | 3:37P | 504-418 | Peak | M2MAllow | Algiers LA | Incoming CL | 1 | --- | --- | --- |
| 9/24 | 4:26P | 504-289 | Peak | PlanAllow | Algiers LA | Incoming CL | 2 | --- | --- | --- |
| 9/24 | 4:27P | 504-235 | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/24 | 4:28P | 504-235 | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/24 | 4:32P | 504-418 | Peak | M2MAllow | Algiers LA | Incoming CL | 2 | --- | --- | --- |
| 9/24 | 4:51P | 504-418 | Peak | M2MAllow | Algiers LA | Neworleans LA | 15 | --- | --- | --- |
| 9/24 | 5:07P | 504-330 | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |

RECEIVED APR 1 5 2024

Page 7



| | | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|---|
| | | 9864250386 | | Past Due | 714 of 1548 |

## 504-418-1404

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/24 | 5:08P | 504-565- | Peak | M2MAllow | Algiers LA | Incoming CL | 14 | --- | --- | --- |
| 9/24 | 5:21P | 504-418- | Peak | M2MAllow | Algiers LA | Neworleans LA | 10 | --- | --- | --- |
| 9/24 | 5:31P | 504-235- | Peak | M2MAllow | Algiers LA | Incoming CL | 4 | --- | --- | --- |
| 9/24 | 5:58P | 504-235- | Peak | M2MAllow | Algiers LA | Neworleans LA | 5 | --- | --- | --- |
| 9/24 | 6:03P | 504-913- | Peak | M2MAllow | Algiers LA | Neworleans LA | 5 | --- | --- | --- |
| 9/24 | 6:13P | 504-812- | Peak | PlanAllow | Algiers LA | Incoming CL | 3 | --- | --- | --- |
| 9/24 | 6:15P | 504-259- | Peak | M2MAllow | Algiers LA | Neworleans LA | 3 | --- | --- | --- |
| 9/24 | 6:18P | 504-812- | Peak | PlanAllow | Algiers LA | Incoming CL | 3 | --- | --- | --- |
| 9/24 | 6:23P | 504-235- | Peak | M2MAllow | Algiers LA | Neworleans LA | 3 | --- | --- | --- |
| 9/24 | 6:41P | 504-235- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 3 | --- | --- | --- |
| 9/25 | 8:05A | 504-377- | Peak | M2MAllow | Algiers LA | Incoming CL | 2 | --- | --- | --- |
| 9/25 | 9:53A | 504-418- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/25 | 10:25A | 504-418- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/25 | 10:27A | 504-418- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/25 | 10:50A | 504-418- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/25 | 10:51A | 504-913- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 5 | --- | --- | --- |
| 9/25 | 10:58A | 504-418- | Peak | M2MAllow | New Orlean LA | Incoming CL | 3 | --- | --- | --- |
| 9/25 | 11:03A | 504-913- | Peak | M2MAllow | New Orlean LA | Incoming CL | 2 | --- | --- | --- |
| 9/25 | 12:44P | 504-418- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/25 | 12:47P | 504-418- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/25 | 1:20P | 504-418- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/25 | 1:24P | 504-418- | Peak | M2MAllow | New Orlean LA | Incoming CL | 2 | --- | --- | --- |
| 9/25 | 1:42P | 504-259- | Peak | M2MAllow | Algiers LA | Incoming CL | 2 | --- | --- | --- |
| 9/25 | 1:53P | 504-416- | Peak | M2MAllow | Algiers LA | Incoming CL | 13 | --- | --- | --- |
| 9/25 | 2:11P | 504-418- | Peak | M2MAllow | Algiers LA | Incoming CL | 1 | --- | --- | --- |
| 9/25 | 2:15P | 504-330- | Peak | M2MAllow | Algiers LA | Incoming CL | 2 | --- | --- | --- |
| 9/25 | 2:22P | 504-418- | Peak | M2MAllow | Algiers LA | Incoming CL | 7 | --- | --- | --- |
| 9/25 | 2:29P | 504-418- | Peak | M2MAllow | Algiers LA | Neworleans LA | 2 | --- | --- | --- |
| 9/25 | 2:39P | 504-418- | Peak | M2MAllow | Algiers LA | Incoming CL | 2 | --- | --- | --- |
| 9/25 | 3:34P | 504-418- | Peak | M2MAllow | Algiers LA | Neworleans LA | 2 | --- | --- | --- |
| 9/25 | 3:36P | 504-418- | Peak | M2MAllow | Algiers LA | Incoming CL | 2 | --- | --- | --- |
| 9/25 | 3:41P | 504-418- | Peak | M2MAllow | Algiers LA | Neworleans LA | 3 | --- | --- | --- |
| 9/25 | 3:44P | 504-418- | Peak | M2MAllow | Algiers LA | Neworleans LA | 6 | --- | --- | --- |
| 9/25 | 3:51P | 504-418- | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/25 | 3:56P | 504-418- | Peak | M2MAllow | Algiers LA | Neworleans LA | 4 | --- | --- | --- |
| 9/25 | 4:03P | 504-259- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 5 | --- | --- | --- |
| 9/25 | 4:34P | 504-444- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 3 | --- | --- | --- |
| 9/25 | 5:03P | 504-228- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/25 | 7:04P | 504-418- | Peak | M2MAllow | Algiers LA | Incoming CL | 6 | --- | --- | --- |
| 9/25 | 8:11P | 504-654- | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/25 | 8:12P | 504-220- | Peak | M2MAllow | Algiers LA | VM Deposit CL | 1 | --- | --- | --- |
| 9/25 | 8:18P | 504-220- | Peak | M2MAllow | Algiers LA | Neworleans LA | 4 | --- | --- | --- |
| 9/25 | 8:50P | 504-654- | Peak | M2MAllow | Algiers LA | Incoming CL | 7 | --- | --- | --- |
| 9/25 | 9:13P | 504-235- | Off-Peak | N&W | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/25 | 9:14P | 504-235- | Off-Peak | N&W | Algiers LA | Incoming CL | 6 | --- | --- | --- |
| 9/25 | 9:55P | 504-235- | Off-Peak | N&W | Algiers LA | Neworleans LA | 1 | --- | --- | --- |

RECEIVED APR 1 5 2024

Page 8



| | | | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|---|---|
| | | | 9864250386 | | Past Due | 715 of 1548 |

## 504-418-1404

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/26 | | | | | | | | | | |

RECEIVED APR 15 2024



| | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|
| | 9864250386 | | Past Due | 440 of 1548 |

## 504-329-1209

### Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/17 | | | | | | | | | | |
| 9/18 | 8:08A | 504-606- | Peak | PlanAllow | Metairie LA | Kenner LA | 1 | --- | --- | --- |
| 9/18 | 8:09A | 504-606- | Peak | PlanAllow | Metairie LA | Kenner LA | 35 | --- | --- | --- |
| 9/18 | 8:11A | 504-418- | Peak | M2MAllow,CallWait | Metairie LA | Incoming CL | 3 | --- | --- | --- |
| 9/18 | 8:21A | 504-235- | Peak | M2MAllow,CallWait | Gretna LA | Incoming CL | 2 | --- | --- | --- |
| 9/18 | 8:46A | 504-235- | Peak | M2MAllow | Algiers LA | Neworleans LA | 3 | --- | --- | --- |
| 9/18 | 8:50A | 504-427- | Peak | M2MAllow | Arabi LA | Neworleans LA | 5 | --- | --- | --- |
| 9/18 | 8:56A | 504-235- | Peak | M2MAllow | Arabi LA | Neworleans LA | 3 | --- | --- | --- |
| 9/18 | 9:00A | 504-427- | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/18 | 9:01A | 504-427- | Peak | M2MAllow | Algiers LA | Neworleans LA | 12 | --- | --- | --- |
| 9/18 | 9:14A | 504-450- | Peak | PlanAllow | Algiers LA | Neworleans LA | 2 | --- | --- | --- |
| 9/18 | 9:17A | 504-418- | Peak | M2MAllow | Algiers LA | Incoming CL | 1 | --- | --- | --- |
| 9/18 | 11:00A | 504-658- | Peak | PlanAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/18 | 11:01A | 504-658- | Peak | PlanAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/18 | 11:03A | 504-259- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/18 | 11:11A | 504-444- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/18 | 12:15P | 504-940- | Peak | M2MAllow | New Orlean LA | Incoming CL | 1 | --- | --- | --- |
| 9/18 | 12:21P | 504-312- | Peak | PlanAllow | New Orlean LA | Neworleans LA | 9 | --- | --- | --- |
| 9/18 | 1:36P | 504-915- | Peak | M2MAllow | Algiers LA | Metairie LA | 2 | --- | --- | --- |
| 9/18 | 1:40P | 504-312- | Peak | PlanAllow | Algiers LA | Neworleans LA | 23 | --- | --- | --- |
| 9/18 | 2:12P | 504-388- | Peak | PlanAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/18 | 2:13P | 504-915- | Peak | M2MAllow | Algiers LA | Metairie LA | 3 | --- | --- | --- |
| 9/18 | 2:14P | 504-899- | Peak | PlanAllow,CallWait | Algiers LA | Incoming CL | 4 | --- | --- | --- |
| 9/18 | 2:17P | 504-259- | Peak | M2MAllow | Algiers LA | Neworleans LA | 3 | --- | --- | --- |
| 9/18 | 2:27P | 504-915- | Peak | M2MAllow | Arabi LA | Metairie LA | 1 | --- | --- | --- |
| 9/18 | 2:38P | 504-235- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/18 | 2:40P | 504-418- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 18 | --- | --- | --- |
| 9/18 | 3:03P | 504-444- | Peak | M2MAllow | New Orlean LA | Incoming CL | 6 | --- | --- | --- |

RECEIVED APR 1 5 2024



| | | | | | Invoice Number | Account Number | Date Due | Page | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 9864250386 | | Past Due | 441 of 1548 | |

## 504-329-1209

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/18 | 3:10P | 504-418- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/18 | 3:15P | 504-913- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/18 | 3:17P | 504-418- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 3 | --- | --- | --- |
| 9/18 | 3:59P | 504-235- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 3 | --- | --- | --- |
| 9/18 | 3:59P | 504-235- | Peak | M2MAllow,CallWait | New Orlean LA | Incoming CL | 17 | --- | --- | --- |
| 9/18 | 4:18P | 504-322- | Peak | M2MAllow | New Orlean LA | Incoming CL | 2 | --- | --- | --- |
| 9/18 | 6:16P | 504-427-3774 | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/19 | 8:46A | 504-418-3152 | Off-Peak | N&W | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/19 | 12:21P | 504-915- | Off-Peak | N&W | New Orlean LA | Metairie LA | 2 | --- | --- | --- |
| 9/19 | 12:25P | 504-756- | Off-Peak | N&W | New Orlean LA | Neworleans LA | 6 | --- | --- | --- |
| 9/19 | 12:35P | 504-418- | Off-Peak | N&W | New Orlean LA | Neworleans LA | 18 | --- | --- | --- |
| 9/19 | 1:24P | 504-329- | Off-Peak | N&W | New Orlean LA | Incoming CL | 1 | --- | --- | --- |
| 9/19 | 3:33P | 504-756- | Off-Peak | N&W | Algiers LA | Incoming CL | 2 | --- | --- | --- |
| 9/20 | 7:22P | 781-448- | Off-Peak | N&W | Algiers LA | Rockland MA | 22 | --- | --- | --- |
| 9/20 | 7:44P | 678-464- | Off-Peak | N&W | New Orlean LA | Atlanta NE GA | 1 | --- | --- | --- |
| 9/20 | 7:45P | 678-464- | Off-Peak | N&W | New Orlean LA | Atlanta NE GA | 1 | --- | --- | --- |
| 9/20 | 7:46P | 504-756- | Off-Peak | N&W | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/21 | 7:56A | 504-650- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 25 | --- | --- | --- |
| 9/21 | 8:21A | 504-430- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 4 | --- | --- | --- |
| 9/21 | 8:25A | 504-430- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/21 | 10:37A | 504-418- | Peak | M2MAllow | Algiers LA | Incoming CL | 2 | --- | --- | --- |
| 9/21 | 11:49A | 504-915- | Peak | M2MAllow | New Orlean LA | Metairie LA | 1 | --- | --- | --- |
| 9/21 | 11:50A | 504-915- | Peak | M2MAllow | New Orlean LA | Incoming CL | 1 | --- | --- | --- |
| 9/21 | 12:05P | 504-301- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/21 | 1:57P | 504-235- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/21 | 2:59P | 504-418-1404 | Peak | M2MAllow | New Orlean LA | Neworleans LA | 19 | --- | --- | --- |
| 9/21 | 3:52P | 504-235- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 4 | --- | --- | --- |
| 9/21 | 3:56P | 504-410- | Peak | PlanAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/21 | 3:58P | 504-756- | Peak | PlanAllow | New Orlean LA | VM Deposit CL | 1 | --- | --- | --- |
| 9/21 | 3:58P | 504-756- | Peak | PlanAllow | New Orlean LA | VM Deposit CL | 1 | --- | --- | --- |
| 9/21 | 5:48P | 504-382- | Peak | PlanAllow | New Orlean LA | Incoming CL | 1 | --- | --- | --- |
| 9/21 | 5:49P | 504-382- | Peak | PlanAllow | New Orlean LA | Neworleans LA | 12 | --- | --- | --- |
| 9/21 | 6:01P | 504-259- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/21 | 6:04P | 504-650- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/21 | 6:06P | 504-259- | Peak | M2MAllow | New Orlean LA | Incoming CL | 2 | --- | --- | --- |
| 9/21 | 6:08P | 504-382- | Peak | PlanAllow | New Orlean LA | Incoming CL | 1 | --- | --- | --- |
| 9/21 | 6:10P | 504-382- | Peak | PlanAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/21 | 6:11P | 504-388- | Peak | PlanAllow | New Orlean LA | Neworleans LA | 10 | --- | --- | --- |
| 9/21 | 6:20P | 504-650- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/21 | 6:21P | 504-388- | Peak | PlanAllow,CallWait | New Orlean LA | Incoming CL | 20 | --- | --- | --- |
| 9/21 | 7:49P | 504-418-3152 | Peak | M2MAllow | Algiers LA | Neworleans LA | 26 | --- | --- | --- |
| 9/22 | 8:26A | 504-410- | Peak | PlanAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/22 | 8:27A | 504-410- | Peak | PlanAllow | Algiers LA | Neworleans LA | 4 | --- | --- | --- |
| 9/22 | 8:31A | 504-410- | Peak | PlanAllow | Algiers LA | Incoming CL | 29 | --- | --- | --- |
| 9/22 | 9:38A | 504-909- | Peak | PlanAllow | Arabi LA | Incoming CL | 16 | --- | --- | --- |
| 9/22 | 9:53A | 504-909- | Peak | PlanAllow | New Orlean LA | Incoming CL | 1 | --- | --- | --- |

RECEIVED APR 1 5 2024

Page 11



| | | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|---|
| | | 9864250386 | | Past Due | 442 of 1548 |

## 504-329-1209

### Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/22 | 10:42A | 504-418- | Peak | M2MAllow | New Orlean LA | Incoming CL | 1 | --- | --- | --- |
| 9/22 | 11:17A | 504-418- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 3 | --- | --- | --- |
| 9/22 | 11:21A | 504-658- | Peak | PlanAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/22 | 3:52P | 504-235- | Peak | M2MAllow | New Orlean LA | Incoming CL | 1 | --- | --- | --- |
| 9/22 | 4:01P | 504-418- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/22 | 4:08P | 504-276- | Peak | PlanAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/22 | 4:10P | 504-410- | Peak | PlanAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/22 | 4:10P | 504-259- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/22 | 4:11P | 504-410- | Peak | PlanAllow,CallWait | New Orlean LA | Incoming CL | 10 | --- | --- | --- |
| 9/22 | 5:06P | 504-418- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 34 | --- | --- | --- |
| 9/22 | 5:49P | 504-451- | Peak | M2MAllow | Algiers LA | VM Deposit CL | 1 | --- | --- | --- |
| 9/22 | 5:55P | 504-418- | Peak | M2MAllow | Arabi LA | Neworleans LA | 2 | --- | --- | --- |
| 9/22 | 5:56P | 504-418- | Peak | M2MAllow | Arabi LA | Neworleans LA | 4 | --- | --- | --- |
| 9/22 | 6:00P | 504-418- | Peak | M2MAllow | Arabi LA | Neworleans LA | 1 | --- | --- | --- |
| 9/22 | 6:10P | 504-276- | Peak | PlanAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/22 | 6:39P | 712-770- | Peak | PlanAllow | Algiers LA | Glidden IA | 132 | --- | --- | --- |
| 9/22 | 8:59P | 504-418- | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/22 | 9:26P | 504-418- | Off-Peak | N&W | Algiers LA | Incoming CL | 3 | --- | --- | --- |
| 9/22 | 10:10P | 504-418- | Off-Peak | N&W | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/22 | 10:14P | 504-235- | Off-Peak | N&W | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/23 | 8:40A | 504-259- | Peak | M2MAllow | Arabi LA | Neworleans LA | 1 | --- | --- | --- |
| 9/23 | 8:42A | 504-915- | Peak | PlanAllow | Arabi LA | Metairie LA | 2 | --- | --- | --- |
| 9/23 | 11:39A | 504-915- | Peak | M2MAllow | Arabi LA | Incoming CL | 1 | --- | --- | --- |
| 9/23 | 1:22P | 504-301- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/23 | 2:23P | 504-352- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/23 | 2:36P | 504-330- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/23 | 2:37P | 504-330- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/23 | 2:38P | 504-658- | Peak | PlanAllow | New Orlean LA | Neworleans LA | 3 | --- | --- | --- |
| 9/23 | 2:42P | 504-418- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/23 | 2:45P | 504-669- | Peak | PlanAllow | New Orlean LA | Incoming CL | 10 | --- | --- | --- |
| 9/23 | 3:18P | 504-905- | Peak | M2MAllow | New Orlean LA | Incoming CL | 8 | --- | --- | --- |
| 9/23 | 3:52P | 504-915- | Peak | PlanAllow | New Orlean LA | Metairie LA | 1 | --- | --- | --- |
| 9/23 | 3:56P | 504-512- | Peak | PlanAllow | New Orlean LA | Neworleans LA | 2 | --- | --- | --- |
| 9/23 | 3:58P | 504-512- | Peak | PlanAllow | New Orlean LA | Incoming CL | 1 | --- | --- | --- |
| 9/23 | 4:42P | 504-330- | Peak | M2MAllow | New Orlean LA | Incoming CL | 4 | --- | --- | --- |
| 9/24 | 7:44A | 504-915- | Peak | PlanAllow | New Orlean LA | Metairie LA | 1 | --- | --- | --- |
| 9/24 | 10:35A | 504-512- | Peak | PlanAllow | New Orlean LA | Incoming CL | 3 | --- | --- | --- |
| 9/24 | 11:27A | 504-418- | Peak | M2MAllow | Gretna LA | Neworleans LA | 1 | --- | --- | --- |
| 9/24 | 11:27A | 504-235- | Peak | M2MAllow | Gretna LA | Neworleans LA | 2 | --- | --- | --- |
| 9/24 | 11:29A | 504-658- | Peak | PlanAllow | Gretna LA | Neworleans LA | 3 | --- | --- | --- |
| 9/24 | 12:30P | 504-654- | Peak | M2MAllow | Gretna LA | Neworleans LA | 2 | --- | --- | --- |
| 9/24 | 12:32P | 504-654- | Peak | M2MAllow | Gretna LA | Neworleans LA | 3 | --- | --- | --- |
| 9/24 | 12:39P | 504-418- | Peak | M2MAllow | Algiers LA | Neworleans LA | 9 | --- | --- | --- |
| 9/24 | 12:47P | 504-655- | Peak | M2MAllow | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/24 | 1:04P | 504-915- | Peak | PlanAllow | Algiers LA | Incoming CL | 1 | --- | --- | --- |
| 9/24 | 1:11P | 504-723- | Peak | PlanAllow | Algiers LA | Kenner LA | 6 | --- | --- | --- |

RECEIVED APR 1 5 2024

Page 12



## 504-329-1209

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9/24 | 1:53P | 504-655- | Peak | M2MAllow | Algiers LA | Incoming CL | 2 | --- | --- | --- |
| 9/24 | 2:16P | 504-905- | Peak | PlanAllow | Algiers LA | Kenner LA | 1 | --- | --- | --- |
| 9/24 | 2:40P | 504-418- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 3 | --- | --- | --- |
| 9/24 | 2:43P | 504-235- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/24 | 2:44P | 504-235- | Peak | M2MAllow | New Orlean LA | Neworleans LA | 1 | --- | --- | --- |
| 9/24 | 2:58P | 504-234- | Peak | PlanAllow | New Orlean LA | Neworleans LA | 5 | --- | --- | --- |
| 9/24 | 3:42P | 504-415- | Peak | PlanAllow | New Orlean LA | Neworleans LA | 17 | --- | --- | --- |
| 9/24 | 4:00P | 504-410- | Peak | PlanAllow | New Orlean LA | Neworleans LA | 12 | --- | --- | --- |
| 9/24 | 4:11P | 504-410- | Peak | PlanAllow | New Orlean LA | Incoming CL | 18 | --- | --- | --- |
| 9/24 | 4:41P | 504-915- | Peak | M2MAllow | New Orlean LA | Metairie LA | 2 | --- | --- | --- |
| 9/24 | 4:43P | 504-723- | Peak | PlanAllow | New Orlean LA | Kenner LA | 2 | --- | --- | --- |
| 9/24 | 4:46P | 202-302- | Peak | PlanAllow | New Orlean LA | VM Deposit CL | 1 | --- | --- | --- |
| 9/24 | 4:48P | 504-214- | Peak | PlanAllow | New Orlean LA | Incoming CL | 3 | --- | --- | --- |
| 9/24 | 6:56P | 504-430- | Peak | M2MAllow | Metairie LA | Neworleans LA | 2 | --- | --- | --- |
| 9/24 | 8:04P | 515-603- | Peak | PlanAllow | Algiers LA | Eaglegrove IA | 31 | --- | --- | --- |
| 9/24 | 9:28P | 504-723- | Off-Peak | N&W | Algiers LA | Kenner LA | 1 | --- | --- | --- |
| 9/24 | 9:29P | 504-723- | Off-Peak | N&W | Algiers LA | Kenner LA | 1 | --- | --- | --- |
| 9/24 | 9:29P | 504-246- | Off-Peak | N&W | Algiers LA | Neworleans LA | 1 | --- | --- | --- |
| 9/25 | 10:11A | 504-756- | Peak | PlanAllow | New Orlean LA | Incoming CL | 1 | --- | --- | --- |
| 9/26 | | | | | | | | | | |

Page 13    RECEIVED APR 1 5 2024



VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax: 888-667-0028

**VERIZON CONFIDENTIAL**

March 28, 2024

CITY ATTORNEY NEW ORLEANS
1300 PERDIDO ST RM 5E03
NEW ORLEANS LA 70112

Verizon Case #: 24234423
Docket / File #: 21-407
Requested Target: 504-329-1209,504-418-1404

Dear James M. Roquemore:

Verizon Subpoena Compliance is in receipt of the attached request. Please note the following:

(x) Text (non-content) or Picture Detail (includes originating/terminating telephone numbers and the date/time of the activity. This report is only maintained for the last 365 days and does *not* include content of the text or pictures.

(x) Text message content is maintained for 3-5 days from the date of transmission / receipt

(x) Verizon Wireless Call Detail (includes originating/terminating telephone numbers, the date/time of the call, and includes unanswered, restricted or unavailable calls). This report is only maintained for the past 365 days. If the time frame requested is for any period prior to the last 365 days, calls as originally reflected on billing statements will be provided.

Respectfully,

SAMUEL G.
VERIZON SECURITY SUBPOENA COMPLIANCE

Enclosed