UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

G.H.                                              CIVIL ACTION

VERSUS                                            NO: 21-407

THE CITY OF NEW ORLEANS, ET AL.                   SECTION: "J" (4)

## ORDER

**IT IS HEREBY ORDERED** that the Court will hold Oral Argument on Plaintiff's *Motion for Reconsideration* **(Rec. Doc. 214)** on **Wednesday, June 12, 2024, at 9:30 a.m.**

New Orleans, Louisiana, this 22nd day of May, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE