MINUTE ENTRY
BARBIER, CARL, J.
JUNE 12, 2024
JS-10: 48 mins.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| G.H. | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| RODNEY VICKNAIR, ET AL. | SECTION: "J" (4) |

**ORAL ARGUMENT**

Courtroom Deputy:  Cheyenne Green
Court Reporter:    Jodi Simcox

Appearances:    William Most, representing Plaintiff.
                James Roquemore and Corwin St. Raymond representing Defendants.


MOTION for Reconsideration *of Dismissal of Plaintiff's Improper-Supervision Monell Theory* by G.H. (R. Doc. [214])

Case called at 9:32 a.m.
All present and ready.
Argument by counsel for the parties.
IT IS ORDERED that the Motion for Reconsideration *of Dismissal of Plaintiff's Improper-Supervision Monell Theory* is GRANTED, and the claim is reinstated for reasons stated on the record.
IT IS FURTHER ORDERED that the Trial is moved forward to AUGUST 19, 2024 at 8:30 A.M.  The Pretrial Conference is scheduled for AUGUST 8, 2024 at 2:00 P.M. A revised Pretrial Order is due 2 working days before the Pretrial conference.
Court adjourned at 10:20 a.m.