UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | CIVIL ACTION NO. 21-407 |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | SECTION: "J" |
| **VERSUS** | * | JUDGE BARBIER |
| | * | |
| **RODNEY VICKNAIR, et al** | * | MAG. DIV. (4) |
| | * | MAGISTRATE JUDGE ROBY |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE
## TO TAKE LIVE TRIAL TESTIMONY OF SHAWN FERGUSON
## BY CONTEMPORANEOUS TRANSMISSION

Defendant, the City of New Orleans (the "City"), pursuant to Federal Rule of Civil Procedure 43, moves for leave to take trial testimony of Shawn Ferguson by contemporaneous transmission (*i.e.*, by videoconference). As shown in the accompanying memorandum, there exists good cause in compelling circumstances to grant leave to take the live trial testimony of Shawn Ferguson by contemporaneous transmission (i.e. by video conference) due to Mr. Ferguson's prior employment obligation in light of the unexpected change of trial date and reinstatement of Plaintiff's Monell cause of action based on alleged inadequate supervision.

Counsel for the City has conferred with counsel for Plaintiff regarding this matter; counsel for Plaintiff does not consent to the relief sought.

1

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*