**William Most <williammost@gmail.com>**

## Upton v. Vicknair: Ferguson and Westbrook Depositions

**James M Roquemore** <James.Roquemore@nola.gov>                    Thu, Mar 21, 2024 at 9:48 AM
To: William Most <williammost@gmail.com>
Cc: Hope Phelps <hopeaphelps@outlook.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>, "Corwin M. St Raymond" <cmstraymond@nola.gov>

William,

The City has complied with R. Doc. 207.

Nevertheless, in light of the fact that you believe you need the addresses of Ferguson and Westbrook, we provide the following information. The address of Shaun Ferguson is ▇▇▇▇▇▇▇, New Orleans, LA 70094; the address of Arlinda Westbrook is ▇▇▇▇▇▇ New Orleans, LA 70131. Be advised that the Law Department represents both individuals and **you are not to contact either person**. In accordance with R. Doc. 207, depositions of Ferguson, Westbrook and Hutson have been scheduled to be completed within 30 days of the Court's Order.

To recap, the City has issued subpoenas to the OIPM for all text messages, and a complete log of calls, from September 18, 2020, to September 25, 2020, for the telephone of Susan Hutson. The return date for this subpoena is April 4, 2024. As you know, the OIPM kept and produced the two text messages from Susan Hutson's telephone that you relied upon in seeking R. Doc. 207. Thus, if any additional texts exist on Susan Hutson's telephone relevant to this date range, then this subpoena will suffice to cause them to be produced. However, it appears from the face of the texts that are already in your possession that there are no additional texts to or from Susan Hutson.

The City has also issued a subpoena to Verizon for the texts and phone logs of the telephones of Ferguson and Westbrook. The return date is April 4, 2024, for this subpoena. However, the City cannot subpoena the phone logs of Susan Hutson because it has no information as to the provider or telephone number for such telephone number.

Further, from your prior email, it appears that Plaintiff desires to move forward with depositions of Ferguson, Westbrook and Hutson even though the return date of the subpoena may be later than "5 working days before the first deposition," as stated in R. Doc. 207. If that is not correct, you will need to reschedule the depositions.

[Quoted text hidden]