UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| G.H. | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS, ET AL. | SECTION: "J" (4) |

## ORDER

Considering the foregoing *Motion for Leave to Take Trial Testimony of Shawn [sic] Ferguson by Contemporaneous Transmission* **(Rec. Doc. 220)** filed by the City of New Orleans;

**IT IS HEREBY ORDERED** that a hearing on the motion is **SET** for **TUESDAY, JULY 2, 2024, at 9:30 a.m.**

**IT IS FURTHER ORDERED** that former Superintendent Shaun Ferguson appear in person for the hearing.

New Orleans, Louisiana, this 28th day of June, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1