MINUTE ENTRY
BARBIER, CARL, J.
JULY 2, 2024
JS-10: 7 mins.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| G.H. | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| RODNEY VICKNAIR, ET AL. | SECTION: "J" (4) |

**ORAL ARGUMENT**

Courtroom Deputy:  Cheyenne Green
Court Reporter:  Jodi Simcox

Appearances:    William Most, representing Plaintiff.
                James Roquemore representing Defendants.


MOTION for Leave to Take Live Trial Testimony of Shawn Ferguson by Contemporaneous Transmission by New Orleans City. (R. Doc. [220])

Case called at 9:32 a.m.
All present and ready.
Shawn Ferguson served with trial subpoena.
For reasons stated on the record,
IT IS ORDERED that the Motion Leave to Take Live Trial Testimony of Shawn Ferguson by Contemporaneous Transmission by New Orleans City has been withdrawn.
Court adjourned at 9:39 a.m.