UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| G.H. | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS, ET AL. | SECTION: "J" (4) |

## **ORDER**

**IT IS HEREBY ORDERED** that the final pretrial conference, currently set for 2:00 p.m. on Thursday, August 8, 2024, is **RESET** to the **same date** at **9:30 a.m**.

New Orleans, Louisiana, this 29th day of July, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1