UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO SEAL THE CITY'S MOTION TO RECONSIDER GRANTING OF PLAINTIFF'S MOTION IN LIMINE NUMBER 7; OR, IN THE ALTERNATIVE, MOTION TO ADMIT EVIDENCE OF PLAINTIFF'S OTHER SEXUAL TRAUMA RELATING TO PLAINTIFF'S REVIVED *MONELL* SUPERVISION CLAIM PURSUANT TO FEDERAL RULE OF EVIDENCE 412**

Defendant, the City of New Orleans (the "City"), pursuant to Federal Rule of Evidence 412(c)(2), moves to Seal its Motion to Reconsider Granting of Plaintiff's Motion *In Limine* Number 7; or, in the Alternative, Motion to Admit Evidence of Plaintiff's Other Sexual Trauma Relating to Plaintiff's Revived *Monell* Supervision Claim Pursuant to Federal Rule of Evidence 412 (the "Motion").

Plaintiff's counsel was not consulted as to consent to the sealing of the Motion. However, based on counsel's prior consent to the City's motion filed on March 4, 2020, (R. Doc. 167, 169), the City believes that Plaintiff's counsel consents to the sealing of this Motion.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*