UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION TO SEAL
CITY'S MOTION TO RECONSIDER GRANTING OF PLAINTIFF'S MOTION IN
LIMINE NUMBER 7; OR, IN THE ALTERNATIVE, MOTION TO ADMIT EVIDENCE
OF PLAINTIFF'S OTHER SEXUAL TRAUMA RELATING TO PLAINTIFF'S
REVIVED *MONELL* SUPERVISION CLAIM PURSUANT TO FEDERAL RULE OF
EVIDENCE 412**

Come now the City of New Orleans (the City"), in support of its Motion to Reconsider Granting of Plaintiff's Motion *In Limine* Number 7; or, in the Alternative, Motion to Admit Evidence of Plaintiff's Other Sexual Trauma Relating to Plaintiff's Revived *Monell* Supervision Claim Pursuant to Federal Rule of Evidence 412 (the "Motion"), and shows the following.

The City, in the Motion, seeks alternative relief pursuant to Rule 412. Rule 412(c)(2) requires that a motion seeking relief under Rule 412, together with related materials, be filed under seal. The City therefore files the instant Motion to Seal and a proposed Order.

The City prays that the Court grant this Motion to Seal.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*