# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Having considered the City of New Orleans's Motion to Seal the City's Motion to Reconsider Granting of Plaintiff's Motion *In Limine* Number 7; or, in the Alternative, Motion to Admit Evidence of Plaintiff's Other Sexual Trauma Relating to Plaintiff's Revived *Monell* Supervision Claim Pursuant to Federal Rule of Evidence 412 **(Rec. Doc. 225)** and arguments and pleadings relevant thereto,

IT IS HEREBY ORDERED that the motion is GRANTED, and the motion to reconsider shall be filed under seal.

New Orleans, Louisiana, this 5th day of August, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE