MINUTE ENTRY
BARBIER, J.
AUGUST 8, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

The Court held a pretrial conference on this date with the following counsel participating: William Most, representing Plaintiff; and James Roquemore and Corwin St. Raymond representing Defendant.

At the conference, the Court **ORDERED** as follows:

(1) Plaintiff's opposition to Defendant's pending motion for reconsideration (Rec. Doc. 229) is due by **Monday, August 12, 2024 at noon.** Defendant's reply is due by **Tuesday, August 13, 2024 at noon.**

(2) Jury trial will commence on **August 19, 2024 at 8:30 a.m**. The trial is estimated to last 4 days. Counsel should be present at least 30 minutes prior to the start of trial.

(3) **All exhibits will be presented by electronic means**.

(4) By **Tuesday, August 13, 2024, at 5:00 p.m**, Plaintiff's counsel is to prepare and submit to the Court the original and one copy of a single Bench Book which should contain:

1

a. An Index of <u>all</u> un-objected to exhibits, listing and numbering all exhibits sequentially and without reference to the offering party

b. All un-objected to exhibits are to be included in the single Bench Book (with multiple volumes if necessary) with each exhibit **<u>tabbed, numbered, and paginated</u>**. Photographs of large exhibits and posters are to be included in the Bench Book. While oversized exhibits and posters may be used during trial, they will not be kept by the Case Manager.

c. A second volume, containing any "objected to" exhibits, shall also be submitted by **<u>Tuesday, August 13, 2024, at 5:00 p.m</u>**. Separate, but **<u>brief</u>** memoranda stating the reason for the objections **and** responding to the objections of other counsel must be filed by the offering party by **<u>Tuesday, August 13, 2024, at 5:00 p.m</u>**

d. Any discovery that will be used as an Exhibit must be specifically identified; for example, the exact Interrogatory and the corresponding Answer.

e. Each page of the Bench Book should be individually and sequentially Bates labeled.

f. Counsel are encouraged to redact or remove any unnecessary pages from voluminous exhibits.

(5) By **Monday, August 12, 2024, at 5:00 p.m,** the parties are to submit any motions *in limine*. If a party intends to oppose a motion *in limine*, that party should immediately contact chambers for an applicable response deadline.

**(6)** By **Wednesday, August 14, 2024, at noon**, the parties are to file into the record and submit to the Court their proposed Jury Charges (which are unique to this case) and Special Interrogatories to the Jury (the verdict form) by email to Emma_Looney@laed.uscourts.gov in Microsoft Word format, regarding the claims that are to be tried to a jury.

**(7)** By **Monday, August 12, 2024, at noon,** the parties are to file into the record and submit to the Court any proposed *voir dire* questions by email to Emma_Looney@laed.uscourts.gov in Microsoft Word format, regarding the claims that are to be tried to a jury.

(8) By **Monday, August 12, 2024, at noon,** the parties are to submit any pretrial memoranda, **which are strictly optional.**

(9) By **Monday, August 12, 2024, at noon**, the parties are to submit the entire transcript of <u>any</u> deposition (including video and audio depositions) which will be used in lieu of live testimony at trial. **If the parties do not seek to introduce the entire deposition, they should designate which portions they seek to introduce in a letter to the Court. The parties should also highlight the designated portions of the subject transcript.** All colloquy and objections (which can be resolved among the parties) are to be removed in the transcripts, video, and audio (if

applicable). Any objections which cannot be worked out by the parties must be highlighted in the subject transcript and brief memoranda addressing "why the objections should be sustained or not" must also be submitted to the Court by **Monday, August 12, 2024, at noon.** After the Court rules on the objections, the parties are to have the video and audio depositions (if any) edited accordingly so that any references to "objections" are deleted, and there is no dead space in either the video or audio presentation.

(10)   By **Monday, August 12, 2024, at noon**, the parties are to exchange "will call" witness lists so that arrangements may be made for their presence at trial. Plaintiff's counsel should provide to Defendant's counsel a list of the expected first day's witnesses by Friday, August 16, 2024.

(11)   At the commencement of trial, counsel will provide the Court with three (3) copies of the final witness list.

**(12)**   The Court's Case Manager, Cheyenne Green, is to be notified three (3) working days prior to trial of any equipment that will be needed by counsel during trial or if more than two tables will be needed to seat counsel. Additionally, it is **highly recommended** that counsel contact the Case Manager during the week prior to trial to **schedule a meeting during which the Case Manager can instruct counsel on the use of the Court's electronic trial equipment**. This equipment will be necessary for the electronic presentation of exhibits. **The Court will not operate**

**the equipment for counsel during trial and will not give instruction on the use of equipment on the morning of trial.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JS-10: 45 mins.

New Orleans, Louisiana, this 8th day of August, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE