**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H. | Docket No. 2:21-cv-407 |
| Plaintiff, | JUDGE: CARL BARBIER |
| v. | MAGISTRATE: KAREN WELLS ROBY |
| RODNEY VICKNAIR, ET AL., | |
| Defendants. | |

**Ex Parte Motion for Leave to File Opposition to Defendant's Motion for Reconsideration of Rule 412 Ruling (R. Doc. 229) Under Seal**

The City's *Motion to Reconsider Granting of Plaintiff's Motion In Limine Number 7; or, in the Alternative, Motion to Admit Evidence of Plaintiff's Other Sexual Trauma Relating to Plaintiff's Revived Monell Supervision Claim Pursuant to Federal Rule of Evidence 412* ("the City's Motion") and exhibits were filed under seal pursuant to Federal Rule of Evidence 412(c)(2).

Consistent with Federal Rule of Evidence 412(c)(2) and the status of these filings as sealed, Plaintiff moves to seal her Opposition to the City's Motion.

Respectfully submitted,

**MOST & ASSOCIATES**

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Fax: (504) 414-6400
Email: williammost@gmail.com
***Counsel for Plaintiff, G.H.***