**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

———————————————————————                 )
                                                          )
RAYNE UPTON, individually and                             )        Docket No. 2:21-cv-407
on behalf of her minor daughter, G.H.                     )
                                                          )        JUDGE: CARL BARBIER
              Plaintiff,                                  )
       v.                                                 )        MAGISTRATE: KAREN
                                                          )        WELLS ROBY
RODNEY VICKNAIR, ET AL.,                                  )
                                                          )
              Defendants.                                 )
———————————————————————                 )

**Memorandum in Support of Plaintiff's *Ex Parte* Motion**
**for Leave to File Opposition to R. Doc. 229 Under Seal**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff G.H. and pursuant to Federal Rule of Evidence 412(c)(2) respectfully moves this Honorable Court to issue an Order directing the Clerk of Court to seal Plaintiff's Opposition to Defendant's Motion for Reconsideration of Rule 412 Ruling (R. Doc. 229).

On August 2, 2024, the City filed under seal its *Motion to Reconsider Granting of Plaintiff's Motion In Limine Number 7; or, in the Alternative, Motion to Admit Evidence of Plaintiff's Other Sexual Trauma Relating to Plaintiff's Revived Monell Supervision Claim Pursuant to Federal Rule of Evidence 412* (R. Doc. 225). The following day, the Court ordered the filing sealed (R. Doc. 228) and Defendant's sealed motion was entered as R. Doc. 229.

In accordance with Fed. R. Evid 412(c)(2) and the Notice from the Court, Plaintiff files the instant Motion to Seal her Opposition to R. Doc. 229 and a proposed order.

Respectfully submitted,

**MOST & ASSOCIATES**

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Fax: (504) 414-6400
Email: williammost@gmail.com

***Counsel for Plaintiff, G.H.***

2