UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNE UPTON, individually and on behalf of her minor daughter, G.H.<br><br>Plaintiff,<br>v.<br><br>RODNEY VICKNAIR, ET AL.,<br><br>Defendants. | Docket No. 2:21-cv-407<br><br>JUDGE: CARL BARBIER<br><br>MAGISTRATE: KAREN WELLS ROBY |

**Proposed Order Granting Ex Parte Motion for Leave to File Opposition to Defendant's Motion for Reconsideration of Rule 412 Ruling (R. Doc. 229) Under Seal**

Having duly considered the *Ex Parte Motion for Leave to File Opposition to Defendant's Motion for Reconsideration of Rule 412 Ruling (R. Doc. 229) Under Seal* and the arguments relevant thereto,

IT IS HEREBY ORDERED that the motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA