UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S PROPOSED *VOIR DIRE* QUESTIONS**

COMES NOW Plaintiff, to submit proposed *voir dire* questions for the jury panel.

GENERAL QUESTIONS

1. Please state your name, age, occupation and spouse's occupation.

2. What is your highest level of education? What degrees or diplomas or professional certificates do you have? Where have you gone to school, starting with high school?

3. Have you or any of your friends or relatives ever worked for a law enforcement agency? If so, please explain.

4. Have you or any of your friends or relatives ever worked or received training in the medical field? If so, please explain.

5. Have you or any of your friends or relatives ever worked in the criminal justice system or in the legal field? If so, please explain.

6. Have you or any family member ever sued anyone, been sued, or otherwise been closely involved in a lawsuit? If so, what were the circumstances of the lawsuit, what was the result of the lawsuit, and were you satisfied with the results of the lawsuit and why.

7. Are you a member of any voluntary social, religious, fraternal organizations or any other organization? If so, please list the organization and detail your involvement or participation with that organization.

8. How do you get your news? What newspapers, news broadcasts, podcasts, or radio shows do you regularly watch or listen to?

9. What online social media platforms, forums, or blogs to you use or follow regularly?

10. Which public figures do you admire most?

11. Do you have any bumper stickers on your vehicle? If so, what do they say?

12. Have you ever worn an item of clothing with a social or political statement on it? If so, what did it say?

13. Do you feel you are more guided by the spirit of the law or the letter of the law? Why?

14. Have you ever served on a jury, and if so, was in a civil or a criminal trial, and did the jury deliberate to a verdict, and what was that verdict, and was this the verdict you voted for initially, or was there a change in you position during the jury's deliberations (and if there was a change, what made them change their mind)

## SEXUAL ASSAULT AND TRAUMA

15. Do you agree that a minor cannot consent to sex?

16. What do you consider to be grooming of a minor, in a child abuse context?

17. Do you consider someone who has sex with a 15-year-old to be a pedophile?

18. What do you consider sexual assault to be?

19. Has anyone you know ever been accused of sexual assault or misconduct?

20. Do you know anybody who claims to have been sexually assaulted?

    a. What was your relationship to them?
    b. What do you know about the person's experience?
    c. What did he or she do about it?
    d. What was the outcome of his or her situation or case?
    e. Did that situation cause you to have any feelings on the subject of sexual assault?

21. Have you ever been involved in an investigation into claims of sexual assault?

22. When you hear about a sexual assault case, do you identify more with the alleged victim or the alleged perpetrator?

23. What is your opinion of people with mental health issues or emotional trauma?

24. What is your opinion on individuals with anxiety, depression, or post-traumatic stress disorder?

25. Have you or someone you know been diagnosed with anxiety, depression, or post-traumatic stress disorder?

## CITY OF NEW ORLEANS

26. Do you know anyone who works for the City of New Orleans in any capacity? If so, who?

27. Do you have any opinions of the City of New Orleans government? If so, please explain.

2

28. Do you think that lawsuits are a fair means of preventing and deterring the violation of people's rights by their government?

## HIRING DECISIONS

29. Are there any crimes that you believe would make someone unfit to serve as a law enforcement officer?

30. For what reasons do you think a district attorney might choose not to pursue a conviction against a person who has been arrested?

## DAMAGES

31. Do you think people should be compensated for mental or emotional pain and suffering?

32. Is it fair to assess large damage awards against a City when a habitual criminal offender whom they hired to be a police officer harms someone? Why or why not?

33. Can you consider awarding millions of dollars to a rape victim for violation of their constitutional rights if the proof justified such an award? Why or why not?

34. Do you believe that citizens who have been harmed by a city employee has the right to bring lawsuits against government that employs them?

35. Do you have any hesitation or disagreement with the principle of American law that provides money compensation for violations of people's rights by their government.

Respectfully submitted,

**MOST & ASSOCIATES**

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com
***Counsel for Plaintiff, G.H.***

3