UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYNE UPTON, individually and** | * | **CIVIL ACTION NO. 21-407** |
| **on behalf of her minor daughter, G.H.** | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **RODNEY VICKNAIR, et al** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## THE CITY OF NEW ORLEANS' MOTIONS *IN LIMINE* FOR TRIAL SET FOR AUGUST 19, 2024

Defendant, the City of New Orleans (the "City"), submits the following Motions *in Limine* for Trial Set for August 19, 2024. The City requests that the Court issue the following evidentiary rulings, the bases for which are set forth in the accompanying memorandum:

1. No witness shall provide an opinion as to the credibility of any other witness or party.

2. Plaintiff shall not present evidence or argument that (1) NOPD failed to act on alleged red flags of Vicknair's behavior, (2) failed to sufficiently staff its Sex Crimes and Child Abuse units, or (3) failed to have an of automatic system for spotting suspicious patterns of office behavior.

3. No evidence shall be admitted concerning any previous allegation of sexual violence by any NOPD officer against a child or woman.

4. No evidence shall be admitted concerning any allegation of professional misconduct by Rodney Vicknair during his employment with NOPD except for allegations involving misconduct directed towards the Plaintiff.

WHEREFORE, the City requests that this Motion be granted and that the requested evidentiary rulings be made.

1

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*