UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

## ORDER

**IT IS HEREBY ORDERED** that the caption in this matter be updated to reflect that Plaintiff is Gabrielle Hainey and Defendant is The City of New Orleans.

New Orleans, Louisiana, this 12th day of August, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE