UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GABRIELLE HAINEY                                              CIVIL ACTION

VERSUS                                                        NO: 21-407

THE CITY OF NEW ORLEANS                                       SECTION: "J" (4)

## ORDER

Considering the foregoing *Ex Parte Motion for Leave to File Opposition to Defendant's Motion for Reconsideration Under Seal* **(Rec. Doc. 232)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and the opposition shall be filed under seal.

New Orleans, Louisiana, this 12th day of August, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE