UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

**Plaintiff's Motion in Limine**

In this Motion, Plaintiff asks the Court to exclude the following:

- Vicknair's testimony that implies Plaintiff's marijuana use, because that testimony has already been excluded by Court order.

- Vicknair's testimony that suggests that the factual basis for his guilty plea was perjured, because this Court has already determined that collateral estoppel applies.

For the reasons described in the attached memorandum in support, Plaintiff's motion *in limine* should be granted.

Respectfully submitted,

**MOST & ASSOCIATES**

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com
***Counsel for Plaintiff, G.H.***

1