UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

**Plaintiff's Motion in Limine**

Considering the foregoing *Plaintiff's Motions in Limine,* **IT IS HEREBY ORDERED** that the motion is granted as follows.

1. Plaintiff's motion is granted as to the exclusion of Vicknair's testimony that implies Plaintiff's marijuana use, because that testimony has already been excluded by Court order. Pages 27:12-28:8 and 112:1 shall be excluded.

2. Plaintiff's motion is granted as to the exclusion Vicknair's testimony that suggests that the factual basis for his guilty plea was perjured, because this Court has already determined that collateral estoppel applies. Pages 14:18-15:18, 58:7-25, 63:23-64:10, 88:7-116:5 shall be excluded.

**SO ORDERED.**

New Orleans, Louisiana this _____ day of _____, 2024.

_____
JUDGE