UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GABRIELLE HAINEY** | * | **CIVIL ACTION NO. 21-407** |
| | * | |
| | * | **SECTION: "J"** |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **THE CITY OF NEW ORLEANS** | * | **MAG. DIV. (4)** |
| | * | **MAGISTRATE JUDGE ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION TO SEAL
CITY'S REPLY IN SUPPORT OF MOTION TO RECONSIDER GRANTING OF
PLAINTIFF'S MOTION IN LIMINE NUMBER 7; OR, IN THE ALTERNATIVE,
MOTION TO ADMIT EVIDENCE OF PLAINTIFF'S OTHER SEXUAL TRAUMA
RELATING TO PLAINTIFF'S REVIVED *MONELL* SUPERVISION CLAIM
PURSUANT TO FEDERAL RULE OF EVIDENCE 412**

Come now the City of New Orleans (the City"), in support of the instant Motion to Seal, shows the following.

The City filed its Motion to Reconsider Granting of Plaintiff's Motion *In Limine* Number 7; or, in the Alternative, Motion to Admit Evidence of Plaintiff's Other Sexual Trauma Relating to Plaintiff's Revived *Monell* Supervision Claim Pursuant to Federal Rule of Evidence 412 (R. Doc. the "Motion"). In the Motion, the City seeks alternative relief pursuant to Rule 412. Rule 412(c)(2) requires that a motion seeking relief under Rule 412, together with related materials, be filed under seal. The Reply in support of the Motion discusses the same subject matter as the Motion. The City therefore files the instant Motion to Seal and a proposed Order, and hereby seeks to file the Reply under seal.

The City prays that the Court grant this Motion to Seal.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*