**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| GABRIELLE HAINEY | * | CIVIL ACTION NO. 21-407 |
| | * | |
| | * | SECTION: "J" |
| VERSUS | * | JUDGE BARBIER |
| | * | |
| THE CITY OF NEW ORLEANS | * | MAG. DIV. (4) |
| | * | MAGISTRATE JUDGE ROBY |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered the City of New Orleans's Motion to Seal its Reply in Support of its Motion to Reconsider Granting of Plaintiff's Motion *In Limine* Number 7; or, in the Alternative, Motion to Admit Evidence of Plaintiff's Other Sexual Trauma Relating to Plaintiff's Revived *Monell* Supervision Claim Pursuant to Federal Rule of Evidence 412 (the "Reply"), and arguments and pleadings relevant thereto,

IT IS HEREBY ORDERED that the motion is GRANTED.

It is ordered that the City's Reply shall be sealed.

New Orleans, Louisiana, this \_\_\_ day of _____, 2024.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA