William Most <williammost@gmail.com>

## Upton v. Vicknair: Conference Notes

**James M Roquemore** <James.Roquemore@nola.gov>  Wed, Mar 13, 2024 at 12:59 PM
To: William Most <williammost@gmail.com>, "Corwin M. St Raymond" <cmstraymond@nola.gov>, Hope Phelps <hopeaphelps@outlook.com>, Patricia M Pangelinan <Patricia.Pangelinan@nola.gov>, Veronica Barnes <veronicasuzannebarnes@gmail.com>

William,

Thanks for asking for clarification about the conference this morning.

Your point about Berre Burch is incorrect. The Judge did not rule that her testimony was excluded. His ruling dealt only with Trial Exhibit 53, which he excluded due to multiple levels of hearsay. Berre Burche will still testify at trial.

The other bullet points are correct.

Jim

### James M. Roquemore

**Assistant City Attorney**

City of New Orleans | Law Department

1300 Perdido St., Room 5E03 | New Orleans, LA 70112

Direct Office Telephone: 504.658.9815 | F: 504.658.9868

james.roquemore@nola.gov

---

**From:** William Most <williammost@gmail.com>
**Sent:** Wednesday, March 13, 2024 12:41 PM
**To:** James M Roquemore <James.Roquemore@nola.gov>; Corwin M. St Raymond <cmstraymond@nola.gov>; Hope Phelps <hopeaphelps@outlook.com>; Patricia M Pangelinan <Patricia.Pangelinan@nola.gov>; Veronica Barnes <veronicasuzannebarnes@gmail.com>
**Subject:** Upton v. Vicknair: Conference Notes

**EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

Jim,

Below are my notes of the judge's directives. Let me know if you disagree with any.

- By 2:00pm Hours needed.
- The only video the City intends to introduce is G.H.'s forensic interview, with the 412 material cut out.
- Wilson report won't come in, except to impeach Wilson's testimony.
- Berre Burch & OIPM witness excluded, and OIPM notes
- Exhibit 54 - text messages - Judge expressed concerns about whether more prejudicial than probative, but he will peruse.
- Exhibits 55, 56, and 63 - excluded, except diagnosis pages, without getting into details.
- FBI file - City only can use for impeachment of Rayne or Gabby
- 58, 59, 60 - withdrawn
- 61 - only admissible for impeachment
- Kirkpatrick can give opinion testimony.

--

William Most

Most & Associates

mostandassociates.com

(504) 509-5023