

William Most <williammost@gmail.com>

## Upton v. Vicknair - RE: Will-Call List

**James M Roquemore** <James.Roquemore@nola.gov>  Mon, Aug 12, 2024 at 10:23 AM
To: William Most <williammost@gmail.com>, "Corwin M. St Raymond" <cmstraymond@nola.gov>, Hope Phelps <hopeaphelps@outlook.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>

William,

The City's will call list is:

Kimberly Wilson

Rayne Upton

GH

Berre Burch

Lawrence Jones

David Barnes

Nicole Powell

Arlinda Westbrook

Shaun Ferguson

Stella Cziment


As for the exhibits, we do not have an electronic set of the exhibits at this point. We will forward you a share file link when that gets done. A physical set of the notebooks is available for you to pick up at our office at your convenience.


Jim


*James M. Roquemore*

**Assistant City Attorney**

City of New Orleans | Law Department

1300 Perdido St., Room 5E03| New Orleans, LA 70112

O: 504.658.9815 | F: 504.658.9868

James.Roquemore@nola.gov