UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

## ORDER

Considering the foregoing *Sealed Motion in Limine* **(Rec. Doc. 229)** filed Defendant the City of New Orleans as well as the opposition filed by Plaintiff (Rec. Doc. 238) and the reply (Rec. Doc. 240),

**IT IS HEREBY ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's *Motion to Seal Reply* **(Rec. Doc. 240)** is **GRANTED**.

New Orleans, Louisiana, this 13th day of August, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1