UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GABRIELLE HAINEY                              CIVIL ACTION

VERSUS                                        No. 21-407

THE CITY OF NEW ORLEANS                       SECTION: "J"(4)

## ORDER

Considering the foregoing *Motion in Limine* **(Rec. Doc. 235)** filed by City Defendant, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART** as stipulated by Plaintiff; and all other evidentiary rulings are **DEFERRED** to trial.

1. Defendant's motion is **GRANTED** as to the exclusion of evidence or argument that NOPD failed to sufficiently staff its Sex Crimes and Child Abuse units.

2. Defendant's motion is **GRANTED** as the exclusion of evidence concerning any previous allegations of sexual violence by any NOPD officer against a child or woman.

3. Defendant's motion is **GRANTED** as the exclusion of evidence concerning any allegation of professional misconduct by Rodney Vicknair during his employment with NOPD except for allegations involving misconduct directed towards the Plaintiff.

New Orleans, Louisiana this 15th day of August, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE