UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GABRIELLE HAINEY                                    CIVIL ACTION

VERSUS                                             No. 21-407

THE CITY OF NEW ORLEANS                            SECTION: "J"(4)

## ORDER

Considering the foregoing *Motion in Limine* **(Rec. Doc. 239)** filed by Plaintiff,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** as follows:

1. Plaintiff's motion is **GRANTED** as to the exclusion of Vicknair's testimony that implies Plaintiff's marijuana use, because that testimony has already been excluded by Court Order (Rec. Doc. 203); pages 27:12–28:8 and 112:1 shall be excluded.

2. Plaintiff's motion is **GRANTED** as the exclusion of Vicknair's testimony that suggests that the factual basis for his guilty plea was perjured, because this Court has already determined that collateral estoppel applies (Rec. Doc. 107); pages 14:18–15:18, 58:7–25, 63:23–64:10, 88:7–116:5 shall be excluded.

New Orleans, Louisiana this 15th day of August, 2024.


_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE