UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | No. 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J"(4) |

## ORDER

**IT IS HEREBY ORDERED** that a telephone status conference in this matter is set for **Friday, August 16, 2024 at 11:00 a.m.** Counsel for Plaintiff will begin the conference call and, once all other parties are connected, add the Court to the call by dialing 504-589-7525.

New Orleans, Louisiana this 15th day of August, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE