**Plaintiff's Summary of Evidentiary Rulings (Updated)**

**Excluded in ECF Orders:**
- Any opinion testimony offered by defendant. R. Doc. 199.
- Any defendant testimony or argument appealing to pecuniary interest of jurors. R. Doc. 199.
- Any evidence or argument that Rayne Upton engaged in criminal or wrongful conduct. R. Doc. 199.
- Any argument that G.H. consented to any sexual act, given that she was a minor, ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ R. Doc. 199.
- Any argument that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ reduce damages. R. Doc. 199.
- Testimony/argument that G.H. "knew how to work the system to get what she wanted." R. Doc 199
- Any evidence or argument of comparative fault. R. Doc. 199. See also R. Doc. 192-4 at 8 ("The City does not intend to argue that Plaintiff's damage award should be reduced due to comparative fault")
- Vicknair testimony:
    - Vicknair's testimony about sexual abuse within his family, his self-perceived role as his "brother's keeper," and his personal religious beliefs. R. Doc. 199, R. Doc. 203 (d)
    - Vicknair's testimony about his medical condition. R. Doc. 203 (c)
    - Other irrelevant material about ▇▇▇▇▇▇▇▇ and the nature of Vicknair's vehicle. R. Doc. 203(e)
    - Vicknair testimony about ▇▇▇▇▇▇▇▇ and testimony that plea was false excluded. R. Doc. 249.
    - Sufficient staffing, sexual violence by other officers, other Vicknair misconduct excluded. Credibility determination, red flags, deferred to trial. R. Doc. 248.

**Feb. 27, 2024 Pre-Trial Conference Rulings:**
- Exhibits 56-58 or argument re failure to pursue restitution excluded.
- No discussion of criminal case except plea and facts plead to.
- No reference in opening or questioning to objected-to exhibits until the judge has ruled on objections.

**March 13, 2024 Pre-Trial Conference Rulings:**
- Wilson report won't come in, except to impeach Wilson's testimony.
- Ex. 53 (texts): Judge expressed concerns about whether more prejudicial than probative, but will peruse.
- Exhibits 54, 55 excluded, except diagnosis pages, without getting into details.
- FBI file - City only can use for impeachment of Rayne or G.H.
- Exhibits 59, 60, 61 (previously 58, 59, 60) withdrawn by the City (See corr. of March 13, 2024)
- Kirkpatrick can give opinion testimony.

**City Commitments:**
- City will not introduce C2-C4 (BWC), and C18 (60) (Gabby interview video). Corr. of March 8, 2024.
- Exhibits 56-61 (C8-C13) withdrawn. See corr. of Aug. 12, 2024.

**412 Material Denied (R. Doc. 194; reconsideration denied R. Doc. 229):**
- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**City MILs Denied:**
- "Habitual Offender" exhibit and argument. R. Doc. 193.
- Snapchat request from Rodney, and Snapchat threats. R. Doc. 193.