MINUTE ENTRY
BARBIER, J.
AUGUST 16, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J"(4) |

The Court held a telephone status conference on this date with the following counsel participating: William Most and Hope Phelps representing Plaintiff; and James Roquemore representing Defendant.

At the conference, the Court discussed pre-trial issues and exhibit objections. The Court **ORDERED** as follows:

1. The Court generally ordered the parties to remove all evidence deemed inadmissible under Rule 412 from any Exhibits to be used at trial.

2. Plaintiff's objection to Exhibits 49 and 50 are **SUSTAINED in part** except that the Exhibits may be used for limited impeachment purposes only.

3. Plaintiff's objection to Exhibit 52 is **OVERRULED**, but Defendants are ordered to remove all reference to evidence this Court has prohibited under Rule 412.

4. Plaintiff's objections to Exhibits 53 and 62 are **SUSTAINED in part** except that the Exhibits may be used for limited impeachment purposes only.

5. Plaintiff's objections to Exhibits 54 and 55 are **SUSTAINED in part** except for information directly pertaining to Plaintiff's diagnosis.

6. Plaintiff's objection to Exhibit 64 is **SUSTAINED in part**. Defendants may only select a limited portion of the trip sheets for use at trial.

7. Plaintiff's objection to Exhibit 65 is **OVERRULED**.

8. Plaintiff withdrew her objection to Exhibit 67, and it is therefore admitted.

9. Plaintiff's objection to Exhibit 68 is **OVERRULED**.

10. Exhibits 34, 35, 36, 43, 66, 69 are **WITHDRAWN**.

11. The issue of attorney's fees will be reserved until after trial, to be decided by the Court.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JS-10: 45 mins.

New Orleans, Louisiana, this 16th day of August, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2