MINUTE ENTRY
BARBIER, CARL, J.
AUGUST 19, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GABRIELLE HAINEY                                                CIVIL ACTION

VERSUS                                                         NO: 21-407

THE CITY OF NEW ORLEANS                              SECTION: "J" (4)

**JURY TRIAL DAY 1**

Courtroom Deputy:   Cheyenne Green
Court Reporter:     Nichelle Wheeler

Appearances:        William Most and Hope Phelps, representing Plaintiff.
                    James Roquemore, Corwin St. Raymond, and Denisha Turner
                    representing Defendant.

Case called at 8:38 a.m.; all present and ready.
Outside of jury's presence: Exhibits 1-27,29,30 offered, admitted.
Jury panel is sworn on voir dire and questioned.
Jury is selected, sworn, and instructed.
Remainder of the panel excused with the thanks of the Court.
Opening statements.
Joint Stipulations read to jury.
Plaintiff witnesses:
Kimberly Wilson, sworn and testified.
Exhibit 41 offered, admitted.
Lawrence Jones, sworn and testified.
Exhibits 64, 67 offered, admitted.
Precious Banks, sworn and testified.
Exhibit 70 offered, admitted.
Sgt. David Barnes, sworn and testified.
Exhibits 31-33 offered and admitted.
Deposition of Rodney Vicknair read into the record.
Jurors excused at 4:55.
Court recessed at 5:03 p.m., to reconvene on Tuesday, August 20, 2024, at 8:30 a.m.
**Notice for Removal of Exhibits distributed to counsel for the parties.**

JS10:  7 hr.25 min.