UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE NEW ORLEANS CITY | SECTION: "J" (4) |

**NOTICE FOR REMOVAL OF EXHIBITS**

Pursuant to Rule 79.3 of the Local Rules of this Court, all exhibits in the custody of the Clerk will be destroyed after 35 days from final disposition of the case. It shall be the responsibility of the party or attorney offering the exhibits to secure their removal from the Clerk's custody within 35 days of the final disposition of the case.

LOCAL RULE 79.3 states "All exhibits in the custody of the clerk must be removed within 35 days of the final disposition of the case. The party offering exhibits is responsible for their removal and must give a detailed receipt for the clerk's records. If the parties or their attorneys fail or refuse to remove exhibits within 35 days, the exhibits may be destroyed or otherwise disposed of by the clerk."

Distributed this 19th day of August 2024.

by: /s/ Cheyenne Green
Case Manager, Section J

*THERE WILL BE NO FURTHER NOTICE ISSUED BY THE COURT REGARDING THE REMOVAL OR DESTRUCTION OF EXHIBITS