**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

GABRIELLE HAINEY                                        CIVIL ACTION

VERSUS                                                  No. 21-407

THE CITY OF NEW ORLEANS                                 SECTION: "J"(4)

## STIPULATED FACTS

1.  In 2006, Rodney Vicknair applied to NOPD for the position of Police Recruit. NOPD thereafter conducted a background investigation of Mr. Vicknair.

2.  In 2007, Rodney Vicknair submitted an application to be a City of New Orleans Police Department ("NOPD") officer.

3.  From 2007 to September 25, 2020, Mr. Vicknair worked for the New Orleans Police Department ("NOPD") as a police officer.

4.  Rodney Vicknair had been arrested before he was hired by NOPD. NOPD considered his arrest history and approved Mr. Vicknair's hire to be an officer.

5.  On May 26, 2020, Rodney Vicknair met G.H. through his role as an NOPD officer.

6.  On that day, Rodney Vicknair and two other NOPD officers responded to a call at G.H.'s residence because G.H., a 14-year-old girl, had allegedly been sexually assaulted by a 17-year-old male overnight visitor to G.H.'s residence.

7.  On May 26, 2020, as part of that call, Rodney Vicknair and his partner, also an NOPD officer, transported G.H. and her mother to Children's Hospital for an interview and evaluation.

8.  On September 18, 2020, the head of the Office of the Independent Police Monitor sent a text message to Chief of Police Shaun Ferguson. It said "Hey Shaun. I need to reach Arlinda urgently, if she's near you can your all her to call me? It's about potential sexual abuse of a minor by an officer"

9.  On September 18, 2020, there were three NOPD employees with the first name "Rodney."

10. On September 21, 2020, G.H.'s mother met with Lieutenant Lawrence Jones of the NOPD's Public Integrity Bureau, and she reported that three incidents regarding Mr.

Vicknair concerned her: (1) Mr. Vicknair shouted "nice ass" at G.H. while she was jogging; (2) Mr. Vicknair showed up at G.H.'s residence unannounced at night, entered G.H.'s bedroom with the mother, and stared at G.H.'s breast when G.H. was awakened; and (3) Mr. Vicknair took a picture with G.H in which he was hugging G.H. from behind.

11. At all times relevant to this action, G.H. was a minor and did not have the capacity to consent to sexual conduct with Rodney Vicknair.

12. Early in the morning on Saturday, September 26, 2020, Vicknair was interviewed by NOPD, arrested, and suspended from his employment with the NOPD.

13. Rodney Vicknair resigned from NOPD effective January 13, 2021.

14. On November 16, 2022, Rodney Vicknair plead guilty and was convicted of the federal crime of Deprivation of Rights under Color of Law, in violation of Title 18, United States Code, Section 242.

15. On January 1, 2024, Rodney Vicknair died in federal prison due to a brain tumor.