MINUTE ENTRY
BARBIER, CARL, J.
AUGUST 20, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

### JURY TRIAL DAY 2

| | |
|---|---|
| Courtroom Deputy: | Cheyenne Green |
| Court Reporter: | Nichelle Wheeler |
| Appearances: | William Most and Hope Phelps, representing Plaintiff. James Roquemore, Corwin St. Raymond, and Denisha Turner representing Defendant. |

Court resumed at 8:31 a.m.; all present and ready.
Plaintiff witnesses:
Susan Hutson, sworn and testified.
Gabrielle Hainey, sworn and testified.
Exhibits 37, 38 offered, admitted.
Shannon Smith, sworn and testified.
Exhibits 54, 55 offered, admitted.
Rayne Hainey, sworn and testified.
Arlinda Westbrook, sworn and testified.
Anne Kirkpatrick, sworn and testified.
Defense witness: Dr. Berre Burch, sworn and testified. (out of turn)
Plaintiff witness Stella Cziment, sworn and testified.
Jurors excused at 3:23 p.m.
Court recessed at 3:32 p.m., to reconvene on Wednesday, August 21, 2024, at 8:30 a.m.

JS10:  6 h. 1 min.