MINUTE ENTRY
BARBIER, CARL, J.
AUGUST 21, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

**JURY TRIAL DAY 3**

Courtroom Deputy:   Cheyenne Green
Court Reporter:    Nichelle Wheeler

Appearances:    William Most and Hope Phelps, representing Plaintiff.
James Roquemore, Corwin St. Raymond, and Denisha Turner representing Defendant.

Court resumed at 8:45 a.m.; all present and ready.
Plaintiff witness Shawn Ferguson, sworn and testified.
Plaintiff rest.
Defense rest.
Outside Jury's Presence:
Plaintiff's Rule 50 Motion; **ORDERED DEFERRED.**
Defendant's proffered video; proffer exhibit 1.
Closing arguments.
Jury is charged and retires for deliberation at 11:56 a.m.
Jury returns at 3:21 p.m. with verdict.
**ORDERED** that the verdict be recorded and made the judgment of the Court.
Jurors excused at 3:39 p.m. with thanks of the Court.
**ORDERED** that Plaintiff's motion for attorney's fee is due within 45 days, Defendant's provided 45 days to file response.
Court adjourned at 3:42 p.m.

JS10:  3 h. 32 min.