UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GABRIELLE HAINEY   CIVIL ACTION

VERSUS   NO: 21-407

THE CITY OF NEW ORLEANS   SECTION: "J" (4)

CERTIFICATION OF TRIAL EXHIBITS

Undersigned counsel has reviewed all the exhibits in the possession of the Court and certify that these comprise all of the exhibits admitted into evidence by the Court during the course of the trial. Said exhibits, excluding any proffers, will be sent to the jury for use in their deliberations.

New Orleans, Louisiana, this 21st day of August 2024.

_____   _____
**Counsel for the Plaintiff**   **Counsel for Defendant**
William Most   Corwin St. Raymond