AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     LOUISIANA

GABRIELLE HAINEY

V.

THE CITY OF NEW ORLEANS

**EXHIBIT LIST**

21-407 J(4)

| PRESIDING JUDGE<br><br>JUDGE CARL J. BARBIER | PLAINTIFF'S ATTORNEY<br><br>William Most and Hope Phelps | DEFENDANT ATTORNEY<br><br>James Roquemore, Corwin St. Raymond, and Donesia Turner |
|---|---|---|
| HEARING DATE (S)<br>**August 19, 2024- August 21, 2024** | COURT REPORTER<br>Nichelle Wheeler | COURTROOM DEPUTY<br>Cheyenne Green |

| JOINT. NO. | PLTF NO. | DEFT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 1 | | | 8/19/24 | | | Officer Rodney Vicknair's Application for Employment with NOPD, Background Investigation Report, Driving Record, NCIC Criminal History Check, criminal records, and hiring determination by NOPD |
| 2 | | | 8/19/24 | | | Vicknair's Background Investigation |
| 3 | | | 8/19/24 | | | Notice of Disposition |
| 4 | | | 8/19/24 | | | Signed NOPD Investigation |
| 5 | | | 8/19/24 | | | Exhibit A to Signed NOPD Investigation: PIB Case Investigation Transmittal, Control Tracking No. 2020-0484-P |
| 6 | | | 8/19/24 | | | Exhibit B to Signed NOPD Investigation: Initiation of Formal Disciplinary Investigation Form Control Tracking No 2020-0484-P |
| 7 | | | 8/19/24 | | | Exhibit C to Signed NOPD Investigation: PIB Initial Intake Form for Commendation, Complaint, or Documentation of Minor Violation |
| 8 | | | 8/19/24 | | | Exhibit E to Signed NOPD Investigation: Photograph of Rodney Vicknair with his arms around G.H.; 2020-0484-P |
| 9 | | | 8/19/24 | | | Photograph of G.H. and Rodney Vicknair |
| 10 | | | 8/19/24 | | | Excerpts of notes from LCSW Andrea Wright 9/16/2020 – 9/28/2020 Children's Bureau Treatment Records |
| 11 | | | 8/19/24 | | | Sept. 22, 2020, Email from Andrea Wright to Sgt. Lawrence Jones, contained in Children's Bureau's Treatment Record |
| 12 | | | 8/19/24 | | | Excerpts of Sept. 20, 2020, Submission of DCFS Reporting Concerns for Child Victims by LCSW Andrea Wright, contained in Children's Bureau's Treatment Record |
| 13 | | | 8/19/24 | | | USA v. Vicknair, 2:22-cr-212, Factual Basis |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | | | 8/19/24 | | | USA v. Vicknair, 2:22-cr-212, Plea Agreement |
| 15 | | | 8/19/24 | | | June 3, 2020, Trip Sheet |
| 16 | | | 8/19/24 | | | July 14, 2020, Trip Sheet |
| 17 | | | 8/19/24 | | | OPCD Records-860 Olga-6/3/2020 |
| 18 | | | 8/19/24 | | | OPCD Records-860 Olga-9/23/2020 |
| 19 | | | 8/19/24 | | | NOPD Operations Manual- Ch.42.2, Rev. 05/27/2018 |
| 20 | | | 8/19/24 | | | NOPD Operations Manual- Ch.31.1- Recruitment- Eff. 4/28/2021 |
| 21 | | | 8/19/24 | | | NOPD Operations Manual- Policy 1000- Recruitment- replaced on 4/28/2021 |
| 22 | | | 8/19/24 | | | NOPD Operations Manual- Ch.32.1- Personnel Hiring Selection- Eff. 4/8/2018 |
| 23 | | | 8/19/24 | | | NOPD Operations Manual- Policy 1001- PR1001-Personnel Hiring Selection, Replaced 4/8/2018 |
| 24 | | | 8/19/24 | | | NOPD Operations Manual- Policy 1002- Evaluation of Employees- Replaced 10/1/20217 |
| 25 | | | 8/19/24 | | | NOPD Operations Manual- Ch.82.3.6- Criminal History Record Information- Eff. 7/6/2021 |
| 26 | | | 8/19/24 | | | NOPD Operations Manual- Ch. 82.3.6- Criminal History Record Information- Eff. 12/17/20217 |
| 27 | | | 8/19/24 | | | Statement to NOPD by Rodney Vicknair- 9/25/20 |
| 29 | | | 8/19/24 | | | 9/18/20 Hutson text to Ferguson |
| 30 | | | 8/19/24 | | | 9/21/20 text from Hutson to Cziment and Sokunbi |
| | 31 | | 8/19/24 | | | Excerpt of FBI file |
| | 32 | | 8/19/24 | | | NOPD Operations Manual Chapter 41-8 Affidavits and Summons |
| | 33 | | 8/19/24 | | | Rodney Vicknair Bill of Information |
| | 37-1 | | 8/20/24 | | | Snapchat add request |
| | 37-2 | | 8/20/24 | | | Snapchat add |
| | 37-3 | | 8/20/24 | | | Vicknair contact in Gabby's phone |
| | 38 | | 8/20/24 | | | G. H Birth certificate |
| | 41 | | 8/19/24 | | | Photographs (3) of Rodney Vicknair from FBI file |
| | | 54 | 8/20/24 | | | Children's Bureau redacted |
| | | 55 | 8/20/24 | | | Children's Hospital Records – GH Redacted |
| | | 64 | 8/19/24 | | | NOPD Trip Sheets Rodney Vicknair |
| | | 67 | 8/19/24 | | | Affidavit for arrest warrant 8/25/2020 |
| | 70 | | 8/19/24 | | | Excerpts from Precious Banks' Deposition |
| | | | | | | |
| | | 1 | 8/21/24 | | | Proffered Exhibit- TikToc Video |