C.A. 21-407 "J" (4)
GABRIELLE HAINEY V. THE CITY OF NEW ORLEANS

Exhibits for Jury Deliberations

001
002
004
008
010
029
030
031
032
033
037
038
041
054
055
064
067
070