UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GABRIELLE HAINEY            CIVIL ACTION

VERSUS                           NO: 21-407

THE CITY OF NEW ORLEANS      SECTION: "J" (4)

## VERDICT FORM

1. The City of New Orleans has already been found liable for Rodney Vicknair's state-law violations of battery, assault, and false imprisonment against Ms. Hainey. What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the harm she has suffered and will suffer?

    $ _1 million_

2. Do you find by a preponderance of the evidence that the City of New Orleans' decision to hire Rodney Vicknair reflected deliberate indifference to the risk of sexual assault, battery, or false imprisonment that Rodney Vicknair inflicted on Plaintiff?

    Yes ✓        No ____

3. Do you find by a preponderance of the evidence that the City of New Orleans inadequately supervised Rodney Vicknair reflecting a deliberate indifference to the risk of sexual assault, battery, or false imprisonment that Rodney Vicknair inflicted on Plaintiff?

    Yes ✓        No ____

You have completed your deliberations. Have your Foreperson sign and date in the space provided and inform the Court Security Officer that you have completed your deliberations.

FOREPERSON NAME: ███████████████████████

FOREPERSON SIGNATURE: ███████████████████████

DATE: 8/21/2024