UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

## ORDER

IT IS ORDERED that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

IT IS FURTHER ORDERED that the clerk pay to Majoria's Commerce the sum of $117.78, for meals for the jury in this matter on August 22, 2024.

New Orleans, Louisiana, this 22st day of August, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**MAJORIA'S COMMERCE RESTAURANT**
300 CAMP ST
NEW ORLEANS, LA 70130
(504) 561-9239
WWW.WWW.COMMERCEREST.COM
Aug 21, 2024 at 10:20 AM

Order #19020

Customer Information:
Shayen Green
Phone: (504) 589-7525
Address: 500 Poydras
Courthouse Room #C256
New Orleans, LA 70130

Delivery
Guest: Shayen Green
Looco

| Item | Price |
|---|---|
| Open Food | 10.00 |
| CLASSIC BURGER | 13.00 |
| Add Cheese: American | 1.00 |
| Sandwich Remove: Mayo | 0.00 |
| Sandwich Remove: Pickles | 0.00 |
| Sandwich Remove: Tomato | 0.00 |
| Sandwich Remove: Lettuce | 0.00 |
| Meat Temps: Medium Well | 0.00 |
| Catfish Po-Boy | 15.00 |
| Add Po-boy Side: French Fries | 2.75 |
| Classic Club | 13.00 |
| Toast/Bun Choice: White | 0.00 |
| Big Easy BLT | 11.00 |
| Add Po-boy Side: French Fries | 2.75 |
| Toast/Bun Choice: White | 0.00 |
| Classic Club | 13.00 |
| Toast/Bun Choice: White | 0.00 |
| CLASSIC BURGER | 13.00 |
| Meat Temps: Medium Well | 0.00 |
| Add Cheese: American | 1.00 |
| Shrimp Po-Boy | 15.00 |
| Add Po-boy Side: French Fries | 2.75 |

| | |
|---|---|
| Subtotal | 113.25 |
| Tax | 0.00 |
| **Total (Cash)** | **113.25** |
| **Total (Non-Cash)** | **117.78** |

Receipt Code: 0192538121603

Thank you for visiting!
Come back soon!