UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GABRIELLE HAINEY** | * | CIVIL ACTION NO. 21-407 |
| | * | |
| | * | SECTION: "J" |
| **VERSUS** | * | JUDGE BARBIER |
| | * | |
| **THE CITY OF NEW ORLEANS** | * | MAG. DIV. (4) |
| | * | MAGISTRATE JUDGE ROBY |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO CORRECT RECORD

Defendant, the City of New Orleans (the "City"), pursuant to Federal Rule of Civil Procedure 60(a), moves this Court to correct a mistake and omission in the record.

Particularly, R. Doc. 257, page 2 at row 31, describes an exhibit as "Proffered Exhibit-TikToc Video. R. Doc. 257 mistakenly identifies this exhibit in column 3 as "Deft. No." "1." However, this exhibit was an unobjected-to joint exhibit and should not be listed as a City-only exhibit. The City therefore respectfully requests that the number "28" be inserted into column 1, row 31, so as to identify the Proffered Exhibit-TikToc Video as a Joint Exhibit; in addition, the City requests that the number "1" be deleted from column 3 of row 31.

Plaintiff does not object to re-labeling the TikTok video exhibit to match the Pre-Trial Order numbering, but takes the position that re-labeling does not change the substantive evidentiary status of the exhibit.

Respectfully submitted:

***/s/ James M. Roquemore***
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*

2