UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GABRIELLE HAINEY** | * | CIVIL ACTION NO. 21-407 |
| | * | |
| | * | SECTION: "J" |
| **VERSUS** | * | JUDGE BARBIER |
| | * | |
| **THE CITY OF NEW ORLEANS** | * | MAG. DIV. (4) |
| | * | MAGISTRATE JUDGE ROBY |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Having considered the City of New Orleans' unopposed Motion to Correct Record

IT IS HEREBY ORDERED that the motion is GRANTED.

It is ordered that R. Doc. 257 shall be amended and corrected to reflect, on page 2 at row 31, that the exhibit described as "Proffered Exhibit-TikToc Video" was submitted as a Joint Exhibit. Accordingly, column 1, row 31, shall contain the number "28"; and column 3, row 31, shall be blank.

New Orleans, Louisiana, this ___ day of _____, 2024.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA

1