UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

**PLAINTIFF'S RESPONSE TO THE CITY'S MOTION TO CORRECT THE RECORD**

In R. Doc. 260, the City of New Orleans filed a motion to relabel an exhibit as Joint 28 rather than Defendant 1.

As the City noted, Plaintiff does not object to re-labeling the exhibit to match the Pre-Trial Order numbering, but takes the position that re-labeling does not change the substantive evidentiary status of the exhibit.

Plaintiff files this response, however, to note that the City's "Background" section is inaccurate. The City suggests that the video exhibit was played for two seconds, then, "for an unknown reason, the Plaintiff started to hysterically cry,"[1] and then although "this Court had never seen the video and had no idea what was contained therein, the City was told to move on and was prevented from asking any further questions about Joint Exhibit 28." R. Doc. 260-1.

The City's narrative omits the fact that the Court called the parties to a sidebar in which the City was allowed to describe the video and articulate the relevance and evidentiary purpose of the video. The Court listened to the City, heard its concerns, and then ruled that the exhibit would not be shown.

It is therefore false to say that the Court "had no idea what was contained" in the exhibit, because the City described it to the Court in detail.

---

[1] The City pejoratively suggests that the reason for the Plaintiff's crying was "unknown", "hysterical[]," and "the City found it peculiar." R. Doc. 260-1. The source of the distress, however, was obvious – the exhibit showed the Plaintiff when she was a minor, with her sexual abuser's face juxtaposed next to her own. Plaintiff's counsel suggests that the City's insinuations about the Plaintiff's distress are unnecessary in a motion about the labeling of an exhibit.

Respectfully submitted,

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 500-7974
Email: hopeaphelps@outlook.com
*Counsel for Plaintiff, Gabrielle Hainey*