UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GABRIELLE HAINEY                                CIVIL DOCKET

VERSUS                                          NO. 21-407

THE CITY OF NEW ORLEANS                         SECTION: "J"(4)

## ORDER

Before the Court is a *Motion to Correct Record* **(Rec. Doc. 260)**, filed by the defendant, City of New Orleans. Counsel for the City suggests that the Court has misidentified one of its exhibits as "Defense Proffered Exhibit No.1" instead of its original identification as unobjected Exhibit 28. The exhibit in question is a Tik Tok video that was not used or played during the trial. There was a bench conference during which the Court asked the City's attorney about the contents and relevance of the video. Following the bench conference, the Court ruled that the video would not be played for the jury. A few minutes later, there was a brief recess with the jury out of the courtroom, during which the Court again explained its reasons for not allowing the video to be played during the trial. The City's attorney asked instead to proffer the video, which was then marked as Defense Proffer No. 1.

So, the record of the trial contains the proffered exhibit. There is no need to correct the record. Accordingly,

**IT IS HEREBY ORDERED** that the City's "Motion to Correct Record" (Rec. Doc. 260) is **DENIED**.

New Orleans, Louisiana, this 4th day of September, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE