UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL DOCKET |
| VERSUS | NO. 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J"(4) |

## JUDGMENT

The above-captioned case came on for jury trial on August 19–21, 2024 before District Judge Carl J. Barbier.

Considering the answers of the jury to the interrogatories propounded by the Court at the trial of this matter; and further considering the direction of the Court as to entry of judgment, accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff, Gabrielle Hainey, against Defendant, the City of New Orleans, in the amount of $1,000,000.00, plus reasonable attorney's fees and legal interest and costs.

New Orleans, Louisiana, this 10th day of September, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE