UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

### Consent Motion to Continue Due Date for Fee Petition

In this case, a judgment issued in favor of Plaintiff for $1 million plus reasonable attorney's fees, legal interest, and costs. R. Doc. 263. The Court ordered that Plaintiff's fee petition should be filed by October 5, 2024. *See* R. Doc. 256.

The parties are currently engaged in discussions to determine whether the matter can be resolved without a fee petition or appeal. To facilitate that, Plaintiff asks for a two-week extension on the deadline to file the fee petition. Defendant's counsel indicated no objection to such an extension.

Wherefore, Plaintiff asks that the due date for the fee petition be moved from October 5, 2024 to October 19, 2024.

Respectfully submitted,

**MOST & ASSOCIATES**

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com
***Counsel for Plaintiff, G.H.***