UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

# **ORDER**

Considering the foregoing *Consent Motion to Continue Due Date for Fee Petition,*

**IT IS HEREBY ORDERED** that the motion is granted. The due date for Plaintiff's fee petition shall be moved from October 5, 2024 to October 19, 2024.

New Orleans, Louisiana this _____ day of _____, 2024.

_____
JUDGE