UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

# ORDER

Considering the foregoing *Consent Motion to Continue Due Date for Fee Petition* **(Rec. Doc. 264)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that the due date for Plaintiff's fee petition shall be moved from October 5, 2024 to October 19, 2024.

New Orleans, Louisiana this 26th day of September, 2024.

_____
**CARL J. BARBIER
UNITED STATES DISTRICT JUDGE**