UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GABRIELLE HAINEY** | \* | **CIVIL ACTION NO. 21-407** |
| | \* | |
| | \* | **SECTION: "J"** |
| **VERSUS** | \* | **JUDGE BARBIER** |
| | \* | |
| **THE CITY OF NEW ORLEANS** | \* | **MAG. DIV. (4)** |
| | \* | **MAGISTRATE JUDGE ROBY** |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION TO STAY PENDING APPEAL

Defendant, the City of New Orleans (the "City"), for the reasons set forth in the attached Memorandum in Support of Motion to Stay Pending Appeal, hereby moves this Honorable Court for the entry of an Order staying the execution of this Court's Judgment (R. Doc. 263). The City requests the stay last from October 10, 2024, which is the last day after the automatic stay set forth in Federal Rule of Civil Procedure 62(a) expires to the date the United States Court of Appeals for the Fifth Circuit remands this following its decision concerning the City appeal or the date the appeal is dismissed.

The City recognizes the Court's discretion to condition a stay upon the posting of a bond or other appropriate security pursuant to Federal Rule of Civil Procedure 62(b). The City requests this stay be made without requiring a bond be posted or other security given due to the City's good credit rating and its status as a governmental entity. Alternatively, the City prays that an appeal bond be set in a nominal amount.

The Plaintiff did not respond to the City's inquiry as to whether she would consent to this Motion by the time of its filing.

WHEREFORE, the City prays this Motion be deemed good and sufficient and same be granted by this Honorable Court.

1

Respectfully submitted:

**/s/ James M. Roquemore**
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*