UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

**Response to Defendant's Motion to Stay Pending Appeal (R. Doc. 267)**

Plaintiff does not oppose Defendant's motion for a stay pending appeal, because the issue will soon be moot. After the filing of Defendant's Motion, the parties reached a settlement agreement of all remaining issues in the case. The parties will follow up with the filing of a joint motion for a consent judgment.

Accordingly, Plaintiff does not oppose the relief sought in R. Doc. 267.

Respectfully submitted,

**MOST & ASSOCIATES**

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com
***Counsel for Plaintiff, G.H.***