UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL DOCKET |
| VERSUS | NO. 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J"(4) |

### ORDER

Before the Court is a *Motion to Stay* **(Rec. Doc. 267)** filed by the City and the Plaintiff's response (Rec. Doc. 269). The City requests an entry of an order staying the execution of the Court's Judgment (Rec. Doc. 263). Additionally, the City requested the stay be made without requiring a bond to be posted or other security given due to the City's good credit rating and its status as a governmental entity. (Rec. Doc. 267, at 1).

Plaintiff responds that she does not oppose the City's motion as the issue will soon be moot. Plaintiff informs the Court that the "parties reached a settlement agreement of all remaining issues in the case." (Rec. Doc. 269). A joint motion for a consent judgment will soon follow. (*Id.*). Accordingly,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** as unopposed .

New Orleans, Louisiana, this 17th day of October, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE