UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

**Ex Parte Motion to Continue Due Date for Fee Petition**

In this case, a judgment issued in favor of Plaintiff for $1 million plus reasonable attorney's fees, legal interest, and costs. R. Doc. 263. The Court ordered that Plaintiff's fee petition should be filed by October 5, 2024. *See* R. Doc. 256. That date was subsequently extended to October 18, 2024. R. Doc. 265.

Subsequently, the parties reached a settlement agreement of all remaining issues in the case. The parties anticipate filing a joint motion for a consent judgment.

Accordingly, Plaintiff asks for a modification of the due date for the fee petition. If the anticipated motion for a consent judgment is granted, the fee petition will be moot. If the anticipated motion for a consent judgment is denied, Plaintiff requests two weeks to file a fee petition.

Counsel for the Defendant were contacted to request their consent to this motion, but they have not yet responded as of the time of filing.

Respectfully submitted,

**MOST & ASSOCIATES**

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com
***Counsel for Plaintiff, G.H.***

1