UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

## ORDER

Considering the foregoing *Ex Parte Motion to Continue Due Date for Fee Petition,*

**IT IS HEREBY ORDERED** that the motion is granted. If the anticipated motion for a consent judgment is granted, the fee petition will be moot. If the anticipated motion for a consent judgment is denied, Plaintiff shall have two weeks to file a fee petition.

New Orleans, Louisiana this _____ day of _____, 2024.

_____
JUDGE