UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

### Memorandum in Support of Motion to Continue Due Date for Fee Petition

This motion asks the Court to extend the deadline for Plaintiff's fee petition. The reason is that the parties have reached a settlement and anticipate filing a motion for a consent judgment that would moot the need for a fee petition.

**A.   Procedural Background**

In this case, a judgment issued in favor of Plaintiff for $1 million plus reasonable attorney's fees, legal interest, and costs. R. Doc. 263. The Court ordered that Plaintiff's fee petition should be filed by October 5, 2024. *See* R. Doc. 256. That date was subsequently extended to October 18, 2024. R. Doc. 265.

Subsequently, the parties reached a settlement agreement of all remaining issues in the case. The parties anticipate filing a joint motion for a consent judgment.

**B.   The motion to extend the date of the fee petition should be granted because the need for a fee petition may be mooted by an anticipated consent judgment.**

Given the settlement, Plaintiff asks this Court for a modification of the due date for the fee petition. If the anticipated motion for a consent judgment is granted, the fee petition will be moot – and so filing a fee petition now would be a needless waste of the parties' and the Court's resources. If the anticipated motion for a consent judgment is for some reason denied, Plaintiff requests two weeks to file a fee petition.

1

Counsel for the Defendant were contacted to request their consent to this motion, but they have not yet responded as of the time of filing.

### C. Conclusion

The motion for an extension of the deadline for Plaintiff to file a fee petition should be granted.

Respectfully submitted,

**MOST & ASSOCIATES**

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com
*Counsel for Plaintiff, G.H.*