UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

**Joint Motion for Consent Judgment**

Now come all parties to move this Court for a consent judgment disposing of all issues in this case, including damages, attorneys fees, interest, timing of payment, and right to appeal.

This matter came to trial beginning on August 19, 2024. R. Doc. 253. On August 21, 2024, the jury returned a verdict in Plaintiff's favor for $1 million. R. Doc. 258.

On September 10, 2024, this Court rendered a judgment "in favor of Plaintiff, Gabrielle Hainey, against Defendant, the City of New Orleans, in the amount of $1,000,000.00, plus reasonable attorney's fees and legal interest and costs." R. Doc. 263.

The parties thereafter entered into a negotiation and reached a compromise on the remaining issues. They agreed that the Defendant City of New Orleans would dismiss its appeal in exchange for agreement on the amount of money to be paid to the Plaintiff and the timing of the payments.

The parties have agreed that the City of New Orleans will pay to Plaintiff a total of $1,300,000. The sum will be paid in two payments, via check or electronic transfer per instructions to be provided by Plaintiff's counsel. The first payment will be $1,000,000.00, and will be paid by the City to the Plaintiff by March 31, 2025. The second payment will be $300,000.00, and will be paid by the City to the Plaintiff by March 31, 2026.

These two payments represent a full satisfaction of all sums owed by the City to the Plaintiff pursuant to this lawsuit, including damages, attorneys fees, interest, and costs. The

parties' agreement is contingent on the payments being rendered in a consent judgment and issued by the Court.

WHEREFORE, the parties ask that this Court issue the consent judgment attached to this motion.

Respectfully submitted,

**MOST & ASSOCIATES**

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

*Counsel for Plaintiff*

*/s/ James Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*