UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO. 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J"(4) |

## ORDER

Considering the foregoing *Joint Motion for Consent Judgment* **(Rec. Doc. 273)**,

**IT IS HEREBY ORDERED** that a telephone status conference in this matter is set for **Today, Thrusday, October 24, 2024 at 2:00 p.m.** Counsel for Plaintiff will begin the conference call and, once representatives for Defendants are on the line, add the Court to the call by dialing 504-589-7525.

New Orleans, Louisiana, this 24th day of October, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE