UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

**CONSENT JUDGMENT**

The above-captioned case came on for jury trial on August 19–21, 2024 before District Judge Carl J. Barbier.

Considering the answers of the jury to the interrogatories propounded by the Court at the trial of this matter; and further considering the direction of the Court as to entry of judgment; and further considering the compromise of the parties as to the remaining issues, accordingly, this order is the Court's judgment on Plaintiff's federal and state law claims:

IT IS ORDERED, ADJUDGED, AND DECREED that the judgment of the Court (R. Doc. 263) is modified as follows: there be judgment in favor of Plaintiff, Gabrielle Hainey, against Defendant, the City of New Orleans, in the amount of $1,300,000.00. The sum will be paid in two payments, via check or electronic transfer per instructions to be provided by Plaintiff's counsel. The first payment will be $1,000,000.00, and will be paid by the City to the Plaintiff by March 31, 2025. The second payment will be $300,000.00, and will be paid by the City to the Plaintiff by March 31, 2026. These two payments represent a full satisfaction of all sums owed by the City to the Plaintiff pursuant to this lawsuit, including damages, attorneys fees, interest, and costs.

If the City's appeal has not yet been docketed by the circuit court, this order constitutes a dismissal of the City's appeal per Fed. R. App. Proc. 42(a).

If the City's appeal has been docketed by the circuit court, the City shall file a motion in the Court of Appeal within one week of this order seeking dismissal of the appeal, each party to bear their own costs of appeal.

SO ORDERED.

New Orleans, Louisiana this _____ day of _____, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE
