MINUTE ENTRY
BARBIER, J.
October 24, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J"(4) |

The Court held a telephone status conference on this date with the following counsel participating: William Most representing Plaintiff and James Roquemore representing Defendant.

At the conference, the Court discussed the parties' *Joint Motion for Consent Judgment* **(Rec. Doc. 273)**. Following the discussion, the parties were instructed to file a revised draft *Consent Judgment*.

* * * * * * * * * * * * * * *

JS-10: 10 mins.

New Orleans, Louisiana, this 24th day of October, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1