UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

## ORDER

Considering the foregoing *Motion to Continue Due Date for Fee Petition* **(Rec. Doc. 272)**,

**IT IS HEREBY ORDERED** that the motion is **DISMISSED as moot.**

New Orleans, Louisiana this 25th day of October, 2024.

_____
**CARL J. BARBIER
UNITED STATES DISTRICT JUDGE**