# United States Court of Appeals
# for the Fifth Circuit

No. 24-30666

United States Court of Appeals
Fifth Circuit
**FILED**
November 12, 2024
Lyle W. Cayce
Clerk

Gabrielle Hainey,

*Plaintiff—Appellee,*

versus

City of New Orleans,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:21-CV-407

_____

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of November 12, 2024, for want of prosecution. The Appellant failed to timely order transcript and make financial arrangements with court reporter.

No. 24-30666

         LYLE W. CAYCE
         Clerk of the United States Court
         of Appeals for the Fifth Circuit

By: _____
   Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Nov 12, 2024**

**Clerk, U.S. Court of Appeals, Fifth Circuit**