UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE HAINEY | CIVIL ACTION |
| VERSUS | NO: 21-407 |
| THE CITY OF NEW ORLEANS | SECTION: "J" (4) |

**Notice of First Payment Towards Judgment**

This Notice is to inform the Court that the City has made the first payment as scheduled pursuant to this Court's judgment.

In R. Doc. 275, this Court ordered that the City will pay Plaintiff a payment of $1,000,000.00 by March 31, 2025, and a second payment of $300,000.00 by March 31, 2026.

Today, the City executed a wire transfer of $1,000,000.00 for the first payment as scheduled, that shows up in Plaintiff's counsel's account as a pending transfer.

Respectfully submitted,

**MOST & ASSOCIATES**

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com
***Counsel for Plaintiff, G.H.***

1